ADRMOP, CLOSED, E-Filing

**U.S. District Court**
**California Northern District (San Francisco)**
**CIVIL DOCKET FOR CASE #: 3:04-cv-01591-CRB**
**Internal Use Only**

American International Specialty Lines Insurance Company v. United States Of America et al
Assigned to: Hon. Charles R. Breyer
Cause: 42:6901 Environmental Cleanup Expenses

Date Filed: 04/23/2004
Jury Demand: None
Nature of Suit: 893 Environmental Matters
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**American International Specialty Lines Insurance Company**

represented by **Peter Andrew Lynch**
Cozen O'Connor
501 West Broadway, Suite 1610
San Diego, CA 92101
(619) 234-1700
Email: Palynch@cozen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States of America**

represented by **Charles M. O'Connor**
Office of the US Attorney
450 Golden Gate Ave, 10th Floor
PO Box 36055
San Francisco, CA 94102-3495
415-436-7180
Fax: 415-436-6748
Email: charles.o'connor@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Mark A. Rigau**
U.S. Dept of Justice
Environmental & Natural Resources Div
301 Howard Street, Suite 1050
San Francisco, CA 94105
415/744-6487
Email: mark.rigau@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Michael Bailey Heister**
United States Department of Justice
Environments and Natural Resources

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By [signature] Deputy Clerk
Date APR 1 2005

Division
Environmental Defense Section
P.O. Box 23986
Washington, DC 20026-3986
202-514-1950
Fax: 202-514-8865
Email: Michael.Heister@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**United States Department of the Navy** represented by **Charles M. O'Connor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark A. Rigau**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Bailey Heister**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/23/2004 | 1 | COMPLAINT against United States Department of the Navy, United States Of America (Filing fee $ 150.). Filed by American Internatinal Specialty Lines Insurance Company. (ga, COURT STAFF) (Filed on 4/23/2004) Additional attachment(s) added on 5/6/2004 (ga, COURT STAFF). (Entered: 04/23/2004) |
| 04/23/2004 | 2 | Summons Issued as to United States Department of the Navy, United States Of America, U.S. Attorney and U.S. Attorney General (ga, COURT STAFF) (Filed on 4/23/2004) (Entered: 04/23/2004) |
| 04/23/2004 | 3 | ADR SCHEDULING ORDER: Case Management Statement due by 8/18/2004. Case Management Conference set for 8/25/2004 10:30 AM.. Signed by Judge James Larson on 4/23/04. (Attachments: # 1 Standing Order)(ga, COURT STAFF) (Filed on 4/23/2004) (Entered: 04/23/2004) |
| 04/23/2004 | | CASE DESIGNATED for Electronic Filing. (ga, COURT STAFF) (Filed on 4/23/2004) (Entered: 04/23/2004) |
| 05/28/2004 | 4 | CERTIFICATE OF SERVICE by American Internatinal Specialty Lines Insurance Company re 1 Complaint,, [2] Summons Issued as to USA *Attorney General of United States* (Lynch, Peter) (Filed on 5/28/2004) (Entered: 05/28/2004) |
| 05/28/2004 | 5 | CERTIFICATE OF SERVICE by American Internatinal Specialty Lines Insurance Company re 1 Complaint,, [2] Summons Issued as to USA *Civil Process Clerk, U.S. Attorney's Office* (Lynch, Peter) (Filed on |

| | | |
|---|---|---|
| | | 5/28/2004) (Entered: 05/28/2004) |
| 05/28/2004 | 6 | CERTIFICATE OF SERVICE by American Internatinal Specialty Lines Insurance Company re 1 Complaint,, [2] Summons Issued as to USA, 3 ADR Scheduling Order, Case Referred to ECF *The Honorable Gordon R. England, Secretary of the Navy* (Lynch, Peter) (Filed on 5/28/2004) (Entered: 05/28/2004) |
| 05/28/2004 | 7 | CERTIFICATE OF SERVICE by American Internatinal Specialty Lines Insurance Company re 1 Complaint,, [2] Summons Issued as to USA, 3 ADR Scheduling Order, Case Referred to ECF *U.S. Navy, Claims, Investigation and Tort Litigation* (Lynch, Peter) (Filed on 5/28/2004) (Entered: 05/28/2004) |
| 05/28/2004 | 8 | CERTIFICATE OF SERVICE by American Internatinal Specialty Lines Insurance Company re 3 ADR Scheduling Order, Case Referred to ECF *Attorney General of the United States* (Lynch, Peter) (Filed on 5/28/2004) (Entered: 05/28/2004) |
| 05/28/2004 | 9 | CERTIFICATE OF SERVICE by American Internatinal Specialty Lines Insurance Company re 3 ADR Scheduling Order, Case Referred to ECF *Civil Process Clerk, U.S. Attorney's Office* (Lynch, Peter) (Filed on 5/28/2004) (Entered: 05/28/2004) |
| 06/23/2004 | 10 | Declination to Proceed Before a U.S. Magistrate Judge by United States Department of the Navy, United States of America. (Heister, Michael) (Filed on 6/23/2004) (Entered: 06/23/2004) |
| 06/24/2004 | 11 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (wh, COURT STAFF) (Filed on 6/24/2004) (Entered: 06/24/2004) |
| 06/30/2004 | 12 | ORDER REASSIGNING CASE. Case reassigned to Judge Charles R. Breyer for all further proceedings. Judge James Larson no longer assigned to case. Signed by Executive Committee on 06/30/04. (mab, COURT STAFF) (Filed on 6/30/2004) (Entered: 06/30/2004) |
| 07/01/2004 | 13 | CLERK'S NOTICE Case Management Conference set for 8/27/2004 08:30 AM. (Attachments: # 1 Order Setting Case Management Conference# 2 Standing Order) (be, COURT STAFF) (Filed on 7/1/2004) (Entered: 07/01/2004) |
| 07/01/2004 | 15 | EXHIBITS (manual filing) re 1 filed by American Internatinal Specialty Lines Insurance Company. (ga, COURT STAFF) (Filed on 7/1/2004) (Entered: 07/02/2004) |
| 07/02/2004 | 14 | *Defendants'* ANSWER to Complaint by United States Department of the Navy, United States of America. (Rigau, Mark) (Filed on 7/2/2004) (Entered: 07/02/2004) |
| 07/09/2004 | 16 | CERTIFICATE OF SERVICE by American Internatinal Specialty Lines Insurance Company *Clerk's Notice and Order Setting Case Management Conference* (Lynch, Peter) (Filed on 7/9/2004) (Entered: 07/09/2004) |
| 07/23/2004 | 17 | NOTICE of need of ADR Phone Conference (ADR L.R. 3-5 d) *and ADR* |

| | | |
|---|---|---|
| | | *Certification* (Lynch, Peter) (Filed on 7/23/2004) (Entered: 07/23/2004) |
| 08/10/2004 | 18 | ADR Clerks Notice Setting ADR Phone Conference on 8/18/04 at 9:30 a.m. Please take note that plaintiff's counsel initiates the call to all parties. (tjs, COURT STAFF) (Filed on 8/10/2004) (Entered: 08/10/2004) |
| 08/18/2004 | 19 | JOINT CASE MANAGEMENT STATEMENT filed by American Internatinal Specialty Lines Insurance Company. (Lynch, Peter) (Filed on 8/18/2004) (Entered: 08/18/2004) |
| 08/18/2004 | 20 | CASE MANAGEMENT STATEMENT *Initial Disclosure of Plaintiff American International Specialty Lines Ins. Co.* filed by American Internatinal Specialty Lines Insurance Company. (Lynch, Peter) (Filed on 8/18/2004) (Entered: 08/18/2004) |
| 08/18/2004 | 21 | CASE MANAGEMENT STATEMENT *Def. United States of America's Fed. R. Civ. P. 26(a)(1) Initial Disclosure* filed by United States of America. (Rigau, Mark) (Filed on 8/18/2004) (Entered: 08/18/2004) |
| 08/19/2004 | | ADR Clerks Notice ADR Phone Conference rescheduled to 8/26/04 at 11:30 a.m. (tjs, COURT STAFF) (Filed on 8/19/2004) (Entered: 08/19/2004) |
| 08/26/2004 | | ADR Phone Conference by RWS (tjs, COURT STAFF) (Filed on 8/26/2004) (Entered: 08/26/2004) |
| 08/27/2004 | 22 | Minute Entry: Initial Case Management Conference held on 8/27/2004 before Charles R. Breyer (Date Filed: 8/27/2004). Motion re jurisdiction Hearing set for 11/19/2004 10:00 AM. (Court Reporter N/A.) (be, COURT STAFF) (Date Filed: 8/27/2004) (Entered: 08/27/2004) |
| 10/01/2004 | 23 | NOTICE by United States of America *of Motion and Motion for Judgment on the Pleadings Under Fed. R. Civ. P. 12(c)* (Rigau, Mark) (Filed on 10/1/2004) (Entered: 10/01/2004) |
| 10/01/2004 | 24 | NOTICE by United States of America *CORRECTED Notice of Motion and Motion for Judgment on the Pleadings Under Fed. R. Civ. P. 12(c)* (Rigau, Mark) (Filed on 10/1/2004) (Entered: 10/01/2004) |
| 10/01/2004 | 25 | Ex Parte MOTION for Leave to File Excess Pages *Motion for Extension of Page Limit & Proposed Order* filed by United States of America. Motion Hearing set for 11/19/2004 10:00 AM. (Rigau, Mark) (Filed on 10/1/2004) (Entered: 10/01/2004) |
| 10/04/2004 | 26 | Memorandum in Opposition *USA's Ex Parte Motion for Extension of Page Limit and [Proposed] Order* filed by American Internatinal Specialty Lines Insurance Company. (Lynch, Peter) (Filed on 10/4/2004) (Entered: 10/04/2004) |
| 10/04/2004 | 27 | REPLY to Response to Motion *United States' Reply to Ex Parte Motion for Extension of Page Limit and Proposed Order* filed by United States of America. (Rigau, Mark) (Filed on 10/4/2004) (Entered: 10/04/2004) |
| 10/12/2004 | 28 | ORDER by Judge Charles R. Breyer granting 25 Motion for Leave to File Excess Pages (be, COURT STAFF) (Filed on 10/12/2004) (Entered: |

| | | |
|---|---|---|
| | | 10/12/2004) |
| 10/12/2004 | 29 | NOTICE by United States of America *of Motion and Motion for Judgment on the Pleadings Under Fed.R.CIV.P. 12(c)* (Rigau, Mark) (Filed on 10/12/2004) (Entered: 10/12/2004) |
| 10/12/2004 | 30 | MOTION for Judgment on the Pleadings *Under Fed. R. Civ. P. 12(c), Memo in Support of* filed by United States of America. Motion Hearing set for 11/19/2004 10:00 AM. (Rigau, Mark) (Filed on 10/12/2004) (Entered: 10/12/2004) |
| 10/12/2004 | 31 | Proposed Order *Granting the United States' Motion for Judgment on the Pleadings* by United States of America. (Rigau, Mark) (Filed on 10/12/2004) (Entered: 10/12/2004) |
| 10/12/2004 | 32 | Declaration of Michael B. Heister filed by United States of America. (Attachments: # 1 Exhibit Part 1 of 3, Exhs. 1 - 3 (of 7)# 2 Exhibit Part 2 of 3, Exhs. 4 - 6 (of 7)# 3 Exhibit Part 3 of 3, Exh. 7 of 7)(Rigau, Mark) (Filed on 10/12/2004) (Entered: 10/12/2004) |
| 11/02/2004 | 33 | Memorandum in Opposition *to United States' Motion for Judgment on the Pleadings* filed by American International Specialty Lines Insurance Company. (Lynch, Peter) (Filed on 11/2/2004) (Entered: 11/02/2004) |
| 11/02/2004 | 34 | Ex Parte Application *Regarding Plaintiff's Opposition to Defendants' Motion for Judgment on the Pleadings and (Proposed) Order* filed by American International Specialty Lines Insurance Company. (Lynch, Peter) (Filed on 11/2/2004) (Entered: 11/02/2004) |
| 11/03/2004 | 35 | Response to Motion re 34 Ex Parte Application *Regarding Plaintiff's Opposition to Defendants' Motion for Judgment on the Pleadings and (Proposed) Order - United States' Response to Plaintiff's Ex Parte Motion Regarding Opposition and [Proposed] Order* filed by United States of America. (Rigau, Mark) (Filed on 11/3/2004) Modified on 11/4/2004 (br, COURT STAFF). (Entered: 11/03/2004) |
| 11/03/2004 | 36 | Declaration in Support of 35 *by Mark A. Rigau* filed by United States of America. (Attachments: # 1 Exhibit 1 of 3# 2 Exhibit 2 of 3# 3 Exhibit 3 of 3)(Related document(s)35) (Rigau, Mark) (Filed on 11/3/2004) (Entered: 11/03/2004) |
| 11/04/2004 | 37 | ORDER by Judge Charles R. Breyer granting 34 Ex Parte Application (be, COURT STAFF) (Filed on 11/4/2004) (Entered: 11/04/2004) |
| 11/04/2004 | 38 | Reply to Opposition *to Declaration of Mark Rigau in Opposition to Plaintiff's Ex Parte Application re Opposition to Defendants' Motion for Judgment on the Pleadings* filed by American International Specialty Lines Insurance Company. (Attachments: # 1 Exhibit Exhibit A - Lynch Declaration)(Lynch, Peter) (Filed on 11/4/2004) (Entered: 11/04/2004) |
| 11/04/2004 | 39 | STIPULATION *and [Proposed] Order* by United States of America. (Rigau, Mark) (Filed on 11/4/2004) (Entered: 11/04/2004) |
| 11/04/2004 | 40 | STIPULATION *and [Proposed] Order (Corrected Formatting)* by United |

| | | |
|---|---|---|
| | | States of America. (Rigau, Mark) (Filed on 11/4/2004) (Entered: 11/04/2004) |
| 11/05/2004 | 41 | Reply to Opposition filed by United States of America. (Rigau, Mark) (Filed on 11/5/2004) (Entered: 11/05/2004) |
| 11/08/2004 | 42 | ORDER Setting Hearing on Motion 30 MOTION for Judgment on the Pleadings *Under Fed. R. Civ. P. 12(c), Memo in Support of*: Motion Hearing set for 12/3/2004 10:00 AM.. Signed by Judge Charles R. Breyer on 11/05/04. (be, COURT STAFF) (Filed on 11/8/2004) (Entered: 11/08/2004) |
| 11/18/2004 | | ADR Clerks Notice The further ADR Phone Conference has been taken off calendar. (tjs, COURT STAFF) (Filed on 11/18/2004) (Entered: 11/18/2004) |
| 12/06/2004 | 43 | Minute Entry: Motion Hearing held on 12/3/2004 before Charles R. Breyer (Date Filed: 12/6/2004) re 30 MOTION for Judgment on the Pleadings *Under Fed. R. Civ. P. 12(c), Memo in Support of* filed by United States of America,. (Court Reporter Leo Mankiewicz.) (be, COURT STAFF) (Date Filed: 12/6/2004) (Entered: 12/06/2004) |
| 12/22/2004 | 44 | AMENDED COMPLAINT against all defendants. Filed byAmerican International Specialty Lines Insurance Company. (Lynch, Peter) (Filed on 12/22/2004) (Entered: 12/22/2004) |
| 12/22/2004 | 45 | NOTICE by American International Specialty Lines Insurance Company *Manual Filing of Exhibits to Amended Complaint* (Lynch, Peter) (Filed on 12/22/2004) (Entered: 12/22/2004) |
| 12/23/2004 | 46 | EXHIBITS re 44 Amended Complaint, 45 Notice of manual filing of exhibits filed byAmerican International Specialty Lines Insurance Company. (Related document(s)44, 45) (mmt, COURT STAFF) (Filed on 12/23/2004) (Entered: 12/27/2004) |
| 01/07/2005 | 47 | TRANSCRIPT of Proceedings held on 12/3/04 before Judge Breyer. Court Reporter: Leo T. Mankiewicz 415-861-2236.. (far, Court Staff) (Filed on 1/7/2005) (Entered: 01/11/2005) |
| 01/14/2005 | 48 | MEMORANDUM in Support re 30 MOTION for Judgment on the Pleadings *Under Fed. R. Civ. P. 12(c), Memo in Support of*. *Supplemental Memorandum* filed byUnited States of America, United States Department of the Navy. (Related document(s)30) (Rigau, Mark) (Filed on 1/14/2005) (Entered: 01/14/2005) |
| 01/21/2005 | 49 | Memorandum in Opposition *to United States' Supplemental Memorandum Supporting its Motion for Judgment on the Pleadings* filed byAmerican International Specialty Lines Insurance Company. (Lynch, Peter) (Filed on 1/21/2005) (Entered: 01/21/2005) |
| 01/21/2005 | 50 | Declaration of Petra Pless in Support of 49 Memorandum in Opposition *to United States' Supplemental Memorandum Supporting Its Motion for Judgment on the Pleadings* filed byAmerican International Specialty Lines Insurance Company. (Related document(s)49) (Lynch, Peter) (Filed |

| | | |
|---|---|---|
| | | on 1/21/2005) (Entered: 01/21/2005) |
| 02/01/2005 | 51 | NOTICE by United States of America, United States Department of the Navy *Notice of Motion for Administrative Relief and Motion for Administrative Relief With Memorandum in Support* (Attachments: # 1 Proposed Order # 2 Declaration of Michael B. Heister)(Rigau, Mark) (Filed on 2/1/2005) (Entered: 02/01/2005) |
| 02/01/2005 | 52 | MOTION for Leave to File *Response to Plaintiff's Opposition (Docket 49)* filed by United States of America, United States Department of the Navy. (Attachments: # 1 Proposed Order)(Rigau, Mark) (Filed on 2/1/2005) (Entered: 02/01/2005) |
| 02/01/2005 | 53 | Declaration of Michael B. Heister in Support of 52 MOTION for Leave to File *Response to Plaintiff's Opposition (Docket 49)* filed byUnited States of America, United States Department of the Navy. (Related document(s)52) (Rigau, Mark) (Filed on 2/1/2005) (Entered: 02/01/2005) |
| 02/01/2005 | 54 | Response re 49 Memorandum in Opposition, 50 Declaration in Support, byUnited States of America, United States Department of the Navy. (Rigau, Mark) (Filed on 2/1/2005) (Entered: 02/01/2005) |
| 02/01/2005 | 55 | Declaration of Mark A. Rigau in Support of 54 Response filed byUnited States of America, United States Department of the Navy. (Attachments: # 1 Exhibit 1 of 6# 2 Exhibit 2 of 6# 3 Exhibit 3 of 6# 4 Exhibit 4 of 6# 5 Exhibit 5 of 6# 6 Exhibit 6 of 6)(Related document(s)54) (Rigau, Mark) (Filed on 2/1/2005) (Entered: 02/01/2005) |
| 02/03/2005 | 56 | ORDER by Judge Charles R. Breyer granting 52 Motion for Leave to File a Response. (be, COURT STAFF) (Filed on 2/3/2005) (Entered: 02/03/2005) |
| 03/24/2005 | 57 | MEMORANDUM AND ORDER. Signed by Judge Charles Breyer on March 24, 2005. (crblc2, COURT STAFF) (Filed on 3/24/2005) (Entered: 03/24/2005) |
| 03/24/2005 | | ***Civil Case Terminated. (crblc1, COURT STAFF) (Filed on 3/24/2005) (Entered: 03/28/2005) |
| 04/13/2005 | 58 | Letter from Clerk re partial transfer of case to U.S. Court of Federal Claims. (mcl, COURT STAFF) (Filed on 4/13/2005) (Entered: 04/13/2005) |
| 04/13/2005 | | Sent certified copy of docket sheet and transferral order to U.S. Court of Federal Claims. (mcl, COURT STAFF) (Entered: 04/13/2005) |