# City of Alameda • California

October 31, 2002

VIA REGISTERED MAIL
RETURN RECEIPT REQUESTED

Commanding Officer – Southwest Division
Engineering Field Division
Naval Facilities Engineering Command
1220 Pacific Highway
San Diego, CA 92132-5189

RE: Claim for Indemnification

Dear Sir:

Enclosed is a claim for indemnity pursuant to Section 330 of the Fiscal Year 1993 Defense Authorization Act, as amended (Public Law 102-484, 106 Stat. 2371 (1992)). This claim arises out of damage to property that resulted from and is predicated upon the release or threatened release of organochlorine pesticides, which constitute hazardous substances, pollutants and contaminants. Their presence is the result of Department of Defense activities at the East Housing Area, Naval Air Station (NAS), Alameda, a military installation that was closed pursuant to the Defense Base Closure and Realignment Act of 1990, as amended, (Public Law 101-510, 104 Stat. 1808 (1990)). The Department of the Navy transferred the property to the Alameda Reuse and Redevelopment Authority (ARRA) on June 6, 2000, and the ARRA in turn, transferred the property to the Community Improvement Commission of the City of Alameda (CIC) on August 1, 2001.

This claim is submitted jointly on behalf of the Alameda Reuse and Redevelopment Authority (a local redevelopment authority as defined in Section 2903, Public Law 103-160), the Community Improvement Commission of the City of Alameda (a public body corporate and politic), and American International Specialty Lines Insurance Company, the insurer for this property with a right of subrogation. Counsel for the insurer is Peter A. Lynch, Esquire, Cozen O'Conner, 501 Broadway, Suite 1610, San Diego, CA 92101.

Office Of The City Attorney

2263 Santa Clara Avenue, Room 280
Alameda, California 94501
510 748.4544 • Fax 510 748.4691 • TDD 510 522.7538

Printed on Recycled Paper

This issue first arose in connection with soil sampling performed at East Housing during early spring and summer of 2001. A description of the investigations and discussions with California regulatory personnel is at attachment 1. At attachment 2 is the sampling report originally conducted when suspicions first arose. The Demolition and Organochlorine Pesticide Removal Workplan prepared to address all site demolition activities and OCP removal is attachment 6. As indicated in attachment 1, the demolition and removal has been completed. However, the completion report is undergoing preparation.

The substantiation for this claim is as follows:

Tab 1 - Narrative description of discovery and response to pesticides ;
Tab 2 - Sampling Report: organochlorine pesticides, dated October 20, 2001;
Tab 3 - Property description;
Tab 4 - Fixed price contract for incremental costs of demolition and Disposal attributable to presence of organochloride pesticides ($457,500);
Tab 5 - Iterim report on contaminated soil disposal;
Tab 6 - Final Workplan, Demolition and Organopesticide Removal;
Tab 7 - California Department of Toxic Substance Control letter of May 3, 2002, informing ARRA that demolition will constitute a release of hazardous substances;
Tab 8 - Northgate Environmental Management bills;
Tab 9 - Shute, Mihaly & Weinberger itemized billings;
Tab 10- Kutak Rock LLP itemized billings.

This is not a final claim. This claim is filed at this time to satisfy the filing and notice obligations of Section 330. This claim is limited to that portion of the investigation, evaluation, negotiation, removal and verification associated with the pesticide issue. Those aspects of the work plan that would have been performed in connection with development of the former military installation independent of the presence of pesticides are not included in this claim. Additional claims for indemnification as a result of this event will be forthcoming.

The expenses documented in this submission which are claimed pursuant to the Section 330 indemnity are as follows:

| | |
|---|---|
| Catellus/Ferma | $ 20,000.00 |
| | 437,500.00 |
| Northgate | 5,676.30 |
| Shute, Mihaly & Weinberg | 8,635.80 |
| Kutak Rock | 12,190.00 |
| TOTAL | $484,002.10 |

The costs to remediate this pollution condition are presently estimated to be approximately $4,000,000. More definitive costs are being assembled at this time and will be presented to you as they become available. Additional pertinent papers will be provided as they are received. Please contact the undersigned for access to records and personnel associated with the work performed in connection with the discovery, presence and removal of these pesticides.

Sincerely,

Darrell W. Handy
Risk Manager
City of Alameda

Peter A. Lynch
Cozen O'Conner
Counsel for Insurer

PAL/cms
Enclosures

Cc: Barry Steinberg, Esq.
City Attorney, City of Alameda
Deputy City Manager, City of Alameda