**KUTAK ROCK LLP**

**WASHINGTON, D.C.**
Telephone 202-828-2400
Facsimile 202-828-2488

Federal ID 47-0597598

July 9, 2002

**Check Remit To:**
Kutak Rock LLP
PO Box 30057
Omaha, NE 68103-1157

**Wire Transfer Remit To:**
ABA #104000016
First National Bank of Omaha
Kutak Rock LLP
A/C # 24-690470

Terri Highsmith, Esq.
City of Alameda
Office of the City Attorney
City Hall, Room 314
2263 Santa Clara Avenue
Alameda, CA 94501-4456

144703-2

---

Re: Reuse of NAS Alameda

For Professional Legal Services Rendered

| | | | |
|---|---|---|---|
| 04/25/01 | B. Steinberg | 0.60 | Telephone conference with Mr. Handy regarding DDT/chlordane issues; research pesticide treatment exclusion CERCLA |
| 04/26/01 | B. Steinberg | 2.70 | Work on pesticide issues, review documents on levels of contamination acceptable; telephone conference with Mr. Handy and Ms. Highsmith regarding course of action |
| 04/27/01 | B. Steinberg | 2.10 | Work on disclosure issues; telephone conference with Mr. Handy; message from Ms. Highsmith; receipt and review of contractor's assessment of contamination; further discuss with Ms. Highsmith |
| 04/30/01 | B. Steinberg | 1.20 | Telephone conference with Ms. Highsmith regarding pesticide issues; review AIG policy on coverage, claims; message to Mr. Handy regarding catellus coverage concerns, contractor status |
| 05/14/01 | B. Steinberg | 0.20 | Message from Mr. Handy on pesticides issue; coordinate conference call |

| | | | |
|---|---|---|---|
| 05/15/01 | B. Steinberg | 2.30 | Research CERCLA/FIFRA/TSCA pesticide issue; conference call with Mr. Handy, Ms Highsmith and Ms. Tasini; telephone conference with Mr. Cornell on claim, telephone conference with Mr. Garber; follow up to Mr. Handy on AIG contract |
| 05/31/01 | B. Steinberg | 1.90 | Telephone conference with Ms. Highsmith on 330 claims issues, Term 1, AIG responses; prepare draft 330 claim recordkeeping document; telephone conference with Mr. Handy, update on current events |
| 06/01/01 | B. Steinberg | 1.50 | Conference call with PAAS; finish 330 package for claims, send to Ms. Highsmith; check with Ms. Tasini on pesticide issues |
| 06/08/01 | B. Steinberg | 0.80 | Conference call on pesticides |
| 09/26/01 | B. Steinberg | 0.20 | Messages to and from Mr. Handy and Mr. Highsmith on pesticide investigation |
| 10/12/01 | B. Steinberg | 0.60 | Call with Ms. Banks, Ms. Gerber and Mr. Sagun on chlordane issues and allocation of liability to Navy and insurance carrier |
| 10/15/01 | B. Steinberg | 1.20 | Review Chlordane faxed info; research Chlordane/CERCLA issue; conference call with Ms. Potter and Ms. Garber |
| 10/16/01 | B. Steinberg | 0.90 | Review Insurance contract, message to Potter, Handy based on chlordane contract and update to Ms. Highsmith |
| 10/17/01 | B. Steinberg | 0.30 | Messages to and from Handy on Chlordane, discussion with Ms. Highsmith |
| 10/18/01 | B. Steinberg | 1.70 | Prepare for conference call; e-mail to Handy; conference call with Ms. Highsmith, Potter, Handy, Garber, Russell on chlordane process for Navy and carrier |
| 10/21/01 | B. Steinberg | 0.30 | Message from Ms. Garber on DTSC/Catellus chlordane issue; provide reply |
| 10/22/01 | B. Steinberg | 2.20 | Research insurance coverage, Catellus contract listing; discussions with Handy; conference call with AIT claims adjudicator; receipt, review coverage letter; message to Garber |
| 10/23/01 | B. Steinberg | 0.80 | Review DDA compare with insurance policy and coverage letter |
| 10/24/01 | B. Steinberg | 0.20 | Message from discussion with Highsmith on DTSC requirements on chlordane, new test results |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

| | | | |
|---|---|---|---|
| 10/25/01 | B. Steinberg | 0.40 | Calls from/to ARRA; call to Highsmith; discuss with EPA Region 9 Rep. on pesticides as CERCLA Hazardous Substance |
| 10/29/01 | B. Steinberg | 1.70 | Preparation for contract conference call on chlordane issues |
| 10/30/01 | B. Steinberg | 0.40 | Meet with Phillipi and Murphy from DTSC; discuss chlordane/hazardous waste/pesticide issues, regulatory oversight under RCRA |
| 10/31/01 | B. Steinberg | 0.80 | Work on letter to AIG in reply to coverage letter |
| 11/09/01 | B. Steinberg | 0.90 | Review chlordane lagoon testing issue, Ms. Handy memorandum to Ms. Potter on coordination; coordinate call for next week; update pesticide issues |
| 11/10/01 | B. Steinberg | 1.10 | Review Carson Harbor decision on disposal in light of insurance requirements |
| 11/12/01 | B. Steinberg | 1.20 | Work on language for removal of soils, DTSC role; messages to and from Ms. Garber; coordinate with policy language |
| 11/13/01 | B. Steinberg | 0.60 | Evaluate reply to Russell's memorandum; copy to Ms. Highsmith; study policy coverage issues |
| 11/14/01 | B. Steinberg | 0.60 | Conference call on pesticide issues |
| 11/15/01 | B. Steinberg | 2.10 | Discuss with Ms. Handy, conference with AIG claims representative, discuss claim; compare with policy terms, memorandum to team on results of call |
| 11/16/01 | B. Steinberg | 2.10 | Reply to Team on follow up to AIG discussion; continue pesticide research, meet with environment engineer on DDY; discussion with Ms. Garber |
| 12/03/01 | B. Steinberg | 0.40 | Discussion with pesticides representative on building issues; meet with AIG Representatives, discuss claim |
| 12/13/01 | B. Steinberg | 0.50 | Discussion with Ms. Highsmith and Ms. Handy on status of environmental claim for pesticides, discuss developers role and activities, appropriate strategy |
| 12/14/01 | B. Steinberg | 0.30 | Review e-mails on pesticide issue from Mr. Brandt, Ms. Garber, Ms. Highsmith and Ms. Handy |
| 12/21/01 | B. Steinberg | 0.90 | Pull documents to prepare draft DTSC order on pesticides |
| 01/07/02 | B. Steinberg | 1.30 | Review FERMA chlordane removal plan; note issues for clarification |

| | | | |
|---|---|---|---|
| 01/09/02 | B. Steinberg | 0.40 | Telephone conference with Ms. Garber on Chlordane exclusive issue in Catellus plan; message from Ms. Garber on EBMUD reluctance to proceed; DTSC position on removal |
| 01/11/02 | B. Steinberg | 0.30 | Discussion with Ms. Garber on revised work plan for pesticides |
| 01/12/02 | B. Steinberg | 0.60 | Review latest pesticide removal plan, evaluation language to be deleted |
| 01/14/02 | B. Steinberg | 0.30 | Message to Ms. Handy on Draft Pesticide removal plan; messages from Ms. Garber |
| 01/15/02 | B. Steinberg | 1.90 | Work on pesticides issues; review Wong letter draft; discussions with Ms. Hardy on AIG claim; conference call with Hardy and Mr. Handy at AIG on claim issue |
| 01/16/02 | B. Steinberg | 1.90 | Receipt, review Winzler OCP report; review messages to and from Ms. Handy at AIG on claim; messages to Mr. Handy and Ms. Garber on transmittal to AIG |
| 01/17/02 | B. Steinberg | 1.30 | Messages to and from Mr. Handy and others on Coordinate communications with AIG claims |
| 01/20/02 | B. Steinberg | 0.20 | Message from Ms. Garber on submission to DTSC for pesticide claim |
| 01/22/02 | B. Steinberg | 0.50 | Discussion with Ms. Garber on insurance claim; conference call with Ms. Garber and Ms. Potter |
| 01/24/02 | B. Steinberg | 0.80 | AIG pesticide claim; review Russell memorandums |
| 01/30/02 | B. Steinberg | 0.30 | Message from Art on meetings; messages on pesticide status |
| 01/31/02 | B. Steinberg | 0.50 | Discussions with Ms. Garber, Ms. Handy on Pesticide issue |

TOTAL HOURS 46.00

TOTAL FOR SERVICES RENDERED $12,190.00

**Claim for Indemnification Submitted on December 18, 2003**

*American International Specialty Lines Ins. Co. v. United States of America, et al.*
United States District Court, Northern District of California Case No.: 3:04-cv-01591 CRB

City of Alameda • California

December 18, 2003

REGISTERED MAIL
RETURN RECEIPT REQUESTED

Commanding Officer – Southwest Division
Engineering Field Division
Naval Facilities Engineering Command
1220 Pacific Highway
San Diego, CA 92132-5189

Attn: Mr. Armando Alvarez

RE: **Claim for Indemnification, East Housing Area, Alameda**

Dear Mr. Alvarez:

Enclosed is the final claim for indemnification pursuant to Section 330 of the fiscal year 1993 Defense Authorization Act, as amended [Public Law 102-484, 106 St. 2371 (1992)]. As reflected in our prior claim for indemnification, submitted on October 31, 2002, and provided directly to you on January 22, 2003, we estimated that the final claim would be approximately $4,000,000. The initial claim was for $484,002.10 (copy enclosed without attachments, Tab A). The amount of this second and final claim is $3,426,394.28.

As was the case for the initial claim, this claim is submitted jointly on behalf of the Alameda Reuse and Redevelopment Authority (a local redevelopment authority as defined in Section 2903, Public Law 103-160), the Community Improvement Commission of the City of Alameda (a public body corporate and politic), and American International Specialty Lines Insurance Company, the insurer for this property with a right of subrogation. Counsel for the insurer is Peter A. Lynch, Esquire, Cozen O'Conner, 501 Broadway, Suite 1610, San Diego, CA 92101.

The underlying factual predicate for this claim was fully explained in our prior claim submission and will not be repeated here. As this is a continuation of the initial claim, the substantiation for this claim is contained in Tabs 1, 2 and 3 of the initial claim and those matters as well as other pertinent information are incorporated by reference herein.

Office Of The City Attorney

2263 Santa Clara Avenue, Room 280
Alameda, California 94501
510 748.4544 • Fax 510 748.4691 • TDD 510 522.7538

Printed on Recycled Paper

The substantiation for this final claim is contained in the following tabs:

Tab 1 Contractual obligations incurred to pay Catellus and its subcontractors for their work performed to address chlordane and organochlorine pesticide removal. The total costs for this work is $3,853,804.35, of which $457,500 was included in the initial claim and has not been paid by the Navy. Subtracting the initial Catellus claim, this additional claim amount is $3,396,304.35.

Tab 2 Northgate Environmental Management bill for the period 1 April 2003 through 31 July 2003. The portion of these bills attributable to the Navy's obligation to indemnity total $5,414.93. This amount does not reflect Northgate's bills included in the initial claim.

Tab 3 Kutak Rock, LLP itemized billings for the period 1 February 2002 through 1 November 2003. These bills total $24,675.00 and do not reflect the Kutak Rock, LLP bills included in the initial claims.

Sincerely,

Darrell Handy
City of Alameda

Peter Lynch
Cozen O'Conner

DH/cms
Enclosure

cc: Barry Steinberg, Esq. (w/enclosures)
City Attorney, (w/o enclosures)
Assistant City Attorney (w/enclosures)