CATELLUS

August 27, 2003

Mr Darrell Handy
Risk Manager
City of Alameda
2263 Santa Clara Ave.
Room 130
Alameda, CA 94501

Re: Alameda FISC/EHA demolition project
***Chlordane & OCP clean up***
***Claim Submittal #4***

Dear Darrell,

Please find attached submittal #4 for the Chlordane and Organochlorine Pesticide (OCP) removal at the above referenced project site. This fourth submittal is for the balance of the contaminated soil removed and replaced beyond the original base bid contract with Ferma. It includes costs authorized and billed to the City from October 01, 2001 through July 31, 2003 for chlordane related removal costs. Below is a breakout of the following scopes of work that were involved in the cleanup process.

1. Environmental Resources Management (ERM) was contracted to provide testing and oversight to help identify the exposure of suspected Chlordane and Organochlorine Pesticide (OCP) contaminants and develop a work plan as defined in the Site Management Plan (SMP) to help provide guidelines on how to handle Chlordane and Organochlorine Pesticide if encountered. On an ongoing basis they have provided oversight to make sure all requirements laid out in the SMP are meet and to document the removal process. ERM prepared the Demolition and Organochlorine Pesticide Removal Completion Report dated April 10, 2003, which outlines the processes observed and DTSC concurrence. Total costs associated with removal of OCP's are $80,897.84.

2. FERMA was contracted to remove and dispose of all Chlordane and Organochlorine Pesticide (OCP) contaminants in accordance with the SMP and DTSC concurrence. FERMA's cost associated with the removal of Chlordane and Organochlorine Pesticide (OCP) include: moblization costs; Removal of wood and concrete containing OCP's; the first six (6) inches contaminated soil removal and disposal; additional excavation to remove contaminated soil; disposal to class I and class II hazardous waste facilities as required; import of clean fill material to replace contaminated soil removed; water usage costs; pavement restoration fees and associated delay costs for a total of $2,824,248.71

3. Winzler & Kelly Consulting Engineers were contracted to provide on-site monitoring and testing of all OCP related activities and provide clearance that the site had been tested to be clean of all Chlordane and Organochlorine Pesticide as required in the SMP or a total of $456,435.00.

1999 Harrison Street, Suite 2150 Oakland, California 94612 · Tel (510) 267-0646 · Fax (510) 267-0940

4. Treadwell and Rollo Geotechnical Engineers were hired to provide observation, testing and consulting services during the backfill of material in the impacted areas, testing and monitoring of stockpile locations, testing of import fill material for a total of $3,660.25.

5. Hazardous Material Fees – include, State Board of Equalization – Generator Tax fees and Waste manifest fees for non-recyclable waste for a total of $65,170.00

6. Catellus Development Corp. as the Project Manager, Catellus Construction Company as the general contractor for the Alameda FISC/EHA project have incurred fees and costs associated with managing the removal of Chlordane and Organochlorine Pesticide (OCP) for a total of $423,392.55

To date we have submitted three claims for a total of $2,313,034.09 in related Chlordane and Organochlorine Pesticide removal costs. The total costs incurred to date for this scope of work are $3,853,804.35. We are now requesting the balance of the removal of Chlordane and Organochlorine Pesticide scope of work provided, including retainage as illustrated in the attached AIA payment request (Exhibit A) and the attached OCP Removal Summary (Exhibit B), for a total **Net Due of: $1,540,770.26**.

Please do not hesitate to contact me if you have any questions on the above claim submittal.

Sincerely,

Bill Kennedy
Director, Construction

Cc: Peter Russell
Barry Steinberg
Bill Frink
Doug Cole
Debbie Potter

Attachments.

Exhibit - A

# APPLICATION AND CERTIFICATION FOR PAYMENT

*AIA DOCUMENT G702* PAGE ONE OF two PAGES

TO OWNER:
City Of Alameda
950 West Mall Square
Alameda, CA 94501-7552

PROJECT: Catellus / Alameda
Residential Phase I
Chlordane Remediation

APPLICATION NO 4

PERIOD TO: 07/31/03

Distribution to:
- [X] OWNER (D. Cole)
- [ ] ARCHITECT
- [ ] CONTRACTOR
- [X] CATELLUS ( P Owen)
- [ ]

FROM CONTRACTOR:
Catellus Development
1999 Harrison Street, Suite 2150
Oakland, CA 94612

VIA ARCHITECT: N/A

PROJECT NOS: Residentail Phase I Demolition

CONTRACT FOR: Phase I Residential - Backbone Infrastructure Improvements

CONTRACT DATE 06/16/00

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the contract and approved EA, Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM (approved EA's) $ 1,577,270.00
2. Net change by Change Orders (approved EA's) $ 2,276,534.35
3. CONTRACT SUM TO DATE (Line 1 ± 2) $ 3,853,804.35
4. TOTAL COMPLETED & STORED TO DATE (Column K on G703) $3,853,804.35
5. RETAINAGE:
   a. 10% of Completed Work (Column H + I on G703) $257,003.79
   b. 10% of Stored Material (Column J on G703) $ -
   Total Retainage (Lines 5a + 5b or Total in Column N of G703) $257,003.79
6. TOTAL EARNED INCLUDING RETAINAGE $3,853,804.35
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) $2,313,034.09
8. **CURRENT PAYMENT DUE $ 1,540,770.26**
9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) $ -

| (EA) CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | 2,276,534.35 | |
| Total approved this Month | 0.00 | |
| TOTALS | 2,276,534.35 | 0.00 |
| NET CHANGES by Approved EA | 2,276,534.35 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: Catellus Construction Corp.

By: ______________________ Date: ______________

State of: County of:
Subscribed and sworn to before me this day of
Notary Public:
My Commission expires:

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED . . . . . . . . . . . $ __________

*(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)*

ARCHITECT:

By: ______________________ Date: ______________

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 · APPLICATION AND CERTIFICATION FOR PAYMENT · 1992 EDITION · AIA · ©1992 THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292

**Users may obtain validation of this document by requesting a completed AIA Document D401 - Certification of Document's Authenticity from the Licensee.**

Exhibit - A

# CONTINUATION SHEET

*AIA DOCUMENT G703*

PAGE OF PAGES

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column N on Contracts where variable retainage for line items may apply.

APPLICATION NO: 4
APPLICATION DATE: 08/27/03
PERIOD TO: 07/31/03
ENGINEER'S PROJECT NO: Residentail Phase I Demolitio:

| A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | WORK COMPLETED | | | | | | |
| ITEM NO. | DESCRIPTION OF WORK | Unit Measure | Unit Price | # of Units | SCHEDULED VALUE (D x E) | TOTAL FROM PREVIOUS APPLICATION | TOTAL THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN G OR H) | TOTAL COMPLETED AND STORED TO DATE (G+H+I) | % (J ÷ F) | BALANCE TO FINISH (F - J) | RETAINAGE 10% |
| 0001 | Ferma - Orignal Chlordane Contract | LS | 1,367,500.00 | 1 | 1,367,500.00 | 894,300.00 | 473,200.00 | 0.00 | 1,367,500.00 | 100% | 0.00 | 136,750.00 |
| 0002 | Ferma - Additional Chlordane impacted soil removal | T&M | 1,675,737.90 | 1 | 1,675,737.90 | 1,675,737.88 | 0.02 | 0.00 | 1,675,737.90 | 100% | 0.00 | 167,573.79 |
| 0003 | Ferma - Credit Change Order for Savings Associated with Reclassifying Class I material to Class II material (offset to item 0001) | LS | (473,200.00) | 1 | (473,200.00) | 0.00 | (473,200.00) | 0.00 | (473,200.00) | 100% | 0.00 | (47,320.00) |
| 0004 | Ferma - Additional Chlordane related costs, Water Usage Fees, City Pavement Rehabiliton fees, and Delay charges | T&M | 254,210.81 | 1 | 254,210.81 | 0.00 | 254,210.81 | 0.00 | 254,210.81 | 100% | 0.00 | 0.00 |
| 0005 | Winzler & Kelly - Original Contract for Onsite Construction Testing and Obsevation | LS | 209,770.00 | 1 | 209,770.00 | 0.00 | 209,770.00 | 0.00 | 209,770.00 | 100% | 0.00 | 0.00 |
| 0006 | Winzler & Kelly - Additional Change Orders | T&M | 246,665.00 | 1 | 246,665.00 | 0.00 | 246,665.00 | 0.00 | 246,665.00 | 100% | 0.00 | 0.00 |
| 0007 | ERM West - OCP Monitoring & Testing | T&M | 80,897.84 | 1 | 80,897.84 | 0.00 | 80,897.84 | 0.00 | 80,897.84 | 100% | 0.00 | 0.00 |
| 0008 | Treadwell & Rollo Geotechnical Services | T&M | 3,660.25 | 1 | 3,660.25 | 0.00 | 3,660.25 | | 3,660.25 | 100% | 0.00 | 0.00 |
| 0009 | Class I State Board of Equalization - Generator Tax Fee | LS | 64,300.00 | 1 | 64,300.00 | | 64,300.00 | | 64,300.00 | 100% | 0.00 | 0.00 |
| 0010 | DTSC - Class I Waste Manifest fee for Non-Recyclable Waste | LS | 870.00 | 1 | 870.00 | | 870.00 | | 870.00 | 100% | 0.00 | 0.00 |
| 0011 | Catellus Development Project Management Fee | LS | 137,216.47 | 1 | 137,216.47 | | 137,216.47 | | 137,216.47 | 100% | 0.00 | 0.00 |
| 0012 | Catellus Construction Corp. General Contractors Fee | LS | 137,216.47 | 1 | 137,216.47 | | 137,216.47 | | 137,216.47 | 100% | 0.00 | 0.00 |
| 0013 | Catellus Construction Corp. Genderal Conditions | LS | 89,019.61 | 1 | 89,019.61 | | 89,019.61 | | 89,019.61 | 100% | 0.00 | 0.00 |
| 0014 | Swinerton Site Superintendant | LS | 59,940.00 | 1 | 59,940.00 | | 59,940.00 | | 59,940.00 | 100% | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | SUBTOTAL | | | | 3,853,804.35 | 2,570,037.88 | 1,283,766.47 | 0.00 | 3,853,804.35 | | 0.00 | 257,003.79 |
| | Applicable Gross Receipts Tax @ 0.0% | % | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| | TOTALS | | | | $3,853,804.35 | $2,570,037.88 | $1,283,766.47 | $0.00 | $3,853,804.35 | 100% | $0.00 | $257,003.79 |

Users may obtain validation of this document by requesting of the license a completed AIA Document D401 - Certification of Document's Authenticity

## OCP Removal & Monitoring Summary of Costs:
### ACTUAL CHLORDANE RELATED COSTS

**Ferma Corporation:** Demolition and Removal Contract Work, Additional Removal and Soft Costs *(As of July 31, 2003)* — **Actual Costs**

| | | | | | Actual Costs |
|---|---|---|---|---|---|
| **Contract Work** | Initial scope of work contracted to Ferma on LS | | | | |
| Contract Item 1 - LS | Chlordane Mobilization | | | $ 20,000 | $ 20,000.00 |
| Contract Item 2 - LS | Remove wood and concrete containing Chlordane and/or other pesticides identified on the drawings | | | | |
| | Demolition and load | | | $ 197,100 | |
| | Transportation | | | $ 135,250 | |
| | Waste Characterization | | | $ 7,500 | |
| | Dumping Fees | | | $ 97,650 | |
| | SUBTOTAL | | | | $ 437,500.00 |
| Contract Item 3 - LS | Soil Contaminated with Chlordane for the first 6" depth of soil removal* | | | | |
| | Excavate and Stockpile | | | $ 24,500 | |
| | Waste Characterization | | | $ 5,000 | |
| | Load | | | $ 17,500 | |
| | Transportation | | | $ 644,000 | |
| | Dumping Fees | | | $ 219,000 | |
| | Credit back to Class I savings | | | $ (473,200) | |
| | SUBTOTAL | | | | $ 436,800.00 |

Initial 6" excavation did not remove Contaminants to required levels

| | | | | | Actual Costs |
|---|---|---|---|---|---|
| **Additional work** | Additional Chlordane Impacted soil removal and disposal (Revised to reflect "deep dig" removal methods) | | | | |
| | Excavation & Stockpile | 1 | T&M | $ 1,189,981.25 | $ 1,189,981.25 |
| | Dispose to Class I landfill (1) | $ 69 245 | Class I | 1,860.41 | $ 128,824.09 |
| | Dispose to Class II landfill | $ 9.075 | Class II | 21,009.68 | $ 190,662.85 |
| | Replacement Fill for Contaminated Soil (2) | $ 3.580 | Per Ton | 29,372.44 | $ 105,153.34 |
| | Replacement Fill for Contaminated Soil (3) | $ 11.37 | Per Ton | 4,162.28 | $ 47,325.12 |
| | Testing Smith & Emery | 1 | LS | $ 13,791.25 | $ 13,791.25 |
| | | | | | $ 1,675,737.90 |
| | Water Usage | 1 | LS | $ 1,543.76 | $ 1,543.76 |
| | City of Alameda Pavement Restoration Fees | 1 | LS | $ 31,402.50 | $ 31,402.50 |
| | Delay charges related to Chlordane | 1 | LS | $ 221,264.55 | $ 221,264.55 |
| | | | | | $ 1,929,946.71 |
| **Ferma Subtotal** | | | | | $ 2,824,248.71 |

(1) Additional haz mat generator fees are projected below
(2) Cost for material excluding hauling charges
(3) Cost for material including hauling charges

**Winzler & Kelly** OCP monitoring & Testing

Original Contract Work

**On site construction observation & testing**

| Source | Hrs/Unit | Rate | Consumables | | |
|---|---|---|---|---|---|
| Technician Labor | 1496 | $ 90.00 | $ 10.00 | $ 149,600 | |
| Project Manager | 234 | $ 140.00 | $ 6.00 | $ 34,194 | |
| Administration | 196 | $ 50.00 | $ 6.00 | $ 10,976 | |
| Samples | 100 | $ 150.00 | $ - | $ 15,000 | |
| SUBTOTAL | | | | | $ 209,770.00 |

**Nine-grid sampling investigation to determine "Deep-Dig" method**

| Source | Hrs/Unit | Rate | Consumables | | |
|---|---|---|---|---|---|
| Technician Labor | 80 | $ 90.00 | $ 10.00 | $ 8,000 | |
| Project Manager | 16 | $ 140.00 | $ 5.00 | $ 2,320 | |
| Administration | 5.5 | $ 50.00 | $ 5.00 | $ 305 | |
| OCP Samples | 71 | $ 225.00 | | $ 15,975 | |
| SUBTOTAL | | | | | $ 26,600.00 |

**Post excavation sampling including "Deep-Dig" post exc**

| Source | Turnaround Time | Rate | Total as of: 6/26/02 | Estimated Remaining to Complete | | |
|---|---|---|---|---|---|---|
| OCP Samples | 48 Hours | $ 225.00 | 22 | 0 | $ 4,950 | |
| OCP Samples | 5 Day | $ 150.00 | 103 | 36 | $ 20,850 | |
| VOC Samples | 48 Hours | $ 187.50 | 9 | 0 | $ 1,688 | |
| VOC Samples | 5 Day | $ 125.00 | 88 | 16 | $ 13,000 | |
| sVOC Samples | 48 Hours | $ 390.00 | 9 | 0 | $ 3,510 | |
| sVOC Samples | 5 Day | $ 260.00 | 93 | 16 | $ 28,340 | |
| Metals | 48 Hours | $ 187.50 | 9 | 0 | $ 1,688 | |
| Metals | 5 Day | $ 125.00 | 88 | 16 | $ 13,000 | |
| PNA's | 5 Day | $ 195.00 | 20 | 2 | $ 4,290 | |
| Shipping & Supplies | | | | | $ 3,600 | |
| Less OPC's Samples from Original Contract | | | | | $ (15,000) | |
| SUBTOTAL | | | | | | $ 79,915.00 |

**Post excavation oversight including stockpile management, composite sampling & disposal monitoring.**

| Source | Hrs/Unit | Rate | Consumables | | |
|---|---|---|---|---|---|
| Technician Labor | 672 | $ 90.00 | $ 10.00 | $ 67,200 | |
| Project Manager | 81 | $ 140.00 | $ 5.00 | $ 11,745 | |
| Administration | 81 | $ 50.00 | $ 5.00 | $ 4,455 | |
| Supplies | 1 | $ 1,600.00 | | $ 1,600 | |
| SUBTOTAL | | | | | $ 85,000.00 |

Catellus Costs | Exhibit - B | Updated: 9/2/2003

## OCP Removal & Monitoring Summary of Costs:
ACTUAL CHLORDANE RELATED COSTS

| | | | | | | Actual Costs |
|---|---|---|---|---|---|---|
| **Ferma Corporation:** | Demolition and Removal Contract Work, Additional Removal and Soft Costs (As of July 31, 2003) | | | | | |
| | **Import fill testing** | | | | | |
| | Source | Hrs/Unit | Rate | Consumables | | |
| | Lump sum | 1 | 3600 | | $ 3,600 | |
| | | | | | $ - | |
| | | | | | | $ 3,600.00 |
| | **Fill Material Oversight and Testing** | | | | | |
| | Source | Hrs/Unit | Rate | Consumables | | |
| | Technician Labor | | $ 90.00 | $ 10.00 | $ - | |
| | Project Manager | | $ 140.00 | $ 5.00 | $ - | |
| | Administration | | $ 50.00 | $ 5.00 | $ - | |
| | Supplies | 1 | $ 51,550.00 | | $ 51,550 | |
| | SUBTOTAL | | | | | $ 51,550.00 |
| **Winzler & Kelly Subtotal** | | | | | | $ 456,435.00 |
| **ERM** | OCP monitoring & Testing | | | | | |
| | Organochlorine-Pesticide Related Cost Summary | | | 10/01/01 to 6/31/02 | $ 54,055.43 | |
| | Organochlorine-Pesticide Related Cost Summary | | | 7/1/02 to 9/30/02 | $ 19,350.86 | |
| | Organochlorine-Pesticide Related Cost Summary | | | 10/1/02 to 3/31/03 | $ 7,491.65 | |
| **ERM Subtotal** | | | | | | $ 80,897.94 |
| **Treadwell & Rollo Geotechnical** | | | | | | |
| | Observation & Tesing Services | | | 5/2502 to 6/28/02 | $ 992.75 | |
| | Observation & Tesing Services | | | 6/29/02 to 7/26/02 | $ 1,236.50 | |
| | Observation & Tesing Services | | | 7/27/02 to 8/23/02 | $ 595.00 | |
| | Observation & Tesing Services | | | 8/24/02 to 9/27/02 | $ 836.00 | |
| **Treadwell Subtotal** | | | | | | $ 3,660.25 |
| **HazMat Fees** | | | | | | |
| | **Governmental Agency charges** | | | | | |
| | Class I State Board of Equalization tax - Generator Fee | | | | $ 64,300.00 | |
| | Class I Waste Manifest fee for non-recyclable waste - 116 manifests at $7.50 | | | | $ 870.00 | |
| **Fees Subtotal** | | | | | | $ 65,170.00 |
| **Hard Costs for OCPs Removal and Monitoring** (as defined by the DOA) | | | | | | $ 3,430,411.80 |
| **Soft Costs for OCPs Removal and Monitoring** | | | | | Total Fee | |
| | Catellus Development Corp Project Mgt Fee | | | | $ 137,216.47 | |
| | Catellus Construction Corp. General Contractor's Fee | | | | $ 137,216.47 | |
| | Catellus Construction Corp., General Conditions Costs | | | | $ 89,019.61 | |
| | Project Superintendent- Swinerton | | | | $ 59,940.00 | |
| | **Catellus Development Corp. & Catellus Construction Corp Total** | | | | | $ 423,392.55 |
| Subtotal Before Contingency | | | | | | $ 3,853,804.35 |
| | Contingency | | | | | $ - |
| **Total Costs Associated with Chlordane Removal, Disposal and Monitoring** | | | | | | $ 3,853,804.35 |

# APPLICATION AND CERTIFICATION FOR PAYMENT

*AIA DOCUMENT G702* PAGE ONE OF two PAGES

TO OWNER: City Of Alameda
950 West Mall Square
Alameda, CA 94501-7552

PROJECT: Catellus / Alameda
Residential Phase I
Chlordane Remediation

APPLICATION NO: 4

PERIOD TO: 07/31/03

FROM CONTRACTOR: Catellus Development
1999 Harrison Street, Suite 2150
Oakland, CA 94612

VIA ARCHITECT: N/A

PROJECT NOS: Residentail Phase I Demolition

CONTRACT FOR: Phase I Residential - Backbone Infrastructure Improvements

CONTRACT DATE: 06/16/00

Distribution to:
- [X] OWNER (D. Cole)
- [ ] ARCHITECT
- [ ] CONTRACTOR
- [X] CATELLUS ( P. Owen)

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the contract and approved EA, Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM (approved EA's) $ 1,577,270.00
2. Net change by Change Orders (approved EA's) $ 2,276,534.35
3. CONTRACT SUM TO DATE (Line 1 ± 2) $ 3,853,804.35
4. TOTAL COMPLETED & STORED TO DATE (Column K on G703) $3,853,804.35
5. RETAINAGE:
   a. 10% of Completed Work (Column H + I on G703) $257,003.79
   b. 10% of Stored Material (Column J on G703) $ -
   Total Retainage (Lines 5a + 5b or Total in Column N of G703) $257,003.79
6. TOTAL EARNED INCLUDING RETAINAGE $3,853,804.35
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) $2,313,034.09
8. **CURRENT PAYMENT DUE $ 1,540,770.26**
9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) $ -

| (EA) CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | 2,276,534.35 | |
| Total approved this Month | 0.00 | |
| TOTALS | 2,276,534.35 | 0.00 |
| NET CHANGES by Approved EA | 2,276,534.35 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: Catellus Construction Corp.

By: ______________ Date: ______________

State of: County of:
Subscribed and sworn to before me this day of
Notary Public:
My Commission expires:

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED . . . . . . . . . . . $ ______________

*(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)*

ARCHITECT:

By: ______________ Date: ______________

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 · APPLICATION AND CERTIFICATION FOR PAYMENT · 1992 EDITION · AIA · ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292
Users may obtain validation of this document by requesting a completed AIA Document D401 - Certification of Document's Authenticity from the Licensee.

# CONTINUATION SHEET

*AIA DOCUMENT G703*

PAGE OF PAGES

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing Contractor's signed certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column N on Contracts where variable retainage for line items may apply.

APPLICATION NO: 4
APPLICATION DATE: 08/27/03
PERIOD TO: 07/31/03
ENGINEER'S PROJECT NO: Residentail Phase I Demolitior

| A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | WORK COMPLETED | | | | | | |
| ITEM NO. | DESCRIPTION OF WORK | Unit Measure | Unit Price | # of Units | SCHEDULED VALUE (D x E) | TOTAL FROM PREVIOUS APPLICATION | TOTAL THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN G OR H) | TOTAL COMPLETED AND STORED TO DATE (G+H+I) | % (J ÷ F) | BALANCE TO FINISH (F - J) | RETAINAGE 10% |
| 0001 | Ferma - Orignal Chlordane Contract | LS | 1,367,500.00 | 1 | 1,367,500.00 | 894,300.00 | 473,200.00 | 0.00 | 1,367,500.00 | 100% | 0.00 | 136,750.00 |
| 0002 | Ferma - Additional Chlordane impacted soil removal | T&M | 1,675,737.90 | 1 | 1,675,737.90 | 1,675,737.88 | 0.02 | 0.00 | 1,675,737.90 | 100% | 0.00 | 167,573.79 |
| 0003 | Ferma - Credit Change Order for Savings Associated with Reclassifying Class I material to Class II material (offset to item 0001) | LS | (473,200.00) | 1 | (473,200.00) | 0.00 | (473,200.00) | 0.00 | (473,200.00) | 100% | 0.00 | (47,320.00) |
| 0004 | Ferma - Additional Chlordane related costs, Water Usage Fees, City Pavement Rehabiliton fees, and Delay charges | T&M | 254,210.81 | 1 | 254,210.81 | 0.00 | 254,210.81 | 0.00 | 254,210.81 | 100% | 0.00 | 0.00 |
| 0005 | Winzler & Kelly - Original Contract for Onsite Construction Testing and Obsevation | LS | 209,770.00 | 1 | 209,770.00 | 0.00 | 209,770.00 | 0.00 | 209,770.00 | 100% | 0.00 | 0.00 |
| 0006 | Winzler & Kelly - Additional Change Orders | T&M | 246,665.00 | 1 | 246,665.00 | 0.00 | 246,665.00 | 0.00 | 246,665.00 | 100% | 0.00 | 0.00 |
| 0007 | ERM West - OCP Monitoring & Testing | T&M | 80,897.84 | 1 | 80,897.84 | 0.00 | 80,897.84 | 0.00 | 80,897.84 | 100% | 0.00 | 0.00 |
| 0008 | Treadwell & Rollo Geotechnical Services | T&M | 3,660.25 | 1 | 3,660.25 | 0.00 | 3,660.25 | | 3,660.25 | 100% | 0.00 | 0.00 |
| 0009 | Class I State Board of Equalization - Generator Tax Fee | LS | 64,300.00 | 1 | 64,300.00 | | 64,300.00 | | 64,300.00 | 100% | 0.00 | 0.00 |
| 0010 | DTSC - Class I Waste Manifest fee for Non-Recyclable Waste | LS | 870.00 | 1 | 870.00 | | 870.00 | | 870.00 | 100% | 0.00 | 0.00 |
| 0011 | Catellus Development Project Management Fee | LS | 137,216.47 | 1 | 137,216.47 | | 137,216.47 | | 137,216.47 | 100% | 0.00 | 0.00 |
| 0012 | Catellus Construction Corp. General Contractors Fee | LS | 137,216.47 | 1 | 137,216.47 | | 137,216.47 | | 137,216.47 | 100% | 0.00 | 0.00 |
| 0013 | Catellus Construction Corp. Genderal Conditions | LS | 89,019.61 | 1 | 89,019.61 | | 89,019.61 | | 89,019.61 | 100% | 0.00 | 0.00 |
| 0014 | Swinerton Site Superintendant | LS | 59,940.00 | 1 | 59,940.00 | | 59,940.00 | | 59,940.00 | 100% | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | SUBTOTAL | | | | 3,853,804.35 | 2,570,037.88 | 1,283,766.47 | 0.00 | 3,853,804.35 | | 0.00 | 257,003.79 |
| | Applicable Gross Receipts Tax @ 0.0% | % | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| | TOTALS | | | | $3,853,804.35 | $2,570,037.88 | $1,283,766.47 | $0.00 | $3,853,804.35 | 100% | $0.00 | $257,003.79 |

Users may obtain validation of this document by requesting of the license a completed AIA Document D401 - Certification of Document's Authenticity

APPLICATION AND CERTIFICATE FOR PAYMENT — AIA DOCUMENT G702 — Page 1 of 1

| | | | |
|---|---|---|---|
| (Owner) City of Alameda | PROJECT: Alameda Naval Base Demo, 300 W.Atlantic - Alameda | APPLICATION NO.: Final | Distribution to: |
| | | PERIOD TO: 05/25/03 | Owner |
| | | | Architect |
| FROM: FERMA CORPORATION, 1265 MONTECITO AVE. STE., 200, MOUNTAIN VIEW, CA. 94043-4506 | Engineer BKF Eng | ARCHITECTS: | Contractor |
| | *FINAL 18000 | PROJECT: | |
| CONTRACT FOR: | | CONTRACT DATE: 12/21/01 | |

## CONTRACTOR'S APPLICATION FOR PAYMENT

| Change Order Summary | | ADDITIONS | DEDUCTIONS |
|---|---|---|---|
| Change Orders approved in previous months by Owner | TOTAL: | $ 1,792,795.00 | $ |
| Approved this Month | | | |
| Number | Date Approved | | |
| 21 | | - | (473,200.00) |
| 22 | | | (31,593.00) |
| 23 | | | (24,262.00) |
| 24 | | | (116,190.00) |
| 25 | | 254,211.00 | - |
| 02 | | - | (1,227,900.00) |
| | TOTALS: | $ 2,047,006.00 | $ (1,873,145.00) |
| Net Change by Change Orders: | | $ 173,861.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: Ferma Corporation

By: [signature] Date: 05/25/03

Application is made for Payment, as shown below, in connection with the Contract, Continuation Sheet, AIA Document G703, is attached

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM - | | $6,779,475.00 |
| 2. Net change by Change Orders - | | $173,861.00 |
| 3. CONTRACT SUM TO DATE (line 1 +/-2) - | | $6,953,336.00 |
| 4. TOTAL COMPLETED & STORED TO DATE - (Column G on G703) | | $6,953,336.00 |
| 5. RETAINAGE: | | |
| a. 10% of Completed work: - (column D+E on G703) | $0.00 | |
| b. 10% of Stored Materials - (Column F on G703) | $0.00 | |
| Total Retainage (Line 5a + 5b or Total in Column I of G703) - | | $0.00 |
| 6. TOTAL EARNED LESS RETAINAGE - (Line 4 less Line 5 Total) | | $6,953,336.00 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) - | | $ (6,162,217.09) |
| 8. CURRENT PAYMENT DUE - | | $791,118.91 |
| 9. BALANCE TO FINISH, PLUS RETAINAGE - (line 3 less Line 6) | | $0.00 |

*NOTARY ATTACHED*

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observation and the data comprising the above application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED

(Attach explanation if amount certified differs from the amount applied for.)

ARCHITECT:

BY: DATE:

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner of Contractor under this Contract. G702

CONTINUATION SHEET — AIA DOCUMENT G703 — 428-2717-4397

AIA Document, G702 APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Containing Contractor's signed Certification is attached.

In tabulations below, amounts are stated to the nearest dollar.

Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NUMBER: 12 final
APPLICATION DATE: 05/25/03
PERIOD TO: 05/25/03
ARCHITECTS PROJECT NO:

| A | B | | | | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO | DESCRIPTION OF WORK Phase I | # Unit | | Unit Price | Scheduled Value | WORK COMPLETED From Prev Applications | WORK COMPLETED This Period | Materials Presently Stored | Total Completed & Stored | % (C/G) | Balance To Finish (C-G) | Retainage |
| | Exhibit C1 | | | | | | | | | | | |
| | **Infrastructure Demolition** | | | | | | | | | | | |
| 1 | Crush & Process Concrete | 1 | ls | 315,000 | 315,000.00 | 315,000.00 | - | | 315,000.00 | 100% | - | 31,500.00 |
| 2 | Trees | 1 | ls | 16,000 | 16,000.00 | 16,000.00 | - | | 16,000.00 | 100% | - | 1,600.00 |
| 3 | Site Furnishing | 1 | ls | 15,000 | 15,000.00 | 15,000.00 | - | | 15,000.00 | 100% | - | 1,500.00 |
| 4 | Underground Utilities | 1 | ls | 110,000 | 110,000.00 | 110,000.00 | - | | 110,000.00 | 100% | - | 11,000.00 |
| 5 | Abandon in place utilities | 1 | ls | 120,000 | 120,000.00 | 120,000.00 | - | | 120,000.00 | 100% | - | 12,000.00 |
| 6 | Marsh Crust Layer | 1 | ls | 175 | - | - | - | | - | 0% | - | - |
| 7 | Salvage of Transformer | 1 | ls | 10,000 | 10,000.00 | 10,000.00 | - | | 10,000.00 | 100% | - | 1,000.00 |
| 8 | Additional Items | 1 | ls | 675,000 | 675,000.00 | 675,000.00 | - | | 675,000.00 | 100% | - | 67,500.00 |
| | Total: | | | | 1,261,000 | 1,261,000 | - | | 1,261,000 | | - | 126,10 |
| | Change Orders: | | | | | | | | | | | |
| | 2 | 1 | ls | 4,040 | 4,040.00 | 4,040.00 | - | | 4,040.00 | 100% | - | 404.00 |
| | 3 | 1 | ls | 13,194 | 13,194.00 | 13,194.00 | - | | 13,194.00 | 100% | - | 1,319.40 |
| | 8 | 1 | ls | 8,271 | 8,271.00 | 8,271.00 | - | | 8,271.00 | 100% | - | 827.10 |
| | 16 | 1 | ls | 5,000 | 5,000.00 | 5,000.00 | - | | 5,000.00 | 100% | - | 500.00 |
| | 19 | 1 | ls | 2,664 | 2,664.00 | 2,664.00 | - | | 2,664.00 | 100% | - | 266.40 |
| | 20 | 1 | ls | 2,000 | 2,000.00 | 2,000.00 | - | | 2,000.00 | 100% | - | 200.00 |
| | 22 | 1 | ls | (31,593) | (31,593.00) | - | (31,593.00) | | (31,593.00) | 100% | - | (3,159.30 |
| | 24 | 1 | ls | (116,190) | (116,190.00) | - | (116,190.00) | | (116,190.00) | 100% | - | (11,619.00 |
| | | | | - | - | - | - | | - | 100% | - | - |
| | **Revised:** | | | | 1,148,386 | 1,296,169 | (147,783) | - | 1,148,386 | | - | 114,83 |
| | | | | | | | | | | | | |
| | **Building Demolition** | | | | | | | | | | | |
| 1 | Bldg and Carport Demo | 1 | ls | 1,752,420 | 1,752,420.00 | 1,752,420.00 | - | | 1,752,420.00 | 100% | - | 175,242.00 |
| | Total: | | | | 1,752,420 | 1,752,420 | - | | 1,752,420 | | - | 175,242 |
| | Change Orders: | | | | | | | | | | | |
| | 4 | 1 | ls | 1,845 | 1,845.00 | 1,845.00 | - | | 1,845.00 | 100% | - | 184.50 |
| | 11 | 1 | ls | 1,520 | 1,520.00 | 1,520.00 | - | | 1,520.00 | 100% | - | 152.00 |
| | | | | | | | | | | | | |
| | **Revised:** | | | | 1,755,785 | 1,755,785 | - | - | 1,755,785 | | - | 175,57 |

| A | B | | | | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO | DESCRIPTION OF WORK Phase I | # Unit | | Unit Price | Scheduled Value | WORK COMPLETED From Prev Applications | This Period | Materials Presently Stored | Total Completed & Stored | % (C/G) | Balance To Finish (C-G) | Retainage |
| Haz Mat Removal (No Chlordane) | | | | | | | | | | | | |
| 1 | Removal of Hazardous | 1 | ls | 1,068,680 | 1,068,680.00 | 1,068,680.00 | - | | 1,068,680.00 | 100% | - | 106,868.00 |
| 2 | Remove wood piling | 1 | ls | 15,000 | 15,000.00 | 15,000.00 | - | | 15,000.00 | 100% | - | 1,500.00 |
| | Total: | | | | 1,083,680.00 | 1,083,680.00 | - | | 1,083,680.00 | | - | 108,368.00 |
| | Change Order: | | | - | - | - | - | | - | 0% | - | - |
| | 1 | 1 | ls | 17,518 | 17,518.00 | 17,518.00 | - | | 17,518.00 | 100% | - | 1,751.80 |
| | 5 | 1 | ls | 2,497 | 2,497.00 | 2,497.00 | - | | 2,497.00 | 100% | - | 249.70 |
| | 6 | 1 | ls | 3,251 | 3,251.00 | 3,251.00 | - | | 3,251.00 | 100% | - | 325.10 |
| | 18 | 1 | ls | 18,650 | 18,650.00 | 18,650.00 | - | | 18,650.00 | 100% | - | 1,865.00 |
| | Revised: | | | | 1,125,596.00 | 1,125,596.00 | - | - | 1,125,596.00 | - | - | 112,559.60 |
| Haz Mat Removal (Chlordane Only) | | | | | | | | | | | | |
| 1 | Chlordane Mobilization | 1 | ls | 20,000 | 20,000.00 | 20,000.00 | - | | 20,000.00 | 100% | - | 2,000.00 |
| 2 | Dosposal of wood and concrete | 1 | ls | 437,500 | 437,500.00 | 437,500.00 | - | | 437,500.00 | 100% | - | 43,750.00 |
| 3 | Disposal soil | 1 | ls | 910,000 | 910,000.00 | 436,800.00 | 473,200.00 | | 910,000.00 | 100% | - | 91,000.00 |
| | Total: | | | - | 1,367,500.00 | 894,300.00 | 473,200.00 | | 1,367,500.00 | | - | 136,750.00 |
| | Change order: | | | | | | | | | | | |
| | 9 | 1 | ls | 100,000 | 100,000.00 | 100,000.00 | - | | 100,000.00 | 100% | - | 10,000.00 |
| | 10 | 1 | ls | 250,000 | 250,000.00 | 250,000.00 | - | | 250,000.00 | 100% | - | 25,000.00 |
| | 12 | 1 | ls | 300,000 | 300,000.00 | 300,000.00 | - | | 300,000.00 | 100% | - | 30,000.00 |
| | 13 | 1 | ls | 350,000 | 350,000.00 | 350,000.00 | - | | 350,000.00 | 100% | - | 35,000.00 |
| | 14 | 1 | ls | 150,000 | 150,000.00 | 150,000.00 | - | | 150,000.00 | 100% | - | 15,000.00 |
| | 15 | 1 | ls | 400,000 | 400,000.00 | 400,000.00 | - | | 400,000.00 | 100% | - | 40,000.00 |
| | 17 | 1 | ls | 150,000 | 150,000.00 | 125,737.88 | 24,262.12 | | 150,000.00 | 100% | - | 15,000.00 |
| | 21 | 1 | ls | (473,200) | (473,200.00) | - | (473,200.00) | | (473,200.00) | 100% | - | (47,320.00) |
| | 23 | 1 | ls | (24,262) | (24,262.00) | - | (24,262.00) | | (24,262.00) | 100% | - | (2,426.20) |
| | 25 | 1 | ls | 254,211 | 254,211.00 | - | 254,211.00 | | 254,211.00 | 100% | - | 25,421.10 |
| | Revised: | | | | 2,824,249.00 | 2,570,037.88 | 254,211.12 | - | 2,824,249.00 | | - | 282,424.90 |

| A | B | | | | C | D | E | F | G | H | I | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO | DESCRIPTION OF WORK Phase I Commercial | # | Unit | Unit Price | Scheduled Value | WORK COMPLETED From Prev Applications | This Period | Materials Presently Stored | Total Completed & Stored | % (C/G) | Balance To Finish (C-G) | Retainage |
| | Exhibit C-2 | | | | | | | | | | | |
| | Infrastructure Demolition | | | | | | | | | | | |
| 1 | Crush & Process Concrete | 1 | ls | 231,000 | 231,000.00 | - | - | | - | 0% | 231,000.00 | - |
| 2 | Remove Trees | 1 | ls | 7,000 | 7,000.00 | - | - | | - | 0% | 7,000.00 | - |
| 3 | Remove Site Furnishings | 1 | ls | 5,000 | 5,000.00 | - | - | | - | 0% | 5,000.00 | - |
| 4 | Remove Underground Utilities | 1 | ls | 50,000 | 50,000.00 | - | - | | - | 0% | 50,000.00 | - |
| 5 | Abandon in place Utilities | 1 | ls | 42,000 | 42,000.00 | - | - | | - | 0% | 42,000.00 | - |
| 6 | Remove Marsh Crust | 1 | cy | 175 | 175.00 | - | - | | - | 0% | 175.00 | - |
| 7 | Salvage of all Transformers | 1 | ls | 5,000 | 5,000.00 | - | - | | - | 0% | 5,000.00 | - |
| 8 | Additional limes needed | 1 | ls | 450,000 | 450,000.00 | 9,000.00 | - | | 9,000.00 | 2% | 441,000.00 | 900.00 |
| | Total: | | | | 790,175.00 | 9,000.00 | - | | 9,000.00 | 0.02 | 781,175.00 | 900.00 |
| | Fisc/East Housing Area Backbone | | | | | | | | | | | |
| | Infrastructure Improvements For | | | | | | | | | | | |
| | Catellus Phase I Commercial Proj. | | | | | | | | | | | |
| | Building Demolition | | | | | | | | | | | |
| 1 | Building 901 Demo Ware #3 | 1 | ls | 370,000 | 370,000.00 | - | - | | - | 0% | 370,000.00 | - |
| 2 | Building 1286 Demo | 1 | ls | 44,200 | 44,200.00 | 22,100.00 | - | | 22,100.00 | 50% | 22,100.00 | 2,210.00 |
| 3 | Building 1263 Demo | 1 | ls | 8,000 | 8,000.00 | 4,000.00 | - | | 4,000.00 | 50% | 4,000.00 | 400.00 |
| 4 | Building 12,13,16,17 Demo | 1 | ls | 27,500 | 27,500.00 | 6,875.00 | - | | 6,875.00 | 25% | 20,625.00 | 687.50 |
| | Total: | | | | 449,700.00 | 32,975.00 | - | | 32,975.00 | | 416,725.00 | 3,297.50 |
| | | | | | | | | | | | | |
| | Haz Mat Removal | | | | | | | | | | | |
| 1 | Removal of Hazardous | 1 | ls | 60,000 | 60,000.00 | 45,000.00 | - | | 45,000.00 | 75% | 15,000.00 | 4,500.00 |
| 2 | Remove wood piling | 1 | ls | 15,000 | 15,000.00 | - | - | | - | 0% | 15,000.00 | - |
| 3 | Remove asbestos cement pipe | 1 | lf | 5.50 | | | | | | | | |
| 4 | Disposal of contam groundwater | 1 | ga | 2.25 | | | | | | | | |
| | Add | 1 | ls | 12,345 | 12,345.00 | 12,345.00 | - | | 12,345.00 | 100% | - | 1,234.50 |
| | Change Order 02 | 1 | ls | (1,227,900.00) | (1,227,900.00) | - | - | | - | 0% | (1,227,900.00) | - |
| | Total: | | | | (1,140,555.00) | 57,345.00 | - | - | 57,345.00 | | (1,197,900.00) | 5,734.50 |
| | Contract Total: | | | | 99,320.00 | 99,320.00 | - | | 99,320.00 | | - | 9,932.00 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | Totals: | | | | $ 6,953,336.00 | $ 6,846,907.88 | $ 106,428.12 | | $ 6,953,336.00 | | $ - | $ 695,333.60 |

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California
County of Santa Clara } SS.

On May 25, 2003, before me, Regina Deason - Notary Public,
Date Name and Title of Officer

personally appeared Rick Parodi,
Name(s) of Signer(s)

☒ personally known to me
☐ proved to me on the basis of satisfactory evidence

to be the person(s) whose name is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

REGINA DEASON
Commission # 1284048
Notary Public - California
Santa Clara County
My Comm. Expires Dec 12, 2004

WITNESS my hand and official seal.

Regina Deason
Signature of Notary Public

Place Notary Seal Above

## *OPTIONAL*

*Though the information below is not required by law, it may prove valuable to person(s) relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

Title or Type of Document: ______________________
Document Date: ______________ Number of Pages: ________

**Capacity(ies) Claimed by Signer**
Signer's Name: ______________________

- ☐ Individual
- ☐ Corporate Officer
- ☐ Partner
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian of Conservator
- ☐ Other: ______________________

Signer if Representing: ______________________

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

# Conditional Waiver and Release Upon Final Payment

Upon receipt by the undersigned of a check from:
Catellus Construction Corp.
in the sum of:
791,118.91
payable to:
Ferma Corporation

and when the check has been properly endorsed ans has been paid by the bank upon which it is drawn, this document shall become effective to release any mechanic's lien, stop notice, or bond right the undersigned has on the job of :

Catellus Construction Corp.
located at:
Alameda Naval Base - 300 W. Atlantic - Alameda, Ca.

This release covers the final payment to the undersigned for all labor, services, equipment or material furnished on the job, except for disputed claims for additional work in the amount of $0.00. Before any recipient of this document relies on it, the party should verify evidence of payment to the undersigned.

25-May-03
Ferma Corporation

Rich Parodi
Controller

NOTE: This form of release complies with the requirements of Civil Code Section 3262(d)(3). It is not effective until the check that constitutes final payment has been properly endorsed and has cleared the bank.

Treadwell&Rollo

# MEMORANDUM

**TO:** Phil Owen – Catellus Development Corporation (Fax No. 510/337-0440)

**FROM:** Darren A. Mack, Senior Project Engineer DAM

**DATE:** 28 April 2003

**PROJECT:** EHA Demolition and Rough Grading
Alameda, California
Project No. 2310.06

**SUBJECT:** Summary of Geotechnical Fees Related to Chlordane-Impacted Soil

---

To date, our total fees for observation, testing, and consultation regarding chlordane-impacted soil removed from the East Housing Area (EHA) site during demolition and rough grading are $3,660.25. As requested, the following presents a summary of the invoices in which we billed for chlordane-related services, the amount billed, and a description of the services provided.

**Invoice 0094188, 10 July 2002, Progress Billing No. 5, $992.75**

Chlordane-related services completed through Progress Billing No. 5 consisted of observation and testing of backfill placed in footing areas after excavation of chlordane-impacted soil.

**Invoice 0094529, 9 August 2002, Progress Billing No. 6, $1,236.50**

Chlordane-related services completed through Progress Billing No. 6 consisted of observation and testing of backfill placed in footing areas after excavation of chlordane-impacted soil.

**Invoice 0094762, 5 September 2002, Progress Billing No. 7, $595.00**

Chlordane-related services completed through Progress Billing No. 7 included performing field density tests to estimate the bulk density of stockpiles of chlordane-impacted soil and consulting with Catellus regarding the results of the tests.

**Invoice 0095046, 11 October 2002, Progress Billing No. 8, $836.00**

Chlordane-related services completed through Progress Billing No. 8 included consulting with Catellus and Harris & Associates regarding soil shrinkage, off-haul, and import soil quantities.

We trust this provides the information required. If you have any questions please call.

23100618.OAK

Treadwell & Rollo, Inc. *Environmental & Geotechnical Consultants*
501 14th Street, Third Floor, Oakland, CA 94612
Telephone (510) 874-4500 Facsimile (510) 874-4507

TREADWELL & ROLLO NO. 524 P. 1/1

TREADWELL & ROLLO

Post-it® Fax Note 7671 Date 9/18/02 # of pages ▸ 1
To Doug L. From Andy B.
Co./Dept. SE Co. OAK
Phone # Phone #
Fax # Fax #

**Treadwell&Rollo**

**ELECTRONIC CHECK REQUEST FORM**

DATE: 18 September 2002

REQUESTED BY: Andrew R. Blaisdell

PROJECT NO.: 2310.06 TASK: 0200

ACCOUNTING CODE:

CHECK NEEDED BY: 19 September (tomorrow), 9 AM

AMOUNT: $ 85.52

PAYABLE TO: California Surveying and Drafting Supply
6111 Southfront Road #C
Livermore, California 94550

ADDRESS:

PLEASE MAIL CHECK ☐

PLEASE RETURN CHECK TO REQUESTOR ☐

DESCRIPTION: Leave check at front desk for pick-up.

AUTHORIZATION: [signature]

ACCOUNTING DEPT.

EXHIBIT C

Conditional Waiver and Release
Upon Progress Payment

Upon receipt by the undersigned of a check from Catellus Development Corporation in the sum of $5,832.30 payable to Treadwell & Rollo, Inc. and when the check has been properly endorsed and has been paid by the bank upon which it is drawn, this document shall become effective to release any mechanic's lien, stop notice, or bond right the undersigned has on the job of Catellus Construction Corporation ("Company") or located at Alameda East Residential Housing, Alameda, CA to the following extent. This release covers a progress payment for labor, services, equipment, or material furnished to Catellus Development Corporation through 9/27/02 only and does not cover any retentions retained before or after the release date, extras furnished before the release date for which payment has not been received; extras or items furnished after the release date. Rights based upon work performed or items furnished under a written change order which has been fully executed by the parties prior to the release date are covered by this release unless specifically reserved by the claimant in this release. This release of any mechanic's lien, stop notice, or bond right shall not otherwise affect the contract rights, including rights between parties to the contract based upon a rescission, abandonment, or breach of the contract, or the right of the undersigned to recover compensation for furnished labor, services, equipment, or material covered by this release if that furnished labor, services, equipment, or material was not compensated by the progress payment. Before any recipient of the document relies on it, said party should verify evidence of payment to the undersigned.

Dated: 10/11/02

TREADWELL & ROLLO, INC.

By: David Ol[illegible]

Title: BILLING COORDINATOR

CERTIFICATE OF RECEIPT OF PAYMENT
FOR ITEMS FURNISHED PRIOR TO RELEASE DATE

The undersigned certifies that, with respect to the Work for which it has signed this Conditional Waiver and Release Upon Progress Payment dated as of ________________, there are no extras furnished before such release date for which payment has not been received.

Dated. ________________________

TREADWELL & ROLLO, INC.

By. ________________________

Title: ________________________

Treadwell&Rollo

# Invoice

October 11, 2002
Project No: 2310.06
Invoice No: 0095046

Mr. Bill Kennedy
Cattellus Development Corporation
1999 Harrison Street, Suite 2150
Oakland, CA 94612

RECEIVED
OCT 16 2002

PROGRESS BILLING NO. 8
GEOTECHNICAL SERVICES DURING DEMOLITION
FISC/EAST HOUSING RESIDENTIAL DEVELOPMENT
ALAMEDA, CALIFORNIA

Contract No. (None assigned)
Change Order No. 1

**Professional services from August 24, 2002 to September 27, 2002**

Task: 0100 Plan Review and Consultation
Description: Services provided during this period included 1) reviewing the results of the settlement plate monitoring performed by BKF Engineers; 2) consulting with the project team via phone and e-mail regarding stabilization options for soft subgrade areas; erosion control; and the results of Class 2 aggregate base specification compliance testing; and 3) project management.

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| C.S. Shields | 2.50 | 185.00 | 462.50 | |
| D.A. Mack | 7.00 | 110.00 | 770.00 | |
| A. Blaisdell | 2.00 | 88.00 | 176.00 | |
| M.F. Pinheiro | 6.50 | 88.00 | 572.00 | |
| Graphics | 7.50 | 85.00 | 637.50 | |
| Technical Assistant | 1.20 | 85.00 | 102.00 | |
| **Total Labor** | | | | **2,720.00** |

**Reimbursable Expenses**

| | | | | |
|---|---|---|---|---|
| Golden State Overnight | Inv.# 648778 dated 08-31-02 | | 14.30 | |
| **Total Reimbursables** | | **1.15 times** | 14.30 | **16.45** |
| | | | **Total this task** | **$2,736.45** |

· Documentation provided



**Treadwell & Rollo, Inc.** *Environmental & Geotechnical Consultants*
555 Montgomery Street, Suite 1300, San Francisco, CA 94111
Telephone (415) 955-9040 Facsimile (415) 955-9041

**Treadwell&Rollo**

Project: 2310.06 FISC/East Housing Residential Developt. Invoice No: 0095046

Task: 0200 On-site Observation and Testing
Description: Services during this period consisted of part-time observation and testing during fill and backfill placement and rough site grading. In addition, we set lath around the soft subgrade areas at the site so that these areas could be surveyed by BKF Engineers.

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| A. Blaisdell | 15.50 | 88.00 | 1,364.00 | |
| T.M. Rubeo | 4.50 | 80.00 | 360.00 | |
| **Total Labor** | | | | **1,724.00** |

**Reimbursable Expenses**

| | | | |
|---|---|---|---|
| California Surveying and Drafting* | | 85.52 | |
| ~~**Total Reimbursables**~~ | ~~**1.15 times**~~ | ~~**85.52**~~ | ~~**98.35**~~ |

**Unit Billing**

| | | | |
|---|---|---|---|
| Field Vehicle | 20.00 Hours @ 12.50 | 250.00 | |
| Nuclear Mois/Den. Gauge | 15.00 Hours @ 12.50 | 187.50 | |
| **Total Units** | **1.0 times** | **437.50** | **437.50** |

**Total this task** **$2,259.85**

Task: 0400 Chlordane Related Activities
Description: Services during this period consisted of consulting with Catellus and Harris & Associates regarding the concept of soil shrinkage and off-haul and import soil quantities.

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| D.A. Mack | 6.00 | 110.00 | 660.00 | |
| A. Blaisdell | 2.00 | 88.00 | 176.00 | |
| **Total Labor** | | | | 836.00 |

**Total this task** **$836.00**

**Total this invoice** **$5,832.30**

**Outstanding Invoices**

| Number | Date | Balance |
|---|---|---|
| 0092967 | 3/5/02 | 11,426.56 |
| 0093368 | 4/11/02 | 11,099.34 |
| 0093614 | 5/9/02 | 5,804.17 |
| 0093954 | 6/10/02 | 7,877.12 |
| 0094188 | 7/10/02 | 5,104.81 |
| 0094529 | 8/9/02 | 7,463.20 |
| 0094762 | 9/5/02 | 4,279.50 |
| **Total Past Due** | | 53,054.70 |

Approval: ____________________

Date: ____________________

Print Name: ____________________

Approve on invoice only.

BUDGETED SP UNBUDGETED

TOTAL DUE THIS ACCOUNT $58,887.00

* Documentation provided

TREADWELL & ROLLO

# Treadwell&Rollo

## ELECTRONIC CHECK REQUEST FORM

Post-it® Fax Note 7671 | Date 9/18/02 | # of pages ▸ 1 | To Doris L. | From Andy B | Co./Dept. SF | Co. OAK | Phone # | Phone # | Fax # | Fax #

DATE: 18 September 2002

REQUESTED BY: Andrew R. Blaisdell

PROJECT NO.: 2310.06 TASK: 0200

ACCOUNTING CODE:

CHECK NEEDED BY: 19 September (tomorrow), 9 AM

AMOUNT: $ 85.52

PAYABLE TO: California Surveying and Drafting Supply
6111 Southfront Road #C
Livermore, California 94550

ADDRESS:

PLEASE MAIL CHECK ☐

PLEASE RETURN CHECK TO REQUESTOR ☐

DESCRIPTION: Leave check at front desk for pick-up.

AUTHORIZATION: [signature]

ACCOUNTING DEPT.

EXHIBIT C

**Conditional Waiver and Release**
**Upon Progress Payment**

Upon receipt by the undersigned of a check from Catellus Development Corporation in the sum of $5,832.30 payable to Treadwell & Rollo, Inc. and when the check has been properly endorsed and has been paid by the bank upon which it is drawn, this document shall become effective to release any mechanic's lien, stop notice, or bond right the undersigned has on the job of Catellus Construction Corporation ("Company") or located at Alameda East Residential Housing, Alameda, CA to the following extent. This release covers a progress payment for labor, services, equipment, or material furnished to Catellus Development Corporation through 9/27/02 only and does not cover any retentions retained before or after the release date; extras furnished before the release date for which payment has not been received; extras or items furnished after the release date. Rights based upon work performed or items furnished under a written change order which has been fully executed by the parties prior to the release date are covered by this release unless specifically reserved by the claimant in this release. This release of any mechanic's lien, stop notice, or bond right shall not otherwise affect the contract rights, including rights between parties to the contract based upon a rescission, abandonment, or breach of the contract, or the right of the undersigned to recover compensation for furnished labor, services, equipment, or material covered by this release if that furnished labor, services, equipment, or material was not compensated by the progress payment. Before any recipient of the document relies on it, said party should verify evidence of payment to the undersigned.

Dated: 10/11/02

TREADWELL & ROLLO, INC.

By: [signature]

Title: BILLING COORDINATOR

CERTIFICATE OF RECEIPT OF PAYMENT
FOR ITEMS FURNISHED PRIOR TO RELEASE DATE

The undersigned certifies that, with respect to the Work for which it has signed this Conditional Waiver and Release Upon Progress Payment dated as of ________________, there are no extras furnished before such release date for which payment has not been received.

Dated: ________________

TREADWELL & ROLLO, INC.

By: ________________

Title: ________________

CATELLUS

For Job Cost

# ACCOUNTS PAYABLE APRON

*This form is for AFE expenditures ONLY. Use the regular Accounts Payable Apron for Regular A/P for all others.* Version Date 01/07/02

For A/P use only -- do not mark

OCT 2 8 2002 2 87817

DOC# 327856 BY SCH

**VENDOR NAME:** Treadwell & Rollo

**INVOICE NUMBER:** (limit 15 characters) ~~00~~94762 ✓

**INVOICE AMOUNT:** $ 4,279.50

**INVOICE DATE:** 09/05/02

**CHECK REMARK:** (limit 13 characters) Proj: 2310.06

For A/P use only -- do not mark

**VENDOR NUMBER:** 78667

**CHECK SHOULD BE MAILED OUT BY A/P TO VENDOR VIA REGULAR U.S. MAIL SERVICE:**

☑ Yes ☐ No, Form 9088 is attached.

*NOTE For each row below, fill out Co Number, columns A, B, & C (with D optional) OR columns E (with F and G optional) Amount is always required*

| Co Number | (A) AFE Number | (B) Cost Type | (C) Cost Code | (D) Subledger (limit 8 char) | Sub Type | OR (E) Contract Number | (F) Change Order | (G) Cost Code | Amount | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|
| 800 | 110000005 | | | | X | 56531 | 0 | 1 | $ 4,279.50 | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | | | | TOTAL: | $ 4,279.50 | |

| | | Date |
|---|---|---|
| Preparer: | Karen M. Bey | 10/22/02 |
| Manager / Director: | *Please sign/approve on invoice only* | |
| VP/SVP (if required): | *Please sign/approve on invoice only* | |
| Project Accountant: | KBey | 10/22/02 |

# Invoice

**Treadwell&Rollo**

September 5, 2002
Project No: 2310.06
Invoice No. 0094762

Mr Bill Kennedy
Catellus Development Corporation
1999 Harrison Street, Suite 2150
Oakland, CA 94612

RECEIVED SEP 11 2002

PROGRESS BILLING NO. 7
GEOTECHNICAL SERVICES DURING DEMOLITION
FISC/EAST HOUSING RESIDENTIAL DEVELOPMENT
ALAMEDA, CALIFORNIA

**Professional services from July 27, 2002 to August 23, 2002**

Task: 0100 Plan Review and Consultation

Description: Services provided during this period included 1) reviewing the results of the settlement plate monitoring performed by BKF Engineers; 2) consulting with the project team via phone and e-mail regarding repair methods for soft subgrade areas, the bulk density of stockpiled, chlordane-contaminated soil; and contract, specification, and/or geotechnical report requirements for repair of soft subgrade areas, 3) providing recommendations for subgrade repair in a memorandum dated 31 July 2002, and 4) project management.

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| C.S. Shields | 0.50 | 185 00 | 92.50 | |
| D A. Mack | 5.00 | 110.00 | 550.00 | |
| **Total Labor** | | | | **642.50** |
| | | | **Total this task** | **$642.50** |

Task. 0200 On-site Observation and Testing

Description: Services during this period consisted of part-time observation and testing during utility abandonment, fill and backfill placement, and rough site grading.

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| A Blaisdell | 16 50 | 88.00 | 1,452.00 | |
| T M Rubeo | 13 00 | 80.00 | 1,040.00 | |
| **Total Labor** | | | | **2,492.00** |

Unit Billing

| | | | |
|---|---|---|---|
| Field Vehicle | 29 50 Hours @ 12.50 | 368.75 | |
| Nuclear Mois/Den Gauge | 10 50 Hours @ 12.50 | 131.25 | |
| **Total Units** | 1.0 times | 500.00 | 500.00 |
| | **Total this task** | | **$2,992.00** |



**Treadwell & Rollo, Inc.** *Environmental & Geotechnical Consultants*
555 Montgomery Street, Suite 1300, San Francisco, CA 94111
Telephone (415) 955-9040 Facsimile (415) 955-9041

Treadwell&Rollo

Task 0400 Chlordane Related Activities

Description: Services during this period consisted of performing field density tests to estimate the bulk density of stockpiles of chlordane-impacted soil prior to disposal and reporting the results of our testing.

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| D.A. Mack | 3 00 | 110.00 | 330.00 | |
| T M Rubeo | 3 00 | 80 00 | 240.00 | |
| **Total Labor** | | | | 570.00 |

**Unit Billing**

| | | | |
|---|---|---|---|
| Field Vehicle | 4 00 Hours @ 12 50 | 50.00 | |
| Nuclear Mois/Den. Gauge | 2.00 Hours @ 12 50 | 25.00 | |
| **Total Units** | 1.0 times | 75.00 | 75.00 |

**Total this task** $595.00

**Total this invoice** $4,279.50

Outstanding Invoices

| Number | Date | Balance |
|---|---|---|
| 0092967 | 3/5/02 | 11,426.56 |
| 0093368 | 4/11/02 | 11,099.34 |
| 0093614 | 5/9/02 | 5,804.17 |
| 0093954 | 6/10/02 | 7,877.12 |
| 0094188 | 7/10/02 | 5,104.81 |
| 0094529 | 8/9/02 | 7,463.20 |
| **Total Past Due** | | **48,775.20** |

TOTAL DUE THIS ACCOUNT $53,054.70

Approval: [signature]

Date: 10/24/02

Print Name: Bill K[illegible]

Approve on invoice only.

BUDGETED ☒ UNBUDGETED ☐

# Invoice

**Treadwell&Rollo**

September 5, 2002
Project No: 2310.06
Invoice No: 0094762

Mr. Bill Kennedy
Cattellus Development Corporation
1999 Harrison Street, Suite 2150
Oakland, CA 94612

RECEIVED
SEP 11 2002

PROGRESS BILLING NO. 7
GEOTECHNICAL SERVICES DURING DEMOLITION
FISC/EAST HOUSING RESIDENTIAL DEVELOPMENT
ALAMEDA, CALIFORNIA

**Professional services from July 27, 2002 to August 23, 2002**

Task: 0100 Plan Review and Consultation

Description: Services provided during this period included 1) reviewing the results of the settlement plate monitoring performed by BKF Engineers; 2) consulting with the project team via phone and e-mail regarding repair methods for soft subgrade areas; the bulk density of stockpiled, chlordane-contaminated soil; and contract, specification, and/or geotechnical report requirements for repair of soft subgrade areas; 3) providing recommendations for subgrade repair in a memorandum dated 31 July 2002; and 4) project management.

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| C.S. Shields | 0.50 | 185.00 | 92.50 | |
| D.A. Mack | 5.00 | 110.00 | 550.00 | |
| **Total Labor** | | | | **642.50** |
| | | | **Total this task** | **$642.50** |

Task: 0200 On-site Observation and Testing

Description: Services during this period consisted of part-time observation and testing during utility abandonment, fill and backfill placement, and rough site grading.

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| A. Blaisdell | 16.50 | 88.00 | 1,452.00 | |
| T.M. Rubeo | 13.00 | 80.00 | 1,040.00 | |
| **Total Labor** | | | | **2,492.00** |

**Unit Billing**

| | | | |
|---|---|---|---|
| Field Vehicle | 29.50 Hours @ 12.50 | 368.75 | |
| Nuclear Mois/Den. Gauge | 10.50 Hours @ 12.50 | 131.25 | |
| **Total Units** | **1.0 times** | 500.00 | 500.00 |
| | | **Total this task** | **$2,992.00** |



**Treadwell & Rollo, Inc.** *Environmental & Geotechnical Consultants*
555 Montgomery Street, Suite 1300, San Francisco, CA 94111
Telephone (415) 955-9040 Facsimile (415) 955-9041

**Treadwell&Rollo**

Task: 0400 Chlordane Related Activities

Description: Services during this period consisted of performing field density tests to estimate the bulk density of stockpiles of chlordane-impacted soil prior to disposal and reporting the results of our testing.

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| D.A. Mack | 3.00 | 110.00 | 330.00 | |
| T.M. Rubeo | 3.00 | 80.00 | 240.00 | |
| **Total Labor** | | | | **570.00** |

**Unit Billing**

| | | | |
|---|---|---|---|
| Field Vehicle | 4.00 Hours @ 12.50 | 50.00 | |
| Nuclear Mois/Den. Gauge | 2.00 Hours @ 12.50 | 25.00 | |
| **Total Units** | 1.0 times | 75.00 | **75.00** |

**Total this task** **$595.00**

**Total this invoice** **$4,279.50**

**Outstanding Invoices**

| Number | Date | Balance |
|---|---|---|
| 0092967 | 3/5/02 | 11,426.56 |
| 0093368 | 4/11/02 | 11,099.34 |
| 0093614 | 5/9/02 | 5,804.17 |
| 0093954 | 6/10/02 | 7,877.12 |
| 0094188 | 7/10/02 | 5,104.81 |
| 0094529 | 8/9/02 | 7,463.20 |
| **Total Past Due** | | **48,775.20** |

TOTAL DUE THIS ACCOUNT $53,054.70

Approval: __________

Date: __________

Print Name: __________

Approve on invoice only.

BUDGETED ☐ UNBUDGETED ☐

CATELLUS

For Job Cost

# ACCOUNTS PAYABLE APRON

*This form is for AFE expenditures ONLY. Use the regular Accounts Payable Apron for Regular A/P for all others.* Version Date 01/07/02

For A/P use only -- do not mark

OCT 28 2002 287817

DOC# 327860 BY SCH

For A/P use only -- do not mark
VENDOR NUMBER: 78667

VENDOR NAME: Treadwell & Rollo

INVOICE NUMBER: (limit 15 characters) 0894529✓

INVOICE AMOUNT: $ 7,463.20

INVOICE DATE: 08/09/02

CHECK REMARK: (limit 13 characters) Proj: 2310.06

CHECK SHOULD BE MAILED OUT BY A/P TO VENDOR VIA REGULAR U.S. MAIL SERVICE:
☑ Yes ☐ No, Form 9088 is attached.

*NOTE For each row below, fill out Co Number, columns A, B, & C (with D optional) OR columns E (with F and G optional)*
*Amount is always required*

| Co. Number | (A) AFE Number | (B) Cost Type | (C) Cost Code | (D) Subledger (limit 8 char) | Sub Type | OR (E) Contract Number | (F) Change Order | (G) Cost Code | Amount | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|
| 800 | 110000005 | | | | X | 56531 | 0 | 1 | $ 3,352.61 | |
| 800 | 110000005 | | | | X | 56531 | 1 | 1 | 4,110.59 | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |

TOTAL: $ 7,463.20

| | | Date |
|---|---|---|
| Preparer: | Karen M. Bey | 10/22/02 |
| Manager / Director: | *Please sign/approve on invoice only* | |
| VP/SVP (if required): | *Please sign/approve on invoice only* | |
| Project Accountant: | K Bey | 10/22/02 |

**Treadwell&Rollo**

# Invoice

August 9, 2002
Project No. 2310.06
Invoice No 0094529

Mr Bill Kennedy
Cattellus Development Corporation
1999 Harrison Street, Suite 2150
Oakland, CA 94612

PROGRESS BILLING NO. 6
GEOTECHNICAL SERVICES DURING DEMOLITION
FISC/EAST HOUSING RESIDENTIAL DEVELOPMENT
ALAMEDA, CALIFORNIA

**Professional services from June 29, 2002 to July 26, 2002**

Task: 0100 Plan Review and Consultation

Description Services provided during this period included 1) reviewing the results of the settlement plate monitoring performed by BKF Engineers, 2) consulting with the project team via phone and e-mail regarding various demolition and infrastructure issues at the site, including repair of soft subgrade areas, stockpiling of imported fill, and conditioning of Bay Mud during the backbone improvements, 3) providing plan review comments to BKF Engineers regarding the Phase I commercial and residential backbone improvement plans in two memoranda dated 2 July 2002, and 4) project management. As of this invoice, we have exceeded the budget presented in our 8 March 2002 proposal Written notification that we would exceed our budget and a request for a budget increase was provided on 18 July 2002 We are continuing with our services during construction based on your verbal authorization.

| **Professional Personnel** | Hours | Rate | Amount | |
|---|---|---|---|---|
| D A Mack | 10.00 | 110.00 | 1,100 00 | |
| A Blaisdell | 5 50 | 88.00 | 484.00 | |
| Technical Assistant | 1.20 | 85.00 | 102.00 | |
| **Total Labor** | | | | 1,686.00 |
| **Reimbursable Expenses** | | | | |
| Golden State Overnight | Inv # 630150 dated 07-15-12 | | 14.30 | |
| **Total Reimbursables** | | 1.15 times | 14.30 | 16.45 |
| | | | **Total this task** | **$1,702.45** |

Task: 0200 On-site Observation and Testing

Description: Services during this period consisted of part-time observation and testing during utility abandonment, fill and backfill placement, and rough site grading

| **Professional Personnel** | Hours | Rate | Amount | |
|---|---|---|---|---|
| D A Mack | 1.00 | 110 00 | 110.00 | |
| A Blaisdell | 31.00 | 88 00 | 2,728.00 | |
| T M Rubeo | 4.50 | 80 00 | 360.00 | |
| **Total Labor** | | | | 3,198.00 |
| **Reimbursable Expenses** | | | | |
| Geo Engineering Services* | | | 320.00 | |
| Geo Engineering Services* | | | 230.00 | |
| **Total Reimbursables** | | 1.15 times | 550.00 | 632.50 |
| **Unit Billing** | | | | |
| Field Vehicle | | 30 50 Hours @ 12 50 | 381.25 | |
| Nuclear Mois/Den. Gauge | | 25.00 Hours @ 12 50 | 312.50 | |
| **Total Units** | | 1.0 times | 693.75 | 693.75 |
| | | | **Total this task** | **$4,524.25** |

* Documentation provided



**Treadwell & Rollo, Inc.** *Environmental & Geotechnical Consultants*
555 Montgomery Street, Suite 1300, San Francisco, CA 94111
Telephone (415) 955-9040 Facsimile (415) 955-9041

**Treadwell&Rollo**

Project: 2310 06 · FISC/East Housing Residential Developt. Invoice No: 0094529

Task: 0400 Chlordane Related Activities
Description: Services during this period included observation and testing of footing backfill areas after excavation of soil impacted by chlordane.

| Professional Personnel | Hours | Rate | Amount | |
|---|---|---|---|---|
| D A. Mack | 2.50 | 110.00 | 275.00 | |
| A. Blaisdell | 7.00 | 88.00 | 616.00 | |
| Technical Assistant | 2.30 | 85.00 | 195.50 | |
| Total Labor | | | | 1,086.50 |

| Unit Billing | | | |
|---|---|---|---|
| Field Vehicle | 6 50 Hours @ 12.50 | 81 25 | |
| Nuclear Mois/Den. Gauge | 5.50 Hours @ 12.50 | 68 75 | |
| | 1.0 times | 150.00 | |
| Total Units | | | 150.00 |

Total this task $1,236.50

Total this invoice $7,463.20

Outstanding Invoices

| Number | Date | Balance |
|---|---|---|
| 0092967 | 3/5/02 | 11,426 56 |
| 0093368 | 4/11/02 | 11,099.34 |
| 0093614 | 5/9/02 | 5,804.17 |
| 0093954 | 6/10/02 | 7,877 12 |
| 0094188 | 7/10/02 | 5,104 81 |
| Total Past Due | | 41,312.00 |

TOTAL DUE THIS ACCOUNT $48,775.20

* Documentation provided



Approval: [signature]
Date: 10/24/02
Print Name: [signature]
Approve on invoice only.
BUDGETED ☒ UNBUDGETED ☐

# GEO ENGINEERING SERVICES

Geotechnical Services and Laboratory Testing

EIN 94-3368522

## INVOICE NO. 504

**Client:** Treadwell & Rollo
**Contact:** Darren Mack
**Project Name:** FISC/East Housing Demolition
**Project Number:** 2310.06
**Invoice Date:** 7/14/02

**Summary of Work Performed**

| Laboratory Test | ASTM Standard | Test Date | Sample Designation | Cost |
|---|---|---|---|---|
| Compaction Curve | D-1557, Method A | 7/7/02 | Bulk No. 9 | $140 |
| Compaction Curve | D-1557, Method C | 7/11/02 | Bulk No. 10 | $180 |

**INVOICE TOTAL**
**$320**

TREADWELL & ROLLO, INC.
Approval [signature]
7-17-02
Date
2310.06-200
Project & Task No.
$ 320
Amount

T... ROLLO.

225 Marvilla Circle, Pacifica, California 94044
tel 650.359.4260 fax 650.359.2911

# GEO ENGINEERING SERVICES

Geotechnical Services and Laboratory Testing

EIN 94-3368522

## INVOICE NO. 500

**Client:** Treadwell & Rollo
**Contact:** Darren Mack
**Project Name:** FISC/East Housing
**Project Number:** 2310.06
**Invoice Date:** 7/14/02

**Summary of Work Performed**

| Laboratory Test | ASTM Standard | Test Date | Sample Designation | Cost |
|---|---|---|---|---|
| Compaction Curve | D-1557, Method A | 6/30/02 | Bulk Sample No. 8 | $140 |
| Liquid and Plastic Limits | ASTM D-4318 | 6/28/02 | Import Niles Canyon | $90 |

**INVOICE TOTAL**
**$230**

TREADWELL & ROLLO, INC.
[signature] Approval — 7-17-02 Date
2310.06 - 200 Project & Task No. — $ 230 Amount

ENTERED
JUL 2 ? 2002
TREADWELL & ROLLO

225 Marvilla Circle, Pacifica, California 94044
tel 650.359.4260 fax 650.359.2911

Treadwell&Rollo

# Invoice

August 9, 2002
Project No: 2310.06
Invoice No: 0094529

Mr. Bill Kennedy
Cattellus Development Corporation
1999 Harrison Street, Suite 2150
Oakland, CA 94612

PROGRESS BILLING NO. 6
GEOTECHNICAL SERVICES DURING DEMOLITION
FISC/EAST HOUSING RESIDENTIAL DEVELOPMENT
ALAMEDA, CALIFORNIA

**Professional services from June 29, 2002 to July 26, 2002**

Task: 0100 Plan Review and Consultation

Description: Services provided during this period included 1) reviewing the results of the settlement plate monitoring performed by BKF Engineers; 2) consulting with the project team via phone and e-mail regarding various demolition and infrastructure issues at the site, including repair of soft subgrade areas, stockpiling of imported fill, and conditioning of Bay Mud during the backbone improvements; 3) providing plan review comments to BKF Engineers regarding the Phase I commercial and residential backbone improvement plans in two memoranda dated 2 July 2002; and 4) project management. As of this invoice, we have exceeded the budget presented in our 8 March 2002 proposal. Written notification that we would exceed our budget and a request for a budget increase was provided on 18 July 2002. We are continuing with our services during construction based on your verbal authorization.

| Professional Personnel | Hours | Rate | Amount | |
|---|---|---|---|---|
| D.A. Mack | 10.00 | 110.00 | 1,100.00 | |
| A. Blaisdell | 5.50 | 88.00 | 484.00 | |
| Technical Assistant | 1.20 | 85.00 | 102.00 | |
| Total Labor | | | | 1,686.00 |
| **Reimbursable Expenses** | | | | |
| Golden State Overnight | Inv.# 630150 dated 07-15-12 | | 14.30 | |
| Total Reimbursables | | 1.15 times | 14.30 | 16.45 |
| | | | Total this task | $1,702.45 |

Task: 0200 On-site Observation and Testing

Description: Services during this period consisted of part-time observation and testing during utility abandonment, fill and backfill placement, and rough site grading.

| Professional Personnel | Hours | Rate | Amount | |
|---|---|---|---|---|
| D.A. Mack | 1.00 | 110.00 | 110.00 | |
| A. Blaisdell | 31.00 | 88.00 | 2,728.00 | |
| T.M. Rubeo | 4.50 | 80.00 | 360.00 | |
| Total Labor | | | | 3,198.00 |
| **Reimbursable Expenses** | | | | |
| Geo Engineering Services* | | | 320.00 | |
| Geo Engineering Services* | | | 230.00 | |
| Total Reimbursables | | 1.15 times | 550.00 | 632.50 |
| **Unit Billing** | | | | |
| Field Vehicle | | 30.50 Hours @ 12.50 | 381.25 | |
| Nuclear Mois/Den. Gauge | | 25.00 Hours @ 12.50 | 312.50 | |
| Total Units | | 1.0 times | 693.75 | 693.75 |
| | | | Total this task | $4,524.25 |

* Documentation provided



Treadwell & Rollo, Inc. *Environmental & Geotechnical Consultants*
555 Montgomery Street, Suite 1300, San Francisco, CA 94111
Telephone (415) 955-9040 Facsimile (415) 955-9041

**Treadwell&Rollo**

Project: 2310.06 FISC/East Housing Residential Developt. Invoice No: 0094529

Task: 0400 Chlordane Related Activities
Description: Services during this period included observation and testing of footing backfill areas after excavation of soil impacted by chlordane.

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| D.A. Mack | 2.50 | 110.00 | 275.00 | |
| A. Blaisdell | 7.00 | 88.00 | 616.00 | |
| Technical Assistant | 2.30 | 85.00 | 195.50 | |
| **Total Labor** | | | | **1,086.50** |

**Unit Billing**

| | | | |
|---|---|---|---|
| Field Vehicle | 6.50 Hours @ 12.50 | 81.25 | |
| Nuclear Mois/Den. Gauge | 5.50 Hours @ 12.50 | 68.75 | |
| **Total Units** | **1.0 times** | **150.00** | **150.00** |

**Total this task** **$1,236.50**

**Total this invoice** **$7,463.20**

**Outstanding Invoices**

| Number | Date | Balance |
|---|---|---|
| 0092967 | 3/5/02 | 11,426.56 |
| 0093368 | 4/11/02 | 11,099.34 |
| 0093614 | 5/9/02 | 5,804.17 |
| 0093954 | 6/10/02 | 7,877.12 |
| 0094188 | 7/10/02 | 5,104.81 |
| **Total Past Due** | | **41,312.00** |

TOTAL DUE THIS ACCOUNT $48,775.20

* Documentation provided



Approval: ____________________

Date: ____________________

Print Name: ____________________

Approve on invoice only.

BUDGETED ☑ UNBUDGETED ☐

# GEO ENGINEERING SERVICES

**Geotechnical Services and Laboratory Testing**

EIN 94-3368522

## INVOICE NO. 504

**Client:** Treadwell & Rollo
**Contact:** Darren Mack
**Project Name:** FISC/East Housing Demolition
**Project Number:** 2310.06
**Invoice Date:** 7/14/02

**Summary of Work Performed**

| Laboratory Test | ASTM Standard | Test Date | Sample Designation | Cost |
|---|---|---|---|---|
| Compaction Curve | D-1557, Method A | 7/7/02 | Bulk No. 9 | $140 |
| Compaction Curve | D-1557, Method C | 7/11/02 | Bulk No. 10 | $180 |

**INVOICE TOTAL**
**$320**

TREADWELL & ROLLO, INC.
[signature] Approval — 7-17-02 Date
2310.06-200 Project & Task No. — $ 320 Amount

ROLLO

225 Marvilla Circle, Pacifica, California 94044
tel 650.359.4260 fax 650.359.2911

# GEO ENGINEERING SERVICES

Geotechnical Services and Laboratory Testing

EIN 94-3368522

## INVOICE NO. 500

**Client:** Treadwell & Rollo
**Contact:** Darren Mack
**Project Name:** FISC/East Housing
**Project Number:** 2310.06
**Invoice Date:** 7/14/02

**Summary of Work Performed**

| Laboratory Test | ASTM Standard | Test Date | Sample Designation | Cost |
|---|---|---|---|---|
| Compaction Curve | D-1557, Method A | 6/30/02 | Bulk Sample No. 8 | $140 |
| Liquid and Plastic Limits | ASTM D-4318 | 6/28/02 | Import Niles Canyon | $90 |

**INVOICE TOTAL**
**$230**

ENTERED
JUL 2 ? 2002
TREADWELL & ROLLO

TREADWELL & ROLLO, INC.
[signature] 7-17-02
Approval Date
2310.06 - 200 $230
Project & Task No. Amount

225 Marvilla Circle, Pacifica, California 94044
tel 650.359.4260 fax 650.359.2911

For Job Cost

CATELLUS

# ACCOUNTS PAYABLE APRON

*This form is for AFE expenditures ONLY. Use the regular Accounts Payable Apron for Regular A/P for all others.* Version Date 01/07/02

For A/P use only -- do not mark

OCT 2 8 2002 2 87817

DOC# 327876 BY SCH

VENDOR NAME: Treadwell & Rollo

INVOICE NUMBER: (limit 15 characters) 0094188✓

INVOICE AMOUNT: $ 5,104.81

INVOICE DATE: 07/10/02

CHECK REMARK: (limit 13 characters) Proj: 2310.06

For A/P use only -- do not mark
VENDOR NUMBER: 78667

CHECK SHOULD BE MAILED OUT BY A/P TO VENDOR VIA REGULAR U.S. MAIL SERVICE:

☑ Yes ☐ No, Form 9088 is attached.

*NOTE For each row below, fill out Co Number, columns A, B, & C (with D optional) OR columns E (with F and G optional)*
*Amount is always required*

| Co. Number | (A) AFE Number | (B) Cost Type | (C) Cost Code | (D) Subledger (limit 8 char) | Sub Type | OR (E) Contract Number | (F) Change Order | (G) Cost Code | Amount | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|
| 800 | 110000005 | | | | X | 56531 | 1 | 1 | $ 5,104.81 | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |

TOTAL: $ 5,104.81

| | | Date |
|---|---|---|
| Preparer: | Karen Bey | 10/23/02 |
| Manager / Director: | *Please sign/approve on invoice only* | |
| VP/SVP (if required): | *Please sign/approve on invoice only* | |
| Project Accountant: | KBey | 10/25/02 |

Treadwell&Rollo

# Invoice

July 10, 2002
Project No. 2310.06
Invoice No: 0094188

Mr. Bill Kennedy
Cattellus Development Corporation
1999 Harrison Street, Suite 2150
Oakland, CA 94612

PROGRESS BILLING NO. 5
GEOTECHNICAL SERVICES DURING DEMOLITION
FISC/EAST HOUSING RESIDENTIAL DEVELOPMENT
ALAMEDA, CALIFORNIA

**Professional services from May 25, 2002 to June 28, 2002**

Task. 0100 Plan Review and Consultation
Services provided during this period included 1) reviewing the results of the settlement plate monitoring performed by BKF Engineers; 2) consulting with the project team via phone and e-mail regarding various demolition and infrastructure issues at the site; 3) preparing a memorandum dated 11 June 2002 regarding low permeability barriers in utility trenches; 4) preparing a memorandum dated 12 June 2002 regarding possible stockpile locations on the commercial site; and 5) project management.

| **Professional Personnel** | Hours | Rate | Amount | |
|---|---|---|---|---|
| C.S. Shields | 2.50 | 185.00 | 462.50 | |
| D A. Mack | 8.00 | 110.00 | 880.00 | |
| A Blaisdell | 10.00 | 88.00 | 880.00 | |
| Technical Assistant | 0.90 | 85.00 | 76.50 | |
| **Total Labor** | | | | 2,299.00 |
| **Reimbursable Expenses** | | | | |
| Raymond L Fisher* | Finance charge | | 37.01 | |
| **Total Reimbursables** | | 1.15 times | 37.01 | 42.56 |
| | | | **Total this task** | **$2,341.56** |

Task 0200 On-site Observation and Testing
Services during this period consisted of part-time observation and testing during utility abandonment, fill and backfill placement, and site grading

| **Professional Personnel** | Hours | Rate | Amount | |
|---|---|---|---|---|
| A Blaisdell | 16.00 | 88.00 | 1,408.00 | |
| **Total Labor** | | | | 1,408.00 |
| **Unit Billing** | | | | |
| Field Vehicle | | 18.50 Hours @ 12.50 | 231.25 | |
| Nuclear Mois/Den Gauge | | 10.50 Hours @ 12.50 | 131.25 | |
| **Total Units** | | 1.0 times | 362.50 | 362.50 |
| | | | **Total this task** | **$1,770.50** |



Treadwell & Rollo, Inc. *Environmental & Geotechnical Consultants*
555 Montgomery Street, Suite 1300, San Francisco, CA 94111
Telephone (415) 955-9040 Facsimile (415) 955-9041

**Treadwell&Rollo**

Project 2310 06 FISC/East Housing Residential Developt. Invoice No. 0094188

Task: 0400 Chlordane Related Activities
Services during this period included observation and testing of footing backfill areas after excavation of soil impacted by chlordane.

| Professional Personnel | | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| D A. Mack | | 2.00 | 110.00 | 220.00 | |
| A. Blaisdell | | 8.00 | 88 00 | 704.00 | |
| | Total Labor | | | | 924.00 |
| Unit Billing | | | | | |
| Field Vehicle | | | 5 50 Hours @ 12.50 | 68.75 | |
| | Total Units | | 1.0 times | 68.75 | 68.75 |
| | | | | Total this task | $992.75 |
| | | | | Total this invoice | $5,104.81 |

Outstanding Invoices

| Number | Date | Balance |
|---|---|---|
| 0092967 | 3/5/02 | 11,426 56 |
| 0093368 | 4/11/02 | 11,099.34 |
| 0093614 | 5/9/02 | 5,804 17 |
| 0093954 | 6/10/02 | 7,877 12 |
| Total Past Due | | 36,207.19 |

TOTAL DUE THIS ACCOUNT $41,312.00



Approval: [signature]
Date: 10/24/02
Print Name: Bill Kearney
Approve on invoice only.
BUDGETED ☑ UNBUDGETED ☐

# Statement

Raymond L. Fisher, P.E.
Civil and Geotechnical Engineering
1746 San Miguel Dr.
Walnut Creek, CA 94596

| DATE |
|---|
| 5/31/2002 |

| TO. |
|---|
| Treadwell and Rollo, Inc.<br>501 14th Street, Third Floor<br>Oakland, CA 94612 |

| AMOUNT DUE | AMOUNT ENC |
|---|---|
| $3,253.42 | |

| DATE | TRANSACTION | AMOUNT | BALANCE |
|---|---|---|---|
| 04/26/02 | Balance forward | | 3,216.41 |
| 05/31/02 | FISC-<br>INV #FC 4 - Finance Charge | 37.01 | 3,253.42 |

RECEIVED
JUN 0 3 2002
TREADWELL & ROLLO

TREADWELL & ROLLO, INC.
[signature]
Approval
2310.06-100
Project & Task No.
Date
$ 37.01
Amount

Balance forward already billed

ENTERED
JUN 2 0 2002
TREADWELL & ROLLO

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | AMOUNT DUE |
|---|---|---|---|---|---|
| 37.01 | 0.00 | 31.41 | 3,185.00 | 0.00 | $3,253.42 |

# APPLICA' )N AND CERTIFICATION FOR PAYMENT

*DOCUMENT G702* PAGE ONE OF PAGES

TO OWNER: City of Alameda/Catellus

PROJECT: R-1 Chlordane

APPLICATION NO: 1

PERIOD TO: 12/31/02

Distribution to:
- [ ] OWNER
- [ ] ARCHITECT
- [ ] CONTRACTOR

FROM CONTRACTOR:
Winzler & Kelly Consulting Engineers
633 Third Street
Eureka, CA 95501

VIA ARCHITECT: N/A

Final

PROJECT NOS: 2336602

CONTRACT FOR: Chlordane Investigation, Testing & Observation

CONTRACT DATE 01/29/02

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM $ 209,770.00
2. Net change by Change Orders $ 246,665.00
3. CONTRACT SUM TO DATE (Line 1 ± 2) $ 456,435.00
4. TOTAL COMPLETED & STORED TO DATE (Column J on G703) $ 324,313.70
5. RETAINAGE:
   a. 0% of Completed Work (Column G + H on G703) $ 0.00
   b. 0% of Stored Material (Column I on G703) $ 0.00

   Total Retainage (Lines 5a + 5b or Total in Column L of G703) $ 0.00
6. TOTAL EARNED LESS RETAINAGE (Line 4 Less Line 5 Total) $ 324,313.70
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) $ 324,313.70
8. CURRENT PAYMENT DUE $ 132,121.30
9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) $ 0.00

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | 0.00 | 0.00 |
| NET CHANGES by Change Order | 0.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: Winzler & Kelly Consulting Engineers

By: [signature] Date: 03/20/03

State of: County of:
Subscribed and sworn to before me this day of
Notary Public:
My Commission expires:

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED .......... $ ________

*(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and onthe Continuation Sheet that are changed to conform with the amount certified.)*

ARCHITECT:

By: ________ Date: ________

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 · APPLICATION AND CERTIFICATION FOR PAYMENT · 1992 EDITION · AIA · ©1992 THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292
Users may obtain validation of this document by requesting a completed AIA Document D401 - Certification of Document's Authenticity from the Licensee.

# CONTINUATION SHEET

*AIA DOCUMENT G703*

PAGE OF PAGES

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing Contractor's signed certification is attached.

In tabulations below, amounts are stated to the nearest dollar.

Use Column L on Contracts where variable retainage for line items may apply.

APPLICATION NO: 1
APPLICATION DATE: mm/dd/yyyy
PERIOD TO: mm/dd/yyyy
ARCHITECT'S PROJECT NO: xxxxxxx

| A | B | C | D | E | F | G | H | I | J | | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | WORK COMPLETED | | | | | | |
| ITEM NO. | DESCRIPTION OF WORK | Unit Measure | Unit Price | # of Units | SCHEDULED VALUE (D x E) | TOTAL FROM PREVIOUS APPLICATION | TOTAL THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN G OR H) | TOTAL COMPLETED AND STORED TO DATE (G+H+I) | % (J ÷ F) | BALANCE TO FINISH (F - J) | RETAINAGE 0% |
| 0001 | Chlordane Original Testing & Inspection | LS | 209,770.00 | 1 | 209,770.00 | 209,770.00 | 0.00 | 0.00 | 209,770.00 | 100% | 0.00 | 0.00 |
| 0002 | 9-Grid Testing CO# 1 | LS | 26,600.00 | 1 | 26,600.00 | 26,600.00 | 0.00 | 0.00 | 26,600.00 | 100% | 0.00 | 0.00 |
| 0003 | Deep Dig Testing CO#-2 | LS | 79,915.00 | 1 | 79,915.00 | 79,915.00 | 0.00 | | 79,915.00 | 100% | 0.00 | 0.00 |
| 0004 | Post Excavation Oversight CO# 3 | LS | 85,000.00 | 1 | 85,000.00 | 4,428.70 | 80,571.30 | | 85,000.00 | 100% | 0.00 | 0.00 |
| 0005 | Import Testing CO# 4 | LS | 3,600.00 | 1 | 3,600.00 | 3,600.00 | 0.00 | | 3,600.00 | 100% | 0.00 | 0.00 |
| 0006 | Final Testing & Inspection CO# 6 | LS | 51,550.00 | 1 | 51,550.00 | 0.00 | 51,550.00 | | 51,550.00 | 100% | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | SUBTOTAL | | | | 456,435.00 | 324,313.70 | 132,121.30 | 0.00 | 456,435.00 | | 0.00 | 0.00 |
| | Applicable Gross Receipts Tax @ 0.0% | % | 0.00 | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| | TOTALS | | | | $456,435.00 | $324,313.70 | $132,121.30 | $0.00 | $456,435.00 | 100% | $0.00 | $0.00 |

Users may obtain validation of this document by requesting of the license a completed AIA Document D401 - Certification of Document's Authenticity

CATELLUS

For Job Cost

# ACCOUNTS PAYABLE APRON

*This form is for AFE expenditures ONLY. Use the regular Accounts Payable Apron for Regular A/P for all others.* Version Date: 01/07/02

A/P use only -- do not mark

For A/P use only – do not mark
VENDOR NUMBER:

VENDOR NAME: Winzler Kelly

INVOICE NUMBER: 032003.02
(limit 15 characters)

INVOICE AMOUNT: $ 51,550.00

INVOICE DATE: 03/20/03

CHECK REMARK: Proj: 02336606
(limit 13 characters)

CHECK SHOULD BE MAILED OUT BY A/P TO VENDOR VIA REGULAR U.S. MAIL SERVICE:

☑ Yes ☐ No, Form 9088 is attached.

*NOTE: For each row below, fill out Co. Number, columns A, B, & C (with D optional) OR columns E (with F and G optional). Amount is always required.*

| Co. Number | (A) AFE Number | (B) Cost Type | (C) Cost Code | (D) Subledger (limit 8 char) | Sub Type | OR (E) Contract Number | (F) Change Order | (G) Cost Code | Amount | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|
| 800 | 110000005 | | | | X | 49744 | 5 | 1 | $ 51,550.00 | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |

TOTAL: $ 51,550.00

| | | Date |
|---|---|---|
| Preparer: | Karen Bey | 03/24/03 |
| Manager / Director: | *Please sign/approve on invoice only* | |
| VP/SVP (if required): | *Please sign/approve on invoice only* | |
| Project Accountant: | K Bey | 3/24/03 |

WINZLER & KELLY
CONSULTING ENGINEERS

ProdDB
:PMWK - Cost Plus Max Invoice

49744
5,1

CATELLUS COMMERCIAL GROUP LLC
1999 HARRISON ST SUITE 2150
OAKLAND, CA. 94612

Invoice # : 032003.02
Invoice Date : 3/20/2003
Project : 02336606
Invoice Group: **

Attention: MR BILL KENNEDY

Billing Period through: 2/28/2003
PROJECT #02336606 FINAL TESTING & INSPECTION

CO #6 $51,550.00

| | | | |
|---|---|---|---|
| **Professional Services** | | | |
| Labor | 46,870.00 | | |
| | | Total Labor | 46,870.00 |
| **Reimbursable Expenses** | | | |
| Consumable Expenses | 4,680.00 | | |
| | | Total Expenses | 4,680.00 |
| | | Current Invoice | 51,550.00 |

| | |
|---|---|
| Project Fee : | 51,550.00 |
| Prior Billings: | 0.00 |
| Total Available : | 51,550.00 |

| | |
|---|---|
| Total this Invoice | 51,550.00 |
| Amount Due This Invoice: | 51,550.00 |

Approval: [signature]
Date: 3/20/03
Print Name: [signature]
Approve on invoice only.
BUDGETED ☐ UNBUDGETED ☐

[signature] C. R. Bove
CHARLES R BOVE
Approval: [signature]
Date: 3/20/03
Print Name:
Approve on invoice only.
BUDGETED ☐ UNBUDGETED ☐

Creative Solutions for Over 50 Years

1670 Alvarado Street, Unit 4, San Leandro, CA 94577
tel: 510.667.6440 fax: 510.667.6444
www.w-and-k.com

C..., of Alameda/Catellus

PROJECT: R-1 Chlordane

APPLICATION NO: 1

PAGE ONE OF PAGES

Distribution to:
- [ ] OWNER
- [ ] ARCHITECT
- [ ] CONTRACTOR
- [ ]
- [ ]

FROM CONTRACTOR:
Winzler & Kelly Consulting Engineers
633 Third Street
Eureka, CA 95501

VIA ARCHITECT: N/A

PERIOD TO: 12/31/02

PROJECT NOS: 2336602

CONTRACT FOR: Chlordane Investigation, Testing & Observation

CONTRACT DATE 01/29/02

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract. Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM $ 209,770.00
2. Net change by Change Orders $ 246,665.00
3. CONTRACT SUM TO DATE (Line 1 ± 2) $ 456,435.00
4. TOTAL COMPLETED & STORED TO DATE (Column J on G703) $ 324,313.70
5. RETAINAGE:
   a. 0% of Completed Work (Column G + H on G703) $ 0.00
   b. 0% of Stored Material (Column I on G703) $ 0.00
   Total Retainage (Lines 5a + 5b or Total in Column L of G703) $ 0.00
6. TOTAL EARNED LESS RETAINAGE (Line 4 Less Line 5 Total) $ 324,313.70
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) $ 324,313.70
8. CURRENT PAYMENT DUE $ 132,121.30
9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) $ 0.00

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | 0.00 | 0.00 |
| NET CHANGES by Change Order | 0.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: Winzler & Kelly Consulting Engineers

By: [signature] Date: 03/20/03

State of: County of:
Subscribed and sworn to before me this day of
Notary Public:
My Commission expires:

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED . . . . . . . . . . $ ________

*(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and onthe Continuation Sheet that are changed to conform with the amount certified.)*

ARCHITECT:

By: ________ Date: ________

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.



..ers may obtain validation of this document by requesting a completed AIA Document D401 - Certification of Document's Authenticity from the Licensee.

# CONTINUATION SHEET

*AIA DOCUMENT G703*

PAGE OF PAGES

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing Contractor's signed certification is attached.

In tabulations below, amounts are stated to the nearest dollar.

Use Column L on Contracts where variable retainage for line items may apply.

APPLICATION NO: 1
APPLICATION DATE: mm/dd/yyyy
PERIOD TO: mm/dd/yyyy
ARCHITECT'S PROJECT NO: xxxxxxx

| A | B | C | D | E | F | G | H | I | J | | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | WORK COMPLETED | | | | | | |
| ITEM NO. | DESCRIPTION OF WORK | Unit Measure | Unit Price | # of Units | SCHEDULED VALUE (D x E) | TOTAL FROM PREVIOUS APPLICATION | TOTAL THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN G OR H) | TOTAL COMPLETED AND STORED TO DATE (G+H+I) | % (J ÷ F) | BALANCE TO FINISH (F - J) | RETAINAGE 0% |
| 0001 | Chlordane Original Testing & Inspection | LS | 209,770.00 | 1 | 209,770.00 | 209,770.00 | 0.00 | 0.00 | 209,770.00 | 100% | 0.00 | 0.00 |
| 0002 | 9-Grid Testing CO# 1 | LS | 26,600.00 | 1 | 26,600.00 | 26,600.00 | 0.00 | 0.00 | 26,600.00 | 100% | 0.00 | 0.00 |
| 0003 | Deep Dig Testing CO# 2 | LS | 79,915.00 | 1 | 79,915.00 | 79,915.00 | 0.00 | | 79,915.00 | 100% | 0.00 | 0.00 |
| 0004 | Post Excavation Oversight CO# 3 | LS | 85,000.00 | 1 | 85,000.00 | 4,428.70 | 80,571.30 | | 85,000.00 | 100% | 0.00 | 0.00 |
| 0005 | Import Testing CO# 4 | LS | 3,600.00 | 1 | 3,600.00 | 3,600.00 | 0.00 | | 3,600.00 | 100% | 0.00 | 0.00 |
| 0006 | Final Testing & Inspection CO# 6 | LS | 51,550.00 | 1 | 51,550.00 | 0.00 | 51,550.00 | | 51,550.00 | 100% | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | SUBTOTAL | | | | 456,435.00 | 324,313.70 | 132,121.30 | 0.00 | 456,435.00 | | 0.00 | 0.00 |
| | Applicable Gross Receipts Tax @ 0.0% | % | 0.00 | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| | TOTALS | | | | $456,435.00 | $324,313.70 | $132,121.30 | $0.00 | $456,435.00 | 100% | $0.00 | $0.00 |

Users may obtain validation of this document by requesting of the license a completed AIA Document D401 - Certification of Document's Authenticity

CATELLUS

For Job Cost

# ACCOUNTS PAYABLE APRON

*This form is for AFE expenditures ONLY. Use the regular Accounts Payable Apron for Regular A/P for all others.* Version Date: 01/07/02

A/P use only – do not mark

VENDOR NAME: Winzler Kelly

INVOICE NUMBER: (limit 15 characters) 032003.01

INVOICE AMOUNT: $ 80,571.30

INVOICE DATE: 03/20/03

CHECK REMARK: (limit 13 characters) Proj: 01336602

For A/P use only – do not mark
VENDOR NUMBER:

CHECK SHOULD BE MAILED OUT BY A/P TO VENDOR VIA REGULAR U.S. MAIL SERVICE:
☑ Yes ☐ No, Form 9088 is attached.

*NOTE: For each row below, fill out Co. Number, columns A, B, & C (with D optional) OR columns E (with F and G optional). Amount is always required.*

| Co. Number | (A) AFE Number | (B) Cost Type | (C) Cost Code | (D) Subledger (limit 8 char) | Sub Type | OR (E) Contract Number | (F) Change Order | (G) Cost Code | Amount | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|
| 800 | 110000005 | | | | X | 49744 | 3 | 1 | $ 80,571.30 | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |

TOTAL: $ 80,571.30

| | | Date |
|---|---|---|
| Preparer: | Karen Bey | 03/24/03 |
| Manager / Director: | *Please sign/approve on invoice only* | |
| VP/SVP (if required): | *Please sign/approve on invoice only* | |
| Project Accountant: | K Bey | 3/24/03 |

WINZLER & KELLY
CONSULTING ENGINEERS

# 47744
3.1

CATELLUS COMMERCIAL GROUP LLC
1999 HARRISON ST SUITE 2150
OAKLAND, CA. 94612

Invoice # : 032003.01
Invoice Date : 03/20/2003
Project : 01336602
Invoice Group : 03

Attention: MR BILL KENNEDY

Billing Period through: 2/28/2003

PROJECT #01336602 ALAMEDA NAVAL AIR STATION - POST EXCAVATION OVERSIGHT

CO #3

| | |
|---|---|
| Total Project Fee Authorized | 85,000.00 |
| Percent Complete as of 3/21/2003 | 100.00 |
| Fee Earned To Date | 85,000.00 |
| Less Previous Billings | 4,428.70 |
| Current Billing Amount | 80,571.30 |
| Amount Due This Invoice: | 80,571.30 |

Charles R. Bove
CHARLES R BOVE

Approval: [signature]
Date: 3/20/03
Print Name: Jim VanSickle
Approve on invoice only.
BUDGETED ☐ UNBUDGETED ☐

Approval: [signature]
Date: 3/20/03
Print Name: Bill K[signature]
Approve on invoice only.
BUDGETED ☐ UNBUDGETED ☐

WINZLER & KELLY
CONSULTING ENGINEERS

REMIT TO
633 Third Stree
Eureka, CA 9550

417 Montgomery Street, Suite 600, San Francisco, CA 94104-1100 / tel 415.283.4970 / fax 415.283.498(

Invoice number 372413
May 7, 2002
Page number 1

CATELLUS COMMERCIAL GROUP LLC
1999 HARRISON ST SUITE 2150
OAKLAND CA 94612

MR BILL KENNEDY

****************************************** BILLING PERIOD THRU 04/26/02
*************************************************************************

PROJECT 01336602 ALAMEDA NAVAL AIR STATION
Task order/reference #s unavailable as of 4/19/02
Contract signed 11/16/01: fee nte $26,600.00

9 GRID CHLORDANE
----------------

| | | |
|---|---|---|
| Total fee | 26,600.00 | |
| Percent complete | 100.00 | |
| Total fee billed | 26,600.00 | |
| Fee previously billed | .00 | |
| Current fee billing | | 26,600.00 |
| | | ----------- |
| | INVOICE TOTAL | 26,600.00 |
| | | =========== |

Project Summary

| | |
|---|---|
| Fee | 26,600.00 |
| Invoiced To-Date | 26,600.00 |
| Fee Remaining | .00 |

Approved by

[signature]

CHARLES R BOVE
W&K CONSULTING ENGINEERS

******************** TERMS: Due and payable upon receipt of invoice.

9 - Grid

| Labor | # of hours | Hourly rate | In-house Consumables | Samples | Total |
|---|---|---|---|---|---|
| Tech | 80 | $ 90.00 | $10.00/hour | Included | $ 8,000.00 |
| PM | 16 | $140.00 | $ 5.00/hour | | $ 2,320.00 |
| Admin | 5.5 | $ 50.00 | $ 5.00/hour | | $ 302.50 |
| | | | | | $10,622.50 |

| Sample Type | Turnaround Time | Price /Sample | # of Samples | Total |
|---|---|---|---|---|
| OCP | 48 hours | $225.00 | 71 | $15,975.00 |
| | | | | $26,597.50 |

WINZLER & KELLY
CONSULTING ENGINEERS

ISSUING OFFICE:

- ☐ 495 TESCONI CIRCLE • P.O. BOX 6798 • SANTA ROSA, CA 95406 • (707) 523-1010
- ☐ 200 PINE STREET, SUITE 600 • SAN FRANCISCO, CA 94104 • (415) 283-4970
- ☐ 633 THIRD STREET • P.O. BOX 1345 • EUREKA, CA 95501 • (707) 443-8326
- ☐ SUITE 904, GCIC BLDG • 414 WEST SOLEDAD • AGANA, GUAM 96910 USA • (671) 472-6792
  SOS BUILDING B • BEACH ROAD • PPP 596, BOX 10000 • SAIPAN, MP 96950 • (670) 234-0483
  9666 BUSINESS PARK AVE, SUITE 103 • SAN DIEGO, CA 92131 • (619) 537-3890
- ☐ 699 SOUTH STATE COLLEGE BLVD., SUITE H • FULLERTON, CA 92831 • (714) 446-0591
- ☒ 1670 ALVARADO STREET, UNIT #4, SAN LEANDRO, CA 94577 • (510) 667-6440

TO: Catellus Commercial Group LLC
1999 Harrison Street
Suite 2150
Oakland, CA 94612

ATTN: Mr. Bill Kennedy

Date: May 8, 2002

Job No.: 01336602

Re: Alameda Naval Air Station

WE ARE SENDING YOU ☒ Attached ☐ Under separate cover via _____ the following items:

☐ Shop Drawings ☐ Prints ☐ Plans ☐ Samples ☐ Specifications

☐ Copies ☐ Change Order ☒ Original ☐ ____________

| COPIES | DATE | DESCRIPTION |
|---|---|---|
| 1 | 05/08/02 | Invoice #372413-9 Grid Chlordane |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

THESE ARE TRANSMITTED as checked below:

☒ For approval ☐ For your use ☐ For review and comment ☐ As requested

REMARKS:

Or. TO: File

SIGNED: [signature]

CITY OF ALAMEDA
FISC CATELLUS PROJECT

Harris & Associates

Program Managers
Construction Managers
Civil Engineers

# Expenditure Authorization Agreement

The City of Alameda and Catellus are partners in accomplishing the redevelopment of the FISC/East Housing Area of the Alameda Naval Air Station. The parties agree to expend program funds for the purpose(s) described below:

Expenditure Authorization Agreement # _____WK02-07 CCC REF NO.

Short title: Alameda FISC/East Housing Development

Description: 9 Grid Chlordane testing

Deliverables: Testing services for Chlordane remediation, 9 grid sampling.

Authorized expenditure amount: $ 26,600.00 ; Type of funds to be used: ____________

Charge to program budget account #256.1-________-________-________
(fund - section- account- project)

Name of firm providing the service: Winzler & Kelly Contract Date: 4/19/02

Firm's contact person: Charles Bove Phone:415-283-4970

Schedule (start / completion dates): 4/19/02

**Approvals:**

Certification that funds exist: By [signature]; Date: 6/27/02

Print name / title: ____________

| For City of Alameda (Agency) | For Catellus (Developer) | For Harris & Associates, (Program Managers) |
|---|---|---|
| [signature] | Bill Kennedy, Constr. Dir. | Bob Guletz |
| Print name / title: | Print name / title: | Print name / title: |
| [signature] | [signature] | [signature] |
| Date: 6/27/02 | Date: 6/19/02 | Date: 6/27/02 |

Copies to: City: (⑨Cole, ⑨ Fassiotto, ⑨ Sagun); Catellus. (⑨ Kennedy; ⑨________); Harris: (⑨ Guletz, ⑨ ________)
Others: ⑨ ________, ⑨ ________, ⑨ ________, ⑨ ________

Attachments: 1.
2.

Form Rev: May 21, 2002

Change Order Status Log - Residential Phase 1

| Cost Code | Description | Vender | Submitted By | Date Initiated | Date Approved | CDC - CO Reference Number | Original Contract Amount | CO Amount of Request | Total Contract Amount | Date Initiated | Date Approved | EA Reference Number | EA Amount of Request | Notes: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2125 | **Building Demolition** | | | | | | | | | | | | | |
| | Original Building Contract Ph1 | FERMA | B Kennedy | 01/10/02 | 02/08/02 | 45506 | 1,752,420 | | 1,752,420 | | | 2001-03 | 2,118,526 | EA request is plus 20% |
| | Monitoring plates | FERMA | B Kennedy | 06/14/02 | | 4 | | 1,845 | 1,845 | 04/30/02 | 05/17/02 | FDRP1-4 | 1,845 | Required as part of the stockpile plan. |
| | OT for demo & soil work | FERMA | B Kennedy | 06/17/02 | | 11 | | 1,520 | 1,520 | 06/17/02 | 08/27/02 | FDRP1-11 | 1,520 | Buildings. 900, 905 |
| Subtotal | | | | | | | 1,752,420 | 3,365 | 1,755,785 | | | | 2,119,891 | |
| 2126 | **Infrastructure Demolition** | | | | | | | | | | | | | |
| | Original Building Contract Ph1 | FERMA | B Kennedy | 01/10/02 | 02/08/02 | 46505 | 1,261,000 | | 1,261,000 | | | 2001-03 | 1,523,003 | EA request is plus 20% |
| | Temporary Storm Drain Revisions | FERMA | B Kennedy | 06/05/02 | | 2 | | 4,040 | 4,040 | 04/20/02 | 05/09/02 | FDRP1-7 | 4,040 | Work needed to avoid underground electrical line |
| | Remove undocumented pipe | FERMA | B Kennedy | 06/05/02 | | 3 | | 13,924 | 13,924 | 04/30/02 | 05/17/02 | FDRP1-3 | 13,194 | Removal of pipe that was not called out on demo plans (2,932/lf x $4.50/lf = $13,194 |
| | Removal of Undocumented Utilities | FERMA | B Kennedy | 06/14/02 | | 6 | | 8,271 | 8,271 | 06/17/02 | 06/27/02 | FDRP1-12 | 8,271 | |
| Subtotal | | | | | | | 1,261,000 | 26,235 | 1,287,235 | | | | 1,548,508 | |
| 2127 | **Haz Material Remediation / Chlordane** | | | | | | | | | | | | | |
| | Original Building Contract Ph1 | FERMA | B Kennedy | 01/10/02 | 02/08/02 | 48506 | 1,387,500 | | 1,387,500 | | | 2001-03 | 1,651,631 | EA request is plus 20% |
| | Additional Chlordane removal, T&M work to firm up estimates. | FERMA | B Kennedy | 06/04/02 | | 9 | | 100,000 | 100,000 | 04/30/02 | 05/17/02 | FDRP1-9 | 100,000 | T & M work required to confirm estimates & scope |
| | Additional Chlordane removal, T&M work to firm up estimates second round | FERMA | B Kennedy | 06/14/02 | | 10 | | 250,000 | 250,000 | 05/30/02 | 05/30/02 | FDRP1-10 | 250,000 | T & M work required to confirm estimates & scope second round of funding. |
| | Additional Chlordane removal, T&M work to firm up estimates Stock Pile Hauling | FERMA | B Kennedy | 06/27/02 | | | | 300,000 | 300,000 | 08/27/02 | 08/27/02 | FDRP1-13 | 300,000 | T & M work required to remove the stock piles. |
| Subtotal | | | | | | | 1,387,500 | 650,000 | 2,017,500 | | | | 2,301,631 | |
| 2128 | **Haz Material Remediation / Asbestos** | | | | | | | | | | | | | |
| | Original Building Contract Ph1 | FERMA | B Kennedy | 01/10/02 | 02/08/02 | 48506 | 1,083,680 | | 1,083,680 | | | 2001-03 | 1,308,841 | EA request is plus 20% |
| | Asbestos pipe removal | FERMA | B Kennedy | 05/31/02 | | 1 | | 17,518 | 17,518 | 04/30/02 | 05/17/02 | FDRP1-2 | 17,518 | Removal of Asbestos pipe (3,185/lf x $5.50/lf = $17,518). |
| | ACM Mastic Buildings | FERMA | B Kennedy | 06/14/02 | | 5 | | 2,497 | 2,497 | 6/17/02 | 06/27/02 | FDRP1-5 | 2,497 | Buildings: 900, 902, 904, 905 & 906. |
| | Undocumented Asbestos pipe removal | FERMA | B Kennedy | 06/14/02 | | 6 | | 3,251 | 3,251 | 06/17/02 | 06/27/02 | FDRP1-6 | 3,521 | Removal of Asbestos pipe (591/lf x $5.50/lf = $3,250.50) |
| Subtotal | | | | | | | 1,083,680 | 23,266 | 1,106,946 | | | | 1,332,377 | |
| 2650 | **Backbone Infrastructure** | | | | | | | | | | | | | |
| Subtotal | | | | | | | | | | | | | | |
| 2651 | Dewatering | | | | | | | | | | | | | |
| Subtotal | | | | | | | | | | | | | | |
| Hardcost Subtotal: | | | | | | | 5,464,600 | 702,866 | 6,167,466 | | | | 7,302,406 | |
| 4400 | Engineering | | | | | | | | | | | | | |
| | Residential Phase 1 | BKF | B Kennedy | | | | 944,149 | | 944,149 | 05/08/02 | 05/30/02 | BKFRP1-01 | 944,149 | Original contract R-1 |
| | Staking Services | BKF | B Kennedy | 6/17/2002 | | 1 | | 41,900 | 41,900 | 05/08/02 | 08/27/02 | BKFRP1-02 | 41,900 | Staking and settlement plate monitoring |
| Subtotal | | | | | | | 944,149 | 41,900 | 986,049 | | | | 986,049 | |
| 4502 | Geotechnical Services | Treadwell & Rollo | B Kennedy | 6/17/2002 | | Original | 80,260 | | 80,260 | 06/17/02 | 08/27/02 | TRRP1-01 | 96,312 | EA request so plus 20% |
| Subtotal | | | | | | | 80,260 | 0 | 80,260 | | | | 96,312 | |
| 4550 | **Environmental Consultants** | | | | | | | | | | | | | |
| | Task Order ER 01-12 | ERM - West | B Turi | 7/27/2001 | | 45487 | 17,204 | | 17,204 | 07/27/01 | 11/12/01 | ERM01-12 | 17,204 | Marsh Crust Soil investigation |
| | Task Order ER 01-13 | ERM - West | B Turi | 7/27/2001 | | 45495 | | 9,135 | 9,135 | 07/27/01 | 11/12/01 | ERM01-13 | 9,135 | Marsh Crust Soil investigation |

Change Order Status Log - Residential Phase 1

| Cost Code | Description | Vendor | Submitted By | Date Initiated | Date Approved | CDC - CO Reference Number | Original Contract Amount | CO Amount of Request | Total Contract Amount | Date Initiated | Date Approved | EA Reference Number | EA Amount of Request | Notes: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Task Order ER-01-14 | ERM - West | B Kennedy | 1/9/2002 | 1/115/02 | | | 66 061 | 65,061 | 08/04/02 | | ERM01-14 | 66,061 | Implementation of SMP and Tech Support Jan to April/02 |
| | Task Order ERV-02-03A | ERM - West | B Kennedy | 6/14/2002 | 6/27/2002 | | | 58 324 | 58,324 | 06/14/02 | 06/27/02 | ERMRP1-15 | 58,324 | SMP technical support and oversight through May to Nov/02. |
| Subtotal | | | | | | | 17,204 | 133,520 | 150,724 | | | | 150,724 | |
| 4850 | Permits and Fees | | | | | | | | - | | | | | |
| Subtotal | | | | | | | - | - | - | | | | - | |
| 5625 | Hazardous Waste Inspection | | | | | | | | | | | | | |
| | Original Design Contract | Winzler & Kelly | B Tur | 7/26/2001 | 9/19/2001 | 45506 | 131,000 | - | 131,000 | 05/08/02 | 05/30/02 | WK01-06 | 131,000 | Hazardous material design |
| | Original On-Site testing and Inspection Contract | Winzler & Kelly | B Tur | 1/29/2002 | 3/11/2002 | 49744 | 311,316 | | 311,316 | 05/08/02 | 05/30/02 | WK02-01 | 311,316 | |
| Subtotal | | | | | | | 442,316 | - | 442,316 | | | | 442,316 | |
| 5626 | Chlordane Remediation Testing and Inspection | | | | | | | | | | | | | |
| | Original Clordane testing and Inspection Contract | Winzler & Kelly | B Tur | 1/29/2002 | 3/11/2002 | 49744 | 209,770 | | 209,770 | 05/08/02 | 05/30/02 | WK02-01 | 209,770 | |
| | Task Order 9-Grid Testing | Winzler & Kelly | B Kennedy | 6/4/2002 | | TC | | 26800 | 26,600 | 06/04/02 | 06/27/02 | WK02-07 | 26,600 | 9 Grid random sampling to test Chlordane levels |
| Subtotal | | | | | | | 209,770 | 26,600 | 236,370 | | | | 236,370 | |
| 5825 | Legal | | | | | | | | - | | | | | |
| Subtotal | | | | | | | - | - | - | | | | - | |
| 8725 | General Conditions | Catellus | B Kennedy | | | | | | - | 06/17/02 | 06/27/02 | CCCGC-0101 | 1,554,722 | Ongoing general conditions paid out at approximately $63,738 per month, with initial one time set up costs of ~$25,000 |
| Subtotal | | | | | | | - | - | - | | | | 1,554,722 | |
| Grand Total: | | | | | | | 7,158,299 | 904,858 | 8,063,165 | | | | 10,768,899 | |

555102

Catellus Development Corporation
Custom Job Cost Report
AFE # 110000005
As of: 6/30/02

Page 1
Date 6/19/02

| | | | |
|---|---|---|---|
| Business Park | ALAMEDA FISC & EAST HOUSING | | |
| Project Name: | PH1 DEMOLITION/INFRASTRUCTURE | | |
| City: | Alameda | | |
| State: | CA | | |
| Project Manager: | R30 KENNEDY, B. | | |
| Bldg Sq. Foot: | | | |
| Land Sq Foot: | | | |
| Coverage: | | | |
| Land Acres: | | | |
| Start Date: | 0/00/00 | | |
| Original Completion Date: | 0/00/00 | | |
| Budgeted Months to Complete: | | Actual Months: | |
| Projected Comp.Date Shell: | 0/00/00 | Weather Delays: | |
| Project Type: | 5 Fee | | |
| Projected Sale Date: | 0/00/00 | | |

| Tenants | Signed | SqFt | Rent Commence | Lease Commence | TI Completion |
|---|---|---|---|---|---|
| 1). | | | 0/00/00 | 0/00/00 | 0/00/00 |
| 2). | | | 0/00/00 | 0/00/00 | 0/00/00 |
| 3). | | | 0/00/00 | 0/00/00 | 0/00/00 |
| 4). | | | 0/00/00 | 0/00/00 | 0/00/00 |
| Additional Tenants: no more tenants | | | 0/00/00 | 0/00/00 | 0/00/00 |

Tax Entity: N No Tax Entity
Tax Entity Info: Scheduled To Go In: 0/00/00
Scheduled Buy Back: 0/00/00
Current Status:

AFE Land Value:
STD Land Value:

| | |
|---|---|
| Original Budget: | 16,078,150 |
| Approved Supplemental AFEs: | |
| Revised Budget: | 16,078,150 |

Construction Status:
no status texts

555101

Catellus Development ( ation
Custom Job Cost Re...t
AFE # 110000205
PROJECT NAME: PH1 DEMOLITION/INFRASTRUCTURE
As of: 6/30/02

Page 1
Date 6/19/02

| Cost Code | Item | Original Budget | Approved Supplemental | Revised Total | Total Commited | Open PO/Contract | Actual Current | Actual To Date | Remaining To Complete | Projected Final | Variance Over/Under | Projected Final Cost PSF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2125 | Bldg Demolition | 1,752,420 | | 1,752,420 | 1,752,420 | 175,242 | | 1,577,178 | 203,507 | 1,780,785 | 28,365 | |
| 2126 | Infras Demolition | 3,980,400 | | 3,980,400 | 1,261,000 | 802,090 | | 458,910 | 902,595 | 1,361,505 | 2,618,895- | |
| 2127 | Haz Rem/Chlordane | 1,367,500 | | 1,367,500 | 1,367,500 | 1,052,388 | | 315,113 | 1,652,388 | 2,967,500 | 1,600,000 | |
| 2128 | Haz Rem/Asbestos Pipe | 1,083,680 | | 1,083,680 | 1,083,680 | 109,750 | | 973,930 | 258,901 | 1,232,831 | 149,151 | |
| 2152 | Haz Rem Marsh Crust | | | | | | | | 43,750 | 43,750 | 43,750 | |
| 2650 | Backbone Infrastructure | 4,000,000 | | 4,000,000 | | | | | 4,000,000 | 4,000,000 | | |
| 2651 | Dewatering | 400,000 | | 400,000 | | | | | | | 400,000- | |
| 3390 | Contingency | 1,343,000 | | 1,343,000 | | | | | | | 1,343,000- | |
| | Total Hard Costs | 13,927,000 | | 13,927,000 | 5,464,600 | 2,139,470 | | 3,325,131 | 8,061,241 | 11,386,371 | 2,540,629- | |
| 4300 | Engineering | 730,760 | | 730,760 | 449,892 | | | 449,892 | 404,179 | 854,071 | 123,311 | |
| 4500 | Geotechnical Services | | | | | | | | 96,312 | 96,312 | 96,312 | |
| 4550 | Environmental Consultants | 197,000 | | 197,000 | 26,339 | 1,163 | | 25,176 | 320,947 | 346,123 | 149,123 | |
| 4850 | Permits | 75,000 | | 75,000 | 8,595 | | | 8,995 | 230,980 | 239,975 | 164,975 | |
| 5625 | Hazardous Waste Inspec | 530,000 | | 530,000 | 442,316 | 102,882 | | 339,434 | 191,772 | 531,206 | 1,206 | |
| 5626 | Chlor Rem Testing/Insp | | | | 209,770 | 188,793 | | 20,977 | 215,393 | 236,370 | 236,370 | |
| 5675 | Legal | | | | 37,162 | | | 37,162 | 19,771 | 56,933 | 56,933 | |
| | Total Soft Costs | 1,532,760 | | 1,532,760 | 1,174,474 | 292,838 | | 881,636 | 1,479,354 | 2,360,990 | 828,230 | |
| | Total Hard & Soft Costs | 15,459,760 | | 15,459,760 | 6,639,074 | 2,432,308 | | 4,206,767 | 9,540,595 | 13,747,361 | 1,712,399- | |
| | Total Development Costs | | | | | | | | | | | |
| 9725 | General Conditions | 618,390 | | 618,390 | 86,208 | | | 86,208 | 532,182 | 618,390 | | |
| | Total Indirect Costs | 618,390 | | 618,390 | 86,208 | | | 86,208 | 532,182 | 618,390 | | |
| | Grand Totals | 16,078,150 | | 16,078,150 | 6,725,282 | 2,432,308 | | 4,292,975 | 10,072,777 | 14,365,751 | 1,712,399- | |

Rent Reimbursements

Other Adjustments

Pending AFEs/Cost Adjustments

Adjusted Project Cost

| | Revised Total | Projected Final |
|---|---|---|
| Standard Cost Land Value | | |
| Adjusted Cost Incldg. Land | 16,078,150 | 14,365,751 |

555101

Catellus Development Corporation
Custom Job Cost Report
AFE # 110000035
PROJECT NAME: PH1 DEMOLITION/INFRASTRUCTURE
As of: 4/10/02

Page 1
Date 6/19/02

| Cost Code | Item | Orig Budget | Appr Suppl | Rev Total | Proj Final Prior Mth | Proj Final Current | Proj Final Changes | Var From Rev Budget | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 2125 | Bldg Demolition | 1,752,420 | | 1,752,420 | 1,755,785 | 1,780,785 | 25,000 | 28,365 | |
| 2126 | Infras Demolition | 3,980,400 | | 3,980,400 | 1,357,759 | 1,361,505 | 3,746 | 2,618,895- | |
| 2127 | Haz Rem/Chlordane | 1,367,500 | | 1,367,500 | 2,967,500 | 2,967,500 | | 1,600,000 | |
| 2128 | Haz Rem/Asbestos Pipe | 1,083,680 | | 1,083,680 | 1,207,821 | 1,232,831 | 25,010 | 149,151 | |
| 2152 | Haz Rem Marsh Crust | | | | 43,750 | 43,750 | | 43,750 | |
| 2650 | Backbone Infrastructure | 4,000,000 | | 4,000,000 | 4,000,000 | 4,000,000 | | | |
| 2651 | Dewatering | 400,000 | | 400,000 | | | | 400,000- | |
| 3990 | Contingency | 1,343,000 | | 1,343,000 | | | | 1,343,000- | |
| | Total Hard Costs | 13,927,000 | | 13,927,000 | 11,332,615 | 11,386,371 | 53,756 | 2,540,629- | |
| 4400 | Engineering | 730,760 | | 730,760 | 854,071 | 854,071 | | 123,311 | |
| 4500 | Geotechnical Services | | | | 96,312 | 96,312 | | 96,312 | |
| 4550 | Environmental Consultants | 197,000 | | 197,000 | 346,123 | 346,123 | | 149,123 | |
| 4850 | Permits | 75,000 | | 75,000 | 239,975 | 239,975 | | 164,975 | |
| 5625 | Hazardous Waste Inspec | 530,000 | | 530,000 | 531,206 | 531,206 | | 1,206 | |
| 5626 | Chlor Rem Testing/Insp | | | | 236,170 | 236,170 | | 236,170 | |
| 5675 | Legal | | | | 56,933 | 56,933 | | 56,933 | |
| | Total Soft Costs | 1,532,760 | | 1,532,760 | 2,360,990 | 2,360,990 | | 828,230 | |
| | Total Hard & Soft Costs | 15,459,760 | | 15,459,760 | 13,693,605 | 13,747,361 | 53,756 | 1,712,399- | |
| | Total Development Costs | | | | | | | | |
| 9725 | General Conditions | 618,390 | | 618,390 | 618,390 | 618,390 | | | G&A = 4% OF H&S COSTS |
| | Total Indirect Costs | 618,390 | | 618,390 | 618,390 | 618,390 | | | |
| | Grand Totals | 16,078,150 | | 16,078,150 | 14,311,995 | 14,365,751 | 53,756 | 1,712,399- | |

Rent Reimbursements

Other Adjustments

Pending AFEs/Cost Adjustments

Adjusted Project Cost

| | Rev Total | Proj Final Current | Var From Rev Budget |
|---|---|---|---|
| Standard Cost Land Value | | | |
| Adjusted Cost Incldg. Land | 16,078,150 | 14,365,751 | 1,712,399- |

Alameda Demo/Infra - Phase I, Alameda, CA - BUDGET FORECAST
[illegible] DIRECTOR [illegible]
Summary Projected Final Costs

AFE BUDGET FOR: 110000005
Contractor / Vendor Committed amount:

| Description | Original Budget | Supplemental AFE's | Revised Budget | Actual Paid to Date | Remaining to Complete | Projected Final | Variance vs. Revised | Notes |
|---|---|---|---|---|---|---|---|---|
| **Hard Costs** | | | | | | | | |
| 2125 - Building Demolition | 1,752,420 | | 1,752,420 | 1,577,178 | 203,607 | 1,780,785 | 28,365 | |
| 2126 - Infrastructure Demolition | 3,980,400 | | 3,980,400 | 458,910 | | 1,361,505 | (2,618,895) | |
| 2127 - Haz Rem/Chloridane | 1,367,500 | | 1,367,500 | 315,113 | | 2,967,500 | 1,600,000 | |
| 2128 - Haz Rem/Asbestos Pipe | 1,232,821 | | 1,232,821 | 973,930 | | 1,232,821 | - | |
| 2152 - Haz Rem Marsh Crust | | | | | | 43,750 | 43,750 | |
| 2155 - Haz Rem General | | | | | | - | - | |
| 2650 - Backbone infrastructure | 4,000,000 | | 4,000,000 | | 4,000,000 | 4,000,000 | - | |
| 2651 - Dewatering | 400,000 | | 400,000 | | | - | (400,000) | |
| 3990 - Hard Cost Contingency | 1,343,000 | | 1,343,000 | | - | - | (1,343,000) | |
| Total Hard Costs: | 14,076,141 | - | 14,076,141 | 3,325,131 | 8,061,230 | 11,386,361 | (2,689,780) | |
| **Soft Costs** | | | | | | | | |
| 4150 - Architecture | | | - | | - | - | - | |
| 4400 - Civil Engineering | 730,760 | | 730,760 | 402,383 | 110,366 | 512,749 | (218,011) | |
| 4500 - Geotechnical Services | - | | - | | 96,312 | 96,312 | 96,312 | Treadwell & Rollo Bid Estimate. |
| 4550 - Environmental Consultants | 197,000 | | 197,000 | 25,176 | 320,947 | 346,123 | 149,123 | |
| 4850 - Permits & Fees | 75,000 | | 75,000 | 8,995 | 230,980 | 239,975 | 164,975 | |
| 4895 - Other soft costs | - | | - | | - | - | - | |
| 5600 - Printing & Misc. | - | | - | | - | - | - | |
| 5625 - Hazardous waste inspection | 530,000 | | 530,000 | 339,434 | 191,772 | 531,206 | 1,206 | |
| 5626 - Chlordane Remediation Testing and Inspection | | | - | | 236,370 | 236,370 | 236,370 | |
| Total Soft Costs: | 1,532,760 | - | 1,532,760 | 775,988 | 1,186,747 | 1,962,735 | 429,975 | |
| Total Hard & Soft Costs: | 15,608,901 | - | 15,608,901 | 4,101,119 | 9,247,977 | 13,349,096 | (2,259,806) | |
| **Development Costs** | | | | | | | | |
| 5255 - Marketing | | | - | | - | | - | |
| 5675 - Legal | | | - | 36,933 | 20,000 | 56,933 | 56,933 | |
| 5725 - Prepaid Leasing Commissions | | | - | | - | | - | |
| 5990 - Development Contingency | | | - | | - | | - | |
| 5750 - Lease up Costs | | | - | | - | | - | |
| Total Development Costs: | - | - | - | 36,933 | 20,000 | 56,933 | 56,933 | |
| **Indirect Costs** | | | | | | | | |
| 5650 - Insurance | | | - | | - | | - | |
| 9675 - CIP / Capitalized Interest | | | - | | - | | - | |
| 9795 - Financing Costs | | | - | | - | | - | |
| 5751 - Supplemental Tax Bill | | | - | | - | | - | |
| 9700 - CIP / Capitalized Property tax | | | - | | - | | - | |
| 9715 - Project Management fees 4% HC | | | - | | 514,377 | 514,377 | 514,377 | |
| 9725 - General Contractor Fee 4% | | | - | | 228,650 | 228,650 | 228,650 | |
| 9725 - General Conditions Fee | 618,390 | | 618,390 | 86,208 | 532,182 | 618,390 | - | |
| Total Indirect Costs: | 618,390 | - | 618,390 | 86,208 | 1,275,209 | 1,361,417 | 743,027 | |
| Grand Total: | 16,227,291 | - | 16,227,291 | 4,224,260 | 10,543,186 | 14,767,446 | (1,459,846) | |

***Alameda Demo / Infra - Phase I, Alameda, CA - BUDGET FORECAST***

*DIRECTOR: Bill Kennedy*

**AFE BUDGET FOR:** 110000095

*5626 - Chlordane Remediation Testing and Inspection*

| CE# | Description | Cost Est. | CDC Cost | CCO# | City EA Request | EA# | Notes |
|---|---|---|---|---|---|---|---|
| | Contractor / Vendor: Winzler & Kelly | Contract $ 209,770 | #49744 | | | | |
| | Task order for 9 grid testing | $ 26,600 | $ 26,600 | | $ 26,600 | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | **Subtotal Change Orders/Cost Estimates** | | $ 26,600 | | $ 26,600 | | |
| | **Potential / Unforseen / Other Costs:** | | | | | | |
| | | | | - | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | **Subtotal Potential / Unforseen / Other Costs** | | $ - | | $ - | | |

| CE# | Description | Cost Est. | CDC Cost | CCO# | City EA Request | EA# | Notes |
|---|---|---|---|---|---|---|---|
| | Contractor / Vendor: | Contract | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | **Subtotal Change Orders/Cost Estimates** | | $ - | | $ - | | |
| | **Potential / Unforseen / Other Costs:** | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | **Subtotal Potential / Unforseen / Other Costs** | | $ - | | $ - | | |

| CE# | | | | | City EA Request | EA# | Notes |
|---|---|---|---|---|---|---|---|
| | Contractor / Vendor: | Contract | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | **Subtotal Change Orders/Cost Estimates** | | $ - | | $ - | | |
| | **Potential / Unforseen / Other Costs:** | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | **Subtotal Potential / Unforseen / Other Costs** | | $ - | | $ - | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | *TOTAL CONTRACTS - AMOUNT* | | $ 209,770 | | | | |
| | **TOTAL Change Orders/Cost Estimates** | | $ 26,600 | | | | |
| | **TOTAL Potential / Unforseen / Other Costs** | | $ - | | | | |
| | *FORECASTED COST TO COMPLETE* | | $ 236,370 | | | | |
| | | | | | | | |
| | ***TOTAL TENANT REIMBURSEMENT*** | | | | $ 236,370 | | |
| | **Cash Reimbursement from Tenant** | | | | | | |
| | **Rent Reimbursement from Tenant** | | | | | | |

VENDOR CHANGE ORDER APPROVAL EXECUTION
For Capital Expenditures (AFE) Only - (Revised May. '01)

| | | | |
|---|---|---|---|
| ..OJECT NAME: | Residential Demo. Phase 1 | LOCATION: | Alameda, CA |
| VENDOR NAME: | Winzler & Kelly | VENDOR NO.: | |
| AFE/JOB NO.: | 11000005 (AKA 11000000S) | COST CODE: | 5626 |
| COMPANY NO.: | 200 | FILE NO.: P - | |
| CONTRACT NO.: | 49744 | CHANGE ORDER AMOUNT: | $ 26,600.00 |
| DESCRIPTION: | Change Order #01 | ORIGINATOR: | Shelli Longfield |

| | ADMIN SENT | ROUTING | DIRECTION | DATE |
|---|---|---|---|---|
| AFE is included in the scope of work | PO | 6/30/02 | | |
| Document Prepared - Internal/External | PO | 6/30/02 | | |
| Bid Policy Compliance | N/A | N/A | N/A | N/A |
| al Legal Approval | N/A | N/A | N/A | N/A |
| Vendor Execution | PO | 7/16/02 | CB | 7/16/02 |
| Final Legal Approval (if necessary) | N/A | N/A | N/A | N/A |
| Final Vendor Initials (if applicable) | N/A | N/A | N/A | N/A |
| Approval of Terms and Conditions | SL | 7/19/02 | BK | [illegible] 7/18/02 |
| Execution | SL | 7/19/02 | BK JVS [illegible] | [illegible] 7/18/02 7/30/02 |
| Insurance Certificate Received | N/A | N/A | N/A | N/A |
| Accounting Records/Review | | SBL | KB | 8-2-02 |
| Duplicate Original Sent to Vendor | | SBL | W+K | 8-2-02 |
| Duplicate Copy Sent to Title and Escrow | | SBL | EM | 8-2-02 |

Explanations for any noncompliance:

CATELLUS

ORIGINAL

AGREEMENT CHANGE ORDER

DATE: 6/30/2002

VENDOR: Winzler & Kelly

CHANGE ORDER NUMBER: 01
CONTRACT NUMBER: 49744
AFE #/ JOB NUMBER: 11000005
COST CODE: 5626

PROJECT: Residential Demolition Phase I

DEVELOPMENT: Alameda FISC R-1

DESCRIPTION OF CHANGE:
Incorporate the following changes into the agreement for the above-mentioned project: Authorization for funds in the amount of $26,600.00 is being requested for testing services to evaluate the extent of Chlordane remediation necessary for Residential Phase I project.

TOTAL $26,600

| | |
|---|---|
| Original agreement amount: | $ 209,770 |
| Previously approved changes: | $ 0 |
| Previous agreement amount: | $ 209,770 |
| Amount of change order # : | $ 26,600 |
| Revised agreement amount: | $ 236,370 |

Authorized:
CATELLUS DEVELOPMENT CORPORATION
a Delaware corporation

BK [signature]

By: [signature]
Bill Kennedy
Director of Construction Services
Date: 7/18/02

By: [signature]
Jim Van Sickle
Associate Vice President, Construction Services
Date: 7/22/02

Contractor:

By: [signature]

Date: 7/16/02

WINZLER & KELLY
CONSULTING ENGINEERS

REMIT TO:
633 Third Street
Eureka, CA 95501

417 Montgomery Street, Suite 600, San Francisco, CA 94104-1100 / tel 415.283.4970 / fax 415.283.4980

**CATELLUS COMMERCIAL GROUP LLC**
**1999 HARRISON ST SUITE 2150**
**OAKLAND, CA 94612**

**Invoice # :** 1121
**Invoice Date :** 10/24/2002
**Project :** 01336602

**Attention: MR BILL KENNEDY**

---

**Billing Period through: 9/30/2002**

ALAMEDA NAVAL AIR STATION
Task Order/Reference #s Unavailable as of 4/19/02

PHASE 031 - CHLORDANE OBSERVATION

| | |
|---|---|
| Total Project Fee Authorized | 209,770.00 |
| Percent Complete as of 10/25/2002 | 100.00 |
| Fee Earned To Date | 209,770.00 |
| Less Previous Billings | 199,281.50 |
| Current Billing Amount | 10,488.50 |
| Amount Due This Invoice: | 10,488.50 |

CHARLES R BOVE

Approval:________________
Date:________________
Print Name:________________
Approve on invoice only.
BUDGETED ☑ UNBUDGETED ☐

CATELLUS

For Job Cost

# ACCOUNTS PAYABLE APRON

*This form is for AFE expenditures ONLY Use the regular Accounts Payable Apron for Regular A/P for all others.* Version Date 01/07/02

For A/P use only -- do not mark

OCT 2 8 2002 2 87817

DOC# 327854 BY SCH

VENDOR NAME: Treadwell & Rollo

INVOICE NUMBER: (limit 15 characters) ~~00~~95046 ✓

INVOICE AMOUNT: $ 5,832.30

INVOICE DATE: 10/11/02

CHECK REMARK: (limit 13 characters) Proj: 2310.06

For A/P use only -- do not mark

VENDOR NUMBER: 78667

CHECK SHOULD BE MAILED OUT BY A/P TO VENDOR VIA REGULAR U.S. MAIL SERVICE:

☑ Yes ☐ No, Form 9088 is attached.

*NOTE For each row below, fill out Co Number, columns A, B, & C (with D optional) OR columns E (with F and G optional)*
*Amount is always required*

| Co Number | (A) AFE Number | (B) Cost Type | (C) Cost Code | (D) Subledger (limit 8 char) | Sub Type | OR | (E) Contract Number | (F) Change Order | (G) Cost Code | Amount | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 800 | 110000005 | | | | X | | 56531 | 1 | 1 | $ 5,832.30 | |
| | | | | | X | | | | | | |
| | | | | | X | | | | | | |
| | | | | | X | | | | | | |
| | | | | | X | | | | | | |
| | | | | | X | | | | | | |
| | | | | | X | | | | | | |
| | | | | | X | | | | | | |
| | | | | | X | | | | | | |
| | | | | | X | | | | | | |
| | | | | | X | | | | | | |
| | | | | | X | | | | | | |
| | | | | | X | | | | | | |
| | | | | | X | | | | | | |
| | | | | | X | | | | | | |
| | | | | | X | | | | | | |

TOTAL: $ 5,832.30

| | | Date |
|---|---|---|
| Preparer: | Karen M. Bey | 10/22/02 |
| Manager / Director: | *Please sign/approve on invoice only* | |
| VP/SVP (if required): | *Please sign/approve on invoice only* | |
| Project Accountant: | KBey | 10/22/02 |

Treadwell&Rollo

# Invoice

October 11, 2002
Project No: 2310 06
Invoice No: 0095046

RECEIVED
OCT 16 2002

Mr Bill Kennedy
Cattellus Development Corporation
1999 Harrison Street, Suite 2150
Oakland, CA 94612

PROGRESS BILLING NO. 8
GEOTECHNICAL SERVICES DURING DEMOLITION
FISC/EAST HOUSING RESIDENTIAL DEVELOPMENT
ALAMEDA, CALIFORNIA

Contract No (None assigned)
Change Order No 1

**Professional services from August 24, 2002 to September 27, 2002**

Task: 0100 Plan Review and Consultation
Description: Services provided during this period included 1) reviewing the results of the settlement plate monitoring performed by BKF Engineers, 2) consulting with the project team via phone and e-mail regarding stabilization options for soft subgrade areas; erosion control, and the results of Class 2 aggregate base specification compliance testing; and 3) project management.

| Professional Personnel | Hours | Rate | Amount | |
|---|---|---|---|---|
| C S Shields | 2 50 | 185 00 | 462.50 | |
| D A. Mack | 7 00 | 110 00 | 770.00 | |
| A Blaisdell | 2.00 | 88 00 | 176 00 | |
| M F Pinheiro | 6 50 | 88.00 | 572.00 | |
| Graphics | 7 50 | 85.00 | 637 50 | |
| Technical Assistant | 1 20 | 85 00 | 102.00 | |
| Total Labor | | | | 2,720.00 |

| Reimbursable Expenses | | | | |
|---|---|---|---|---|
| Golden State Overnight | Inv.# 648778 dated 08-31-02 | | 14.30 | |
| Total Reimbursables | | 1.15 times | 14.30 | 16.45 |

Total this task $2,736.45

* Documentation provided



Treadwell & Rollo, Inc. *Environmental & Geotechnical Consultants*
555 Montgomery Street, Suite 1300, San Francisco, CA 94111
Telephone (415) 955-9040 Facsimile (415) 955-9041

**Treadwell&Rollo**

Project: 2310 06 FISC/East Housing Residential Developt. Invoice No: 0095046

Task 0200 On-site Observation and Testing

Description Services during this period consisted of part-time observation and testing during fill and backfill placement and rough site grading. In addition, we set lath around the soft subgrade areas at the site so that these areas could be surveyed by BKF Engineers

| Professional Personnel | Hours | Rate | Amount | |
|---|---|---|---|---|
| A. Blaisdell | 15.50 | 88.00 | 1,364.00 | |
| T M. Rubeo | 4.50 | 80.00 | 360.00 | |
| **Total Labor** | | | | **1,724.00** |
| **Reimbursable Expenses** | | | | |
| California Surveying and Drafting* | | | 85.52 | |
| **Total Reimbursables** | | **1.15 times** | **85.52** | **98.35** |
| **Unit Billing** | | | | |
| Field Vehicle | | 20.00 Hours @ 12.50 | 250 00 | |
| Nuclear Mois/Den. Gauge | | 15.00 Hours @ 12 50 | 187.50 | |
| **Total Units** | | **1.0 times** | **437.50** | **437.50** |
| | | | **Total this task** | **$2,259.85** |

Task 0400 Chlordane Related Activities

Description: Services during this period consisted of consulting with Catellus and Harris & Associates regarding the concept of soil shrinkage and off-haul and import soil quantities.

| Professional Personnel | Hours | Rate | Amount | |
|---|---|---|---|---|
| D A. Mack | 6.00 | 110 00 | 660.00 | |
| A. Blaisdell | 2.00 | 88 00 | 176.00 | |
| Total Labor | | | | 836.00 |
| | | | **Total this task** | **$836.00** |
| | | | **Total this invoice** | **$5,832.30** |

**Outstanding Invoices**

| Number | Date | Balance |
|---|---|---|
| 0092967 | 3/5/02 | 11,426.56 |
| 0093368 | 4/11/02 | 11,099 34 |
| 0093614 | 5/9/02 | 5,804.17 |
| 0093954 | 6/10/02 | 7,877.12 |
| 0094188 | 7/10/02 | 5,104.81 |
| 0094529 | 8/9/02 | 7,463 20 |
| 0094762 | 9/5/02 | 4,279.50 |
| **Total Past Due** | | **53,054.70** |

Approval: [signature]

Date: 10/24/02

Print Name: Bill Keating

Approve on invoice only.

BUDGETED ☑ UNBUDGETED ☐

**TOTAL DUE THIS ACCOUNT** **$58,887.00**



* Documentation provided

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

ERM

30 July 2002

Mr. Bill Kennedy
Construction Manager
Catellus Development Corporation
1999 Harrison Street, Suite 2150
Oakland, California 94612

Subject: Organochlorine-Pesticide Related Project Costs
ERM Projects #4740.00 and 3421.00
Catellus Task Orders ERM-01-01
ERM-02-09
ERM-02-03

Dear Bill:

Pursuant to your request, ERM has reviewed our invoiced project costs associated with the above referenced Task Orders for the period of 1 October 2001 through 31 June 2002. The purpose of this submittal is to quantify costs related directly to organochlorine pesticide (OCP) contamination in soil at the former Alameda Point East Housing Area.

Attached you will find copies of the following documentation supporting the cost allocation:

- Monthly invoices and invoice cover letters submitted to Catellus for payment, showing project costs and describing the scope of monthly activities;
- An Organochlorine-Pesticide Related Cost Summary spreadsheet summarizing hourly billing charges and subcontractor costs related to OCPs in soil, and quantifying the fraction of total costs associated with OCP removal activities;
- Subcontractor invoices from Equipco and Air Toxics Ltd. associated with OCP-related air sampling.

Environmental
Resources
Management



Please do not hesitate to contact me at (925) 946-0455 should you have any questions regarding this submittal.

Sincerely,

Michael A. Blanchard
*Project Engineer*

MAB/4740.00
Enclosures

cc: ✓Philip Owen, Catellus Development Corporation
Sandy Stevens, Catellus Development Corporation
Bill Frink, Harris and Associates
Darrell Handy, City of Alameda
Doug Cole, City of Alameda

*Organochlorine-Pesticide Related Cost Summary*
*1 October 2001 - 31 June 2002*
*Catellus Development Corporation*

| Invoice | Task Order | Invoice month | Personnel / Subcontractor | OCP-related hours | Billing Rate | OCP-related Subtotal | Fraction of total invoice |
|---|---|---|---|---|---|---|---|
| 0092733 | ERM-01-01D/01F | October - November 2001 | Mike Quillin | 12 | $141 | $1,692.00 | 9% |
| | | | Admin | 2 | $40 | $80.00 | |
| 0092951 | ERM-01-01D/01F | December 2001 | Mike Quillin | 8 | $141 | $1,128.00 | 34% |
| | | | Mike Blanchard | 40 | $78 | $3,120.00 | |
| | | | Robin Streeter | 1 | $119 | $119.00 | |
| | | | Liza Medina | 4 | $55 | $220.00 | |
| 0093200 | ERM-01-01E/01F | January 2002 | Mike Quillin | 12.5 | $146 | $1,825.00 | 45% |
| | | | Amy Grant | 12 | $87 | $1,044.00 | |
| | | | Mike Blanchard | 44.5 | $80 | $3,560.00 | |
| | | | Admin | 3 | $42 | $126.00 | |
| 0093199 | ERM-02-03 | January 2002 | Mike Quillin | 5.5 | $146 | $803.00 | 31% |
| | | | Chris Watrous | 15 | $92 | $1,380.00 | |
| | | | Monte Alves | 14 | $80 | $1,120.00 | |
| | | | Mike Blanchard | 10 | $80 | $800.00 | |
| | | | Liza Medina | 1 | $57 | $57.00 | |
| 0093650 | ERM-02-09 | February - March 2002 | Mike Quillin | 28 | $146 | $4,088.00 | 28% |
| | | | James McLaughlin | 7.5 | $123 | $922.50 | |
| | | | Mike Blanchard | 8 | $80 | $640.00 | |
| | | | Danielle Nest | 8 | $65 | $520.00 | |
| | | | Michele Martinez | 9 | $57 | $513.00 | |
| 0093425 | ERM-02-03 | February 2002 | Mike Quillin | 8 | $146 | $1,168.00 | 49% |
| | | | Chris Watrous | 16 | $92 | $1,472.00 | |
| | | | Monte Alves | 6.5 | $80 | $520.00 | |
| | | | Mike Blanchard | 24.5 | $80 | $1,960.00 | |
| | | | Equipco | | | $230.00 | |
| 0093646 | ERM-02-03 | March 2002 | Mike Quillin | 5 | $146 | $730.00 | 21% |
| | | | James McLaughlin | 17.5 | $92 | $1,610.00 | |
| | | | Mike Blanchard | 5.5 | $80 | $440.00 | |
| | | | Michele Martinez | 4 | $57 | $228.00 | |
| 0093895 | ERM-02-09 | April 2002 | Mike Quillin | 7.5 | $146 | $1,095.00 | 21% |
| | | | Admin | 2 | $42 | $84.00 | |

*Organochlorine-Pesticide Related Cost Summary*
*1 October 2001 - 31 June 2002*
*Catellus Development Corporation*

| Invoice | Task Order | Invoice month | Personnel / Subcontractor | OCP-related hours | Billing Rate | OCP-related Subtotal | Fraction of total invoice |
|---|---|---|---|---|---|---|---|
| 0093938 | ERM-02-03 | April 2002 | Mike Quillin | 8 | $146 | $1,168.00 | 23% |
| | | | James McLaughlin | 5 | $92 | $460.00 | |
| | | | Mike Blanchard | 23.5 | $80 | $1,880.00 | |
| | | | Air Toxics Ltd | | | $2,051.56 | |
| | | | Equipco | | | $575.00 | |
| 0094184 | ERM-02-09 | May 2002 | Mike Quillin | 5 | $146 | $730.00 | 6% |
| | | | Amy Grant | 0.5 | $87 | $43.50 | |
| | | | Michele Martinez | 2 | $57 | $114.00 | |
| 0094179 | ERM-02-03 | May 2002 | Mike Quillin | 12 | $146 | $1,752.00 | 31% |
| | | | Mike Blanchard | 22 | $80 | $1,760.00 | |
| | | | Michele Martinez | 4 | $57 | $228.00 | |
| | | | Equipco | | | $189.75 | |
| | | | Air Toxics Ltd. | | | $550.00 | |
| 0094510 | ERM-02-09 | June 2002 | Mike Quillin | 10 | $146 | $1,460.00 | 45% |
| | | | Robin Streeter | 3 | $123 | $369.00 | |
| | | | Admin | 2 | $42 | $84.00 | |
| 0094503 | ERM-02-03A | June 2002 | Mike Quillin | 12 | $146 | $1,752.00 | 40% |
| | | | Don Ludlam | 1 | $87 | $87.00 | |
| | | | Mike Blanchard | 25 | $80 | $2,000.00 | |
| | | | Air Toxics Ltd. | | | $690.00 | |

***Related Project Costs:***

| | | | |
|---|---|---|---|
| Health and Safety | October '01 - June '02 | 2% of labor | $939.04 |
| Communications | October '01 - June '02 | 4% of labor | $1,878.08 |

| *TOTAL OCP-RELATED COSTS* | *$54,055.43* |
|---|---|

COPY

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

ERM

31 December 2001

Ms. Sandy Stevens
Associate Vice President, Environmental Services
Catellus Development Corporation
201 Mission Street, Second Floor
San Francisco, California 94105

Subject: October/November 2001 Invoice Submittal
Alameda FISC Project
Task Order No. ERM-01-01D/01F
Catellus AFE 11000001

Dear Sandy:

This letter transmits our invoice for October and November 2001 activities performed in association with the Alameda FISC project. The activities covered by this billing period include:

- Planning for and attending the 9 October and 13 November 2001 meetings of the FISC Alameda Annex/Alameda Facilities and Alameda Point Restoration Advisory Board (RAB) and BRAC Closure Team (BCT);
- Continuing to assist the City of Alameda in addressing potential pesticides issues at the Alameda Point East Housing Area;
- Assisting the City of Alameda in addressing development concerns raised by EBMUD, particularly in association with IR Site 02;
- Meeting with representatives of Arc Ecology on 15 November 2001 to address comments on the Draft Site Management Plan (SMP);
- Addressing comments of Arc Ecology and City of Alameda representatives on the SMP and initiating preparation of the Draft Final SMP;
- Providing a preliminary evaluation of the Ferma project workplan for site demolition; and
- Project oversight.

A summary of project costs associated with current Catellus task orders and a budget summary are presented in the following table.

| Catellus Task Order | Description | Invoice Amount | Remaining Task Order Budget |
|---|---|---|---|
| ERM-01-01D | FISC Technical Assistance, June – December 2001 | $ 4,312.27 | $ 5,683.11 |
| ERM-01-01E | FISC Technical Assistance, January – June 2002 | $ 0 | $ 28,526.00 |
| ERM-01-01F | Revisions to SMP/Ferma Chlordane Workplan | $ 16,033.97 | $ 19,181.03 |
| | TOTAL | $ 20,346.24 | $ 53,390.14 |

Please contact me with any questions or comments regarding the invoice. Thank you for the opportunity to assist Catellus with this project.

Sincerely,

Michael E. Quillin, R.G.
*Principal*

MEQ/meq/3421.00
Enclosure
cc: Mr. Mark Ransom, ERM

ERM

ERM-West, Inc.

1777 Botelho Drive - Suite 260 - Walnut Creek, CA 94596-5042 - (925) 946-0455 - Fax (925) 946-9968

December 31, 2001
Project No: 003421.00
Invoice No: 0092733

Ms. Sandra Stevens
Catellus Development Corporation
201 Mission Street, 2nd floor
San Francisco CA 94105

Project: 003421.00 Technical Support, Alameda FISC

Catellus Vendor # 76257
Task Order Number: ERM-01-01D/01F
Ref: Catellus AFE 11000001

**Professional Services: October 1, 2001 through November 30, 2001**

| **Professional Personnel** | **Hours** | **Rate** | **Amount** | |
|---|---|---|---|---|
| Principal Engineer/Geologist/Scientist | | | | |
| Quillin, Michael E. | 72.50 | 141.00 | 10,222.50 | |
| Program Director | | | | |
| Streeter, Robin | 9.00 | 119.00 | 1,071.00 | |
| Project Engineer/Geologist/Scientist II | | | | |
| Estrada, Johnet | 1.50 | 84.00 | 126.00 | |
| Grant, Amy | 8.00 | 84.00 | 672.00 | |
| Project Engineer/Geologist/Scientist I | | | | |
| Blanchard, Michael A. | 68.00 | 78.00 | 5,304.00 | |
| Staff Engineer/Geologist/Scientist III | | | | |
| Grimm, Regina | 5.00 | 68.00 | 340.00 | |
| Project Facilitator | 9.00 | 55.00 | 495.00 | |
| Administrative Support | 6.00 | 40.00 | 240.00 | |
| Totals | 179.00 | | 18,470.50 | |
| **Total Labor** | | | | **18,470.50** |

| **Reimbursable Expenses** | | | |
|---|---|---|---|
| Auto Expenses & Rental | | 53.48 | |
| Computer Expense | | 92.58 | |
| Postage & Delivery | | 92.52 | |
| **Total Reimbursables** | | **238.58** | **238.58** |

| **Unit Billing** | | | |
|---|---|---|---|
| 10/31/01 AutoCAD Computer Charges | 1.00 Charge @ 25.00 | 25.00 | |
| Color Copies 11x17 | | 57.75 | |
| Color Copies 8.5x11 - T&M | | 15.00 | |
| 10/31/01 Computer Charges | 78.50 Charges @ 10.00 | 785.00 | |
| 11/30/01 Computer Charges | 38.50 Charges @ 10.00 | 385.00 | |
| **Total Unit Billing** | | **1,267.75** | **1,267.75** |

Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

ERM

ERM-West, Inc.

1777 Botelho Drive - Suite 260 - Walnut Creek, CA 94596-5042 - (925) 946-0455 - Fax (925) 946-9968

Project: 003421.00 Technical Support, Alameda FISC Invoice No: 0092733

| | | | |
|---|---|---|---|
| **Other Expenses** | | | |
| Communications Charge | 2.00% of 18,470.50 | 369.41 | |
| **Total Other Expenses** | | **369.41** | **369.41** |
| | | **Total this invoice** | **$20,346.24** |



Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

COPY

ERM

28 January 2002

Ms. Sandy Stevens
Associate Vice President, Environmental Services
Catellus Development Corporation
201 Mission Street, Second Floor
San Francisco, California 94105

Subject: December 2001 Invoice Submittal
Alameda FISC Project
Task Order No. ERM-01-01D/01F
Catellus AFE 11000001

Dear Sandy:

This letter transmits our invoice for December 2001 activities performed in association with the Alameda FISC project. The activities covered by this billing period include:

- Review of closure documentation on IR Sites 02 and 04/06 provided by the Navy's subcontractor, Tetra Tech EM, Inc.;
- Assisting the City of Alameda in addressing development concerns for the FISC and East Housing raised by EBMUD, including a 20 December meeting with EBMUD officials at Alameda Point;
- Formalizing a response to comments on the *Site Management Plan* (SMP) provided by Arc Ecology;
- Finalizing a draft version of the SMP pursuant to comments provided by the Catellus/City team and Arc Ecology, and submitting it to DTSC for review and approval;
- Preparing an internal draft version of the Demolition and Organochlorine Pesticides Removal Workplan for review by the Catellus/City team;
- Developing with the Catellus/City team a scope of work for overseeing implementation of the SMP; and
- Project oversight.

Environmental
Resources
Management

Ms. Sandra Stevens
28 January 2002
Page 2

A summary of project costs associated with current Catellus task orders and a budget summary are presented in the following table.

| Catellus Task Order | Description | Invoice Amount | Remaining Task Order Budget |
|---|---|---|---|
| ERM-01-01D | FISC Technical Assistance, June - December 2001 | $ 5,026.56 | $ 656.55 |
| ERM-01-01E | FISC Technical Assistance, January - June 2002 | $ 0 | $ 28,526.00 |
| ERM-01-01F | Revisions to SMP/Ferma Chlordane Workplan | $ 8,469.78 | $ 10,711.25 |
| | TOTAL | $ 13,496.34 | $ 39,893.80 |

You will note that the term for Catellus Task Order ERM-01-01D is now complete; we do not anticipate any further billings against that task order. Future billings for overall technical assistance during the period January through June 2002, consistent with our historical support, will be billed against Task Order ERM-01-01E.

Please contact me with any questions or comments regarding the invoice. Thank you for the opportunity to assist Catellus with this project.

Sincerely,

Michael E. Quillin, R.G.
*Principal*

MEQ/meq/3421.00
Enclosure
cc: Mr. Mark Ransom, ERM

ERM

ERM-West, Inc.

1777 Botelho Drive - Suite 260 - Walnut Creek, CA 94596-5042 - (925) 946-0455 - Fax (925) 946-9968

January 28, 2002
Project No: 003421.00
Invoice No: 0092951

Ms. Sandra Stevens
Catellus Development Corporation
201 Mission Street, 2nd floor
San Francisco, CA 94105

Project: 003421.00 Technical Support, Alameda FISC

Catellus Vendor No. 76257
Task Order Number: ERM-01-01D/01F
Ref: Catellus AFE 11000001

**Professional Services: December 1, 2001 through December 31, 2001**

| Professional Personnel | Hours | Rate | Amount | |
|---|---|---|---|---|
| Principal Engineer/Geologist/Scientist | | | | |
| Quillin, Michael E. | 43.00 | 141.00 | 6,063.00 | |
| Program Director | | | | |
| Streeter, Robin | 1.00 | 119.00 | 119.00 | |
| Senior Engineer/Geologist/Scientist I | | | | |
| Lind, Deborah | 1.00 | 93.00 | 93.00 | |
| Project Engineer/Geologist/Scientist II | | | | |
| Grant, Amy | 2.50 | 84.00 | 210.00 | |
| Ludlam, Donald | 0.50 | 84.00 | 42.00 | |
| Project Engineer/Geologist/Scientist I | | | | |
| Blanchard, Michael A. | 59.00 | 78.00 | 4,602.00 | |
| Project Facilitator | | | | |
| Martinez, Michele L. | 2.50 | 55.00 | 137.50 | |
| Medina, Liza H. | 8.50 | 55.00 | 467.50 | |
| Parks, Lynn M | 0.50 | 55.00 | 27.50 | |
| Administrative Support | | | | |
| Bonomi, Beverley | 1.00 | 40.00 | 40.00 | |
| Chavez, Gena S. | 1.00 | 40.00 | 40.00 | |
| Price, Annie | 0.50 | 40.00 | 20.00 | |
| Volgamore, Katrina | 0.50 | 40.00 | 20.00 | |
| Intern / Clerk | | | | |
| Christie, Nicole | 0.50 | 24.00 | 12.00 | |
| Totals | 122.00 | | 11,893.50 | |
| **Total Labor** | | | | **11,893.50** |

| Reimbursable Expenses | | | |
|---|---|---|---|
| Auto Expenses & Rental | | 17.83 | |
| Economy Bond | | 6.90 | |
| Federal Express | Postage & Delivery | 366.64 | |
| **Total Reimbursables** | | **391.37** | **391.37** |

Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

ERM

COPY

28 February 2002

Ms. Sandy Stevens
Associate Vice President, Environmental Services
Catellus Development Corporation
201 Mission Street, Second Floor
San Francisco, California 94105

Subject: January 2002 Invoice Submittal
Alameda FISC Project
Task Order No. ERM-01-01E/01F
Catellus AFE 11000001

Dear Sandy:

This letter transmits our invoice for January 2002 activities performed in association with the Alameda FISC project. The activities covered by this billing period include:

- Preparation for and participation in the 8 January 2002 meetings of the FISC Restoration Advisory Board (RAB) and BRAC Closure Team (BCT);
- Revising the *Demolition and Organochlorine Pesticide Removal Workplan* pursuant to Catellus/City of Alameda team (Team) input and preparing it for distribution to the Department of Toxic Substances Control;
- Assisting the Team with assigning costs associated with proposed chlordane removal at the Alameda Point East Housing Area (EHA);
- Continuing to assist the Team in coordinating with representatives of EBMUD regarding environmental issues at the FISC and EHA; and
- Project oversight.

A summary of project costs associated with current Catellus task orders and a budget summary are presented in the following table.

Environmental
Resources
Management

| Catellus Task Order | Description | Invoice Amount | Remaining Task Order Budget |
|---|---|---|---|
| ERM-01-01D | FISC Technical Assistance, June – December 2001 | $ 0 | $ 653.10 |
| ERM-01-01E | FISC Technical Assistance, January – June 2002 | $ 6,255.44 | $ 22,270.56 |
| ERM-01-01F | Revisions to SMP/Ferma Chlordane Workplan | $ 8,281.59 | $ 2,426.21 |
| | TOTAL | $ 14,537.03 | $ 25,349.87 |

Please contact me with any questions or comments regarding the invoice. Thank you for the opportunity to assist Catellus with this project.

Sincerely,

Michael E. Quillin, R.G.
*Principal*

MEQ/meq/3421.00
Enclosure
cc: Mr. Mark Ransom, ERM

ERM

ERM-West, Inc.

1777 Botelho Drive - Suite 260 - Walnut Creek, CA 94596-5042 - (925) 946-0455 - Fax (925) 946-9968

February 28, 2002
Project No: 003421.00
Invoice No: 0093200

Ms. Sandra Stevens
Catellus Development Corporation
201 Mission Street, 2nd floor
San Francisco, CA 94105

Project 003421.00 Technical Support, Alameda FISC

Catellus Vendor No. 76257
Task Order Number: ERM-01-01E/01F
Ref: Catellus AFE 11000001

**Professional Services: January 1, 2002 through January 31, 2002**

| Professional Personnel | Hours | Rate | Amount | |
|---|---|---|---|---|
| Principal Engineer/Geologist/Scientist | | | | |
| Quillin, Michael E. | 42.50 | 146.00 | 6,205.00 | |
| Program Director | | | | |
| Streeter, Robin | 2.00 | 123.00 | 246.00 | |
| Project Engineer/Geologist/Scientist II | | | | |
| Grant, Amy | 20.00 | 87.00 | 1,740.00 | |
| Ludlam, Donald | 2.50 | 87.00 | 217.50 | |
| Olson, Renee | 0.50 | 87.00 | 43.50 | |
| Project Engineer/Geologist/Scientist I | | | | |
| Blanchard, Michael A. | 51.00 | 80.00 | 4,080.00 | |
| Project Facilitator | | | | |
| Medina, Liza H. | 2.00 | 57.00 | 114.00 | |
| Parks, Lynn M | 2.50 | 57.00 | 142.50 | |
| Administrative Support | | | | |
| Bonomi, Beverley | 3.00 | 42.00 | 126.00 | |
| Chavez, Gena S. | 0.50 | 42.00 | 21.00 | |
| Price, Annie | 0.50 | 42.00 | 21.00 | |
| Volgamore, Katrina | 1.00 | 42.00 | 42.00 | |
| Intern / Clerk | | | | |
| Christie, Nicole | 3.50 | 25.00 | 87.50 | |
| Totals | 131.50 | | 13,086.00 | |
| **Total Labor** | | | | **13,086.00** |

| | | | |
|---|---|---|---|
| **Reimbursable Expenses** | | | |
| Federal Express | Postage & Delivery | 187.31 | |
| **Total Reimbursables** | | **187.31** | **187.31** |

**Unit Billing**

| | | | |
|---|---|---|---|
| 1/31/02 | AutoCAD Computer Charges | 3.00 Charges @ 25.00 | 75.00 |
| Color Copies 11x17 | | | 10.50 |
| Color Copies 11x17 | | | 5.25 |
| Color Copies 11x17 | | | 17.50 |

ERM

ERM-West, Inc.

1777 Botelho Drive - Suite 260 - Walnut Creek, CA 94596-5042 - (925) 946-0455 - Fax (925) 946-9968

Project 003421.00 Catellus Development Corp. Invoice No: 0093200

| | | | | |
|---|---|---|---|---|
| Color Copies 8.5x11 | | | 1.25 | |
| Color Copies 8.5x11 | | | 2.50 | |
| Color Copies 8.5x11 | | | 1.25 | |
| Color Copies 8.5x11 | | | 12.50 | |
| Color Copies 8.5x11 | | | 1.25 | |
| 1/31/02 | Computer Charges | 87.50 Charges @ 10.00 | 875.00 | |
| | **Total Unit Billing** | | **1,002.00** | **1,002.00** |
| **Other Expenses** | | | | |
| Communications Charge | | 2.00% of 13,086.00 | 261.72 | |
| | **Total Other Expenses** | | **261.72** | **261.72** |
| | | | **Total this invoice** | **$14,537.03** |

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

COPY

ERM

28 February 2002

Ms. Sandy Stevens
Associate Vice President, Environmental Services
Catellus Development Corporation
201 Mission Street, 2nd Floor
San Francisco, California 94105

Subject: January 2002 Invoice Submittal
FISC Alameda Site Management Plan Implementation
Task Order No. ERM-02-03
Invoice # 0093199

Dear Ms. Stevens:

This letter transmits our invoice for January 2002 activities performed in association with overseeing implementation of the Site Management Plan (SMP) during demolition at the former Alameda Point East Housing Area. Major activities covered by this billing period include:

- Preparing public and employee risk notification materials, and preparing and facilitating placement of a legal advertisement in local newspapers;
- Purchasing and hanging fenceline signage pursuant to the SMP and Proposition 65;
- Obtaining DTSC approval to reduce the 10-foot buffer around EHA building foundations (stipulated in the SMP) to 3 feet (as proposed in the DOCPRW);
- Preparing project management materials including a consultant task matrix, soil management flow chart, and stockpile inspection form;
- Purchasing and installing a weather station and data logger at the job site trailer for air monitoring and sampling data collection, and collecting that data weekly;
- Collecting air samples and monitoring dust emissions from the demolition during the first week of demolition activities;
- Renting and shipping an air sampling pump for the collection of OCP and polycyclic aromatic hydrocarbon air samples;

Environmental
Resources
Management

- Researching air sampling techniques and responding to an RFI from Winzler & Kelly requesting clarification of Air Monitoring Plan protocols;
- Preparing a site-specific Health and Safety Plan for ERM and Catellus employees, and having the plan reviewed and approved by a Certified Industrial Hygienist;
- Attending weekly job progress meetings; and
- Project oversight.

A summary of project costs associated with the current Catellus task order and a budget summary are presented in the following table.

| Catellus Task Order | Description | Invoice Amount | Remaining Task Order Budget |
|---|---|---|---|
| ERM-02-03 | FISC Alameda Site Management Plan Implementation January 2002 | $ 13,521.49 | $ 52,539.51 |
| | TOTAL | $ 13,521.49 | $ 52,539.51 |

Please contact me with any questions or comments regarding the invoice. Thank you for the opportunity to assist Catellus with this project.

Sincerely,

Michael A. Blanchard
*Project Engineer*

MAB/mab/4740.00
Enclosure

cc: Mr. Bill Kennedy, Catellus Construction Corporation
Mr. Mike Quillin, ERM

ERM

ERM-West, Inc.

1777 Botelho Drive - Suite 260 - Walnut Creek, CA 94596-5042 - (925) 946-0455 - Fax (925) 946-9968

February 28, 2002
Project No: 004740.00
Invoice No: 0093199

Ms. Sandra Stevens
Catellus Development Corporation
201 Mission Street, 2nd floor
San Francisco, CA 94105

Project: 004740.00 FISC Alameda Site Management Plan Implementation
Catellus Task Order No: ERM 2002-03
**Professional Services: January 1, 2002 through January 31, 2002**

| Professional Personnel | Hours | Rate | Amount | |
|---|---|---|---|---|
| Principal Engineer/Geologist/Scientist | | | | |
| Quillin, Michael E. | 10.50 | 146.00 | 1,533.00 | |
| Senior Engineer/Geologist/Scientist II | | | | |
| Robinson, Carol J | 3.00 | 108.00 | 324.00 | |
| Project Engineer/Geologist/Scientist III | | | | |
| Watrous, Christopher B | 15.00 | 92.00 | 1,380.00 | |
| Project Engineer/Geologist/Scientist II | | | | |
| Olson, Renee | 1.00 | 87.00 | 87.00 | |
| Project Engineer/Geologist/Scientist I | | | | |
| Alves, Montgomery | 14.00 | 80.00 | 1,120.00 | |
| Blanchard, Michael A. | 93.00 | 80.00 | 7,440.00 | |
| Staff Engineer/Geologist/Scientist I | | | | |
| Nest, Danielle L | 2.00 | 65.00 | 130.00 | |
| Project Facilitator | | | | |
| Medina, Liza H. | 1.00 | 57.00 | 57.00 | |
| Administrative Support | | | | |
| Bonomi, Beverley | 0.50 | 42.00 | 21.00 | |
| Chavez, Gena S. | 0.50 | 42.00 | 21.00 | |
| Totals | 140.50 | | 12,113.00 | |
| **Total Labor** | | | | **12,113.00** |

| Reimbursable Expenses | | | |
|---|---|---|---|
| Auto Expenses & Rental | | 41.98 | |
| Equipment Exp - In House | | 95.00 | |
| Project Supplies | | 569.25 | |
| **Total Reimbursables** | | **706.23** | **706.23** |

| Unit Billing | | | | |
|---|---|---|---|---|
| 1/31/02 | AutoCAD Computer Charges | 1.00 Charge @ 25.00 | 25.00 | |
| 1/31/02 | Computer Charges | 43.50 Charges @ 10.00 | 435.00 | |
| | **Total Unit Billing** | | **460.00** | **460.00** |

| Other Expenses | | | |
|---|---|---|---|
| Health & Safety Charges | 2.00% of 12,113.00 | 242.26 | |
| **Total Other Expenses** | | **242.26** | **242.26** |

**Total this Invoice $13,521.49**

Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

ERM

COPY

28 March 2002

Ms. Sandy Stevens
Associate Vice President, Environmental Services
Catellus Development Corporation
201 Mission Street, 2nd Floor
San Francisco, California 94105

Subject: February 2002 Invoice Submittal
Alameda Point East Housing Area Demolition
Site Management Plan Implementation
Catellus Task Order No. ERM-02-03
Invoice # 0093425

Dear Ms. Stevens:

This letter transmits our invoice for February 2002 activities performed in association with implementation of the Site Management Plan (SMP) during demolition at the former Alameda Point East Housing Area. Major activities covered by this billing period include:

- Renting an air sampling pump and pump calibration equipment for the collection of asbestos air samples;
- Collecting and submitting asbestos air samples for laboratory analysis;
- Forwarding calls received by ERM from the informational hotline to Catellus;
- Finalizing the text and distribution of the employee notification bulletin;
- Providing clarification of the SMP's soil and air sampling requirements to Winzler & Kelly and Catellus;
- Finalizing a site-specific Health and Safety Plan for ERM and Catellus employees, and having the plan reviewed and approved by a Certified Industrial Hygienist;
- Attending weekly job progress meetings; and
- Project management.

A summary of project costs associated with the current Catellus task order and a budget summary are presented in the following table.

| Catellus Task Order | Description | Invoice Amount | Remaining Task Order Budget |
|---|---|---|---|
| ERM-02-03 | FISC Alameda Site Management Plan Implementation, February 2002 | $ 10,881.56 | $ 41,657.95 |

Please do not hesitate to contact me with any questions or comments regarding this invoice. Thank you for the opportunity to assist Catellus with this project.

Sincerely,

Michael A. Blanchard
*Project Engineer*

MAB/mab/4740.00
Enclosure

cc: Mr. Bill Kennedy, Catellus Construction Corporation
Mr. Mike Quillin, ERM

ERM

ERM-West, Inc.

1777 Botelho Drive - Suite 260 - Walnut Creek, CA 94596-5042 - (925) 946-0455 - Fax (925) 946-9968

March 28, 2002
Project No: 004740.00
Invoice No: 0093425

Ms. Sandra Stevens
Catellus Development Corporation
201 Mission Street, 2nd floor
San Francisco, CA 94105

Project 004740.00 FISC Alameda Site Mgmt. Plan Implement.

Catellus Task Order No: ERM 2002-03

**Professional Services: February 1, 2002 through February 28, 2002**

| Professional Personnel | Hours | Rate | Amount | |
|---|---|---|---|---|
| Principal Engineer/Geologist/Scientist | | | | |
| Quillin, Michael E. | 14.00 | 146.00 | 2,044.00 | |
| Senior Engineer/Geologist/Scientist II | | | | |
| Robinson, Carol J | 4.50 | 108.00 | 486.00 | |
| Project Engineer/Geologist/Scientist III | | | | |
| Watrous, Christopher B | 16.00 | 92.00 | 1,472.00 | |
| Project Engineer/Geologist/Scientist I | | | | |
| Alves, Montgomery | 6.50 | 80.00 | 520.00 | |
| Blanchard, Michael A. | 62.00 | 80.00 | 4,960.00 | |
| Project Facilitator | | | | |
| Martinez, Michele L. | 1.50 | 57.00 | 85.50 | |
| Medina, Liza H. | 1.00 | 57.00 | 57.00 | |
| Administrative Support | | | | |
| Bonomi, Beverley | 2.00 | 42.00 | 84.00 | |
| Hassan, Gena S. | 0.50 | 42.00 | 21.00 | |
| Link, Jeanie | 0.50 | 42.00 | 21.00 | |
| Intern / Clerk | | | | |
| Christie, Nicole | 1.50 | 25.00 | 37.50 | |
| Totals | 110.00 | | 9,788.00 | |
| **Total Labor** | | | | **9,788.00** |

| Consultants | | | |
|---|---|---|---|
| Asbestos TEM Laboratories, Inc. | PCM Air Sample | 36.80 | |
| **Total Consultants** | | **36.80** | **36.80** |

| Reimbursable Expenses | | | |
|---|---|---|---|
| Auto Expenses & Rental | Mileage/Mike Blanchard | 28.72 | |
| Equipco | Equipment Exp & Rental | 230.00 | |
| Equipment Exp - In House | Truck Usage | 142.50 | |
| Federal Express | Postage & Delivery | 14.57 | |
| **Total Reimbursables** | | **415.79** | **415.79** |



Terms: Net 30 days -- Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

ERM-West, Inc.

1777 Botelho Drive - Su... - Walnut Creek, CA 9459... - (925) ... - Fax (...) ...

ERM

Project: 004740.00 FISC Alameda Site Mgmt. Plan Implement. Invoice No: 0093425

**Unit Billing**

| | | | | |
|---|---|---|---|---|
| 2/28/02 | Cellular Phones | 1.00 Charge @ 15.00 | 15.00 | |
| 2/28/02 | Computer Charges | 43.00 Charges @ 10.00 | 430.00 | |
| | **Total Unit Billing** | | **445.00** | **445.00** |

**Other Expenses**

| | | | |
|---|---|---|---|
| Health & Safety Charges | 2.00% of 9,788.00 | 195.76 | |
| **Total Other Expenses** | | **195.76** | **195.76** |

**Total this invoice** **$10,881.35**



Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

Sent By: EQUIPCO; 925 609 1080; Jul -02 4:02PM; Page 2/2

**EQUIPCO** RENTALS

# RENTAL INVOICE

| DATE | INVOICE NO. |
|---|---|
| 2/8/2002 | 20871 |

P.O. Box 5606
Concord, CA 94524
Phone (800) 550-5875
Fax (925) 609-1080

PAID

BILL TO

ERM West
1777 Botelho Drive, Ste.260
Walnut Creek, CA 94596
Attn: Accounts Payable

Will Call: Mike Blanchard

| P.O. NO. | TERMS | SHIP DATE | SHIP VIA | PROJECT NO. | TASK NO. |
|---|---|---|---|---|---|
| | Net 30 | 1/18/2002 | Will Call | | |

| RENTAL I.D. | DESCRIPTION | RENTAL PERIOD | DAYS BILLED | AMOUNT |
|---|---|---|---|---|
| AIRCON2.07 | Gilian High Flow Area Pump, s/n: 905-152K | 1/21-1/28/02 | 6 | 120.00 |
| GILCAL.07 | Gilian Gilibrator | 1/21-1/28/02 | 6 | 80.00 |
| | | | | + 15% |
| | | | | = $ 230 |

PLEASE MAKE CHECK PAYABLE TO: "EQUIPCO RENTALS"

**Total** $200.00

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

ERM

COPY

26 April 2002

Ms. Sandy Stevens
Associate Vice President, Environmental Services
Catellus Development Corporation
201 Mission Street, 2nd Floor
San Francisco, California 94105

Subject: March 2002 Invoice Submittal
Alameda Point East Housing Area Demolition
Site Management Plan Implementation
Catellus Task Order No. ERM-02-03
Invoice # 0093646

Dear Ms. Stevens:

This letter transmits our invoice for March 2002 activities performed in association with implementation of the Site Management Plan (SMP) during demolition at the former Alameda Point East Housing Area. Major activities covered by this billing period include:

- Renting air sampling pumps and pump calibration equipment for the collection of background air quality samples;
- Collecting and submitting background air samples for laboratory analysis of organochlorine pesticides and semi-volatile organic compounds;
- Conducting periodic audits of subcontractor adherence to the SMP;
- Evaluating SMP implementation issues associated with commencement of Phase I Commercial development at the FISC;
- Responding to DTSC comments on the SMP, AMP and DOCPRW;
- Attending weekly job progress meetings; and
- Project management.

A summary of project costs associated with the current Catellus task order and a budget summary are presented in the following table.

| Catellus Task Order | Description | Invoice Amount | Remaining Task Order Budget |
|---|---|---|---|
| ERM-02-03 | FISC Alameda Site Management Plan Implementation, March 2002 | $ 14,281.44 | $ 27,376.51 |

Please do not hesitate to contact me with any questions or comments regarding this invoice. Thank you for the opportunity to assist Catellus with this project.

Sincerely,

Michael A. Blanchard
*Project Engineer*

MAB/mab/4740.00
Enclosure

cc: Mr. Bill Kennedy, Catellus Construction Corporation
Mr. Mike Quillin, ERM

ERM

ERM-West, Inc.

Federal Tax ID No: 52-1346967

1777 Botelho Drive - Walnut Creek, CA 94596-5042 - (925) 946-0455 - Fax (925) 946-9968

April 26, 2002
Project No: 004740.00
Invoice No: 0093646

Ms. Sandra Stevens
Catellus Development Corporation
201 Mission Street, 2nd floor
San Francisco, CA 94105

Project: 004740.00 FISC Alameda Site Mgmt. Plan Implement.

Catellus Task Order No: ERM 2002-03

**Professional Services: March 1, 2002 through March 31, 2002**

| **Professional Personnel** | **Hours** | **Rate** | **Amount** | |
|---|---|---|---|---|
| Principal Engineer/Geologist/Scientist | | | | |
| Quillin, Michael E. | 26.50 | 146.00 | 3,869.00 | |
| Senior Engineer/Geologist/Scientist II | | | | |
| Robinson, Carol J | 0.50 | 108.00 | 54.00 | |
| Project Engineer/Geologist/Scientist III | | | | |
| McLaughlin, James E. | 35.00 | 92.00 | 3,220.00 | |
| Watrous, Christopher B | 5.00 | 92.00 | 460.00 | |
| Project Engineer/Geologist/Scientist II | | | | |
| Olson, Renee | 1.00 | 87.00 | 87.00 | |
| Project Engineer/Geologist/Scientist I | | | | |
| Alves, Montgomery | 0.50 | 80.00 | 40.00 | |
| Blanchard, Michael A. | 43.50 | 80.00 | 3,480.00 | |
| Staff Engineer/Geologist/Scientist I | | | | |
| Nest, Danielle L | 10.50 | 65.00 | 682.50 | |
| Senior Technician | | | | |
| Taylor, William P. | 0.50 | 59.00 | 29.50 | |
| Project Facilitator | | | | |
| Martinez, Michele L. | 4.50 | 57.00 | 256.50 | |
| Medina, Liza H. | 1.50 | 57.00 | 85.50 | |
| Administrative Support | | | | |
| Bonomi, Beverley | 2.50 | 42.00 | 105.00 | |
| Link, Jeanie | 0.50 | 42.00 | 21.00 | |
| Volgamore, Katrina | 0.50 | 42.00 | 21.00 | |
| Totals | 132.50 | | 12,411.00 | |
| **Total Labor** | | | | **12,411.00** |
| **Consultants** | | | | |
| Air Toxics Ltd | Lab | | 103.50 | |
| **Total Consultants** | | | **103.50** | **103.50** |

Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

ERM

ERM-West, Inc. Federal Tax ID No: 52-1346967

1777 Botelho Drive - Walnut Creek, CA 94596-5042 - (925) 946-0455 - Fax (925) 946-9968

Project: 004740.00 FISC Alameda Site Mgmt. Plan Implement. Invoice No: 0093646

| | | | | |
|---|---|---|---|---|
| **Reimbursable Expenses** | | | | |
| Auto Expenses & Rental | | | 20.15 | |
| Economy Bond | | | 48.30 | |
| Federal Express | Postage & Delivery | | 41.30 | |
| Project Supplies | Air Sampling Pump Rental | | 986.47 | |
| **Total Reimbursables** | | | **1,096.22** | **1,096.22** |
| **Unit Billing** | | | | |
| 3/31/02 | AutoCAD Computer Charges | 1.00 Charge @ 25.00 | 25.00 | |
| Color Copies 8.5x11 | | | 7.50 | |
| 3/31/02 | Computer Charges | 39.00 Charges @ 10.00 | 390.00 | |
| **Total Unit Billing** | | | **422.50** | **422.50** |
| **Other Expenses** | | | | |
| Health & Safety Charges | | 2.00% of 12,411.00 | 248.22 | |
| **Total Other Expenses** | | | **248.22** | **248.22** |
| | | | **Total this invoice** | **$14,281.44** |



Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

COPY

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

ERM

29 April 2002

Ms. Sandy Stevens
Associate Vice President, Environmental Services
Catellus Development Corporation
201 Mission Street, Second Floor
San Francisco, California 94105

Subject: February-March 2002 Invoice Submittal
Alameda FISC Project
Task Order No. ERM-02-09
ERM Project No. 3421.10

Dear Sandy:

This letter transmits our invoice for February and March 2002 activities performed in association with the Alameda FISC project. The activities covered by this billing period include:

- Preparing for and participating in the February and March 2002 meetings of the FISC Restoration Advisory Board (RAB) and BRAC Closure Team (BCT);
- Continuing revision of the *Demolition and Organochlorine Pesticide Removal Workplan* and *Site Management Plan* pursuant to Catellus/City of Alameda team (Team) input and coordinating those revisions with the Department of Toxic Substances Control;
- Continuing to assist the Team in coordinating with representatives of EBMUD regarding environmental issues at the FISC and EHA;
- Providing as-necessary technical assistance regarding development and implementation of activities associated with environmental oversight at the FISC and East Housing Areas; and
- Project oversight.

A summary of project costs associated with current Catellus task orders and a budget summary are presented in the following table.

| Catellus Task Order | Description | Invoice Amount | Remaining Task Order Budget |
|---|---|---|---|
| ERM-02-09 | FISC Technical Assistance, January – June 2002 | $ 23,903.96 | $ 15,167.04 |
| | TOTAL | $ 23,903.96 | $ 15,167.04 |

Please contact me with any questions or comments regarding the invoice. Thank you for the opportunity to assist Catellus with this project.

Sincerely,

Michael E. Quillin, R.G.
*Principal*

MEQ/meq/3421.00
Enclosure
cc: Mr. Mark Ransom, ERM

ERM

ERM-West, Inc.

Federal Tax ID No: 52-1346967

1777 Botelho Drive - Walnut Creek, CA 94596-5042 - (925) 946-0455 - Fax (925) 946-9968

April 29, 2002
Project No: 003421.10
Invoice No: 0093650

Ms. Sandra Stevens
Catellus Development Corporation
201 Mission Street, 2nd floor
San Francisco, CA 94105

Project: 003421.10 Technical Support - Alameda FISC

Task Order No. ERM-02-09

**Professional Services: February 1, 2002 through March 31, 2002**

| Professional Personnel | Hours | Rate | Amount | |
|---|---|---|---|---|
| Principal Engineer/Geologist/Scientist | | | | |
| Quillin, Michael E. | 68.50 | 146.00 | 10,001.00 | |
| Program Director | | | | |
| Streeter, Robin | 15.00 | 123.00 | 1,845.00 | |
| Project Engineer/Geologist/Scientist III | | | | |
| McLaughlin, James E. | 5.00 | 92.00 | 460.00 | |
| Project Engineer/Geologist/Scientist II | | | | |
| Grant, Amy | 6.50 | 87.00 | 565.50 | |
| Ludlam, Donald | 6.00 | 87.00 | 522.00 | |
| Olson, Renee | 0.50 | 87.00 | 43.50 | |
| Project Engineer/Geologist/Scientist I | | | | |
| Blanchard, Michael A. | 30.50 | 80.00 | 2,440.00 | |
| Staff Engineer/Geologist/Scientist I | | | | |
| Nest, Danielle L | 37.00 | 65.00 | 2,405.00 | |
| Project Facilitator | | | | |
| Martinez, Michele L. | 33.50 | 57.00 | 1,909.50 | |
| Medina, Liza H. | 5.00 | 57.00 | 285.00 | |
| Administrative Support | 10.50 | 42.00 | 441.00 | |
| Intern / Clerk | | | | |
| Christie, Nicole | 13.50 | 25.00 | 337.50 | |
| Totals | 231.50 | | 21,255.00 | |
| **Total Labor** | | | | **21,255.00** |
| **Consultants** | | | | |
| Martin Agencies, Inc. | | | 12.94 | |
| **Total Consultants** | | | **12.94** | **12.94** |
| **Reimbursable Expenses** | | | | |
| Federal Express | Postage & Delivery | | 353.22 | |
| **Total Reimbursables** | | | **353.22** | **353.22** |

**Unit Billing**

| | | | |
|---|---|---|---|
| 2/28/02 | AutoCAD Computer Charges | 2.00 Charges @ 25.00 | 50.00 |
| 3/31/02 | AutoCAD Computer Charges | 4.50 Charges @ 25.00 | 112.50 |

Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

ERM

ERM-West, Inc. Federal Tax ID No: 52-1346967

1777 Botelho Drive - Walnut Creek, CA 94596-5042 - (925) 946-0455 - Fax (925) 946-9968

Project: 003421.10 Technical Support - Alameda FISC Invoice No: 0093650

| | | | | |
|---|---|---|---|---|
| Color Copies 11x17 | | | 87.50 | |
| Color Copies 8.5x11 | | | 107.50 | |
| 2/28/02 | Computer Charges | 36.50 Charges @ 10.00 | 365.00 | |
| 3/31/02 | Computer Charges | 28.50 Charges @ 10.00 | 285.00 | |
| | **Total Unit Billing** | | **1,007.50** | **1,007.50** |
| **Other Expenses** | | | | |
| Health & Safety Charges | | 2.00% of 21,255.00 | 425.10 | |
| Communications Charge | | 4.00% of 21,255.00 | 850.20 | |
| | **Total Other Expenses** | | **1,275.30** | **1,275.30** |
| | | | **Total this Invoice** | **$23,903.96** |



Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

ERM

COPY

24 May 2002

Ms. Sandy Stevens
Associate Vice President, Environmental Services
Catellus Development Corporation
201 Mission Street, Second Floor
San Francisco, California 94105

Subject: April 2002 Invoice Submittal
Alameda FISC Project
Task Order No. ERM-02-09
ERM Project No. 3421.10

Dear Sandy:

This letter transmits our invoice for April 2002 activities performed in association with the Alameda FISC project. The activities covered by this billing period include:

- Preparing for and participating in the April 2002 meeting of the FISC Restoration Advisory Board (RAB) and BRAC Closure Team (BCT);
- Continuing oversight and coordination associated with implementation of the *Demolition and Organochlorine Pesticide Removal Workplan* (DOCPRW) and *Site Management Plan* (SMP).
- Coordinating interpretation of the DOCPRW and SMP with the Department of Toxic Substances Control;
- Preparing for and participating in weekly Bayport In-Tract/Backbone meetings at Catellus' Oakland offices;
- Attending a 30 April 2002 Catellus/City of Alameda team meeting with representatives of EBMUD to address pending environmental issues at the FISC and EHA; and
- Project oversight.

A summary of project costs associated with current Catellus task orders and a budget summary are presented in the following table.

ERM

ERM-West, Inc. Federal Tax ID No: 52-1346967

1777 Botelho Drive - Walnut Creek, CA 94596-5042 - (925) 946-0455 - Fax (925) 946-9968

May 24, 2002
Project No: 003421.10
Invoice No: 0093895

Ms. Sandra Stevens
Catellus Development Corporation
201 Mission Street, 2nd floor
San Francisco CA 94105

Project: 003421.10 Technical Support - Alameda FISC

Task Order No. ERM-02-09

**Professional Services: April 1, 2002 through April 30, 2002**

| **Professional Personnel** | **Hours** | **Rate** | **Amount** | |
|---|---|---|---|---|
| Principal Engineer/Geologist/Scientist | | | | |
| Quillin, Michael E. | 25.50 | 146.00 | 3,723.00 | |
| Project Engineer/Geologist/Scientist II | | | | |
| Ludlam, Donald | 0.50 | 87.00 | 43.50 | |
| Project Engineer/Geologist/Scientist I | | | | |
| Blanchard, Michael A. | 6.00 | 80.00 | 480.00 | |
| Project Facilitator | | | | |
| Martinez, Michele L. | 9.50 | 57.00 | 541.50 | |
| Administrative Support | 8.00 | 42.00 | 336.00 | |
| Totals | 49.50 | | 5,124.00 | |
| **Total Labor** | | | | **5,124.00** |
| **Reimbursable Expenses** | | | | |
| Federal Express | Postage & Delivery | | 22.40 | |
| **Total Reimbursables** | | | **22.40** | **22.40** |
| **Unit Billing** | | | | |
| 4/30/02 Computer Charges | | 10.50 Charges @ 10.00 | 105.00 | |
| **Total Unit Billing** | | | **105.00** | **105.00** |
| **Other Expenses** | | | | |
| Health & Safety Charges | | 2.00% of 5,124.00 | 102.48 | |
| Communications Charge | | 4.00% of 5,124.00 | 204.96 | |
| **Total Other Expenses** | | | **307.44** | **307.44** |
| | | | **Total this invoice** | **$5,558.84** |

Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

COPY

ERM.

30 May 2002

Ms. Sandy Stevens
Associate Vice President, Environmental Services
Catellus Development Corporation
201 Mission Street, 2nd Floor
San Francisco, California 94105

Subject: April 2002 Invoice Submittal
Alameda Point East Housing Area Demolition
Site Management Plan Implementation
Catellus Task Order No. ERM-2002-03
Invoice # 0093938

Dear Ms. Stevens:

This letter transmits our invoice for April 2002 for activities performed in association with implementation of the Site Management Plan (SMP) during demolition at the former Alameda Point East Housing Area (EHA). Major activities covered by this billing period include:

- Working with the City of Alameda Department of Planning and Building to obtain a Marsh Crust Permit for the EHA development;
- Renting air sampling pumps and pump calibration equipment for the collection of background air quality samples;
- Collecting and submitting work zone and site perimeter air samples for laboratory analysis of organochlorine pesticides and semivolatile organic compounds;
- Performing ongoing work zone and site perimeter dust monitoring;
- Evaluating air monitoring and sampling results to ensure compliance with the Air Monitoring Plan, and compiling those results into an Air Monitoring and Sampling Report for distribution;
- Determining dewatering effluent disposal options allowed under the National Pollution Discharge Elimination System permit;
- Collecting and analyzing waste characterization samples of ponded surface water and of a potential marsh crust layer;

- Conducting periodic audits of subcontractor adherence to the SMP;
- Responding to DTSC comments on the SMP, AMP, and DOCPRW;
- Attending weekly job progress meetings; and
- Ongoing project management.

A summary of project costs associated with the current Catellus task order and a budget summary are presented in the following table.

| Catellus Task Order | Description | Invoice Amount | Remaining Task Order Budget |
|---|---|---|---|
| ERM-02-03 | FISC Alameda Site Management Plan Implementation, March 2002 | $ 26,166.25 | $ 1,210.26 |

As you may recall, the original project scope called for ERM to provide SMP implementation support for the months of February and March 2002. We have been able to use these funds to assist Catellus through the end of April 2002, and look forward to providing you with the same level of service in the future. However, the current budget authorization has been depleted, and additional authorization is requested to allow ERM to continue in this role. A Task Order Amendment Request for this purpose was submitted to Jim Van Sickle in a letter dated 29 March 2002.

Please do not hesitate to contact me with any questions or comments regarding this invoice. We appreciate your attention to the pending project authorization, and thank you for the opportunity to assist Catellus with this project.

Sincerely,

Michael A. Blanchard
*Project Engineer*

MAB/mgm/4740.00
Enclosure

cc: Mr. Bill Kennedy, Catellus
Mr. Philip Owen, Catellus
Mr. Mike Quillin, ERM