ERM

ERM-West, Inc. Federal Tax ID No: 52-1346967

1777 Botelho 94596-5042 - (925) 946-0455 - Fax (925) 946-9968

May 30, 2002
Project No: 004740.00
Invoice No: 0093938

Ms. Sandra Stevens
Catellus Development Corporation
201 Mission Street, 2nd floor
San Francisco, CA 94105

Project: 004740.00 FISC Alameda Site Mgmt. Plan Implement.

Catellus Task Order No: ERM 2002-03

**Professional Services: April 1, 2002 through April 30, 2002**

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Principal Engineer/Geologist/Scientist | | | | |
| Quillin, Michael E. | 20.00 | 146.00 | 2,920.00 | |
| Program Director | | | | |
| Streeter, Robin | 2.00 | 123.00 | 246.00 | |
| Senior Engineer/Geologist/Scientist II | | | | |
| Worobel, Roman | 13.00 | 108.00 | 1,404.00 | |
| Project Engineer/Geologist/Scientist III | | | | |
| McLaughlin, James E. | 10.00 | 92.00 | 920.00 | |
| Project Engineer/Geologist/Scientist II | | | | |
| Ludlam, Donald | 24.50 | 87.00 | 2,131.50 | |
| Project Engineer/Geologist/Scientist I | | | | |
| Alves, Montgomery | 15.00 | 80.00 | 1,200.00 | |
| Blanchard, Michael A. | 110.50 | 80.00 | 8,840.00 | |
| Project Facilitator | | | | |
| Martinez, Michele L. | 12.00 | 57.00 | 684.00 | |
| Medina, Liza H. | 1.50 | 57.00 | 85.50 | |
| Administrative Support | | | | |
| Bonomi, Beverley | 2.50 | 42.00 | 105.00 | |
| Link, Jeanie | 1.00 | 42.00 | 42.00 | |
| Volgamore, Katrina | 0.50 | 42.00 | 21.00 | |
| Intern / Clerk | | | | |
| Christie, Nicole | 3.50 | 25.00 | 87.50 | |
| Totals | 216.00 | | 18,686.50 | |
| **Total Labor** | | | | **18,686.50** |

**Consultants**

| | | | |
|---|---|---|---|
| Air Toxics Ltd | Lab | 4,108.35 | |
| Martin Agencies, Inc. | L. Voskonian | 12.94 | |
| **Total Consultants** | | **4,121.29** | **4,121.29** |

**Reimbursable Expenses**

| | | |
|---|---|---|
| Auto Expenses & Rental | Mileage/Tolls | 140.44 |
| Equipment Exp & Rental | | 920.00 |

ERM

ERM-West, Inc. Federal Tax ID No: 52-1346967

1777 Botelho 94596-5042 - (925) 946-0455 - Fax (925) 946-9968

Project: 004740.00 Catellus Development Corp. Invoice No: 0093938

| | | | | |
|---|---|---|---|---|
| Equipment Exp - In House | | | 332.50 | |
| Postage & Delivery | | | 68.69 | |
| Project Supplies | | | 857.25 | |
| Marsh Creek Permit | | | 90.85 | |
| **Total Reimbursables** | | | **2,409.73** | **2,409.73** |
| **Unit Billing** | | | | |
| 4/30/02 | Cellular Phone Weekly | 1.00 Charge @ 40.00 | 40.00 | |
| 4/30/02 | Cellular Phones - Daily | 3.00 Charges @ 15.00 | 45.00 | |
| Color Copies 11x17 | | | 131.25 | |
| Color Copies 8.5x11 | | | 78.75 | |
| 4/30/02 | Computer Charges | 28.00 Charges @ 10.00 | 280.00 | |
| **Total Unit Billing** | | | **575.00** | **575.00** |
| **Other Expenses** | | | | |
| Health & Safety Charges | | 2.00% of 18,686.50 | 373.73 | |
| **Total Other Expenses** | | | **373.73** | **373.73** |
| | | | **Total this invoice** | **$26,166.25** |



Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

April 2002

RECEIVED

APR 1 6 2002

ERM WEST ACCOUNTING

# @ AIR TOXICS LTD.

AN ENVIRONMENTAL ANALYTICAL LABORATORY

PAGE: 1

****** INVOICE ******

SOLD TO:
ERM-WEST, INC.
Mr Mike Blanchard
1777 Botelho Dr.
Suite 260
Walnut Creek CA 94596-5042

INVOICE NUMBER: 204071E-IN
INVOICE DATE: 04/11/02

CUSTOMER NO: 0002572

SHIP TO:
ERM-WEST, INC.
Mr Mike Blanchard
1777 Botelho Dr.
Suite 260
Walnut Creek CA 94596-5042

ENTERED

APR 1 6 2002

ERM-WEST JY

USTOMER P.O.
740.00CAtellus

TERMS
net 90 days

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| /TO-13<br>TO-13 Analysis | EACH | 2.00 | 2.00 | 0.00 | 312.50 | 625.00 |
| ,PEST/PCB<br>TO-10 Analysis | EACH | 3.00 | 3.00 | 0.00 | 281.25 | 843.75 |

5 DAY TAT
WO #0204071A/B

+ 15%
= $970.3

4125 162860

4740.00 511 1,468.75

MAB

| | |
|---|---|
| NET INVOICE: | 1,468.75 |
| FREIGHT: | .00 |
| SALES TAX: | .00 |
| INVOICE TOTAL: | 1,468.75 |

180 BLUE RAVINE ROAD, SUITE B FOLSOM, CA 95630
(916) 985-1000 · (800) 985-5955 · FAX (916) 985-1020

April 2002

# AIR TOXICS LTD.

AN ENVIRONMENTAL ANALYTICAL LABORATORY

PAGE: 1

****** INVOICE ******

SOLD TO:
ERM-WEST, INC.
Mr Mike Blanchard
1777 Botelho Dr.
Suite 260
Walnut Creek CA 94596-5042

INVOICE NUMBER: 203340E-IN
INVOICE DATE: 03/29/02

CUSTOMER NO: 0002572

RECEIVED APR 02 2002 ERM WEST ACCOUNTING

ENTERED APR 03 2002 ERM ACCTG.

SHIP TO:
ERM-WEST, INC.
Mr Mike Blanchard
1777 Botelho Dr.
Suite 260
Walnut Creek CA 94596-5042

CUSTOMER P.O.: 740.00AMP/SMP

TERMS: net 90 days

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| PEST/PCB TO-10 ANALYSIS | EACH | 2.00 | 2.00 | 0.00 | 225.00 | 450.00 |
| PUF CART PUF/XAD Cartridge Preparation | EACH | 3.00 | 3.00 | 0.00 | 50.00 +15% | 150.00 |
| PUF CART PUF Cartridge-Low Volume | EACH | 1.00 | 1.00 | 0.00 | 50.00 | 50.00 |

WO #0203340

= $575

4125 160429

4740.00 511 660.73

MAB

| | |
|---|---|
| NET INVOICE: | 650.00 |
| FREIGHT: | 10.73 |
| SALES TAX: | .00 |
| INVOICE TOTAL: | 660.73 |

Sent By: EQUIPCO; 925 609 1080; Jul-29-02 4:02PM; Page 4/4

# EQUIPCO RENTALS

# RENTAL INVOICE

| DATE | INVOICE NO. |
|---|---|
| 4/8/2002 | 21710 |

P.O. Box 5606
Concord, CA 94524
Phone (800) 550-5875
Fax (925) 609-1080

| BILL TO | SHIP TO |
|---|---|
| ERM West<br>1777 Botelho Drive, Ste.260<br>Walnut Creek, CA 94596<br>Attn: Accounts Payable | ERM West<br>Will Call: Mike Blanchard |

| P.O. NO. | TERMS | SHIP DATE | SHIP VIA | PROJECT NO. | TASK NO. |
|---|---|---|---|---|---|
| | Net 30 | 3/29/2002 | Will Call | 4740.00 | |

| RENTAL I.D. | DESCRIPTION | RENTAL PERIOD | DAYS BILLED | AMOUNT |
|---|---|---|---|---|
| GILAIR5.38 | Personal Sampling Pump, Gilian, s/n 16346 | 4/01-4/02/02 | 2 | 80.00 |
| GILCAL.07 | Gilian Gilibrator | 4/01-4/02/2 | 2 | 80.00 |
| TRIPOD.01 | Tripod, Gilair | 4/01-4/02/02 | 2 | 20.00 |
| GILAIR5.29 | Personal Sampling Pump, Gilian s/n 11091 | 4/01-4/02/02 | 2 | 80.00 |
| | | | | + 15% |
| | | | | = $299 |

PLEASE MAKE CHECK PAYABLE TO: "EQUIPCO RENTALS"

**Total** $260.00

Sent By: EQUIPCO; 925 609 1080; Jul-29-02 4:02PM; Page 3/4

**EQUIPCO** BENTALS

P.O. Box 5606
Concord, CA 94524
Phone (800) 550-5875
Fax (925) 609-1080

# RENTAL INVOICE

| DATE | INVOICE NO. |
|---|---|
| 3/25/2002 | 21483 |

PAID

| BILL TO |
|---|
| ERM West<br>1777 Botelho Drive, Ste.260<br>Walnut Creek, CA 94596<br>Attn: Accounts Payable |

Will Call ...ed Mclaugtin

| P.O. NO. | TERMS | SHIP DATE | SHIP VIA | PROJECT NO. | TASK NO. |
|---|---|---|---|---|---|
| | Net 30 | 3/12/2002 | Will Call | 4740 | |

| RENTAL I.D. | DESCRIPTION | RENTAL PERIOD | DAYS BILLED | AMOUNT |
|---|---|---|---|---|
| GILAIR5.36 | Personal Sampling Pump, Gilian, s/n 16344 | 3/12-3/18/02 | 4 | 80.00 |
| GILCAL07 | Gilian Gilibrator | 3/12-3/18/02 | 4 | 80.00 |
| GILAIR5.07 | Personal Sampling Pump, Gilian s/n 11945 | 3/14-3/18/02 | 2 | 80.00 |
| | | | | + 15% |
| | | | | = $276 |

PLEASE MAKE CHECK PAYABLE TO: "EQUIPCO RENTALS"

**Total** $240.00

COPY

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

ERM

26 June 2002

Ms. Sandy Stevens
Associate Vice President, Environmental Services
Catellus Development Corporation
201 Mission Street, Second Floor
San Francisco, California 94105

Subject: May 2002 Invoice Submittal
Alameda FISC Technical Support
Task Order No. ERM-02-09
ERM Project No. 3421.10

Dear Sandy:

This letter transmits our invoice for May 2002 activities performed in association with the Alameda FISC project. The activities covered by this billing period include:

- Preparing for and attending the 7 May 2002 monthly meetings of the Alameda FISC Restoration Advisory Board (RAB) and BRAC Closure Team (BCT);
- Continuing oversight and coordination associated with implementation of the *Demolition and Organochlorine Pesticide Removal Workplan* (DOCPRW) and *Site Management Plan* (SMP).
- Coordinating interpretation of the DOCPRW and SMP with the Department of Toxic Substances Control;
- Preparing for and participating in a 30 May 2002 meeting with representatives of EBMUD to address environmental issues associated with site IR02 at the FISC;
- Preparing for and participating in Bayport In-Tract/Backbone meetings at Catellus' Oakland offices; and
- Project oversight.

A summary of project costs associated with the current Catellus task orders and a budget summary are presented in the following table.

| Catellus Task Order | Description | Invoice Amount | Remaining Task Order Budget |
|---|---|---|---|
| ERM-02-09/09A | FISC Technical Assistance, January – December 2002 | $ 13,861.22 | $ 28,754.98 |

Please contact me with any questions or comments regarding the invoice. Thank you for the opportunity to assist Catellus with this project.

Sincerely,

Michael E. Quillin, R.G.
*Principal*

MEQ/meq/3421.00
Enclosure
cc: Mr. Mark Ransom, ERM

ERM

ERM-West, Inc.

Federal Tax ID No: 52-1346967

1777 Botelho Drive - Suite 260 - Walnut Creek, CA 94596-5042 - (925) 946-0455 - Fax (925) 946-9968

June 26, 2002
Project No: 003421.10
Invoice No: 0094184

Ms. Sandra Stevens
Catellus Development Corporation
201 Mission Street, 2nd floor
San Francisco, CA 94105

Project 003421.10 Technical Support - Alameda FISC

Task Order No. ERM-02-09

**Professional Services: May 1, 2002 through May 31, 2002**

| Professional Personnel | Hours | Rate | Amount | |
|---|---|---|---|---|
| Principal Engineer/Geologist/Scientist | | | | |
| Quillin, Michael E. | 35.50 | 146.00 | 5,183.00 | |
| Program Director | | | | |
| Streeter, Robin | 13.00 | 123.00 | 1,599.00 | |
| Project Engineer/Geologist/Scientist II | | | | |
| Estrada, Johnet | 51.00 | 87.00 | 4,437.00 | |
| Grant, Amy | 0.50 | 87.00 | 43.50 | |
| Project Engineer/Geologist/Scientist I | | | | |
| Blanchard, Michael A. | 3.50 | 80.00 | 280.00 | |
| Project Facilitator | | | | |
| Martinez, Michele L. | 5.00 | 57.00 | 285.00 | |
| Administrative Support | | | | |
| Bonomi, Beverley | 2.00 | 42.00 | 84.00 | |
| Jegen, Jene M. | 0.50 | 42.00 | 21.00 | |
| Link, Jeanie | 0.50 | 42.00 | 21.00 | |
| Price, Annie | 0.50 | 42.00 | 21.00 | |
| Intern / Clerk | | | | |
| Christie, Nicole | 0.50 | 25.00 | 12.50 | |
| Totals | 112.50 | | 11,987.00 | |
| **Total Labor** | | | | **11,987.00** |

| Unit Billing | | | | |
|---|---|---|---|---|
| 5/31/02 | AutoCAD Computer Charges | 41.00 Charges @ 25.00 | 1,025.00 | |
| 5/31/02 | Computer Charges | 13.00 Charges @ 10.00 | 130.00 | |
| | **Total Unit Billing** | | **1,155.00** | **1,155.00** |

| Other Expenses | | | |
|---|---|---|---|
| Health & Safety Charges | 2.00% of 11,987.00 | 239.74 | |
| Communications Charge | 4.00% of 11,987.00 | 479.48 | |
| **Total Other Expenses** | | **719.22** | **719.22** |

**Total this invoice** **$13,861.22**

Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

COPY

ERM

26 June 2002

Ms. Sandy Stevens
Associate Vice President, Environmental Services
Catellus Development Corporation
201 Mission Street, 2nd Floor
San Francisco, California 94105

Subject: May 2002 Invoice Submittal
Alameda Point East Housing Area Demolition
Site Management Plan Implementation
Catellus Task Order No. ERM-2002-03
Invoice # 0094179

Dear Ms. Stevens:

This letter transmits our invoice for May 2002 for activities performed in association with implementation of the Site Management Plan (SMP) during demolition at the former Alameda Point East Housing Area (EHA). Major activities covered by this billing period include:

- Collecting and submitting work zone and site perimeter air samples for laboratory analysis of organochlorine pesticides and semivolatile organic compounds;
- Performing ongoing work zone and site perimeter dust monitoring;
- Performing an audit of SWPPP implementation and communicating compliance results to Ferma and Catellus;
- Evaluating air monitoring and sampling results to ensure compliance with the Air Monitoring Plan, and compiling those results into an Air Monitoring and Sampling Report for distribution;
- Working with Catellus and DTSC to modify the pesticide excavation protocol;
- Reviewing post-excavation soil analytical results, evaluating the quality of the data, comparing the results to the relevant standards, and releasing cleared foundations for grading;
- Attending weekly job progress meetings; and
- Ongoing project management.

A summary of project costs associated with the current Catellus task order and a budget summary are presented in the following table.

| Catellus Task Order | Description | Invoice Amount | Remaining Task Order Budget |
|---|---|---|---|
| ERM-02-03 | FISC Alameda Site Management Plan Implementation, May 2002 | $ 14,464.65 | $ -13,254.39 |

As you may recall, the original project scope called for ERM to provide SMP implementation support for the months of February and March 2002. We were able to use these funds to assist Catellus through the end of April 2002, and look forward to providing you with the same level of service in the future. However, the current budget authorization has been severely depleted, and additional authorization is required to allow ERM to continue in this role. A Task Order Amendment Request for this purpose was submitted to Jim Van Sickle in a letter dated 29 March 2002; at Catellus' request, the request was modified to reflect a revised schedule and resubmitted to your attention on 14 June 2002. Although we understand Catellus is currently processing this request with and through the City of Alameda, no authorization has been received to date.

Please do not hesitate to contact me with any questions or comments regarding this invoice. We appreciate your attention to the pending project authorization, and thank you for the opportunity to assist Catellus with this project.

Sincerely,

Michael E. Quillin FOR

Michael A. Blanchard
*Project Engineer*

MAB/mgm/4740.00
Enclosure

cc: Mr. Bill Kennedy, Catellus
Mr. Philip Owen, Catellus
Mr. Mike Quillin, ERM

ERM-West, Inc. Federal Tax ID No: 52-[illegible]

ERM 1777 Botelho Drive - Suite 260 - Walnut Creek, CA 94596-5042 - (925) 946-0455 - Fax (925) 946-9968

June 26, 2002
Project No: 004740.00
Invoice No: 0094179

Ms. Sandra Stevens
Catellus Development Corporation
201 Mission Street, 2nd floor
San Francisco, CA 94105

Project: 004740.00 FISC Alameda Site Mgmt. Plan Implement.

Catellus Task Order No: ERM 2002-03

**Professional Services: May 1, 2002 through May 31, 2002**

| Professional Personnel | Hours | Rate | Amount | |
|---|---|---|---|---|
| Principal Engineer/Geologist/Scientist | | | | |
| Quillin, Michael E. | 22.50 | 146.00 | 3,285.00 | |
| Senior Engineer/Geologist/Scientist II | | | | |
| Robinson, Carol J | 1.00 | 108.00 | 108.00 | |
| Project Engineer/Geologist/Scientist II | | | | |
| Grant, Amy | 1.50 | 87.00 | 130.50 | |
| Ludlam, Donald | 9.00 | 87.00 | 783.00 | |
| Project Engineer/Geologist/Scientist I | | | | |
| Blanchard, Michael A. | 86.50 | 80.00 | 6,920.00 | |
| Project Facilitator | | | | |
| Martinez, Michele L. | 4.50 | 57.00 | 256.50 | |
| Medina, Liza H. | 0.50 | 57.00 | 28.50 | |
| Parks, Lynn M | 5.50 | 57.00 | 313.50 | |
| Administrative Support | | | | |
| Bonomi, Beverley | 2.00 | 42.00 | 84.00 | |
| Jegen, Jene M. | 0.50 | 42.00 | 21.00 | |
| Link, Jeanie | 1.50 | 42.00 | 63.00 | |
| Price, Annie | 1.00 | 42.00 | 42.00 | |
| Totals | 136.00 | | 12,035.00 | |
| **Total Labor** | | | | **12,035.00** |

| Consultants | | | |
|---|---|---|---|
| Martin Agencies, Inc. | L. Voskanian | 13.23 | |
| **Total Consultants** | | **13.23** | **13.23** |

| Reimbursable Expenses | | | |
|---|---|---|---|
| Auto Expenses & Rental | M. Blanchard | 5.04 | |
| Equipco | Equipment Exp & Rental | 1,404.15 | |
| Equipment Exp - In House | Truck Usage | 95.00 | |
| Federal Express | Postage & Delivery | 30.80 | |
| Project Supplies | Fax Modem for Weatherstation | 124.48 | |
| **Total Reimbursables** | | **1,659.47** | **1,659.47** |

ERM-West, Inc. Federal Tax ID No: [illegible]

ERM 1777 Botelho Drive - Suite 200 - Walnut Creek, CA 94596-5042 - (925) 946-0455 - Fax (925) 946-9968

Project: 004740.00 Catellus Development Corporation Invoice No: 0094179

| | | | | |
|---|---|---|---|---|
| **Unit Billing** | | | | |
| 5/31/02 AutoCAD Computer Charges | | 0.50 Charges @ 25.00 | 12.50 | |
| Color Copies 11x17 | | | 52.50 | |
| Color Copies 8.5x11 | | | 31.25 | |
| 5/31/02 Computer Charges | | 42.00 Charges @ 10.00 | 420.00 | |
| | **Total Unit Billing** | | **516.25** | **516.25** |
| **Other Expenses** | | | | |
| Health & Safety Charges | | 2.00% of 12,035.00 | 240.70 | |
| | **Total Other Expenses** | | **240.70** | **240.70** |
| | | | **Total this invoice** | **$14,464.65** |



Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

**EQUIPCO RENTALS**

RECEIVED
MAY 1 5 2002
ERM WEST ACCOUNTING

# RENTAL INVOICE

| DATE | INVOICE NO. |
| --- | --- |
| 5/10/2002 | 22115 |

P.O. Box 5606
Concord, CA 94524
Phone (800) 550-5875
Fax (925) 609-1080

| BILL TO | SHIP TO |
| --- | --- |
| ERM West<br>1777 Botelho Drive, Ste.260<br>Walnut Creek, CA 94596<br>Attn: Accounts Payable | ERM West<br>Will Call: Mike/Don |

| P.O. NO. | TERMS | SHIP DATE | SHIP VIA | PROJECT NO. | TASK NO. |
| --- | --- | --- | --- | --- | --- |
| | Net 30 | 5/1/2002 | Will Call | 4740.00 | |

| RENTAL I.D. | DESCRIPTION | RENTAL PERIOD | DAYS BILLED | AMOUNT |
| --- | --- | --- | --- | --- |
| GILAIR5.04 | Personal Sampling Pump, Gilian s/n 11942 | 5/02/02 | 1 | 40.00 |
| GILAIR5.22 | Personal Sampling Pump, Gilian s/n 11960 | 5/02/02 | 1 | 40.00 |
| GILCAL.08 | Gilian Gilibrator | 5/02/02 | 1 | 50.00 |
| EX1000.03 | Honda Generator | 5/02/02 | | 35.00 |

+ 15%
$189.75

4985 163857

4740.00 533 165.00

ENTERED
MAY 17 2002
ERM-WEST JY

[signature] 6/10/02

PLEASE MAKE CHECK PAYABLE TO: "EQUIPCO RENTALS"

**Total** $165.00

COPY

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

ERM

26 July 2002

Ms. Sandy Stevens
Associate Vice President, Environmental Services
Catellus Development Corporation
201 Mission Street, 2nd Floor
San Francisco, California 94105

Subject: June 2002 Invoice Submittal
Alameda Point East Housing Area Demolition
Site Management Plan Implementation
Catellus Task Order No. ERM-2002-03A
Invoice # 0094503

Dear Ms. Stevens:

This letter transmits our invoice for June 2002 for activities performed in association with implementation of the Site Management Plan (SMP) during demolition at the former Alameda Point East Housing Area (EHA). Major activities covered by this billing period include:

- Performing ongoing work zone and site perimeter dust monitoring;
- Evaluating air monitoring and sampling results to ensure compliance with the Air Monitoring Plan;
- Reviewing post-excavation soil analytical results, evaluating the quality of the data, comparing the results to the relevant standards, and releasing cleared foundations for grading;
- Clarifying the requisite testing protocols for the 3-acre Collaborative Housing area;
- Consulting with DTSC regarding the discrepancy between analytical Method Detection Limits and the Risk-Based Screening Levels driving the OCP excavation at EHA;
- Working with Catellus to prepare and disseminate the second quarterly public and employee risk communication materials;
- Attending weekly job progress meetings; and
- Ongoing project management.

A summary of project costs associated with the current Catellus task order and a budget summary are presented in the following table. As requested, costs attributable to OCP removal activities have been identified to facilitate future insurance claim preparation.

| Catellus Task Order | Description | Invoice Amount | OCP-Related Costs | Remaining Task Order Budget |
|---|---|---|---|---|
| ERM-02-03A | FISC Alameda Site Management Plan Implementation, June 2002 | $ 11,454.26 | $ 4,800.74 | $ 33,615.75 |

Thank you for your help in processing our Task Order Amendment authorization for ERM-2002-03A, which we received on 17 June 2002. While this authorization does allow ERM to continue to provide services to Catellus on this project, all invoices to date for this task order remain unpaid, dating back to work performed in January 2002. Any aid or suggestions you can provide in rectifying this issue would be greatly appreciated.

Please do not hesitate to contact me with any questions or comments regarding this invoice. Thank you in advance for your assistance in addressing the outstanding invoices. We appreciate the opportunity to assist Catellus with this project and look forward to working together in the future.

Sincerely,

Michael A. Blanchard
*Project Engineer*

MAB/mgm/4740.00
Enclosure

cc: Mr. Bill Kennedy, Catellus
Mr. Philip Owen, Catellus
Mr. Mike Quillin, ERM

ERM

ERM-West, Inc. Federal Tax ID No: 52-1346967

1777 Botelho Drive - Suite 260 - Walnut Creek, CA 94596-5042 - (925) 946-0455 - Fax (925) 946-9968

July 26, 2002
Project No: 004740.00
Invoice No: 0094503

Ms. Sandra Stevens
Catellus Development Corporation
201 Mission Street, 2nd floor
San Francisco, CA 94105

Project: 004740.00 FISC Alameda Site Mgmt. Plan Implement.

Catellus Task Order No: ERM 2002-03A

**Professional Services: June 1, 2002 through June 30, 2002**

| **Professional Personnel** | **Hours** | **Rate** | **Amount** | |
|---|---|---|---|---|
| Principal Engineer/Geologist/Scientist | | | | |
| Quillin, Michael E. | 29.50 | 146.00 | 4,307.00 | |
| Project Engineer/Geologist/Scientist II | | | | |
| Grant, Amy | 0.50 | 87.00 | 43.50 | |
| Ludlam, Donald | 1.00 | 87.00 | 87.00 | |
| Project Engineer/Geologist/Scientist I | | | | |
| Blanchard, Michael A. | 33.00 | 80.00 | 2,640.00 | |
| Staff Engineer/Geologist/Scientist I | | | | |
| Nest, Danielle L. | 9.00 | 65.00 | 585.00 | |
| Project Facilitator | | | | |
| Martinez, Michele L. | 5.00 | 57.00 | 285.00 | |
| Administrative Support | | | | |
| Bonomi, Beverley | 2.00 | 42.00 | 84.00 | |
| Jegen, Jene M. | 1.00 | 42.00 | 42.00 | |
| Link, Jeanie | 1.00 | 42.00 | 42.00 | |
| Price, Annie | 0.50 | 42.00 | 21.00 | |
| Intern / Clerk | | | | |
| Christie, Nicole | 0.50 | 25.00 | 12.50 | |
| Totals | 83.00 | | 8,149.00 | |
| **Total Labor** | | | | **8,149.00** |

| **Consultants** | | | |
|---|---|---|---|
| Air Toxics Ltd | | 1,105.71 | |
| Curtis & Tompkins Ltd | | 1,060.88 | |
| **Total Consultants** | | **2,166.59** | **2,166.59** |
| **Reimbursable Expenses** | | | |
| Equipco Rental&Sales | Equipment Exp & Rental | 460.00 | |
| Federal Express | Postage & Delivery | 139.73 | |
| **Total Reimbursables** | | **599.73** | **599.73** |

**Unit Billing**

| | | | | |
|---|---|---|---|---|
| 6/30/02 | AutoCAD Computer Charges | 1.00 Charge @ 25.00 | 25.00 | |
| 6/30/02 | Computer Charges | 2.50 Charges @ 10.00 | 25.00 | |
| | **Total Unit Billing** | | **50.00** | **50.00** |

Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

ERM-West, Inc. Federal Tax ID No: 52-1346967

1777 Botelho Drive - Suite 260 - Walnut Creek, CA 94596-5042 - (925) 946-0455 - Fax (925) 946-9968

ERM

Project: 004740.00 FISC Alameda Site Mgmt. Plan Implement. Invoice No: 0094503

| | | | |
|---|---|---|---|
| **Other Expenses** | | | |
| Health & Safety Charges | 2.00% of 8,149.00 | 162.98 | |
| Communications Charge | 4.00% of 8,149.00 | 325.96 | |
| **Total Other Expenses** | | **488.94** | **488.94** |
| | | **Total this invoice** | **$11,454.26** |



Terms: Net 30 days -- Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

RECEIVED

JUN 24 2002

ERM-WEST ACCOUNTING

June 2002

# @ AIR TOXICS LTD.

AN ENVIRONMENTAL ANALYTICAL LABORATORY

PAGE: 1

****** INVOICE ******

SOLD TO:
ERM-WEST, INC.
Mr Mike Blanchard
1777 Botelho Dr.
Suite 260
Walnut Creek CA 94596-5042

SALESPERSON: JM
INVOICE NUMBER: 205135E-IN
INVOICE DATE: 05/23/02

CUSTOMER NO: 0002572

ENTERED

JUN 27 2002

ERM-WEST JY

SHIP TO:
ERM-WEST, INC.
Mr Mike Blanchard
1777 Botelho Dr.
Suite 260
Walnut Creek CA 94596-5042

CUSTOMER P.O.
1740.00 Cateliu

TERMS
net 90 days

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| O-13 TO-13 Analysis | EACH | 1.00 | 1.00 | 0.00 | 250.00 | 250.00 |
| PUF CART PUF/XAD Cartridge Low Volume | EACH | 3.00 | 3.00 | 0.00 | 50.00 | 150.00 |
| PUF CART PUF/XAD Cartridge Preparation | EACH | 2.00 | 2.00 | 0.00 | 50.00 +15% | 100.00 |
| PEST/PCB TO-10 Analysis | EACH | 2.00 | 2.00 | 0.00 | 225.00 | 450.00 |

WO #0205135A/B

1125 ... 165320

= $690

4740.00 5.11 961.49

MAB

4740.00

| | |
|---|---|
| NET INVOICE: | 950.00 |
| FREIGHT: | 11.49 |
| SALES TAX: | .00 |
| INVOICE-TOTAL: | 961.49 |

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

ERM

COPY

29 July 2002

Ms. Sandy Stevens
Associate Vice President, Environmental Services
Catellus Development Corporation
201 Mission Street, Second Floor
San Francisco, California 94105

Subject: June 2002 Invoice Submittal
Alameda FISC Technical Support
Task Order No. ERM-02-09
ERM Project No. 3421.10

Dear Sandy:

This letter transmits our invoice for June 2002 activities performed in association with the Alameda FISC project. The activities covered by this billing period include:

- Preparing for and attending weekly job progress meetings, as necessary;
- Continuing oversight and coordination associated with implementation of the *Demolition and Organochlorine Pesticide Removal Workplan* (DOCPRW) and *Site Management Plan* (SMP);
- Coordinating interpretation of the DOCPRW and SMP with the Department of Toxic Substances Control;
- In Mike Blanchard's absence, reviewing post-excavation soil analytical results associated with organochlorine pesticides (OCP) impacted soil removal at Alameda Point East Housing, evaluating the quality of the data, comparing the results to the relevant standards, and releasing cleared foundations for grading;
- Coordinating on an as-needed basis with other Catellus/City of Alameda contractors (e.g., Winzler & Kelly, Ferma, BKF) regarding environmental issues at FISC and East Housing;
- Preparing for and participating in Bayport In-Tract/Backbone meetings, as necessary, at Catellus' Oakland offices; and
- Project oversight.

ERM

ERM-West, Inc. Federal Tax ID No: 52-1346967

1777 Botelho Drive - Suite 260 - Walnut Creek, CA 94596-5042 - (925) 946-0455 - Fax (925) 946-9968

July 29, 2002
Project No: 003421.10
Invoice No: 0094510

Ms. Sandra Stevens
Catellus Development Corporation
201 Mission Street, 2nd floor
San Francisco, CA 94105

Project: 003421.10 Technical Support - Alameda FISC

Task Order No. ERM-02-09

**Professional Services: June 1, 2002 through June 30, 2002**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| **Professional Personnel** | | | | |
| Principal Engineer/Geologist/Scientist | | | | |
| Quillin, Michael E. | 21.00 | 146.00 | 3,066.00 | |
| Program Director | | | | |
| Streeter, Robin | 3.00 | 123.00 | 369.00 | |
| Project Engineer/Geologist/Scientist II | | | | |
| Grant, Amy | 0.50 | 87.00 | 43.50 | |
| Project Facilitator | | | | |
| Martinez, Michele L. | 3.00 | 57.00 | 171.00 | |
| Voskanian, Liz C. | 0.50 | 57.00 | 28.50 | |
| Administrative Support | | | | |
| Bonomi, Beverley | 3.00 | 42.00 | 126.00 | |
| Price, Annie | 1.50 | 42.00 | 63.00 | |
| Totals | 32.50 | | 3,867.00 | |
| **Total Labor** | | | | **3,867.00** |
| **Reimbursable Expenses** | | | | |
| Economy Bond | Plotter Log | | 57.50 | |
| **Total Reimbursables** | | | **57.50** | **57.50** |
| **Unit Billing** | | | | |
| 6/30/02 Computer Charges | | 11.50 Charges @ 10.00 | 115.00 | |
| **Total Unit Billing** | | | **115.00** | **115.00** |
| **Other Expenses** | | | | |
| Health & Safety Charges | 2.00% of 3,867.00 | | 77.34 | |
| Communications Charge | 4.00% of 3,867.00 | | 154.68 | |
| **Total Other Expenses** | | | **232.02** | **232.02** |
| | | | **Total this invoice** | **$4,271.52** |

Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

ERM

5 November 2002

Mr. Phil Owen
Catellus Development Corporation
1999 Harrison Street, Suite 2150
Oakland, CA 94612

Subject: Organochlorine-Pesticide Related Project Costs
ERM Projects #4740.00, 3421.00, and 5000.00
Catellus Task Orders ERM-02-09
ERM-02-03A
ERM-02-15

Dear Phil:

Pursuant to your request, ERM has reviewed our invoiced project costs associated with the above referenced Task Orders for the period of 31 June through 30 September 2002. The purpose of this submittal is to quantify costs related directly to organochlorine pesticide (OCP) contamination in soil at the former Alameda Point East Housing Area.

Attached you will find copies of the following documentation supporting the cost allocation:

- Monthly invoices and invoice cover letters submitted to Catellus for payment showing project costs, describing the scope of monthly activities, and enumerating the OCP-related costs for that month;
- Subcontractor invoices related to OCPs; and
- An Organochlorine-Pesticide Related Cost Summary spreadsheet summarizing hourly billing charges and related to OCPs in soil, and quantifying the fraction of total costs associated with OCP removal activities.

Please note that due to the relatively minimal activity on Task Order #ERM-02-03A during the month of September, the charges for this month were held, and will be invoiced together with October charges.

Environmental
Resources
Management

Please do not hesitate to contact me at (925) 946-0455 should you have any questions regarding this submittal.

Sincerely,

Michael A. Blanchard
*Project Engineer*

MAB/4740.00
Enclosures

cc: Bill Kennedy, Catellus Development Corporation
Sandy Stevens, Catellus Development Corporation
Bill Frink, Harris and Associates
Darrell Handy, City of Alameda
Doug Cole, City of Alameda

*Organochlorine-Pesticide Related Cost Summary*
*1 July 2002 - 30 September 2002*
*Catellus Development Corporation*

| Invoice | Task Order | Invoice month | Personnel | OCP-related hours | Billing Rate | OCP-related Subtotal | Fraction of total invoice |
|---|---|---|---|---|---|---|---|
| 94785 | ERM-02-09 | July 2002 | Mike Quillin | 8.5 | $146 | $1,241.00 | 38% |
| | | | Jeanie Link - | 1 | $42 | $42.00 | |
| | | | Project Costs | -- | -- | $77.70 | |
| | | | | *Invoice total:* | | *$1,360.70* | |
| 94786 | ERM-02-03A | July 2002 | Mike Quillin | 12.5 | $146 | $1,825.00 | 56% |
| | | | Mike Blanchard | 70 | $80 | $5,600.00 | |
| | | | Chris Watrous | 1 | $92 | $92.00 | |
| | | | Don Ludlam | 1 | $87 | $87.00 | |
| | | | Michele Martinez | 2.5 | $57 | $142.50 | |
| | | | Project Costs | -- | -- | $406.23 | |
| | | | | *Invoice total:* | | *$8,152.73* | |
| 95021 | ERM-02-09 | August 2002 | Mike Quillin | 15 | $146 | $2,190.00 | 56% |
| | | | Mike Blanchard | 4 | $80 | $320.00 | |
| | | | Project Costs | -- | -- | $151.88 | |
| | | | | *Invoice total:* | | *$2,661.88* | |
| 95022 | ERM-02-03A | August 2002 | Mike Quillin | 5 | $146 | $730.00 | 28% |
| | | | Mike Blanchard | 26 | $80 | $2,080.00 | |
| | | | Liza Medina | 1 | $57 | $57.00 | |
| | | | Project Costs | -- | -- | $65.46 | |
| | | | | *Invoice total:* | | *$2,932.46* | |
| 95270 | ERM-02-09 | September 2002 | Mike Quillin | 6 | $146 | $876.00 | 33% |
| | | | Mike Blanchard | 3 | $80 | $240.00 | |
| | | | Project Costs | -- | -- | $144.34 | |
| | | | | *Invoice total:* | | *$1,260.34* | |
| 95242 | ERM-02-15 | September 2002 | Mike Quillin | 5.5 | $146 | $803.00 | 40% |
| | | | Mike Blanchard | 25.5 | $80 | $2,040.00 | |
| | | | Annie Price | 0.5 | $42 | $21.00 | |
| | | | Project Costs | -- | -- | $118.75 | |
| | | | | *Invoice total:* | | *$2,982.75* | |

| *TOTAL OCP-RELATED COSTS* | ***$19,350.86*** |
|---|---|

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

ERM

29 August 2002

Ms. Sandy Stevens
Associate Vice President, Environmental Services
Catellus Development Corporation
201 Mission Street, Second Floor
San Francisco, California 94105

Subject: July 2002 Invoice Submittal
Alameda FISC Technical Support
Task Order No. ERM-02-09
ERM Project No. 3421.10

Dear Sandy:

This letter transmits our invoice for July 2002 activities performed in association with the Alameda FISC project. The activities covered by this billing period include:

- Preparing for and attending the 2 July 2002 monthly meetings of the Alameda FISC Restoration Advisory Board (RAB) and BRAC Closure Team (BCT);
- Preparing for and attending weekly job progress meetings, as necessary;
- Continuing oversight and coordination associated with implementation of the *Demolition and Organochlorine Pesticide Removal Workplan* (DOCPRW) and *Site Management Plan* (SMP);
- Coordinating on an as-needed basis with representatives of EBMUD and the Department of Toxic Substances Control regarding interpretation of the DOCPRW and SMP;
- Coordinating on an as-needed basis with other Catellus/City of Alameda contractors (e.g., Winzler & Kelly, Ferma, BKF) regarding environmental issues at FISC and East Housing; and
- Project oversight.

A summary of project costs associated with the current Catellus task order and a budget summary are presented in the following table. As requested, costs attributable to OCP removal activities have been identified to facilitate future insurance claim preparation.

| Catellus Task Order | Description | Invoice Amount | OCP-Related Costs | Remaining Task Order Budget |
|---|---|---|---|---|
| ERM-02-09 | FISC Technical Assistance, Jan – Dec 2002 | $ 3,594.06 | $ 1,360.70 | $ 20,889.40 |

Please contact me with any questions or comments regarding the invoice. Thank you for the opportunity to assist Catellus with this project.

Sincerely,

Michael E. Quillin, R.G.
*Principal*

MEQ/3421.10
Enclosure
cc: Mr. Mark Ransom, ERM

ERM

ERM-West, Inc. Federal Tax ID No: 52-1346967

1777 Botelho Drive Suite, 260 Walnut Creek, CA 94596-5042 (925) 946-0455 Fax (925) 946-9968

August 29, 2002
Project No: 003421.10
Invoice No: 0094785

Ms. Sandra Stevens
Catellus Development Corporation
201 Mission Street, 2nd floor
San Francisco, CA 94105

Project 003421.10 Technical Support - Alameda FISC

Task Order No. ~~ERM-02-09~~

**Professional Services: July 1, 2002 through July 31, 2002**

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Principal Engineer/Geologist/Scientist | | | | |
| Quillin, Michael E. | 18.50 | 146.00 | 2,701.00 | |
| Project Engineer/Geologist/Scientist I | | | | |
| Blanchard, Michael A. | 4.50 | 80.00 | 360.00 | |
| Project Facilitator | | | | |
| Martinez, Michele L. | 1.50 | 57.00 | 85.50 | |
| Parks, Lynn M | 0.50 | 57.00 | 28.50 | |
| Administrative Support | | | | |
| Bonomi, Beverley | 1.50 | 42.00 | 63.00 | |
| Link, Jeanie | 1.00 | 42.00 | 42.00 | |
| Price, Annie | 0.50 | 42.00 | 21.00 | |
| Totals | 28.00 | | 3,301.00 | |
| **Total Labor** | | | | 3,301.00 |

**Unit Billing**

| | | | | |
|---|---|---|---|---|
| 7/31/02 | Computer Charges | 9.50 Charges @ 10.00 | 95.00 | |
| | **Total Unit Billing** | | **95.00** | **95.00** |

**Other Expenses**

| | | | |
|---|---|---|---|
| Health & Safety Charges | 2.00% of 3,301.00 | 66.02 | |
| Communications Charge | 4.00% of 3,301.00 | 132.04 | |
| **Total Other Expenses** | | **198.06** | **198.06** |

**Total this invoice** **$3,594.06**

Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

29 August 2002

ERM

Ms. Sandy Stevens
Associate Vice President, Environmental Services
Catellus Development Corporation
201 Mission Street, 2nd Floor
San Francisco, California 94105

Subject: July 2002 Invoice Submittal
Alameda Point East Housing Area Demolition
Site Management Plan Implementation
Catellus Task Order No. ERM-2002-03A
Invoice # 0094786

Dear Ms. Stevens:

This letter transmits our invoice for July 2002 for activities performed in association with implementation of the Site Management Plan (SMP) during demolition at the former Alameda Point East Housing Area (EHA). Major activities covered by this billing period include:

- Following discussions with DTSC, performing a limited Phase I Environmental Site Assessment for the Niles Canyon Quarry pursuant to the October 1999 DTSC *Information Advisory – Clean Imported Fill Material*, prior to importation of fill material from this source;
- Verifying and documenting import fill truck decontamination procedures performed at the Altamont Pass Landfill;
- Reviewing past invoices and preparing a cost summary package segregating OCP-related expenses in preparation for insurance claim submission;
- Evaluating scope and costs associated with preparation of the *Demolition and Organochlorine Pesticide Removal Completion Report* and submitting a task order request to Catellus;
- Performing ongoing work zone and site perimeter dust monitoring;
- Reviewing post-excavation soil analytical results, evaluating the quality of the data, comparing the results to the relevant standards, and releasing cleared foundations for grading;

- Developing recommendations for laboratory data quality assurance/quality control documentation;
- Devising a refined waste characterization strategy for 1,000 $yd^3$ of material initially classified as California Class I Hazardous;
- Attending weekly job progress meetings; and
- Ongoing project management.

A summary of project costs associated with the current Catellus task order and a budget summary are presented in the following table.

| Catellus Task Order | Description | Invoice Amount | OCP-Related Costs | Remaining Task Order Budget |
|---|---|---|---|---|
| ERM-02-03A | FISC Alameda Site Management Plan Implementation, July 2002 | $ 14,458.27 | $ 8,152.73 | $ 19,157.48 |

Please do not hesitate to contact me with any questions or comments regarding this invoice. Thank you in advance for your assistance in addressing the outstanding invoices. We appreciate the opportunity to assist Catellus with this project and look forward to working together in the future.

Sincerely,

Michael A. Blanchard
*Project Engineer*

MAB/mgm/4740.00
Enclosure

cc: Mr. Bill Kennedy, Catellus
Mr. Philip Owen, Catellus
Mr. Mike Quillin, ERM

ERM

ERM-West, Inc. Federal Tax ID No: 52-1346967

1777 Botelho Drive Suite, 260 Walnut Creek, CA 94596-5042 (925) 946-0455 Fax (925) 946-9968

August 29, 2002
Project No: 004740.00
Invoice No: 0094786

Ms. Sandra Stevens
Catellus Development Corporation
201 Mission Street, 2nd floor
San Francisco, CA 94105

Project 004740.00 FISC Alameda Site Mgmt. Plan Implement.

Catellus Task Order No: ERM 2002-03A

**Professional Services: July 1, 2002 through July 31, 2002**

| Professional Personnel | Hours | Rate | Amount | |
|---|---|---|---|---|
| Principal Engineer/Geologist/Scientist | | | | |
| Quillin, Michael E. | 16.50 | 146.00 | 2,409.00 | |
| Project Engineer/Geologist/Scientist III | | | | |
| Watrous, Christopher B | 1.00 | 92.00 | 92.00 | |
| Project Engineer/Geologist/Scientist II | | | | |
| Ludlam, Donald | 1.00 | 87.00 | 87.00 | |
| Project Engineer/Geologist/Scientist I | | | | |
| Blanchard, Michael A. | 89.50 | 80.00 | 7,160.00 | |
| Project Facilitator | | | | |
| Barner, Donna | 1.00 | 57.00 | 57.00 | |
| Martinez, Michele L. | 4.50 | 57.00 | 256.50 | |
| Medina, Liza H. | 2.00 | 57.00 | 114.00 | |
| Parks, Lynn M | 1.00 | 57.00 | 57.00 | |
| Administrative Support | | | | |
| Bonomi, Beverley | 3.00 | 42.00 | 126.00 | |
| Link, Jeanie | 0.50 | 42.00 | 21.00 | |
| Intern / Clerk | | | | |
| Christie, Nicole | 1.00 | 25.00 | 25.00 | |
| Totals | 121.00 | | 10,404.50 | |
| **Total Labor** | | | | **10,404.50** |

| **Reimbursable Expenses** | | | |
|---|---|---|---|
| Auto Expenses & Rental | M. Blanchard/Mileage | 90.48 | |
| Equipment Exp & Rental | | 2,364.61 | |
| Equipment Exp - In House | | 47.50 | |
| Federal Express | Postage & Delivery | 5.75 | |
| Environmental Data Resources | Project Supplies | 345.00 | |
| Telephone Charges | M. Blanchard | 9.66 | |
| **Total Reimbursables** | | **2,863.00** | **2,863.00** |

| **Unit Billing** | | | |
|---|---|---|---|
| 7/31/02 | AutoCAD Computer Charges | 1.00 Charge @ 25.00 | 25.00 |
| Color Copies 11x17 | | | 49.00 |
| Color Copies 8.5x11 | | | 2.50 |

ERM

ERM-West, Inc. Federal Tax ID No: 52-1346967

1777 Botelho Drive Suite, 260 Walnut Creek, CA 94596-5042 (925) 946-0455 Fax (925) 946-9968

Project: 004740.00 FISC Alameda Site Mgmt. Plan Implement. Invoice No: 0094786

| | | | | |
|---|---|---|---|---|
| Color Copies 8.5x11 | | | 100.00 | |
| 7/31/02 | Computer Charges | 39.00 Charges @ 10.00 | 390.00 | |
| | **Total Unit Billing** | | **566.50** | **566.50** |
| **Other Expenses** | | | | |
| Health & Safety Charges | | 2.00% of 10,404.50 | 208.09 | |
| Communications Charge | | 4.00% of 10,404.50 | 416.18 | |
| | **Total Other Expenses** | | **624.27** | **624.27** |

**Total this invoice** **$14,458.27**



Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

MAB16

# INVOICE

Environmental Data Resources, Inc.
P.O. Box 74551
Chicago, IL 60690
Phone: (203) 255-6606
Fax : (203) 255-1976

| Ship Date | Account# | Invoice # |
|---|---|---|
| 07/15/2002 | 1421019 | 809553 |

Ship To:

Accounts Payable
ERM - West, Inc.
1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596

**Remit Payment To:**

Environmental Data Resources, Inc.
P.O. Box 74551
Chicago, IL 60690

| Terms | Order Date | Order Time | Caller | Account Representative |
|---|---|---|---|---|
| Payable Upon Receipt | 07/03/2002 | 16:54:49 | Mike Blanchard | Jim Hankard |

| Report Type | Price | Zip | Customer PO # | Cust Proj # | Project/Site Name or Description |
|---|---|---|---|---|---|
| Federal Express Delivery<br>ASTM 2000 Gold Pkg | 15.00<br>285.00 | PQC | 4740.00 | 4740.00 | 5550 Niles Canyon Road |
| SALES TAX -> | 0.00 | | | | |
| TOTAL DUE -> | 300.00 | | | | |

4962 164420 ENTERED

MAB JUL 31 2002

4740.00 537 300.

Total Amount Due: $ 300.0

Messages:
Please remember to include invoice numbers and amounts with your payment.
Please make note of our new remittance address.

Pay By Check: Make checks payable to:
Environmental Data Resources, Inc.
Federal ID #: 06-1501757

Pay By Credit Card: Call 1-800-352-0050 and ask for an Accounts Receivable representative

For invoice inquiries, contact your Account Representative.

Thank you for your business.

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

ERM

26 September 2002

Ms. Sandy Stevens
Associate Vice President, Environmental Services
Catellus Development Corporation
201 Mission Street, Second Floor
San Francisco, California 94105

Subject: August 2002 Invoice Submittal
Alameda FISC Technical Support
Task Order No. ERM-02-09
ERM Project No. 3421.10

Dear Sandy:

This letter transmits our invoice for August 2002 activities performed in association with the Alameda FISC project. The activities covered by this billing period include:

- Preparing for and attending the 3 August 2002 monthly meetings of the Alameda FISC Restoration Advisory Board (RAB) and BRAC Closure Team (BCT);
- Preparing for and attending weekly job progress meetings, as necessary;
- Continuing oversight and coordination associated with implementation of the *Demolition and Organochlorine Pesticide Removal Workplan* (DOCPRW) and *Site Management Plan* (SMP);
- Coordinating data exchange with representatives of EBMUD to ensure that various remedial actions at the FISC and East Housing Area conform to cleanup standards applicable to EBMUD projects;
- Coordinating on an as-needed basis with other Catellus/City of Alameda (City) contractors (e.g., Winzler & Kelly, Ferma, BKF) regarding environmental issues at FISC and East Housing;
- Compiling and summarizing documentation associated with DOCPRW concurrence and implementation on behalf of the City's attorneys, for the purpose of environmental insurance claim submittal; and
- Project oversight.

A summary of project costs associated with the current Catellus task order and a budget summary are presented in the following table. As requested, costs attributable to OCP removal activities have been identified to facilitate future insurance claim preparation.

| Catellus Task Order | Description | Invoice Amount | OCP-Related Costs | Remaining Task Order Budget |
|---|---|---|---|---|
| ERM-02-09 | FISC Technical Assistance, Jan - Dec 2002 | $ 4,735.06 | $ 2,661.88 | $ 16,154.34 |

Please contact me with any questions or comments regarding the invoice. Thank you for the opportunity to assist Catellus with this project.

Sincerely,

Michael E. Quillin, R.G.
*Principal*

MEQ/3421.10
Enclosure
cc: Mr. Mark Ransom, ERM

ERM

ERM-West, Inc. Federal Tax ID No: 52-1346967

1777 Botelho Drive Suite, 260 Walnut Creek, CA 94596-5042 (925) 946-0455 Fax (925) 946-9968

September 26, 2002
Project No: 003421.10
Invoice No: 0095021

Ms. Sandra Stevens
Catellus Development Corporation
201 Mission Street, 2nd floor
~~San Francisco~~, CA 94105

Project: 003421.10 Technical Support - Alameda FISC

Task Order No. ERM-02-09

**Professional Services: August 1, 2002 through August 31, 2002**

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Principal Engineer/Geologist/Scientist<br>Quillin, Michael E. | 23.50 | 146.00 | 3,431.00 | |
| Project Engineer/Geologist/Scientist I<br>Blanchard, Michael A. | 4.50 | 80.00 | 360.00 | |
| Project Facilitator<br>Martinez, Michele L. | 2.50 | 57.00 | 142.50 | |
| Administrative Support<br>Bonomi, Beverley | 2.00 | 42.00 | 84.00 | |
| Intern / Clerk<br>Christie, Nicole | 2.50 | 25.00 | 62.50 | |
| Totals | 35.00 | | 4,080.00 | |
| **Total Labor** | | | | **4,080.00** |

| | | | |
|---|---|---|---|
| **Consultants** | | | |
| Subcontractor | M. Hazen/Office Work | 73.60 | |
| **Total Consultants** | | **73.60** | **73.60** |
| **Reimbursable Expenses** | | | |
| Auto Expenses & Rental | M. Quillin/Mileage 440 miles @ $0.365 each | 216.66 | |
| **Total Reimbursables** | | **216.66** | **216.66** |
| **Unit Billing** | | | |
| 8/31/02 Computer Charges | 12.00 Charges @ 10.00 | 120.00 | |
| **Total Unit Billing** | | **120.00** | **120.00** |
| **Other Expenses** | | | |
| Health & Safety Charges | 2.00% of 4,080.00 | 81.60 | |
| Communications Charge | 4.00% of 4,080.00 | 163.20 | |
| **Total Other Expenses** | | **244.80** | **244.80** |
| | | **Total this invoice** | **$4,735.06** |

Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

ERM.

26 September 2002

Ms. Sandy Stevens
Associate Vice President, Environmental Services
Catellus Development Corporation
201 Mission Street, 2nd Floor
San Francisco, California 94105

Subject: August 2002 Invoice Submittal
Alameda Point East Housing Area Demolition
Site Management Plan Implementation
Catellus Task Order No. ERM-2002-03A
Invoice # 0095022

Dear Ms. Stevens:

This letter transmits our invoice for August 2002 activities performed in association with overseeing implementation of the Site Management Plan (SMP) during demolition at the former Alameda Point East Housing Area (EHA). Major activities covered by this billing period include:

- Performing ongoing work zone and site perimeter dust monitoring;
- Providing clarification on Section 4.3.2.1 of the SMP, and devising an alternative post-excavation sampling protocol for the EHA portion covered by the Settlement Agreement;
- Determining the potential for the Alameda County Department of Environmental Health to assume regulatory oversight over the project;
- Investigating the inadvertent stockpiling of crushed concrete atop the Fleet and Industrial Supply Center Oakland Alameda Facility/ Alameda Annex (FISCA) monitoring well S-16, located in IR01, and coordinating future development activities with the US Navy and Shaw Environmental to avoid future such occurrences;
- Relocating the weather station formerly installed on the job site trailer to the Catellus field office;
- Reviewing post-excavation soil analytical results, evaluating the quality of the data, comparing the results to the relevant standards, and releasing cleared foundations for grading;

- Developing and distributing recommendations for laboratory data quality assurance/quality control documentation;
- Attending weekly job progress meetings; and
- Ongoing project management.

A summary of project costs associated with the current Catellus task order and a budget summary are presented in the following table.

| Catellus Task Order | Description | Invoice Amount | OCP-Related Costs | Remaining Task Order Budget |
|---|---|---|---|---|
| ERM-02-03A | FISC Alameda Site Management Plan Implementation, August 2002 | $ 10,482.89 | $ 2,932.46 | $ 8,674.59 |

Please do not hesitate to contact me with any questions or comments regarding this invoice. Based on a discussion with Bill Kennedy, we will be submitting a Task Order Amendment shortly for additional SMP Implementation Oversight during the backbone and infrastructure project phase.

Thank you your assistance in addressing the outstanding invoices and procuring payment. We appreciate the opportunity to assist Catellus with this project and look forward to working together in the future.

Sincerely,

Michael A. Blanchard
*Project Engineer*

MAB/4740.00
Enclosure

cc: Mr. Bill Kennedy, Catellus
Mr. Philip Owen, Catellus
Mr. Mike Quillin, ERM

ERM

ERM-West, Inc. Federal Tax ID No: 52-1346967

1777 Botelho Drive Suite, 260 Walnut Creek, CA 94596-5042 (925) 946-0455 Fax (925) 946-9968

September 26, 2002
Project No: 004740.00
Invoice No: 0095022

Ms. Sandra Stevens
Catellus Development Corporation
201 Mission Street, 2nd floor
San Francisco, CA 94105

Project 004740.00 FISC Alameda Site Mgmt. Plan Implementation

Catellus Task Order No: ERM 2002-03A

**Professional Services: August 1, 2002 through August 31, 2002**

| **Professional Personnel** | Hours | Rate | Amount | |
|---|---|---|---|---|
| Principal Engineer/Geologist/Scientist | | | | |
| Quillin, Michael E. | 12.00 | 146.00 | 1,752.00 | |
| Project Engineer/Geologist/Scientist II | | | | |
| Ludlam, Donald | 7.50 | 87.00 | 652.50 | |
| Project Engineer/Geologist/Scientist I | | | | |
| Blanchard, Michael A. | 70.00 | 80.00 | 5,600.00 | |
| Project Facilitator | | | | |
| Martinez, Michele L. | 1.50 | 57.00 | 85.50 | |
| Medina, Liza H. | 0.50 | 57.00 | 28.50 | |
| Administrative Support | | | | |
| Bonomi, Beverley | 2.50 | 42.00 | 105.00 | |
| Link, Jeanie | 0.50 | 42.00 | 21.00 | |
| Yeghiazarian, Juliet | 0.50 | 42.00 | 21.00 | |
| Totals | 95.00 | | 8,265.50 | |
| **Total Labor** | | | | **8,265.50** |
| **Consultants** | | | | |
| Subcontractor | M. Hazen/Office Work | | 36.80 | |
| **Total Consultants** | | | **36.80** | **36.80** |
| **Reimbursable Expenses** | | | | |
| Auto Expenses & Rental | Mileage | | 255.66 | |
| Equipment Exp & Rental | Equipco | | 1,095.79 | |
| Equipment Exp - In House | Truck Usage | | 47.50 | |
| Project Supplies | | | 4.75 | |
| **Total Reimbursables** | | | **1,403.70** | **1,403.70** |
| **Unit Billing** | | | | |
| 8/31/02 Computer Charges | 30.50 Charges @ 10.00 | | 305.00 | |
| **Total Unit Billing** | | | **305.00** | **305.00** |
| **Other Expenses** | | | | |
| Health & Safety Charges | 2.00% of 8,265.50 | | 165.31 | |
| Communications Charge | 4.00% of 8,265.50 | | 330.62 | |
| **Total Other Expenses** | | | **495.93** | **495.93** |
| | | | **Total this invoice** | **$10,506.93** |

Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 9459
(925) 946-0455
(925) 946-9968 (fax)

ERM

30 October 2002

Ms. Sandy Stevens
Associate Vice President, Environmental Services
Catellus Development Corporation
201 Mission Street, Second Floor
San Francisco, California 94105

Subject: September 2002 Invoice Submittal
Alameda FISC Technical Support
Task Order No. ERM-02-09
ERM Project No. 3421.10

Dear Sandy:

This letter transmits our invoice for September 2002 activities performed in association with the Alameda FISC project. The activities covered by this billing period include:

- Preparing for and attending the 3 September 2002 monthly meetings of the Alameda FISC Restoration Advisory Board (RAB) and BRAC Closure Team (BCT);
- Preparing for and attending the 11 September Bayport In-Tract/Backbone status meeting at Catellus' Oakland offices;
- Finalizing a summary of historical documentation associated with organochlorine pesticide (OCP) investigation and removal actions, including regulatory interaction, at the request of Ms. Ellen Garber and Mr. Barry Steinberg, outside counsel for the City of Alameda;
- Continuing oversight and coordination associated with implementation of the *Demolition and Organochlorine Pesticide Removal Workplan* (DOCPRW) and *Site Management Plan* (SMP);
- Coordinating on specific project-related issues with various Catellus staff; and
- Project oversight.

A summary of project costs associated with the current Catellus task order and a budget summary are presented in the following table. As requested, costs attributable to OCP removal activities have been

Environmental
Resources
Management

| Catellus Task Order | Description | Invoice Amount | OCP-Related Costs | Remaining Task Order Budget |
|---|---|---|---|---|
| ERM-02-09 | FISC Technical Assistance, Jan - Dec 2002 | $ 3,786.97 | $ 1,260.34. | $ 12,367.37 |

Please contact me with any questions or comments regarding the invoice. Thank you for the opportunity to assist Catellus with this project.

Sincerely,

Michael E. Quillin, R.G.
*Principal*

MEQ/3421.10
Enclosure
cc: Mr. Mark Ransom, ERM

ERM

ERM-West, Inc. Federal Tax ID No: 52-1346967

1777 Botelho Drive Suite, 260 Walnut Creek, CA 94596-5042 (925) 946-0455 Fax (925) 946-9968

October 30, 2002
Project No: 003421.10
Invoice No: 0095270

Ms. Sandra Stevens
Catellus Development Corporation
201 Mission Street, 2nd floor
San Francisco, CA 94105

Project: 003421.10 Technical Support - Alameda FISC

Task Order No. ERM-02-09

**Professional Services: September 1, 2002 through September 30, 2002**

| **Professional Personnel** | **Hours** | **Rate** | **Amount** | |
|---|---|---|---|---|
| Principal Engineer/Geologist/Scientist | | | | |
| Quillin, Michael E. | 18.00 | 146.00 | 2,628.00 | |
| Project Engineer/Geologist/Scientist I | | | | |
| Blanchard, Michael A. | 8.00 | 80.00 | 640.00 | |
| Administrative Support | | | | |
| Bonomi, Beverley | 2.50 | 42.00 | 105.00 | |
| Price, Annie | 0.50 | 42.00 | 21.00 | |
| Intern / Clerk | | | | |
| Christie, Nicole | 0.50 | 25.00 | 12.50 | |
| Totals | 29.50 | | 3,406.50 | |
| **Total Labor** | | | | **3,406.50** |
| **Consultants** | | | | |
| Office Team | D. Waranietz | | 15.01 | |
| **Total Consultants** | | | **15.01** | **15.01** |
| **Reimbursable Expenses** | | | | |
| Federal Express | Postage & Delivery | | 36.07 | |
| **Total Reimbursables** | | | **36.07** | **36.07** |
| **Unit Billing** | | | | |
| 9/30/02 Computer Charges | | 12.50 Charges @ 10.00 | 125.00 | |
| **Total Unit Billing** | | | **125.00** | **125.00** |
| **Other Expenses** | | | | |
| Health & Safety Charges | 2.00% of 3,406.50 | | 68.13 | |
| Communications Charge | 4.00% of 3,406.50 | | 136.26 | |
| **Total Other Expenses** | | | **204.39** | **204.39** |
| | | | **Total this invoice** | **$3,786.97** |

Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

ERM

28 October 2002

Mr. Bill Kennedy
Construction Manager
Catellus Development Corporation
1999 Harrison Street, Suite 2150
Oakland, California 94612

Subject: September 2002 Invoice Submittal
Alameda Point East Housing Area
Demolition and OCP Removal Completion Report
Catellus Task Order No. ERM-2002-15
Invoice # 0095242

Dear Bill:

This letter transmits our invoice for September 2002 activities performed in association with preparation of the Demolition and OCP Removal Completion Report for the former Alameda Point East Housing Area. Major activities covered by this billing period include:

- Summarizing all post-excavation laboratory data into validated tables, and distributing them to DTSC and EBMUD for preliminary review and concurrence;
- Preparing and distributing Requests For Information to Winzler and Kelly and Ferma identifying project information and documentation needs;
- Preparing text and figures to summarize site activities; and
- Ongoing project management.

A summary of project costs associated with the current Catellus task order and a budget summary are presented in the following table.

Environmental
Resources
Management

| Catellus Task Order | Description | Invoice Amount | OCP-Related Costs | Remaining Task Order Budget |
|---|---|---|---|---|
| ERM-02-15 | Demolition and OCP Removal Completion Report, September '02 | $ 7,456.88 | $ 2,982.75 | $ 28,423.12 |

Please do not hesitate to contact me with any questions or comments regarding this invoice. We appreciate the opportunity to assist Catellus with this project and look forward to working together in the future.

Sincerely,

Michael A. Blanchard
*Project Engineer*

MAB/4740.00
Enclosure

cc: Ms. Sandy Stevens, Catellus
Mr. Philip Owen, Catellus
Mr. Mike Quillin, ERM

ERM

ERM-West, Inc. Federal Tax ID No: 52-1346967

1777 Botelho Drive Suite, 260 Walnut Creek, CA 94596-5042 (925) 946-0455 Fax (925) 946-9968

October 28, 2002
Project No: 005000.00
Invoice No: 0095242

Catellus Commerical Group, LLC
Mr. Bill Kennedy
1999 Harrison Street, Suite 2150
Oakland, CA 94612

Project: 005000.00 Demolition and Organochlorine Pesticide

TO#: ERM 02-15
DOCPRW Completion Report

**Professional Services: September 1, 2002 through September 30, 2002**

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Principal Engineer/Geologist/Scientist | | | | |
| Quillin, Michael E. | 16.00 | 146.00 | 2,336.00 | |
| Project Engineer/Geologist/Scientist I | | | | |
| Blanchard, Michael A. | 58.00 | 80.00 | 4,640.00 | |
| Administrative Support | | | | |
| Price, Annie | 0.50 | 42.00 | 21.00 | |
| Totals | 74.50 | | 6,997.00 | |
| **Total Labor** | | | | **6,997.00** |

**Unit Billing**

| | | | | |
|---|---|---|---|---|
| 9/30/02 | Computer Charges | 18.00 Charges @ 10.00 | 180.00 | |
| | **Total Unit Billing** | | **180.00** | **180.00** |

**Other Expenses**

| | | | |
|---|---|---|---|
| Communications Charge | 4.00% of 6,997.00 | 279.88 | |
| **Total Other Expenses** | | **279.88** | **279.88** |

**Total this invoice** **$7,456.88**

Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

ERM

29 April 2003

Mr. Philip Owen
Catellus Development Corporation
1999 Harrison Street, Suite 2150
Oakland, CA 94612

Subject: Organochlorine-Pesticide Related Project Costs
ERM Projects #3421.10, 4740.20, 5000.00, and 5000.10
Catellus Task Orders ERM-02-03A
ERM-02-09
ERM-02-15
ERM-02-15A

Dear Phil:

Pursuant to your request, ERM has reviewed our invoiced project costs associated with the above referenced Task Orders for the period of 1 October 2002 through 31 March 2003. The purpose of this submittal is to quantify costs related directly to organochlorine pesticide (OCP) contamination in soil at the former Alameda Point East Housing Area.

Attached you will find copies of the following documentation supporting the cost allocation:

- Monthly invoices and invoice cover letters submitted to Catellus for payment showing project costs, describing the scope of monthly activities, and enumerating the OCP-related costs for that month;
- Subcontractor invoices related to OCPs; and
- An Organochlorine-Pesticide Related Cost Summary spreadsheet summarizing hourly billing charges and related to OCPs in soil, and quantifying the fraction of total costs associated with OCP removal activities.

Please note that no OCP-related charges were billed to Task Order ERM-02-09 after October 2002. Furthermore, no OCP-related charges were billed to Task Order ERM-02-03 after November 2002. Subsequent invoices submitted under these task orders have been omitted.

Environmental
Resources
Management



Please note that due to the relatively minimal activity on Task Order #ERM-02-03A during the month of September, the charges for this month were held, and were invoiced on 22 November 2002 together with October charges. As this invoice (#0095519) was not included in our preceding OCP cost assessment dated 5 November 2002, both months' OCP-related charges are included in this submittal.

Please do not hesitate to contact me at (925) 946-0455 should you have any questions regarding this submittal.

Sincerely,

Michael A. Blanchard
*Project Engineer*

MAB/4740.20
Enclosures

cc: Bill Kennedy, Catellus Development Corporation
Sandy Stevens, Catellus Development Corporation
Bill Frink, Harris and Associates
Darrell Handy, City of Alameda
Doug Cole, City of Alameda

*Organochlorine-Pesticide Related Cost Summary*
*1 October 2002 - 1 April 2003*
*Catellus Development Corporation*

| Invoice | Task Order | Invoice month | Personnel | OCP-related hours | Billing Rate | OCP-related Subtotal | Fraction of total invoice |
|---|---|---|---|---|---|---|---|
| 95512 | ERM-02-09 | October 2002 | Mike Quillin | 1.5 | $141 | $211.50 | 9% |
| | | | Mike Blanchard | 1.5 | $84 | $126.00 | |
| | | | Project Costs | -- | -- | $19.72 | |
| | | | | *Invoice total:* | | *$357.22* | |
| 95518 | ERM-02-15 | October 2002 | Mike Quillin | 1 | $141 | $141.00 | 40% |
| | | | Mike Blanchard | 31 | $84 | $2,604.00 | |
| | | | Donald Ludlam | 3 | $84 | $252.00 | |
| | | | Beverly Bonomi | 1.5 | $40 | $60.00 | |
| | | | Project Costs | -- | -- | $589.80 | |
| | | | | *Invoice total:* | | *$3,646.80* | |
| 95519 | ERM-02-03A | September - October '02 | Mike Blanchard | 3 | $84 | $252.00 | 7% |
| | | | Project Costs | -- | -- | $10.08 | |
| | | | | *Invoice total:* | | *$262.08* | |
| 95830 | ERM-02-03A | November '02 | Mike Blanchard | 4.5 | $84 | $378.00 | 17% |
| | | | Project Costs | -- | -- | $28.00 | |
| | | | | *Invoice total:* | | *$406.00* | |
| 96663 | ERM-02-15 | December '02 through February '03 | Mike Quillin | 1 | $146 | $146.00 | 40% |
| | | | Mike Blanchard | 4.5 | $87 | $391.50 | |
| | | | Johnet Estrada | 4 | $87 | $348.00 | |
| | | | Beverly Bonomi | 2 | $42 | $84.00 | |
| | | | Project Costs | -- | -- | $464.32 | |
| | | | | *Invoice total:* | | *$1,433.82* | |
| 96664 | ERM-02-15A | December '02 through February '03 | Mike Quillin | 3 | $146 | $438.00 | 40% |
| | | | Mike Blanchard | 6 | $87 | $522.00 | |
| | | | Project Costs | -- | -- | $118.00 | |
| | | | | *Invoice total:* | | *$1,078.00* | |
| 96950 | ERM-02-15A | March '03 | Mike Blanchard | 3.5 | $87 | $304.50 | 40% |
| | | | Project Costs | -- | -- | $3.13 | |
| | | | | *Invoice total:* | | *$307.63* | |

| | |
|---|---|
| *TOTAL OCP-RELATED COSTS* | *$7,491.55* |

ERM

ERM-West, Inc. Federal Tax ID No: 52-1346967

1777 Botelho Drive Suite, 260 Walnut Creek, CA 94596-5042 (925) 946-0455 Fax (925) 946-9968

March 27, 2003
Project No: 005000.10
Invoice No: 0096664

Catellus Commerical Group, LLC
Mr. Bill Kennedy
1999 Harrison Street, Suite 2150
Oakland, CA 94612

Project: 005000.10

ERM-02-15A
Demolition and Organochloride Pesticide Removal Completion Report

**Professional Services: December 1, 2002 through February 28, 2003**

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Principal Engineer/Geologist/Scientist | | | | |
| Quillin, Michael E. | 7.00 | 146.00 | 1,022.00 | |
| Project Engineer/Geologist/Scientist II | | | | |
| Blanchard, Michael A. | 17.00 | 87.00 | 1,479.00 | |
| Administrative Support | | | | |
| Bonomi, Beverley | 2.00 | 42.00 | 84.00 | |
| Totals | 26.00 | | 2,585.00 | |
| **Total Labor** | | | | **2,585.00** |

**Reimbursable Expenses**

| | | |
|---|---|---|
| Economy Bond/Plotter Logs | 6.60 | |
| **Total Reimbursables** | **6.60** | **6.60** |

**Other Expenses**

| | | | |
|---|---|---|---|
| Communications Charge | 4.00% of 2,585.00 | 103.40 | |
| **Total Other Expenses** | | **103.40** | **103.40** |

| | |
|---|---|
| **Total this invoice** | **$2,695.00** |

Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

ERM.

29 April 2003

Mr. Bill Kennedy
Director of Construction
Catellus Development Corporation
1999 Harrison Street, Suite 2150
Oakland, California 94612

Subject: March 2003 Invoice Submittal
*Demolition and Organochlorine Pesticide Removal Completion Report* Preparation
Catellus Task Order No. ERM-02-15A
Invoice #0096950

Dear Bill:

This letter transmits our invoice for March 2003 for preparation of the *Demolition and Organochlorine Pesticide Removal Completion Report*. Major activities covered by this billing period include:

- Suggesting language for and soliciting internal commentary on DTSC's letter of concurrence to the *Completion Report*. The DTSC concurrence letter was dated 4 April 2003 and included in the final report as Appendix A.
- Performing final document quality assurance/quality control;
- Obtaining waste disposal manifests from Winzler and Kelly and producing a compact disc appendix for inclusion in the *Completion Report;* and
- Ongoing project management.

A summary of project costs associated with the current Catellus task order and a budget summary are presented in the following table. AIA Documents G702 and G703 are also attached, and provide a summary of all outstanding ERM Task Orders.

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

ERM

| Catellus Task Order | Description | Invoice Amount | OCP-Related Costs | Remaining Task Order Budget |
|---|---|---|---|---|
| ERM-02-15A | *Demolition and Organochlorine Pesticide Removal Completion Report* March '03 | $ 769.08 | $307.63 | $ 1,926.92 |

Hopefully you have received your final *Demolition and Organochlorine Pesticide Removal Completion Report,* published on 10 April 2003. Charges related to document production and distribution will appear on our April 2003 invoice, which will be the final invoice submitted under this Task Order. We anticipate full utilization of the funds allocated under this Task Order.

Please do not hesitate to contact me with any questions or comments regarding this invoice. We appreciate the opportunity to assist Catellus with this project and look forward to working together in the future.

Sincerely,

Michael A. Blanchard
*Project Engineer*

MAB/5000.10
Enclosure

cc: Ms. Sandy Stevens, Catellus
Mr. Philip Owen, Catellus
Ms. Karen Bey, Catellus
Mr. Mike Quillin, ERM

ERM

ERM-West, Inc. Federal Tax ID No: 52-1346967

1777 Botelho Drive Suite, 260 Walnut Creek, CA 94596-5042 (925) 946-0455 Fax (925) 946-9968

April 29, 2003
Project No: 005000.10
Invoice No: 0096950

Catelius Commerical Group, LLC
Mr. Bill Kennedy
1999 Harrison Street, Suite 2150
Oakland, CA 94612

Project: 005000.10

ERM-02-15A
Demolition and Organochloride Pesticide Removal Completion Report

**Professional Services: March 1, 2003 through March 31, 2003**

| Professional Personnel | Hours | Rate | Amount | |
|---|---|---|---|---|
| Project Engineer/Geologist/Scientist II | | | | |
| Blanchard, Michael A. | 8.50 | 87.00 | 739.50 | |
| Totals | 8.50 | | 739.50 | |
| **Total Labor** | | | | **739.50** |
| **Other Expenses** | | | | |
| Communications Charge | 4.00% of 739.50 | | 29.58 | |
| **Total Other Expenses** | | | **29.58** | **29.58** |
| | | | **Total this invoice** | **$769.08** |

# PLICATION AND CERTIFICATION FOR PAYMENT

*AIA DOCUMENT G702* PAGE ONE OF PAGES

'WNER: Catellus Development, 1999 Harrision Street Suite 2150, Oakland, CA 94612

PROJECT: Catellus / Alameda Residental Phase I Demo & BBI

APPLICATION NO: 22

PERIOD TO: 02/28/03

Distribution to:
- [ ] OWNER (D. Cole)
- [ ] ARCHITECT
- [ ] CONSULTANT
- [X] CATELLUS ( P. Owen)
- [ ]

M CONSULTANT: Environmental Resources Management, 1777 Botelho Drive, Suite 260, Walnut Creek, CA 94596

VIA ARCHITECT: N/A

PROJECT NOS: 4740.10 & .20, 5000.00 & .10

TRACT FOR: Environmental Technical Services

CONTRACT DATE: 01/15/02

## NSULTANT'S APPLICATION FOR PAYMENT

:ation is made for payment, as shown below, in connection with the approved EA. iuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| :IGINAL CONTRACT SUM (approved EA's) | $ | 17,204.00 |
| t change by Change Orders (approved EA's) | $ | 251,719.00 |
| :NTRACT SUM TO DATE (Line 1 ± 2) | $ | 268,923.00 |
| 'TAL COMPLETED & STORED TO DATE (Column J on G703) | $ | 212,126.70 |
| ~~TAINAGE:~~ | | |
| ~~0% of Completed Work (Column G + H on G703)~~ $ | | |
| ~~0% of Stored Material (Column I on G703)~~ $ | | |
| ~~Total Retainage (Lines 5a + 5b or Total in Column L of G703)~~ | $ | |
| 'TAL EARNED LESS RETAINAGE (Line 4 Less Line 5 Total) | $ | 212,126.70 |
| SS PREVIOUS CERTIFICATES FOR YMENT (Line 6 from prior Certificate) | | $203,918.95 |
| **URRENT PAYMENT DUE** | $ | **8,207.75** |
| LANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | $ | 56,796.30 |

| (EA) CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| al changes approved revious months by Owner | 251,719.00 | 0.00 |
| al approved this Month | 0.00 | |
| TALS | 251,719.00 | 0.00 |
| T CHANGES by Approved EA | 251,719.00 | |

The undersigned Consultant certifies that to the best of the Consultant's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONSULTANT: ERM- West, Inc.

By: [signature] Date: 04/29/03

~~State of:~~ ~~County of:~~
~~Subscribed and sworn to before me this~~ ~~day of~~
~~Notary Public:~~
~~My Commission expires:~~

## ~~ARCHITECT'S CERTIFICATE FOR PAYMENT~~

~~In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.~~

~~AMOUNT CERTIFIED ........ $~~

~~*(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)*~~
~~ARCHITECT:~~

~~By:~~ ~~Date:~~

~~This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.~~

UMENT G702 · APPLICATION AND CERTIFICATION FOR PAYMENT · 1992 EDITION · AIA · ©1992 THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292
: may obtain validation of this document by requesting a completed AIA Document D401 - Certification of Document's Authenticity from the Licensee.

# CONTINUATION SHEET

*AIA DOCUMENT G703*

PAGE OF PAGES

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column L on Contracts where variable retainage for line items may apply.

APPLICATION NO: 23
APPLICATION DATE: 04/29/03
PERIOD TO: 03/31/03
CONSULTANTS PROJECT NO: 4740.20, 5000.10

| A | B | C | D | E | F | G | H | I | J | | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | WORK COMPLETED | | | | | | |
| ITEM NO. | DESCRIPTION OF WORK | Unit Measure | Unit Price | # of Units | SCHEDULED VALUE (D x E) | TOTAL FROM PREVIOUS APPLICATION | TOTAL THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN G OR H) | TOTAL COMPLETED AND STORED TO DATE (G+H+I) | % (J ÷ F) | BALANCE TO FINISH (F - J) | RETAINAGE 0% |
| 00001 | Task Order ERM 2001-12 - East Housing, Marsh Crust Investigation ERM Project No. 4614.00 | EA | 17,204.00 | 1 | 17,204.00 | 17,204.00 | 0.00 | 0.00 | 17,204.00 | 100% | 0.00 | 0.00 |
| 00002 | Task Order ERM 2001-13 - Backbone Infrastructure, Marsh Crust Investigation ERM Project No. 4615.00 | EA | 9,135.00 | 1 | 9,135.00 | 7,970.55 | 0.00 | 0.00 | 7,970.55 | 87% | 1,164.45 | 0.00 |
| 00003 | Task Order ERM 2002-03 - Environmental Technical Support and Implementation of SMP from Jan-02 to Apr-02, ERM Project No. 4740.00 | EA | 66,061.00 | 1 | 66,061.00 | 66,061.00 | 0.00 | | 66,061.00 | 100% | 0.00 | 0.00 |
| 00004 | Task Order ERM 2002-03A - Environmental Technical Support and Implementation of SMP from May-02 to Nov-02 ERM Project No. 4740.00 | EA | 58,324.00 | 1 | 58,324.00 | 58,320.24 | 0.00 | | 58,320.24 | 100% | 3.76 | 0.00 |
| 00005 | Task Order ERM 2002-03B - Residential Phase I Affordable Housing Project Post Excavation Sampling ERM Project No. 4740.10 | EA | 7,713.00 | 1 | 7,713.00 | 7,699.02 | 0.00 | | 7,699.02 | 100% | 13.98 | 0.00 |
| 00006 | Task Order ERM 2002-03C - Environmental Technical Services from Jan-03 to Aug-03 ERM Project No. 4740.20 | EA | 69,215.00 | 1 | 69,215.00 | 8,092.38 | 7,438.67 | | 15,531.05 | 22% | 53,683.95 | 0.00 |
| 00007 | Task Order ERM 2002-015 - DOCPRCR ERM Project No. 5000.00 | EA | 35,880.00 | 1 | 35,880.00 | 35,876.76 | 0.00 | | 35,876.76 | 100% | 3.24 | 0.00 |
| 00008 | Task Order ERM 2002-015A - DOCPRCR additional services ERM Project No. 5000.10 | EA | 5,391.00 | 1 | 5,391.00 | 2,695.00 | 769.08 | | 3,464.08 | 64% | 1,926.92 | 0.00 |
| 00009 | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | SUBTOTAL | | | | 268,923.00 | 203,918.95 | 8,207.75 | 0.00 | 212,126.70 | | 56,796.30 | 0.00 |
| | Applicable Gross Receipts Tax @ 0.0% | % | 0.00 | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| | TOTALS | | | | $268,923.00 | $203,918.95 | $8,207.75 | $0.00 | $212,126.70 | 79% | $56,796.30 | $0.00 |

Users may obtain validation of this document by requesting of the license a completed AIA Document D401 - Certification of Document's Authenticity

ERM

ERM-West, Inc. Federal Tax ID No: 52-1346967

1777 Botelho Drive Suite, 260 Walnut Creek, CA 94596-5042 (925) 946-0455 Fax (925) 946-9968

November 22, 2002
Project No: 004740.00
Invoice No: 0095519

Ms. Sandra Stevens
Catellus Development Corporation
201 Mission Street, 2nd floor
San Francisco, CA 94105

Project: 004740.00 FISC Alameda Site Mgmt. Plan Implement.

Catellus Task Order No: ERM 2002-03A

**Professional Services: September 1, 2002 through October 31, 2002**

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Principal Engineer/Geologist/Scientist | | | | |
| Quillin, Michael E. | 0.50 | 141.00 | 70.50 | |
| Project Engineer/Geologist/Scientist II | | | | |
| Blanchard, Michael A. | 30.00 | 84.00 | 2,520.00 | |
| Grant, Amy | 0.50 | 84.00 | 42.00 | |
| Administrative Support | | | | |
| Bonomi, Beverley | 4.50 | 40.00 | 180.00 | |
| Link, Jeanie | 0.50 | 40.00 | 20.00 | |
| Price, Annie | 1.00 | 40.00 | 40.00 | |
| Yeghiazarian, Juliet | 0.50 | 40.00 | 20.00 | |
| Totals | 37.50 | | 2,892.50 | |
| **Total Labor** | | | | **2,892.50** |

| | | | |
|---|---|---|---|
| **Reimbursable Expenses** | | | |
| Auto Expenses & Rental | | 41.98 | |
| Equipment Exp & Rental | | 143.75 | |
| Project Supplies | | 88.19 | |
| **Total Reimbursables** | | **273.92** | **273.92** |
| **Unit Billing** | | | |
| 9/30/02 Computer Charges | 34.50 Charges @ 10.00 | 345.00 | |
| 10/31/02 Computer Charges | 14.00 Charges @ 10.00 | 140.00 | |
| **Total Unit Billing** | | **485.00** | **485.00** |
| **Other Expenses** | | | |
| Communications Charge | 2.00% of 2,877.50 | 57.55 | |
| Health & Safety Charges | 2.00% of 2,877.50 | 57.55 | |
| **Total Other Expenses** | | **115.10** | **115.10** |

**Total this invoice** **$3,766.52**

Terms: Net 30 days -- Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 9459r
(925) 946-0455
(925) 946-9968 (fax)

ERM

30 December 2002

Ms. Sandy Stevens
Associate Vice President, Environmental Services
Catellus Development Corporation
201 Mission Street, 2nd Floor
San Francisco, California 94105

Subject: November 2002 Invoice Submittal
Alameda Point East Housing Area Demolition
Site Management Plan Implementation
Catellus Task Order No. ERM-2002-03A
Invoice # 0095830

Dear Ms. Stevens:

This letter transmits our invoice for November 2002 activities performed in association with overseeing implementation of the Site Management Plan (SMP) during demolition at the former Alameda Point East Housing Area (EHA). Major activities covered by this billing period include:

- Reviewing site compliance with the Storm Water Pollution Prevention Plan (SWPPP) prior to the start of rainy season and site winterization;
- Measuring the pH of effluent in the storm sewer system, evaluating the potential for stockpiled aggregate materials to adversely impact storm water clarity and alkalinity, and researching mitigation measures;
- Collecting samples from site storm water conveyances and submitting them for laboratory analysis of organochlorine pesticides and total suspended solids;
- Preparing and submitting the 9 December 2002 *SWPPP Compliance Activities, Bayport Residential Phase I Development, Alameda, California* report to transmit findings from the above activities to Catellus; and
- Ongoing project management.

A summary of project costs associated with the current Catellus task order and a budget summary are presented in the following table.

Environmental
Resources
Management

| Catellus Task Order | Description | Invoice Amount | OCP-Related Costs | Remaining Task Order Budget |
|---|---|---|---|---|
| ERM-02-03A | FISC Alameda Site Management Plan Implementation, November 2002 | $ 2,454.31 | $ 406.00 | $ 2,429.53 |

Please do not hesitate to contact me with any questions or comments regarding this invoice. We appreciate the opportunity to assist Catellus with this project and look forward to working together in the future.

Sincerely,

Michael A. Blanchard
*Project Engineer*

MAB/4740.00
Enclosure

cc: Mr. Bill Kennedy, Catellus
Mr. Philip Owen, Catellus
Mr. Mike Quillin, ERM

ERM

ERM-West, Inc.

Federal Tax ID No: 52-1346967

1777 Botelho Drive Suite, 260 Walnut Creek, CA 94596-5042 (925) 946-0455 Fax (925) 946-9968

December 30, 2002
Project No: 004740.00
Invoice No: 0095830

Ms. Sandra Stevens
Catellus Development Corporation
201 Mission Street, 2nd floor
San Francisco, CA 94105

Project: 004740.00 FISC Alameda Site Mgmt. Plan Implement.

Catellus Task Order No: ERM 2002-03A

**Professional Services: November 1, 2002 through November 30, 2002**

| **Professional Personnel** | **Hours** | **Rate** | **Amount** | |
|---|---|---|---|---|
| Project Engineer/Geologist/Scientist II | | | | |
| Blanchard, Michael A. | 18.00 | 84.00 | 1,512.00 | |
| Project Facilitator | | | | |
| Medina, Liza H. | 2.50 | 55.00 | 137.50 | |
| Parks, Lynn M | 0.50 | 55.00 | 27.50 | |
| Administrative Support | | | | |
| Bonomi, Beverley | 1.00 | 40.00 | 40.00 | |
| Christie, Nicole | 0.50 | 40.00 | 20.00 | |
| Intern / Clerk | | | | |
| Barruel, Chastity | 0.50 | 24.00 | 12.00 | |
| Totals | 23.00 | | 1,749.00 | |
| **Total Labor** | | | | 1,749.00 |
| **Consultants** | | | | |
| Curtis & Tompkins Ltd/Lab | | | 379.50 | |
| **Total Consultants** | | | **379.50** | 379.50 |
| **Reimbursable Expenses** | | | | |
| Auto Expenses & Rental/M. Blanchard/Mileage | | | 5.88 | |
| Equipment Exp & Rental/Equipco | | | 57.50 | |
| Equipment Exp - In House/Truck Usage | | | 95.00 | |
| Project Supplies/Ice | | | 2.47 | |
| **Total Reimbursables** | | | **160.85** | 160.85 |
| **Unit Billing** | | | | |
| 11/30/02 Computer Charges | | 9.50 Charges @ 10.00 | 95.00 | |
| **Total Unit Billing** | | | **95.00** | 95.00 |
| **Other Expenses** | | | | |
| Communications Charge | | 2.00% of 1,749.00 | 34.98 | |
| Health & Safety Charges | | 2.00% of 1,749.00 | 34.98 | |
| **Total Other Expenses** | | | **69.96** | 69.96 |
| | | | **Total this invoice** | **$2,454.31** |

Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

ERM.

27 March 2003

Mr. Bill Kennedy
Construction Manager
Catellus Development Corporation
1999 Harrison Street, Suite 2150
Oakland, California 94612

Subject: December 2002 – February 2003 Invoice Submittal
Alameda Point East Housing Area
Demolition and OCP Removal Completion Report
Catellus Task Order Nos. ERM-2002-15/15A
Invoices # 096663 and 096664

Dear Bill:

This letter transmits our invoices for December 2002 through February 2003, for activities performed in association with preparation of the Demolition and OCP Removal Completion Report for the former Alameda Point East Housing Area.

Major activities covered by this billing period include.

- Incorporating laboratory results and discussion of the Residential Phase I Affordable Housing Project post-excavation sampling effort into the Completion Report;
- Soliciting and incorporating comments from the internal project group into the Completion Report;
- Submitting a final draft of the Completion Report to DTSC for review and comment, and discussing the timeline for finalization and our expectation of a letter of concurrence;
- Digitizing post-excavation laboratory data packets provided by Winzler and Kelly into a digital library for inclusion in the Completion Report as an appendix on compact disc;
- Finalizing text, figures, tables, and appendices to document site activities; and
- Ongoing project management.

Environmental
Resources
Management

Based on our ongoing discussion with Henry Wong at the California Department of Toxic Substances Control, we anticipate finalization and distribution of the Completion Report in mid-April 2003. To date we have not received the final Winzler and Kelly reports summarizing demolition and soil removal; please be aware that this information will be omitted from our digital library appendix unless received prior to finalization of ERM's Completion Report.

A summary of project costs associated with Catellus task order ERM-2002-15 and a budget summary are presented in the following table.

| Catellus Task Order | Description | Invoice Amount | OCP-Related Costs | Remaining Task Order Budget |
|---|---|---|---|---|
| ERM-02-15 | Demolition and OCP Removal Completion Report, December '02 through February '03 | $ 3,584.55 | $ 1,433.82 | $ 3.24 |

As shown above, this task order authorization has been fully utilized, and invoice #0096663 will be the last submitted under Task Order ERM-2002-15. Additional activities required for finalization of the Completion Report will be performed under Task Order ERM-02-15A, a budget summary for which is shown below.

| Catellus Task Order | Description | Invoice Amount | OCP-Related Costs | Remaining Task Order Budget |
|---|---|---|---|---|
| ERM-02-15A | Demolition and OCP Removal Completion Report, December '02 through February '03 | $ 2,695.00 | $ 1,078.00 | $ 2,696.00 |

Thank you for your assistance in processing this task order amendment. Additional information summarizing ERM task orders is included on the attached AIA Document G703.

Please do not hesitate to contact me with any questions or comments regarding these invoices. We appreciate the opportunity to assist Catellus with this project and look forward to working together in the future.

Sincerely,

Michael A. Blanchard
*Project Engineer*

MAB/5000.00, 5000.10
Enclosure

cc: Ms. Sandy Stevens, Catellus
Mr. Philip Owen, Catellus
Ms. Karen Bey, Catellus
Mr. Mike Quillin, ERM

ERM

ERM-West, Inc. Federal Tax ID No: 52-1346967

1777 Botelho Drive Suite, 260 Walnut Creek, CA 94596-5042 (925) 946-0455 Fax (925) 946-9968

March 27, 2003
Project No: 005000.00
Invoice No: 0096663

Catellus Commerical Group, LLC
Mr. Bill Kennedy
1999 Harrison Street, Suite 2150
Oakland, CA 94612

Project: 005000.00

ERM-02-15
Demolition and Organochloride Pesticide Removal Completion Report

**Professional Services: December 1, 2002 through February 28, 2003**

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Principal Engineer/Geologist/Scientist | | | | |
| Quillin, Michael E. | 2.00 | 146.00 | 292.00 | |
| Project Engineer/Geologist/Scientist II | | | | |
| Blanchard, Michael A. | 11.50 | 87.00 | 1,000.50 | |
| Estrada, Johnet | 10.00 | 87.00 | 870.00 | |
| Ludlam, Donald | 3.50 | 87.00 | 304.50 | |
| Project Facilitator | | | | |
| Kimmel, Karen E | 0.50 | 57.00 | 28.50 | |
| Medina, Liza H. | 0.50 | 57.00 | 28.50 | |
| Administrative Support | | | | |
| Bonomi, Beverley | 4.50 | 42.00 | 189.00 | |
| Link, Jeanie | 0.50 | 42.00 | 21.00 | |
| Price, Annie | 0.50 | 42.00 | 21.00 | |
| Totals | 33.50 | | 2,755.00 | |
| **Total Labor** | | | | **2,755.00** |

**Reimbursable Expenses**

| | | | |
|---|---|---|---|
| Economy Bond/Plotter Log | | 6.60 | |
| **Total Reimbursables** | | **6.60** | **6.60** |

**Unit Billing**

| | | | | |
|---|---|---|---|---|
| 12/31/02 | AutoCAD Computer Charges | 12.00 Charges @ 25.00 | 300.00 | |
| Color Copies 11x17 | | | 22.75 | |
| 12/31/02 | Computer Charges | 21.50 Charges @ 10.00 | 215.00 | |
| 1/31/03 | Computer Charges | 14.00 Charges @ 10.00 | 140.00 | |
| 1/31/03 | Computer Charges | 3.50 Charges @ 10.00 | 35.00 | |
| | **Total Unit Billing** | | **712.75** | **712.75** |

**Other Expenses**

| | | | |
|---|---|---|---|
| Communications Charge | 4.00% of 2,755.00 | 110.20 | |
| **Total Other Expenses** | | **110.20** | **110.20** |

**Total this invoice** **$3,584.55**

Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

ERM

22 November 2002

Ms. Sandy Stevens
Associate Vice President, Environmental Services
Catellus Development Corporation
201 Mission Street, Second Floor
San Francisco, California 94105

Subject: October 2002 Invoice Submittal
Alameda FISC Technical Support
Task Order No. ERM-02-09
ERM Project No. 3421.10

Dear Sandy:

This letter transmits our invoice for October 2002 activities performed in association with the Alameda FISC project. The activities covered by this billing period include:

- Preparing for and attending the 8 October 2002 monthly meetings of the Alameda FISC Restoration Advisory Board (RAB) and BRAC Closure Team (BCT);
- Preparing for and attending the 30 October 2002 Bayport In-Tract/Backbone status meeting at Catellus' Oakland offices;
- Continuing oversight and coordination associated with implementation of the *Demolition and Organochlorine Pesticide Removal Workplan* (DOCPRW) and *Site Management Plan* (SMP);
- Coordinating on specific project-related issues with various Catellus staff; and
- Project oversight.

A summary of project costs associated with the current Catellus task order and a budget summary are presented in the following table. As requested, costs attributable to OCP removal activities have been identified to facilitate future insurance claim preparation.

Environmental
Resources
Management

Ms. Sandra Stevens
22 November 2002
Page 2

| Catellus Task Order | Description | Invoice Amount | OCP-Related Costs | Remaining Task Order Budget |
|---|---|---|---|---|
| ERM-02-09 | FISC Technical Assistance, Jan – Dec 2002 | $ 3,836.89 | $ 357.22 | $ 8,530.48 |

Please contact me with any questions or comments regarding the invoice. Thank you for the opportunity to assist Catellus with this project.

Sincerely,

Michael E. Quillin, R.G.
*Principal*

MEQ/3421.10
Enclosure
cc: Mr. Mark Ransom, ERM

ERM

ERM-West, Inc. Federal Tax ID No: 52-1346967

1777 Botelho Drive Suite, 260 Walnut Creek, CA 94596-5042 (925) 946-0455 Fax (925) 946-9968

November 22, 2002
Project No: 003421.10
Invoice No: 0095512

Ms. Sandra Stevens
Catellus Development Corporation
201 Mission Street, 2nd floor
San Francisco, CA 94105

Project: 003421.10 Technical Support - Alameda FISC

Task Order No. ERM-02-09

**Professional Services: October 1, 2002 through October 31, 2002**

| | | | | |
|---|---|---|---|---|
| **Professional Personnel** | | | | |
| | **Hours** | **Rate** | **Amount** | |
| Principal Engineer/Geologist/Scientist | | | | |
| Quillin, Michael E. | 20.00 | 141.00 | 2,820.00 | |
| Project Engineer/Geologist/Scientist II | | | | |
| Blanchard, Michael A. | 2.50 | 84.00 | 210.00 | |
| Project Facilitator | | | | |
| McClure, Lorraine | 3.00 | 55.00 | 165.00 | |
| Medina, Liza H. | 1.00 | 55.00 | 55.00 | |
| Administrative Support | 4.50 | 40.00 | 180.00 | |
| Totals | 31.00 | | 3,430.00 | |
| **Total Labor** | | | | 3,430.00 |
| **Reimbursable Expenses** | | | | |
| Auto Expenses & Rental | M. Quillin/Mileage/Parking | | 49.86 | |
| Federal Express | Postage & Delivery | | 13.73 | |
| **Total Reimbursables** | | | 63.59 | 63.59 |
| **Unit Billing** | | | | |
| Color Copies 8.5x11 | | | 11.25 | |
| Color Copies 8.5x11 | | | 11.25 | |
| 10/31/02 Computer Charges | 11.50 Charges @ 10.00 | | 115.00 | |
| **Total Unit Billing** | | | 137.50 | 137.50 |
| **Other Expenses** | | | | |
| Health & Safety Charges | 2.00% of 3,430.00 | | 68.60 | |
| Communications Charge | 4.00% of 3,430.00 | | 137.20 | |
| **Total Other Expenses** | | | 205.80 | 205.80 |
| | | | **Total this invoice** | $3,836.89 |

Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

ERM

22 November 2002

Mr. Bill Kennedy
Construction Manager
Catellus Development Corporation
1999 Harrison Street, Suite 2150
Oakland, California 94612

Subject: October 2002 Invoice Submittal
Alameda Point East Housing Area
Demolition and OCP Removal Completion Report
Catellus Task Order No. ERM-2002-15
Invoice # 0095518

Dear Bill:

This letter transmits our invoice for October 2002 activities performed in association with preparation of the Demolition and OCP Removal Completion Report for the former Alameda Point East Housing Area. Major activities covered by this billing period include:

- Summarizing all post-excavation laboratory data into validated tables, and distributing them to DTSC and EBMUD for review and concurrence;
- Digitizing utility demolition information obtained from Ferma's as-built drawings, and overlaying this data onto CAD files obtained from BKF and Treadwell and Rollo;
- Preparing text, figures, and tables to summarize site activities; and
- Ongoing project management.

A summary of project costs associated with the current Catellus task order and a budget summary are presented in the following table.

| Catellus Task Order | Description | Invoice Amount | OCP-Related Costs | Remaining Task Order Budget |
|---|---|---|---|---|
| ERM-02-15 | Demolition and OCP Removal Completion Report, November '02 | $ 9,117.01 | $ 3646.80 | $ 19,306.11 |

A preliminary draft of the report is currently undergoing ERM's internal review and quality assurance/quality control process, and the sole outstanding data are the results of post-excavation soil sampling in the Residential Phase I portion of the Affordable Housing Project, a Task Order Amendment for which (ERM-02-03B) is currently being processed by Catellus. I anticipate that a draft of the report will be available for Catellus review two weeks after the completion of sampling activities.

Please do not hesitate to contact me with any questions or comments regarding this invoice. We appreciate the opportunity to assist Catellus with this project and look forward to working together in the future.

Sincerely,

Michael A. Blanchard
*Project Engineer*

MAB/4740.00
Enclosure

cc: Ms. Sandy Stevens, Catellus
Mr. Philip Owen, Catellus
Mr. Mike Quillin, ERM

ERM

ERM-West, Inc. Federal Tax ID No: 52-1346967

1777 Botelho Drive Suite, 260 Walnut Creek, CA 94596-5042 (925) 946-0455 Fax (925) 946-9968

November 22, 2002
Project No: 005000.00
Invoice No: 0095518

Catellus Commerical Group, LLC
Mr. Bill Kennedy
1999 Harrison Street, Suite 2150
Oakland, CA 94612

Project 005000.00 Demolition and Organochlorine Pesticide

TO#: ERM 02-15
DOCPRW Completion Report

**Professional Services: October 1, 2002 through October 31, 2002**

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Principal Engineer/Geologist/Scientist | | | | |
| Quillin, Michael E. | 3.00 | 141.00 | 423.00 | |
| Project Engineer/Geologist/Scientist II | | | | |
| Blanchard, Michael A. | 79.00 | 84.00 | 6,636.00 | |
| Estrada, Johnet | 2.00 | 84.00 | 168.00 | |
| Grant, Amy | 0.50 | 84.00 | 42.00 | |
| Ludlam, Donald | 5.00 | 84.00 | 420.00 | |
| Project Facilitator | | | | |
| Medina, Liza H. | 0.50 | 55.00 | 27.50 | |
| Administrative Support | | | | |
| Bonomi, Beverley | 3.00 | 40.00 | 120.00 | |
| Link, Jeanie | 0.50 | 40.00 | 20.00 | |
| Totals | 93.50 | | 7,856.50 | |
| **Total Labor** | | | | **7,856.50** |

**Unit Billing**

| | | | | |
|---|---|---|---|---|
| 10/31/02 AutoCAD Computer Charges | 5.00 Charges @ 25.00 | 125.00 | |
| Color Copies 8.5x11 | | 1.25 | |
| 10/31/02 Computer Charges | 82.00 Charges @ 10.00 | 820.00 | |
| **Total Unit Billing** | | **946.25** | **946.25** |

**Other Expenses**

| | | | |
|---|---|---|---|
| Communications Charge | 4.00% of 7,856.50 | 314.26 | |
| **Total Other Expenses** | | **314.26** | **314.26** |

**Total this invoice** **$9,117.01**

Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

ERM

22 November 2002

Ms. Sandy Stevens
Associate Vice President, Environmental Services
Catellus Development Corporation
201 Mission Street, 2nd Floor
San Francisco, California 94105

Subject: September – October 2002 Invoice Submittal
Alameda Point East Housing Area Demolition
Site Management Plan Implementation
Catellus Task Order No. ERM-2002-03A
Invoice # 0095519

Dear Ms. Stevens:

This letter transmits our invoice for September and October 2002 activities performed in association with overseeing implementation of the Site Management Plan (SMP) during demolition at the former Alameda Point East Housing Area (EHA). Major activities covered by this billing period include:

- Reviewing site compliance with the Storm Water Pollution Prevention Plan (SWPPP) prior to the start of rainy season and site winterization;
- Measuring the pH effluent in the storm sewer system, evaluating the potential for stockpiled aggregate materials to adversely impact storm water clarity and alkalinity, and researching mitigation measures;
- Collecting samples from site storm water conveyances and submitting them for laboratory analysis of organochlorine pesticides and total suspended solids;
- Preparing a memo to transmit findings from the above SWPPP compliance activities to Catellus;
- Investigating the inadvertent stockpiling of crushed concrete atop the Fleet and Industrial Supply Center Oakland Alameda Facility/ Alameda Annex (FISCA) monitoring well S-16, located in IR01, and coordinating future development activities with the US Navy and Shaw Environmental to avoid future such occurrences;

- Scoping, costing, and preparing a Task Order Amendment for post-excavation sampling of the Affordable Housing Project at EHA; and
- Ongoing project management.

A summary of project costs associated with the current Catellus task order and a budget summary are presented in the following table.

| Catellus Task Order | Description | Invoice Amount | OCP-Related Costs | Remaining Task Order Budget |
|---|---|---|---|---|
| ERM-02-03A | FISC Alameda Site Management Plan Implementation, September - October 2002 | $ 3,766.52 | $ 262.08 | $ 4,883.84 |

Please do not hesitate to contact me with any questions or comments regarding this invoice. We appreciate the opportunity to assist Catellus with this project and look forward to working together in the future.

Sincerely,

Michael A. Blanchard
*Project Engineer*

MAB/4740.00
Enclosure

cc: Mr. Bill Kennedy, Catellus
Mr. Philip Owen, Catellus
Mr. Mike Quillin, ERM

15L

CATELLUS

# REQUEST FOR PAYMENT

*(Use this form when expenditures are required but no invoice or other documentation has been received)*

*Note: Please attach this to an Accounts Payable Apron (for Job Cost or Regular A/P) when submitting for payment.*

Amount Requested: $64,300.00 Date: February 21, 2003

Payee Name: Board of Equalization

Payee Address: Environmental Fees Division
P.O. Box 942879
Sacramento, Ca 94279

Reason For Requesting Check:

Hazardous Waste Generator Fee Return due on 2/28/03 or 10% penalties will be assessed.

Requested by: Phil Owens [signature] Date: February 21, 2003
Print Name

Approved by: Date:
Signature

Bill Kennedy [signature]
Print Name

☐ Budgeted
☐ Unbudgeted

the Provide written authorization for shortfall from City
[initials]

SACRAMENTO, CA 94279-0057

BOARD OF EQUALIZATIO

| BOARD USE ONLY | | |
|---|---|---|
| RR-B/A | AUD | REG |
| RR-OS | FILE | REF |
| EFF | | |

**HAZARDOUS WASTE GENERATOR . . E RETURN**

**DUE ON OR BEFORE** 02/28/03 **FOR** JANUARY - DECEMBER, 2002 9102

HWCA RVHG05 HA EF YOUR ACCOUNT NO. 36-058675 3

BOARD OF EQUALIZATION
ENVIRONMENTAL FEES DIVISION
PO BOX 942879
SACRAMENTO CA 94279-6009

CITY OF ALAMEDA
1999 HARRISON STREET STE 2150
OAKLAND CA 94612

MAKE CHANGES IF NAME OR ADDRESS IS INCORRECT

**READ INSTRUCTION BEFORE PREPARIN**

BAIN BRIDGE AVE 984
CAC002466799

***If you are registered to make your payment by electronic funds transfer (EFT), you must still file your return timely. You can mail your return in the envelope provided or fax it to 916-327-0859. To register to make payments via EFT please contact us at 916-322-9534.***

1. ☐ Please check this box if you no longer generate hazardous waste at this site. Enter the date of last generation __________. Your account will be closed as of the date entered. *For consolidated accounts, use the enclosed Schedule G to indicate the date each site last generated waste, if hazardous waste is no longer being generated at that site.*

| | A<br>CLASSIFICATION OF GENERATING SITES<br>(Based on amounts of hazardous waste generated during the calendar year or portion thereof) | | B<br>NUMBER OF SITES<br>(Do not list tonnage) | C<br>AMOUNT OF FEES | D<br>TOTAL FEES DUE<br>(Column B x C) |
|---|---|---|---|---|---|
| 2. | Generators which generate less than 5 tons | 2. | | 0.00 | $ |
| 3. | Generators which generate an amount equal to or more than 5 tons, but less than 25 tons | 3. | | 161.00 | |
| 4. | Generators which generate an amount equal to or more than 25 tons, but less than 50 tons | 4. | | 1286.00 | |
| 5. | Generators which generate an amount equal to or more than 50 tons, but less than 250 tons | 5. | | 3215.00 | |
| 6. | Generators which generate an amount equal to or more than 250 tons, but less than 500 tons | 6. | | 16075.00 | |
| 7. | Generators which generate an amount equal to or more than 500 tons, but less than 1,000 tons | 7. | | 32150.00 | |
| 8. | Generators which generate an amount equal to or more than 1,000 tons, but less than 2,000 tons | 8. | | 48225.00 | |
| 9. | Generators which generate an amount equal to or more than 2,000 tons | 9. | 1 | 64300.00 | 64,300 |
| 10. | Amount of fees *(add lines 2 through 9 in Column D)* | 10. | | | $ |
| 11. | Less prepayment credit | 11. | | | $ |
| 12. | Total fee due *(subtract line 11 from line 10)* | 12. | | | $ |
| 13. | Penalty *(multiply line 12 by 10% (.10) if payment is made after the due date shown above)* | | | PENALTY 13. | $ |
| 14. | Interest of 09% per annum (0.007500 per month) is due if payment is made after the due date. | | | INTEREST 14. | $ |
| 15. | TOTAL AMOUNT DUE AND PAYABLE *(add lines 12, 13 and 14)* | 15. | | | $64,300 |

*I hereby certify that this return, including any accompanying schedules and statements, has been examined by me and to the best of my knowledge and belief is a true, correct and complete return.*

PRINT/TYPE NAME AND TITLE SIGNATURE PHONE NUMBER ( ) DATE

MAKE CHECK OR MONEY ORDER PAYABLE TO STATE BOARD OF EQUALIZATION.

State of California – California Environmental Protection Agency
Department of Toxic Substances Control
P.O. Box 806
Sacramento, CA 95812-0806

Generator Information Services Section
1-877-454-4012 (Calif. Callers Only Toll Free)
or 1-916-255-4439 (Outside Calif.)
www.dtsc.ca.gov

# SCHEDULE A – MANIFEST FEE CALCULATION SHEET (2002 Manifests)

*(See back of this form for sample manifest form.)*

**EPA ID Number:** CAL000250355 **Name of organization:** CITY OF ALAMEDA

From **January 1, 2002 through December 31, 2002,** the Department of Toxic Substances Control recorded the number of California Manifests shown at the right using the EPA ID printed above.

**Non-recycled:** 116

**Recycled:** 7

**(NOTE: There is no fee for solely recycled manifests.)**

## Manifest Fee Calculation:

a. Enter the total number of **non-recycled** manifests from above... 116

b. How many of the **non-recycled** manifests listed on Line a. are non-recycled air compliance solvent manifests.......................... Ø X $3.50 = $ ______

c. Subtract the number of manifests on Line b. from Line a. .......... 116 X $7.50 = $ 870.00

d. No fee due for **recycled** manifests.............................................................$ 0.00

e. Total of Line b. + Line c. ...........................................................................= $ 870.00

Note: The manifest count on Lines b. and c. should equal the count on Line a.

## INSTRUCTIONS FOR COMPLETING SCHEDULE A

1.
- For lines a. – e. above, enter the numbers requested for each line.
- For line b. multiply the number of manifests by $3.50 and record the dollar amount.
- For line c. multiply the number of manifests by $7.50 and record the dollar amount.
- For line e. add dollar amounts of lines b. and c. This total is the manifest fees due for the EPA ID number shown at the top of the page.

2. For this assessment there are three types of manifests: non-recycled, recycled and air compliance solvents manifests. Manifests used *solely* for recycled waste will have a handling code reported as **"01"** or **"R01"** in item K on the manifest form (see circled area on manifest sample on the back of this form). All wastes listed on a manifest must have handling codes of "01" or "R01" to be counted as a solely recycled manifest. You need to pay manifest fees only for non-recycled manifests. There is no fee for recycled manifests.

3. If you believe the manifest totals shown in the box above are incorrect, you may use the manifest total from your own files to calculate the fee. However, please be aware that any difference between the amount you report and the amount printed above is subject to audit by DTSC.

4. On January 1, 1999 many businesses were required to switch from petroleum-based solvents to air compliance solvents (also called water-based cleaners). The fee for manifests used solely for hazardous waste derived from air compliance solvents was reduced from $7.50 to $3.50. Most air compliance solvent waste is now recyclable. Manifests used to ship air compliance solvents that were recycled should not be charged $3.50. The Manifest Fee Calculation above includes air compliance solvent manifests as part of the non-recycled manifest count. Businesses that do not recycle their air compliance solvent waste who desire to use the reduced $3.50 fee must use their internal records to identify manifests used solely for air compliance solvent wastes.

150

**Alameda Demolition Phase 1**
**Alameda General Conditions**
*For the period covering January 1, 2003 thru January 31, 2003*

**Staff Time**

| Name | Title | Employee Monthly Rate | Administer Chlordane Removal % | Chlordane Costs | Other Gen Costs | Total Costs Jan-03 |
|---|---|---|---|---|---|---|
| Bill Kennedy | Construction Director (100%) | $ 17,213.87 | 20% | 3,442.77 | 13,771.10 | 17,213.87 |
| Jim VanSickle | Assistant Vice President Construction (15%) | $ 2,582.08 | | | 2,582.08 | 2,582.08 |
| Phil Owen | Project Engineer (100%) | $ 11,250.83 | 20% | 2,250.17 | 9,000.66 | 11,250.83 |
| Karen Bey | Senior Project Accountant (50%) | $ 4,000.00 | | | 4,000.00 | 4,000.00 |
| Shellie Longfield | Project Administrator (100%) | $ 5,416.67 | 20% | 1,083.33 | 4,333.34 | 5,416.67 |
| **Sub-total staffing:** | | | | $ 6,776.27 | $ 33,687.18 | $ 40,463.45 |
| **Equipment & Maintenance Costs:** | | | | | | |
| Construction Superintendent | | | | - | - | - |
| Norcal moving expenses | | | | - | - | - |
| Permits & Fees | | | | - | - | - |
| Site Work | | | | - | - | - |
| Trailer Rental | | | | - | - | - |
| Power | | | | - | 746.92 | 746.92 |
| Telephone/DSL | | | | - | 175.01 | 175.01 |
| Bathroom/San | | | | - | 521.00 | 521.00 |
| Garbage | | | | - | - | - |
| Furniture | | | | - | 24.68 | 24.68 |
| Furniture set up/moving | | | | - | - | - |
| Office supplies, printing & miscellaneous | | | | - | - | - |
| Misc. Computers, etc. | | | | - | 129.23 | 129.23 |
| Maintenance of interim backbone | | | | - | 185.36 | 185.36 |
| Security | | | | - | - | - |
| | | | | - | - | - |
| **Total Equipment & Maintenance Costs:** | | | | - | 1,782.20 | 1,782.20 |
| **Grand total General Conditions:** | | | | $ 6,776.27 | $ 35,469.38 | $ 42,245.65 |

14-

**Alameda Demolition Phase 1**
**Alameda General Conditions**
*For the period covering December 1, 2002 thru December 31, 2002*

**Staff Time**

| Name | Title | Employee Monthly Rate | Administer Chlordane Removal % | Chlordane Costs | Other Gen Costs | Total Costs Oct-02 |
|---|---|---|---|---|---|---|
| Bill Kennedy | Construction Director (100%) | $17,213.87 | 30% | 5,164.16 | 12,049.71 | 17,213.87 |
| Jim VanSickle | Assistant Vice President Construction (15%) | $ 2,582.08 | 30% | 774.62 | 1,807.46 | 2,582.08 |
| Phil Owen | Project Engineer (100%) | $11,250.83 | 30% | 3,375.25 | 7,875.58 | 11,250.83 |
| Karen Bey | Senior Project Accountant (50%) | $ 4,000.00 | 30% | 1,200.00 | 2,800.00 | 4,000.00 |
| Shellie Longfield | Project Administrator (100%) | $ 5,416.67 | 30% | 1,625.00 | 3,791.67 | 5,416.67 |
| **Sub-total staffing:** | | | | $ 12,139.04 | $ 28,324.42 | $ 40,463.45 |
| **Equipment & Maintenance Costs:** | | | | | | |
| Construction Superintendent (December) | | | | - | 8,100.00 | 8,100.00 |
| Norcal moving expenses | | | | - | - | - |
| Permits & Fees | | | | - | - | - |
| Site Work | | | | - | - | - |
| Trailer Rental | | | | - | 746.92 | 746.92 |
| Power | | | | - | 401.21 | 401.21 |
| Telephone/DSL | | | | - | 2,279.52 | 2,279.52 |
| Bathroom/San | | | | - | 110.32 | 110.32 |
| Furniture | | | | - | - | - |
| Furniture set up/moving | | | | - | - | - |
| Office supplies, printing & miscellaneous | | | | - | 2,677.16 | 2,677.16 |
| Misc. Computers, etc. | | | | - | 360.03 | 360.03 |
| Maintenance of interim backbone | | | | - | - | - |
| Security | | | | - | - | - |
| **Total Equipment & Maintenance Costs:** | | | | - | 14,675.16 | 14,675.16 |
| **Grand total General Conditions:** | | | | $ 12,139.04 | $ 42,999.58 | $ 55,138.61 |

3F

**Alameda Demolition Phase 1**
**Alameda General Conditions**
*For the period covering November 1, 2002 thru November 30, 2002*

| **Staff Time** | | **Employee Monthly Rate** | **Administer Chlordane Removal %** | **Chlordane Costs** | **Other Gen Costs** | **Total Costs Oct-02** |
|---|---|---|---|---|---|---|
| **Name** | **Title** | | | | | |
| Bill Kennedy | Construction Director (100%) | $17,213.87 | 30% | 5,164.16 | 12,049.71 | 17,213.87 |
| Jim VanSickle | Assistant Vice President Construction (15%) | $ 2,582.08 | 30% | 774.62 | 1,807.46 | 2,582.08 |
| Phil Owen | Project Engineer (100%) | $11,250.83 | 30% | 3,375.25 | 7,875.58 | 11,250.83 |
| Karen Bey | Senior Project Accountant (50%) | $ 4,000.00 | 30% | 1,200.00 | 2,800.00 | 4,000.00 |
| Shellie Longfield | Project Administrator (100%) | $ 5,416.67 | 30% | 1,625.00 | 3,791.67 | 5,416.67 |
| **Sub-total staffing:** | | | | $ 12,139.04 | $ 28,324.42 | $ 40,463.45 |
| **Equipment & Maintenance Costs:** | | | | | | |
| Construction Superintendent (November) | | | | - | 16,200.00 | 16,200.00 |
| Norcal moving expenses | | | | - | - | - |
| Permits & Fees | | | | - | - | - |
| Site Work | | | | - | - | - |
| Trailer Rental | | | | - | 746.92 | 746.92 |
| Power | | | | - | 167.04 | 167.04 |
| Telephone/DSL | | | | - | 988.49 | 988.49 |
| Bathroom/San | | | | - | - | - |
| Furniture | | | | - | - | - |
| Furniture set up/moving | | | | - | - | - |
| Office supplies, printing & miscellaneous | | | | - | - | - |
| Misc. Computers, etc. | | | | - | 185.36 | 185.36 |
| Maintenance of interim backbone | | | | - | - | - |
| Security | | | | - | - | - |
| **Total Equipment & Maintenance Costs:** | | | | - | 18,287.81 | 18,287.81 |
| **Grand total General Conditions:** | | | | $ 12,139.04 | $ 46,612.23 | $ 58,751.26 |

**Alameda Demolition Phase 1**
**Alameda General Conditions**
*For the period covering October 1, 2002 thru October 31, 2002*

**Staff Time**

| Name | Title | Employee Monthly Rate | Administer Chlordane Removal % | Chlordane Costs | Other Gen Costs | Total Costs Oct-02 |
|---|---|---|---|---|---|---|
| Bill Kennedy | Construction Director (100%) | $ 17,213.87 | 30% | 5,164.16 | 12,049.71 | 17,213.87 |
| Jim VanSickle | Assistant Vice President Construction (15%) | $ 2,582.08 | 30% | 774.62 | 1,807.46 | 2,582.08 |
| Phil Owen | Project Engineer (100%) | $ 11,250.83 | 30% | 3,375.25 | 7,875.58 | 11,250.83 |
| Karen Bey | Senior Project Accountant (50%) | $ 4,000.00 | 30% | 1,200.00 | 2,800.00 | 4,000.00 |
| Shellie Longfield | Project Administrator (100%) | $ 5,416.67 | 30% | 1,625.00 | 3,791.67 | 5,416.67 |
| **Sub-total staffing:** | | | | $ 12,139.04 | $ 28,324.42 | $ 40,463.45 |
| **Equipment & Maintenance Costs:** | | | | | | |
| Construction Superintendent (October) | | | | - | 16,200.00 | 16,200.00 |
| Norcal moving expenses | | | | - | - | - |
| Permits & Fees | | | | - | - | - |
| Site Work | | | | - | - | - |
| Trailer Rental | | | | - | 746.92 | 746.92 |
| Trailer Set Up & Take Down | | | | - | - | - |
| Power | | | | - | 238.32 | 238.32 |
| Telephone/DSL | | | | - | 1,711.23 | 1,711.23 |
| Bathroom/San | | | | - | 352.32 | 352.32 |
| Furniture | | | | - | - | - |
| Furniture set up/moving | | | | - | - | - |
| Office supplies, printing & miscellaneous | | | | - | 74.42 | 74.42 |
| Misc. Computers, etc. | | | | - | 1,082.32 | 1,082.32 |
| Maintenance of interim backbone | | | | - | - | - |
| Security | | | | - | - | - |
| **Total Equipment & Maintenance Costs:** | | | | - | 20,405.53 | 20,405.53 |
| **Grand total General Conditions:** | | | | $ 12,139.04 | $ 48,729.95 | $ 60,868.98 |

11Z-1

**Alameda Demolition Phase 1**
**Alameda General Conditions**
*For the period covering September 1, 2002 thru September 30, 2002*

**Staff Time**

| Name | Title | Employee Monthly Rate | Administer Chlordane Removal % | Chlordane Costs | Other Gen Costs | Total Costs Sep-02 |
|---|---|---|---|---|---|---|
| Bill Kennedy | Construction Director (100%) | $17,213.87 | 30% | 5,164.16 | 12,049.71 | 17,213.87 |
| Jim VanSickle | Assistant Vice President Construction (15%) | $ 2,582.08 | 30% | 774.62 | 1,807.46 | 2,582.08 |
| Phil Owen | Project Engineer (100%) | $11,250.83 | 30% | 3,375.25 | 7,875.58 | 11,250.83 |
| Karen Bey | Senior Project Accountant (50%) | $ 4,000.00 | 30% | 1,200.00 | 2,800.00 | 4,000.00 |
| Shellie Longfield | Project Administrator (100%) | $ 5,416.67 | 30% | 1,625.00 | 3,791.67 | 5,416.67 |
| Correct Phil Owen monthly rate from May thru July. Amount overbilled: | | | | (4,157.50) | (9,700.84) | (13,858.34) |
| **Sub-total staffing:** | | | | [redacted] | **$ 18,623.58** | **$ 26,605.11** |
| **Equipment & Maintenance Costs:** | | | | | | |
| Construction Superintendent (September) | | | | | | |
| Norcal moving expenses | | | | - | 16,968.00 | 16,968.00 |
| Permits & Fees | | | | - | | - |
| Site Work | | | | - | | - |
| Trailer Rental | | | | - | | - |
| Trailer Set Up & Take Down | | | | - | | - |
| Power | | | | - | | - |
| Telephone/DSL | | | | - | 133.31 | 133.31 |
| Bathroom/San | | | | - | 13.80 | 13.80 |
| Furniture | | | | - | 1,341.08 | 1,341.08 |
| Furniture set up/moving | | | | - | | - |
| Office supplies, printing & miscellaneous | | | | - | | - |
| Misc. Computers, etc. | | | | - | 2,257.52 | 2,257.52 |
| Maintenance of interim backbone | | | | - | | - |
| Security | | | | - | | - |
| | | | | - | - | - |
| **Total Equipment & Maintenance Costs:** | | | | - | 20,713.71 | 20,713.71 |
| **Grand total General Conditions:** | | | | $ 7,981.53 | $ 39,337.29 | $ 47,318.82 |

10.

**Alameda Demolition Phase 1**
**Alameda General Conditions**
*For the period covering August 1, 2002 thru August 31, 2002*

| Staff Time<br>Name | Title | Employee Monthly Rate | Administer Chlordane Removal % | Chlordane Costs | Other Gen Costs | Total Costs Aug-02 |
|---|---|---|---|---|---|---|
| Bill Kennedy | Construction Director (100%) | $17,213.87 | 30% | 5,164.16 | 12,049.71 | 17,213.87 |
| Jim VanSickle | Assistant Vice President Construction (15%) | $ 2,582.08 | 30% | 774.62 | 1,807.46 | 2,582.08 |
| Phil Owen | Project Engineer (100%) | $11,250.83 | 30% | 3,375.25 | 7,875.58 | 11,250.83 |
| Karen Bey | Senior Project Accountant (50%) | $ 4,000.00 | 30% | 1,200.00 | 2,800.00 | 4,000.00 |
| Shellie Longfield | Project Administrator (100%) | $ 5,416.67 | 30% | 1,625.00 | 3,791.67 | 5,416.67 |
| **Sub-total staffing:** | | | | $ 12,139.04 | $28,324.42 | $40,463.45 |
| **Equipment & Maintenance Costs:** | | | | | | |
| Construction Superintendent (June - August) | | | | | 35,741.93 | 35,741.93 |
| Norcal moving expenses | | | | | | - |
| Permits & Fees | | | | | | - |
| Site Work | | | | | | - |
| Trailer Rental | | | | | | - |
| Trailer Set Up & Take Down | | | | | 2,827.79 | 2,827.79 |
| Power | | | | | 232.87 | 232.87 |
| Telephone/DSL | | | | | | - |
| Bathroom/San | | | | | | - |
| Furniture | | | | | | - |
| Furniture set up/moving | | | | | | - |
| Office supplies, printing & miscellaneous | | | | | 1,891.73 | 1,891.73 |
| Misc. Computers, etc. | | | | | | - |
| Maintenance of interim backbone | | | | | | - |
| Security | | | | | | - |
| **Total Equipment & Maintenance Costs:** | | | | - | 40,694.32 | 40,694.32 |
| **Grand total General Conditions:** | | | | $ 12,139.04 | $69,018.74 | $81,157.77 |

**Alameda Demolition Phase 1**
**Alameda General Conditions**
*For the period covering July 1, 2002 thru July 31, 2002*

9K

9K
Gen Cond

| Staff Time | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Name** | **Title** | **Employee Monthly Rate** | **Administer Chlordane Removal %** | **Chlordane Costs** | **Other Gen Costs** | **Total Costs Jul-02** | |
| Bill Kennedy | Construction Director (100%) | $17,213.87 | 30% | 5,164.16 | 12,049.71 | 17,213.87 | |
| Jim VanSickle | Assistant Vice President Construction (15%) | $17,213.87 | 30% | 1,032.83 | 2,409.94 | 3,442.77 | |
| Phil Owen | Project Engineer (100%) | $16,200.00 | 30% | 4,860.00 | 11,340.00 | 16,200.00 | |
| Karen Bey | Senior Project Accountant (50%) | $ 8,000.00 | 30% | 1,200.00 | 2,800.00 | 4,000.00 | |
| Shellie Longfield | Project Administrator (100%) | $ 3,972.22 | 30% | 1,191.67 | 2,780.56 | 3,972.22 | *** started on 7/8/02 |
| **Sub-total staffing:** | | | | $ 13,448.66 | $31,380.21 | $44,828.87 | |

| Equipment & Maintenance Costs: | Chlordane Costs | Other Gen Costs | Total Costs Jul-02 |
|---|---|---|---|
| Construction Superintendent | | | - |
| Norcal moving expenses | | 2,597.74 | 2,597.74 |
| Permits & Fees | | 765.00 | 765.00 |
| Site Work | | | - |
| Trailer Rental | | 14,288.24 | 14,288.24 |
| Trailer Set Up & Take Down | | | - |
| Power | | 3,000.00 | 3,000.00 |
| Telephone/DSL | | 2,647.98 | 2,647.98 |
| Bathroom/San | | | - |
| Furniture | | | - |
| Furniture set up/moving | | | - |
| Office supplies, printing & miscellaneous | 549.10 | 96.97 | 646.07 |
| Misc. Computers, etc. | | | - |
| Maintenance of interim backbone | | | - |
| Security | | | - |
| **Total Equipment & Maintenance Costs:** | 549.10 | 23,393.93 | 23,943.03 |
| **Grand total General Conditions:** | $ 13,997.76 | $54,774.14 | $68,771.80 |

**Alameda Demolition Phase 1** 8J
**Alameda General Conditions**
*For the period covering June 1, 2002 thru June 30, 2002*

**Staff Time**

| **Name** | **Title** | **Employee Monthly Rate** | **Administer Chlordane Removal %** | **Chlordane Staff Costs** | **Other Gen Staff Costs** | **Total Staff Costs Apr-02** |
|---|---|---|---|---|---|---|
| Bill Kennedy | Construction Director (100%) | $17,213.87 | 30% | 5,164.16 | 12,049.71 | 17,213.87 |
| Jim VanSickle | Assistant Vice President Construction (20%) | $17,213.87 | 30% | 1,032.83 | 2,409.94 | 3,442.77 |
| Phil Owen | Project Engineer (100%) | $16,200.00 | 30% | 4,860.00 | 11,340.00 | 16,200.00 |
| Karen Bey | Senior Project Accountant (50%) | $ 8,000.00 | 30% | 1,200.00 | 2,800.00 | 4,000.00 |
| **Sub-total staffing:** | | | | **$ 12,256.99** | **$ 28,599.65** | **$ 40,856.64** |

**Equipment & Maintenance Costs:**

Permits & Fees
Site Work
Trailer Rental
Trailer Set Up & Take Down
Power
Telephone/DSL
Bathroom/San
Furniture
Furniture set up/moving
Misc. Computers, etc.
Maintenance of interim backbone
Security

**Total Equipment & Maintenance Costs:** -

**Grand total General Conditions:** **$ 40,856.64**

INVOICE

SWINERTON BUILDERS

REC DEC 30 2002
REC'D

Catellus Construction Corporation
1999 Harrison Street, Suite 2150
Oakland, CA 94612

12/27/02

Invoice 020220086

Attn: Mr Jim Van Sickle

**Alameda FISC & EHA Project**
Billing for December, 2002 payroll

38,938
90,474
think I used 60%
of sonest
OK BK

| Staff | | Hours | Rate |
|---|---|---|---|
| Ed Lee | Superintendent | | 1/2 month |

Approval: [signature]
Date: 1/2/03
Print Name: Bill Kennedy
Approve on invoice only.
BUDGETED ☒ UNBUDGETED ☐

Total Due This Invoice **$8,100.00**

Swinerton Builders One Kaiser Plaza, Suite 701, Oakland, California 94612-3611 Telephone 510-208-5800

The State of California requires each licensed Contractor to give all clients, prior to receiving any payment from them, the following notice:
Under the Mechanics' Lien Law (California Code of Civil Procedure, Section 1181 et. seq.), any contractor, subcontractor, laborer, supplier or other person who helps to improve your property but is not paid for his work or supplies, has a right to enforce a claim against your property. This means that, after a court hearing, your property could be sold by a court officer and the proceeds of the sale used to satisfy the indebtedness. This can happen even if you have paid your own contractor in full, if the subcontractor, laborer, or supplier remains unpaid.

INVOICE

SWINERTON BUILDERS

RECEIVED DEC - 1 2002 BY: KJ

Catellus Construction Corporation
1999 Harrison Street, Suite 2150
Oakland, CA 94612

November 26, 2002

Invoice 020220085

Attn: Mr. Jim Van Sickle

**Alameda FISC & EHA Project**
Billing for November, 2002

| Staff | position | rate | | |
|---|---|---|---|---|
| Ed Lee | Superintendent | per/month | $ | 16,200.00 |

Approval: [signature]
Date: 12/17/02
Print Name: Bill Kennedy
Approve on invoice only.
BUDGETED ☑ UNBUDGETED ☐

**Total due this invoice** **$ 16,200.00**

Swinerton Builders One Kaiser Plaza, Suite 701, Oakland, California 94612-3611 Telephone 510-208-5800

The State of California requires each licensed Contractor to give all clients, prior to receiving any payment from them, the following notice:
Under the Mechanics' Lien Law (California Code of Civil Procedure, Section 1181 et. seq.), any contractor, subcontractor, laborer, supplier or other person who helps to improve your property but is not paid for his work or supplies, has a right to enforce a claim against your property. This means that, after a court hearing, your property could be sold by a court officer and the proceeds of the sale used to satisfy the indebtedness. This can happen even if you have paid your own contractor in full, if the subcontractor, laborer, or supplier remains unpaid.

SWINERTON BUILDERS

RECD NOV 04 2002

Catellus Construction Corporation
1999 Harrison Street, Suite 2150
Oakland, CA 94612

10/31/02

Invoice 020220084

Attn: Mr Jim Van Sickle

**Alameda FISC & EHA Project**
Billing for October, 2002 payroll

| | Staff | Hours | Rate | Amount |
|---|---|---|---|---|
| Ed Lee | Superintendent | | per/month | 16,200.00 |

Approval: [signature]
Date: 11/19/02
Print Name: Bill Kern
Approve on invoice only.
BUDGETED ☑ UNBUDGETED ☐

Total Due This Invoice **$16,200.00**

Swinerton Builders One Kaiser Plaza, Suite 701, Oakland, California 94612-3611 Telephone 510-208-5800

The State of California requires each licensed Contractor to give all clients, prior to receiving any payment from them, the following notice:
Under the Mechanics' Lien Law (California Code of Civil Procedure, Section 1181 et. seq.), any contractor, subcontractor, laborer, supplier or other person who helps to improve your property but is not paid for his work or supplies, has a right to enforce a claim against your property. This means that, after a court hearing, your property could be sold by a court officer and the proceeds of the sale used to satisfy the indebtedness. This can happen even if you have paid your own contractor in full, if the subcontractor, laborer, or supplier remains unpaid.

CALIF. CONTRACTOR'S LIC. NO. 92

SWINERTON BUILDERS

RECEIVED
OCT 4 2002
BY: KK

Catellus Construction Corporation
1999 Harrison Street, Suite 2150
Oakland, CA 94612

10/01/02

Invoice 020220083

Attn: Mr Jim Van Sickle

**Alameda FISC & EHA Project**
Billing for September, 2002 payroll

| Staff | | Hours | Rate | Amount |
|---|---|---|---|---|
| Ed Lee | Superintendent | | per/month | 16,200.00 |
| Ignacio Espinoza | Journeyman | 16 | 48 | 768.00 |

Carpenter per CC Bud.

Approval: ______
Date: 10/24/02
Print Name: ______
Approve on invoice
DEDUCTED ☒ UNDEDUCTED ☐

Total Due This Invoice **$16,968.00**

Swinerton Builders One Kaiser Plaza, Suite 701, Oakland, California 94612-3611 Telephone 510-208-5800

The State of California requires each licensed Contractor to give all clients, prior to receiving any payment from them, the following notice:
Under the Mechanics' Lien Law (California Code of Civil Procedure, Section 1181 et. seq.), any contractor, subcontractor, laborer, supplier or other person who helps to improve your property but is not paid for his work or supplies, has a right to enforce a claim against your property. This means that, after a court hearing, your property could be sold by a court officer and the proceeds of the sale used to satisfy the indebtedness. This can happen even if you have paid your own contractor in full, if the subcontractor, laborer, or supplier remains unpaid.

CALIF. CONTRACTOR'S LIC. NO. 92

# INVOICE

SWINERTON BUILDERS

REC'D SEP 09 2002

Catellus Construction Corporation
1999 Harrison Street, Suite 2150
Oakland, CA 94612

09/03/02

Invoice 020220082

Attn: Mr Jim Van Sickle

**Alameda FISC & EHA Project**
Billing for August, 2002 payroll

| Staff | | Hours | Rate | Amount |
|---|---|---|---|---|
| Ed Lee | Superintendent | | per/month | 16,200.00 |
| Ignacio Espinoza | - Journeyman | 16 | 48.00 | 768.00 |

Approval: [signature]
Date: 9/19/02 9/20/02
Print Name: Bill Kinney
Approve on invoice only.
BUDGETED ☒ UNBUDGETED ☐

Total Due This Invoice **$16,968.00**

Swinerton Builders 580 California Street San Francisco, California 94104 Telephone 415-421-2980

The State of California requires each licensed Contractor to give all clients, prior to receiving any payment from them, the following notice:

Under the Mechanics' Lien Law (California Code of Civil Procedure, Section 1181 et. seq.), any contractor, subcontractor, laborer, supplier or other person who helps to improve your property but is not paid for his work or supplies, has a right to enforce a claim against your property. This means that, after a court hearing, your property could be sold by a court officer and the proceeds of the sale used to satisfy the indebtedness. This can happen even if you have paid your own contractor in full, if the

# INVOICE

SWINERTON BUILDERS

RECD AUG 7 200[illegible]

Catellus Construction Corporation
1999 Harrison Street, Suite 2150
Oakland, CA 94612

08/05/02

Invoice 020220081

Attn: Mr Jim Van Sickle

Approval: [signature]
Date: 8/21/02
Print Name: Bill K[illegible]
Approve on invoice only.
BUDGETED ☐ UNBUDGETED ☐

**Alameda FISC & EHA Project**
Billing for June and July, 2002 payroll and materials

Pending Jim's Approval and Conf[illegible] Contract [illegible] BK

| Staff | | | Rate | Amount |
|---|---|---|---|---|
| Ed Lee | Superintendent | .4 * | 16,200.00 | 6,480.00 |
| | | (8 days/20 working days in June) | | |
| Ed Lee | Superintendent | .59 * | 16200 | 9,558.00 |
| | | (13 days/22 working days in July) | | |

| Matierials | | Rate | Amount |
|---|---|---|---|
| Adobe Lumber | Invoice #501714 | n/a | 2,291.17 |
| Adobe Lumber | Invoice #501715 | n/a | 444.76 |

Approval: [signature]
Date: 8/2/02
Print Name: Jim Van Sickle
Approve on invoice only.
BUDGETED ☐ UNBUDGETED ☐

Total Due This Invoice $18,773.93

Swinerton Builders 580 California Street San Francisco, California 94104 Telephone 415-421-2980

The State of California requires each licensed Contractor to give all clients, prior to receiving any payment from them, the following notice:

Under the Mechanics' Lien Law (California Code of Civil Procedure, Section 3181 et. seq.), any contractor, subcontractor, laborer, supplier or other person who helps to improve your property but is not paid for his work or supplies, has a right to enforce a claim against your property. This means that, after a court hearing, your property could be sold by a court officer and the proceeds of the sale used to satisfy the indebtedness. This can happen even if you have paid your own contractor in full, if the subcontractor, laborer, or supplier remains unpaid.

## Matrix of Reimbursement clauses to CCC General Invoices

| Where the payment responsibility is identified | | Under the DDA Definition of "Demolition Costs", this would include; | Under the DDA Definition of "Backbone Infrastructure Costs", this would include; | This is stated in the standard invoice under section(s); |
|---|---|---|---|---|
| CRA sec. 3.f | "Any & all Demolition Costs and Backbone Infrastructure Costs incurred or advanced by it consistent with the provisions of this agreement (CRA) and the DDA, including the construction and management fee..." | (i) the "hard" costs for the Demolition and associated environmental investigation, remediation and response activities; | (i) the "hard" costs for the construction of the Backbone Infrastructure and associated demolition, environmental investigation, remediation and response activities; | Hard Costs:<br>> Ferma<br>> ERM<br>> Winzler & Kelly<br>> Other Contractors or environmental consultants |
| CRA sec. 3.f | " | (ii) out of pocket costs for the preparation of plans for the Demolition and the related costs of environmental evaluations of the Demolition plans; | (ii) out of pocket costs for the preparation of plans for the Backbone Infrastructure and the related costs of environmental evaluations of the Backbone Infrastructure plans; | Soft Costs:<br>> BKF Engineers<br>> Other Engineering and/or design costs associated with the Demolition or Backbone Infrastructure<br>> Other Environmental review costs |
| CRA sec. 3.f | " | (iii) fees paid to governmental agencies for obtaining permits, licenses or other governmental approvals for the Demolition, including inspection fees; | (iii) fees paid to governmental agencies for obtaining permits, licenses or other governmental approvals for the Backbone Infrastructure, including inspection fees; | Soft Costs:<br>> County Clerk<br>> Other approving agencies |
| CRA sec. 3.f | " | (iv) a construction and project management fee payable to Developer or an Affiliate of Developer in the amount of four percent (4%) of the costs described in clause (i) above incurred for the Demolition; | (iv) a construction and project management fee payable to Developer or an Affiliate of Developer in the amount of four percent (4%) of the costs described in clause (i) above incurred for the construction of the Backbone Infrastructure; | > CATELLUS DEVELOPMENT CORPORATION<br>PROJECT MANAGEMENT FEE, (4%) of Hard Costs |
| CRA sec. 3.f | " | (v) professional costs associated with the Demolition such as design, engineering, architectural, legal, accounting, inspection, construction staking, materials testing, consulting and similar professional services; | (v) professional costs associated with the Backbone Infrastructure such as design, engineering, architectural, legal, accounting, inspection, construction staking, materials testing, consulting and similar professional services; | Soft Costs:<br>(If performed under contract agreement with outside firm) such as a;<br>> design, engineering, architectural, legal, accounting, inspection, construction staking, materials testing, consulting and/or other professional services firm.<br>Or<br>GENERAL CONDITIONS:<br>(If any of the above are performed in house by CCC's own staff or contract staff) |
| CRA sec. 3.f | " | (vi) overhead costs and profit payable to third party contractors or, if Developer acts as the general contractor, overhead costs and profit not to exceed amounts customarily charged by third party contractors; | (vi) overhead costs and profit payable to third party contractors or, if Developer acts as the general contractor, overhead costs and profit not to exceed amounts customarily charged by third party contractors; | > CATELLUS CONSTRUCTION CORPORATION<br>GENERAL CONTRACTOR FEE, (4%) |
| CRA sec. 3.f | " | (vii) out of pocket costs directly related to the Demolition, such as costs of security, safety signage, payment, performance and/or maintenance bonds, and insurance costs; | (vii) out of pocket costs directly related to the construction and/or acquisition of Backbone Infrastructure, such as costs of security, safety signage, payment, performance and/or maintenance bonds, and insurance costs (including costs of any required title insurance); | > CATELLUS CONSTRUCTION CORPORATION<br>GENERAL CONDITIONS |
| CRA sec. 3.f | " | | (viii) costs of land or right of way acquisitions from unrelated third parties; | *TBD - (This item would most likely be handled by separate instrument and invoiced under separate cover or, would become a new section in the current invoice format)* |
| CRA sec. 3.f | " | (viii) to the extent of any financing provided by Developer, financing costs consisting of interest expense and lender fees related to such financing; | (ix) to the extent of any financing provided by Developer, financing costs consisting of interest expense and lender fees related to such financing; | *TBD - (This item would most likely be handled by separate instrument and invoiced under separate cover or, would become a new section in the current invoice format)* |
| CRA sec. 3.f | " | (ix) all other reasonable out of pocket costs associated with the performance of the Demolition. | (x) all other reasonable out of pocket costs associated with the design and construction of the Backbone Infrastructure. | > CATELLUS CONSTRUCTION CORPORATION<br>GENERAL CONDITIONS |

CATELLUS

Mr. Darrell Handy
Risk Manager
City of Alameda
2263 Santa Clara Ave., Room 130
Alameda, CA 94501

July 31, 2002
Project: Alameda Res-1
Director: BKennedy

Invoice #: 212500001

Subject: **Invoice Submittal for the Demolition, Hauling and Disposal of Class II Chlordane Contaminated Wood Material from April 29th to May 8th of 2002.**

Payment Request for work associated with the remediation of Class II Chlordane contaminated wood from the Alameda East Housing area of the former Alameda Naval Air Station. This invoice is based on a Request for Payment from FERMA Corp., the projects' Demolition Contractor submitted on June 25th, 2002. Bid item #2 of FERMA's contract covers the Demolition, Hauling and Disposal of Chlordane contaminated wood and concrete material at a lump sum rate of $437,500.00. Their current request is based on a 75% progress billing and supported by the attached backup tracking logs prepared by Winzler & Kelly Environmental Consulting Engineers, the projects environmental onsite consultant.

Scope: **Bid Item #2**
Demolition, Hauling and Disposal of Class II Chlordane Contaminated Wood as recorded by the attached tracking logs overseen and prepared by Winzler & Kelly Environmental Consulting Engineers from April 29th to May 8th of 2002.

- 10 loads containing approximately 350cyds or 298,660 lbs/149.33 tons of material was disposed of at: Republic Services - Vasco Road Landfill in Livermore California. The manifest tracking numbers as recorded are: WV-01 through WV-12 (WV-07 & WV-11 not used).

- 140 loads containing approximately 4900cyds or 4,262,340 lbs/2,131.17 tons of material was disposed of at: Altamont Pass Landfill in Livermore California. The manifest tracking numbers as recorded are: W-01 through W-140.

**Payment Request:**

FERMA – Payment Request Applications made thru 6/25/2002

| Original Contract | Current Request | Balance Remaining | % Complete | Less 10 % Retention |
|---|---|---|---|---|
| $437,500.00 | $328, 125.00 | $109,375.00 | 75 % | <$32,12.50> |

| **Payment Requested:** | **$295,312.50** |
|---|---|

Catellus Development Corporation

BY: ______________________________ DATE: ________________

# Chlordane Contaminated Wood Waste Manifest Log
## ANAS/EHA
## Altamont
## Page 1 of 5
## 3/28/03 1:24:16 PM

| Manifest # | Character | Quantity (cu Yds) | Date Hauled | Landfill | Weight Ticket Amount (Lbs) | Original Returned to city |
|---|---|---|---|---|---|---|
| W 01 | Class II Wood | 35 | 3/29/02 | Altamont | 32400 | 4/12/02 |
| W 02 | Class II Wood | 35 | 3/29/02 | Altamont | 30700 | 4/12/02 |
| W 03 | Class II Wood | 35 | 3/29/02 | Altamont | 37180 | 4/12/02 |
| W 04 | Class II Wood | 35 | 3/29/02 | Altamont | 35660 | 4/12/02 |
| W 05 | Class II Wood | 35 | 3/29/02 | Altamont | 29300 | 4/12/02 |
| W 06 | Class II Wood | 35 | 3/29/02 | Altamont | 29300 | 4/12/02 |
| W 07 | Class II Wood | 35 | 4/1/02 | Altamont | 32320 | 4/12/02 |
| W 08 | Class II Wood | 35 | 4/1/02 | Altamont | 29460 | 4/12/02 |
| W 09 | Class II Wood | 35 | 4/1/02 | Altamont | 31320 | 4/12/02 |
| W 10 | Class II Wood | 35 | 4/2/01 | Altamont | 40940 | 4/12/02 |
| W 11 | Class II Wood | 35 | 4/1/02 | Altamont | 30800 | 4/12/02 |
| W 12 | Class II Wood | 35 | 4/2/01 | Altamont | 31500 | 4/12/02 |
| W 13 | Class II Wood | 35 | 4/2/01 | Altamont | 27600 | 4/12/02 |
| W 14 | Class II Wood | 35 | 4/2/01 | Altamont | 33820 | 4/12/02 |
| W 15 | Class II Wood | 35 | 4/2/01 | Altamont | 35320 | 4/12/02 |
| W 16 | Class II Wood | 35 | 4/2/01 | Altamont | 30160 | 4/12/02 |
| W 17 | Class II Wood | 35 | 4/2/01 | Altamont | 37340 | 4/12/02 |
| W 18 | Class II Wood | 35 | 4/2/01 | Altamont | 43720 | 4/12/02 |
| W 19 | Class II Wood | 35 | 4/3/02 | Altamont | 38720 | 4/12/02 |
| W 20 | Class II Wood | 35 | 4/3/02 | Altamont | 35560 | 4/12/02 |
| W 21 | Class II Wood | 35 | 4/3/02 | Altamont | 29760 | 4/12/02 |
| W 22 | Class II Wood | 35 | 4/3/02 | Altamont | 37960 | 4/12/02 |
| W 23 | Class II Wood | 35 | 4/3/02 | Altamont | 26980 | 4/12/02 |
| W 24 | Class II Wood | 35 | 4/3/02 | Altamont | 26940 | 4/12/02 |
| W 25 | Class II Wood | 35 | 4/3/02 | Altamont | 25560 | 4/12/02 |
| W 26 | Class II Wood | 35 | 4/3/02 | Altamont | 26420 | 4/12/02 |
| W 27 | Class II Wood | 35 | 4/4/02 | Altamont | 25960 | 4/12/02 |
| W 28 | Class II Wood | 35 | 4/4/02 | Altamont | 27740 | 4/12/02 |
| W 29 | Class II Wood | 35 | 4/4/02 | Altamont | 26640 | 4/12/02 |
| W 30 | Class II Wood | 35 | 4/4/02 | Altamont | 30120 | 4/12/02 |

"0" in "Weight Ticket Amount" indicates that the weight ticket for the load has not been returned to W&K.

# Chlordane Contaminated Wood Waste Manifest Log
## ANAS/EHA
## Altamont
## Page 2 of 5
## 3/28/03 1:24:16 PM

| Manifest # | Character | Quantity (Cu Yds) | Date Hauled | Landfill | Weight Ticket Amount (Lbs) | Original Returned to City |
|---|---|---|---|---|---|---|
| W 31 | Class II Wood | 35 | 4/4/02 | Altamont | 27000 | 4/12/02 |
| W 32 | Class II Wood | 35 | 4/4/02 | Altamont | 26720 | 4/12/02 |
| W 33 | Class II Wood | 35 | 4/4/02 | Altamont | 30460 | 4/12/02 |
| W 34 | Class II Wood | 35 | 4/4/02 | Altamont | 31920 | 4/12/02 |
| W 35 | Class II Wood | 35 | 4/4/02 | Altamont | 31440 | 4/12/02 |
| W 36 | Class II Wood | 35 | 4/5/02 | Altamont | 32780 | 4/12/02 |
| W 37 | Class II Wood | 35 | 4/8/02 | Altamont | 24740 | 4/12/02 |
| W 38 | Class II Wood | 35 | 4/8/02 | Altamont | 27660 | 4/12/02 |
| W 39 | Class II Wood | 35 | 4/8/02 | Altamont | 27340 | 4/12/02 |
| W 40 | Class II Wood | 35 | 4/8/02 | Altamont | 29160 | 4/12/02 |
| W 41 | Class II Wood | 35 | 4/9/02 | Altamont | 30540 | 4/12/02 |
| W 42 | Class II Wood | 35 | 4/9/02 | Altamont | 26700 | 4/12/02 |
| W 43 | Class II Wood | 35 | 4/9/02 | Altamont | 32100 | 4/12/02 |
| W 44 | Class II Wood | 35 | 4/9/02 | Altamont | 27220 | 4/12/02 |
| W 45 | Class II Wood | 35 | 4/9/02 | Altamont | 35420 | 4/12/02 |
| W 46 | Class II Wood | 35 | 4/9/02 | Altamont | 35060 | 4/12/02 |
| W 47 | Class II Wood | 35 | 4/9/02 | Altamont | 33600 | 4/12/02 |
| W 48 | Class II Wood | 35 | 4/9/02 | Altamont | 39540 | 4/12/02 |
| W 49 | Class II Wood | 35 | 4/9/02 | Altamont | 28420 | 4/12/02 |
| W 50 | Class II Wood | 35 | 4/9/02 | Altamont | 36880 | 4/12/02 |
| W 51 | Class II Wood | 35 | 4/9/02 | Altamont | 34300 | 4/12/02 |
| W 52 | Class II Wood | 35 | 4/9/02 | Altamont | 28680 | 4/12/02 |
| W 53 | Class II Wood | 35 | 4/10/02 | Altamont | 23220 | 4/12/02 |
| W 54 | Class II Wood | 35 | 4/10/02 | Altamont | 35420 | 4/12/02 |
| W 55 | Class II Wood | 35 | 4/10/02 | Altamont | 35840 | 4/12/02 |
| W 56 | Class II Wood | 35 | 4/10/02 | Altamont | 32080 | 4/12/02 |
| W 57 | Class II Wood | 35 | 4/10/02 | Altamont | 31880 | 4/12/02 |
| W 58 | Class II Wood | 35 | 4/10/02 | Altamont | 30280 | 5/9/02 |
| W 59 | Class II Wood | 35 | 4/10/02 | Altamont | 30640 | 5/9/02 |
| W 60 | Class II Wood | 35 | 4/11/02 | Altamont | 23400 | 5/9/02 |
| W 61 | Class II Wood | 35 | 4/11/02 | Altamont | 31700 | 5/9/02 |

"0" in "Weight Ticket Amount" indicates that the weight ticket for the load has not been returned to W&K.

# Chlordane Contaminated Wood Waste Manifest Log
## ANAS/EHA
## Altamont
## Page 3 of 5
## 3/28/03 1:24:16 PM

| Manifest # | Character | Quantity (cu Yds) | Date Hauled | Landfill | Weight Ticket Amount (Lbs) | Original Returned to city |
|---|---|---|---|---|---|---|
| W 62 | Class II Wood | 35 | 4/11/02 | Altamont | 29540 | 5/9/02 |
| W 63 | Class II Wood | 35 | 4/11/02 | Altamont | 25820 | 5/9/02 |
| W 64 | Class II Wood | 35 | 4/11/02 | Altamont | 27820 | 5/9/02 |
| W 65 | Class II Wood | 35 | 4/11/02 | Altamont | 25760 | 5/9/02 |
| W 66 | Class II Wood | 35 | 4/11/02 | Altamont | 31960 | 5/9/02 |
| W 67 | Class II Wood | 35 | 4/11/02 | Altamont | 28340 | 5/9/02 |
| W 68 | Class II Wood | 35 | 4/12/02 | Altamont | 29500 | 5/9/02 |
| W 69 | Class II Wood | 35 | 4/12/02 | Altamont | 28380 | 5/9/02 |
| W 70 | Class II Wood | 35 | 4/12/02 | Altamont | 30300 | 5/9/02 |
| W 71 | Class II Wood | 35 | 4/12/02 | Altamont | 35040 | 5/9/02 |
| W 72 | Class II Wood | 35 | 4/12/02 | Altamont | 28820 | 5/9/02 |
| W 73 | Class II Wood | 35 | 4/12/02 | Altamont | 28860 | 5/9/02 |
| W 74 | Class II Wood | 35 | 4/12/02 | Altamont | 30700 | 5/9/02 |
| W 75 | Class II Wood | 35 | 4/12/02 | Altamont | 28740 | 5/9/02 |
| W 76 | Class II Wood | 35 | 4/15/02 | Altamont | 30000 | 5/9/02 |
| W 77 | Class II Wood | 35 | 4/15/02 | Altamont | 31240 | 5/9/02 |
| W 78 | Class II Wood | 35 | 4/15/02 | Altamont | 26080 | 5/9/02 |
| W 79 | Class II Wood | 35 | 4/15/02 | Altamont | 28420 | 5/9/02 |
| W 80 | Class II Wood | 35 | 4/15/02 | Altamont | 33340 | 5/9/02 |
| W 81 | Class II Wood | 35 | 4/15/02 | Altamont | 31400 | 5/9/02 |
| W 82 | Class II Wood | 35 | 4/16/02 | Altamont | 27480 | 5/9/02 |
| W 83 | Class II Wood | 35 | 4/16/02 | Altamont | 29640 | 5/9/02 |
| W 84 | Class II Wood | 35 | 4/16/02 | Altamont | 24760 | 5/9/02 |
| W 85 | Class II Wood | 35 | 4/16/02 | Altamont | 25740 | 5/9/02 |
| W 86 | Class II Wood | 35 | 4/16/02 | Altamont | 36440 | 5/9/02 |
| W 87 | Class II Wood | 35 | 4/16/02 | Altamont | 33840 | 5/9/02 |
| W 88 | Class II Wood | 35 | 4/17/02 | Altamont | 36460 | 5/9/02 |
| W 89 | Class II Wood | 35 | 4/17/02 | Altamont | 36180 | 5/9/02 |
| W 90 | Class II Wood | 35 | 4/17/02 | Altamont | 31040 | 5/9/02 |
| W 91 | Class II Wood | 35 | 4/17/02 | Altamont | 35740 | 5/9/02 |
| W 92 | Class II Wood | 35 | 4/17/02 | Altamont | 30620 | 5/9/02 |

"0" in "Weight Ticket Amount" indicates that the weight ticket for the load has not been returned to W&K.

# Chlordane Contaminated Wood Waste Manifest Log
## ANAS/EHA
## Altamont
## Page 4 of 5
## 3/28/03 1:24:16 PM

| Manifest# | Character | Quantity (cu Yds) | Date Hauled | Landfill | Weight Ticket Amount (Lbs) | Original Returned to city |
|---|---|---|---|---|---|---|
| W 93 | Class II Wood | 35 | 4/17/02 | Altamont | 25740 | 5/9/02 |
| W 94 | Class II Wood | 35 | 4/18/02 | Altamont | 27120 | 5/9/02 |
| W 95 | Class II Wood | 35 | 4/18/02 | Altamont | 29100 | 5/9/02 |
| W 96 | Class II Wood | 35 | 4/18/02 | Altamont | 30120 | 5/9/02 |
| W 97 | Class II Wood | 35 | 4/18/02 | Altamont | 30440 | 5/9/02 |
| W 98 | Class II Wood | 35 | 4/18/02 | Altamont | 30260 | 5/9/02 |
| W 99 | Class II Wood | 35 | 4/22/02 | Altamont | 27860 | 5/9/02 |
| W 100 | Class II Wood | 35 | 4/19/02 | Altamont | 31660 | 5/9/02 |
| W 101 | Class II Wood | 35 | 4/19/02 | Altamont | 26720 | 5/9/02 |
| W 102 | Class II Wood | 35 | 4/19/02 | Altamont | 30380 | 5/9/02 |
| W 103 | Class II Wood | 35 | 4/19/02 | Altamont | 39300 | 5/9/02 |
| W 104 | Class II Wood | 35 | 4/19/02 | Altamont | 35480 | 5/9/02 |
| W 105 | Class II Wood | 35 | 4/19/02 | Altamont | 30220 | 5/9/02 |
| W 106 | Class II Wood | 35 | 4/22/02 | Altamont | 34260 | 5/9/02 |
| W 107 | Class II Wood | 35 | 4/22/02 | Altamont | 28440 | 5/9/02 |
| W 108 | Class II Wood | 35 | 4/22/02 | Altamont | 31000 | 5/9/02 |
| W 109 | Class II Wood | 35 | 4/22/02 | Altamont | 32120 | 5/9/02 |
| W 110 | Class II Wood | 35 | 4/22/02 | Altamont | 32740 | 5/9/02 |
| W 111 | Class II Wood | 35 | 4/23/02 | Altamont | 28320 | 5/9/02 |
| W 112 | Class II Wood | 35 | 4/23/02 | Altamont | 27700 | 5/9/02 |
| W 113 | Class II Wood | 35 | 4/25/02 | Altamont | 31700 | 5/9/02 |
| W 114 | Class II Wood | 35 | 4/25/02 | Altamont | 32440 | 5/9/02 |
| W 115 | Class II Wood | 35 | 4/25/02 | Altamont | 37000 | 6/11/02 |
| W 116 | Class II Wood | 35 | 4/26/02 | Altamont | 30180 | 6/11/02 |
| W 117 | Class II Wood | 35 | 4/26/02 | Altamont | 26300 | 6/11/02 |
| W 118 | Class II Wood | 35 | 4/26/02 | Altamont | 21980 | 6/11/02 |
| W 119 | Class II Wood | 35 | 4/26/02 | Altamont | 29100 | 6/11/02 |
| W 120 | Class II Wood | 35 | 4/26/02 | Altamont | 36200 | 6/11/02 |
| W 121 | Class II Wood | 35 | 4/26/02 | Altamont | 23500 | 6/11/02 |
| W 122 | Class II Wood | 35 | 5/6/02 | Altamont | 28880 | 6/11/02 |
| W 123 | Class II Wood | 35 | 5/6/02 | Altamont | 25520 | 6/11/02 |

"0" in "Weight Ticket Amount" indicates that the weight ticket for the load has not been returned to W&K.

# Chlordane Contaminated Wood Waste Manifest Log
## ANAS/EHA
## Altamont
## Page 5 of 5
## 3/28/03 1:24:16 PM

| Manifest # | Character | Quantity (cu. Yds) | Date Hauled | Landfill | Weight Ticket Amount (Lbs) | Original Returned to City |
|---|---|---|---|---|---|---|
| W 124 | Class II Wood | 35 | 5/6/02 | Altamont | 35280 | 6/11/02 |
| W 125 | Class II Wood | 35 | 5/6/02 | Altamont | 31140 | 6/11/02 |
| W 126 | Class II Wood | 35 | 5/6/02 | Altamont | 27440 | 6/11/02 |
| W 127 | Class II Wood | 35 | 5/6/02 | Altamont | 26320 | 6/11/02 |
| W 128 | Class II Wood | 35 | 5/7/02 | Altamont | 28760 | 6/11/02 |
| W 129 | Class II Wood | 35 | 5/7/02 | Altamont | 26500 | 6/11/02 |
| W 130 | Class II Wood | 35 | 5/7/02 | Altamont | 27880 | 6/11/02 |
| W 131 | Class II Wood | 35 | 5/7/02 | Altamont | 26800 | 6/11/02 |
| W 132 | Class II Wood | 35 | 5/7/02 | Altamont | 27480 | 6/11/02 |
| W 133 | Class II Wood | 35 | 5/7/02 | Altamont | 27180 | 6/11/02 |
| W 134 | Class II Wood | 35 | 5/8/02 | Altamont | 27440 | 6/11/02 |
| W 135 | Class II Wood | 35 | 5/8/02 | Altamont | 29860 | 6/11/02 |
| W 136 | Class II Wood | 35 | 5/8/02 | Altamont | 24460 | 6/11/02 |
| W 137 | Class II Wood | 35 | 5/8/02 | Altamont | 30840 | 6/11/02 |
| W 138 | Class II Wood | 35 | 5/8/02 | Altamont | 31940 | 6/11/02 |
| W 139 | Class II Wood | 35 | 5/8/02 | Altamont | 28340 | 6/11/02 |
| W 140 | Class II Wood | 35 | 5/8/02 | Altamont | 25560 | 6/11/02 |
| **Total** | | 4900 | | | **4262340** | |
| | | | | **Tons→** | **2131.17** | |

"0" in "Weight Ticket Amount" indicates that the weight ticket for the load has not been returned to W&K.

# Chlordane Contaminated Wood Waste Manifest Log
## ANAS/EHA
## Vasco Rd
## Page 1 of 1
## 3/28/03 1:24:45 PM

| Manifest # | Character | Quantity (cu Yds) | Date Hauled | Landfill | Weight Ticket Amount (Lbs) | Original Returned to city |
|---|---|---|---|---|---|---|
| WV 01 | Class II Wood | 35 | 4/29/02 | Vasco | 29060 | 6/11/02 |
| WV 02 | Class II Wood | 35 | 4/29/02 | Vasco | 24940 | 6/11/02 |
| WV 03 | Class II Wood | 35 | 4/29/02 | Vasco | 29020 | 6/11/02 |
| WV 04 | Class II Wood | 35 | 4/29/02 | Vasco | 38100 | 6/11/02 |
| WV 05 | Class II Wood | 35 | 4/29/02 | Vasco | 29160 | 6/11/02 |
| WV 06 | Class II Wood | 35 | 4/29/02 | Vasco | 33420 | 6/11/02 |
| WV 07 | Not Used | 0 | Not Used | | 0 | N/A |
| WV 08 | Class II Wood | 35 | 5/8/02 | Vasco | 30440 | 6/11/02 |
| WV 09 | Class II Wood | 35 | 5/2/02 | Vasco | 35620 | 6/11/02 |
| WV 10 | Class II Wood | 35 | 5/2/02 | Vasco | 26300 | 6/11/02 |
| WV 11 | Not Used | 0 | Not Used | Vasco | 0 | N/A |
| WV 12 | Class II Wood | 35 | 5/8/02 | Vasco | 22600 | 6/11/02 |
| WV 13 | Class II Debris (plastic, etc. from stock piles) | 35 | 7/23/02 | Vasco | 35260 | 7/24/02 |
| WV 14 | Class II Debris (plastic, etc. from stock piles) | 35 | 7/23/02 | Vasco | 29440 | 7/24/02 |
| WV 15 | | | | | | |
| WV 16 | | | | | | |
| WV 17 | | | | | | |
| WV 18 | | | | | | |
| WV 19 | | | | | | |
| WV 20 | | | | | | |
| | | | | | | |
| Subtotal | Class II Wood | 350 | | | 298660 | |
| | | | | Tons - | **149.33** | |
| Subtotal | Class II Debris | 70 | | | 64700 | |
| | | | | Tons - | 32.35 | |
| **Total** | Class II Wood & Debris | 420 | | | 363360 | |
| | | | | **Tons-** | **181.68** | |

"0" in "Weight Ticket Amount" indicates that the weight ticket for the load has not been returned to W&K.

MAR 28 2003 3:48PM HP LASERJET 3200

## APPLICATIC ND CERTIFICATE FOR PAYMENT AIA CUMENT G702

P 1 of 1

(Owner)
City of Alameda

PROJECT: Alameda Naval Ba... Demo
300 W Atlantic - Alameda

APPLICATION NO.: 06 Phase I
PERIOD TO: 06/25/02

Distribution to:
Owner
Architect
Contractor

FROM: FERMA CORPORATION
1265 MONTECITO AVE. STE., 200
MOUNTAIN VIEW, CA. 94043-4506

Engineer
BKF Eng.

ARCHITECT'S:
PROJECT:

CONTRACT FOR:

CONTRACT DATE: 12/21/01

### CONTRACTOR'S APPLICATION FOR PAYMENT

| Change Order Summary | | |
|---|---|---|
| Change Orders approved in previous months by Owner | ADDITIONS | DEDUCTIONS |
| TOTAL: | $ - | $ - |
| Approved this Month | | |
| Number / Date Approved | | |
| TOTALS: | $ | $ |
| Net Change by Change Orders: | $ - | |

Application is made for Payment, as shown below, in connection with the Contract, Continuation Sheet, AIA Document G703, is attached

1. ORIGINAL CONTRACT SUM - $5,464,600.00
2. Net change by Change Orders - $0.00
3. CONTRACT SUM TO DATE (line 1 +/-2) - $5,464,600.00
4. TOTAL COMPLETED & STORED TO DATE - (Column G on G703) $4,468,803.50
5. RETAINAGE:
   a. 10% of Completed work: - (column D+E on G703) $446,880.35
   b. 10% of Stored Materials - (Column F on G703) $0.00
   Total Retainage (Line 5a + 5b or Total in Column I of G703) - $446,880.35
6. TOTAL EARNED LESS RETAINAGE - (Line 4 less Line 5 Total) $4,021,923.15
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) - $ (3,764,028.15)
8. CURRENT PAYMENT DUE - $257,895.00
9. BALANCE TO FINISH, PLUS RETAINAGE - (line 3 less Line 6) $1,442,676.85

Approval:
Date:
Print Name:
Approve on invoice only.
BUDGETED ☐
UNBUDGETED ☐

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

*NOTARY ATTACHED*

CONTRACTOR: Ferma Corporation

By: [signature] Date: 11/08/02

Approval:
Date:
Print Name:
Approve on invoice only.
BUDGETED ☒
UNBUDGETED ☐

### ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observation and the data comprising the above application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED
(Attach explanation if amount certified differs from the amount applied for.)
ARCHITECT:

BY: DATE:

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner of Contractor under this Contract. G702

p.2

Ferma 1 of 4

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California } SS.
County of Santa Clara

On Nov 08, 2002, before me, Regina Deason - Notary Public,
Date — Name and Title of Officer

personally appeared Douglas Decker
Name(s) of Signer(s)

Form 2 of 4

[X] personally known to me
[ ] proved to me on the basis of satisfactory evidence

to be the person(s) whose name is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

REGINA DEASON
Commission # 1284068
Notary Public - California
Santa Clara County
My Comm. Expires Dec 12, 2004

WITNESS my hand and official seal.

Regina Deason
Signature of Notary Public

Place Notary Seal Above

## OPTIONAL

*Though the information below is not required by law, it may prove valuable to person(s) relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

Title or Type of Document: Pay Application G702
Document Date: 11-8-02 Number of Pages: 1

Capacity(ies) Claimed by Signer
Signer's Name: Douglas Decker

[ ] Individual
[ ] Corporate Officer
[ ] Partner
[ ] Attorney In Fact
[ ] Trustee
[ ] Guardian of Conservator
[ ] Other:

Signer if Representing:

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

MAR 28 2003 3:48PM HP LASERJET 3200 p.3

MAR 28 2003 3:48PM HP LASERJET 3200 p. 4

CONTINUATIOI 'EET AI/ :UMENT G703

AIA Document, G702 APPLICATION AND CERTIFICATE FOR PAYMENT, containing Containing Contractor's signed Certification is attached.

In tabulations below, amounts are stated to the nearest dollar.

Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NUMBER: 06
APPLICATION DATE: 06/25/02
PERIOD TO: 06/25/02
ARCHITECTS PROJECT NO:

| A | B | | | | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO | DESCRIPTION OF WORK Phase I Exhibit C-1 | # Unit | | Unit Price | Scheduled Value | WORK COMPLETED From Prev Applications | This Period | Materials Presently Stored | Total Completed & Stored | % (C/G) | Balance To Finish (C-G) | Retainage |
| | **Infrastructure Demolition** | | | | | | | | | | | |
| 1 | Crush & Process Concrete | 1 | ls | 315,000 | 315,000.00 | 157,500.00 | 78,750.00 | | 236,250.00 | 75% | 78,750.00 | 23,625.00 |
| 2 | Trees | 1 | ls | 16,000 | 16,000.00 | 14,400.00 | - | | 14,400.00 | 90% | 1,600.00 | 1,440.00 |
| 3 | Site Furnishing | 1 | ls | 15,000 | 15,000.00 | 15,000.00 | - | | 15,000.00 | 100% | - | 1,500.00 |
| 4 | Underground Utilities | 1 | ls | 110,000 | 110,000.00 | 93,500.00 | - | | 93,500.00 | 85% | 16,500.00 | 9,350.00 |
| 5 | Abandon in place utilities | 1 | ls | 120,000 | 120,000.00 | 108,000.00 | - | | 108,000.00 | 90% | 12,000.00 | 10,800.00 |
| 6 | Marsh Crust Layer | 1 | ls | 175 | - | - | - | | - | 0% | - | - |
| 7 | Salvage of Transformer | 1 | ls | 10,000 | 10,000.00 | 10,000.00 | - | | 10,000.00 | 100% | - | 1,000.00 |
| 8 | Additional Items | 1 | ls | 675,000 | 675,000.00 | 202,500.00 | 135,000.00 | | 337,500.00 | 50% | 337,500.00 | 33,750.00 |
| | **Total:** | | | | 1,261,000 | 600,900 | 213,750 | | 814,650 | | 446,350 | 81,465 |
| | | | | | | | | | | | | |
| | **Building Demolition** | | | | | | | | | | | |
| 1 | Bldg and Carport Demo | 1 | ls | 1,752,420 | 1,752,420.00 | 1,752,420.00 | - | | 1,752,420.00 | 100% | - | 175,242.00 |
| | **Total:** | | | | 1,752,420 | 1,752,420 | - | | 1,752,420 | | - | 175,242 |
| | | | | | | | | | | | | |
| | **Haz Mat Removal (No Chlordane)** | | | | | | | | | | | |
| 1 | Removal of Hazardous | 1 | ls | 1,068,680 | 1,068,680.00 | 1,068,680.00 | - | | 1,068,680.00 | 100% | - | 106,868.00 |
| 2 | Remove wood piling | 1 | ls | 15,000 | 15,000.00 | 1,500.00 | - | | 1,500.00 | 10% | 13,500.00 | 150.00 |
| 3 | Remove asbestos cement pipe | 1 | | [illegible] | - | 33,434.50 | - | | 33,434.50 | 8,079 | (33,434.50) | 3,343.45 |
| | Remove addt'l cement pipe | 1 | | [illegible] | - | 13,194.00 | - | | 13,194.00 | 2,832 | (13,194.00) | 1,319.40 |
| 4 | Disposal of contam groundwater | 1 | | [illegible] | - | - | - | | - | 0% | - | - |
| | **Total:** | | | | 1,083,680.00 | 1,116,808.50 | - | | 1,116,808.50 | | (33,128.50) | 111,680.85 |
| | | | | | | | | | | | | |
| | **Haz Mat Removal (Chlordane Only)** | | | | | | | | | | | |
| 1 | Chlordane Mobilization | 1 | ls | 20,000 | 20,000.00 | 20,000.00 | - | | 20,000.00 | 100% | - | 2,000.00 |
| 2 | Dosposal of wood and concrete | 1 | ls | 437,500 | 437,500.00 | 328,125.00 | - | | 328,125.00 | 75% | 109,375.00 | 32,812.50 |
| 3 | Disposal soil | 1 | ls | 910,000 | 910,000.00 | 364,000.00 | 72,800.00 | | 436,800.00 | 48% | 473,200.00 | 43,680.00 |
| | **Total:** | | | - | 1,367,500.00 | 712,125.00 | 72,800.00 | | 784,925.00 | | 582,575.00 | 78,492.50 |
| **Totals:** | | | | | $ 5,464,600.00 | $ 4,182,253.50 | $ 286,550.00 | | $ 4,468,803.50 | | $ 995,796.50 | $ 446,880.35 |

Form 3 of 4.

# Exhibit I

## Conditional Waiver and Release Upon Progress Payment for Phase I

Upon receipt by the undersigned of a check from **Catellus Construction Corp.** in the sum of:
**$257,895.00**
Payable to **Ferma Corporation** and when the check has been properly endorsed and has been paid by the bank upon which it is drawn, this document shall become effective to release any mechanic's lien, stop notice, or bond right the undersigned has on the job of:
**Catellus Const. Corp. located at Alameda Naval Base - 300 W. Atlantic - Alameda, Ca.**
to the following extent. This release covers a progress payment for labor, services, or equipment, or material furnished to **Catellus Const. Corp.** through **June 25, 2002** only and does not cover any retentions retained before or after the release date; extras furnished before the release date for which payment has not been received; extras or items furnished after the release date. Rights based upon work performed or items furnished under a written change order which has been fully executed by the parties prior to the release date are covered by this release unless specifically reserved by the claimant in this release. This release of any mechanic's lien, stop notice, or bond right shall not otherwise affect the contract rights, including rights betweeen parties to the contract based upon a recission, abandonment, or breach of the contract, or the right of the undersigned to recover compensation for furnished labor, services, equipment, or material covered by this release if that furnished labor, services, equipment, or material was not compensated by the progress payment. Before any recipient of the document relies on it, said part should verify evidence of payment to the undersigned.

Dated: Nov. 08, 2002

Ferma Corporation
By: Douglas Dacker
Title: Controller

**Certificate of Receipt of Payment For Items Furnished Prior to Release Date**

The undersigned certifies that, with respect to the Work for which it has signed this Conditional Waiver and Release Upon Progress Payment dated as of **July 25, 2002**, there are no extras furnished before such release date for which payment has not been received.

Dated: July 25, 2002

Ferma Corporation
By:
Title: Controller

NOTE: This form complies with the requirements of Civil Code Section 3262(d)(1). It is to be used by a party who applies for a progress payment when the progress payment check has not yet cleared the bank. This release only becomes effective when the check properly endorsed, has cleared the bank.

CATELLUS

Mr. Darrell Handy
Risk Manager
City of Alameda
2263 Santa Clara Ave., Room 130
Alameda, CA 94501

July 31, 2002
Project: Alameda Res-1
Director: BKennedy

Invoice #: 212500001

Subject: **Invoice Submittal for the Demolition, Hauling and Disposal of Class II Chlordane Contaminated Wood Material from April 29th to May 8th of 2002.**

Payment Request for work associated with the remediation of Class II Chlordane contaminated wood from the Alameda East Housing area of the former Alameda Naval Air Station. This invoice is based on a Request for Payment from FERMA Corp., the projects' Demolition Contractor submitted on June 25th, 2002. Bid item #2 of FERMA's contract covers the Demolition, Hauling and Disposal of Chlordane contaminated wood and concrete material at a lump sum rate of $437,500.00. Their current request is based on a 75% progress billing and supported by the attached backup tracking logs prepared by Winzler & Kelly Environmental Consulting Engineers, the projects environmental onsite consultant.

Catellus B.J. 1 of 7

**Scope: Bid Item #2**
Demolition, Hauling and Disposal of Class II Chlordane Contaminated Wood as recorded by the attached tracking logs overseen and prepared by Winzler & Kelly Environmental Consulting Engineers from April 29th to May 8th of 2002.

- 10 loads containing approximately 350cyds or 298,660 lbs/149.33 tons of material was disposed of at: Republic Services - Vasco Road Landfill in Livermore California. The manifest tracking numbers as recorded are: WV-01 through WV-12 (WV-07 & WV-11 not used).

- 140 loads containing approximately 4900cyds or 4,262,340 lbs/2,131.17 tons of material was disposed of at: Altamont Pass Landfill in Livermore California. The manifest tracking numbers as recorded are: W-01 through W-140.

**Payment Request:**

FERMA – Payment Request Applications made thru 6/25/2002

| Original Contract | Current Request | Balance Remaining | % Complete | Less 10 % Retention |
|---|---|---|---|---|
| $437,500.00 | $328, 125.00 | $109,375.00 | 75 % | <$32,12.50> |
| **Payment Requested:** | | | | **$295,312.50** |

Catellus Development Corporation

BY: [signature] DATE: ____________

# Chlordane Contaminated Wood Waste Manifest Log
## ANAS/EHA
## Altamont
## Page 1 of 5
## 3/27/03 6:16:30 PM

| Manifest # | Character | Quantity (cu. Yds) | Date Hauled | Landfill | Weigh Ticket Amount (Lbs) | Original Returned to city |
|---|---|---|---|---|---|---|
| W 01 | Class II Wood | 35 | 3/29/02 | Altamont | 32400 | 4/12/02 |
| W 02 | Class II Wood | 35 | 3/29/02 | Altamont | 30700 | 4/12/02 |
| W 03 | Class II Wood | 35 | 3/29/02 | Altamont | 37180 | 4/12/02 |
| W 04 | Class II Wood | 35 | 3/29/02 | Altamont | 35660 | 4/12/02 |
| W 05 | Class II Wood | 35 | 3/29/02 | Altamont | 29300 | 4/12/02 |
| W 06 | Class II Wood | 35 | 3/29/02 | Altamont | 29300 | 4/12/02 |
| W 07 | Class II Wood | 35 | 4/1/02 | Altamont | 32320 | 4/12/02 |
| W 08 | Class II Wood | 35 | 4/1/02 | Altamont | 29460 | 4/12/02 |
| W 09 | Class II Wood | 35 | 4/1/02 | Altamont | 31320 | 4/12/02 |
| W 10 | Class II Wood | 35 | 4/2/01 | Altamont | 40940 | 4/12/02 |
| W 11 | Class II Wood | 35 | 4/1/02 | Altamont | 30800 | 4/12/02 |
| W 12 | Class II Wood | 35 | 4/2/01 | Altamont | 31500 | 4/12/02 |
| W 13 | Class II Wood | 35 | 4/2/01 | Altamont | 27600 | 4/12/02 |
| W 14 | Class II Wood | 35 | 4/2/01 | Altamont | 33820 | 4/12/02 |
| W 15 | Class II Wood | 35 | 4/2/01 | Altamont | 35320 | 4/12/02 |
| W 16 | Class II Wood | 35 | 4/2/01 | Altamont | 30160 | 4/12/02 |
| W 17 | Class II Wood | 35 | 4/2/01 | Altamont | 37340 | 4/12/02 |
| W 18 | Class II Wood | 35 | 4/2/01 | Altamont | 43720 | 4/12/02 |
| W 19 | Class II Wood | 35 | 4/3/02 | Altamont | 38720 | 4/12/02 |
| W 20 | Class II Wood | 35 | 4/3/02 | Altamont | 35560 | 4/12/02 |
| W 21 | Class II Wood | 35 | 4/3/02 | Altamont | 29760 | 4/12/02 |
| W 22 | Class II Wood | 35 | 4/3/02 | Altamont | 37960 | 4/12/02 |
| W 23 | Class II Wood | 35 | 4/3/02 | Altamont | 26980 | 4/12/02 |
| W 24 | Class II Wood | 35 | 4/3/02 | Altamont | 26940 | 4/12/02 |
| W 25 | Class II Wood | 35 | 4/3/02 | Altamont | 25560 | 4/12/02 |
| W 26 | Class II Wood | 35 | 4/3/02 | Altamont | 26420 | 4/12/02 |
| W 27 | Class II Wood | 35 | 4/4/02 | Altamont | 25960 | 4/12/02 |
| W 28 | Class II Wood | 35 | 4/4/02 | Altamont | 27740 | 4/12/02 |
| W 29 | Class II Wood | 35 | 4/4/02 | Altamont | 26640 | 4/12/02 |
| W 30 | Class II Wood | 35 | 4/4/02 | Altamont | 30120 | 4/12/02 |

"0" in "Weight Ticket Amount" indicates that the weight ticket for the load has not been returned to W&K. 01336602.031

Catellus 2 of 7