northgate
environmental
management, inc.

September 8, 2003

Kutak Rock
Att: Barry Steinberg
1101 Connecticut Avenue NW
Suite 1000
Washington DC 20036-4374

**BY FAX**

**RE: Chlordane Expenses**

Dear Barry:

In response to your email of August 29, I am enclosing copies of our April and May 2003 invoices to the City of Alameda detailing chlordane related fees and expenses. Relevant information is highlighted on the invoices. These are the only such fees and expenses for which we have billed Alameda from April 1 through July 31.

Please call me if you have questions.

Sincerely,

Peter Russell

Peter Russell, Ph.D, P.E.
Principal

Enc.

Cc: Darrell Handy

June 20, 2003

Debbie Potter
City of Alameda
Development Services
Alameda Point Administration
Building 1, 950 W. Mall Square
Alameda, CA 94501-5012

Re: **Invoice # 1057.02.27**: April 1-30, 2003 - Alameda FISCA

Dear Ms. Potter:

Enclosed is our Invoice for $6,199.05 covering environmental engineering services related to the Alameda FISCA project during April 2003. The cost related to chlordane remediation at the East Housing Area in this invoice is $5,254.28.

This work includes:

1. General project management including phone calls, email, organization, cost tracking, coordination and project file maintenance.
2. Attend RAB meeting and BCT meeting on 4/1; transit.
3. Edit Dr. Pless's draft chlordane residues report. 4/2
4. Prepare chlordane residue evaluation email. 4/3
5. Obtain EHA characterization report for Dr. Pless. 4/14
6. Services of Dr. Pless of Leson Environmental Consulting, including: research chlordane application rate; obtain copies of original container labels, prepare opinion on demonstrability of excessive application rates by Navy.

Thank you for using our services. please call me at 415/492-0540 if you have any questions.

Sincerely,

Peter Russell
Principal

Encl.

**INVOICE FOR PROFESSIONAL SERVICES**

**For the Period April 1-30, 2003**

**Project # 1057.02 Alameda FISCA**

| Title | Staff | Hours | Amount |
|---|---|---|---|
| Principal Engineer | Russell | 7.5 | $1,575.00 |
| Project/Admin. Assistant | Bitar | 0.75 | $33.75 |
| | | Total Labor | $1,608.75 |
| (Travel Credit) | | | $0.00 |
| Expenses | | | |
| Gero Leson (see attached) | 32.5h@125 - 0304-NG01 - 5/18 | | 4,143.75 |
| | | Total Expenses | $4,143.75 |
| | | Charge for outside Expense (10%) | $414.38 |
| | | Incidental expenses (2% of professional fees) | $32.18 |
| | | **This Invoice Total** | **$6,199.05** |

Date: 9/8/2003 Invoice Number: 1057.02.27 EIN 94-3350317

# Invoice Detail with Notes

## Project # 1057.02

| Notes | Date | Hours | Employee |
|---|---|---|---|
| **Project Assistance** | | | |
| Cost Track/Budget Dev/Rvw | | | |
| Project/Administrative Assistant | | | |
| | 4/8/2003 | 0.25 | Bitar, Randa E. |
| | 4/29/2003 | 0.50 | Bitar, Randa E. |
| | **Employee Total:** | **0.75** | |
| **Project Management** | | | |
| Meetings/Conference Calls | | | |
| Senior Principal | | | |
| RAB mtg; BCT mtg; transit | 4/1/2003 | 4.00 | Russell, Peter Paul |
| | **Employee Total:** | **4.00** | |
| **Phone Calls, E-Mails, Etc.** | | | |
| Senior Principal | | | |
| edit Dr Pless's draft chlordane residues report | 4/2/2003 | 2.50 | Russell, Peter Paul |
| chlordane residue evaluation email | 4/3/2003 | 0.50 | Russell, Peter Paul |
| obtain EHA characterization rpt for Dr. Pless | 4/14/2003 | 0.25 | Russell, Peter Paul |
| finalize back invoices | 4/18/2003 | 0.25 | Russell, Peter Paul |
| | **Employee Total:** | **3.50** | |
| | **Section Total:** | **8.25** | |

**LESON ENVIRONMENTAL CONSULTING**

P.O. Box 10075
Berkeley, CA 94708
(510) 568-9132 phone
(775) 254-5849 fax

# INVOICE

DATE: 5/18/2003
INVOICE # 0304-NG01

Bill To:
Northgate Environmental Management
3829 Grand Avenue
Oakland, CA 94610

For:
Chlordane
Job No. 3058.02 1057.02

For services provided from 03/18/2003 through 4/18/2003 at direction of Dr. Peter Russell

| LABOR | HOURS | RATE ($/h) | AMOUNT |
|---|---|---|---|
| - Research Chlordane application rates, obtain original labels<br>- Prepare comments regarding "Consistency Of Measured Chlordane Concentrations At Alameda Point Naval Air Station, East Housing Area, With Manufacturer-Recommended Application"<br>- Work done in support of requests by Barry Steinberg and Darrell Handy | 32.5 | $ 125.00 | $ 4,062.50 |
| | | TOTAL LABOR | $ 4,062.50 |

| REIMBURSABLE EXPENSES | AMOUNT |
|---|---|
| Miscellaneous (2% labor) | $ 81.25 |
| TOTAL REIMBURSABLE EXPENSES | $ 81.25 |
| TOTAL THIS INVOICE | $ 4,143.75 |

Make all checks payable to GERO LESON
Payment net 15 days

THANK YOU FOR YOUR BUSINESS!

June 20, 2003

Debbie Potter
City of Alameda
Development Services
Alameda Point Administration
Building 1, 950 W. Mall Square
Alameda, CA 94501-5012

Re: Invoice # 1057.02.28: May 1 - 31, 2003 - Alameda FISCA

Dear Ms. Potter:

Enclosed is our invoice for $1,283.85 covering environmental engineering services related to the Alameda FISCA project during May 2003. The cost related to chlordane remediation at the East Housing Area in this invoice is $160.65.

This work includes:

1. General project management including phone calls, email, organization, cost tracking, coordination and project file maintenance.
2. Attend FISC RAB and BCT meetings on 5/8; transit.
3. Call Dave Sadoff on 5/9 and research chlordane claim.
4. Draft letter documenting completion of any required Navy cleanup of East Housing Blocks A, B, & C precedent to conveyance. 5/30

Thank you for using our services. please call me at 415/492-0540 if you have any questions.

Sincerely,

Peter Russell
Principal

Encl.

**INVOICE FOR PROFESSIONAL SERVICES**

**For the Period May 1 - 31, 2003**

**Project # 1057.02 Alameda FISCA**

| Title | Staff | Hours | Amount |
|---|---|---|---|
| Principal Engineer | Russell | 7.25 | $1,622.50 |
| Project/Admin. Assistant | Sasaki/Russell | 1 | $45.00 |
| | | Total Labor | $1,567.50 |
| (Travel Credit) | | | $0.00 |
| Russell | 5/6/2003 | 1.5 | ($315.00) |
| Expenses | | | |
| | | | 0.00 |
| | | Total Expenses | $0.00 |
| | | Charge for outside Expense (10%) | $0.00 |
| | | Incidental expenses (2% of professional fees) | $31.35 |
| | | This Invoice Total | $1,283.85 |

Date: 9/8/2003 Invoice Number: 1057.02.28 EIN 94-3350317

# Invoice Detail with Notes

## Project # 1057.02

| Notes | Date | Hours | Rate | Total | Employee |
|---|---|---|---|---|---|
| **Project Assistance** | | | | | |
| **File Organization/Maintenance** | | | | | |
| **Project/Administrative Assistant** | | | | | |
| organize files | 5/16/2003 | 0.25 | $45.00 | $11.25 | Russell, Aaron |
| | **Employee Total:** | **0.25** | | **$11.25** | |
| invoice prep | | | | | |
| invoicing | 5/6/2003 | 0.50 | $45.00 | $22.50 | Sasaki, Ellen |
| | 5/30/2003 | 0.25 | $45.00 | $11.25 | Sasaki, Ellen |
| | **Employee Total:** | **0.75** | | **$33.75** | |
| **Project Management** | | | | | |
| **Meetings/Conference Calls** | | | | | |
| **Senior Principal** | | | | | |
| FISC RAB & BCT mtgs; transit | 5/6/2003 | 4.75 | $210.00 | $997.50 | Russell, Peter Paul |
| | **Employee Total:** | **4.75** | | **$997.50** | |
| **Phone Calls, E-Mails, Etc.** | | | | | |
| **Senior Principal** | | | | | |
| call Dave Sadoff & research chlordane claim | 5/9/2003 | 0.75 | $210.00 | $157.50 | Russell, Peter Paul |
| org files | 5/16/2003 | 0.50 | $210.00 | $105.00 | Russell, Peter Paul |
| | 5/23/2003 | 0.25 | $210.00 | $52.50 | Russell, Peter Paul |
| invoicing; draft letter documenting completion of any required Navy cleanup of East Housing Blocks A, B, & C precedent to conveyance | 5/30/2003 | 1.00 | $210.00 | $210.00 | Russell, Peter Paul |
| | **Employee Total:** | **2.50** | | **$525.00** | |
| | **Section Total:** | **8.25** | | **$1,567.50** | |