**KUTAK ROCK LLP**

**WASHINGTON, D.C.**
Telephone 202-828-2400
Facsimile 202-828-2488

Federal ID 47-0597598

**Check Remit To:**
Kutak Rock LLP
PO Box 30057
Omaha, NE 68103-1157

**Wire Transfer Remit To:**
ABA #104000016
First National Bank of Omaha
Kutak Rock LLP
A/C # 24-690470

November 24, 2003

Terri Highsmith, Esq.
City of Alameda
Office of the City Attorney
City Hall, Room 314
2263 Santa Clara Avenue
Alameda, CA 94501-4456

144703-2

---

Re: Alameda Pesticide Claim

For Professional Legal Services Rendered

| | | | |
|---|---|---|---|
| 02/01/02 | B. Steinberg | 0.20 | Messages from Mr. Ganlin and Mr. Handy on Pesticide issues |
| 02/04/02 | B. Steinberg | 0.30 | Discussions with Mr. Handy, Ms. Potter and Ms. Garber on pesticide issues, need for Catellus data on costs |
| 02/05/02 | B. Steinberg | 0.70 | Discussion with Mr. Handy, Ms. Potter, and Ms. Garber on pesticide issues; telephone conference with AIG claims, discuss need for decision letter |
| 02/08/02 | B. Steinberg | 1.80 | Review draft letter to DTSC, provide comments and suggested changes; draft letter to Mr. Hardy at AIG, solicit comments; revise letter and dispatch to Mr. Hardy; draft hand copy for mailing; review memorandum on Early Transfer |
| 02/12/02 | B. Steinberg | 1.00 | Receipt, review pesticide workplan, final package sent to DTSC |
| 02/17/02 | B. Steinberg | 0.20 | Telephone conference with Ms. Hardy at AIG for status of approval letter; discussion with Ms. Hardy on AIG response |

| | | | |
|---|---|---|---|
| 03/05/02 | B. Steinberg | 0.90 | E-mails on DTSC approval of OCP work plan; draft decision matrix on consequences of cost implications; review Wong letter, Murphy comments, Ms. Garber messages |
| 03/08/02 | B. Steinberg | 0.60 | Work on NFA request letter with DTSC; conference call with Tetra Tech Representatives on approach to Navy's message to/from Ms. Garber on Quillen memorandum to Murphy |
| 03/13/02 | B. Steinberg | 0.30 | Review government memorandum on conference call with Navy |
| 04/10/02 | B. Steinberg | 0.70 | Review DTSC draft on pesticide removal issues; memorandum to Ms. Garber with proposed language; telephone conference with Ms. Garber |
| 04/11/02 | B. Steinberg | 0.20 | Messages from/to Ms. Garber on DTSC pesticide letter |
| 04/15/02 | B. Steinberg | 0.20 | Discussion on DTSC pesticide letters with Ms. Garber |
| 04/17/02 | B. Steinberg | 0.20 | Discussions with Ms. Garber on AIG inquiry to Quillen |
| 04/18/02 | B. Steinberg | 1.00 | Review latest version of DTSC Pesticide letters, message to Ms. Garber; exchange e-mails; message from Ms. Highsmith on AIG effort to discuss; return call |
| 04/24/02 | B. Steinberg | 0.30 | Discussion with Mr. Handy on pesticide insurance issue |
| 04/30/02 | B. Steinberg | 0.40 | Messages to and from Ms. Potter, Ms. Akil, Mr. Handy; review final pesticide plan from ERM to DTSC dated 23 April 02; discussion with Mr. Handy |
| 05/01/02 | B. Steinberg | 1.50 | Discussion with Ms. Hardy at AIG on 330 claim; meet with Ms. Potter on claims status, meet with Mr. Handy; update on claims and negotiations; meet with Ms. Garber |
| 05/07/02 | B. Steinberg | 1.00 | Review DTSC pesticide letter; conference call with Ms. Potter, Ms. Highsmith; Ms. Garber issues on AIG report |
| 05/10/02 | B. Steinberg | 0.20 | Discuss 330 claims issues with Ms. Highsmith |
| 05/15/02 | B. Steinberg | 1.50 | Discussions with Ms. Potter on pesticide cost increase; review documents, discuss |

| | | | |
|---|---|---|---|
| | | | with Hardy & Sadoff at AIG; guidance to Ms. Potter |
| 05/17/02 | B. Steinberg | 0.40 | Discussion with Ms. Mooney on APT failure to defend position on thermal treatment |
| 05/20/02 | B. Steinberg | 0.60 | Discussion with Mr. Handy at AIG on pesticide application instructions; research same for old labeling instructions |
| 05/21/02 | B. Steinberg | 0.70 | Discuss pesticide testing requested by AIG with Mr. Handy; begin FIFRA research |
| 05/31/02 | B. Steinberg | 0.20 | Discussion with Ms. Potter on Catellus concerns about Navy subrogation rights; discuss claim for pesticides issues, ability to review |
| 06/03/02 | B. Steinberg | 0.70 | Calls to Mr. Handy and Ms. Highsmith on claims review; discussion with Mr. Sadoff on FEMA proposal; discussion with Ms. Potter on claim, update on Mr. Sadoff's request for revised proposal |
| 06/04/02 | B. Steinberg | 1.00 | Review claims submitted in package; discussion with Mr. Handy on 330 claim to include SIR; update to Ms. Potter on claims issues; discuss Northgate claim with Russell |
| 06/05/02 | B. Steinberg | 0.70 | Review pesticide claims issue package; message to Ms. Potter; discuss with Ms. Highsmith on claim; discuss pesticide claim with Ms. Potter |
| 06/06/02 | B. Steinberg | 0.30 | Discussion with Davlin on pesticide claim, recovery issue |
| 06/14/02 | B. Steinberg | 0.30 | Compare Russell's 330 claim information with the original claims data; message to Ms. Potter on comparison |
| 06/16/02 | B. Steinberg | 0.60 | Review no spray appeal and pesticide article describing RCRA & CERCLA pesticides claims issues |
| 06/22/02 | B. Steinberg | 0.40 | Message from/to Ms. Highsmith and Banks, pesticide claim, disposal issues, notice to Navy on 330 claim; message from Ms. Potter on 330 follow-up |
| 06/24/02 | B. Steinberg | 0.90 | Work on Chlordane claim documentation, messages to Kennedy and Garber; e-mail from Highsmith consideration of future landfill costs, how to integrate into claim |

| | | | |
|---|---|---|---|
| 06/25/02 | B. Steinberg | 0.30 | Call from, coordinate with Kennedy; messages to/from Ms. Potter; call from Banks on Kennedy inquiry |
| 06/27/02 | B. Steinberg | 0.30 | Telephone conference with Mr. Kennedy on status of breakout of pesticide costs; telephone conference with Ms. Garber on her breakout |
| 06/28/02 | B. Steinberg | 0.20 | Messages from Ms. Garber on pesticide break out for submission |
| 07/01/02 | B. Steinberg | 0.40 | Discussions with Mr. Owen regarding Catellus breakout, pesticide costs from Mr. Ferma and Mr. Winzler; telephone conferences with Ms. Garber regarding breakout for claim |
| 07/02/02 | B. Steinberg | 1.50 | Review latest Catellus submission on pesticide claim; discuss claim issue with Ms. Garber, messages to/from Ms. Potter regarding claim, meeting next week; discuss Navy claim notice with Mr. Hardy; memo to AIG recovery section on Navy notice issues |
| 07/03/02 | B. Steinberg | 1.40 | Exchange messages with Ms. Potter on claim; review data breakout and lab results from Mr. Anderson; message to Mr. Anderson regarding dilution factor; messages from Mr. Russell; begin KR bill review, examine applicable entries |
| 07/07/02 | B. Steinberg | 0.70 | Review all bills since 1 March 2001 for pesticide entries; note and modify entries to exclude time for non-pesticide issues |
| 07/12/02 | B. Steinberg | 0.20 | Calls to and from Mr. Kennedy regarding pesticide claim; telephone conference with Mr. Hardy at AIG regarding recovery section failure to return call |
| 07/16/02 | B. Steinberg | 0.20 | Messages from Ms. Hardy regarding pesticide recovery issue |
| 07/22/02 | B. Steinberg | 2.50 | Receipt and review of fax from IRG on agenda, add pesticide and Term I issues; review EDC early transfer maps |
| 07/26/02 | B. Steinberg | 0.20 | Discussion with Ms. Highsmith and Mr. Schlossberg on location of pesticides |
| 07/30/02 | B. Steinberg | 0.40 | Message from Ms. Potter on location of pesticides; discussion with Mr. Handy regarding size of claim |

| | | | |
|---|---|---|---|
| 08/08/02 | B. Steinberg | 3.10 | Review Catellus submission on claim; telephone conference with AIG claims counsel; work on missing data for claim call to Mr. Kennedy and discuss needed information; prepare letter to AIG for Mr. Kennedy to complete with data, transmit to him |
| 08/09/02 | B. Steinberg | 1.20 | Discussion with AIG recovery counsel; prepare reply and submit; update to Highsmith |
| 08/12/02 | B. Steinberg | 1.20 | Review documents requested by Lynch on pesticide issues; message to Handy for insurance application; message to Lynch; review policy for exclusions; messages to/from Mr. Kennedy on status of his reply |
| 08/14/02 | B. Steinberg | 0.30 | Exchange messages with Handy on Catellus contacts with AIG representatives; messages from Mr. Kennedy on traffic light repair |
| 08/16/02 | B. Steinberg | 0.50 | Discussion with Mr. Highsmith on APCP meeting; review documents sent to Lynch |
| 08/18/02 | B. Steinberg | 0.50 | Review e-mail string on chlordane issues; AIG involvement, meeting notes |
| 08/19/02 | B. Steinberg | 0.20 | Message to Mr. Kennedy on claim info, status |
| 08/20/02 | B. Steinberg | 0.30 | Discuss 330 claim, pesticide insurance issues, SW Div response with Mr. Potter; message from Mr. Kennedy |
| 08/23/02 | B. Steinberg | 0.20 | Discussion with Ms. Highsmith on missing Catellus information on pesticide claim, message to Mr. Kennedy on need for data |
| 08/27/02 | B. Steinberg | 2.30 | Review Mr. Kennedy letter, bill reviews, decipher portions on Catellus backup, message to Mr. Kennedy on mobilization costs, call to Ms. Garber on SMP issues |
| 08/28/02 | B. Steinberg | 0.90 | Work on claim; messages to/from Mr. Quillen on back-up for DTSC negotiations |
| 08/29/02 | B. Steinberg | 1.90 | Work on pesticide claim; messages to/from Messrs. Kennedy, Russell, and Handy on same; continue document review, note Winzler-Kelly issue |
| 08/30/02 | B. Steinberg | 1.00 | Work on pesticide claim, messages to Mr. Kennedy and Mr. Handy; review latest agenda, schedule for 10 September |

| | | | |
|---|---|---|---|
| 09/02/02 | B. Steinberg | 0.50 | Review Winzler claim, relationship to Ferma |
| 09/05/02 | B. Steinberg | 0.50 | Message from Mr. Kennedy on Mr. Quillen memorandum; discussion with Ms. Garber on memorandum; reply to Mr. Kennedy |
| 09/06/02 | B. Steinberg | 1.20 | Review Mr. Quillen memorandum, make changes, review Ms. Garber's changes; review AIG application; message to Mr. Kennedy on needed documents |
| 09/07/02 | B. Steinberg | 0.90 | Review FERMA contract provided by Mr. Kennedy; message to him with questions; review AIG insurance application Form from Mr. Handy |
| 09/12/02 | B. Steinberg | 1.20 | Review Ms. Garber mark ups to Mr. Quillen memorandum; continue review of AIG; draft claim on Navy; work on Mr. Quillen memorandum; questions for Ms. Garber |
| 09/13/02 | B. Steinberg | 0.70 | Receipt, latest Catellus spread sheet; respond to Ms. Highsmith message on insurance and 330 claim; discussion with Ms. Highsmith on 330 issues; messages on Catellus contract |
| 09/14/02 | B. Steinberg | 0.20 | Message from/to Mr. Kennedy on budget issue for pesticides |
| 09/17/02 | B. Steinberg | 0.60 | Message for Mr. Handy and Mr. Cole on AIG payments; discussion with Ms. Highsmith; review packages for Mr. Yount on status, schedule |
| 09/18/02 | B. Steinberg | 0.80 | Work on Joint 330 claim with AIG; message to Mr. Cole on details of claim, message for Mr. Handy on same |
| 09/19/02 | B. Steinberg | 2.40 | Work on claim to AIG and 330; discussion with AIG recovery counsel (Lynch) on changes to notice; discussions with Ms. Highsmith and Ms. Garber; request W & K documents from Mr. Quillen |
| 09/20/02 | B. Steinberg | 1.10 | Finish draft on Joint AIG 330 claim application, forward to Mr. Lynch, AIG Recovery counsel; message for Mr. Quinn and missing documents |
| 09/24/02 | B. Steinberg | 1.60 | Review changes from Mr. Lynch to 330 claim, revise as requested; Agreement for Joint Claim reached; message from Mr. |

| | | | |
|---|---|---|---|
| | | | Russell on Catellus concerns; discussion; messages to Mr. Handy on claim |
| 09/25/02 | B. Steinberg | 0.20 | Discussion with Ms. Garber; e-mail to Mr. Russell on status of 330 claim, AIG claim |
| 09/26/02 | B. Steinberg | 1.80 | Message from/to Mr. Handy on 330 claim; work on integration of AIG claim; receive final reports, sampling and DOCPRW |
| 09/27/02 | B. Steinberg | 1.10 | Assemble enclosures, discuss need for Northgate Summary with Ms. Garber; prepare tab list and incorporate into 330 claim |
| 09/30/02 | B. Steinberg | 0.20 | Message from/to Ms. Potter on 330 claim |
| 09/12/02 | B. Steinberg | 1.20 | Review Ms. Garber mark ups to Mr. Quillen memorandum; continue review of AIG; draft claim on Navy; work on Mr. Quillen memorandum; questions for Ms. Garber |
| 09/13/02 | B. Steinberg | 0.70 | Receipt, latest Catellus spread sheet; respond to Ms. Highsmith message on insurance and 330 claim; discussion with Ms. Highsmith on 330 issues; messages on Catellus contract |
| 09/14/02 | B. Steinberg | 0.20 | Message from/to Mr. Kennedy on budget issue for pesticides |
| 09/17/02 | B. Steinberg | 0.60 | Message for Mr. Handy and Mr. Cole on AIG payments; discussion with Ms. Highsmith; review packages for Mr. Yount on status, schedule |
| 09/18/02 | B. Steinberg | 0.80 | Work on Joint 330 claim with AIG; message to Mr. Cole on details of claim, message for Mr. Handy on same |
| 09/19/02 | B. Steinberg | 2.40 | Work on claim to AIG and 330; discussion with AIG recovery counsel (Lynch) on changes to notice; discussions with Ms. Highsmith and Ms. Garber; request W & K documents from Mr. Quillen |
| 09/20/02 | B. Steinberg | 1.10 | Finish draft on Joint AIG 330 claim application, forward to Mr. Lynch, AIG Recovery counsel; message for Mr. Quinn and missing documents |
| 09/24/02 | B. Steinberg | 1.60 | Review changes from Mr. Lynch to 330 claim, revise as requested; Agreement for Joint Claim reached; message from Mr. Russell on Catellus concerns; discussion; messages to Mr. Handy on claim |

| | | | |
|---|---|---|---|
| 09/25/02 | B. Steinberg | 0.20 | Discussion with Ms. Garber; e-mail to Mr. Russell on status of 330 claim, AIG claim |
| 09/26/02 | B. Steinberg | 1.80 | Message from/to Mr. Handy on 330 claim; work on integration of AIG claim; receive final reports, sampling and DOCPRW |
| 09/27/02 | B. Steinberg | 1.10 | Assemble enclosures, discuss need for Northgate Summary with Ms. Garber; prepare tab list and incorporate into 330 claim |
| 09/30/02 | B. Steinberg | 0.20 | Message from/to Ms. Potter on 330 claim |
| 10/11/02 | B. Steinberg | 0.60 | Conference call with Ms. Potter, Ms. Highsmith, Mr. Schlossberg on timing of submission of 330 claim, coordination with AIG recovery counsel; review Handy notice to AIG for date of discovery |
| 10/14/02 | B. Steinberg | 0.20 | Message to Ms. Highsmith on pesticide issue, indemnity |
| 10/15/02 | B. Steinberg | 0.90 | Finish letter to Navy for 330, forward to Mr. Handy and Mr. Lynch for approval after Ms. Potter and Ms. Highsmith discussion; add claim total value for 1st phase of claim |
| 10/16/02 | B. Steinberg | 0.20 | Work on attachment to claim |
| 10/21/02 | B. Steinberg | 0.50 | Provide attachments to Mr. Handy and Mr. Lynch; discussion with Mr. Handy on final claim |
| 10/23/02 | B. Steinberg | 0.90 | Meet with Mr. Handy on 330 claim |
| 10/24/02 | B. Steinberg | 0.20 | Discuss with Mr. Handy on proper claimant on 330 claim |
| 10/28/02 | B. Steinberg | 0.20 | Discussion with Mr. Handy on title sequence for East Housing |
| 10/29/02 | B. Steinberg | 0.20 | Discuss claims with Ms. Potter, status of AIG claim |
| 11/05/02 | B. Steinberg | 0.20 | Discussion with Mr. Handy on 330 claim submission, update to Mr. Yount |
| 11/06/02 | B. Steinberg | 0.80 | Review message from Mr. Handy and Mr. Kennedy on pesticide claim; discuss with Mr. Handy; review his e-mail to Ms. Highsmith; message from Ms. Potter on AIG claim contact; discuss status of claim; Catellus with Ms. Potter; evaluate AIG claim issues, incorporation of 330 claim for leverage |
| 11/11/02 | B. Steinberg | 0.70 | Receipt/review latest Northgate pesticide bill; message to Mr. Handy on copy of |

| | | | |
|---|---|---|---|
| | | | signed letter for 330 claim; review prior submission for content; adequacy for insurance claim |
| 11/14/02 | B. Steinberg | 0.80 | Work on claim to AIG, collect documents for reference in package; assess 330 claim for necessary changes |
| 11/15/02 | B. Steinberg | 0.90 | Message from Mr. Kennedy on reviewing documents; finish draft letter for AIG claim; transmit to Mr. Handy |
| 11/17/02 | B. Steinberg | 0.70 | Review Dupont court of claims decision, application of indemnity with out statutory authority; research anti-deficiency Act language, compare with 330 language |
| 11/18/02 | B. Steinberg | 0.50 | Discussion with Ms. Highsmith on AIG claim 10 December, meeting; assemble claims documents for Mr. Handy; message from Mr. Handy; Fed-X to him |
| 11/25/02 | B. Steinberg | 0.20 | Discussion with Mr. Handy on both pesticide claims |
| 12/01/02 | B. Steinberg | 0.30 | Review ABA Admin Conference on Indemnification Report |
| 12/02/02 | B. Steinberg | 0.20 | Message from/to Mr. Lynch on status of 330 claim; message to Mr. Handy to forward to him |
| 12/13/02 | B. Steinberg | 1.00 | Review Catellus 2nd claim; message with questions to Mr. Handy |
| 12/15/02 | B. Steinberg | 0.20 | Review Handy claim letter to AIG |
| 12/17/02 | B. Steinberg | 0.20 | Calls from/to Ms. Davlin on pesticide claim |
| 12/18/02 | B. Steinberg | 0.50 | Telephone conference with Ms. Davlin on 330 claim; relationship with Mr. Lynch on joint claim; submission of AIG claim on pesticides |
| 12/30/02 | B. Steinberg | 0.50 | Consider Sadoff requested approach; review AIG submission and how to alter; need for Kennedy involvement |
| 01/02/03 | B. Steinberg | 0.80 | Memorandum to Mr. Handy and Ms. Highsmith on AIG claim format; Mr. Sadoff's request for submission; review format of prior submission; reply from Mr. Handy to fit schedule for next week |
| 01/08/03 | B. Steinberg | 0.40 | Discussion with Mr. Handy and Ms. Highsmith on pesticide claim issue |

| | | | |
|---|---|---|---|
| 01/14/03 | B. Steinberg | 0.40 | Discussion with Mr. Calloway on 330 claim at FISC; message to Mr. Handy; update to Ms. Potter |
| 01/15/03 | B. Steinberg | 0.20 | Message to Mr. Handy on status of Mr. Sadoff's request; discussion with Ms. Highsmith on 330 claim |
| 01/16/03 | B. Steinberg | 0.20 | Messages to/from Mr. Calloway on 330 claim; call to Mr. Alvarez, message on status |
| 01/21/03 | B. Steinberg | 0.20 | Assemble documents for 330 claim, pursuant to request from Mr. Alvarez for copy; draft letter to Mr. Alvarez |
| 01/22/03 | B. Steinberg | 0.50 | Obtain claim letter to Navy from Cheryl; review documents, verify identical claim for submission to Mr. Alvarez to replace lost claim |
| 02/06/03 | B. Steinberg | 0.30 | Discuss Navy loss of 330 claim, prepare transmittal of three copies; prepare resubmission |
| 02/11/03 | B. Steinberg | 0.50 | Review existing AIG policy; messages to Ms. Potter, Ms. Davlin; coordinate with Mr. Handy on 330 claim issue |
| 02/18/03 | B. Steinberg | 0.30 | Message for AIG on housing unit as additional insured; reply with request for specific info needed; call to Ms. Potter |
| 02/19/03 | B. Steinberg | 0.20 | Coordinate with Mr. Handy; call Sherill to set up meetings; message from Mr. Sadoff |
| 02/22/03 | B. Steinberg | 0.30 | Review catellus 16 Jan 03 claim submission on pesticide removal |
| 03/17/03 | B. Steinberg | 3.50 | Travel, meet with Mr. Handy, discuss AIG and Navy claims; meet with Mr. Russell; prepare for meeting with AIG representative tomorrow |
| 03/18/03 | B. Steinberg | 2.50 | Review claim documents, preparation for, conduct meeting with AIG representative on claims issues, format for future claim; discuss invoice issues, content of future claims documents |
| 03/24/03 | B. Steinberg | 0.60 | Message to Mr. Kennedy on needed documents for AIG claim, review his prior submissions |
| 03/27/03 | B. Steinberg | 0.30 | Inquiry from Ms. Davlin at AIG on claim; reply call to Naval Facility attorney for status; message to Mr. Handy |

| | | | |
|---|---|---|---|
| 03/28/03 | B. Steinberg | 0.90 | Message from/to Mr. Kennedy on 330 claim; discuss strategy of claim with Mr. Kohns at Navy Facility; message to Mr. Plaescied and Mr. Alvarez on claim |

TOTAL HOURS 93.20

TOTAL FOR SERVICES RENDERED $24,675.00

**SUMMARY**

| NAME/YEAR | HOURS | RATE | AMOUNT |
|---|---|---|---|
| B. Steinberg/2002 | 80.10 | 265.00 | 21,226.50 |
| B. Steinberg/2003 | 12.10 | 285.00 | 3,448.50 |