





BASIS OF BEARINGS:

BEARINGS SHOWN ARE ON THE CALIFORNIA COORDINATE SYSTEM ZONE III 1927. DISTANCES SHOWN HEREON ARE GROUND LEVEL DISTANCES. MULTIPLY DISTANCES BY 0.999929 TO OBTAIN GRID LEVEL DISTANCES.

**Brian Kangas Foulk**
Engineers • Surveyors • Planners

540 Price Avenue
Redwood City, CA 94063
650/482-6300
650/482-6399 (FAX)

Subject EXHIBIT "D"
INDEX SHEET
Job No. 980221-50
By RG Date 05/12/00 Chkd. MP
SHEET 1 OF 18

DATE: 5/12/2000

## AREA 1

A parcel of land lying in the City and County of Alameda, State of California, and being a portion of the parcel described in that certain deed recorded on December 21, 1951 in Book 6618 of Official Records at page 339, Alameda County Records, more particularly described as follows:

<u>BEGINNING</u> at the most northerly corner of said parcel:

Thence along the northerly line of said parcel, South 87°12'43" East, 141.82 feet to the <u>TRUE POINT OF BEGINNING</u>;

1. Thence continuing along said line, South 87°12'43" East, 713.87 feet;
2. Thence leaving said northerly line, South 2°04'31" West, 413.69 feet;
3. Thence North 87°55'29" West, 499.44 feet;
4. Thence North 2°04'31" East, 24.13 feet;
5. Thence South 75°18'52" West, 211.73 feet;
6. Thence North 87°12'43" West, 185.65 feet;
7. Thence North 87°12'43" West, 341.05 feet;
8. Thence North 2°47'17" East, 319.31 feet;
9. Thence South 87°12'43" East, 341.05 feet;
10. Thence South 87°12'43" East, 168.30 feet;
11. Thence North 2°47'17" East, 140.01 feet to the <u>TRUE POINT OF BEGINNING</u>;

Containing an area of 10.65543 acres, more or less.

Basis of Bearings:
Bearings are based on the California Coordinate System of 1927 Zone III using the bearing of South 87°45'20" East between USC & GS Station "MA[illegible]" and [illegible] & GS Station "ALT FIFTH". All distances in this description are ground distances. Multiply by 0.9999295 to obtain grid distances.

This description was prepared by me or under my direction in conformance with the requirements of the Land Surveyor's Act.

Prepared By:

Billy Martin, P.L.S. 5797
Expires: 6/30/2004

LICENSED LAND SURVEYOR
BILLY MARTIN
EXP. 6/30/2004
No. 5797
STATE OF CALIFORNIA

Dated: 6.30.00

Approved By:

Mike Mahoney, P.L.S. 5577
Expires: 12/31/2001

Dated: July 5 2000

K:\MAI...\LEGALS\980221-50\AREA1.doc

LICENSED LAND SURVEYOR
MICHAEL S. MAHONEY
NO. 5577
Exp. 12/31/01
SURVEYOR
STATE OF CALIFORNIA




6618 OR 339
CONDEMNATION SUIT NO. 30735

LINE TABLE

| LINE | BEARING | LENGTH |
|---|---|---|
| L1 | S 87°12'43" E | 141.82' |
| L2 | N 02°47'17" E | 140.01' |
| L3 | N 02°04'31" E | 24.13' |
| L4 | S 87°12'43" E | 168.30' |

LICENSED LAND SURVEYOR
BILLY MARTIN
EXP. 6/30/2004
No. 5797
STATE OF CALIFORNIA

Brian Kangas Foulk
Engineers • Surveyors • Planners

540 Price Avenue
Redwood City, CA 94063
650/482-6300
650/482-6399 (FAX)

Subject EXHIBIT "D"
AREA 1
Job No. 980221-50
By RCS Date 05/10/00 Chkd. MP
SHEET 4 OF 18

# AREA 2

Parcel A:
A parcel of land lying in the City and County of Alameda, State of California, and being a portion of Parcel 1 and Parcel 2 described in that certain deed recorded on August 9, 1945 in Book 4757 of Official Records at page 138, Alameda County Records and a portion of Parcel No 1 and Parcel No. 2 described in that certain deed recorded on December 18, 1944 in Book 4663 of Official Records at page 35, Alameda County Records and a portion of the parcel described in that certain deed recorded on December 18, 1944 in Book 4652 of Official Records at page 172, Alameda County Records and a portion of Parcel No. 1 and Parcel No. 2 described in that certain deed recorded on December 18, 1944 in Book 4652 of Official Records at page 168, Alameda County Records more particularly described as follows:

BEGINNING at the most northwesterly corner of the parcel described in that certain deed recorded on December 18, 1944 in Book 4652 of Official Records at page 172, Alameda County Records:

1. Thence along said northerly line of the parcel described in that certain deed recorded on December 18, 1944 in Book 4652 of Official Records at page 172, Alameda County Records, North 86°38'46" East, 16.02 feet to a point of intersection with the easterly line of Parcel 10 described in that certain deed recorded on April 8, 1984 as Document Number 84-064504, Official Records Alameda County, being the TRUE POINT OF BEGINNING;

2. Thence continuing along the northerly line of said parcel described in that certain deed recorded on December 18, 1944 in Book 4652 of Official Records at page 172, Alameda County Records, North 86°38'46" East, 402 97 feet;

3. Thence continuing along said northerly line of the parcel described in that certain deed recorded on December 18, 1944 in Book 4652 of Official Records at page 172, Alameda County Records, South 84°06'14" East, 567.60 feet,

4. Thence continuing along said northerly line of the parcel described in that certain deed recorded on December 18, 1944 in Book 4652 of Official Records at page 172, Alameda County Records, North 87°53'46" East, 726 00 feet;

5. Thence continuing along said northerly line of the parcel described in that certain deed recorded on December 18, 1944 in Book 4652 of Official Records at page 172, Alameda County Records, South 87°21'14" East, 858.00 feet;

6. Thence continuing along said northerly line of the parcel described in that certain deed recorded on December 18, 1944 in Book 4652 of Official Records at page 172, Alameda County Records, South 58°36'14" East, 153.54 feet to the most northwesterly corner of the parcel described in that certain deed recorded on September 24, 1941 in Book 4142 of Official Records at page 18, Alameda County Records;

7. Thence leaving said northerly line and along the westerly line of the parcel described in that certain deed recorded on September 24, 1941 in Book 4142 of Official Records at page 18, Alameda County Records, South 15°28'16" West, 579.96 feet to the most northwesterly corner of Parcel No. 2 described in that certain deed recorded on December 18, 1944 in Book 4663 of Official Records at page 35;

8. Thence leaving said westerly line and along the northerly line of Parcel No. 2 described in that certain deed recorded on December 18, 1944 in Book 4663 of Official Records at page 35, Alameda County Records, South 31°40'14" East, 82.16 feet;

9. Thence continuing along said northerly line of Parcel No. 2 described in that certain deed recorded on December 18, 1944 in Book 4663 of Official Records at page 35, Alameda County Records, South 81°24'14" East, 285.99 feet;

10. Thence continuing along said northerly line of Parcel No. 2 described in that certain deed recorded on December 18, 1944 in Book 4663 of Official Records at page 35, Alameda County Records, South 88°00'44" East, 87.24 feet to the most northwesterly corner of Parcel B described in that certain deed recorded on December 1, 1967 in Book 2084 of Official Records at page 701, Alameda County Records, being a point on a non-tangent curve to the left [illegible] point a radial line bears South 65°48'44" East;

11. Thence leaving said northerly line and along the westerly line of Parcel B described in that certain deed recorded on December 1, 1967 in Book 2084 of Official Records at page 701, Alameda County Records, along said [illegible] having a radius of 30050.01 feet, through a central angle of 0°12'27", for an arc length of

most southeasterly corner of Parcel 1 described in that certain deed recorded on August 9, 1945 in Book 4757 of Official Records at page 138, Alameda County Records;

18. Thence along said southerly of Parcel 1 described in that certain deed recorded on August 9, 1945 in Book 4757 of Official Records at page 138, Alameda County Records, North 89°46'04" West, 1515.46 feet to a point of intersection with the easterly line of Parcel 10 described in that certain deed recorded on April 8, 1984 as Document Number 84-064504 Official Records Alameda County;

19. Thence along said easterly line of Parcel 10 described in that certain deed recorded on April 8, 1984 as Document Number 84-064504 Official Records Alameda County, North 0°30'14" West, 746.23 feet to the TRUE POINT OF BEGINNING;

Containing an area of 45.45148 acres, more or less.

Parcel B:
A parcel of land lying in the City and County of Alameda, State of California, and being a portion of the parcel described in that certain Judgment on Declaration of Taking entered in Civil Action No. 30735 recorded on December 21, 1951 in Book 6618 of Official Records at page 339, Alameda County Records, and being a portion of Parcel 1 described in that certain deed recorded on July 22, 1948 in Book 5582 of Official Records at page 597, Alameda County Records, and being a portion of the parcel described in that certain deed recorded on July 21, 1944 in Book 4499 of Official Records at page 401, Alameda County Records, and being a portion of the parcel described in that certain deed recorded on June 29, 1944 in Book 4499 of Official Records at page 384, Alameda County Records, and being a portion of the parcel described in that certain deed recorded on June 29, 1944 in Book 4499 of Official Records at page 316, Alameda County Records, and being a portion of Parcel 1 described in that certain deed recorded on February 14, 1955 in Book 7567 of Official Records at page 117, Alameda County Records, and being a portion of Parcel 3 described in that certain deed recorded on August 9, 1945 in Book 4757 of Official Records at page 138, Alameda County Records, and all of Parcel 2 described in that certain deed recorded on June 20, 1956 in Book 2084 of Official Records at page 712, Alameda County Records, and all of the parcel described in that certain deed recorded on June 20, 1956 in Book 2084 of Official Records at page 707, Alameda County Records, and all of the parcel described in that certain deed recorded on September 16, 1959 in Book 9152 of Official Records at page 57, Alameda County Records, more particularly described as follows:

BEGINNING at the intersection of the northerly line of Atlantic Avenue, being 51 feet wide, and the easterly line of Main Street as shown on that certain map entitled "OFFICIAL RESURVEY OF PORTION OF SEGREGATION LINE AND VICINITY", filed for record on August 13, 1951 in Book 3 of Maps at page 16 through 22, inclusive, in the Office of the Recorder of Alameda County:

1. Thence along said easterly line of Main Street and the westerly boundary line of the Parcel described in that certain deed recorded on March 28, 1941 in Book 4023 of Official Records at page 499, Alameda County Records, North 00°34'11" East, 1240.19 feet to the southerly line of the parcel described in that certain Judgment on Declaration of Taking entered in Civil Action No. 30735 recorded on December 21, 1951 in Book 6618 of Official Records at page 339, Alameda County Records;

2. Thence continuing along said easterly line of Main Street, North 00°34'11" East, 596.74 feet;

3. Thence leaving said easterly line of Main Street, South 87°57'28" East, 1923.89 feet;

4. Thence North 2°47'17" East, 364.75 feet to the southerly line of Parcel 1 described in that certain deed recorded on February 14, 1955 in Book 7567 of Official Records at page 117, Alameda County Records;

5. Thence along said southerly line of said Parcel 1 as described in that certain deed recorded on February 14, 1955 in Book 7567 of Official Records at page 117, Alameda County Records, South 87°12'43" East, 351.25 feet to the TRUE POINT OF BEGINNING;

6. Thence leaving said southerly line, North 2°47'17" East, 1161.09 feet;

7. Thence North 87°21'26" West, 426.49 feet to a point on the easterly lin[illegible] parcel described in that certain deed recorded on August 10, 1966 in Book 1821 of Official Records at page 494, Alameda County Records;

8. Thence along said easterly line of the parcel described in that certain deed recorded on August 10, 1966 in Book 1821 of Official Records at page 494,

Alameda County Records, North 02°47'17" East, 293.60 feet to the northeasterly corner of said parcel;

9. Thence along the northerly line of said parcel described in that certain deed recorded on August 10, 1966 in Book 1821 of Official Records at page 494, Alameda County Records, North 89°46'04" West, 1180.27 feet;

10. Thence continuing along the northerly line of said parcel described in that certain deed recorded August 10, 1966 in Book 1821 of Official Records at page 494, Alameda County Records, South 76°59'47" West, 30.74 feet;

11. Thence continuing along the northerly line of said parcel described in that certain deed recorded on August 10, 1966 in Book 1821 of Official Records at page 494, Alameda County Records, North 00°30'07" West, 15.37 feet;

12. Thence continuing along the northerly line of said parcel described in that certain deed recorded August 10, 1966 in Book 1821 of Official Records at page 494, Alameda County Records, South 76°59'47" West, 51.25 feet to a point on the easterly line of Parcel 9 described in that certain document recorded on April 8, 1984 as Document Number 84-064504 of Official Records, Alameda County;

13. Thence along said easterly line of Parcel 9 described in that certain document recorded on April 8, 1984 as Document Number 84-064504 of Official Records, Alameda County, North 00°30'13" West, 28.00 to the most northwesterly corner of Parcel 2 described in that certain deed recorded on June 20, 1956 in Book 2084 of Official Records at page 712, Alameda County Records, being a point on a non-tangent curve to the right from which point a radial line bears South 17°36'08" East;

14. Thence leaving said easterly line of Parcel 9 described in that certain document recorded on April 8, 1984 as Document Number 84-064504 of Official Records, Alameda County, and along the northerly line of Parcel 2 described in that certain deed recorded on June 20, 1956 in Book 2084 of Official Records at page 712, Alameda County Records, along said curve having a radius of 955.37 feet, through a central angle of 1°14'55", for an arc length of 20.82 feet to a point of compound curvature;

15. Thence continuing along said northerly line of Parcel 2 described in that certain deed recorded on June 20, 1956 in Book 2084 of Official Records at page 712,

Alameda County Records, along said curve having a radius of 557.56 feet, through a central angle of 15°51'00", for an arc length of 154.24 feet;

16. Thence continuing along said northerly line of Parcel 2 described in that certain deed recorded on June 20, 1956 in Book 2084 of Official Records at page 712, Alameda County Records, North 89°29'47" East, 183.18 feet to a point on the westerly line of the parcel described in that certain deed recorded on June 20, 1956 in Book 2084 of Official Records at page 707, Alameda County Records;

17. Thence along said westerly line of the parcel described in that certain deed recorded on June 20, 1956 in Book 2084 of Official Records at page 707, Alameda County Records, North 00°42'53" West, 10.00 feet to the northwesterly corner of said parcel;

18. Thence continuing along the northerly line of the parcel described in that certain deed recorded on June 20, 1956 in Book 2084 of Official Records at page 707, Alameda County Records, North 87°10'47" East, 238.51 feet to the beginning of a tangent curve to the right;

19. Thence continuing along said northerly line of the parcel described in that certain deed recorded on June 20, 1956 in Book 2084 of Official Records at page 707, Alameda County Records, along said curve having a radius of 1136.01 feet, through a central angle of 3°03'09", for an arc length of 60.52 feet;

20. Thence continuing along said northerly line of the parcel described in that certain deed recorded on June 20, 1956 in Book 2084 of Official Records at page 707, Alameda County Records, South 89°46'04" East, 1216.24 feet;

21. Thence continuing along said northerly line of the parcel described in that certain deed recorded on June 20, 1956 in Book 2084 of Official Records at page 707, Alameda County Records, South 88°07'13" East, 367.67 feet to the beginning of a tangent of curve to the right,

22. Thence continuing along said northerly line of the parcel described in that certain deed recorded June 20, 1956 in Book 2084 of Official Records at page 707, Alameda County Records, along said curve having a radius of 563.14 feet through a central angle of 6°00'30", for an arc length of 59.05 feet;

23. Thence continuing along said northerly line of the parcel described in that certain deed recorded on June 20, 1956 in Book 2084 of Official Records at page 707, Alameda County Records, South 82°06'43" East, 335.29 feet to a point on the northerly line of Parcel 3 described in that certain deed recorded on August 9, 1945 in Book 4757 of Official Records at page 138, Alameda County Records;

24. Thence along said northerly line of Parcel 3 described in that certain deed recorded on August 9, 1945 in Book 4757 of Official Records at page 138, Alameda County Records, South 82°06'43" East, 505.98 feet to the beginning of a tangent curve to the right;

25. Thence continuing along said northerly line of Parcel 3 described in that certain deed recorded on August 9, 1945 in Book 4757 of Official Records at page 138, Alameda County Records, along said curve having a radius of 2867.82 feet, through a central angle of 00°36'00", for an arc length of 30.03 feet to the point of a compound curvature;

26. Thence continuing along said northerly line of Parcel 3 described in that certain deed recorded on June 20, 1956 in Book 4757 of Official Records at page 138, Alameda County Records, curve having a radius of 1435.47 feet, through a central angle of 1°12'01", for an arc length of 30.07 feet to the point of a compound curvature;

27. Thence continuing along said northerly line of Parcel 3 described in that certain deed recorded on June 20, 1956 in Book 4757 of Official Records at page 138, Alameda County Records, along said curve having a radius of 958.04 feet, through a central angle of 1°47'59", for an arc length of 30.09 feet to the point of a compound curvature;

28. Thence continuing along said northerly line of Parcel 3 described in that certain deed recorded on June 20, 1956 in Book 4757 of Official Records at page 138, Alameda County Records, along said curve having a radius of 719.34 feet, through a central angle of 1°12'56", for an arc length of 15.26 feet to the most northerly corner of Parcel A described in that certain deed recorded on December 1, 1967 in Book 2084 of Official Records at page 701, Alameda County Records, being a point on a non-tangent curve to the left from which point a [illegible] line bears South 66°03'48" East;

29. Thence along the westerly line of Parcel A described in that certain deed recorded on December 1, 1967 in Book 2084 of Official Records at page 701, Alameda

County Records, along said curve having a radius of 30,050.01 feet, through a central angle of 00°56'00", for an arc length of 489.48 feet to the beginning of a non-tangent curve to the left, from which point a radial line bears South 2°09'25" East;

30. Thence continuing along said westerly line of Parcel A described in that certain deed recorded on December 1, 1967 in Book 2084 of Official Records at page 701, Alameda County Records, along said curve having a radius of 60.00 feet, through a central angle of 63°17'05", for an arc length of 66.28 feet to a point of compound curvature;

31. Thence continuing along said westerly line of Parcel A described in that certain deed recorded on December 1, 1967 in Book 2084 of Official Records at page 701, Alameda County Records, along said curve having a radius of 1222.09 feet, through a central angle of 31°53'47", for an arc length of 680.33 feet to a point of compound curvature;

32. Thence continuing along said westerly line of Parcel A described in that certain deed recorded on December 1, 1967 in Book 2084 of Official Records at page 701, Alameda County Records, along said curve having a radius of 1434.10 feet, through a central angle of 07°09'19", for an arc length of 179.09 feet to a point on the southerly line of that certain deed recorded on July 22, 1948 in Book 5582 of Official Records at page 597, Alameda County Records;

33. Thence along said southerly line of the parcel described in that certain deed recorded on July 22, 1948 in Book 5582 of Official Records at page 597, Alameda County Records, North 87°12'43" West, 332.59 feet to the northwesterly corner of that certain Parcel Map recorded on October 2, 1981 in Book 131 of Maps at page 1 through 2, inclusively, Alameda County Records;

34. Thence along the westerly line of that certain Parcel Map recorded on October 2, 1981 in Book 131 of Maps at page 1 through 2, inclusively, Alameda County Records, South 2°04'31" West, 413.69 feet;

35. Thence North 87°55'29" West, 499.44 feet,

36. Thence North 2°04'31" East, 24.13 feet;

37. Thence South 75°18'52" West, 211.73 feet,

38. Thence North 87°12'43" West, 185.65 feet;

39. Thence North 2°47'17" East, 319.31 feet a point on the northerly line of the parcel described in that certain Condemnation Suite No. 30735 recorded on December 21, 1951 in Book 6618 of Official Records at page 339, Alameda County Records;

40. Thence along said northerly line of the parcel described in that certain Judgment on Declaration of Taking entered in Civil Action No. 30735 recorded on December 21, 1951 in Book 6618 of Official Records at page 339, Alameda County Records, North 87°12'43" West, 83.75 feet to the TRUE POINT OF BEGINNING:

Containing an area of 57.81722 acres, more or less.

Basis of Bearings:
Bearings are based on the California Coordinate System of 1927 Zone III using the bearing of South 87°45'20" East between USC & GS Station "MAIN ATL" and USC & GS Station "ALT FIFTH". All distances in this description are ground distances. Multiply by 0.9999295 to obtain grid distances.

This description was prepared by me or under my direction in conformance with the requirements of the Land Surveyor's Act.

Prepared By:

[signature]
Billy Martin, P.L.S. 5797
Expires: 6/30/2004

LICENSED LAND SURVEYOR BILLY MARTIN EXP. 6/30/2004 No. 5797 STATE OF CALIFORNIA

Dated: 6-30-00

Approved By:

[signature]
Mike Mahoney, P.L.S. 5577
Expires: 12/31/2001

LICENSED LAND SURVEYOR MICHAEL S. MAHONEY NO. 5577 Exp. 12/31/01 SURVEYOR STATE OF CALIFORNIA

Dated: July 5 2000

K:\MAIN\1998\980221\LEGALS\980221-50\AREA3.doc

1" = 400'




| LINE TABLE | | |
|---|---|---|
| LINE | BEARING | LENGTH |
| L1 | N 00°30'14" W | 746.23' |
| L2 | S 58°36'14" E | 153.54' |
| L3 | S 15°28'16" W | 100.37' |
| L4 | S 31°40'14" E | 82.16' |
| L5 | S 81°24'14" E | 285.99' |
| L6 | S 88°00'44" E | 87.24' |
| L7 | N 86°38'46" E | 16.02' |

| CURVE TABLE | | | |
|---|---|---|---|
| CURVE | DELTA | RADIUS | LENGTH |
| C1 | 00°12'27" | 30050.01' | 108.83' |
| C2 | 01°33'38" | 741.84' | 20.21' |
| C3 | 01°47'59" | 980.54' | 30.80' |
| C4 | 01°12'01" | 1457.97' | 30.54' |
| C5 | 00°36'00" | 2890.33' | 30.27' |

## DETAIL "A"




LICENSED LAND SURVEYOR
BILLY MARTIN
EXP 6/30/2004
No. 5797
STATE OF CALIFORNIA

Brian Kangas Foulk
Engineers • Surveyors • Planners

540 Price Avenue
Redwood City, CA 94063
650/482-6300
650/482-6399 (FAX)

Subject EXHIBIT "D"
AREA 2 – PARCEL "A"
Job No. 980221-50
By RCS Date 05/12/00 Chkd. MP
SHEET 15 OF 18

PATH: J:\Sur98\980221\DWG\Plots\980221-50\ DATE. 5/12/2000

MBM - RAM 7/5/00




Curve Table

| No. | Radius | Delta | Length |
|---|---|---|---|
| C1 | 955.37' | 01°14'55" | 20.82' |
| C2 | 557.56' | 15°51'00" | 154.24' |
| C3 | 2867.82' | 00°36'00" | 30.03' |
| C4 | 1435.47' | 01°12'01" | 30.07' |
| C5 | 958.04' | 01°47'59" | 30.09' |
| C6 | 719.34' | 01°12'56" | 15.26' |
| C7 | 30050.01' | 00°56'00" | 489.48' |
| C8 | 60.00' | 63°17'05" | 66.28' |
| C9 | 1222.09' | 31°53'47" | 680.33' |
| C10 | 1434.10' | 07°09'19" | 179.09' |

Bearing Table

| No. | Bearing | Distance |
|---|---|---|
| L1 | S 76°59'47" W | 30.74' |
| L2 | N 00°30'07" W | 15.37' |
| L3 | S 76°59'47" W | 51.25' |
| L4 | N 00°30'13" W | 28.00' |
| L5 | N 89°29'47" E | 183.18' |
| L6 | N 00°42'53" W | 10.00' |
| L7 | N 87°10'47" E | 238.51' |
| L8 | N 02°04'31" E | 24.13' |
| L9 | S 75°18'52" W | 211.73' |
| L10 | N 87°12'43" W | 185.65' |
| L11 | N 02°47'17" E | 319.31' |
| L12 | N 87°12'43" W | 83.75' |
| L13 | S 87°12'43" E | 351.25' |

Subject EXHIBIT "D"
AREA 2 - PARCEL "B"

Brian Kangas Foulk
Engineers • Surveyors • Planners

540 Price Avenue
Redwood City, CA 94063
650/482-6300
650/482-6399 (FAX)

Job No. 980221-50
By RCS Date 5/12/00 Chkd. MP
SHEET 16 OF 18

PATH. J:\SUR98\980221\DWG\Plots\980221-50\

DATE. 5/17/2000

mem - DOH 7/5/00

AREA 3

A parcel of land lying in the City and County of Alameda, State of California, and being a portion of Parcel No. 1 described in that certain deed recorded on December 18, 1944 in Book 4663 of Official Records at page 35, Alameda County Records, more particularly described as follows:

BEGINNING at the most southeasterly corner of said Parcel 1:

Thence along the easterly line of said parcel, North 15°28'16" East, 103.74 feet to the TRUE POINT OF BEGINNING;

1. Thence leaving said line North 89°40'23" West, 147.30 feet;
2. Thence North 0°19'37" East, 204.21 feet;
3. Thence South 77°04'25" East, 195.73 feet to a point on said easterly line;
4. Thence along said easterly line, South 15°28'16" West, 167.32 feet to the TRUE POINT OF BEGINNING:

Containing an area of 31,398 square feet, more or less.

Basis of Bearings:
Bearings are based on the California Coordinate System of 1927 Zone III using the bearing of South 87°45'20" East between USC & GS Station "MAIN ATL" and USC & GS Station "ALT FIFTH". All distances in this description are ground distances. Multiply by 0.9999295 to obtain grid distances.

This description was prepared by me or under my direction in conformance with the requirements of the Land Surveyor's Act.

Prepared By:

[signature]
Billy Martin. P.L.S. 5797
Expires: 6/30/2004

LICENSED LAND SURVEYOR
BILLY MARTIN
EXP. 6/30/2004
No. 5797
STATE OF CALIFORNIA

Dated: 6-20-00

Approved By:

Mike Mahoney
Mike Mahoney, P.L.S. 5577
Expires: 12/31/2001
K:\MAIN\1998\98022\LEGALS\AREA3.DOC

LICENSED LAND SURVEYOR
MICHAEL S. MAHONEY
NO. 5577
Exp. 12/31/01
SURVEYOR
STATE OF CALIFORNIA

Dated: July 5, 2000




Brian Kangas Foulk
Engineers • Surveyors • Planners

540 Price Avenue
Redwood City, CA 94063
650/482-6300
650/482-6399 (FAX)

Subject EXHIBIT "D"
AREA 3
Job No. 980221-50
By RCS Date 05/12/00 Chkd. MP
SHEET 18 OF 18

PATH: J:\Sur98\980221\DWG\Plats\980221-50\ DATE: 5/12/2000

mEm – DON 7/5/00

# EXHIBIT "E"
## Residential Use Parcel

A parcel of land lying in the City and County Alameda, State of California, and being a portion of the parcel described in that certain deed recorded on December 21, 1951 in Book 6618 of Official Records at page 339, Alameda County Records, more particularly described as follows:

BEGINNING at the most southeasterly corner of Parcel 1 as described in that certain deed recorded on February 14, 1955 in Book 7567 of Official Records at page 117, said county records;

Thence along the southerly line of said Parcel 1, North 87°12'43" West, 26.48 feet to the TRUE POINT OF BEGINNING;

1. Thence leaving said southerly line, South 2°47'17" West, 319.31 feet;
2. Thence North 87°12'43" West, 341.05 feet;
3. Thence North 2°47'17" East, 319.31 feet to the southerly line of said Parcel 1;
4. Thence along said southerly line, South 87°12'43" East, 341.05 feet to the TRUE POINT OF BEGINNING;

Containing an area of 2.50000 acres, more or less.

Basis of Bearings:
Bearings are based on the California Coordinate System of 1927 Zone III using the bearing of South 87°45'20" East between USC & GS Station "MAIN ATL" and USC & GS Station "ALT FIFTH". All distances in this description are ground distances. Multiply by 0.9999295 to obtain grid distances.

This description was prepared by me or under my direction in conformance with the requirements of the Land Surveyor's Act.

Prepared By:

[signature]
Billy Martin, P.L.S. 5797
Expires: 6/30/2004

LICENSED LAND SURVEYOR — BILLY MARTIN — EXP. 6/30/2004 — No. 5797 — STATE OF CALIFORNIA

Dated: 5-30-00

Approved By:

[signature]
Mike Mahoney, P.L.S. 5577
Expires: 12/31/2001

K:\MAIN\990\990221\LEGALS\990221-SURVEYOR.DOC

LICENSED LAND SURVEYOR — MAHONEY — No. 5577 — Exp. 12/31/01 — STATE OF CALIFORNIA

Dated: July 5, 2000

Exhibit "E"
Page 1 of 1




Bearing Table

| No. | Bearing | Distance |
|---|---|---|
| L1 | N 87°12'43" W | 26.48' |

**Brian Kangas Foulk**
Engineers • Surveyors • Planners

540 Price Avenue
Redwood City, CA 94063
650/482-6300
650/482-6399 (FAX)

Subject EXHIBIT "E"
RESIDENTIAL USE PARCEL
Job No. 980221-50
By RCS Date 05/10/00 Chkd. MP
SHEET 1 OF 1

PATH: J:\SUR98\980221\DWG\Plots\980221-50\ DATE: 5/11/2000 mBm - DaU 7/5/00