## SCHEDULE OF VALUES

### EXHIBIT

### C-1

### Hazardous Materials Removal (Chlordane Only)

| Item No. | Estimated Quantity | Units | Description of Item (Written Price in Words) | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1 | LS | Chlordane Mobilization | $20,000 | $20,000 |
| 2 | 1 | LS | Remove, waste characterize, transport and dispose of all building matenals (wood and concrete) contaminated with chlordane and/or any other organochlorine pesticides as identified on the drawings. | $437,500 | $437,500 |
| 3 | 1 | LS | Remove, waste characterize, transport and dispose of to a Class I landfill, a minimum depth of 6" of soil under each building footprint except where there is a slab-on-grade. In addition, a minimum depth of 6" of soil must be removed, waste characterized, transported and disposed to a Class I Landfill from the building perimeter to a distance of 3 feet. | $910,000 | $910,000 |
| | | | If soil can be reclassified, contractor shall provide a deduct in cost based on transportation and disposal to: | | |
| | | | $560,000 Lump Sum Deduct for Class II Landfill | $560,000 | |
| | | | $595,000 Lump Sum Deduct for Class III Landfill | $595,000 | |
| | | | | TOTAL | $1,367,500 |
| | | | ADDITIONAL CHLORDANE REMOVAL (must receive prior approval before additional excavation can commence | $130. ~~$120~~/Yd | |

INITIAL

INITIAL

AUG 29 2002 4:26 PM FR CATELLUS 510 267 0937 TO 12028282488 P.02

FILE COPY

# Demolition and Rough Grading Agreement

**Date:** January 10, 2002

**CONTRACTOR/ CONSTRUCTION MANAGER:**
Catellus Construction Corporation
Address: 1999 Harrison Street, Suite 2150
Oakland, CA 94612

Telephone No.: 510-267-3424
Fax No.: Fax No.: 510-267-0937

**DEMOLITION CONTRACTOR :**
**FERMA CORPORATION**
**Address:** 1265 Montecito Ave, Suite 200
Mountain View, CA 94043

**Telephone No:** 650-961- 2742
**Representative:** Tom Bylund

**PROJECTS:** (1) PHASE I Residential Project
(2) PHASE I Business Park Project
**Address:** Atlantic Avenue and 3rd Street

**Director of Construction Services:** Robert J. Turi — **Telephone No.:** 510-267-3424
**Construction Administrative:** Christine Silva -Netto — **Telephone No.:** 510-267-3409
**Property Name:** East Housing/ FISC Alameda Air Base

**GENERAL DESCRIPTION OF WORK:** See Exhibit A-1, Site Description and Scope of Phase I Residential Project and Exhibit A-2, Site Description and Scope of Phase I Business Park Project.

**CONTRACT PERIOD:** Commencement Date for Phase I Residential Project: January 7, 2002
Substantial Completion Date for Phase I Residential Project: April, 30 2002
Daily Liquidated Damages: no

Commencement Date for Phase I Business Park Project: Upon issuance of Phase I Business Park Project Notice to Proceed.
Substantial Completion Date for Phase I Business Park Project:

**AS-BUILT DRAWINGS REQUIRED:** Yes: X No: ______

**CONTRACT PRICE:**

| | |
|---|---|
| **Phase I Residential Project** | |
| Infrastructure Demolition | $1,261,000 (plus unit pricing for removal and disposal of Marsh Crust layer) |
| Building Demolition | $1,752,420 |
| Hazardous Materials Removal (Except Chlordane) | $1,083,680 (plus unit pricing for removal, transport and disposal of asbestos cement piping and disposal of contaminated groundwater) |
| Hazardous Materials Removal (Chlordane) | $1,367,500 (minus deduction for reclassification of soil) |
| **Phase I Business Park Project** | |
| Infrastructure Demolition | $450,000 (plus unit pricing for removal and disposal of Marsh Crust layer) |
| Building Demolition | $459,700 (minus adjustment for salvage values) |
| Hazardous Materials Removal | $75,000 (plus unit pricing for removal, transport and disposal of asbestos and cement piping and disposal of |

contaminated groundwater)

**BONDS REQUIRED:** Performance: Yes: X No:____ Payment: Yes: X No:____

**INSURANCE REQUIREMENT:** Prior to any payments, Contractor must have on file with Catellus Development Corporation, Certificates of Insurance as outlined in Exhibit O to the Contract Documents, and naming Catellus Construction Company, the City of Alameda, the City Engineer (as defined in the Contract Documents) and City consultants, the Community Improvement Commission of the City of Alameda, the Alameda Reuse and Redevelopment Authority, the United States Navy, all commissions, departments, agencies, subsidiaries and affiliates of the foregoing.

**ADDITIONAL INSURED REQUIRED:** Yes: X No:____ (see above)

***EXHIBITS*:**

Following are Exhibits to the Contract Documents:

| | |
|---|---|
| Exhibit A-1 | Site Description and Scope for Phase I Residential Project |
| Exhibit A-2 | Site Description and Scope for Phase I Business Park Project |
| Exhibit B-1 | Drawings and Specifications for Phase I Residential Project |
| Exhibit B-2 | Drawings and Specifications for Phase I Business Park Project |
| Exhibit C-1 | Residential Project Cost |
| Exhibit C-2 | Business Park Project Cost |
| Exhibit D-1 | Demolition and Rough Grading Schedule for Phase I Residential Project |
| Exhibit D-2 | Demolition and Rough Grading Schedule for Business Park Project |
| Exhibit E | Contractor's Personnel |
| Exhibit F | Release of Liability |
| Exhibit G | Disposal Facility Indemnity |
| Exhibit H | Agreement Upon Costs for Labor and Equipment |
| Exhibit I | Conditional Waiver and Release Upon Progress Payment |
| Exhibit J | Unconditional Waiver and Release Upon Progress Payment |
| Exhibit K | Subcontractors |
| Exhibit L | Certificate of Final Completion |
| Exhibit M | Conditional Waiver and Release Upon Final Payment |
| Exhibit N | Unconditional Waiver and Release Upon Final Payment |
| Exhibit O | Insurance Requirements |
| Exhibit P | Site Management Plan |

REC'D JAN 02 2002

# AGREEMENT FOR DEMOLITION AND ROUGH GRADING

## ALAMEDA FISC/ EAST HOUSING PROJECT

This Agreement for Demolition and Rough Grading ("**Agreement**") is entered into as of December 21, 2001, by and between Catellus Construction Corporation, a Delaware corporation ("**Company**"), and Ferma Corporation, a California Corporation ("**Contractor**").

## RECITALS

A. This Agreement relates to the demolition by Contractor of existing structures and improvements on the Phase I Residential Project Site, described in attached Exhibit A-1, and the Phase I Business Park Project Site described in attached Exhibit A-2 (collectively the "**Sites**"), including the abatement and disposal by Contractor of existing lead-containing materials ("**LCMs**"), asbestos-containing materials ("**ACMs**"), organochlorine pesticides, and other Hazardous Materials (as hereinafter defined) by Contractor at the Sites, and to the rough grading of the Sites by Contractor. Real property interests in the Sites are currently owned by one or more of the United States Navy, the Alameda Reuse and Redevelopment Authority ("**ARRA**"), the City of Alameda (the "**City**"), the Community Improvement Commission of the City of Alameda ("**CIC**") or the Union Pacific Railroad Company ("**UPRC**") (collectively, the "**Landowners**").

B. Company and Contractor have agreed that the Work (as hereinafter defined) at each of the Sites consists of a separate work of improvement (each a "**Project**") for purposes of the California mechanics lien and stop notice laws where the scope of work for the Phase I Residential Project is described more particularly in Exhibit A-1 and Exhibit B-1, and the scope of work for the Phase I Business Park Project is described more particularly in Exhibit A-2 and Exhibit B-2.

C. Company and Contractor have agreed to proceed with the Work (as hereinafter defined) on the terms and conditions set forth herein, subject to issuance by Company of the respective Notice to Proceed for each Project pursuant to Section 1.5 below.

**NOW, THEREFORE**, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

## ARTICLE 1. THE WORK TO BE DONE AND THE DOCUMENTS FORMING THE CONTRACT

1.1 Contractor agrees, for the consideration and under the terms and conditions hereinafter set forth, to provide and furnish all materials, supplies, apparatus, equipment, fixtures, tools, implements, labor, supervision, accounting, transportation, utilities, storage and services required to perform and completely finish at the Sites the demolition and rough grading work (the "**Work**") described in the drawings and specifications (the "**Drawings and Specifications**") prepared by the architect or engineer designated therein, in accordance with the Contract Documents (as hereinafter defined). The Drawings and Specifications pertaining to the Work for the Phase I Residential Project are described in Exhibit B-1 attached hereto and to the Work for the Phase I Business Park Project Site scope of work are described in Exhibit B-2 attached hereto. The Work shall be performed and completed by Contractor in a good and worker like manner, free of any and all liens and claims of laborers, material-men, suppliers, and subcontractors.

1.2 As used herein the term "**Contract Documents**" means this Agreement, the **Drawings and Specifications** (as the same may be supplemented or modified by Change Order), Change Orders (as defined in Section 4.1), all exhibits and attachments to the foregoing, and any bonds required to be furnished by Contractor pursuant hereto.

1.3 As used herein, the term "**Work**" shall consist of all work described in the Contract Documents as they may be amended from time to time. "**Work**" includes everything not specified in the Contract Documents but consistent therewith and reasonably inferable as being necessary to produce the intended result.

1.4 The cost breakdown (the "Cost Breakdown") for the Work, including by trade, the names of all subcontractors engaged or to be engaged by Contractor, is attached hereto as Exhibit C-1 with respect to the Work for the Phase I Residential Project and Exhibit C-2 with respect to Work for the Phase I Business Park Project. The Cost Breakdown consists of the base bid work which is covered by the Contract Sum (as defined in Article 5) as of the date hereof and the "Alternates", which may be added to the Contract Sum by Change Order, as provided in Article 4. The Phase I Residential Project Cost is described more particularly in the attached Exhibit C-1 and the Phase I Business Park Project Cost is described more particularly in the attached Exhibit C-2, and collectively constitute the "**Contract Sum.**"

1.5 Work performed for the Phase I Residential Project scope of work described in Exhibit A-1 shall not commence until a Notice to Proceed for such work has been issued by Company ("**Phase I Residential Project Notice to Proceed**"). Work performed pursuant to the Phase I Business Park scope of work described in Exhibit A-2 shall not commence until a Notice to Proceed for such work has been issued by Company ("**Phase I Business Park Project Notice to Proceed**"). Contractor shall not invoice Company for any services performed for a Site until issuance of the applicable Notice to Proceed. Unless otherwise agreed by Change Order, in the event Company does not issue the Phase I Business Park Project Notice to Proceed within one year from the date of this Agreement, Contractor understands and agrees that the Phase I Business Park Project Cost (as defined in Section 5.1 of this Agreement and Exhibit C-2 of the Contract Documents) shall remain binding on Contractor and Owner.

1.6 Should portions of the Work have been performed prior to the Effective Date, any such work, and any payments made by Company for such Work, shall be deemed to have been performed and made pursuant to the terms and conditions of this Agreement. Any payments shall be credited against the Company's payment obligations under this Agreement.

ARTICLE 2. CONTRACTOR'S RESPONSIBILITIES, WARRANTIES AND COVENANTS

2.1 Contractor recognizes the relationship of trust and confidence established between it and Company by the Contract Documents. In performing the Work, Contractor agrees to furnish its best skill and judgment and to cooperate with Company, Landowners and Reviewing Engineers (as hereinafter defined) in furthering the interests of Company. Contractor further agrees to furnish at all times efficient business administration and superintendence and an adequate supply of workers, equipment and materials, and to perform the Work in a good and workmanlike manner, and in the most expeditious and economical manner consistent with the interests and requirements of Company and the generally accepted standards of Contractor's profession.

2.2 Contractor shall review site surveys, existing record documents, and other reports, environmental documents and other information furnished to Contractor, and, after, examining the Sites, shall advise Company as to whether additional data are needed and, upon request, advise upon the manner in which it should be obtained.

2.3 The Work shall be performed and completed in compliance with the Contract Documents. Contractor shall comply fully with, and refrain from interfering with Company's compliance with, all laws, ordinances, rules, regulations and requirements of all governmental and public authorities and any Board of Fire Underwriters having jurisdiction over the Sites or any aspect thereof, including, without limitation, the Federal Occupational Safety and Health Act, the Americans With Disabilities Act of 1990, Title 24 of the California Code of Regulations, all Environmental Laws, as defined below, and the insurance requirements relating to the Sites (collectively, "**Applicable Laws**"). Without limitation on the foregoing, Contractor shall give notices required by all Applicable Laws, including all Environmental Laws. To the extent any Applicable Laws are inconsistent or are unclear (regarding either stated requirements, their interpretation or their application by particular individuals or agencies), Contractor shall seek to identify and advise Company of the existence and possible resolution of such inconsistencies. Any such inconsistencies shall be resolved as determined by Company. At the request of Company, Contractor shall seek to resolve any such conflict or lack of clarity with the appropriate agency or body so that the Work complies with Applicable Laws. If additional governmental permits, approvals or amendments to existing permits or approvals are required to perform the Work, Contractor is responsible for obtaining such necessary approvals, permits or amendments to existing approvals or permits. Contractor shall obtain Company's prior approval to Contractor's submittals for such additional permits or approvals. Contractor shall promptly notify Company in writing if Contractor becomes aware during the performance of the Work that the Contract Documents do not comply with any Applicable Laws. If Contractor performs Work which it knows or should know is not in

## SCHEDULE OF VALUES

### EXHIBIT

### C-1

### Infrastructure Demolition

| Item No. | Estimated Quantity | Units | Description of Item (Written Price in Words) | Unit Price | Amount |
|---|---|---|---|---|---|
| 1. | 1 | LS | Remove, stockpile and process existing concrete and asphalt concrete pavement into Class II aggregate base material including permits, certified laboratory test results confirming material meets specifications, dust and erosion control, placement of the final stockpile at the location shown on the plans and other incidental items needed to provide this item complete in-place per plan. | $315,000 | $315,000 |
| 2 | 1 | LS | Remove trees and strip existing vegetation and dispose of off-site in accordance with state and local regulations. | $16,000 | $16,000 |
| 3 | 1 | LS | Remove and dispose of site furnishings (signs, benches, playground equipment, mail boxes, etc...) off-site in accordance with state and local regulations. | $15,000 | $15,000 |
| 4 | 1 | LS | Remove underground utilities (pipe, conduit and structures) to a depth of four feet below existing ground surface including disposal of material off-site inaccordance with state and local regulations, combing upper two feet with ripper teeth, excavation, dewatering, backfill and other items needed to complete utility removal. | $110,000 | $110,000 |
| 5 | 1 | LS | Abandon in place utilities six inches and larger in diameter including pothole excavation, dewatering and backfill, filling of pipes with slurry, backfill of structures, and other items necessary to complete abandonment in place. | $120,000 | $120,000 |
| 6 | Unit Price | CY | Remove and dispose of Marsh Crust layer and dispose of in accordance with state and local regulations at $175 per cubic yard. | $175 | |
| 7 | 1 | LS | Removal and salvage of all pole mounted transformers by Alameda Power and Telecom including removal from site and cleanup of any | $10,000 | $10,000 |

EXHIBIT C-I
SCHEDULE OF VALUES

| Item No. | Estimated Quantity | Units | Description of Item (Written Price in Words) | Unit Price | Amount |
|---|---|---|---|---|---|
| | | | contamination that may occur during transformer removal from site. | | |
| 8 | 1 | LS | All additional items needed to complete the work shown on the Contract Documents. Itemize below: | $675,000 | $675,000 |
| | | | | TOTAL | ✔ $1,261,000 |

**SCHEDULE OF VALUES**

**EXHIBIT**

**C-1**

**Building Demolition**

| Item No. | Estimated Quantity | Units | Description of Item (Written Price in Words) | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1 | LS | Building and Carport Demolition | $1,752,420 | $1,752,420 |

## SCHEDULE OF VALUES

### EXHIBIT

### C-1

### Hazardous Materials Removal (Chlordane Only)

| Item No. | Estimated Quantity | Units | Description of Item (Written Price in Words) | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1 | LS | Chlordane Mobilization | $20,000 | $20,000 |
| 2 | 1 | LS | Remove, waste characterize, transport and dispose of all building materials (wood and concrete) contaminated with chlordane and/or any other organochlorine pesticides as identified on the drawings. | $437,500 | $437,500 |
| 3 | 1 | LS | Remove, waste characterize, transport and dispose of to a Class I landfill, a minimum depth of 6" of soil under each building footprint except where there is a slab-on-grade. In addition, a minimum depth of 6" of soil must be removed, waste characterized, transported and disposed to a Class I Landfill from the building perimeter to a distance of 3 feet.<br><br>If soil can be reclassified, contractor shall provide a deduct in cost based on transportation and disposal to: | $910,000 | $910,000 |
| | | | $560,000 Lump Sum Deduct for Class II Landfill | $560,000 | |
| | | | $595,000 Lump Sum Deduct for Class III Landfill | $595,000 | |
| | | | | TOTAL | $1,367,500 |
| | | | ADDITIONAL CHLORDANE REMOVAL (must receive prior approval before additional excavation can commence | $130. ~~XXXX~~/Yd | |

INITIAL

INITIAL

**SCHEDULE OF VALUES**

**EXHIBIT**

**C-1**

**Hazardous Materials Removal (Except Chlordane)**

| Item No. | Estimated Quantity | Units | Description of Item (Written Price in Words) | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1 | LS | Remove, waste characterize, transport and dispose of all hazardous materials listed on the drawings (except the separate line items below) within, on or associated with buildings or miscellaneous building structures (examples fencing and carports.) Pollution Insurance Premium | $1,068,680 | $1,068,680 |
| 2 | 1 | LS | Remove, waste characterize, transport and dispose of all wood piling contaminated with toxic or hazardous wood preservatives. | $15,000 | $15,000 |
| 3 | UNIT PRICE | LF | Remove, transport and dispose of all asbestos cement piping previously identified in Bid Schedule A, #4. Do not duplicate bid schedule A, #4, but provide an additional fee associated with asbestos versus non-asbestos piping.<br><br>$5.5<br>per linear foot of pipe. | $5.50 | |
| 4 | UNIT PRICE | Gal | Transport and dispose of all confirmed contaminated groundwater, should it be exposed.<br><br>$2.25<br>per gallon. | $2.25 | |
| | | | | TOTAL | $1,083,680 |

Total Res

$ 5,464,600

**EXHIBIT C-2**

PHASE I BUSINESS PARK PROJECT COSTS

[See attached spreadsheet]

## SCHEDULE OF VALUES

## EXHIBIT

## C-2

### Infrastructure Demolition

| Item No. | Estimated Quantity | Units | Description of Item (Written Price in Words) | Unit Price | Amount |
|---|---|---|---|---|---|
| 1. | 1 | LS | Remove, stockpile and process existing concrete and asphalt concrete pavement into Class II aggregate base material including permits, certified laboratory test results confirming material meets specifications, dust and erosion control, placement of the final stockpile at the location shown on the plans and other incidental items needed to provide this item complete in-place per plan.<br><br>Contractor to provide a deduct in cost should the crushing operation area be maintained at the same location as Bid Schedule A Item 1 rather than moved and setup again.<br><br>Lump Sum Deduct for 1 Crushing Location | $ | $231,000 |
| 2 | 1 | LS | Remove trees and strip existing vegetation and dispose of off-site in accordance with state and local regulations. | $ | $7,000 |
| 3 | 1 | LS | Remove and dispose of site furnishings (signs, benches, playground equipment, mail boxes, etc...) off-site in accordance with state and local regulations. | $ | $5,000 |
| 4 | 1 | LS | Remove underground utilities (pipe, conduit and structures) to a depth of four feet below existing ground surface including disposal of material off-site inaccordance with state and local regulations, combing upper two feet with ripper teeth, excavation, dewatering, backfill and other items needed to complete utility removal. | $ | $50,000 |
| 5 | 1 | LS | Abandon in place utilities six inches and larger in diameter including pothole excavation, dewatering and backfill, filling of pipes with slurry, backfill of structures, and other items necessary to complete abandonment in place. | $ | $42,000 |
| 6 | Unit Price | CY | Remove and dispose of Marsh Crust layer and dispose of in accordance with state and local | | |

**EXHIBIT C-2**
**SCHEDULE OF VALUES**

| Item No. | Estimated Quantity | Units | Description of Item (Written Price in Words) | Unit Price | Amount |
|---|---|---|---|---|---|
| | | | regulations at ______ per cubic yard. | | $175 |
| 7 | 1 | LS | Removal and salvage of all pole mounted transformers by Alameda Power and Telecom including removal from site and cleanup of any contamination that may occur during transformer removal from site. | $5,000 | $5,000 |
| 8 | 1 | LS | All additional items needed to complete the work shown on the Contract Documents. Itemize below: | | $460,000 |

790.1K

AUG 29 2002 4:29 PM FR CATELLUS 510 267 0937 TO 12028282488 P.14

**EXHIBIT C-2**
**SCHEDULE OF VALUES**

**FISC/EAST HOUSING AREA**
**BACKBONE INFRASTRUCTURE IMPROVEMENTS**
**FOR**
**CATELLUS PHASE 1**
**COMMERCIAL PROJECT**

**EXHIBIT "C" PAYMENT SCHEDULE**

**Building Demolition**

| Item No. | Estimated Quantity | Units | Description of Item (Written Price in Words) | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1 | LS | Building 901 Demolition (Warehouse #3)<br><br>Contractor to provide a deduct in cost based on the salvage value of the building should additional time (as indicated by the contractor) beyond that indicated in the schedule be permitted to salvage material from the building. Owner has the option to salvage or demolish building.<br><br>n/a<br>Lump Sum Deduct for Materials Salvage<br><br>n/a<br>Additional Time for Materials Salvage | $ | $370,000 ✓ |
| 2 | 1 | LS | Building 1286 Demolition | $ Deafist | [redacted] |
| 3 | 1 | LS | Building 1263 Demolition | $ Buler | [redacted] |
| 4 | 1 | LS | Buildings [redacted]6 & 17 Demolition | $ | $27,500 |

Word Bly \ Security Gate
Httolr Battery
Equip

50 957.7
49
8
20
122k±

Early Demo

EXHIBIT C-2
SCHEDULE OF VALUES

FISC/EAST HOUSING AREA
BACKBONE INFRASTRUCTURE IMPROVEMENTS
FOR
CATELLUS PHASE 1
COMMERCIAL PROJECT

EXHIBIT "C" PAYMENT SCHEDULE

Hazardous Materials Removal

| Item No. | Estimated Quantity | Units | Description of Item (Written Price in Words) | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1 | LS | Remove, waste characterize, transport and dispose of all hazardous materials listed on the drawings (except the separate line items below) within, on or associated with the buildings or miscellaneous building structures. | $ | $60,000 50 K 10K ✓ |
| 2 | 1 | LS | Remove, waste characterize, transport and dispose of all wood piling contaminated with toxic or hazardous wood preservatives. | $ | $15,000 ✓ |
| 3 | UNIT PRICE | LF | Remove, transport and dispose of all asbestos cement piping and asbestos insulated piping under and between buildings. $5.50 per linear foot of pipe. | | 5s ✓ |
| 4 | UNIT PRICE | Gal | Transport and dispose of all confirmed contaminated groundwater, should it be exposed. $2.25 per gallon. | | ✓ |

75K

Comm Reme
1,329,700

AUG 28 2002 4:25 PM FR CATELLUS 510 267 0937 TO 12028282488 P.01

CATELLUS

# FACSIMILE

**From:** Shelli Longfield, Assistant to Bill Kennedy

**Date:** 8/28/02

**Phone:** (510) 267-3428

**Fax:** (510) 267-0937

☐ URGENT

☒ FOR REVIEW

☐ PLEASE COMMENT

☐ PLEASE REPLY

☒ HARD COPY TO FOLLOW

1999 Harrison St., Suite 2150
Oakland, CA 94612

Main Tel: (510) 267-0646
Main Fax: (510) 267-0940

www.catellus.com

**To:** Barry Steinberg **Fax:** (202) 828-2488

**Co:** **Phone:**(202) 828-2400

**cc:** **Fax:**

**Pages (including cover):** 15

**Re:** FERMA Contract

**Comments:** Attached please find the first 4 pages of the FERMA contract as well as the Schedule of Values.

The documents accompanying this facsimile transmission contain confidential information belonging to the sender that may be legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this facsimile information is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone to arrange for the return of the original documents to us.