**Bey, Karen**

**From:** Kennedy, Bill
**Sent:** Tuesday, May 28, 2002 9:34 AM
**To:** Bey, Karen
**Subject:** FW: Contaminated soil disposal tracking

Karen,

Please print these out as back up to the City's claim for Pesticide impacted soils and wood. These are actual disposal quantities and may not tie directly with the invoice cut off dates you are working from.

*Bill Kennedy*
*Director, Construction*
*Catellus Commercial Development Corporation*
*1999 Harrison Street, Suite 2150*
*Oakland, CA 94612*

**Tel (510) 267 3410**
*Fax (510) 267 0937*
***NEW, NEWER Mobile** (415) 218 3841*

-----Original Message-----
**From:** mike cardone [mailto:mdcardone@earthlink.net]
**Sent:** Thursday, May 23, 2002 3:00 PM
**To:** Chuck; Owen, Philip; David A. Sadoff; Doug Cole; Bill Kennedy
**Subject:** Contaminated soil disposal tracking

Attached are the spread sheets for all wood and soil pesticide contaminated waste removed from the ANAS/EHA site to date. This represents all first floor wood and the first six inch removal of soil from all 113 foundations.

All wood from the buildings first floor structures and the majority of soil were able to be disposed of as Class II, non-hazardous waste. The remaining soils ( first 6" removal, only) were disposed of as Class I, California Hazardous waste. Wood & soil Class II wastes were disposed of at Altamont and Vasco landfills. All Class I soil waste was disposed of at Kettleman Hills landfill.

All cubic yard estimates have been based on the capacity of the truck. Many of the weight tickets have not yet been submitted to W&K and therefore those cells remain empty on the spread sheets. I am working with Ferma to try and complete this information in the near future.

The "Generator" copies of all manifests (hazardous & non-hazardous) will be submitted to the City of Alameda when the weight ticket amounts are received.

The following are the quantities disposed of to date:

Contaminated Wood - Class II: 5250 cu. yds, 4,554,958 lbs & 2277.48 tons

Class II Soil: 5364 cu. yds., 10,086,930 lbs, & 5043.47 tons

Class I Soil: 774 cu. yds.

The cubic yards quantities are based on the normal truck capacity & are estimates.

The other quantities are based on actual weights, but not all of the weight tickets have been submitted to W&K. Totals were extrapolated based on the loads with actual weights.

Should need further clarification or information, please contact me by e-mail or cell phone at (415) 720-9899.



JUL 02 2002 10:59 AM FR CATELLUS 510 267 0937 TO 12028382488 P.14/29

ANAS/EHA CLASS II SOIL MANIFEST LOG (Vasco Landfill)

Winzler Kelly Consulting Engineers

5/28/02

| | Manifest # | Quantity* | Landfill | Date Hauled | Weight (lbs) | Weight (tons) | Yellow to City |
|---|---|---|---|---|---|---|---|
| SV | 1 | 18 | Vasco | 4/17/02 | 40220 | 20.11 | |
| SV | 2 | 18 | Vasco | 4/17/02 | 37600 | 18.8 | |
| SV | 3 | 18 | Vasco | 4/17/02 | 41180 | 20.59 | |
| SV | 4 | 18 | Vasco | 4/17/02 | 34760 | 17.38 | |
| SV | 5 | 18 | Vasco | 4/17/02 | 39460 | 19.73 | |
| SV | 6 | 18 | Vasco | 4/17/02 | 37880 | 18.94 | |
| SV | 7 | 18 | Vasco | 4/19/02 | 33240 | 16.62 | |
| SV | 8 | 18 | Vasco | 4/19/02 | 37490 | 18.745 | |
| SV | 9 | 18 | Vasco | 4/18/02 | 43900 | 21.95 | |
| SV | 10 | 18 | Vasco | 4/19/02 | 39100 | 19.55 | |
| SV | 11 | 18 | Vasco | 4/19/02 | 36540 | 18.27 | |
| SV | 12 | 18 | Vasco | 4/19/02 | 39320 | 19.66 | |
| SV | 13 | 18 | Vasco | 4/19/02 | 39380 | 19.69 | |
| SV | 14 | 18 | Vasco | 4/19/02 | 39420 | 19.71 | |
| SV | 15 | 18 | Vasco | 4/18/02 | 40360 | 20.18 | |
| SV | 16 | 18 | Vasco | 4/19/02. | 40040 | 20.02 | |
| SV | 17 | 18 | Vasco | 4/19/02 | 36660 | 18.33 | |
| SV | 18 | 18 | Vasco | 4/19/02 | 42340 | 21.17 | |
| SV | 19 | 18 | Vasco | 4/19/02 | 41120 | 20.56 | |
| SV | 20 | 18 | Vasco | 4/22/02 | 41240 | 20.62 | |
| SV | 21 | 18 | Vasco | 4/18/02 | 44980 | 22.49 | |
| SV | 22 | 18 | Vasco | 4/19/02 | 44600 | 22.3 | |
| SV | 23 | 18 | Vasco | 4/26/02 | 28680 | 14.34 | |
| SV | 24 | 18 | Vasco | 4/19/02 | 31380 | 15.69 | |
| SV | 25 | 18 | Vasco | 4/26/02 | 31160 | 15.58 | |
| SV | 26 | 18 | Vasco | 4/22/02 | 40100 | 20.05 | |
| SV | 27 | 18 | Vasco | 4/26/02 | 29080 | 14.54 | |
| SV | 28 | 18 | Vasco | 4/26/02 | 34700 | 17.35 | |
| SV | 29 | 18 | Vasco | 4/25/02 | 44600 | 22.3 | |
| SV | 30 | 18 | Vasco | 4/25/02 | 37540 | 18.77 | |
| SV | 31 | 18 | Vasco | 4/25/02 | 28020 | 14.01 | |
| SV | 32 | 18 | Vasco | 4/25/02 | 38400 | 19.2 | |
| SV | 33 | 18 | Vasco | 4/25/02 | 33140 | 16.57 | |
| SV | 34 | 18 | Vasco | 4/25/02 | 29540 | 14.77 | |
| SV | 35 | 18 | Vasco | 4/25/02 | | 0 | |
| SV | 36 | 18 | Vasco | 4/25/02 | | 0 . | |
| SV | 37 | 18 | Vasco | 4/25/02 | 32060 | 16.03 | |
| SV | 38 | 18 | Vasco | 4/26/02 | 30880 | 15.44 | |
| SV | 39 | 18 | Vasco | 4/25/02 | | 0 | |
| SV | 40 | 18 | Vasco | 4/25/02 | | 0 | |
| SV | 41 | 18 | Vasco | 4/25/02 | | 0 | |
| SV | 42 | 18 | Vasco | 4/26/02 | 27480 | 13.74 | |
| SV | 43 | 18 | Vasco | 4/26/02 | 35340 | 17.67 | |
| SV | 44 | 18 | Vasco | 4/26/02 | 33200 | 16.6 | |
| SV | 45 | 18 | Vasco | 4/26/02 | 34060 | 17.03 | |
| SV | 46 | 18 | Vasco | 4/26/02 | 41620 | 20.81 | |
| SV | 47 | 18 | Vasco | 4/26/02 | 37080 | 18.54 | |
| SV | 48 | 18 | Vasco | 4/26/02 | 39400 | 19.7 | |
| SV | 49 | 18 | Vasco | 4/26/02 | 35760 | 17.88 | |
| SV | 50 | 18 | Vasco | 4/26/02 | | 0 | |
| SV | 51 | 18 | Vasco | 4/26/02 | | 0 | |



*Quantities in cubic yards.

ANAS/EHA CLASS II SOIL MANIFEST LOG (Vasco Landfill)

Winzler Kelly Consulting Engineers

5/28/02

| | Manifest # | Quantity* | Landfill | Date Hauled | Weight (lbs) | Weight (tons) | Yellow to City |
|---|---|---|---|---|---|---|---|
| SV | 52 | 18 | Vasco | 4/26/02 | | 0 | |
| SV | 53 | 18 | Vasco | 4/26/02 | | 0 | |
| SV | 54 | 18 | Vasco | 4/26/02 | | 0 | |
| SV | 55 | 18 | Vasco | 5/2/02 | 43120 | 21.56 | |
| SV | 56 | 18 | Vasco | 5/2/02 | 31860 | 15.93 | |
| SV | 57 | 18 | Vasco | 5/2/02 | 36300 | 18.15 | |
| SV | 58 | 18 | Vasco | 5/2/02 | 35480 | 17.74 | |
| SV | 59 | 18 | Vasco | 5/2/02 | 39000 | 19.5 | |
| SV | 60 | 18 | Vasco | 5/2/02 | 39200 | 19.6 | |
| SV | 61 | 18 | Vasco | 5/2/02 | 38960 | 19.48 | |
| SV | 62 | 18 | Vasco | 5/2/02 | 44540 | 22.27 | |
| SV | 63 | 18 | Vasco | 5/2/02 | 38960 | 19.48 | |
| SV | 64 | 18 | Vasco | 5/2/02 | 39080 | 19.54 | |
| SV | 65 | 18 | Vasco | 5/2/02 | 42900 | 21.45 | |
| SV | 66 | 18 | Vasco | 5/2/02 | 36540 | 18.27 | |
| SV | 67 | 18 | Vasco | 5/2/02 | 39320 | 19.66 | |
| SV | 68 | 18 | Vasco | 5/2/02 | 37560 | 18.78 | |
| SV | 69 | 18 | Vasco | 5/2/02 | 37580 | 18.79 | |
| SV | 70 | | | | | 0 | |
| SV | 71 | | | | | 0 | |
| SV | 72 | | | | | 0 | |
| SV | 73 | | | | | 0 | |
| SV | 74 | | | | | 0 | |
| SV | 75 | | | | | 0 | |
| SV | 76 | | | | | 0 | |
| SV | 77 | | | | | 0 | |
| SV | 78 | | | | | 0 | |
| SV | 79 | | | | | 0 | |
| SV | 80 | | | | | 0 | |
| | Totals | 1242 | | | 2204450 | 1102.23 | |

*Quantities in cubic yards.

# Chlordane Contaminated Wood Waste Manifest Log
## ANAS/EHA
## Altamont
## Page 1 of 5
## 5/28/02 12:19:49 PM

| Manifest # | Character | Quantity (cu Yds) | Date Hauled | Landfill | Weight Ticket Amount (Lbs) | Original Returned to city |
|---|---|---|---|---|---|---|
| W 01 | Class II Wood | 35 | 3/29/02 | Altamont | 32400 | 4/12/02 |
| W 02 | Class II Wood | 35 | 3/29/02 | Altamont | 30700 | 4/12/02 |
| W 03 | Class II Wood | 35 | 3/29/02 | Altamont | 37180 | 4/12/02 |
| W 04 | Class II Wood | 35 | 3/29/02 | Altamont | 35660 | 4/12/02 |
| W 05 | Class II Wood | 35 | 3/29/02 | Altamont | 29300 | 4/12/02 |
| W 06 | Class II Wood | 35 | 3/29/02 | Altamont | 29300 | 4/12/02 |
| W 07 | Class II Wood | 35 | 4/1/02 | Altamont | 32320 | 4/12/02 |
| W 08 | Class II Wood | 35 | 4/1/02 | Altamont | 29460 | 4/12/02 |
| W 09 | Class II Wood | 35 | 4/1/02 | Altamont | 31320 | 4/12/02 |
| W 10 | Class II Wood | 35 | 4/2/01 | Altamont | 40940 | 4/12/02 |
| W 11 | Class II Wood | 35 | 4/1/02 | Altamont | 30800 | 4/12/02 |
| W 12 | Class II Wood | 35 | 4/2/01 | Altamont | 31500 | 4/12/02 |
| W 13 | Class II Wood | 35 | 4/2/01 | Altamont | 27600 | 4/12/02 |
| W 14 | Class II Wood | 35 | 4/2/01 | Altamont | 33820 | 4/12/02 |
| W 15 | Class II Wood | 35 | 4/2/01 | Altamont | 35320 | 4/12/02 |
| W 16 | Class II Wood | 35 | 4/2/01 | Altamont | 30160 | 4/12/02 |
| W 17 | Class II Wood | 35 | 4/2/01 | Altamont | 37340 | 4/12/02 |
| W 18 | Class II Wood | 35 | 4/2/01 | Altamont | 43720 | 4/12/02 |
| W 19 | Class II Wood | 35 | 4/3/02 | Altamont | 38720 | 4/12/02 |
| W 20 | Class II Wood | 35 | 4/3/02 | Altamont | 35560 | 4/12/02 |
| W 21 | Class II Wood | 35 | 4/3/02 | Altamont | 29760 | 4/12/02 |
| W 22 | Class II Wood | 35 | 4/3/02 | Altamont | 37960 | 4/12/02 |
| W 23 | Class II Wood | 35 | 4/3/02 | Altamont | 26980 | 4/12/02 |
| W 24 | Class II Wood | 35 | 4/3/02 | Altamont | 26940 | 4/12/02 |
| W 25 | Class II Wood | 35 | 4/3/02 | Altamont | 25560 | 4/12/02 |
| W 26 | Class II Wood | 35 | 4/3/02 | Altamont | 26420 | 4/12/02 |
| W 27 | Class II Wood | 35 | 4/4/02 | Altamont | 25960 | 4/12/02 |
| W 28 | Class II Wood | 35 | 4/4/02 | Altamont | 27740 | 4/12/02 |
| W 29 | Class II Wood | 35 | 4/4/02 | Altamont | 26640 | 4/12/02 |
| W 30 | Class II Wood | 35 | 4/4/02 | Altamont | 30120 | 4/12/02 |

"0" in "Weight Ticket Amount" indicates that the weight ticket for the load has not been returned to W&K.

# Chlordane Contaminated Wood Waste Manifest Log
## ANAS/EHA
## Altamont
## Page 2 of 5
## 5/28/02 12:19:49 PM

| Manifest # | Character | Quantity (cu. Yds) | Date Hauled | Landfill | Weight Ticket Amount (Lbs) | Original Returned to city |
|---|---|---|---|---|---|---|
| W 31 | Class II Wood | 35 | 4/4/02 | Altamont | 27000 | 4/12/02 |
| W 32 | Class II Wood | 35 | 4/4/02 | Altamont | 26720 | 4/12/02 |
| W 33 | Class II Wood | 35 | 4/4/02 | Altamont | 30460 | 4/12/02 |
| W 34 | Class II Wood | 35 | 4/4/02 | Altamont | 31920 | 4/12/02 |
| W 35 | Class II Wood | 35 | 4/4/02 | Altamont | 31440 | 4/12/02 |
| W 36 | Class II Wood | 35 | 4/5/02 | Altamont | 32780 | 4/12/02 |
| W 37 | Class II Wood | 35 | 4/8/02 | Altamont | 24740 | 4/12/02 |
| W 38 | Class II Wood | 35 | 4/8/02 | Altamont | 27660 | 4/12/02 |
| W 39 | Class II Wood | 35 | 4/8/02 | Altamont | 27340 | 4/12/02 |
| W 40 | Class II Wood | 35 | 4/8/02 | Altamont | 29160 | 4/12/02 |
| W 41 | Class II Wood | 35 | 4/9/02 | Altamont | 30540 | 4/12/02 |
| W 42 | Class II Wood | 35 | 4/9/02 | Altamont | 26700 | 4/12/02 |
| W 43 | Class II Wood | 35 | 4/9/02 | Altamont | 32100 | 4/12/02 |
| W 44 | Class II Wood | 35 | 4/9/02 | Altamont | 27220 | 4/12/02 |
| W 45 | Class II Wood | 35 | 4/9/02 | Altamont | 35420 | 4/12/02 |
| W 46 | Class II Wood | 35 | 4/9/02 | Altamont | 35060 | 4/12/02 |
| W 47 | Class II Wood | 35 | 4/9/02 | Altamont | 33600 | 4/12/02 |
| W 48 | Class II Wood | 35 | 4/9/02 | Altamont | 39540 | 4/12/02 |
| W 49 | Class II Wood | 35 | 4/9/02 | Altamont | 28420 | 4/12/02 |
| W 50 | Class II Wood | 35 | 4/9/02 | Altamont | 36880 | 4/12/02 |
| W 51 | Class II Wood | 35 | 4/9/02 | Altamont | 34300 | 4/12/02 |
| W 52 | Class II Wood | 35 | 4/9/02 | Altamont | 28680 | 4/12/02 |
| W 53 | Class II Wood | 35 | 4/10/02 | Altamont | 23220 | 4/12/02 |
| W 54 | Class II Wood | 35 | 4/10/02 | Altamont | 35420 | 4/12/02 |
| W 55 | Class II Wood | 35 | 4/10/02 | Altamont | 35840 | 4/12/02 |
| W 56 | Class II Wood | 35 | 4/10/02 | Altamont | 32080 | 4/12/02 |
| W 57 | Class II Wood | 35 | 4/10/02 | Altamont | 31880 | 4/12/02 |
| W 58 | Class II Wood | 35 | 4/10/02 | Altamont | 30280 | |
| W 59 | Class II Wood | 35 | 4/10/02 | Altamont | 30640 | |
| W 60 | Class II Wood | 35 | 4/11/02 | Altamont | 23400 | |
| W 61 | Class II Wood | 35 | 4/11/02 | Altamont | 31700 | |

"0" in "Weight Ticket Amount" indicates that the weight ticket for the load has not been returned to W&K.

# Chlordane Contaminated Wood Waste Manifest Log
## ANAS/EHA
## Altamont
## Page 3 of 5
## 5/28/02 12:19:49 PM

| Manifest# | Character | Quantity (cu. Yds) | Date Hauled | Landfill | Weight Ticket Amount (Lbs) | Original Returned to city |
|---|---|---|---|---|---|---|
| W 62 | Class II Wood | 35 | 4/11/02 | Altamont | 29540 | |
| W 63 | Class II Wood | 35 | 4/11/02 | Altamont | 25820 | |
| W 64 | Class II Wood | 35 | 4/11/02 | Altamont | 27820 | |
| W 65 | Class II Wood | 35 | 4/11/02 | Altamont | 25760 | |
| W 66 | Class II Wood | 35 | 4/11/02 | Altamont | 31960 | |
| W 67 | Class II Wood | 35 | 4/11/02 | Altamont | 28340 | |
| W 68 | Class II Wood | 35 | 4/12/02 | Altamont | 29500 | |
| W 69 | Class II Wood | 35 | 4/12/02 | Altamont | 28380 | |
| W 70 | Class II Wood | 35 | 4/12/02 | Altamont | 30300 | |
| W 71 | Class II Wood | 35 | 4/12/02 | Altamont | 35040 | |
| W 72 | Class II Wood | 35 | 4/12/02 | Altamont | 28820 | |
| W 73 | Class II Wood | 35 | 4/12/02 | Altamont | 28860 | |
| W 74 | Class II Wood | 35 | 4/12/02 | Altamont | 30700 | |
| W 75 | Class II Wood | 35 | 4/12/02 | Altamont | 28740 | |
| W 76 | Class II Wood | 35 | 4/15/02 | Altamont | 30000 | |
| W 77 | Class II Wood | 35 | 4/15/02 | Altamont | 31240 | |
| W 78 | Class II Wood | 35 | 4/15/02 | Altamont | 26080 | |
| W 79 | Class II Wood | 35 | 4/15/02 | Altamont | 28420 | |
| W 80 | Class II Wood | 35 | 4/15/02 | Altamont | 33340 | |
| W 81 | Class II Wood | 35 | 4/15/02 | Altamont | 31400 | |
| W 82 | Class II Wood | 35 | 4/16/02 | Altamont | 27480 | |
| W 83 | Class II Wood | 35 | 4/16/02 | Altamont | 29640 | |
| W 84 | Class II Wood | 35 | 4/16/02 | Altamont | 24760 | |
| W 85 | Class II Wood | 35 | 4/16/02 | Altamont | 25740 | |
| W 86 | Class II Wood | 35 | 4/16/02 | Altamont | 36440 | |
| W 87 | Class II Wood | 35 | 4/16/02 | Altamont | 33840 | |
| W 88 | Class II Wood | 35 | 4/17/02 | Altamont | 36460 | |
| W 89 | Class II Wood | 35 | 4/17/02 | Altamont | 36180 | |
| W 90 | Class II Wood | 35 | 4/17/02 | Altamont | 31040 | |
| W 91 | Class II Wood | 35 | 4/17/02 | Altamont | 35740 | |
| W 92 | Class II Wood | 35 | 4/17/02 | Altamont | 30620 | |

"0" in "Weight Ticket Amount" indicates that the weight ticket for the load has not been returned to W&K.

01336602.031

# Chlordane Contaminated Wood Waste Manifest Log
## ANAS/EHA
## Altamont
## Page 4 of 5
## 5/28/02 12:19:49 PM

| Manifest # | Character | Quantity (cu. Yds) | Date Hauled | Landfill | Weight Ticket Amount (Lbs) | Original Returned to city |
|---|---|---|---|---|---|---|
| W 93 | Class II Wood | 35 | 4/17/02 | Altamont | 25740 | |
| W 94 | Class II Wood | 35 | 4/18/02 | Altamont | 27120 | |
| W 95 | Class II Wood | 35 | 4/18/02 | Altamont | 29100 | |
| W 96 | Class II Wood | 35 | 4/18/02 | Altamont | 30120 | |
| W 97 | Class II Wood | 35 | 4/18/02 | Altamont | 30440 | |
| W 98 | Class II Wood | 35 | 4/18/02 | Altamont | 30260 | |
| W 99 | Class II Wood | 35 | 4/22/02 | Altamont | 27860 | |
| W 100 | Class II Wood | 35 | 4/19/02 | Altamont | 31660 | |
| W 101 | Class II Wood | 35 | 4/19/02 | Altamont | 26720 | |
| W 102 | Class II Wood | 35 | 4/19/02 | Altamont | 30380 | |
| W 103 | Class II Wood | 35 | 4/19/02 | Altamont | 39300 | |
| W 104 | Class II Wood | 35 | 4/19/02 | Altamont | 35480 | |
| W 105 | Class II Wood | 35 | 4/19/02 | Altamont | 30220 | |
| W 106 | Class II Wood | 35 | 4/22/02 | Altamont | 34260 | |
| W 107 | Class II Wood | 35 | 4/22/02 | Altamont | 28440 | |
| W 108 | Class II Wood | 35 | 4/22/02 | Altamont | 31000 | |
| W 109 | Class II Wood | 35 | 4/22/02 | Altamont | 32120 | |
| W 110 | Class II Wood | 35 | 4/22/02 | Altamont | 32740 | |
| W 111 | Class II Wood | 35 | 4/23/02 | Altamont | 28320 | |
| W 112 | Class II Wood | 35 | 4/23/02 | Altamont | 27700 | |
| W 113 | Class II Wood | 35 | 4/25/02 | Altamont | 31700 | |
| W 114 | Class II Wood | 35 | 4/25/02 | Altamont | 32440 | |
| W 115 | Class II Wood | 35 | 4/25/02 | Altamont | 0 | |
| W 116 | Class II Wood | 35 | 4/26/02 | Altamont | 30180 | |
| W 117 | Class II Wood | 35 | 4/26/02 | Altamont | 26300 | |
| W 118 | Class II Wood | 35 | 4/26/02 | Altamont | 21980 | |
| W 119 | Class II Wood | 35 | 4/26/02 | Altamont | 29100 | |
| W 120 | Class II Wood | 35 | 4/26/02 | Altamont | 36200 | |
| W 121 | Class II Wood | 35 | 4/26/02 | Altamont | 0 | |
| W 122 | Class II Wood | 35 | 5/6/02 | Altamont | 28880 | |
| W 123 | Class II Wood | 35 | 5/6/02 | Altamont | 25520 | |

"0" in "Weight Ticket Amount" indicates that the weight ticket for the load has not been returned to W&K.

# Chlordane Contaminated Wood Waste Manifest Log
## ANAS/EHA
## Altamont
## Page 5 of 5
## 5/28/02 12:19:49 PM

| Manifest # | Character | Quantity (cu. Yds) | Date Hauled | Landfill | Weight Ticket Amount (Lbs) | Original Returned to city |
|---|---|---|---|---|---|---|
| W 124 | Class II Wood | 35 | 5/6/02 | Altamont | 35280 | |
| W 125 | Class II Wood | 35 | 5/6/02 | Altamont | 31140 | |
| W 126 | Class II Wood | 35 | 5/6/02 | Altamont | 27440 | |
| W 127 | Class II Wood | 35 | 5/6/02 | Altamont | 26320 | |
| W 128 | Class II Wood | 35 | 5/7/02 | Altamont | 28760 | |
| W 129 | Class II Wood | 35 | 5/7/02 | Altamont | 26500 | |
| W 130 | Class II Wood | 35 | 5/7/02 | Altamont | 27880 | |
| W 131 | Class II Wood | 35 | 5/7/02 | Altamont | 26800 | |
| W 132 | Class II Wood | 35 | 5/7/02 | Altamont | 27480 | |
| W 133 | Class II Wood | 35 | 5/7/02 | Altamont | 27180 | |
| W 134 | Class II Wood | 35 | 5/8/02 | Altamont | 27440 | |
| W 135 | Class II Wood | 35 | 5/8/02 | Altamont | 29860 | |
| W 136 | Class II Wood | 35 | 5/8/02 | Altamont | 24460 | |
| W 137 | Class II Wood | 35 | 5/8/02 | Altamont | 30840 | |
| W 138 | Class II Wood | 35 | 5/8/02 | Altamont | 0 | |
| W 139 | Class II Wood | 35 | 5/8/02 | Altamont | 0 | |
| W 140 | Class II Wood | 35 | 5/8/02 | Altamont | 0 | |
| Total | | 4900 | | | **4116000** | |
| | | | | Tons→ | **2058** | |

"0" in "Weight Ticket Amount" indicates that the weight ticket for the load has not been returned to W&K.

01336602.031

# Chlordane Contaminated Wood Waste Manifest Log
## ANAS/EHA
## Vasco Rd
## Page 1 of 1
## 5/28/02 12:19:54 PM

| Manifest # | Character | Quantity (cu. Yds) | Date Hauled | Landfill | Weigh Ticket Amount (Lbs) | Original Returned to city |
|---|---|---|---|---|---|---|
| WV 01 | Class II Wood | 35 | 4/29/02 | Vasco | 29060 | |
| WV 02 | Class II Wood | 35 | 4/29/02 | Vasco | 24940 | |
| WV 03 | Class II Wood | 35 | 4/29/02 | Vasco | 29020 | |
| WV 04 | Class II Wood | 35 | 4/29/02 | Vasco | 38100 | |
| WV 05 | Class II Wood | 35 | 4/29/02 | Vasco | 0 | |
| WV 06 | Class II Wood | 35 | 4/29/02 | Vasco | 33420 | |
| WV 07 | Class II Wood | 0 | Not Used | Vasco | 0 | |
| WV 08 | Class II Wood | 35 | 5/8/02 | Vasco | 30440 | |
| WV 09 | Class II Wood | 35 | 5/2/02 | Vasco | 35620 | |
| WV 10 | Class II Wood | 35 | 5/2/02 | Vasco | 26300 | |
| WV 11 | Class II Wood | 0 | Not Used | Vasco | 0 | |
| WV 12 | Class II Wood | 35 | 5/8/02 | Vasco | 22600 | |
| Total | | 350 | | | **269500** | |
| | | | | Tons→ | **134.75** | |

"0" in "Weight Ticket Amount" indicates that the weight ticket for the load has not been returned to W&K.

01336602.031

ANAS/EHA CLASS I SOIL MANIFEST LOG (Kettleman Landfill) EPA #CAL000250355
Winzler Kelly Consulting Engineers

5/28/02

| Manifest # | Quantity* | Date Hauled | Date Weight Ticket to W&K | Weight Ticket Amount (lbs) | Weight (tons) | Date DTSC Copy Sent | Generator Copy Sent to City (w/weights) |
|---|---|---|---|---|---|---|---|
| 21617600 | 18 | 5/2/02 | | | 0.00 | 5/11/02 | |
| 21617601 | 18 | 5/2/02 | | | 0.00 | 5/11/02 | |
| 21610772 | 18 | 5/2/02 | | | 0.00 | 5/11/02 | |
| 21610773 | 18 | 5/3/02 | | | 0.00 | 5/11/02 | |
| 21610774 | 18 | 5/3/02 | | | 0.00 | 5/11/02 | |
| 21610775 | 18 | 5/3/02 | | | 0.00 | 5/11/02 | |
| 21610776 | 18 | 5/6/02 | | | 0.00 | 5/11/02 | |
| 21610777 | 18 | 4/25/02 | | | 0.00 | 5/11/02 | |
| 21610778 | 18 | 4/25/02 | | | 0.00 | 5/11/02 | |
| 21610779 | 18 | 5/6/02 | | | 0.00 | 5/11/02 | |
| 21610780 | 18 | 5/6/02 | | | 0.00 | 5/11/02 | |
| 21610781 | 18 | 5/7/02 | | | 0.00 | 5/11/02 | |
| 21610782 | 18 | 5/7/02 | | | 0.00 | 5/11/02 | |
| 21610783 | 18 | 4/25/02 | | | 0.00 | 5/11/02 | |
| 21610784 | 18 | 5/7/02 | | | 0.00 | 5/11/02 | |
| 21610785 | 18 | 5/8/02 | | | 0.00 | 5/11/02 | |
| 21610786 | 18 | 5/8/02 | | | 0.00 | 5/11/02 | |
| 21610787 | 18 | 5/8/02 | | | 0.00 | 5/11/02 | |
| 21610788 | 18 | 5/8/02 | | | 0.00 | 5/11/02 | |
| 21610789 | 18 | 5/8/02 | | | 0.00 | 5/11/02 | |
| 21610790 | 18 | 5/8/02 | | | 0.00 | 5/11/02 | |
| 21610791 | 18 | 5/8/02 | | | 0.00 | 5/11/02 | |
| 21610792 | 18 | 5/9/02 | | | 0.00 | 5/11/02 | |
| 21610793 | 18 | 5/9/02 | | | 0.00 | 5/11/02 | |
| 21610794 | 18 | 5/9/02 | | | 0.00 | 5/11/02 | |
| 21610795 | 18 | 5/9/02 | | | 0.00 | 5/11/02 | |
| 21610796 | 18 | 5/9/02 | | | 0.00 | 5/11/02 | |
| 21610797 | 18 | 5/9/02 | | | 0.00 | 5/11/02 | |
| 21610798 | 18 | 5/9/02 | | | 0.00 | 5/11/02 | |
| 21610799 | 18 | 5/10/02 | | | 0.00 | 5/16/02 | |
| 21608836 | 18 | 5/10/02 | | | 0.00 | 5/16/02 | |
| 21608837 | 18 | 5/10/02 | | | 0.00 | 5/16/02 | |
| 21608838 | 18 | 5/10/02 | | | 0.00 | 5/16/02 | |
| 21608839 | 18 | 5/10/02 | | | 0.00 | 5/16/02 | |
| 21608840 | 18 | 5/9/02 | | | 0.00 | 5/16/02 | |
| 21608841 | 18 | 5/9/02 | | | 0.00 | 5/16/02 | |
| 21608842 | 18 | 5/13/02 | | | 0.00 | 5/16/02 | |
| 21608843 | 18 | 5/13/02 | | | 0.00 | 5/16/02 | |
| 21608844 | 18 | 5/13/02 | | | 0.00 | 5/16/02 | |
| 21608845 | 18 | 5/13/02 | | | 0.00 | 5/16/02 | |
| 21608846 | 18 | 5/13/02 | | | 0.00 | 5/16/02 | |
| 21608847 | 18 | 5/13/02 | | | 0.00 | 5/16/02 | |
| 21608848 | | | | | 0.00 | | |
| 21608849 | | | | | 0.00 | | |
| 21608850 | | | | | 0.00 | | |
| 21608851 | | | | | 0.00 | | |
| 21608852 | | | | | 0.00 | | |
| 21608853 | | | | | 0.00 | | |
| 21608854 | | | | | 0.00 | | |

*Quantities in cubic yards.



01336602.031

ANAS/EHA CLASS I SOIL MANIFEST LOG (Kettleman Landfill) EPA #CAL000250355
Winzler Kelly Consulting Engineers

5/28/02

| Manifest # | Quantity* | Date Hauled | Date Weight Ticket to W&K | Weight Ticket Amount (lbs) | Weight (tons) | Date DTSC Copy Sent | Generator Copy Sent to City (w/weights) |
|---|---|---|---|---|---|---|---|
| 21608655 | 18 | 5/10/02 | | | 0.00 | 5/16/02 | |
| | | | | | 0.00 | | |
| Totals | 774 | | | 0 | 0.00 | | |

*Quantities in cubic yards.



01336602.031

ANAS/EHA CLASS II SOIL MANIFEST LOG (Altamont Landfill)

Winzler Kelly Consulting Engineers

5/28/02

| | Manifest # | Quantity* | Landfill | Date Hauled | Weight (lbs) | Weight (tons) | Yellow to City |
|---|---|---|---|---|---|---|---|
| S | 1 | 18 | Altamont | 4/10/02 | 35820 | 17.91 | |
| S | 2 | 18 | Altamont | 4/10/02 | 30040 | 15.02 | |
| S | 3 | 18 | Altamont | 4/10/02 | 34120 | 17.06 | |
| S | 4 | 18 | Altamont | 4/10/02 | 32760 | 16.38 | |
| S | 5 | 18 | Altamont | 4/10/02 | 39560 | 19.78 | |
| S | 6 | 18 | Altamont | 4/10/02 | 38200 | 19.1 | |
| S | 7 | 18 | Altamont | 4/10/02 | 35360 | 17.68 | |
| S | 8 | 18 | Altamont | 4/10/02 | 33260 | 16.63 | |
| S | 9 | 18 | Altamont | 4/10/02 | 38180 | 19.09 | |
| S | 10 | 18 | Altamont | 4/10/02 | 32840 | 16.42 | |
| S | 11 | 18 | Altamont | 4/10/02 | 32040 | 16.02 | |
| S | 12 | 18 | Altamont | 4/10/02 | 36920 | 18.46 | |
| S | 13 | 18 | Altamont | 4/10/02 | 34440 | 17.22 | |
| S | 14 | 18 | Altamont | 4/10/02 | 33280 | 16.64 | |
| S | 15 | 18 | Altamont | 4/10/02 | 42520 | 21.26 | |
| S | 16 | 18 | Altamont | 4/10/02 | 39240 | 19.62 | |
| S | 17 | 18 | Altamont | 4/10/02 | 38660 | 19.33 | |
| S | 18 | 18 | Altamont | 4/10/02 | 37100 | 18.55 | |
| S | 19 | 18 | Altamont | 4/10/02 | 32600 | 16.3 | |
| S | 20 | 18 | Altamont | 4/10/02 | 35160 | 17.58 | |
| S | 21 | 18 | Altamont | 4/10/02 | 40840 | 20.42 | |
| S | 22 | 18 | Altamont | 4/10/02 | 36360 | 18.18 | |
| S | 23 | 18 | Altamont | 4/10/02 | 40000 | 20 | |
| S | 24 | 18 | Altamont | 4/10/02 | 27540 | 13.77 | |
| S | 25 | 18 | Altamont | 4/10/02 | 32540 | 16.27 | |
| S | 26 | 18 | Altamont | 4/10/02 | 42520 | 21.26 | |
| S | 27 | 18 | Altamont | 4/10/02 | 41120 | 20.56 | |
| S | 28 | 18 | Altamont | 4/10/02 | 44760 | 22.38 | |
| S | 29 | 18 | Altamont | 4/10/02 | | 0 | |
| S | 30 | 18 | Altamont | 4/10/02 | 34720 | 17.36 | |
| S | 31 | 18 | Altamont | 4/10/02 | 30680 | 15.34 | |
| S | 32 | 18 | Altamont | 4/11/02 | 33540 | 16.77 | |
| S | 33 | 18 | Altamont | 4/11/02 | 20820 | 10.41 | |
| S | 34 | 18 | Altamont | 4/11/02 | 39760 | 19.88 | |
| S | 35 | 18 | Altamont | 4/11/02 | 40380 | 20.19 | |
| S | 36 | 18 | Altamont | 4/11/02 | 37040 | 18.52 | |
| S | 37 | 18 | Altamont | 4/11/02 | 45400 | 22.7 | |
| S | 38 | 18 | Altamont | 4/11/02 | 36420 | 18.21 | |
| S | 39 | 18 | Altamont | 4/11/02 | 37980 | 18.99 | |
| S | 40 | 18 | Altamont | 4/11/02 | 42000 | 21 | |
| S | 41 | 18 | Altamont | 4/11/02 | 35420 | 17.71 | |
| S | 42 | 18 | Altamont | 4/11/02 | 40780 | 20.39 | |
| S | 43 | 18 | Altamont | 4/11/02 | 23400 | 11.7 | |
| S | 44 | 18 | Altamont | 4/11/02 | 41620 | 20.81 | |
| S | 45 | 18 | Altamont | 4/11/02 | 34780 | 17.39 | |
| S | 46 | 18 | Altamont | 4/11/02 | 36260 | 18.13 | |
| S | 47 | 18 | Altamont | 4/11/02 | 37500 | 18.75 | |
| S | 48 | 18 | Altamont | 4/11/02 | 39500 | 19.75 | |
| S | 49 | 18 | Altamont | 4/11/02 | 31760 | 15.88 | |
| S | 50 | 18 | Altamont | 4/11/02 | 34160 | 17.08 | |
| S | 51 | 18 | Altamont | 4/11/02 | 33300 | 16.65 | |



*Quantities in cubic yards.

ANAS/EHA CLASS II SOIL MANIFEST LOG (Altamont Landfill)

Winzler Kelly Consulting Engineers

5/28/02

| | Manifest # | Quantity* | Landfill | Date Hauled | Weight (lbs) | Weight (tons) | Yellow to City |
|---|---|---|---|---|---|---|---|
| S | 52 | 18 | Altamont | 4/11/02 | 27140 | 13.57 | |
| S | 53 | 18 | Altamont | 4/11/02 | 34780 | 17.39 | |
| S | 54 | 18 | Altamont | 4/11/02 | 30660 | 15.33 | |
| S | 55 | 18 | Altamont | 4/11/02 | 34888 | 17.444 | |
| S | 56 | 18 | Altamont | 4/11/02 | 38560 | 19.28 | |
| S | 57 | 18 | Altamont | 4/11/02 | 39360 | 19.68 | |
| S | 58 | 18 | Altamont | 4/12/02 | 20520 | 10.26 | |
| S | 59 | 18 | Altamont | 4/12/02 | 32480 | 16.24 | |
| S | 60 | 18 | Altamont | 4/12/02 | 34060 | 17.03 | |
| S | 61 | 18 | Altamont | 4/12/02 | 25340 | 12.67 | |
| S | 62 | 18 | Altamont | 4/12/02 | 30940 | 15.47 | |
| S | 63 | 18 | Altamont | 4/12/02 | 35700 | 17.85 | |
| S | 64 | 18 | Altamont | 4/12/02 | 31220 | 15.61 | |
| S | 65 | 18 | Altamont | 4/12/02 | 37300 | 18.65 | |
| S | 66 | 18 | Altamont | 4/12/02 | 21460 | 10.73 | |
| S | 67 | 18 | Altamont | 4/12/02 | 36360 | 18.18 | |
| S | 68 | 18 | Altamont | 4/12/02 | 33780 | 16.89 | |
| S | 69 | 18 | Altamont | 4/12/02 | 39300 | 19.65 | |
| S | 70 | 18 | Altamont | 4/12/02 | | 0 | |
| S | 71 | 18 | Altamont | 4/12/02 | 35720 | 17.86 | |
| S | 72 | 18 | Altamont | 4/12/02 | 36000 | 18 | |
| S | 73 | 18 | Altamont | 4/12/02 | 38520 | 19.26 | |
| S | 74 | 18 | Altamont | 4/12/02 | 30220 | 15.11 | |
| S | 75 | 18 | Altamont | 4/12/02 | 37760 | 18.88 | |
| S | 76 | 18 | Altamont | 4/15/02 | 38240 | 19.12 | |
| S | 77 | 18 | Altamont | 4/15/02 | 23980 | 11.99 | |
| S | 78 | 18 | Altamont | 4/15/02 | 43500 | 21.75 | |
| S | 79 | 18 | Altamont | 4/15/02 | 38080 | 19.04 | |
| S | 80 | 18 | Altamont | 4/15/02 | 35180 | 17.59 | |
| S | 81 | 18 | Altamont | 4/15/02 | 27340 | 13.67 | |
| S | 82 | 18 | Altamont | 4/15/02 | 36720 | 18.36 | |
| S | 83 | 18 | Altamont | 4/15/02 | 32860 | 16.43 | |
| S | 84 | 18 | Altamont | 4/15/02 | 32700 | 16.35 | |
| S | 85 | 18 | Altamont | 4/15/02 | 33680 | 16.84 | |
| S | 86 | 18 | Altamont | 4/15/02 | 38880 | 19.44 | |
| S | 87 | 18 | Altamont | 4/15/02 | 37960 | 18.98 | |
| S | 88 | 18 | Altamont | 4/15/02 | 39360 | 19.68 | |
| S | 89 | 18 | Altamont | 4/15/02 | 40460 | 20.23 | |
| S | 90 | 18 | Altamont | 4/15/02 | 35140 | 17.57 | |
| S | 91 | 18 | Altamont | 4/15/02 | 39100 | 19.55 | |
| S | 92 | 18 | Altamont | 4/15/02 | 37000 | 18.5 | |
| S | 93 | 18 | Altamont | 4/15/02 | 37540 | 18.77 | |
| S | 94 | 18 | Altamont | 4/15/02 | 32700 | 16.35 | |
| S | 95 | 18 | Altamont | 4/15/02 | 41680 | 20.84 | |
| S | 96 | 18 | Altamont | 4/16/02 | 45840 | 22.92 | |
| S | 97 | 18 | Altamont | 4/16/02 | 33800 | 16.9 | |
| S | 98 | 18 | Altamont | 4/16/02 | 41220 | 20.61 | |
| S | 99 | 18 | Altamont | 4/16/02 | 39240 | 19.62 | |
| S | 100 | 18 | Altamont | 4/16/02 | 38960 | 19.48 | |
| S | 101 | 18 | Altamont | 4/16/02 | 34920 | 17.46 | |
| S | 102 | 18 | Altamont | 4/16/02 | 36060 | 18.03 | |

*Quantities in cubic yards.

ANAS/EHA CLASS II SOIL MANIFEST LOG (Altamont Landfill)

Winzler Kelly Consulting Engineers

5/28/02

| | Manifest # | Quantity* | Landfill | Date Hauled | Weight (lbs) | Weight (tons) | Yellow to City |
|---|---|---|---|---|---|---|---|
| S | 103 | 18 | Altamont | 4/16/02 | 43360 | 21.68 | |
| S | 104 | 18 | Altamont | 4/16/02 | 36160 | 18.08 | |
| S | 105 | 18 | Altamont | 4/16/02 | 33480 | 16.74 | |
| S | 106 | 18 | Altamont | 4/16/02 | 42220 | 21.11 | |
| S | 107 | 18 | Altamont | 4/16/02 | 37220 | 18.61 | |
| S | 108 | 18 | Altamont | 4/16/02 | 41340 | 20.67 | |
| S | 109 | 18 | Altamont | 4/22/02 | 38680 | 19.34 | |
| S | 110 | | Void | Not Used | N/A | 0 | |
| S | 111 | 18 | Altamont | 4/22/02 | | 0 | |
| S | 112 | 18 | Altamont | 4/22/02 | | 0 | |
| S | 113 | 18 | Altamont | 4/22/02 | | 0 | |
| S | 114 | 18 | Altamont | 4/22/02 | | 0 | |
| S | 115 | 18 | Altamont | 4/22/02 | | 0 | |
| S | 116 | 18 | Altamont | 4/22/02 | | 0 | |
| S | 117 | 18 | Altamont | 4/22/02 | | 0 | |
| S | 118 | 18 | Altamont | 4/22/02 | | 0 | |
| S | 119 | 18 | Altamont | 4/22/02 | | 0 | |
| S | 120 | 18 | Altamont | 4/23/02 | | 0 | |
| S | 121 | 18 | Altamont | 4/22/02 | | 0 | |
| S | 122 | 18 | Altamont | 4/23/02 | | 0 | |
| S | 123 | 18 | Altamont | 4/23/02 | | 0 | |
| S | 124 | 18 | Altamont | 4/23/02 | | 0 | |
| S | 125 | 18 | Altamont | 4/23/02 | | 0 | |
| S | 126 | 18 | Altamont | 4/23/02 | | 0 | |
| S | 127 | 18 | Altamont | 4/23/02 | | 0 | |
| S | 128 | 18 | Altamont | 4/23/02 | | 0 | |
| S | 129 | 18 | Altamont | 4/23/02 | | 0 | |
| S | 130 | 18 | Altamont | 4/30/02 | | 0 | |
| S | 131 | 18 | Altamont | 4/30/02 | | 0 | |
| S | 132 | 18 | Altamont | 4/30/02 | | 0 | |
| S | 133 | 18 | Altamont | 4/30/02 | | 0 | |
| S | 134 | 18 | Altamont | 4/30/02 | | 0 | |
| S | 135 | 18 | Altamont | 4/30/02 | | 0 | |
| S | 136 | 18 | Altamont | 4/30/02 | | 0 | |
| S | 137 | 18 | Altamont | 4/30/02 | | 0 | |
| S | 138 | 18 | Altamont | 4/30/02 | | 0 | |
| S | 139 | 18 | Altamont | 4/30/02 | | 0 | |
| S | 140 | 18 | Altamont | 4/30/02 | | 0 | |
| S | 141 | 18 | Altamont | 4/30/02 | | 0 | |
| S | 142 | 18 | Altamont | 4/30/02 | | 0 | |
| S | 143 | 18 | Altamont | 4/30/02 | | 0 | |
| S | 144 | 18 | Altamont | 4/30/02 | | 0 | |
| S | 145 | 18 | Altamont | 4/30/02 | | 0 | |
| S | 146 | 18 | Altamont | 4/30/02 | | 0 | |
| S | 147 | 18 | Altamont | 4/30/02 | | 0 | |
| S | 148 | 18 | Altamont | 4/30/02 | | 0 | |
| S | 149 | 18 | Altamont | 4/30/02 | | 0 | |
| S | 150 | 18 | Altamont | 4/30/02 | | 0 | |
| S | 151 | 18 | Altamont | 4/30/02 | | 0 | |
| S | 152 | 18 | Altamont | 4/30/02 | | 0 | |
| S | 153 | 18 | Altamont | 4/30/02 | | 0 | |

*Quantities in cubic yards.



01336602.031

ANAS/EHA CLASS II SOIL MANIFEST LOG (Altamont Landfill)
Winzler Kelly Consulting Engineers

5/28/02

| | Manifest # | Quantity* | Landfill | Date Hauled | Weight (lbs) | Weight (tons) | Yellow to City |
|---|---|---|---|---|---|---|---|
| S | 154 | 18 | Altamont | 4/30/02 | | 0 | |
| S | 155 | 18 | Altamont | 4/30/02 | | 0 | |
| S | 156 | 18 | Altamont | 4/30/02 | | 0 | |
| S | 157 | 18 | Altamont | 4/30/02 | | 0 | |
| S | 158 | 18 | Altamont | 4/30/02 | 22180 | 11.09 | |
| S | 159 | 18 | Altamont | 4/30/02 | | 0 | |
| S | 160 | 18 | Altamont | 5/1/02 | 38760 | 19.38 | |
| S | 161 | 18 | Altamont | 5/1/02 | 39040 | 19.52 | |
| S | 162 | 18 | Altamont | 5/1/02 | 38700 | 19.35 | |
| S | 163 | 18 | Altamont | 5/1/02 | 43460 | 21.73 | |
| S | 164 | 18 | Altamont | 5/1/02 | 36760 | 18.38 | |
| S | 165 | 18 | Altamont | 5/1/02 | 36580 | 18.29 | |
| S | 166 | 18 | Altamont | 5/1/02 | 34180 | 17.09 | |
| S | 167 | 18 | Altamont | 5/1/02 | 44600 | 22.3 | |
| S | 168 | 18 | Altamont | 5/1/02 | 40080 | 20.04 | |
| S | 169 | 18 | Altamont | 5/1/02 | 36840 | 18.42 | |
| S | 170 | 18 | Altamont | 5/1/02 | 31800 | 15.9 | |
| S | 171 | 18 | Altamont | 5/1/02 | 29840 | 14.92 | |
| S | 172 | 18 | Altamont | 5/1/02 | 37340 | 18.67 | |
| S | 173 | 18 | Altamont | 5/1/02 | 38280 | 19.14 | |
| S | 174 | 18 | Altamont | 5/1/02 | 37560 | 18.78 | |
| S | 175 | 18 | Altamont | 5/1/02 | 38880 | 19.44 | |
| S | 176 | 18 | Altamont | 5/1/02 | 32660 | 16.33 | |
| S | 177 | 18 | Altamont | 5/1/02 | 30000 | 15 | |
| S | 178 | 18 | Altamont | 5/1/02 | 27760 | 13.88 | |
| S | 179 | 18 | Altamont | 5/1/02 | 35440 | 17.72 | |
| S | 180 | 18 | Altamont | 5/1/02 | 38340 | 19.17 | |
| S | 181 | 18 | Altamont | 5/1/02 | 35120 | 17.56 | |
| S | 182 | 18 | Altamont | 5/1/02 | 37160 | 18.58 | |
| S | 183 | 18 | Altamont | 5/1/02 | | 0 | |
| S | 184 | 18 | Altamont | 5/1/02 | | 0 | |
| S | 185 | 18 | Altamont | 5/1/02 | | 0 | |
| S | 186 | 18 | Altamont | 5/1/02 | | 0 | |
| S | 187 | 18 | Altamont | 5/1/02 | | 0 | |
| S | 188 | 18 | Altamont | 5/1/02 | | 0 | |
| S | 189 | 18 | Altamont | 5/1/02 | | 0 | |
| S | 190 | 18 | Altamont | 5/3/02 | 33240 | 16.62 | |
| S | 191 | 18 | Altamont | 5/1/02 | | 0 | |
| S | 192 | 18 | Altamont | 5/1/02 | | 0 | |
| S | 193 | 18 | Altamont | 5/1/02 | | 0 | |
| S | 194 | 18 | Altamont | 5/1/02 | | 0 | |
| S | 195 | 18 | Altamont | 5/3/02 | 32480 | 16.24 | |
| S | 196 | 18 | Altamont | 5/3/02 | 32920 | 16.46 | |
| S | 197 | 18 | Altamont | 5/3/02 | 35640 | 17.82 | |
| S | 198 | 18 | Altamont | 5/3/02 | 34860 | 17.43 | |
| S | 199 | 18 | Altamont | 5/3/02 | 38040 | 19.02 | |
| S | 200 | 18 | Altamont | 5/3/02 | 33260 | 16.63 | |
| S | 201 | 18 | Altamont | 5/3/02 | | 0 | |
| S | 202 | 18 | Altamont | 5/3/02 | | 0 | |
| S | 203 | 18 | Altamont | 5/9/02 | 33560 | 16.78 | |
| S | 204 | 18 | Altamont | 5/9/02 | 34380 | 17.19 | |

*Quantities in cubic yards.



01336602.031

ANAS/EHA CLASS II SOIL MANIFEST LOG (Altamont Landfill)

Winzler Kelly Consulting Engineers

5/28/02

| | Manifest # | Quantity* | Landfill | Date Hauled | Weight (lbs) | Weight (tons) | Yellow to City |
|---|---|---|---|---|---|---|---|
| S | 205 | 18 | Altamont | 5/9/02 | 38480 | 19.24 | |
| S | 206 | 18 | Altamont | 5/9/02 | 34100 | 17.05 | |
| S | 207 | 18 | Altamont | 5/9/02 | 39580 | 19.79 | |
| S | 208 | 18 | Altamont | 5/9/02 | 38060 | 19.03 | |
| S | 209 | 18 | Altamont | 5/9/02 | 38780 | 19.39 | |
| S | 210 | 18 | Altamont | 5/9/02 | 29900 | 14.95 | |
| S | 211 | 18 | Altamont | 5/9/02 | 39480 | 19.74 | |
| S | 212 | 18 | Altamont | 5/9/02 | 36480 | 18.24 | |
| S | 213 | 18 | Altamont | 5/10/02 | 36400 | 18.2 | |
| S | 214 | 18 | Altamont | 5/10/02 | 33180 | 16.59 | |
| S | 215 | 18 | Altamont | 5/9/02 | 34700 | 17.35 | |
| S | 216 | 18 | Altamont | 5/10/02 | 44820 | 22.41 | |
| S | 217 | 18 | Altamont | 5/10/02 | 38120 | 19.06 | |
| S | 218 | 18 | Altamont | 5/10/02 | 37940 | 18.97 | |
| S | 219 | 18 | Altamont | 5/10/02 | 39040 | 19.52 | |
| S | 220 | 18 | Altamont | 5/10/02 | 38440 | 19.22 | |
| S | 221 | 18 | Altamont | 5/10/02 | 42100 | 21.05 | |
| S | 222 | 18 | Altamont | 5/10/02 | 37120 | 18.56 | |
| S | 223 | 18 | Altamont | 5/10/02 | 43300 | 21.65 | |
| S | 224 | 18 | Altamont | 5/10/02 | 39840 | 19.92 | |
| S | 225 | 18 | Altamont | 5/10/02 | 39760 | 19.88 | |
| S | 226 | 18 | Altamont | 5/10/02 | 35120 | 17.56 | |
| S | 227 | | | Not Used | 0 | 0 | |
| S | 228 | 18 | Altamont | 5/14/02 | 34280 | 17.14 | |
| S | 229 | 18 | Altamont | 5/14/02 | 34180 | 17.09 | |
| S | 230 | 18 | Altamont | 5/14/02 | 23740 | 11.87 | |
| S | 231 | 18 | Altamont | 5/14/02 | 26640 | 13.32 | |
| S | 232 | | | Not Used | | 0 | |
| S | 233 | | | | | 0 | |
| S | 234 | | | | | 0 | |
| S | 235 | | | | | 0 | |
| | Totals | 4122 | | | 5954988 | 2977.49 | |

*Quantities in cubic yards.



01336602.031