ENVIRONMENTAL RESOURCES MANAGEMENT

FINAL WORKPLAN

Catellus Development Corporation

# Demolition and Organochlorine Pesticide Removal Workplan
# *Alameda Point East Housing Area*
# *Alameda, California*

23 April 2002

3421.00

**Environmental Resources Management**
1777 Botelho Drive, Suite 260
Walnut Creek, CA 94596

**Ferma Corporation**
1265 Montecito Avenue, Suite 200
Mountain View, CA 94043-4506

ERM

ENVIRONMENTAL RESOURCES MANAGEMENT

FINAL WORKPLAN

Catellus Development Corporation

# Demolition and Organochlorine Pesticide Removal Workplan

## *Alameda Point East Housing Area*
## *Alameda, California*

23 April 2002

3421.00

Thomas M. Bylund, P.E.
*Project Manager - Ferma*

Michael E. Quillin, R.G.
*Principal - ERM*

Michael Blanchard
*Project Engineer - ERM*

**Environmental Resources Management**
1777 Botelho Drive, Suite 260
Walnut Creek, CA 94596

**Ferma Corporation**
1265 Montecito Avenue, Suite 200
Mountain View, CA 94043 4506

ERM

TABLE OF CONTENTS


LIST OF FIGURES AND TABLES iii

LIST OF ACRONYMS iv

1.0 INTRODUCTION 1

1.1 RELEVANT GUIDANCE DOCUMENTS 1
1.1.1 Site Management Plan and Air Monitoring Plan 1
1.1.2 Ferma Traffic Management Plan 2
1.1.3 Storm Water Pollution Prevention Plan 2
1.1.4 Health and Safety Plans 2
1.1.5 Ferma Construction Debris Management Plan 2
1.1.6 Ferma Utility Abandonment Plan 3
1.1.7 Marsh Crust Ordinance 3

2.0 HUMAN AND ENVIRONMENTAL HEALTH PROTECTION 4

2.1 PUBLIC NOTIFICATION 4

2.2 AIR QUALITY MONITORING AND MITIGATION 4

3.0 ORGANOCHLORINE PESTICIDE REMOVAL 6

3.1 EXCAVATION OF OCP-IMPACTED SOIL 7

3.2 POST-EXCAVATION SAMPLING ACTIVITIES 8

3.3 DISPOSAL OF OCP-IMPACTED SOIL 9

4.0 DEMOLITION ACTIVITIES 11

4.1 SITE PREPARATION ACTIVITIES 11
4.1.1 Utility Abandonment 11
4.1.2 Surface Water Protection 11
4.1.3 Permitting 12
4.1.4 Emergency Response 12
4.1.5 Traffic Control / Transportation 12

4.2 BUILDING DEMOLITION 13

| | | |
|---|---|---|
| *4.2.1* | *Demolition of Non-Contaminated Superstructures* | *13* |
| *4.2.2* | *Demolition of Potentially Contaminated Superstructure Materials* | *14* |
| *4.2.3* | *Demolition of Contaminated Building Materials* | *14* |
| *4.2.4* | *Compliance with the Marsh Crust Ordinance* | *15* |
| *4.2.5* | *Construction Dewatering* | *15* |
| *4.2.6* | *Waste Management* | *15* |

***5.0 REFERENCES*** ***17***

***APPENDIX A – FERMA CORPORATION TRAFFIC MANAGEMENT PLAN***

***APPENDIX B – FERMA CORPORATION HEALTH AND SAFETY PLAN***

***APPENDIX C – FERMA CORPORATION CONSTRUCTION DEBRIS MANAGEMENT PLAN***

***APPENDIX D – FERMA CORPORATION UTILITY ABANDONMENT PLAN***

## *LIST OF FIGURES AND TABLES*

*FIGURES* *following text*

1 *Site Location Map*

2 *East Housing Area*

*TABLES* *following figures*

1 *Waste Disposal Matrix*

| | |
|---|---|
| SWPPP | Storm Water Pollution Prevention Plan |
| TCLP | Toxicity Characteristic Leaching Procedure |
| TMP | Traffic Management Plan |
| TTLC | Total Threshold Limit Concentration |
| UAP | Utility Abandonment Plan |
| US DOT | United States Department of Transportation |
| USEPA | United States Environmental Protection Agency |
| VOC | Volatile organic compound |
| WET | Waste Extraction Test |

# 1.0 *INTRODUCTION*

This *Demolition and Organochlorine Pesticide Removal Workplan* (DOCPRW) was prepared on behalf of Catellus Development Corporation (Catellus) by Ferma Corporation (Ferma) and Environmental Resources Management (ERM) for demolition activities in the East Housing Area (EHA) of the former Alameda Point Naval Air Station (site; Figures 1 and 2). This DOCPRW specifies procedures for Ferma and its subcontractors to implement during demolition of site structures, recycling and disposal of construction debris, management of hazardous materials present in the structures to be demolished, excavation and disposal of materials contaminated with organochlorine pesticides (OCPs), and mitigation of risks associated with these activities. This DOCPRW does not address removal of asbestos-containing materials or lead-based paint, which are addressed in the *Asbestos Removal Work Plan, FISC/East Housing Area Backbone Infrastructure Improvements* and *Lead Base Paint Workplan, FISC/ East Housing Area Backbone Infrastructure Improvements*. These documents were prepared by Bayview Environmental pursuant to Catellus' construction specifications.

## 1.1 *RELEVANT GUIDANCE DOCUMENTS*

The following sections summarize key documents containing requirements that apply to removal of OCP-contaminated media and demolition in the EHA. These documents are hereby incorporated by reference. A more comprehensive list of documents pertinent to development at the Fleet and Industrial Supply Center (FISC) as a whole is contained in Section 1.5 of the *Site Management Plan, Fleet and Industrial Supply Center Oakland, Alameda Facility/Alameda Annex (FISCA) and the Alameda Point East Housing Area* (SMP) (ERM 2001). The SMP was submitted to the California Department of Toxic Substances Control (DTSC) on 17 December 2001. Regulatory comment remains pending as of the date of this DOCPRW.

### 1.1.1 *Site Management Plan and Air Monitoring Plan*

The SMP and the Air Monitoring Plan (AMP; included as an appendix to the SMP) are the primary documents containing risk mitigation measures to be employed during redevelopment activities at the site. All demolition activities shall comply with the provisions of the SMP and AMP.

### 1.1.6 *Ferma Utility Abandonment Plan*

Pursuant to EIR Mitigation Measure UTL-5, utility abandonment shall be performed pursuant to a Utility Abandonment Plan (UAP) prepared by Ferma for site demolition activities. The UAP is attached as Appendix D. The UAP discusses the scheduling of utility disconnection prior to demolition at the EHA and compliance with all relevant California Public Utilities Commission (CPUC) regulations.

### 1.1.7 *Marsh Crust Ordinance*

Demolition activities that have the potential to bring soils from below the marsh crust threshold depth to the surface must be permitted by the City of Alameda Chief Building Official pursuant to City Ordinance No. 2824 (the Marsh Crust Ordinance) and Sections 4.3.1.1 and 4.3.1.2 of the SMP. Materials handling and health and safety measures specified for such activities in the SMP and related documents will apply to any encounters with the marsh crust.

## 2.0 *HUMAN AND ENVIRONMENTAL HEALTH PROTECTION*

Pursuant to the SMP, AMP, and California Proposition 65, the following human and environmental health protections are planned to mitigate risks associated with demolition at the EHA.

### 2.1 *PUBLIC NOTIFICATION*

Prior to commencement of demolition activities, employee and public notification measures pursuant to Section 3.1.1 and 3.1.2 of the SMP will be implemented. This includes development and distribution of summaries of risk information and relevant contact numbers to site workers and members of the public, and deploying signage pursuant to California Proposition 65.

### 2.2 *AIR QUALITY MONITORING AND MITIGATION*

Prior to commencement of demolition activities, air sampling will be conducted in the areas slated for demolition pursuant to Section 3.0 of the AMP to document ambient conditions. HSPs for individual contractors may include additional air monitoring requirements.

Dust abatement will be conducted during all demolition activities pursuant to the AMP, SMP, and Bay Area Air Quality Management District (BAAQMD) permits. The following permits were issued to Ferma from BAAQMD on 4 and 5 October 2001 under Regulation 11, Rule 2:

- 1M435, 2101 Hollister Circle;
- 1M436, 101 Bainbridge Avenue;
- 1M437, 2085 Santa Rosa Circle;
- 1M438, 2001 Cotati Street;
- 1M439, 2002 3rd Street;
- 1M441, 2000 Fallon Circle;
- 1M442, 2104 and 2106 Decatur Street;
- 1M443, 2000 Oceana Circle; and
- 1M445, 2102 Vernalis Circle.

Initial dust abatement will include spraying high-pressure water delivered by a water hose and a water truck. All demolition areas will be kept wet in this manner to minimize the generation of dust. Should the selected mitigation measures prove insufficient to prevent exceeding fenceline action levels as specified in Table 4-1 of the AMP or to prevent visible dust plumes from leaving the property, additional measures will be implemented or work suspended until wind speeds diminish.

During demolition and OCP removal activities, air monitoring and sampling will be conducted pursuant to the SMP and AMP. The results will be used to determine the efficacy of air quality mitigation efforts, which will be adjusted if deleterious effects on air quality are observed.

All demolition and OCP removal activities must adhere to the AMP, including its monitoring and sampling, dust suppression, and health and safety requirements.

## 3.0 *ORGANOCHLORINE PESTICIDE REMOVAL*

Soil sampling performed by Winzler & Kelly, Consulting Engineers, indicated the presence of chlordane and other OCPs in soil at the EHA (Winzler & Kelly, 2001) at concentrations exceeding the Regional Water Quality Control Board, San Francisco Bay Region (RWQCB) Risk-Based Screening Levels (RBSLs). The RBSLs used in this DOCPRW apply to shallow soil, and represent levels at which no adverse human or environmental health impact is expected to occur. Unless a DTSC-approved site-specific risk assessment addressing OCPs in soil is prepared to generate a different site-specific cleanup goal for pesticides, the RBSL will be used as the cleanup standard for all OCPs.

The Winzler & Kelly report documented the analysis of soil samples collected from interior crawlspaces and from soils around building foundations at depths of 0 to 2 inches using a stainless steel spoon, and from 0 to 0.5 feet, 1 to 1.5 feet, and 3 to 3.5 feet below ground surface (bgs) using a 6-inch stainless steel sampling sleeve. Maximum OCP concentrations are shown in the table below.

**Maximum Organochlorine Pesticide Concentrations Detected in Soils**
**Alameda Point Naval Air Station, East Housing Area, Alameda, California**
**Sampling Conducted 4 April and 25 June, 2001**

| Compound | 0-0.5 feet bgs (μg/kg) | 1.0-1.5 feet bgs (μg/kg) | 3.0-3.5 feet bgs (μg/kg) | RBSL (μg/kg) |
|---|---|---|---|---|
| Total Chlordane | 216,000 | 837 | 240* | 440 |
| Heptachlor | 2600 | 2.7 | ND | 13 |
| Heptachlor epoxide | 390 | 9.5 | 9.1 | 14 |
| 4,4-DDE | 2400 | 66 | 6.8* | 1700 |
| 4,4-DDT | 590 | 220 | 46 | 1700 |
| Dieldrin | ND | 5.1** | ND | 2 |

Source: Winzler & Kelly 2001; samples analyzed by USEPA Method 8081A
Notes: Total chlordane represents sum of Chlordane, alpha-Chlordane, and gamma-Chlordane
RBSL = Risk-Based Screening Level
ND = not detected; detection limits vary between samples
*Excludes sample suspected to be cross-contaminated with surface slough
**Dieldrin detection considered anomalous due to lack of any other detections at any interval
4,4-DDE – 4,4-Dichlorodiphenyldichloroethene
4,4-DDT = 4,4-Dichlorodiphenyltrichloroethene
bgs = below ground surface
μg/kg = micrograms per kilogram

The concentrations of OCPs in soil diminish rapidly with depth; for example, chlordane concentrations decrease from 216 milligrams per kilogram (mg/kg) in the shallow sample to 0.837 mg/kg in the 1 to 1.5 feet bgs sample, and to 0.24 mg/kg in the 3 to 3.5 feet bgs sample, excluding an isolated detection of 6.2 mg/kg within this interval. Winzler & Kelly interpreted this latter detection as resulting from the accidental collection of surface soils that sloughed into the boring.

Dieldrin was detected in a single location at a depth of 1 to 1.5 feet bgs. Due to the lack of dieldrin detection in any of the other 60 samples analyzed, this dieldrin result is questionable and considered anomalous. With the exception of chlordane and this dieldrin result, no other OCPs were observed in subsurface soil samples at concentrations exceeding their RBSLs.

Although isolated RBSL exceedences are observed for chlordane and dieldrin in the 1 to 1.5 foot bgs interval, the majority of samples indicate that excavation of six inches of soil will be sufficient to meet the RBSLs for all OCPs. For example, 11 out of 12 samples from the 1 to 1.5 foot interval were below the RBSL for chlordane. As discussed further in Section 3.2, overexcavation will be performed where post-excavation sampling indicates exceedence of the appropriate cleanup standard.

## 3.1 *EXCAVATION OF OCP-IMPACTED SOIL*

Per the DTSC, excavation and removal of OCP-impacted soil concurrent with building demolition and removal is not an action subject to the California Health and Safety Code, Chapter 6.8. However, were the impacted soils left in place following complete removal of the structures, DTSC would have authority over investigation and cleanup under the above referenced regulation.

During demolition activities, the upper 6 inches of soil will be excavated and removed using Caterpillar (CAT) 322 or CAT 350 excavators and the appropriate attachments. Excavation of OCP-impacted soil will occur after the demolition and removal of the non-contaminated superstructures to grade per Section 4.2.1 of this DOCPRW, and prior to removal of the concrete foundation pilings and subsurface grade beams. The 6-inch excavation will remove soils within the footprint of all residential buildings and within 3 lateral feet of these buildings' foundation concrete. During this removal action, soils impacted with OCPs above their respective standards at depths greater than 6 inches bgs will be excavated and removed. With the exception of the anomalous dieldrin detection,

where samples collected by Winzler and Kelly from the 1 to 1.5-foot interval exceeded the applicable RBSLs, overexcavation to 1.5 feet bgs in a 5-foot radius around the sample will be performed. Following any overexcavation in this manner, a grab sample from this area will be included as one of the five points composited into the post-excavation sample for that building. All excavation will be conducted by Ferma or its subcontractors using Occupational Safety and Health Administration (OSHA)-certified personnel.

## 3.2 *POST-EXCAVATION SAMPLING ACTIVITIES*

Following excavation activities, post-excavation sampling will be conducted pursuant to Section 4.3.2.1 of the SMP. One composite post-excavation sample from each excavation bottom will be collected and submitted under chain-of-custody (COC) tracking to a state-certified laboratory. Each post-excavation sample will be a five-point composite consisting of three grab samples collected from inside each building's foundation and two samples collected from within 12 inches of the foundation exterior, so as to characterize the entire excavated area. Due to the shallow depth of this removal action (6 inches), composite samples from the excavation sidewalls per the SMP are not planned. Analysis will include the following constituents:

- OCPs by United States Environmental Protection Agency (USEPA) Method 8081A;
- California Code of Regulations (CCR) Title 22 Metals by USEPA Methods 6010B and 7470;
- Volatile organic compounds (VOCs) by USEPA Method 8260; and
- Semivolatile organic compounds (SVOCs) by USEPA Method 8270 with selected ion monitoring (SIM).

Based on the scheduling of approximately 111 buildings in the EHA for demolition, it is anticipated that approximately 111 post-excavation samples (one per building) will be collected and analyzed.

Following excavation of the upper 6 inches of soil, should post-excavation sampling indicate that OCPs remain in soil at concentrations greater than their respective RBSLs or other agency-approved cleanup goal, another 6 inch layer of soil will be excavated from the area that exceeded the standard. Following re-excavation, another post-excavation sample will be composited from the re-excavated building footprint and analyzed.

This process of excavation and analysis will continue until all post-excavation soil samples meet the RBSL or other approved standard.

### 3.3 *DISPOSAL OF OCP-IMPACTED SOIL*

Excavated soils will be managed as hazardous material pursuant to the requirements of Section 4.3.1.2 of the SMP. Precharacterization of impacted soil may be performed prior to excavation to allow impacted soil to be loaded directly into trucks for disposal. In the event that impacted soils are stockpiled, all OCP-impacted soils will segregated from stockpiles of other material. Waste profiling will be conducted pursuant to the requirements of the proposed disposal facilities, and will include the collection of composite samples from the in-situ impacted soil or impacted soil stockpile at a ratio of not less than one composite sample for every 1,000 cubic yards excavated, or fraction thereof. If in-situ soil precharacterization is performed, the profile samples will be 5-point composites consisting of three grab samples collected from inside each building's foundation and two samples collected from within 3 feet of the foundation exterior. If impacted soil is stockpiled, stockpile waste characterization samples will be 5-point composites consisting of grab samples collected from the 4 stockpile corners and the stockpile center.

Upon collection, the samples will be kept on ice until transported under COC tracking to a state-certified laboratory for OCP analysis via USEPA Method 8081. Should insufficient data exist to properly characterize the soil for disposal, the following analyses will also be conducted:

- OCPs by USEPA Method 8081A;
- CCR Title 22 Metals by USEPA Methods 6010B and 7470;
- VOCs by USEPA Method 8260;
- SVOCs by USEPA Method 8270;
- Polychlorinated biphenyls by USEPA Method 8082; and
- Toxicity by the Toxicity Characteristic Leaching Procedure (TCLP).

Based on the results of waste profiling, soils will be manifested and transported by licensed haulers to the appropriate disposal facility pursuant to the TMP. Disposal criteria for the OCPs known to be present at the EHA are summarized in the table below.

**Relevant Waste Classification Standards**
**Organochlorine Pesticides Detected in Soil**
**Alameda Point East Housing Area**

| Compound | Toxicity Characteristic Leaching Procedure (TCLP, mg/l) | Total Threshold Limit Concentration (TTLC, mg/kg) | Soluble Threshold Limit Concentration (STLC, mg/l) |
|---|---|---|---|
| Chlordane (total) | 0.03 | 2.5 | 0.25 |
| Heptachlor | 0.008 | 4.7 | 0.47 |
| Heptachlor epoxide | 0.008 | -- | – |
| 4,4-DDE | – | 1.0 | 0.1 |
| 4,4-DDT | – | 1.0 | 0.1 |
| Dieldrin | – | 8.0 | 0.8 |

Note: – indicates that no standard exists

- Soils will be classified as Federal Class I hazardous under the Resource Conservation and Recovery Act (RCRA) if soluble OCPs, as determined by TCLP, exceed the relevant criteria. If such classification is made, disposal will be arranged at an appropriate facility. Based on the OCP concentrations observed on analyzed materials, it is not anticipated that RCRA-hazardous waste will be generated.

- Soils will be classified as California Class I hazardous if OCP concentrations in composite samples exceed their Total Threshold Limit Concentrations (TTLCs), or if soluble OCPs exceed their Soluble Threshold Limit Concentrations (STLCs) as determined by the Waste Extraction Test (WET). Soil designated as California Class I hazardous will be transported to Chemical Waste Management's Kettleman Hill Facility.

- If composite waste profiling results in California Class II hazardous designation (OCP concentrations below the TTLC, and soluble concentrations below the TCLP and STLC standards), the soil will be transported to a landfill properly licensed to accept Class II waste. Options include the Forward landfill in Manteca, California, the Vasco Road landfill in Manteca, California, and the Newby Island landfill, in Milpitas, California.

- If composite waste profiling results in California Class III designation (OCPs not detected in soil), the soil will be transported to a landfill properly licensed to accept Class III waste. Options include the Newby Island and Vasco Road landfills.

Planned waste disposal locations are summarized in Table 1. Waste manifesting will be handled by the subcontractor and/or by Ferma.

## 4.0 *DEMOLITION ACTIVITIES*

The following demolition sequences and procedures were developed by Ferma for razing buildings at the EHA. Ferma gave consideration to the buildings' structural stability and worker health and safety in development of these demolition procedures. Pursuant to Catellus' construction specifications, Ferma and its subcontractors are responsible for implementation of Section 4.0 of this DOCPRW.

## 4.1 *SITE PREPARATION ACTIVITIES*

### 4.1.1 *Utility Abandonment*

Prior to mobilization of demolition equipment to the site, all utilities shall be closed or abandoned pursuant to the UAP, attached as Appendix D. Each building shall be inspected for potential sources of hazardous waste or hazardous energy lines or storage devices. Prior to demolition of site structures, the contractor will individually ensure that each building is empty of people and animals, and that the utilities have been properly disconnected or abandoned. Upon completion of this inspection, signage will be deployed to indicate the structure's suitability for demolition.

### 4.1.2 *Surface Water Protection*

Pursuant to the SMP, prior to the commencement of demolition activities, surficial erosion from active demolition zones will be controlled pursuant to the PWD-approved SWPPP and related sections of the SMP. In general, these include installation of perimeter erosion control measures and installation of silt sacks in proximal catch basins.

Prior to mobilization of demolition equipment to the site, any ground water monitoring wells currently in use at the EHA will be located and protected with crash barriers pursuant to Section 4.5.3 of the SMP. Every reasonable effort shall be made to prevent damage to monitoring wells during demolition or excavation activities.

### 4.1.3 *Permitting*

All pertinent permits will be posted at the job site trailer on the site board in accordance with the requirements of following regulatory agencies:

- United States Department of Transportation (US DOT);
- USEPA;
- DTSC;
- Integrated Waste Management Board;
- RWQCB;
- BAAQMD;
- California OSHA; and
- City of Alameda

### 4.1.4 *Emergency Response*

In case of emergency, fire extinguishers will be positioned at the site. The number of extinguishers provided will be based on the nature and requirements of the project being undertaken. A chemical spill kit shall also be kept at the site, consisting of sorbent materials and personal protective equipment, and demolition contractors will take precautions to prevent against spillage and evaporation during fueling and lubrication.

### 4.1.5 *Traffic Control/Transportation*

Should traffic control devices be required, the demolition contractor will ensure that the requirements of the TMP are met, and that both pedestrian and vehicular traffic management are considered. Exposed excavated areas will be temporarily covered or barricaded to minimize hazard generation.

All transportation of material to and from the project shall comply with the provisions of the TMP. All materials handling will be performed pursuant to US DOT, California Department of Transportation (Caltrans), California Highway Patrol, and City of Alameda ordinances.

## 4.2 *BUILDING DEMOLITION*

All demolition equipment utilized will be equipped with smoke and spark arrestors to minimize air quality impacts. Similarly, all equipment will be properly fitted with mufflers and noise abatement devices. With the exception of the "back-up" alarms required by the California Department of Occupational Safety and Health, these devices should maintain a reasonable level of noise, as is associated with any development project. While noise and vibrations typically accompany the use of heavy equipment and machinery, noise and vibration monitoring equipment will be used should complaints arise from demolition activities. This equipment will be used to determine whether unusual levels of noise or vibration are being generated and to quantify the effects of any mitigation measures implemented.

### 4.2.1 *Demolition of Non-Contaminated Superstructures*

As specified in Section 02120 of Catellus' construction specifications, Ferma will comply with all regulatory requirements. The following procedures will be adopted for excavation, stockpiling, removal, transportation, and disposal.

The following procedure will be utilized to demolish buildings in the EHA. Each building will be demolished according to its respective demolition sequence, the development of which considered the longitudinal and transverse stability of the structure and the stability of remaining sections of the structures during demolition.

Demolition will start at one end or side of the building and proceed towards the opposite end or side. A CAT 350 with long stick and clam bucket attachments (or other attachments as deemed necessary) will be positioned at one end or side of the building. To begin demolition, the excavator will reach the wooden roof with the clam bucket, demolishing the first bay (the area between two rows of columns) of the building down to the floor. The resulting material will be removed and segregated by the excavator to prevent commingling of this clean material with the pesticide-contaminated wood flooring. This process will continue one bay at a time until the superstructure of the building has been completely razed.

The clean debris (wood, stucco, drywall, trash, etc.) will be further crushed by a CAT 973, then loaded into high-sided, end dump trucks, covered, and offhauled for recycling or disposal as appropriate.

Non-contaminated concrete elements (slabs, etc.) will be broken up to manageable sizes by the CAT 350, CAT 973, and (if necessary) further downsized with the CAT 325 with a hoe ram attachment. The concrete will then be loaded into end-dump trucks and transported to the on-site crushing facility for recycling. Steel, tin, copper, and aluminum will be separated from the debris and hauled separately for recycling wherever practicable in accordance with CDMP requirements. The CDMP attached as Appendix C gives further detail on material disposal and recycling procedures.

### 4.2.2 *Demolition of Potentially Contaminated Superstructure Materials*

Following the demolition and removal of the second story super-structures, the first story superstructure will be demolished. This debris will be segregated from materials of a different origin and profiled for reuse or disposal as appropriate. Any construction debris known or suspected to contain OCPs will be segregated from the clean debris and, pursuant to the SMP, will be managed as hazardous waste until otherwise characterized.

Composite samples will be collected from this debris and submitted to a state-certified laboratory under COC tracking for OCP analysis by USEPA Method 8081. Based on the results of this profiling, the debris will be disposed of in accordance with Table 1 of this DOCPRW. Should analytical results indicate that the concrete is nonhazardous and that OCP concentrations in concrete are below the RBSLs, the concrete may be reused as needed.

### 4.2.3 *Demolition of Contaminated Building Materials*

Pesticide-contaminated wood flooring will be removed separately from the uncontaminated superstructure components. A composite sample of this flooring will be analyzed for OCPs by USEPA Method 8081 and disposed of accordingly. Profiling may occur prior to removal of the flooring material.

Contaminated concrete foundations and concrete grade beams will be left in place until the excavation of the first 6 inches of OCP-contaminated soil. Once the excavation of contaminated soil is complete as determined by confirmation sampling, contaminated foundations and grade beams will be removed and broken into manageable sizes by the CAT 350, CAT 973, and (if necessary) the CAT 325 with hoe ram attachment. The collection of waste profile samples may occur prior to excavation of the foundation

material. The resulting material will then be loaded into end-dump trucks and hauled to a designated stockpiling area for processing, stockpiling, and profiling as needed.

Waste profile samples will be collected by drilling through the concrete slabs and concrete beams in multiple locations with a power drill. The drill cuttings will be collected and composited in order to characterize OCP concentrations throughout the entire thickness of the concrete material. The profile samples will then be submitted to a state-certified laboratory for pesticide analysis by USEPA Method 8081. Should the material prove contaminated, the waste will be disposed of in accordance with Table 1 of this DOCPRW. Should analytical results indicate that the concrete is nonhazardous and that OCP concentrations in concrete are below the RBSLs, the concrete may be reused as needed.

### 4.2.4 *Compliance with the Marsh Crust Ordinance*

The maximum depth planned for intrusive site activities during demolition activities at the EHA is approximately 7 to 8 feet, when concrete piles will be extracted from the building perimeter areas. The marsh crust threshold depth in the EHA will be determined by the City of Alameda Chief Building Official, consistent with DTSC's remedial decision documents pertaining to the marsh crust/subtidal zone. Should any activities extend below the threshold depth, and have the potential to bring marsh crust soils to the surface, an excavation permit will be obtained from the Chief Building Official pursuant to the Marsh Crust Ordinance. Management of marsh crust soils must comply with Sections 4.3.1.1 and 4.3.1.2 of the SMP.

### 4.2.5 *Construction Dewatering*

Due to the shallow depth to ground water at the facility, dewatering may be required to extend the work area below the static water table. Dewatering shall be conducted pursuant to Section 4.5.3 of the SMP. All dewatering effluent will be disposed of in accordance with federal, state, and local regulations.

### 4.2.6 *Waste Management*

Waste and surplus materials, rubbish, and demolition debris will be promptly removed from the site. Removal and transport of these materials shall be done in a manner that prevents spillage onto pavement, streets, or adjacent properties. Any such spillage will be promptly cleaned up and, if required, reported to the appropriate regulatory agency.

The demolition contractors will dispose of any spent lubricants or excess oils off site in accordance with all applicable regulations.

# 5.0 REFERENCES

Bayview Environmental. 2001. *Asbestos Removal Work Plan, FISC/East Housing Area Backbone Infrastructure Improvements.* November 2001.

Bayview Environmental. 2001. *Lead Base Paint Workplan, FISC/ East Housing Area Backbone Infrastructure Improvements.* November 2001.

Environmental Resources Management (ERM). 2001. *Site Management Plan, Fleet Industrial Supply Center Oakland, Alameda Facility / Alameda Annex (FISCA) and the Alameda Point East Housing Area, Alameda, California.* Draft: December 2001, Final: pending.

LSA Associates, Inc. 1999. *Catellus Mixed Use Development Draft Environmental Impact Report* (December 1999).

Winzler & Kelly, Consulting Engineers. 2001. *Sampling Report: Organochlorine Pesticides, East Housing Area, Alameda Naval Air Station, Alameda, California.* October 2001.

# *Figures*




Figure 2

*Catellus Development Corporation*

*Area, Former Alameda Point Naval Air Station*

*Alameda, California*

ERM 01/02




Project No. 3421.00
Date 01/08/02
Drawn By D. Ludlam
CAD File: G:\3421\00\34210030.dwg

References:
U.S.G.S. 7.5 Minute Series (Topographic Oakland West Quadrangle, California)
Dated: 1959; Photorevised 1980

Figure 1
*Site Location Map*
*Alameda Point - East Housing Area*
*Alameda, California*

ERM 01/02

*Tables*

*Table 1*
*Waste Disposal Matrix*
*Demolition and Organochlorine Pesticide Removal Workplan*
*Catellus Development Corporation*
*East Housing Area, Former Alameda Point Naval Air Station*
*Alameda, California*

| | RCRA-licensed Class I landfill | Kettleman Hill Landfill, Kettleman City, CA | Forward Landfill, Manteca, CA | Vasco Road Landfill, Livermore, CA | Newby Island Landfill, Milpitas, CA | Dixon Landing Landfill, Milpitas, CA | Other California licensed Class II/III disposal facility | Metals Recycling Facility | On-site Recycling | Zanker Road Recycling, San Jose, CA |
|---|---|---|---|---|---|---|---|---|---|---|
| RCRA-hazardous soil | X | | | | | | | | | |
| California Class I soil | | X | | | | | | | | |
| California Class II soil | | | X | X | X | | X | | | |
| California Class III soil | | | | X | X | | X | | | |
| California Class I debris | | X | | | | | | | | |
| California Class II debris | | | | X | X | | X | | | |
| California Class III debris | | | | X | X | X | X | | | |
| Wood and other clean debris | | | | X | | X | | | | X |
| Concrete and asphaltic concrete | | | | | | | | | X | |
| Ferrous and non-ferrous metals | | | | | | | | X | | |

# *Appendix A*

## *Ferma Corporation*
## *Traffic Management Plan*

## *APPENDIX A – TRAFFIC MANAGEMENT PLAN*

Pursuant to Mitigation Measure T/C-1 of *the Catellus Mixed-Use Development Environmental Impact Report* prepared for the development, this Traffic Management Plan (TMP) was prepared on behalf of Catellus Development Corporation by Ferma Corporation (Ferma). This TMP addresses traffic mitigation measures and transportation protocols to be implemented at the Alameda Point East Housing Area (site) during demolition activities.

Ferma is not planning to close any streets or sidewalks during the demolition project.

### *TRAFFIC CONTROL DEVICES*

Work sites will be carefully monitored under varying conditions of traffic volumes, daylight, and weather to ensure that traffic flow in the surrounding communities is not adversely impacted by demolition activities. Traffic control devices and signs will be implemented to minimize disruptions to the surrounding communities during delivery and hauling of materials to and from the site.

All traffic control devices utilized will conform to the California Department of Transportation (Caltrans) traffic control manual, and will be periodically inspected to ensure effective operation and that all devices used are clearly visible, clean, and in good repair. Inappropriate markings will be removed to eliminate any misleading cues to drivers, and all traffic control devices will be removed immediately when no longer needed.

### *MATERIAL LOADING AND UNLOADING*

Ferma anticipates the operation of 10 to 20 trucks on a typical demolition day, with operation of 30 to 40 trucks per day during the hazardous soil removal and disposal phase.

Prior to loading or unloading of materials to or from the site, Ferma will obtain any necessary permits or approvals from Caltrans and coordinate hauling activities to Caltrans' satisfaction, including load weight, materials, and haul hours. The loading and unloading of demolition and excavation materials will be conducted in a synchronized manner to avoid delays. In the event that trucks have to wait, they will do so inside the site

area and not on the city streets. Flaggers will be assigned as needed at truck entrance and egress points, with appropriate advance warning signs deployed to alert drivers to the flaggers' presence.

*NON-HAZARDOUS MATERIAL TRANSPORTATION*

All large-material hauling trucks will enter the job site from the Third Street entrance using the Webster Tube and Atlantic Avenue. All trucks will yield the right-of-way to public traffic at all times. Trucks will be covered with tarpaulins or maintain 2 feet of freeboard per Section 4.4.4.1 of the *Site Management Plan, Fleet Industrial Supply Center Oakland, Alameda Facility/Alameda Annex (FISCA) and the Alameda Point East Housing Area* (SMP). Dust suppression will be conducted during loading and unloading per Section 4.4.4.1 of the SMP. Nonhazardous materials will be loaded in areas within the work zones that are not underlain with contaminated soil.

Trucks will exit the job site using the Third Street entrance. They will turn left on Atlantic Avenue and left again on Webster Street to the Posey Tube and Interstate 880 (I-880). From I-880, trucks will proceed to their respective designated disposal sites.

Ferma will ensure that all transport vehicles are properly maintained and cause no air and noise pollution in violation of applicable law. Idle times greater than 5 minutes will not be allowed, and vehicular speeds on-site will be less than 15 miles per hour to minimize any adverse air impacts. Ferma will ensure that transport vehicles do not block any catch basins, grates, or means of ingress and egress.

*HAZARDOUS MATERIAL TRANSPORTATION*

Ferma will load materials classified as hazardous under the Resource Conservation and Recovery Act (RCRA), or as California Class I or II waste, into Department of Transportation-approved, covered trucks for delivery to the selected disposal or treatment facility. Truck beds carrying these loads will be lined and loads will be covered with tarpaulins at all times during the hauling of hazardous materials. Ferma will ensure that drivers hauling hazardous materials are properly trained, carry appropriate waste manifests for the material being transported, are aware of safety and emergency procedures, and have the following registrations or endorsements:

- United States Department of Transportation;

- California Environmental Protection Agency, Department of Toxic Substances Control; and
- California Department of Motor Vehicles.

Transport vehicles will not be allowed to drive over or park on any areas of known soil contamination. Ferma will load hazardous waste into transport vehicles only in paved areas within the work zone, and loose soils will be removed from trucks at a designated decontamination station pursuant to Section 4.3.1.2 of the SMP. Dust suppression will be conducted during loading and unloading per Section 4.4.4.1 of the SMP, and air monitoring will be performed pursuant to the Air Monitoring Plan (attached as an appendix to the SMP).

Trucks will be routed to I-880 from the Third Street entrance via the following City of Alameda Truck Route:

- Left onto Atlantic Avenue;
- Left onto Webster Avenue;
- Through the Posey Tube;
- Onto I-880.

Pursuant to City of Alameda traffic regulations, trucks will be issued citations for any deviation from the above-described trucking route.

# *Appendix B*

## *Ferma Corporation Health and Safety Plan*

# SITE HEALTH & SAFETY PLAN

for

Excavation of Pestiside Petroleum
Hydrocarbon Contaminated Soil

at

Catellas Phase I Residential
and Commerical Project

The Project Specific Health and Safety Plan contained herein has been reviewed by:

Mark Abu-Tair

Health and Safety Officer

Project Superintendent

George Caesar, Certified Industrial Hygienist
EnviroGroup, Inc.

THE AMERICAN BOARD OF INDUSTRIAL HYGIENE
INCORPORATED
CERT. NO
1058 CP
EXPIRES
6-1-2004
PENNSYLVANIA · 1960
GEORGE E. CAESAR, JR. C.I.H.

The Site Health and Safety Plan contained herein has been reviewed by:

**EMERGENCY PHONE NUMBERS**

(650) 961-2742

Corporate Office

(650) 245-2757

Project Manager
Primary Emergency Coordinator

(650) 245-7642

Project Superintendent
Secondary Emergency Coordinator

## LOCAL EMERGENCY CONTACTS

| | |
|---|---|
| **Ambulance** | |
| **Police** | 911 |
| **Fire** | 911 |
| Medical Center | 911 |

## HAZARDOUS MATERIALS INFORMATION

| | |
|---|---|
| EHA-INFO | (800) 342-4636 |
| Toxline | (301) 496-1131 |
| CAL OSHA | (510) 568-8602 |
| CHEMTREC (24--hour, emergency only) | (800) 424-9300 |
| ORNL. Toxicology Information Response Center | (615) 576-1743 |
| National Response Center | (800) 424-8802 |
| Poison Control Center | (800) 682-9211 |

Bay Area Air Quality Management District

## UTILITIES

Telephone Company

## TABLE OF CONTENTS


| | | PAGE |
|---|---|---|
| 1.0 | INTRODUCTION | 1 |
| | 1.1 Scope of Work | 1 |
| | 1.2 Site Conditions | 2 |
| | 1.3 Health and Safety Plan Availability | 2 |
| 2.0 | SAFE WORK PRACTICES | 2 |
| | 2.1 Work Site Area Safe Work Practices | 2 |
| | 2.2 Excavation Safe Work Practices | 2 |
| | 2.3 Dust Control | 4 |
| | 2.4 Equipment that Produces Flame Safe Work Practices | 4 |
| | 2.5 Machinery and Equipment Safe Work Practices | 5 |
| 3.0 | PERSONAL TRAINING REQUIREMENTS | 7 |
| 4.0 | PRELIMINARY CHARACTERIZATION AND HAZARD EVALUATION | 7 |
| | 4.1 Physical Hazards | 7 |
| 5.0 | SITE CONTROL PROGRAM | 9 |
| | 5.1 Site Security | 9 |
| 6.0 | PERSONAL PROTECTIVE EQUIPMENT | 10 |
| | 6.1 PPE Selection and Action Levels | 10 |
| 7.0 | AIR MONITORING PROGRAM | 10 |
| | 7.1 Types of Monitoring Equipment, locations, and Frequencies | 10 |
| | 7.2 Training Requirements of Monitoring Personnel | 12 |
| | 7.3 Documentation of Monitoring | 12 |
| 8.0 | SITE SAFETY MEETINGS | 12 |
| 9.0 | EMERGENCY RESPONSE PLAN | 12 |
| | 9.1 Emergency Procedures | 12 |
| | 9.2 First Aid | 12 |
| | 9.3 Identification of Nearest Medical Assistance | 13 |
| | 9.4 Status and Capabilities of Emergency Response Providers | 13 |
| | 9.5 Pre-Emergency Planning | 13 |
| | 9.6 Personnel Roles, Lines of Authority, and Communication | 14 |
| | 9.7 Emergency Recognition and Prevention | 14 |
| | 9.8 Site Security and Control | 14 |
| | 9.9 Accident Reporting and Follow-Up | 14 |

10.0 SPILL CONTAINMENT .......... 14

11.0 SANITATION AT TEMPORARY WORKPLACES .......... 14
11.1 Potable Water .......... 14
11.2 Non-Potable Water .......... 15
11.3 Toile Facilities .......... 15

12.0 SITE SAFETY REVIEW .......... 16

13.0 EMERGENCY RESPONSE CONTACTS AND TELEPHONE NUMBERS 17

## SECTION 1.1 SCOPE OF WORK

The scope of work includes excavation and demolition of buildings and soil at the job site. Excavation, containing/stockpiling, transportation and disposal of material with hydrocarbons and Chlordane will be in accordance with the requirements of regulatory agencies, including the following:

United States Department of Transportation (USDOT)
United States Environmental Protection Agency (USEPA)
Department of Toxic Substances Control (DTSC)
Integrated Waste Management Board
Regional Water Quality Control Board (RWQCB)
Bay Area Air Quality Management District (BAAQMD)
California Division of Occupational Safety and Health Administration (CAL/OSHA)

As specified in the work specifications, Ferma Corporation will perform the following procedures.

1. Excavation of pesticide impacted soil from beneath and surrounding the base housing will be achieved:

   - Using CAT 322 or 350 excavators. Worker protection will be as per this HSP.
   - Stockpile on visqueen adjacent to work station. Berms will be installed to protect against run off.
   - Excavation shall occur after demolition of super structure and ground floor wood structure.
   - Excavation shall occur prior to removal of foundation concrete.
   - Excavated material shall be tested as composite material for pesticide contamination.
   - Designate waste.

2. Removal of pesticide imported concrete foundation from the base housing will be achieved:

   - Using CAT 350 or 375 excavators with required demolition attachments. Worker protection will be as per this HSP.
   - Demolish, load and transport material to designated on site area for processing and stockpiling (separate stockpiles from the "clean" concrete)
   - Demolition shall occur after completion of the pesticide impacted soil has been removed.
   - Processed material shall be tested as a composite material for pesticide contamination.

3. Removal of pesticide impacted/pressure treated floor joist and framing material will be achieved:

   - Demolition process and stockpile this material adjacent to the work station (separate stockpile from clean material) Worker protection will be as per this HSP.

- Using CAT 322 or 350 excavators with required demolition attachments.
- Demolition shall occur after the super structure above the first floor wood structure has been removed.
- The processed material shall be tested as a composite material for pesticide contamination and pressure treatment chemicals.

4. Removal of marsh crust impacted soil will be achieved:

    - Excavation and removal of underground piping, pilings, concrete, etc. will be performed by CAT 426 backhoe and/or CAT 322 excavator. Worker protection will be as per HSP.
    - Excavation for installation of new temporary underground utilities will be performed by CAT 322 or CAT 350 excavator.
    - Mash crust material when encountered will be stockpile on visqueen adjacent to the workstation.
    - Mashed crushed material shall be tested for PHs, PAHs, VOCs.

5. Removal and containment of ground water encountered in excavation will be achieved.

    - Ground water from excavation will be pumped to on site settlement basins or Baker tanks.
    - No ground water will be pumped or otherwise allowed to move off site inter sewer line or storm lines (Baker Tanks)

### 1.2 Site Conditions:

### 1.3 Health and Safety Plan Availability

This BHASP must be available to: employees, employee designated representatives, Owners and their representatives, personnel of federal, state, or local agencies with regulatory authority over the site.

## 2.0 SAFE WORK PRACTICES

### 2.1 Work Site Safe Work Practices

- Keep blowing dust to an absolute minimum with water or other approved dust reducing agents.
- Store clothing worn at the jobsite at the jobsite or in a manner that will prevent contamination. Clean boots before leaving jobsite.
- Prevent soil ingestion by not eating, smoking, or drinking near work operations. Wash hands and face before eating, drinking, smoking, or using the bathroom. Store food and water so it will not be contaminated with dust or soil.
- Read and follow the BHASP.

### 2.2 Excavation Safe Work Practices

- Excavation equipment shall not be operated near tops of cuts, banks, and cliffs if employees are working below.
- Tractors, bulldozers, scrapers, and carryalls shall not operate where there is possibility of overturning in dangerous areas like edges of deep fills, cut banks, and steep slopes.
- All excavations shall be visually inspected before backfilling to ensure that it is safe to backfill.
- The estimated location of utility installations, such as sewer, telephone, fuel, electric, water lines, or any other underground facilities installation that may be reasonably expected to be encountered during excavation work, shall be determined prior to beginning excavation.
- All Regional Notification Centers in the area involved, such as Underground Service Alert, and all known owners of underground facilities in the area who are not members of a Notification Center shall be advised of the proposed work at least 2 working days before the start of any digging or excavating work except for emergency repair work to underground facilities.

- When excavation is open, underground installations shall be protected, supported, or removed as necessary to safeguard employees.

- Structural ramps that are used solely by employees as a means of access or egress from excavations shall be designed by a competent person. Structural ramps used for access or egress equipment shall be designed by a competent person qualified in structural design and shall be constructed in accordance with the design.

- Means of egress from trench excavations: a stairway, ladder, ramp, or other safe means of egress shall be located in trench excavations that are 4 feet or more in depth so as to require no more than 25 feet of lateral travel for employees.

- Exposure to vehicular traffic: Employees exposed to public vehicular traffic shall be provided with, and shall wear, warning vests or other suitable garments marked with or made of reflector coated or high-visibility material.

- Exposure to falling loads: No employee shall be permitted underneath loads handled by lifting or digging equipment. Employees shall be required to stand away from any vehicles being loaded or unloaded to avoid being struck by any spillage or falling materials. Operators may remain in the cabs of vehicles being loaded or unloaded when the vehicles are equipped to provide adequate protection for the operations.

- When mobile equipment is operated adjacent to an excavation, or when such equipment is required to approach the edge of an excavation, and the operator does not have a clear and direct view of the edge of the excavation, a warning system shall be utilized such as barricades, hand, or mechanical signals, or stop logs. If possible, the grade should be away from the excavation.

- Where oxygen deficiency (atmospheres containing less than 19.5 percent oxygen) or a hazardous atmosphere exists or could reasonably be expected to exist, such as in excavation shall be tested before employees enter excavation greater than 4 feet in depth.

- Adequate precautions shall be taken to prevent employee exposure to atmospheres containing less than 19.5 percent oxygen, in excess of 10 percent of the lower flammable limit of a gas, or other hazardous atmospheres. These precautions include providing proper respiratory protection or ventilation.

- When controls are used that are intended to reduce the level of atmospheric contaminants to acceptable levels, testing shall be conducted as often as necessary to ensure that the atmosphere remains safe.

- Employees shall not work in excavations in which there is accumulated water or in excavations in which water is accumulating, unless adequate precautions have been taken to protect employees against the hazards posed by water accumulation.

- Materials and equipment shall be kept at least 2 feet from the edge of excavations or retaining devices shall be used that are sufficient to prevent materials or equipment from falling or rolling into excavations or by a combination of both if necessary.

- Daily inspections of excavations, the adjacent areas, and protective systems shall be made by a competent person for evidence of a situation that could result in possible cave-ins, indications of failure of protective systems, hazardous atmospheres, or other hazardous conditions.

- An inspection shall be conducted by the competent person before the start of work and as needed throughout the shift. Inspections shall also be made after every rain storm or other hazard increasing occurrence. These inspections are only required when employee exposure can be reasonably anticipated.

- Where a competent person finds evidence of a situation that could result in a possible cave-in, indications of failure of protective systems, hazardous atmospheres, or other hazardous areas until the necessary precautions have been taken to ensure their safety.

## 2.3 Dust Control

Dust control will be fully discussed in the Air Pollution Control Plan (APCP). One of the primary goals of the APCP is to minimize potential public health impacts associated with visible dust emissions, respirable nuisance dust, and air quality pollutants.

Dust must not be created during staging, moving, or loading of soils. As needed, water hoses or water truck will be provided to moisten soil being moved or loaded. At no time shall runoff be generated as a result of wetting of soil. In addition, all site dust caused by vehicles, equipment, or wind shall also be controlled.

## 2.4 Equipment that Produces Flame Safe Work Practices

The following requirements apply to the use of heaters and equipment that produce flame:

- An approved Hot Work Permit is required for use of equipment that produces a flame.

- All space heaters or other equipment that uses an open flame or electrically powered radiant heat sources shall be of a Factory Mutual or Underwriters approved type.

- The equipment must be used in strict compliance with manufacturer's instructions.

- The equipment shall be located such that there is no risk that combustible materials will be ignited.

- The equipment shall be located and guarded as necessary so as to protect it from being overturned

- No equipment that produces an open flame may be used where flammable liquids, gases, or highly combustible materials are stored, handled, or processed.

2.4.1 *Tarpaulins and Sheeting*

Tarpaulins and sheeting used to deflect sparks, dust, paint drippings, etc., or used as security barriers must be constructed from fire-resistant materials and maintained in good condition.

2.4.2 *Storage of Flammable Liquids*

All liquid fuels (e.g., gasoline, and diesel) or other dangerously flammable liquids must be stored in and dispensed from safety cans with flash arresters approved by Factory Mutual or Underwriters Laboratories. These containers must be clearly identified as to their contents.

2.4.3 *Smoking or Use of an Open Flame*

Smoking or use of an open flame is prohibited at or in the vicinity of hazardous operations or combustible or flammable materials. *No Smoking* signs will be posted in these areas and all personnel must comply with them. Smoking will be allowed only in designated areas. Where smoking is permitted, safe receptacles will be provided for smoking materials.

## 2.5 Machinery and Equipment Safe Work Practices

The following safety rules apply to the use of machinery and equipment.

2.5.1 *Heavy Equipment*

- Unless it is part of the regular duties for which an employee has been adequately trained, no personnel may operate machinery or equipment without specific instructions and guidance.
- Operators must examine their equipment before starting and observe it carefully during use.
- Operators are responsible for immediately reporting to supervisors any apparent or latent unsafe conditions of the equipment being operated. Defective equipment shall not be used until proper repairs are made.
- All equipment shall be serviced and maintained according to the manufacturer's instructions.
- The need for equipment servicing or repairs must be reported to the supervisor.
- No repairs or adjustments shall be made on units when they are operating.
- No lubrication shall be performed on units during operation except where the manufacturer has installed safeguards specifically for the protection of the person performing the lubrication.
- Machinery and equipment shall be adequately secured against accidental or unauthorized starting or movement when not in use.
- Working under suspended loads is forbidden.

- Employees are prohibited from riding booms, loads, slings, hooks, or lift-truck forks or platforms.

- Audible alarms will be installed and maintained on all heavy equipment and vehicles specified in OSHA 1926.602.

- Caution must be taken to make sure that no one is below when equipment is used near tops of cuts, banks, or inclines.

- Special care and an observer(s) with whom effective communication has been established must be used where there is a possibility of overturning equipment (e.g., near tops of cuts, banks, inclines, deep fills or soft or muddy terrain).

- **Keys will be removed from all heavy equipment at the end of the workday and placed in a secure place designated by the Project Manager.**

- All hydraulically controlled booms, lifts, blades, buckets, arms, etc., shall be lowered to a rest position at the end of the workday.

2.5.2 *Power, Air, and Explosive Actuated Tools*

- All power tools shall be maintained in good repair and operated in compliance with manufacturer's instructions by personnel trained or experienced in their use.

- No guard, safety device, or appliance may be removed from tools or equipment except for the purpose of making repairs. Such removal will only be done by persons qualified to make the repair after the tools or equipment have been taken to a safe area and shut off from the source(s) of power.

- Power actuated tools shall never be left unattended in a place where they would be available to persons not authorized to use them.

- Air hoses must not be disconnected until they are bled and pressure is securely turned off at its source.

- Explosive actuated fastening tools shall meet the design requirements in American National Standard Safety Requirements for Explosive Actuated Fastening Tools. A tool that does not meet these design standards shall not be used.

- Guards required on power tools will be used at all times. Constant-pressure switches or controls will be used on all powered hand tools. Switch locking devices will be removed. Power grinders will have protective shields.

- Power or explosive actuated tools shall not be used in explosive or flammable atmospheres.

- Air actuated nail drivers shall be operated in strict compliance with manufacturer's instructions. When not in use, they shall be disconnected from the air supply.

#### 2.5.3 *Hand Tools*

All hand tools, whether employee-owned or company furnished, will be maintained in safe condition. Unsafe tools will not be used until repaired.

All gasoline and diesel powered tools and equipment will be stopped and shut off during refueling.

## 3.0 PERSONAL TRAINING REQUIREMENTS

Personnel working in the work area will have received safety training pertaining to the equipment being operated during excavation and soil removal.

## 4.0 PRELIMINARY CHARACTERIZATION AND HAZARD EVALUATION

### 4.1 Physical Hazards

The following Table 4-1 provides a review of possible physical hazards, monitoring, control measures, and recommended personal protection equipment.

**Table 4-1 - Potential Physical Hazards**

| Physical Hazard | Monitoring/Indicators | Control Measures | PPE |
|---|---|---|---|
| Heat Stress | pulse rate | rest period | cool vest, hat |
| Dehydration | pulse rate, dizziness | provide liquids on site | water, Gatorade |
| Heavy Equipment | Visual inspection | barricades, voice | hard hat, safety shoes, gloves, vest, safety glasses |
| Noise | speaking difficult, noise levels exceed the safe limits (85 db) | insulation | ear plugs, ear muffs, or other equipment adequate to safeguard hearing |
| Buried Utilities | utility maps, knowledge of facility personnel | turn off lines, USA notification and survey, care during excavation | |

#### 4.1.1 *Tripping, Slipping and Falling Hazards*

Personnel will be reminded daily to maintain sure footing on all surfaces. Use of safety harnesses will be required for any personnel working six or more feet above any surface, including on manlifts. Use of hand rails when climbing stairs will be enforced, and handrails will remain secure until the support structure itself is removed and lowered to ground level. Work surfaces of unknown or suspect integrity will be strengthened or overlain with a work platform capable of supporting all personnel and equipment in use in the area. In order to minimize tripping hazards caused by construction debris,

material will be removed daily from the work areas and stockpiled in appropriate designed storage areas. This "house cleaning" effort will be enforced by the site supervisor at the end of each day.

#### 4.1.2 *Head, Eye, and Back Injuries*

As minimum requirements, hard hats will be donned prior to performing any site activities. This will prevent minor injuries caused by bumping one's head while working around and under construction equipment. Personnel will be trained in and required to use proper lifting techniques when lifting heavy objects.

#### 4.1.3 *Falling Objects*

All tasks can be accomplished without any object free-falling to the ground. All equipment and material will be slowly lowered to the ground using a crane or skip bucket. No personnel shall work under this equipment at any time. Also, the site supervisor will ensure that an adequate area is clear of personnel while the equipment is in operation.

#### 4.1.4 *Electrical Hazards*

In order to prevent accidents caused by electric shock, the site supervisor will inspect all electrical connections on a daily basis. He will shut down and lock out any equipment that is found to have frayed wiring or loose connections until a qualified electrician can be contacted and repairs effected. Electrical equipment will be de-energized and tested by an electrician before any electrical work is done. All equipment will be properly grounded prior to and during all work. Underground Service Alert will be notified at least two (2) working days prior to excavation in any area. In addition, ground fault circuit interrupters (GFCIs) will be installed whenever possible in each circuit between the power source and tool, unless the presence of a potentially explosive atmosphere precludes this procedure. In the event that generators are used to supply power, these generators will be equipped with GFCIs.

#### 4.1.5 *Biting, Stinging Insects*

Employees may be affected by biting and stinging insects. If mosquitoes prove to be a problem, insect repellent may be worn. Personnel who are allergic to bee, wasp, or hornet stings and who require epinephrine injections must notify the site supervisor, Project Manager, and all coworkers of this condition.

#### 4.1.6 *Weather and Heat Stress*

With the possible combination of ambient factors such as high air temperature, high relative humidity, low air movement, high radiant heat, and protective clothing, the potential for heat stress is a concern. The potential exits for heat cramps, heat exhaustion, and heat stroke.

Heat cramps are the result of electrolyte imbalance in the muscles causing involuntary spasms. Intake of electrolyte-containing fluids during extreme heat conditions should reduce the probability of heat cramps.

Heat exhaustion is caused by dehydration and electrolyte imbalances. It is characterized by headache, nausea, and fatigue. The skin is often wet and clammy. Victims should retire to a cooler environment and slowly drink cool fluids.

Heat stroke is a life-threatening situation where the body's ability to cool itself fails. Heat stroke is characterized by hot, dry skin: red, blotchy complexion: mental confusion and unconsciousness: rapid pulse: and rapid, shallow breathing. Victims of heat stroke must be cooled immediately and medical attention must be sought.

The action level for heat stress observation is set at 75 F. Whenever the ambient temperature is greater than or equal to this action level, the site supervisor will alert his crew to be vigilant for symptoms of heat-related illness. The site supervisor will also advise the crew to increase the amount of water intake. Work-rest cycles will be increased as necessary to prevent heat-related illnesses. Workers will be encouraged to increase consumption of water and electrolyte-containing beverages such as Gatorade during warm weather. Water and electrolyte-containing beverages will be provided on-site and will be available for consumption during work breaks. Fluid should be consumed not only when thirsty but at regular intervals. Workers will also be encouraged to take rests whenever they feel any adverse effects, especially those effects that may be heat-related.

## 5.0 SITE CONTROL PROGRAM

Appropriate site control procedures shall be implemented to control access to the site and employee exposure to hazardous situations during soil and bedrock removal operations. The site control program may be modified as necessary as new information becomes available.

### 5.1 Site Security

Access to the Work Zone shall be controlled by a barrier system. Physical boundaries shall be established around each work zone using safety fencing and/or barricade tape during soil removal operations. Supervisors shall instruct all workers and visitors on the limits of the restricted areas. No one shall be allowed to enter a restricted area without the required protective equipment for that area. The site supervisor shall ensure compliance with all restricted area entry and exit procedures.

Visitors should check in immediately upon arrival. Only authorized visitors will be allowed access to the Work Zone areas. Each visitor will be required to provide and wear the necessary protective equipment during visits and shall be escorted by supervisory personnel while on site. All visitors, subcontractors and other personnel will be required to sign a safety plan acknowledgment sheet to certify that they have read and will comply with the site Health and Safety Plan. Failure to comply with this site entry procedure will result in expulsion from the site.

## 6.0 PERSONAL PROTECTIVE EQUIPMENT

Personal protective equipment (PPE) has been selected with the information that was provided which will protect employees from the hazards and potential hazards they are likely to encounter. Initial PPE requirements shall be EPA Level D as outlined in Table 6-1 at both work site locations.

### 6.1 PPE Selection and Action Levels

Representative air monitoring will be performed to document airborne concentrations of dust and lead during the first day of soil excavation activity. Dust samples will be analyzed for the presence of lead. A lead action level of 30 micrograms per cubic meter (μg/m$^3$) has been established.

**Table 6-1 - Level D PPE Requirements**

| Task | EPA Level | Equipment Required |
|---|---|---|
| All tasks | D | • Hard hat<br>• Long sleeves and pants, gloves<br>• Steel-toe boots<br>• Safety Glasses<br>• Orange safety vest |

## 7.0 AIR MONITORING PROGRAM

Air monitoring shall be performed to quantify volatile constituents. Proposed air monitoring will document that employee protection measures are appropriate and help evaluate that engineering controls and work practices. Volatile constituent air monitoring will be performed with a ppbRAE photoionization detector (PID) on a periodic basis or when volatile odors are detected.

### 7.1 Types of Monitoring Equipment, Locations, and Frequencies

**Table 7-1- Employee Monitoring Requirements**

| Constituent and Equipment | Method | Frequency and Location | Calibration Schedule |
|---|---|---|---|
| <u>Volatile Constituents</u><br>Real-time sampling with a PID | ppbRAE PID<br><br>(As needed basis) | As needed | Once daily using 10 ppm isobutylene |
| <u>Chlordane</u><br>Air sampling pump Equipped with activated Charcoal filters. | Personal monitoring Using TWA. | One sample per job task for an 8-hour period. | Twice daily using primary standard calibration device |

TABLE 7-2
TOXICOLOGICAL PROPERTIES OF CHEMICAL COMPOUNDS SUSPECTED TO BE PRESENT AT

| Class/Compounds (examples) | Principal Route of Entry | Acute Exposure Effects/Symptoms | Chronic Exposure Effects/Symptoms |
|---|---|---|---|
| Benzene | Inh, Ing, Skin | Dizziness; nose, throat, skin, and eye irritation | Blood changes, bone marrow changes, carcinogen |
| Ethylbenzene, Toluene, Xylene | Inh, Ing, Skin | Dizziness; nose, throat, skin, and eye irritation; olfactory changes; irritant; poison; distortion; hallucination; central nervous system (CNS) effects | Cardiac arrhythmia |
| Gasoline and Diesel | Inh, Skin, Ing | Anesthesia, dizziness, headache, nausea, vomiting, sleepiness, fatigue, disorientation, depression, unconsciousness, respiratory tract irritation, sore throat, cough | Dermatitis, headache, mood shifts, CNS effects, fatigue |
| Chlordane | Skin, Inh, Ing | Fatigue, constipation, and disturbance of sleep. | Weakness, weight loss, fatig Insomnia, abdominal pain, Constipation, facial pallor, Anemia. Nervous system effe Are often severe, including Paralysis of the wrist or an Muscles. Kidney damage may Occur. Additionally, chlord Is reproductive toxin, produ sperm abnormalities and, dur pregnancy, damage to the developing fetus. |

Notes:

Inh Inhalation
Ing Ingestion
Skin Skin absorption

### 7.2 Training Requirements of Monitoring Personnel

Personnel conducting air monitoring shall have the training and experience necessary to properly perform the air monitoring and equipment calibration. The air monitoring shall be performed under direct supervision of a Certified Industrial Hygienist, Certified Lead Consultant, or Certified Asbestos Consultant.

### 7.3 Documentation of Monitoring

Air monitoring for volatile will be conducted to demonstrate that workers are not being impacted by site construction activities. Records of monitoring results shall be maintained at the site. Records shall include the date, time, contaminants or hazards monitored, person conducting monitoring calibration date and method, operations and location of monitoring, and results. An air monitoring data sheet shall be completed for each sample.

## 8.0 SITE SAFETY MEETINGS

Health and Safety briefings will be held prior to beginning any site activity, and at other times at the discretion of the Project Manager. The briefing will include the people present at the site. Topics to be covered during this briefing shall include the health and safety program and the methods to be used to provide a safe and healthy place to perform the work.

Visitors who find it necessary to enter the work area must first receive a short orientation covering the relevant safety information contained in this plan. A record of each health and safety briefing shall be documented.

## 9.0 EMERGENCY RESPONSE PLAN

Before operations commence, emergency response procedures will be communicated with the project team. This shall include the identification of the onsite location of the Health and Safety Plan, including the various emergency response contacts and telephone numbers, and the location of San Francisco General Hospital's emergency room.

### 9.1 Emergency Procedures

Employees may respond to low danger emergencies, such as administration of first aid and fighting small fires. Should outside medical or other emergency assistance be required, personnel shall use a cellular phone and call 911. If the injury or illness appears to be minor, the affected person(s) may be driven to the hospital emergency room.

### 9.2 First Aid

Qualified personnel shall give first aid and attempt to stabilize any employee needing assistance. Life support techniques such as cardiopulmonary resuscitation and treatment of life-threatening problems

such as bleeding, airway maintenance, and shock shall be given top priority. Professional medical assistance shall be obtained at the earliest possible opportunity. Emergency first-aid procedures include:

**Table 9-2 – First Aid Requirements**

| Exposure | Procedure |
|---|---|
| Eyes | Flush eyes immediately with fresh water for at least 15 minutes while holding the eyelids open. If injury occurs or irritation persists, transport person to emergency room for medical attention as soon as possible. |
| Skin | Wash skin thoroughly with soap and water. See a doctor if any unusual signs or symptoms or if any skin irritation occurs. Launder contaminated clothing. |
| Inhalation | Move exposed person to fresh air. If breathing has stopped, apply artificial respiration, and call 911 immediately. |
| Ingestion | If swallowed, do not make person vomit. Call Poison Control Center at (800) 682-9211 immediately. |

## 9.3 Identification of Nearest Medical Assistance

## 9.4 Status and Capabilities of Emergency Response Providers

Local emergency responders (fire department, medical providers, and transports) are on full-time alert and have the capabilities to respond to any anticipated site emergency.

## 9.5 Pre-Emergency Planning

The types of emergencies anticipated include personal injuries, fire, and small chemical spills. An OSHA-approved first-aid kit shall be made available at the site. Also, two employees trained and currently certified in first aid and CPR shall be on site at all times. A charged and inspected fire extinguisher shall be available on each piece of equipment. Spill containment equipment shall be made available if hazardous materials are stored on site.

## 9.6 Personnel Roles, Lines of Authority, and Communication

The Project Manager or site supervisor shall act as the incident commander during an emergency response. He shall coordinate and direct emergency response procedures to all site personnel. An emergency shall be communicated to all persons on site by radio and/or verbal communications.

### 9.7 Emergency Recognition and Prevention

All site personnel shall be trained to recognize when an emergency situation has arisen and shall know how to notify the Project Manager of the incident. Site personnel shall use safe work practices to minimize the potential for an incident. Regular safety meetings shall be held to identify and communicate problem areas at the site.

### 9.8 Site Security and Control

During the emergency situation, all personnel are responsible for assuring the public's safety and shall keep all bystanders and unauthorized personnel from entering the site.

### 9.9 Accident Reporting and Follow-Up

All incident scenes shall be preserved so that a thorough incident investigation may be performed. All causes of the incident shall be investigated and the findings presented to site personnel to prevent future incidents.

## 10.0 SPILL CONTAINMENT

It is not anticipated that large volumes of hazardous materials (gasoline, diesel fuel, hydraulic fluid, etc) will be stored on site. However, if large volumes of hazardous or potentially hazardous liquids greater than 200 gallons are stored on site, adequate secondary containment shall be provided around the storage area. In addition, spill containment equipment (absorbent materials, shovels, and a salvage drum) shall be kept at the site to respond to small spills of hazardous liquids or solids. Should a spill occur, immediate steps to contain the spill must be taken. Such steps include shutting off valves, closing doors or vents, protecting sanitary sewers and surface waters, shutting off pumps, and/or implementing provisions of the Storm Water Pollution Prevention Plan. At no time shall a spill be contained if such action presents a hazard. The Project Manager must then be notified of the situation to direct the cleanup.

## 11.0 SANITATION AT TEMPORARY WORKPLACES

### 11.1 Potable Water

An adequate supply of potable water shall be provided on site. Portable containers used to dispense drinking water shall be capable of being tightly closed and equipped with a tap and shall be otherwise designed, constructed and serviced so that the sanitary conditions are maintained. Water shall not be dipped from containers. Any container used to store, dispense, or distribute drinking water shall be clearly marked with its contents and not used for any other purpose.

Where single service cups (to be used only once) are supplied, both a sanitary container for the unused cups and a receptacle for disposing of the used cups shall be provided.

### 11.2 Non-Potable Water

Outlets for non-potable water, such as water for equipment decontamination, dust control, or fire-fighting purposes, shall be identified to indicate clearly that the water is unsafe and is not to be used for drinking, washing, or cooking purposes. There shall be no cross-connection, open or potential, between a system furnishing potable water and a system furnishing non-potable water.

### 11.3 Toilet Facilities

A minimum of one separate toilet facility shall be provided for every 20 employees or fraction thereof of each sex. Such facilities may include both toilets and urinals provided that the number of toilets shall not be less than one half of the minimum required number of facilities. EXCEPTION: where there are fewer than five employees, separate facilities for each sex are not required provided that the toilet facilities can be locked from the inside and contain at least one toilet. Under temporary field conditions, provisions shall be made to ensure that at least one toilet facility is available.

If the site is not provided with a sanitary sewer, it shall be provided with one of the following toilet facilities unless prohibited by local codes:

- chemical
- recirculating
- combustion
- flush

Doors entering toilet facilities shall be provided with entrance locks from inside the facility. Toilet facilities shall be kept clean, maintained in good working order, and provided with an adequate supply of toilet paper.

Washing facilities shall be on site for washing hands and faces following decontamination procedures. Such facilities shall be in near proximity to the work zone.

## 12.0 SITE SAFETY REVIEW – Catellus Phase I Project

Date: ____________ Time: ____________

Site: City of Alameda

Location: Alameda, California

Client Contact: Mr. Nasir Aziz, Ferma Corporation

Topics Discussed ____________________________________________

Physical Hazards: **Typical hazards associated with soil excavation and construction activities**

Chemical Hazards: **None**

Personal Protection: **Level D, modified as required**

Special Site Considerations: **Potential for traffic hazards and physical hazards**

ATTENDEES

| Name Printed | Signature |
| --- | --- |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## 13.0 EMERGENCY RESPONSE CONTACTS AND TELEPHONE NUMBERS

**Local Emergency Contacts**

Ambulance........................................911
Police........................................911
Fire........................................911

**Hazardous Materials Information**

EHA-INFO........................................(800) 342-4636
Toxline........................................(301) 496-1131
CHEMTREC (24-hour, emergency only)........................................(800) 424-9300
ORNL, Toxicology Information Response Center........................................(615) 576-1743
National Response Center........................................(800) 424-8802
Poison Control Center........................................(800) 682-9211

**Client Information**

Mr. Nasir Aziz, Ferma Corporation........................................(650) 961-2742

**Standard Procedures for Reporting Emergencies:**

When calling for assistance in an emergency situation, provide the following information:

- Name of person making call
- Telephone number and location of person making call
- Name of person(s) exposed or injured and location
- Nature of emergency
- Actions already taken

Never hang up first when calling for emergency assistance. Wait for the dispatch operator to finish all questions.

# *Appendix C*

## *Ferma Corporation*
## *Construction Debris Management Plan*

## *APPENDIX C – CONSTRUCTION DEBRIS MANAGEMENT PLAN*

Pursuant to Mitigation Measure PUB-2b of the *Catellus Mixed-Use Environmental Impact Report* prepared for the development, this Construction Debris Management Plan (CDMP) was prepared on behalf of Catellus Development Corporation by Ferma Corporation. This CDMP provides guidelines for the management and disposal of debris generated during demolition activities at the East Housing Area of the former Alameda Point Naval Air Station.

During demolition, materials known or suspected to be contaminated with OCPs will be segregated from those known to be unimpacted. The segregation will be maintained and the suspect materials treated as hazardous until laboratory analysis determines these materials not to be hazardous.

The following recycling measures apply to non-contaminated materials, as summarized in Table 1 of the *Demolition and Organochlorine Pesticide Removal Workplan*, and will be employed at the facility:

- *Concrete* – Concrete and asphaltic concrete will be crushed and transported to an on-site concrete recycling facility. It is anticipated that 100% of this material will be available for recycling.
- *Other recyclables* Clean wood, ferrous metal, and non-ferrous metal (aluminum, tin, copper, steel, etc.) will be either mechanically separated using excavators and loaders, or manually separated by cleanup laborers. As much wire as is practicable will be pulled out and cut into manageable pieces for recycling. Each recycling stream may be reduced in size on site as needed to facilitate transportation to recycling facilities It is anticipated that 100% of separated metals will be recycled.
- *Demolition debris* – Demolition debris will not be stored on site. Construction debris may be hauled to either the Zanker Road Recycling Facility in San Jose, California, the Dixon Landing Landfill, in Milpitas, California, or the Vasco Road Landfill, in Livermore, California, depending on the outcome of the facilities' waste profile review, which is currently in progress. Disposal of asbestos-containing material will be coordinated by the asbestos removal contractor.

# *Appendix D*

## *Ferma Corporation*
## *Utility Abandonment Plan*

*APPENDIX D – UTILITY ABANDONMENT PLAN*

Pursuant to Mitigation Measure PUB-2b of the *Catellus Mixed-Use Environmental Impact Report* prepared for the development, this Utility Abandonment Plan (UAP) was prepared on behalf of Catellus Development Corporation by Ferma Corporation. This UAP provides guidelines for the closure and/or abandonment of utilities at the East Housing Area of the former Alameda Point Naval Air Station, which will be conducted prior to the commencement of demolition activities at the site.

All demolition work at the facility requires the contractor to obtain an Underground Services Alert (USA) ticket. A valid, current USA ticket must be maintained throughout the duration of demolition activities. Should USA representatives be unable to demarcate the course of any of the utilities, private utility locators will be retained to accurately locate all utilities present at the site.

Prior to mobilization of demolition equipment to the facility, Alameda Power and Telecom (gas and electricity) and the Alameda Water Department (water) will be contacted and disconnection of their utilities requested. Abandonment of utilities shall be performed in a manner consistent with the regulations of the Utilities Safety Branch of the California Public Utilities Commission.

Upon completion of utility abandonment by the utility providers, and immediately prior to demolition of the structure, Ferma or its designee will perform a secondary inspection of each structure to be demolished. This inspection will include a visual confirmation that both gas and electric service to the building have been properly disconnected. Ferma will also inspect the building for potential sources of hazardous waste, which could be released during demolition, including potentially hazardous energy storage devices (transformers, etc.) and will remove these sources if found. The inspection will also confirm that no persons or animals are in the building. Upon completion of this inspection, signage will be deployed indicating that the building is suitable for demolition.