# Department of Toxic Substances Control

Edwin F. Lowry, Director
700 Heinz Avenue, Suite 200
Berkeley, California 94710-2721

Winston H. Hickox
Agency Secretary
California Environmental
Protection Agency

Gray Davis
Governor

May 3, 2002

Mr. Michael E. Quillin, R.G.
Principal
Environmental Resources Management
1777 Botelho Drive, Suite 260
Walnut Creek, California 94596

Ms. Debbie Potter
Base Reuse and Redevelopment Manager
Alameda Reuse and Redevelopment Authority
Alameda Point Main Office, Room 215
950 West Mall Square
Alameda, California 94501-7552

DEMOLITION AND ORGANOCHLORINE PESTICIDE REMOVAL WORKPLAN, EAST HOUSING AREA, ALAMEDA, CALIFORNIA

Dear Mr. Quillin and Ms. Potter:

The Department of Toxic Substances Control (DTSC) has reviewed the Demolition and Organochlorine Pesticide Removal Workplan (DOCPRW) for the Alameda Point East Housing Area (EHA). DTSC has provided comments on draft workplans dated February 2002 and March 2002. DTSC concurs that the final DOCPRW dated April 23, 2002 is suitable for implementation.

The building foundations at EHA appear to have been properly treated with organochlorine pesticides (OCP) for termite control, and as such, are currently being used in the manner intended. Upon removal of the buildings and foundations that are treated with OCP, any OCP remaining in soils and exceeding the concentrations specified in the DOCPRW Section 3.0, would be a hazardous substance released to the environment, and would require remedial action pursuant to the California Health and Safety Code, Chapter 6.8. Under Chapter 6.8, DTSC has regulatory authority to require investigation and remediation of hazardous substance releases, including properly applied OCP that is no longer serving the purpose for which it was intended.

*The energy challenge facing California is real. Every Californian needs to take immediate action to reduce energy consumption*
*For a list of simple ways you can reduce demand and cut your energy costs, see our Web-site at www.dtsc.ca.gov.*

Printed on Recycled Paper

Implementation of the DOCPRW, and in particular those provisions that will demonstrate that OCP are below the levels specified in DOCPRW Section 3.0, would ensure that soils and structures impacted with OCP be removed concurrent with structure demolition. This in turn would lead to DTSC concurrence that no release of OCP to the environment remains that requires action.

If you have any question, please call me at (510) 540-3772.

Sincerely,

Daniel E. Murphy, P.E.
Chief, Berkeley Unit
Office of Military Facilities

cc: Mr. Michael McClelland (Code 06CA.MM)
BRAC Environmental Coordinator
Southwest Division
Naval Facilities Engineering Command
BRAC Office
1230 Columbia Street, Suite 1100
San Diego, California 92101-8517

Mr. Lou Ocampo
Remedial Project Manger
Southwest Division
Naval Facilities Engineering Command
BRAC Office
1230 Columbia Street, Suite 1100
San Diego, California 92101-8517

Mr. Laurent M. Meillier
Remedial Project Manger
California Regional Water Quality Control Board
1515 Clay Street, Suite 1400
Oakland, California 94612

Mr. Peter Russell
Northgate Environmental Management, Inc.
950 Northgate Drive, Suite 313
San Rafael, California 94903

Ms. Ellen Garber
Attorney at Law
Shute, Milhaly & Weinberger
396 Hayes Street
San Francisco, California 94102