| invoice | period | amount | | comments |
|---|---|---|---|---|
| 1057.02.11 | December 1-31, 2002 | $ - | | none |
| 1057.02.12 | January 1-31, 2002 | $ 4,016.25 | $ 267.75 | Misc. phone calls, email, organization, and co |
| | | | $ 1,660.05 | Review and comment on 1/02 Demolition and |
| | | | $ 374.85 | Discuss pesticides in EHA SMP with Ellen Ga |
| | | | $ 481.95 | Review and evaluate pesticide concentration f |
| | | | $ 803.25 | Review of 1/11/02 Demo and OCP Removal \ |
| | | | $ 267.75 | Phone call discussions with Debbie Potter reg |
| | | | $ 160.65 | Phone discussion with Nasir Aziz of Ferma re- |
| 1057.02.13 | February 1-28, 2002 | $ 803.25 | $ 321.30 | Misc. phone calls, email, organization, and co |
| | | | $ 481.95 | Prepare an email regarding chlordane |
| 1057.02.14 | March 1-31, 2002 | $ 856.80 | $ 160.65 | Misc. phone calls, email, organization, and co |
| | | | $ 696.15 | Review and comment on ERM responses to [ |
| Total for 4 invoices | | $ 5,676.30 | | |

A-1

**northgate environmental management, inc.**

March 15, 2002

Debbie Potter
City of Alameda
Alameda Point Administration
Building 1, 950 W. Mall Square
Alameda, CA 94501-5012

Re: **Invoice 1057.02.11**: December 1-31, 2001 – Alameda – FISCA

Dear Ms. Potter:

Enclosed is our invoice for $3,861.90 covering environmental engineering services related to the above-cited project.

Description of Services:

**Prepare, edit or review and comment on documents including:**

1. Final IR 2 Closure Report for soil removal
2. Final Tech memo for benzene in soil gas & groundwater
3. ERM's Final Draft SMP
4. Doug Wiebe's MS Project dates
5. Guletz comment letter to Ferma

**Prepare for and attending meetings at:**

1. Building 1, Alameda Point on 12/20 (with EBMUD)

**Prepare for and attending conference calls:**

1. 12/6 (BCT)

**Other work performed includes:**

General project management including phone calls, email, organization, coordination and project file maintenance.

Thank you for using our services. Please call Dr. Russell at 415/492-0540 if you have any questions.

Sincerely,

Lauren M. Boyd
Office Manager

Encl.

950 Northgate Drive, Suite 313, San Rafael, California 94903 415 492-0310 fax 415 492-0542
Other office in Oakland, California 510 839 0688 fax 510 839-4350

A-2

northgate
environmental
management, inc.

March 18, 2002

Debbie Potter
City of Alameda
Development Services
Alameda Point Administration
Building 1, 950 W. Mall Square
Alameda, CA 94501-5012

Re: **Invoice # 1057.02.12**: January 1-31, 2002 - Alameda FISCA

Dear Ms. Potter:

Enclosed is our invoice for $5,040.00 covering environmental engineering services related to the Alameda FISCA project during January 2002.

This work includes:

1. General project management including phone calls, email, organization, coordination and project file maintenance
2. BCT meeting preparation and attendance on January 8, 02
3. Review and comment on 1/02 Demolition and Chlordane Removal Plan
4. Draft schedule update for Doug Wiebe
5. Discussing pesticides in EHA SMP with Ellen Garber
6. Reviewed and evaluated of pesticide concentration for DCRW for EHA
7. Review of 1/11/02 Demo and OCP Removal Work Plan and preparation of related email with ERM
8. Phone call discussions with Debbie Potter regarding chlordane claim backup and HW manifest issues
9. Phone discussion with Nasir Aziz of Ferma regarding chlordane claim

Thank you for using our services. please call me at 415/492-0540 if you have any questions.

Sincerely,

For PR

Peter Russell
Principal

Encl.

3629 Grand Avenue, Oakland, California 94610 510 839-0688 fax 510 839-4350
Other office in San Rafael, California 415 492 0310 fax 415 492-0542

**INVOICE FOR PROFESSIONAL SERVICES**

**For the Period January 1-31, 2002**

**Project # 1057.02 Alameda FISCA** ✓ catalina

| Title | Staff | Hours | Amount |
|---|---|---|---|
| Principal Engineer | Russell | 22.75 | $4,777.50 |
| Senior Hydrogeologist | Storm | 3.5 | $472.50 |
| | | Total Labor | $5,250.00 |
| (Travel Credit) Russell | 1/8/02 | 1.5 | ($315.00) |

| | |
|---|---|
| Total Expenses | $0.00 |
| Charge for outside Expense (10%) | $0.00 |
| Incidental expenses (2% of professional fees) | $105.00 |
| **This Invoice Total** | **$5,040.00** |

P.O. # 2103428

Requisition #

Account # 83160700 - 64050 - 83160700 = 5,040.00

Approved MP 3/21/02

ok to pay MP

Accounts Payable Use Only:

Processed By________ Date______

Date: 3/20/02 **Invoice Number: 1057.02.12** EIN 94-3350317

A-3

northgate
environmental
management, inc.

March 19, 2002

Debbie Potter
City of Alameda
Development Services
Alameda Point Administration
Building 1, 950 W. Mall Square
Alameda, CA 94501-5012

Re: **Invoice # 1057.02.13**: February 1-28, 2002 - Alameda FISCA

Dear Ms. Potter:

Enclosed is our invoice for $1,660.05 covering environmental engineering services related to the Alameda FISCA project during February 2002.

This work includes:

1. General project management including phone calls, email, organization, coordination and project file maintenance
2. Reviewed and commented on ERM's HRA
3. Prepared an email regarding chlordane
4. Reviewed DTSC comments to SMP

Thank you for using our services. please call me at 415/492-0540 if you have any questions.

Sincerely,

Peter Russell
Principal

Encl.

3629 Grand Avenue, Oakland, California 94610 510 839-0688 fax 510 839-4350
Other office in San Rafael, California 415 492-0310 fax 415 492-0542

# INVOICE FOR PROFESSIONAL SERVICES

**For the Period February 1-28, 2002**

**Project # 1057.02 Alameda FISCA**

| Title | Staff | Hours | Amount |
|---|---|---|---|
| Principal Engineer | Russell | 7.75 | $1,627.50 |
| | | Total Labor | $1,627.50 |
| (Travel Credit) Russell | 2/01 - 2/28 | 0 | $0.00 |

| | |
|---|---|
| Total Expenses | $0.00 |
| Charge for outside Expense (10%) | $0.00 |
| Incidental expenses (2% of professional fees) | $32.55 |
| **This Invoice Total** | **$1,660.05** |

on the pay cateless

·O. # 210 5428
·equisition # ______
·ccount # 83160700 - 61050 - 83160700 = 1,660.05
·pproved MC 3/28/02

·ccounts Payable Use Only:

··ocessed By______ Date______

**Date: 3/20/02** **Invoice Number: 1057.02.13** **EIN 94-3350317**

6

A-4

northgate
environmental
management, inc.

P.O. # 2103428
Requisition #
Account # 83160790-61050 83160790=1,981.35
Approved MP 4/11/02

Accounts Payable Use Only:
Processed By______ Date______

April 3, 2002

Debbie Potter
City of Alameda
Development Services
Alameda Point Administration
Building 1, 950 W. Mall Square
Alameda, CA 94501-5012

Re: **Invoice # 1057.02.14**: March 1-31, 2002 - Alameda FISCA

Dear Ms. Potter:

Enclosed is our invoice for $ 1,981.35 covering environmental engineering services related to the Alameda FISCA project during March 2002.

This work includes:

1. General project management including phone calls, email, organization, coordination and project file maintenance

2. Reviewed and commented on ERM responses to DTSC commenting on chlordane plan.

3. Meeting regarding RAP/ROD for basewide Annex & IR25 on March 14

Thank you for using our services. please call me at 415/492-0540 if you have any questions.

Sincerely,

For PRB

Peter Russell
Principal

Encl.

3629 Grand Avenue, Oakland, California 94610 510 839-0688 fax 510 839-4350
Other office in San Rafael, California 415 492-0310 fax 415 492-0542

**INVOICE FOR PROFESSIONAL SERVICES**

**For the Period March 1-31, 2002**

**Project # 1057.02 Alameda FISCA**

| Title | Staff | Hours | Amount |
|---|---|---|---|
| Principal Engineer | Russell | 9.25 | $1,942.50 |
| | | Total Labor | $1,942.50 |
| (Travel Credit) Russell | | 0 | $0.00 |
| | | Total Expenses | $0.00 |
| | | Charge for outside Expense (10%) | $0.00 |
| | | Incidental expenses (2% of professional fees) | $38.85 |
| | | **This Invoice Total** | **$1,981.35** - FISC |

OK to pay
MP

Date: 4/3/02

Invoice Number: 1057.02.14

EIN 94-3350317

6