# SHUTE, MIHALY & WEINBERGER LLP ITEMIZED BILLINGS

| INVOICE # | DATE | ATTY | RATE | HRS | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| ALAMEDA.FISC #3571 | 10/12/01 | EJG | 185.00 | 1.70 | 314.50 | Conference call with N. Banks, G. Sagun regarding various FISC toxics issues including restrictive covenants and DDT/chlordane disposal (1.0); review e-mail regarding added cost of pesticide disposal (0.1); e-mail N. Banks regarding information needed for agency agreement to use City generator number (0.1); conference call with N. Banks, G. Sagun, B. Steinberg regarding DDT/chlordane remediation at East Housing (0.5). |
| ALAMEDA.FISC #3571 | 10/14/01 | EJG | 185.00 | 0.30 | 55.50 | Review G. Sagun e-mail and contractor bids regarding DDT/chlordane removal at East Housing. |
| ALAMEDA FISC #3571 | 10/15/01 | EJG | 185.00 | 0.50 | 92.50 | Conference call with D. Potter and B. Steinberg regarding DDT/Chlordane issue at East Housing. |
| ALAMEDA.FISC #3571 | 10/16/01 | EJG | 185.00 | 0.40 | 74.00 | Voice mail T. Highsmith re: DDT/chlordane issue (0.1); review correspondence regarding insurance claim (0.3). |
| ALAMEDA.FISC #3571 | 10/17/01 | EJG | 185.00 | 0.70 | 129.50 | Telephone conference with T. Highsmith regarding DTD/chlordane at East Housing (0.5); e-mails to/from P. Russell regarding same (0.2). |
| ALAMEDA.FISC #3571 | 10/18/01 | EJG | 185.00 | 1.20 | 222.00 | Conference call with City regarding DDT/chlordane at East Housing (1.0); draft insert to Catellus EIR addendum (0.2). |
| ALAMEDA.FISC #3571 | 10/19/01 | EJG | 185.00 | 0.50 | 92.50 | Telephone conference with T. Trapp regarding Catellus work on East Housing site (0.3); e-mails T. Highsmith, P. Russell regarding DDT/chlordane (0.1); voice mail D. Murphy regarding DTSC role in DDT/chlordane clean-up (0.1). |
| ALAMEDA.FISC #3571 | 10/23/01 | EJG | 185.00 | 0.40 | 74.00 | Telephone conference with D. Potter regarding DDT/chlordane removal (0.2); research regarding DA and DDA provisions (0.2). |
| ALAMEDA.FISC #3571 | 10/24/01 | EJG | 185.00 | 1.30 | 240.50 | Various e-mails to and from City regarding DDT/chlordane at East Housing (0.3); conference call with D. Brandt, and T. Highsmith regarding same (0.7); telephone calls w/ T. Trapp (0.3). |
| ALAMEDA FISC #3571 | 10/25/01 | EJG | 185.00 | 0.30 | 55.50 | E-mail D. Brandt regarding settlement agreement section 7.3.3 and DDT/chlordane issue (0.3). |
| ALAMEDA.FISC #3571 | 10/29/01 | EJG | 185.00 | 2.50 | 462.50 | Review Winzler & Kelly report and P. Russell summary (0.4); telephone conference with T. Trapp (0.4) telephone conference with D. Murphy (0.5); City conference call regarding DDT/chlordane (1.4); review Catellus EIR mitigation measures and voice mail T. Trapp regarding same (0.2). |

## SHUTE, MIHALY & WEINBERGER LLP ITEMIZED BILLINGS

| INVOICE # | DATE | ATTY | RATE | HRS | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| ALAMEDA.FISC #3571 | 10/30/01 | EJG | 185.00 | 1.20 | 222.00 | Telephone conferences with T. Trapp (0.6), D. Potter (0.7) D. Murphy (0.1) and voicemails P. Russell (0.1) regarding DDT/chlordane at East Housing; e-mail D. Potter and D. Brandt regarding summary of Catellus and DTSC positions (0.4) ; legal research (0.3). |
| | | | | **11.00** | **2,035.00** | **#3571** |
| ALAMEDA.NAS #3573 | 10/02/01 | EJG | 185.00 | 0.10 | 18.50 | E-mail P. Russell regarding DDT/chordane report (0.1). |
| ALAMEDA.NAS #3573 | 10/04/01 | EJG | 185.00 | 0.40 | 74.00 | Telephone call with P. Russell re: lead and pesticide issues (0.4). |
| ALAMEDA.NAS #3573 | 10/08/01 | EJG | 185.00 | 0.30 | 55.50 | Review DDT/chlordane testing report (0.3). |
| | | | | **0.80** | **148.00** | **#3573** |
| ALAMEDA.FISC #3782 | 11/02/01 | EJG | 185.00 | 0.20 | 37.00 | Review draft letter to contractor regarding use of City generator number (0.2). |
| ALAMEDA.FISC #3782 | 11/05/01 | EJG | 185.00 | 0.70 | 129.50 | Revise letter to Winzler & Kelly regarding use of City generator number (0.6); e-mail P. Russell regarding same (0.1). |
| ALAMEDA.FISC #3782 | 11/06/01 | EJG | 185.00 | 2.30 | 425.50 | Meeting in Alameda with Catellus and contractors regarding East Housing DDT/chlordane remediation, CEQA compliance. |
| ALAMEDA.FISC #3782 | 11/09/01 | EJG | 185.00 | 0.20 | 37.00 | Review addition to Catellus EIR addendum regarding DDT and chlordane (0.2). |
| ALAMEDA.FISC #3782 | 11/12/01 | EJG | 185.00 | 0.70 | 129.50 | E-mails to/from B. Steinberg, P. Russell regarding DTSC DDT/chlordane regulatory effort (0.5); e-mails to/from D. Brandt regarding Addendum to Catellus EIR (0.2). |
| ALAMEDA.FISC #3782 | 11/13/01 | EJG | 185.00 | 2.30 | 425.50 | Re-draft section of Catellus EIR addendum regarding DDT/chlordane issue (1.8); e-mails to/from P. Russell, D. Brandt regarding same and benzene plume (0.5). |
| ALAMEDA.FISC #3782 | 11/14/01 | EJG | 185.00 | 0.70 | 129.50 | Review and edit Catellus EIR final draft addendum (0.3); conference call with City regarding DDT/chlordane insurance claim (0.4). |
| ALAMEDA.FISC #3782 | 11/15/01 | EJG | 185.00 | 0.30 | 55.50 | E-mails to/from B. Steinberg regarding information needed for DDT/chlordane insurance claim. |

## SHUTE, MIHALY & WEINBERGER LLP ITEMIZED BILLINGS

| INVOICE # | DATE | ATTY | RATE | HRS | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| ALAMEDA.FISC #3782 | 11/16/01 | EJG | 185.00 | 1.80 | 333.00 | Telephone call with T. Trapp regarding coordination with DTSC (0.2); telephone calls with D. Potter regarding DDT/chlordane (0.5); Telephone call with B. Steinberg regarding insurance requirements (0.4); send DDT/chlordane information to B. Steinberg (0.2); review T. Trapp and S. Diamond edits to Catellus addendum and comment regarding same (0.5). |
| ALAMEDA.FISC #3782 | 11/19/01 | EJG | 185.00 | 1.50 | 277.50 | Review more revisions to Catellus EIR addendum (0.4); conference call with D. Brandt, L. Stanchina, D. Potter regarding addendum (0.5); review and comment on East Housing demolition contract (0.5); telephone call with L. Stanchina (0.1). |
| ALAMEDA.FISC #3782 | 11/20/01 | EJG | 185.00 | 0.90 | 166.50 | Telephone call with T. Landis regarding SMP, interim covenants and DDT/chlordane cleanup (0.8); e-mail T. Trapp, D. Potter regarding same (0.1). |
| ALAMEDA.FISC #3782 | 11/21/01 | EJG | 185.00 | 0.10 | 18.50 | Telephone call with D. Potter regarding disposal of chlordane building materials. |
| ALAMEDA.FISC #3782 | 11/28/01 | EJG | 185.00 | 0.50 | 92.50 | Review and comment on revised letter of authorization to Winzler and Kelly (0.4); review P. Russell analysis of demolition plans (0.1). |
| ALAMEDA.FISC #3782 | 11/30/01 | EJG | 185.00 | 0.10 | 18.50 | E-mail D. Potter regarding East Housing demolition issues. |
| | | | | 12.30 | 2,275.50 | #3782 |
| ALAMEDA.FISC #4078 | 12/11/01 | EJG | 185.00 | 0.10 | 18.50 | E-mail D. Brandt and D. Potter regarding chlordane work plan (0.1). |
| ALAMEDA.FISC #4078 | 12/12/01 | EJG | 185.00 | 0.20 | 37.00 | E-mails to/from City and consultants regarding finalizing of chlordane remediation work plan. |
| ALAMEDA.FISC #4078 | 12/19/01 | EJG | 185.00 | 1.80 | 333.00 | E-mails to/from B. Guletz et al. re chlordane cleanup level (0.2); e-mails to/from B. Guletz et al re Winzler & Kelly agreement and plan for signing manifests (0.3); telephone calls with D. Brandt (0.2) and P. Russell (0.5) re plan to sign manifests; telephone call with T. Highsmith re chlordane workplan (0.5); voicemail M. Quillin re same (0.1). |
| ALAMEDA.FISC #4078 | 12/20/01 | EJG | 185.00 | 0.60 | 111.00 | Telephone conferences with M. Quillin (0.2), P. Russell (0.2) re chlordane workplan and manifest issue; e-mail D. Potter et al. re same (0.2). |
| ALAMEDA.FISC #4078 | 12/21/01 | EJG | 185.00 | 0.20 | 37.00 | E-mails to/from D. Potter and M. Quillin re City review of draft chlordane workplan. |
| | | | | **2.90** | 536.50 | **#4078** |

## SHUTE, MIHALY & WEINBERGER LLP ITEMIZED BILLINGS

| INVOICE # | DATE | ATTY | RATE | HRS | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| ALAMEDA.FISC #4288 | 01/04/02 | EJG | 185.00 | 0.40 | 74.00 | Review draft chlordane removal workplan. |
| ALAMEDA.FISC #4288 | 01/07/02 | EJG | 185.00 | 1.20 | 222.00 | Review chlordane work plan and send comments to M. Blanchard (0.5); telephone call with D. Potter re asbestos issue and signing of manifests (0.5); review Winzler and Kelly ast draft letter (0.2). |
| ALAMEDA.FISC #4288 | 01/08/02 | EJG | 185.00 | 0.10 | 18.50 | Review P. Russell comments on chlordane work plan (.1). |
| ALAMEDA.FISC #4288 | 01/09/02 | EJG | 185.00 | 1.10 | 203.50 | Telephone call with M. Quillin and M. Blanchard re comments on chlordane workplan (.6); voicemails with B. Steinberg (.2); telephone call with P. Russell re expanding workplan to other pesticides (.2); e-mail P. Russell (.1). |
| ALAMEDA.FISC #4288 | 01/10/02 | EJG | 185.00 | 0.40 | 74.00 | Voicemail B. Steinberg (.1); review revised pesticide workplan (.2); e-mail P. Russell re same (.1). |
| ALAMEDA.FISC #4288 | 01/11/02 | EJG | 185.00 | 1.70 | 314.50 | Review revised pesticides workplan (1.1) telephone call with B. Steinberg re his comments (.3); check to make sure P. Russell comments are incorporated (.3). |
| ALAMEDA.FISC #4288 | 01/14/02 | EJG | 185.00 | 0.90 | 166.50 | Review and comment on pesticide workplan and transmittal letter (.5); e-mails to B. Steinberg, M. Blanchard, P. Russell (.2) and to D. Handy (.1) re same; voicemail to T. Landis (.1). |
| ALAMEDA.FISC #4288 | 01/15/02 | EJG | 185.00 | 0.20 | 37.00 | Numerous e-mails to/from D. Handy, M. Blanchard re pesticide workplan. |
| ALAMEDA.FISC #4288 | 01/16/02 | EJG | 185.00 | 0.40 | 74.00 | Numerous e-mails to/from D. Handy, M. Blanchard about DTSC submittals and review by insurance carrier. |
| ALAMEDA.FISC #4288 | 01/18/02 | EJG | 185.00 | 0.60 | 111.00 | Telephone calls with D. Handy (0.1), M. Quillin (0.1), D. Potter (0.3) re: AIG insurance claim and submittal of workplan to DTSC; voicemail B. Steinberg re: same (0.1) |
| ALAMEDA.FISC #4288 | 01/22/02 | EJG | 185.00 | 1.10 | 203.50 | Telephone calls re: submittal of pesticide workplan to DTSC and insurance claim re: B. Steinberg (0.3); M. Quillin and M. Blanchard (0.4); D. Potter (0.4). |
| ALAMEDA.FISC #4288 | 01/24/02 | EJG | 185.00 | 1.10 | 203.50 | Review/send e-mails re submittal of pesticide workplan to EBMUD and utility corridor testing (.4); voicemail to/from T. Highsmith re insurance claim (.1); prepare estimate for insurance claim and telephone call with P. Russell re same (.6). |

## SHUTE, MIHALY & WEINBERGER LLP ITEMIZED BILLINGS

| INVOICE # | DATE | ATTY | RATE | HRS | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| ALAMEDA.FISC #4288 | 01/29/02 | EJG | 185.00 | 0.20 | 37.00 | Voicemail and telephone call with M. Blanchard re: transporting hazmat soil through Posey Tube. |
| ALAMEDA.FISC #4288 | 01/31/02 | EJG | 185.00 | 0.80 | 148.00 | Telephone calls with M. Quillan re: pesticide workplan (0.2); voicemail and telephone calls with B. Steinberg re: same; (0.3); e-mail with D. Potter re: same; (0.2) voicemail with D. Handy (0.1) |
| | | | | **10.20** | **1,887.00** | **#4288** |
| ALAMEDA.FISC #4473 | 02/01/02 | EJG | 185.00 | 0.80 | 148.00 | E-mails to/from B. Steinberg (0.1), M. Quillin (0.5), P. Russell (0.2) re: pesticide workplan, depleted uranium issues. |
| ALAMEDA.FISC #4473 | 02/07/02 | EJG | 185.00 | 2.60 | 481.00 | Numerous e-mails to/from B. Steinberg, D. Handy, M. Quillin re: pesticide workplan submittal to DTSC and cover letter (0.8); Telephone calls with T. Highsmith and D. Handy re: same (0.3); Telephone calls with M. Quillin re: same (0.2); review and edit transmittal letter to DTSC (0.2); Telephone calls with B. Steinberg (0.1); review M. Quillin e-mail re: letter agreement with EBMUD and prepare first draft of same (0.6); Telephone calls with D. Potter re: EBMUD letter (0.4). |
| ALAMEDA.FISC #4473 | 02/08/02 | EJG | 185.00 | 0.50 | 92.50 | Review numerous B. Steinberg and D. Handy e-mails re: pesticide workplan cover letter (0.2); edit City letter to EBMUD per M. Quillin comments and circulate for comment (0.2); voicemail to M. Quillin (0.1). |
| ALAMEDA.FISC #4473 | 02/11/02 | EJG | 185.00 | 0.10 | 18.50 | E-mail B. Steinberg re: EBMUD letter for East Housing (0.1). |
| ALAMEDA.FISC #4473 | 02/12/02 | EJG | 185.00 | 0.08 | 14.80 | Review B. Steinberg comments and finalize letter to EBMUD (0.2); e-mails M. Quillin, D. Potter re: same (0.1); e-mails M. Quillin, P. Russell re: same (0.3); review e-mails re: insurance claim for pesticides (0.2). |
| ALAMEDA.FISC #4473 | 02/13/02 | EJG | 185.00 | 0.10 | 18.50 | Voicemails to and from D. Potter re: submittal to DTSC of pesticide workplan. |
| ALAMEDA.FISC #4473 | 02/22/02 | EJG | 185.00 | 0.20 | 37.00 | Review e-mail from P. Russell re: confirmation sampling for DDT/chlordane (0.1); voicemail B. Steinberg re: DTSC review of workplan (0.1). |
| ALAMEDA.FISC #4473 | 02/25/02 | EJG | 185.00 | 0.70 | 129.50 | Telephone calls with P. Russell (0.2), B. Steinberg (0.2), M. Quillin (0.3) re: pesticide workplan. |
| ALAMEDA.FISC #4473 | 02/26/02 | EJG | 185.00 | 0.20 | 37.00 | E-mails and voicemails to/from B. Steinberg re: pesticide workplan (0.1); Telephone calls with P. Russell re: DTSC review of pesticide work plan (0.1). |
| | | | | **5.28** | **976.80** | **#4473** |

## SHUTE, MIHALY & WEINBERGER LLP ITEMIZED BILLINGS

| INVOICE # | DATE | ATTY | RATE | HRS | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| ALAMEDA.FISC #4665 | 03/01/02 | EJG | 185.00 | 0.20 | 37.00 | Review AIG letter re: pesticide claim and send copy to B. Steinberg (0.2). |
| ALAMEDA.FISC #4665 | 03/04/02 | EJG | 185.00 | 0.50 | 92.50 | E-mails to/from M. Quillin re: DTSC comments on Pesticide Workplan and no further action letter (0.4); e-mail P. Russell re: comment on Catellus SMP (0.1). |
| ALAMEDA.FISC #4665 | 03/05/02 | EJG | 185.00 | 0.70 | 129.50 | E-mails to/from M. Quillin, D. Handy, et al. re: DTSC comments on and revisions to pesticide workplan (0.5); Telephone calls with D. Potter re: same (0.2). |
| ALAMEDA.FISC #4665 | 03/06/02 | EJG | 185.00 | 0.20 | 37.00 | E-mails to/from M. Quillin, B. Steinberg re: changes to Pesticide Workplan and no further action letter (0.2). |
| ALAMEDA.FISC #4665 | 03/07/02 | EJG | 185.00 | 1.40 | 259.00 | Telephone calls with B. Steinberg re: comments on pesticide no futher action letter (0.2); revise letter and circulate (0.2); numerous e-mails with D. Handy, P. Russell, M. Quillin re: finalizing Catellus SMP, health risk assessment, and pesticide workplan (0.7); Telephone calls with M. Quillin (0.3). |
| ALAMEDA.FISC #4665 | 03/08/02 | EJG | 185.00 | 0.40 | 74.00 | E-mails to/from M. Quillin and B. Steinberg re: no further action letter (0.3); voicemail I. Alasti re: same (0.1). |
| ALAMEDA.FISC #4665 | 03/11/02 | EJG | 185.00 | 0.10 | 18.50 | E-mails to/from D. Handy re: East Housing no further action letter (0.1). |
| ALAMEDA.FISC #4665 | 03/22/02 | EJG | 185.00 | 0.20 | 37.00 | E-mail and telephone calls with M. Quillin re: pesticide workplan. |
| ALAMEDA.FISC #4665 | 03/26/02 | EJG | 185.00 | 0.40 | 74.00 | Telephone calls with M. Quillin re: pesticide workplan (0.2); e-mail B. Steinberg and D. Handy (0.1); voicemail D. Murphy, I. Alasti re: same (0.1). |
| ALAMEDA.FISC #4665 | 03/28/02 | EJG | 185.00 | 0.10 | 18.50 | Telephone calls with P. Russell re: manifesting pesticides soil (0.1). |
| | | | | 4.20 | 777.00 | #4665 |
| | | | | 46.68 | 8,635.80 | GRAND TOTAL |

(P:\alameda\fisc\ewh001 (fees tab c).DOC)