# In The United States Court of Federal Claims

## Cover Sheet 05-1020C

Plaintiff(s) or Petitioner(s)
AMERICAN INTERNATIONAL SPECIALITY INSURANCE COMPANY

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

RECEIVED
SEP 3 0 2005
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

Name of the attorney of record: [See RCFC 83.1(c)] PETER A. LYNCH

Firm Name: COZEN O'CONNOR

Post Office Box:

Street Address: 501 WEST BROADWAY, SUITE 1610

City-State-Zip: SAN DIEGO, CALIFORNIA 92101

Telephone & Facsimile Numbers: (619) 234-1700 - FAX: (619) 234-7831

E-mail address: palynch@cozen.com

Is the attorney of record admitted to the Court of Federal Claims Bar? YES
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 3 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: N A V

**See attached Sheet for three digit code.**

Amount Claimed: $ TO BE DETERMINED

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)** NOT APPLICABLE

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003