ORIGINAL

Peter A. Lynch (SBN 123603)
Mark A. Vasallo (SBN 228037)
COZEN O'CONNOR
501 West Broadway, Suite 1610
San Diego, California 92101
Telephone: 619.234.1700
Facsimile: 619.234.7831

FILED
SEP 3 0 2005
U.S. COURT OF FEDERAL CLAIMS

Attorneys for Plaintiff,
AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY

**IN THE UNITED STATES COURT**

**OF FEDERAL CLAIMS**

AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY,

Plaintiff,

vs.

UNITES STATES OF AMERICA,

Defendants.

Case No.: 1020

DISCLOSURE STATEMENT PURSUANT TO RULE 7.1(a)

The direct ownership of American International Specialty Lines Insurance Company is held as follows: National Union Fire Insurance Company of Pittsburg, Pennsylvania: 70%, Insurance Company of the State of Pennsylvania: 20%, and Birmingham Fire Insurance Company: 10%, none of which is a publicly traded company.

DATED: May 12, 2005

COZEN O'CONNOR

By: [signature]

Peter A. Lynch (SBN 123603)
Mark A. Vasallo (SBN 228037)
501 West Broadway, Suite 1610
San Diego, California 92101
Telephone: 619.234.1700
Facsimile: 619.234.7831

Attorneys for Plaintiff,
AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY

SDIEGO1\264872\1 128791.000