IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL SPECIALITY LINES INSURANCE COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-1020C (Sr. Judge Hodges, Jr) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Kyle E. Chadwick, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

KYLE E. CHADWICK
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

/s/Kyle E. Chadwick
KYLE E. CHADWICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 305-7562
Facsimile: (202) 305-7644

Dated: October 19, 2005

CERTIFICATE OF FILING

I hereby certify that on October 19, 2005, a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Kyle E. Chadwick