# In the United States Court of Federal Claims

* * * * * * * *

AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, *

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

* * * * * * * *

No. 05-1020C

Filed: November 3, 2005

**ORDER**

The Clerk of Court rejected plaintiff's materials for filing because of various violations of the rules of this court. Normally we would direct the Court to accept the filings notwithstanding these defects; however, among the rule violations are that it was not signed by the attorney of record, the signature is not properly executed, and Mr. Lynch does not have an ECF account. For information, this court does not allow co-counsel. See Rule 83.1(c)(1). Nor is it necessary at this stage to admit Mr. Fontaine *Pro Hac Vice*; we will address that matter once the parties get together with the court for a hearing or conference.

We ask that the Clerk of Court return plaintiff's materials unfiled. Mr. Lynch should establish an ECF account and contact the Clerk's Office if he has additional questions.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge