Peter A. Lynch (SBN 123603)
COZEN O'CONNOR
501 West Broadway, Suite 1610
San Diego, California 92101
Telephone: 619.234.1700
Facsimile: 619.234.7831
Attorneys for Plaintiff,
AMERICAN INTERNATIONAL SPECIALTY
LINES INSURANCE COMPANY

**IN THE UNITED STATES COURT
OF FEDERAL CLAIMS**

| | |
|---|---|
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | **CASE NO.: 05-1020C** |

**MOTION AND INCORPORATED STATEMENT
TO ADMIT PETER J. FONTAINE *PRO HAC VICE***

I, Peter A. Lynch, a member of the bar of the Court, pursuant to Federal Claims Court Local Rule 83.2, moves for the admission *pro hac vice* of Peter J. Fontaine to represent Plaintiff, American International Specialty Lines Insurance Company, as co-counsel in the above-captioned matter. In further support of this Motion, counsel offers the accompanying statement of Peter J. Fontaine incorporated herein by reference.

Respectfully submitted,

/s/ Peter A. Lynch

PETER A. LYNCH

DATED: November 30, 2005

Peter A. Lynch (SBN 123603)
COZEN O'CONNOR
501 West Broadway, Suite 1610
San Diego, California 92101
Telephone: 619.234.1700
Facsimile: 619.234.7831
Attorneys for Plaintiff,
AMERICAN INTERNATIONAL SPECIALTY
LINES INSURANCE COMPANY

**IN THE UNITED STATES COURT
OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | : | **CASE NO.: 05-1020C** |

**INCORPORATED STATEMENT OF PETER J. FONTAINE**
**IN SUPPORT OF MOTION *PRO HAC VICE***

Peter J. Fontaine, through local counsel and pursuant to Federal Claims Court Local Rule 83.2, moves for admission *pro hac vice*. In support of this motion, counsel offers the following:

1. Full Name: Peter J. Fontaine

Office Address and Telephone No.
Cozen O'Connor
Liberty View, Suite 300
457 Haddonfield Road
Cherry Hill, New Jersey 08002
856.910.5000

2. Bar Admissions: New Jersey (1995); Pennsylvania (1995); Maine (1990). In addition, have been admitted to the Bars of the District Court of Columbia Court of Appeals (1992); the United States Circuit Court of Appeals, Third Circuit and District of Columbia; and Federal District Courts of New Jersey, Eastern District of Pennsylvania and Northern District of Pennsylvania.

3. Discipline: I have not been disciplined by any bar.

4. Prior Admission *Pro Hac Vice* to this Court: None

5. Pertaining to attorneys practicing in the District of Columbia: Not Applicable

Respectfully submitted,

/s/ Peter J. Fontaine
PETER J. FONTAINE

DATED: November 30, 2005