Peter A. Lynch (SBN 123603)
COZEN O'CONNOR
501 West Broadway, Suite 1610
San Diego, California 92101
Telephone: 619.234.1700
Facsimile: 619.234.7831
Attorneys for Plaintiff,
AMERICAN INTERNATIONAL SPECIALTY
LINES INSURANCE COMPANY

**IN THE UNITED STATES COURT
OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, | : | **CASE NO.: 05-1020C** |
| Plaintiff, | : | |
| v. | : | |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | : | |

**ORDER ADMITTING PETER J. FONTAINE**
***PRO HAC VICE***

This matter comes before the Court on Peter J. Fontaine's motion for admission *pro hac vice*. Mr. Fontaine's motion is granted and it is hereby

ORDERED that Peter J. Fontaine is admitted *pro hac vice* to represent the Plaintiff, American International Specialty Lines Insurance Company in the above-captioned matter.

__________________________
USFCJ

DATED:

Copies To:

Peter A. Lynch, Esquire
Cozen O'Connor
501 West Broadway, Suite 1610
San Diego, California 92101
Attorneys for American International Specialty Lines Insurance Company

Peter J. Fontaine, Esquire
Cozen O'Connor
Liberty View, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
Attorneys for American International Specialty Lines Insurance Company

Kyle Chadwick, Esquire
US Department of Justice, Civil Division
Commercial Litigation Branch
1100 "L" Street NW, Room 7062
Washington, DC 20530
Attorneys for United States of America and United States Department of the Navy

Michael B. Heister, Esquire
US Department of Justice
Environmental and Natural Resources Division
Environmental Defense Section
601 "D" Street, NW, Suite 8542
Washington, DC 20004
Attorneys for United States of America and United States Department of the Navy

Kevin V. Ryan, Esquire
United States Attorney
Charles M. O'Connor, Esquire
Assistant United States Attorney
Northern District of California
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Attorneys for United States of America and United States Department of the Navy

Barry P. Stanley, Esquire
Kutak Rock LLP
1101 Connecticut Avenue, NW
Suite 1000
Washington DC 20036-4374
Attorneys for United States of America