Peter A. Lynch (SBN 123603)
COZEN O'CONNOR
501 West Broadway, Suite 1610
San Diego, California 92101
Telephone: 619.234.1700
Facsimile: 619.234.7831
Attorneys for Plaintiff,
AMERICAN INTERNATIONAL SPECIALTY
LINES INSURANCE COMPANY

**IN THE UNITED STATES COURT
OF FEDERAL CLAIMS**

| | |
|---|---|
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | **CASE NO.: 05-1020C** |

**CERTIFICATION OF SERVICE**

I hereby certify that on the 30 day of November, 2005, a true and correct copy of the foregoing pleading was served by electronic mail to:

Kyle Chadwick, Esquire
US Department of Justice, Civil Division
Commercial Litigation Branch
1100 "L" Street NW, Room 7062
Washington, DC 20530

Michael B. Heister, Esquire
US Department of Justice
Environmental and Natural Resources Division
Environmental Defense Section
601 "D" Street, NW, Suite 8542
Washington, DC 20004

Kevin V. Ryan, Esquire
United States Attorney
Charles M. O'Connor, Esquire
Assistant United States Attorney
Northern District of California
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

Barry P. Stanley, Esquire
Kutak Rock LLP
1101 Connecticut Avenue, NW
Suite 1000
Washington DC 20036-4374

/s/ Peter A. Lynch
PETER A. LYNCH