# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * | * | |
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, | * | |
| | * | |
| Plaintiff, | | No. 05-1020C |
| | * | |
| v. | | Filed: December 1, 2005 |
| | * | |
| UNITED STATES OF AMERICA, | | |
| | * | |
| Defendant. | | |
| | * | |
| * * * * * * * * | * | |

**ORDER**

The Motion to Admit Peter J. Fontaine pro hac vice to participate in American International Specialty Lines Insurance Co. v. United States, No. 05-1020 is GRANTED. RCFC 83.1(c)(1) permits only one attorney of record for a party. Attorneys assisting the attorney of record are designated "of counsel." The attorney of record in this matter is Peter Andrew Lynch. Attorneys who are members of the bar of this court may sign filings on behalf of the attorney of record. RCFC 83.1(c)(2).

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge