IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 05-1020C |
| | ) | |
| v. | ) | Judge Robert H. Hodges, Jr. |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO SUBSTITUTE COUNSEL**

Plaintiff American International Specialty Lines Insurance Company ("AISLIC"), by counsel, pursuant to Rule 83.1(c)(4) of the Rules of the United States Court of Federal Claims ("RCFC"), hereby moves for leave to substitute T. Michael Guiffré as attorney of record for Plaintiff in the above-referenced matter.

A declaration of appointment supporting Plaintiff's motion is attached hereto as Exhibit A.

Peter A. Lynch, Esq., and Peter J. Fontaine, Esq., Plaintiff's previous counsel, consent to substitution and have authorized us to represent such fact to the Court on their behalf.

Service of all papers by opposing parties should be addressed as follows:

T. Michael Guiffré
Patton Boggs LLP
2550 M Street, NW
Washington, DC 20037

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this unopposed motion to substitute counsel.

Respectfully submitted,

s/T. Michael Guiffré

T. Michael Guiffré
Benjamin G. Chew (pending admission *pro hac vice*)
J. Gordon Arbuckle
Daniel R. Addison (pending admission *pro hac vice*)
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315

Attorneys for Plaintiff American International Specialty Lines Insurance Company

December 20, 2005

# **EXHIBIT A**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, | ) | |
| Plaintiff, | ) | No. 05-1020C |
| v. | ) | Judge Robert H. Hodges, Jr. |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DECLARATION OF APPOINTMENT**

I, T. Michael Guiffré, for my declaration pursuant to 28 U.S.C. § 1746, hereby depose and state as follows:

1. My name is T. Michael Guiffré, and I have personal knowledge of the matters attested to herein.

2. I am an attorney at the law firm of Patton Boggs LLP, 2550 M Street, NW, Washington, DC 20037.

3. Plaintiff American International Specialty Lines Insurance Company ("AISLIC") has retained me as attorney of record and the firm Patton Boggs LLP to serve as its substitute counsel in the above-referenced matter.

4. AISLIC has authorized me to file on its behalf a motion for leave to substitute counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 20, 2005.

s/T. Michael Guiffré
T. Michael Guiffré

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 05-1020C |
| | ) | |
| v. | ) | Judge Robert H. Hodges, Jr. |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

This matter having come before the Court on Plaintiff's Unopposed Motion for Leave to Substitute Counsel, this court finds just cause to GRANT same and rule as follows. Wherefore, it is hereby:

ORDERED, that the attorney of record in this matter is T. Michael Guiffré. Attorneys assisting the attorney of record are designated "of counsel."

So Ordered this _____ day of ____________, 20__.

______________________________
Judge, U.S. Court of Federal Claims

CERTIFICATE OF FILING

I certify that on December 20, 2005, the foregoing motion was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/T. Michael Guiffré
T. Michael Guiffré