# In the United States Court of Federal Claims

* * * * * * * *

AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, *

Plaintiff, * No. 05-1020C

v. * Filed: December 20, 2005

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * * *

**ORDER**

Plaintiff's Unopposed Motion for Leave to Substitute Counsel is GRANTED. The attorney of record in this matter is T. Michael Guiffré. Attorneys assisting the attorney of record shall be designated "of counsel."

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge