# In the United States Court of Federal Claims

* * * * * * * *

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, | * | |
| | * | |
| Plaintiff, | | No. 05-1020C |
| | * | |
| v. | | Filed: December 20, 2005 |
| | * | |
| UNITED STATES OF AMERICA, | | |
| | * | |
| Defendant. | | |
| | * | |

* * * * * * * *

**ORDER**

Plaintiff's unopposed request for enlargement to January 27, 2006 to respond to Defendant's Motion to Dismiss is GRANTED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge