# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * | * | |
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, | * * * | |
| | * | |
| Plaintiff, | * | Docket No. 05-1020C |
| | * | |
| v. | * | Filed: January 19, 2006 |
| | * | |
| THE UNITED STATES, | * | |
| | * | |
| Defendant. | * | |
| | * | |
| * * * * * * * * * * * * * | * | |

ORDER OF REASSIGNMENT

Pursuant to Rule 40.1(b) of the Rules of the United States Court of Federal Claims, which permits reassignment of a case if necessary for the efficient administration of justice, this case is transferred to Judge Margaret M. Sweeney with her consent.

IT IS SO ORDERED.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge