


Exhibit 1 page 141

# Exhibit 1

# Attachment C

*Figure 1-3*


LEGEND
PARCEL BOUNDARY
N
200 0 200 400
SCALE: 1" = 400'
FIGURE 1-3
EAST HOUSING AREA
ALAMEDA POINT
ALAMEDA, CALIFORNIA
171
170
12/17/99 /data3/alameda/fuelwork/easthouse.aml easthouse.mop BB

# Exhibit 1

# Attachment D

DEPARTMENT OF THE NAVY
SOUTHWEST DIVISION
NAVAL FACILITIES ENGINEERING COMMAND
1220 PACIFIC HIGHWAY
SAN DIEGO, CA 92132-5190

5090
Ser 06CA/0231
April 5, 2000

SUBJ: RECORD OF DECISION FOR THE DISPOSAL AND REUSE OF NAVAL AIR STATION ALAMEDA, CALIFORNIA, AND THE FLEET AND INDUSTRIAL SUPPLY CENTER OAKLAND'S ALAMEDA ANNEX AND FACILITY, ALAMEDA, CALIFORNIA

1. The Department of the Navy (Navy), pursuant to Section 102(2)(C) of the National Environmental Policy Act of 1969 (NEPA), 42 U.S.C. § 4332(2)(C) (1994), and the regulations of the Council on Environmental Quality that implement NEPA procedures, 40 C.F.R. Parts 1500-1508, hereby announces its decision to dispose of Naval Air Station Alameda and the Fleet Industrial Supply Center Oakland's Alameda Annex and Facility Alameda Annex, which are located in Alameda, California.

2. Under the authority of the Defense Base Closure and Realignment Act of 1990, Public Law 101-510, 10 U.S.C. § 2687 note (1994), the 1993 Defense Base Closure and Realignment Commission recommended the closure of Naval Air Station Alameda. This recommendation was approved by President Clinton and accepted by the One Hundred Third Congress in 1993. The Naval Air Station closed on April 30, 1997.

3. Also under the authority of the Defense Base Closure and Realignment Act of 1990, the 1995 Defense Base Closure and Realignment Commission recommended the closure of the Fleet and Industrial Supply Center (FISC) Oakland. The Alameda Annex was part of the Navy supply complex at FISC Oakland. This recommendation was approved by President Clinton and accepted by the One Hundred Fourth Congress in 1995. The Alameda Annex closed on September 30, 1998. Because the Alameda Annex was part of the FISC Oakland property, Section 2867 of Public Law 104-106 authorizes Navy to convey the Annex property to the City of Alameda. This authority is independent of the Defense Base Closure and Realignment Act of 1990 as well as the Federal Property and Administrative Services Act of 1949, 40 U.S.C. § 484 (1994), and its implementing regulations, the Federal Property Management Regulations, 41 C.F.R. Part 101-47.

4. The Navy analyzed the impacts of the disposal and reuse of Naval Air Station Alameda and the Alameda Annex in an Environmental Impact Statement (EIS) as required by NEPA. The EIS analyzed four reuse alternatives and identified the NAS Alameda Community Reuse Plan (Reuse Plan), adopted by the Alameda Reuse and Redevelopment Authority on September 3, 1997 as the Preferred Alternative.

SUBJ: RECORD OF DECISION FOR THE DISPOSAL AND REUSE OF NAVAL AIR STATION ALAMEDA, CALIFORNIA, AND THE FLEET AND INDUSTRIAL SUPPLY CENTER OAKLAND'S ALMEDA ANNEX AND FACILITY, ALAMEDA, CALIFORNIA

5. The Navy published a Notice of Intent in the Federal Register on February 22, 1996, announcing that the Navy would prepare an EIS for the disposal and reuse of Naval Air Station Alameda and the Alameda Annex. On March 13, 1996, the Navy held a public scoping meeting at the Alameda High School in Alameda, and the scoping period concluded on March 29, 1996. The Navy distributed the Draft EIS to Federal, State, and local agencies, elected officials, interested parties, and the general public on April 16, 1999, and commenced a 45-day public review and comment period. On May 18, 1999, Navy held a public hearing at Alameda High School to receive comments on the Draft EIS. The Navy's responses to the public comments on the Draft EIS were incorporated in the Final EIS, which was distributed to the public on October 29, 1999, for a review period that concluded on November 29, 1999. Based on the Final EIS, the Navy issued its Record of Decision, detailing its decision to dispose of Naval Air Station Alameda in a manner consistent with the Alameda Reuse and Redevelopment Authority's Reuse Plan for the property. The Navy plans to dispose of the Federal property at the Alameda Annex under the authority of Section 2867 of Public Law 104-106. The Record of Decision was published in the Federal Register on March 9, 2000, completing the NEPA process.

6. The Record of Decision is attached for your information. Should you have any questions, please contact Mr. Robert Montana, Code 06CM, at the letterhead address. Mr. Montana can be reached at telephone (619) 532-0942. Thank you for your interest and participation in the NEPA EIS process for Naval Air Station Alameda and the Alameda Annex.

Sincerely,

RON PLASEIED
Base Closure Manager
By direction of the Commander

Attachment

**BILLING CODE 3810-FF**

**DEPARTMENT OF DEFENSE**

**DEPARTMENT OF THE NAVY**

**RECORD OF DECISION FOR THE DISPOSAL AND REUSE OF NAVAL AIR STATION ALAMEDA, CALIFORNIA, AND THE FLEET AND INDUSTRIAL SUPPLY CENTER OAKLAND'S ALAMEDA ANNEX AND FACILITY, ALAMEDA, CALIFORNIA**

**SUMMARY:** The Department of the Navy (Navy), pursuant to Section 102(2)(C) of the National Environmental Policy Act of 1969 (NEPA), 42 U.S.C. § 4332(2)(C) (1994), and the regulations of the Council on Environmental Quality that implement NEPA procedures, 40 C.F.R. Parts 1500-1508, hereby announces its decision to dispose of Naval Air Station (NAS) Alameda and the Fleet and Industrial Supply Center Oakland's Alameda Annex and Facility (Alameda Annex), which are located in Alameda, California.

Navy analyzed the impacts of the disposal and reuse of NAS Alameda and the Alameda Annex in an Environmental Impact Statement (EIS) as required by NEPA. The EIS analyzed four reuse alternatives and identified the NAS Alameda Community Reuse Plan (Reuse Plan), adopted by the Alameda Reuse and Redevelopment Authority (ARRA) on September 3, 1997, and described in the EIS as the Reuse Plan Alternative, as the Preferred Alternative.

The Preferred Alternative proposed to use NAS Alameda and the Alameda Annex for residential, educational, industrial and commercial activities and to develop parks and recreational

areas. The Alameda Reuse and Redevelopment Authority is the Local Redevelopment Authority (LRA) for NAS Alameda. Department of Defense Rule on Revitalizing Base Closure Communities and Community Assistance (DoD Rule), 32 C.F.R. § 176.20(a).

Navy intends to dispose of NAS Alameda in a manner that is consistent with the Reuse Plan. Navy has determined that the mixed land use proposed for NAS Alameda will meet the goals of achieving local economic redevelopment, creating new jobs, and providing additional housing, while limiting adverse environmental impacts and ensuring land uses that are compatible with adjacent property.

Navy plans to dispose of the Alameda Annex under the authority of Section 2834(b) of the National Defense Authorization Act for Fiscal Year 1993, Public Law 102-484, as amended by Section 2833 of the National Defense Authorization Act for Fiscal Year 1994, Public Law 103-160, Section 2821 of the National Defense Authorization Act for Fiscal Year 1995, Public Law 103-337, and Section 2867 of the National Defense Authorization Act for Fiscal Year 1996, Public Law 104-106. Section 2687 of Public Law 104-106 authorizes the Secretary of the Navy to convey property associated with the Fleet and Industrial Supply Center at Oakland to the City of Alameda.

This Record Of Decision does not mandate a specific mix of land uses. Rather, it leaves selection of the particular means

to achieve the proposed redevelopment to the acquiring entities and the local zoning authority.

**BACKGROUND**: Under the authority of the Defense Base Closure and Realignment Act of 1990 (DBCRA), Public Law 101-510, 10 U.S.C. § 2687 note (1994), the 1993 Defense Base Closure and Realignment Commission recommended the closure of Naval Air Station Alameda. This recommendation was approved by President Clinton and accepted by the One Hundred Third Congress in 1993. The Naval Air Station closed on April 30, 1997.

Nearly all of NAS Alameda is located in the City of Alameda. The southwest corner of the property is located in the City of San Francisco. The Air Station is bounded on the north by the Oakland Inner Harbor; on the east by the City of Alameda and the Alameda Annex; and on the south and west by San Francisco Bay. The Navy property covers about 2,515 acres, of which 960 acres are submerged. Navy controls an additional 159 acres (of which 154 acres are submerged) by way of a lease with the City of Alameda. Navy also controls about two acres by way of easements for utilities.

Under the authority of the Defense Base Closure and Realignment Act of 1990, Public Law 101-510, 10 U.S.C. § 2687 note (1994), the 1995 Defense Base Closure and Realignment Commission recommended the closure of Fleet and Industrial Supply Center (FISC) Oakland. The Alameda Annex and Facility were part

of the Navy supply complex at FISC Oakland. This recommendation was approved by President Clinton and accepted by the One Hundred Fourth Congress in 1995. The Alameda Annex closed on September 30, 1998.

Because the Alameda Annex was part of the FISC Oakland property, Section 2867 of Public Law 104-106 authorizes Navy to convey the Annex property to the City of Alameda. This authority is independent of the Defense Base Closure and Realignment Act of 1990 as well as the Federal Property and Administrative Services Act of 1949, 40 U.S.C. § 484 (1994), and its implementing regulations, the Federal Property Management Regulations, 41 C.F.R. Part 101-47.

The Alameda Annex is located adjacent to and east of NAS Alameda and is situated within the boundaries of the City of Alameda. The Alameda Annex property is bounded on the north by the Oakland Inner Harbor; on the east and south by the City of Alameda; and on the south and west by NAS Alameda. This Navy property covers about 147 acres, of which six acres are submerged.

During the Federal screening process, three Federal agencies requested interagency transfers of base closure property at NAS Alameda and the Alameda Annex. These included the Department of the Interior's United States Fish And Wildlife Service, the United States Coast Guard, and the Department of Transportation's

Maritime Administration (MARAD).

Navy will transfer about 900 acres (of which 375 acres are submerged) in the western and southwestern parts of NAS Alameda to the United States Fish And Wildlife Service, which will establish the Alameda National Wildlife Refuge. This Refuge will protect the Federally-listed endangered California least tern, the endangered California brown pelican, and several species of migratory birds protected under the Migratory Bird Treaty Act of 1918, 16 U.S.C. §§ 703-712 (1994).

Navy may transfer 582 residential units, an administrative building (Building 545), and about 69 acres in the eastern part of NAS Alameda to the United States Coast Guard. The Coast Guard would continue to use these residences and Building 545 for its housing and administrative requirements.

The Maritime Administration requested piers at both NAS Alameda and the Alameda Annex to berth vessels that are elements of the Ready Reserve Force. The Maritime Administration subsequently withdrew its request for piers at NAS Alameda. On March 30, 1998, Navy disapproved MARAD's request for an interagency transfer of piers at the Alameda Annex.

The remaining 1,546 acres of Navy property at NAS Alameda are surplus to the needs of the Federal Government. The entire 147 acres of Navy property at the Alameda Annex are available for disposal under the authority of Public Law 102-484, as amended by

Public Law 103-160, Public Law 103-337, and Public Law 104-106.

This Record Of Decision addresses the disposal and reuse of those parts of NAS Alameda that are surplus to the needs of the Federal Government and the entire Alameda Annex property. Navy will transfer its interests in the utility easements at NAS Alameda to local utility providers or the underlying property owners. In addition, Navy will return the 159 acres currently leased from the City of Alameda to the City on or before termination of the lease on June 30, 2005.

The surplus property at NAS Alameda is composed of aviation facilities including parts of the runways and taxiways and seven hangars. Most of the runways and taxiways are located on property that Navy will transfer to the United States Fish And Wildlife Service. The Air Station also contains industrial and warehouse buildings, administrative offices, personnel support facilities, residential facilities, recreational facilities and areas, a seaplane lagoon, wharves, and three piers. The Alameda Annex property contains warehouses, wharves, administrative offices, and open storage areas.

Of the 1,546 acres of surplus property at NAS Alameda, there are about 1,482 acres available to the City for economic redevelopment. The City proposes to develop residential, educational, industrial and commercial facilities on this property.

Navy will dispose of the remaining 64 acres of surplus property at NAS Alameda by way of public benefit conveyances. Navy will assign seven acres in the center of the Coast Guard housing property to the United States Department of Education for subsequent conveyance to the Alameda Unified School District to permit the continuing use of the George P. Miller Elementary School and adjacent child care facility. Navy will assign 57 acres in the northern part of NAS Alameda to the United States Department of the Interior for subsequent conveyance to the City of Alameda for use as parks and recreational areas.

Navy plans to dispose of the entire Alameda Annex property, covering about 147 acres, under the authority of Section 2834(b) of Public Law 102-484, as amended by Section 2833 of Public Law 103-160, Section 2821 of Public Law 103-337, and Section 2867 of Public Law 104-106.

Navy published a Notice Of Intent in the Federal Register on February 22, 1996, announcing that Navy would prepare an EIS for the disposal and reuse of Naval Air Station Alameda and the Alameda Annex. On March 13, 1996, Navy held a public scoping meeting at Alameda High School in Alameda, and the scoping period concluded on March 29, 1996.

Navy distributed the Draft EIS (DEIS) to Federal, State, and local agencies, elected officials, interested parties, and the general public on April 16, 1999, and commenced a 45-day public review and comment period. During this period, Federal, State, and local agencies, community groups and associations, and interested persons submitted oral and written comments concerning the DEIS. On May 18, 1999, Navy held a public hearing at Alameda High School to receive comments on the DEIS.

Navy's responses to the public comments on the DEIS were incorporated in the Final EIS (FEIS), which was distributed to the public on October 29, 1999, for a review period that concluded on November 29, 1999. Navy received nine letters commenting on the FEIS.

**ALTERNATIVES:** NEPA requires Navy to evaluate a reasonable range of alternatives for the disposal and reuse of this Federal property. In the FEIS, Navy analyzed the environmental impacts of four reuse alternatives. Navy also evaluated a "No Action" alternative that would leave the property in caretaker status with Navy maintaining the physical condition of the property, providing a security force, and making repairs essential to safety.

On July 14, 1993, the City Council of Alameda established the Alameda Base Reuse Advisory Group to advise the City Council concerning base conversion issues. The Advisory Group also

provided a forum for public participation in the reuse planning process. The Advisory Group held four public workshops on November 6, 1993, October 12, 1994, October 29, 1994, and January 28, 1995, where it solicited comments concerning reuse of the base.

On April 5, 1994, the City of Alameda and Alameda County established the Alameda Reuse and Redevelopment Authority as a joint powers authority responsible for managing the reuse planning process for NAS Alameda. Between April 1994 and January 1996, ARRA issued newsletters and held regular public meetings where it provided status reports and solicited additional comments concerning reuse of the Naval property. On January 31, 1996, ARRA adopted the NAS Alameda Community Reuse Plan, dated January 1996. ARRA Resolution No. 011.

On June 4, 1997, ARRA modified the January 1996 reuse plan by adding office and commercial uses to the center of the Air Station and reducing the amount of property dedicated to educational activities there. It also designated 17 acres in the northwest part of the Air Station for use as a sports complex. On September 3, 1997, ARRA modified the January 1996 reuse plan further to recognize the boundaries and extent of property that Navy will transfer to the United States Fish And Wildlife Service.

The Reuse Plan divided the property at NAS Alameda and the Alameda Annex into six planning areas. The Civic Core, Planning Area One, covers about 334 acres in the center of NAS Alameda. This planning area contains the main administrative buildings and parade ground, several barracks, a swimming pool and gymnasium complex, medical clinics, a post office, and restaurants. The western and southern parts of this planning area contain industrial buildings, warehouses, and seven aircraft hangars.

The Main Street Neighborhoods, Planning Area Two, covers about 265 acres in the northeastern part of NAS Alameda and the southern part of the Alameda Annex. It lies east of the Civic Core planning area and contains the residential areas on NAS Alameda and industrial buildings at the Alameda Annex.

The Inner Harbor, Planning Area Three, covers about 120 acres in the southeastern part of NAS Alameda. This planning area contains industrial buildings, warehouses, and a park.

The North Waterfront, Planning Area Four, covers about 88 acres situated in the northern part of the Alameda Annex along the Oakland Inner Harbor. This planning area contains wharves and warehouses.

The Marina, Planning Area Five, covers about 125 acres around the seaplane lagoon in the southern part of NAS Alameda along San Francisco Bay, south of the Civic Core planning area. This planning area contains three piers, two wharves, several

buildings and open space.

The northwest part of the Air Station along the Oakland Inner Harbor, designated in the Reuse Plan as the Northwest Territories, Planning Area Six, covers about 272 acres located north of the proposed Alameda National Wildlife Refuge. This planning area includes parts of the runways and taxiways.

The Reuse Plan, identified in the FEIS as the Preferred Alternative, proposed a mix of land uses for each of the six planning areas. The Preferred Alternative would develop residential, educational, industrial, and commercial activities as well as parks and recreational areas. It will be necessary to make extensive utility infrastructure and roadway improvements to support the Reuse Plan's proposed redevelopment of NAS Alameda and the Alameda Annex.

In the Civic Core planning area, the Preferred Alternative would develop a mixed use office and institutional center, providing about 916,000 square feet of existing space and an additional 2,279,000 square feet of space to be built. This center would be composed of offices and educational and commercial facilities.

On 37 acres in the northern part of the Civic Core, this Alternative would build athletic fields and recreational facilities and expand the existing parade ground into a larger open space mall covering 57 acres. The Preferred Alternative

would build 192 townhouses on 16 acres in this part of the base. It would also dedicate 52,000 square feet of space to commercial activities that would support the new residents. The commercial activities would include restaurants, cafes, convenience stores, retail stores, and department stores. About one third of the buildings in this planning area would be demolished to accommodate the proposed redevelopment.

On 236 acres in the Main Streets Neighborhoods planning area, the Preferred Alternative would develop a mix of housing units, with 1,314 single family homes and 174 attached homes composed of existing residential units and new construction. On 21 acres, this Alternative would continue to use the George P. Miller Elementary School and adjacent child care center and build a new elementary school to support the proposed residential complex. This Alternative would use the Navy Lodge as a shelter; build small retail and commercial stores on four acres; and reserve an additional four acres for parks and recreational activities.

In the northern part of the Inner Harbor planning area, the Preferred Alternative would develop about 910,000 square feet of space for light industrial activities. This development would also provide offices, restaurants, and service industries that would support the light industrial activities. On 36 acres in the southern part of the Inner Harbor area, this Alternative

would develop a regional park to be included in the Bay Trail System. On 13 acres, it would develop a recreational vehicle park with a capacity of 135 recreational vehicles. Where feasible, the existing roadways in this part of the base would be extended to connect with the residential neighborhood outside the Air Station property.

In the northern part of the North Waterfront planning area, the Preferred Alternative would demolish all of the existing structures and develop 418,000 square feet of space for mixed use facilities including offices. This Alternative would also develop a hotel, restaurants, a passenger ferry service, and a waterfront promenade here. On 12 acres, this Alternative would build 144 units of attached waterfront housing along the Oakland Inner Harbor.

In the southern part of the North Waterfront planning area, the Preferred Alternative would develop 993,000 square feet of space for light industrial and research and development activities. On eight acres at the western edge of this planning area, east of the George P. Miller Elementary School, it would develop an alternative education high school, a regional kitchen facility, a parking area, a storage area, and maintenance facilities for the Alameda Unified School District.

The Preferred Alternative would develop the Marina planning area as a commercial marina. This Alternative would build a

900-slip marina in the seaplane lagoon to accommodate private and public vessels and facilities for a passenger ferry service and deep draft yachts. The three piers in the southeastern part of the Marina would be used to accommodate large cruise ships and historic vessels such as the former USS Hornet, a World War II Aircraft Carrier that is currently moored at Pier Three under a lease between ARRA and the Aircraft Carrier Hornet Foundation. This Alternative would also develop about 264,000 square feet of space for light industrial and commercial marine activities.

In the northern part of the Marina planning area, the Preferred Alternative would develop a promenade and a civic plaza. Near the plaza, this Alternative would develop facilities for civic uses such as offices, a cultural arts center or theater, and recreational activities. It would also build a hotel and conference center on four acres in this part of the base.

On 32 acres along the eastern shore of the seaplane lagoon, the Preferred Alternative would build 384 residential units composed of artists' lofts, low to moderate income apartments, and townhouses. It would allocate 100 of the 900 marina slips for those who wish to live aboard their vessels. All of the large industrial buildings in this planning area would be demolished to accommodate the proposed redevelopment.

In the western part of the Northwest Territories planning area, the Preferred Alternative would build a 162-acre links golf course, a clubhouse on six acres, and a conference center. This Alternative would also develop a 29-acre park along the shore of the Oakland Inner Harbor.

On 58 acres in the center of the Northwest Territories planning area, the Preferred Alternative would develop an international trade and commerce zone that would provide about 980,000 square feet of space. On 17 acres in the eastern part of the Northwest Territories, this Alternative would develop athletic fields that would be associated with the sports complex proposed for the Civic Core planning area.

Navy analyzed a second "action" alternative, described in the FEIS as the Seaport Alternative. Navy considered this Alternative in response to the San Francisco Bay Conservation and Development Commission's designation (in its San Francisco Bay Plan) of 220 acres in the northwestern part of NAS Alameda along the Oakland Inner Harbor for future use as a port. On September 18, 1997, the Commission removed this port priority use designation when it amended the San Francisco Bay Plan and the San Francisco Bay Area Seaport Plan.

The Seaport Alternative proposed land uses similar to those in the Reuse Plan. However, the Seaport Alternative proposed to develop a port facility with five container ship berths instead

of the golf-course and international trade zone in the Northwest Territories and would develop a college campus instead of light industrial facilities in the Civic Core. The proposed port facilities in the Northwest Territories planning area would require construction of an additional transportation link such as a bridge, a tunnel, or a high rise crane in order to transport cargo across the Oakland Inner Harbor between Alameda and the Port of Oakland.

In the Civic Core planning area, the Seaport Alternative would use about 916,000 square feet of existing space for a college campus and would develop an additional 2,279,000 square feet of space for a mixed use office and institutional center. This Alternative would expand the existing parade ground into a larger open space mall covering 57 acres and would build 192 townhouses on 16 acres in this part of the base. It would also dedicate 52,000 square feet of space to commercial activities that would support the new residents. The commercial activities would include restaurants, cafes, convenience stores, retail stores, and department stores. About one third of the buildings in this planning area would be demolished to accommodate the proposed redevelopment.

On 236 acres in the Main Streets Neighborhoods planning area, the Seaport Alternative would develop a mix of housing units, with 1,314 single family homes and 174 attached homes

composed of existing residential units and new construction. On 21 acres, this Alternative would continue to use the George P. Miller Elementary School and adjacent child care center and build a new elementary school to support the proposed residential complex. This Alternative would use the Navy Lodge as a shelter; build small retail and commercial stores on four acres; and reserve an additional four acres for parks and recreational activities.

On 63 acres in the northern part of the Inner Harbor planning area, the Seaport Alternative would develop a residential complex with 378 single family homes. This Alternative would reserve eight acres for a school to be built in the future. On 49 acres in the southern part of the Inner Harbor area, the Seaport Alternative would develop a regional park to be included in the Bay Trail System. Where feasible, the existing roadways in this part of the base would be extended to connect with the residential neighborhood outside the Air Station property.

In the northern part of the North Waterfront planning area, the Seaport Alternative would demolish all of the existing structures and develop 418,000 square feet of space for mixed use facilities including offices. This Alternative would also develop restaurants, a passenger ferry service, and a waterfront promenade here. On 46 acres, this Alternative would build 552

units of attached waterfront housing along the Oakland Inner Harbor.

On eight acres at the western edge of this planning area, east of the George P. Miller Elementary School, the Seaport Alternative would develop an alternative education high school, a regional kitchen facility, a parking area, a storage area, and maintenance facilities for the Alameda Unified School District.

The Seaport Alternative would develop the Marina planning area as a commercial marina. It would build a 500-slip marina in the seaplane lagoon to accommodate private and public vessels and facilities for a passenger ferry service and deep draft yachts. The three piers in the southeastern part of this planning area would be used to accommodate large cruise ships and historic vessels such as the former USS Hornet. This Alternative would also develop about 264,000 square feet of space for light industrial and commercial marine activities.

In the northern part of the Marina planning area, the Seaport Alternative would develop a promenade and a civic plaza. Near the plaza, this Alternative would develop facilities for civic uses such as offices, a cultural arts center or theater, and recreational activities. It would also build a hotel and conference center on four acres in this part of the base.

On 32 acres along the eastern shore of the seaplane lagoon, the Seaport Alternative would build 384 residential units

composed of artists' lofts, low to moderate income apartments, and townhouses. All of the large industrial buildings in this planning area would be demolished to accommodate the proposed redevelopment.

In the Northwest Territories planning area along the Oakland Inner Harbor, the Seaport Alternative would build a five-berth container ship port facility and container storage yard on 220 acres. The port facility would require a substantial amount of dredging in the Inner Harbor and the installation of several large cranes along the waterfront. This Alternative would also develop roads and rail service to move cargo. It would reserve 52 acres for parks and recreational activities.

Navy analyzed a third "action" alternative, described in the FEIS as the Residential Alternative. This Alternative would increase the amount of property dedicated to residential uses in the Civic Core, Inner Harbor, North Waterfront and Northwest Territories planning areas compared with that proposed under the Reuse Plan. The Residential Alternative would develop 5,456 residential units compared with the 2,378 residential units that the Preferred Alternative would develop.

In the Civic Core planning area, the Residential Alternative would use about 916,000 square feet of existing space for a college campus and develop an additional 1,278,000 square feet of space for a mixed use office and institutional center. It would