The Department of Defense's goal, as set forth in Section 174.4 of the DoD Rule, is to help base closure communities achieve rapid economic recovery through expeditious reuse and redevelopment of the assets at closing bases, taking into consideration local market conditions and locally developed reuse plans. Thus, the Department has adopted a consultative approach with each community to ensure that property disposal decisions consider the LRA's reuse plan and encourage job creation. As a part of this cooperative approach, the base closure community's interests, as reflected in its zoning for the area, play a significant role in determining the range of alternatives considered in the environmental analysis for property disposal. Furthermore, Section 175.7(d)(3) of the DoD Rule provides that the LRA's plan generally will be used as the basis for the proposed disposal action.

The Federal Property and Administrative Services Act of 1949, 40 U.S.C. § 484 (1994), as implemented by the FPMR, identifies several mechanisms for disposing of surplus base closure property: by public benefit conveyance (FPMR Sec. 101-47.303-2); by negotiated sale (FPMR Sec. 101-47.304-9); and by competitive sale (FPMR Sec. 101-47.304-7). Additionally, in Section 2905(b)(4), the DBCRA established economic development conveyances as a means of disposing of surplus base closure property. The selection of any particular method of conveyance

merely implements the Federal agency's decision to dispose of the property. Decisions concerning whether to undertake a public benefit conveyance or an economic development conveyance, or to sell property by negotiation or by competitive bid, are left to the Federal agency's discretion. Selecting a method of disposal implicates a broad range of factors and rests solely within the Secretary of the Navy's discretion.

**CONCLUSION:** The LRA's proposed reuse of NAS Alameda, reflected in the Reuse Plan, is consistent with the requirements of the FPMR and Section 174.4 of the DoD Rule. The LRA has determined in its Reuse Plan that the property should be used for various purposes including residential, educational, industrial, commercial, and park and recreational activities. The property's location, physical characteristics, and existing infrastructure as well as the current uses of adjacent property make it appropriate for the proposed uses.

The proposed reuse of NAS Alameda responds to local economic conditions, promotes rapid economic recovery from the impact of the closure of the base, and is consistent with President Clinton's Five-Part Plan For Revitalizing Base Closure Communities, which emphasizes local economic redevelopment and creation of new jobs as the means to revitalize these communities. 32 C.F.R. Parts 174 and 175, 59 Fed. Reg. 16,123 (1994).

Although the "No Action" Alternative has less potential for causing adverse environmental impacts, this Alternative would not take advantage of the locations, physical characteristics, and infrastructure of the Air Station and Annex or the current uses of adjacent property. Additionally, it would not foster local economic redevelopment of the base.

The acquiring entities, under the direction of Federal, State, and local agencies with regulatory authority over protected resources, will be responsible for adopting practicable means to avoid or minimize environmental harm that may result from implementing the Reuse Plan.

Accordingly, Navy will dispose of the surplus Federal property at NAS Alameda in a manner that is consistent with the Alameda Reuse and Redevelopment Authority's Reuse Plan for the property. Navy plans to dispose of the Federal property at the Alameda Annex under the authority of Section 2867 of Public Law 104-106.

February 29, 2000

WILLIAM J. CASSIDY, JR.
Deputy Assistant Secretary of the Navy
(Conversion And Redevelopment)

# Exhibit 1

# Attachment E

# MOA on Historic Preservation

# Exhibit E

MEMORANDUM OF AGREEMENT

BETWEEN

THE UNITED STATES OF AMERICA
ACTING BY AND THROUGH
THE SECRETARY OF THE NAVY
UNITED STATES DEPARTMENT OF THE NAVY

AND

THE ALAMEDA REUSE AND REDEVELOPMENT AUTHORITY

FOR THE CONVEYANCE OF
PORTIONS OF THE NAVAL AIR STATION ALAMEDA
FROM
THE UNITED STATES OF AMERICA
TO
THE ALAMEDA REUSE AND REDEVELOPMENT AUTHORITY

**DEPARTMENT OF THE NAVY**
ENGINEERING FIELD ACTIVITY, WEST
NAVAL FACILITIES ENGINEERING COMMAND
900 COMMODORE DRIVE
SAN BRUNO, CALIFORNIA 94066-5006

IN REPLY REFER TO:

5090.1B
703A/EP-1808

RECEIVED
OCT 12 1999
CITY OF ALAMEDA
ALAMEDA POINT

October 12, 1999

Mr. David Berger
Assistant City Manager
City of Alameda
2263 Santa Clara Avenue
Alameda, CA 94501

Dear Mr. Berger:

Enclosed is a copy of the fully executed Memorandum of Agreement for the layaway, caretaker maintenance, leasing and disposal of the former Naval Air Station, Alameda, California for your files. The Advisory Council on Historic Preservation retained the original document.

Thank you for the assistance you, Terri Highsmith, Elizabeth Johnson, and Judith Altschuler provided negotiating this agreement and getting it to and getting it before the City Council. Your combined efforts and coordination are gratefully appreciated.

Sincerely,

Louis S. Wall
Cultural Resources Program Coordinator
Environmental Planning Branch

Enclosure

Copy to:
Lee Keatinge, ACHP, Lakewood, CO w/out
D. Abeyta, Acting SHPO, Sacramento, CA w/out

# Memorandum of Agreement
# Among
# The United States Navy, The Advisory Council on Historic Preservation and The California State Historic Preservation Officer Regarding the Layaway, Caretaker Maintenance, Leasing, and Disposal of Historic Properties on the Former Naval Air Station, Alameda, California

WHEREAS, the Department of the Navy (Navy) has been directed to close, layaway, place in caretaker maintenance, and subsequently lease, sell, transfer, or otherwise dispose of properties at the former Naval Air Station (NAS), Alameda by the Base Realignment and Closure Act, as amended in 1993, and this undertaking will affect buildings and structures within the NAS Alameda Historic District, a property eligible for inclusion in the National Register of Historic Places (Register); and

WHEREAS, the south jetty of the Oakland Inner Harbor Jetties and Federal Channel Historic District, a property determined to qualify for listing on the National Register by the Army Corps of Engineers in consultation with the California State Historic Preservation Officer (SHPO), is on land under the jurisdiction and control of the former NAS Alameda; and

WHEREAS, the NAS Alameda Historic District and the south jetty of the Oakland Inner Harbor Jetties and Federal Channel Historic District are historic properties located within the limits of the City of Alameda (City), a Certified Local Government under Section 101(c) of the National Historic Preservation Act (Act), as amended; and

WHEREAS, the Navy has consulted with the Advisory Council on Historic Preservation (Council) and the California SHPO pursuant to 36 CFR Part 800, regulations implementing Section 106 of the National Historic Preservation Act of 1966, as amended (16 U.S.C. 470f); and

WHEREAS, upon disposal of the historic properties from the Navy to a non-federal entity, any Federal jurisdiction ceases and the jurisdiction of the historic property reverts exclusively to the City, and therefore, the City was invited to participate in the development of this agreement and has been invited to concur;

NOW, THEREFORE, the Navy, the Council and the California SHPO agree the layaway, caretaker maintenance, lease, sale, transfer, and disposal of the property included in the NAS Alameda Historic District and that portion of the Oakland Inner Harbor Jetties and Federal Channel Historic District shall be implemented in accordance with the following stipulations in order to take into account the effect of the undertaking on historic properties.

## Stipulations

The Navy will ensure that the following measures are carried out:

1. **National Register Nomination**.

The Navy shall prepare the National Register Nomination Form for the NAS Alameda Historic District and submit it to the Keeper of the National Register within one year from the date of execution of this agreement.

2. **Historic Artifacts and Records**.

a. The Navy has collected the items in the Naval Historical Center's (NHC) inventory of historic artifacts and other historically significant materials from the former NAS and Naval Air Depot, Alameda and secured them in temporary storage in Building 29 at NAS Alameda.

b. The items collected in 2.a. above that are listed on the NHC's inventory (APPENDIX A) will remain Navy property under the jurisdiction and control of the Director of the Naval Historical Center, Washington Naval Yard, District of Columbia, and will be placed either on permanent loan with a museum(s) on Alameda or in the greater San Francisco Bay area, or will be transported to other appropriate institutions where they will be permanently curated.

c. The Navy has coordinated the disposal of NAS Alameda's records, drawings, plans, and photographs with and transferred them to the National Archives Pacific-Sierra Region, San Bruno, CA.

3. **Layaway and Caretaker Maintenance**.

a. Prior to layaway and placement of historic properties into a caretaker maintenance status, the Navy shall follow the "Maintenance and Repair Guidelines for the NAS Alameda Historic District" (APPENDIX B) regarding routine repair and maintenance of historic properties within the NAS Alameda Historic District, and all actions taken in accordance with APPENDIX B may proceed without further consultation with SHPO or Council, except as specified in that document.

b. Until disposal or transfer, as the contributing historic properties are vacated, the Navy shall layaway and provide caretaker maintenance of the historic properties at the minimum levels described in APPENDIX C.

c. Prior to initiating any action which would irreversibly alter, damage or demolish a contributing historic building or structure which has been classified for Layaway Level 6 (No Reuse Likely) the Navy shall contact the Pacific-Great Basin Service Center, NPS, San Francisco, California to determine what level and kind of recordation is required for the property. Unless otherwise agreed to by NPS, the Navy shall ensure that all documentation is complete and accepted by the Historic American Buildings Survey/Historic American Engineering Record (HABS/HAER) prior to any irreversible alteration or demolition, and that copies of the documentation are provided to the California SHPO, the City and the Alameda library and historical museum(s).

4. Leasing of Historic Properties.

a. Prior to the transfer, sale or conveyance by some other means from the control and jurisdiction of the Navy, the Navy may enter into interim leases which will permit tenants to adaptively reuse contributing properties within the NAS Alameda Historic District, provided that the lease agreements require tenants to follow APPENDIX B in maintaining or adapting these historic properties for use.

b. The Navy shall inspect the leased contributing historic properties semi-annually to ensure that the conditions of APPENDIX B are followed in maintaining or adapting the historic property for other uses and shall take appropriate remedial action to assure compliance with APPENDIX B where deviations are observed. Appropriate remedial action shall include notification of SHPO and Council.

c. Where the City of Alameda requires modification to those buildings listed as contributing to the NAS Alameda Historic District to meet Fire-Safety or Americans with Disabilities Act requirements as a condition of occupancy, the Navy shall encourage the tenant or prospective subtenant to have the required modifications designed by an architect trained and experienced in the rehabilitation of historic buildings using the State Historical Building Code, Part 8, Title 24 of the California Code of Regulations.

d. To avoid intrusiveness and inappropriate signing within the Historic District tenants shall be required to follow the policy included in APPENDIX D governing the size, location, color, and lettering style of new signs to be installed within the Historic District.

5. Long Term Preservation Planning.

a. The Navy shall make an application to the City Council to place that portion of the Oakland Inner Harbor Jetties and Federal Channel Historic District on its "Historic Buildings Study List" and afford it the protection provided to listed properties.

b. The Navy has prepared a ***Guide to Preserving the Character of the Naval Air Station Alameda Historic District*** to assist the City and its Historical Advisory Board in administering the Historic District in accordance with the City's Building and Housing Ordinance Article VII, Historical Preservation, 13-21, "Preservation of Historical Monuments."

c. Within a calendar year from the execution of this agreement the City shall adopt an amendment to its Building and Housing Ordinance Article VII, Historical Preservation, 13-21, "Preservation of Historical Monuments" to include review of exterior modifications to historic structures consistent with the Secretary of the Interior's *Standards for Rehabilitation and Guidelines for Rehabilitating Historic Buildings*, and shall designate the NAS Alameda Historic District a Historical Monument and afford it all the protection and privileges provided such designated properties pursuant to the City's historic preservation ordinance.

d. The City will ensure that the Alameda Historical Advisory Board shall continue in its present role as described in the Alameda Ordinance 13-21, Preservation of Historical Monuments, increasing its area of responsibility to include the NAS Alameda Historic District.

e. When title to property located within the NAS Alameda Historic District, and that on which the South Jetty of the Oakland Inner Harbor Jetties and Federal Channel Historic District is located, is transferred from the Navy to a non-federal entity all undertakings affecting these properties will be administered exclusively in accordance with City codes and ordinances.

f. The City shall apprise prospective Historic District tenants and property owners of the financial tools and economic incentives that are available, including but not limited to the State Historical Building Code and Federal and State tax incentives, for the preservation and adaptive rehabilitation of historic properties.

g. Within 30 calendar days of execution of this agreement City shall seek the assistance of the National Trust for Historic Preservation for guidance on marketing the historic properties in the NAS Alameda Historic District.

6. <u>Document Review and Comment</u>.

The California SHPO shall be afforded thirty (30) days after receipt to comment on any documentation submitted by the Navy as a result of consultation efforts or otherwise the result of implementation of this agreement. Should the California SHPO decline to participate or fail to respond within thirty (30) days to a written request for comments, the Navy shall continue to consult with the Council to complete its responsibilities for the specific action.

7. <u>Annual Report and Review</u>.

On or before December 15 of each year, until the terms of this agreement have been fulfilled, or title to the historic properties have been transferred to non-federal entities, the Navy shall provide an annual report to the Council, California SHPO, and City addressing following topics:

a. status of the curation of artifacts,

b. identification of historic properties leased, transferred or conveyed to others,

c. status of the City's efforts to market and preserve the historic properties, and

d. list and explain any problems or unexpected issues encountered during the previous year.

8. **Resolving Objections**.

a. Should any party to this agreement object to any action carried out or proposed by the Navy with respect to the implementation of this agreement, the Navy shall consult with the objecting party to resolve the objection. If, after entering into such consultation, the Navy determines that the objection cannot be resolved through consultation directly with the objecting party, the Navy shall forward all relevant documentation to the Council, including the Navy's proposed response to the objection. The Council shall exercise one of the following options within 30 calendar days of receipt of all pertinent documentation:

(1) advise the Navy in writing that the Council concurs with the Navy's proposed response and final decision, if so indicated, whereupon the Navy shall respond to the objecting party in writing; or

(2) provide the Navy with written recommendations and/or comments, which the Navy shall take into account in reaching its final decision regarding its response to the objection in accordance with 36 CFR 800.6; or

(3) notify the Navy in writing that the Council shall provide written comments within a specified time frame pursuant to 36 CFR 800.6. The resulting comments shall be taken into account by the Navy in accordance with 36 CFR 800.6(c).

Should the Council fail to exercise one of the above options within 30 calendar days after receipt of all pertinent documentation, the Navy may assume the Council concurrence in the Navy's proposed response. In considering any party's comments, the Navy shall take into account any recommendation or comment with reference only to the subject of the objection. The Navy's responsibility to carry out all actions under this agreement that are not the subject of the objection shall remain unchanged and shall be executed accordingly.

b. At any time during implementation of the stipulations of this agreement, should an objection(s) pertaining to this agreement be raised by a member of the public, the Navy shall notify in writing the signatory parties to this agreement and take the objection into account. The Navy shall consult with the objector and, if requested by the objector, consult with any or all of the signatory parties to this agreement with respect to the objection.

9. **Amendments**.

Any party to this agreement may propose, in writing, to the Navy that the terms and/or stipulations of this agreement be amended. The Navy shall consult with the other parties to this agreement to consider such an amendment. 36 CFR 800.5 shall govern the execution of any such amendment once agreed upon by all parties.

10. **Anti-Deficiency Act.**

a. All requirements set forth in this agreement requiring the expenditure of Navy funds are expressly subject to the availability of appropriations and the requirements of the Anti-Deficiency Act (31 U.S.C. Section 1341). No obligation undertaken by the Navy under the terms of this Agreement shall require or be interpreted to require a commitment to expend funds not appropriated for a particular purpose.

b. If the Navy cannot perform any obligation set forth in this agreement because of the unavailability of funds, the Navy, California SHPO, City, and Council intend that the remainder of the agreement be executed. Any obligation under the agreement which cannot be performed because of the unavailability of funds must be renegotiated between the Navy, California SHPO, City and Council.

Execution of this agreement by the Navy, Council, and California SHPO, and subsequent implementation of its terms, shall be evidence that the Navy has afforded the Council an opportunity to comment on the Navy's undertakings and its effects on historic properties in accordance with Section 106 of the National Historic Preservation Act and its implementing regulations contained in 36 CFR Part 800.

**UNITED STATES NAVY, NAVAL FACILITIES ENGINEERING COMMAND, ENGINEERING FIELD ACTIVITY WEST, SAN BRUNO, CA.**

BY: G. J. Buchanan Date: SEP 01 1999
Print Name of Title of Signer: G. J. Buchanan, CAPT USN CEC, Commanding Officer

**CALIFORNIA STATE HISTORIC PRESERVATION OFFICER**

BY: Daniel Abeyta Date: 9/31/99
Print Name & Title of Signer: Daniel Abeyta Acting SHPO

**ADVISORY COUNCIL ON HISTORIC PRESERVATION**

BY: John M. Fowler Date: 10/5/99
Print Name & Title of Signer: JOHN FOWLER, EXECUTIVE DIRECTOR

**CONCUR:**
**CITY OF ALAMEDA**

BY: Date: 9-24-99
Print Name & Title of Signer: JAMES M. FLINT, CITY MANAGER

Approved as to Form
CITY ATTORNEY
By:
Assist. Assistant City Attorney

Exhibit 1 page 202

Recommended for Approval:

# APPENDICES

**APPENDIX A** - Naval Historical Center Curator Accession/Catalog July 2, 1997

**APPENDIX B** - Maintenance and Repair Guidelines for Naval Air Station Alameda Historic District

**APPENDIX C** - Layaway and Caretaker Maintenance Standards

**APPENDIX D** - Sign Procedures

# Exhibit 1

# Attachment E

*Appendix A*

APPENDIX A

| NAVAL HISTORICAL CENTER CURATOR BRANCH INVENTORY REPORT | NAVY DEPARTMENT CURATOR ACCESSION NUMBER 97-61- |
|---|---|
| | DATE - |
| COMMAND/ACTIVITY NAME | NAVAL AIR STATION |
| | ALAMEDA, CA |
| | |
| | LOCATION: NAS ALAMEDA BUILDING 29 |

| NAVY DEPARTMENT CURATOR CATALOG NUMBER | DIMENSIONS (IN INCHES) | | | ITEM NAME/DESCRIPTION | REMARKS |
|---|---|---|---|---|---|
| A | 66 | 53 | | PAINTING, OIL, NAS ALAMEDA | BY BRADLEY K. SHELTON C. 1964 |
| B | 37.5 | 31.5 | | LITHOGRAPH, DOOLITTLE'S TOKYO RAIDERS", NUMBER 45 OF 750 | BY STAN STOKES / SIGNED BY J. DOOLITTLE |
| C | 23 | 27 | | LITHOGRAPH, HM-15 BLACKHAWKS / LOMA PRIETA EARTHQUAKE 1989 | BY H. WHYTE |
| D | 10.5 | 9 | .5 | PLAQUE, SQUADRON, HM-15 | FOR LOMA PRIETA EARTHQUAKE |
| E | 23.75 | 17 | 1 | PLAQUE, COMMAND, NAS ALAMEDA PUBLIC WORKS OFFICERS | |
| F | 23.5 | 18 | 1 | PLAQUE, COMMAND, NAS ALAMEDA STAFF CIVIL ENGINEER | |
| G | 16.25 | 12 | 6 | CAMERA SET, STILL, AVIATION, KS-100A, SN 201A | HAND HELD AVIATION TYPE |
| H | 19 | 6.5 | 2 | SCISSORS, COMMEMORATIVE | FROM MARE ISLAND NAVAL SHIPYARD, 1941 |
| I | 15.25 | 12 | 4.75 | TEST SET, MOISTURE | FOR FUEL TESTING |
| J | 19 | 10 | 10 | TROPHY, AWARD, BRONZE HAMMER, 1974 | FOR CBU NAS ALAMEDA |
| K | 20 | 9.5 | | SIGN, WARNING, "EYE HAZRDOUS AREA" | |
| L | 24 | 24 | | SIGN, WARNING, VACU-BLAST AREA | |
| M | 32 | 18.5 | | SIGN, WARNING, ASSEMBLY BOLTS/TIRES/TORQUE | |

| NAVAL HISTORICAL CENTER CURATOR BRANCH INVENTORY REPORT | NAVY DEPARTMENT CURATOR ACCESSION NUMBER 97-61- |
|---|---|
| | DATE |
| COMMAND/ACTIVITY NAME | NAVAL AIR STATION |
| | ALAMEDA, CA |
| | |
| | LOCATION: NAS ALAMEDA BUILDING 29 |

| NAVY DEPARTMENT CURATOR CATALOG NUMBER | DIMENSIONS | | | ITEM NAME/DESCRIPTION | REMARKS |
|---|---|---|---|---|---|
| N | 36 | 26 | | SIGN, INFORMATION, "PROTECTIVE CLOTHING" | |
| O | 15.5 | 8.75 | 7.5 | SHIELD, PROTECTIVE, FACE, | MFR WILLSON |
| P | 22.5 | 17.5 | | SIGN, INFORMATION, SECURITY, KGB | MADE OF PAPER |
| Q | 22.5 | 17.5 | | SIGN, INFORMATION, SECURITY, KGB | MADE OF PAPER |
| R | 14 | 7.5 | 1 | SIGN, DOOR, NAVOCEANCOMDET, OIC | BLACK WITH GOLD LETTERING |
| S | 20 | 9.5 | 6.5 | SET, WIND MEASURING, AN/PMQ-1C | SN 201 |
| T | 13.25 | 7.5 | 7.25 | INTERCOM UNIT, DESK, WESTERN ELECTRIC TELETALK | |
| U | 13.25 | 7.5 | 7.25 | INTERCOM UNIT, DESK, WESTERN ELETRIC TELETALK | NUMBER 6 ON OBVERSE SIDE |
| V | 13.5 | 6.5 | 5 | INTERCOM UNIT, DESK, VOYCALL | NUMBER 2 ON BOTTOM SIDE |
| W | 23.5 | 11.25 | 12 | MACHINE, MIMEOGRAPH, HAND POWERED | FROM NADEP BUILDING 167 |
| X | 8.75 | 4.5 | 7 | ANALYZER, TRANSISTOR, MODEL 900 | |
| Y | 12 | 5 | 1.5 | GAUGE, PRESSURE, 160LBS | NAS ALAMEDA CALIBRATION LAB |
| Z | 24 | 15 | 7.25 | KIT, CHAPLAIN, COMBINATION, PROTESANT/CATHOLIC | NAS ALAMEDA CHAPEL |



ENCLOSURE ( 1 )

| NAVAL HISTORICAL CENTER CURATOR BRANCH INVENTORY REPORT | NAVY DEPARTMENT CURATOR ACCESSION NUMBER 97-61- |
|---|---|
| | DATE |
| COMMAND/ACTIVITY NAME | NAVAL AIR STATION |
| | ALAMEDA, CA |
| | |
| | LOCATION: NAS ALAMEDA BUILDING 29 |

| NAVY DEPARTMENT CURATOR CATALOG NUMBER | DIMENSIONS | | | ITEM NAME/DESCRIPTION | REMARKS |
|---|---|---|---|---|---|
| AA | 18.25 | 17 | 8 | KIT, CHAPLAIN, USN, JEWISH FAITH | METAL CONTAINER |
| AB | 48 | 36 | | FLAG, CHAPLAIN, USN, JEWISH FAITH | NYLON WITH FRINGE |
| AC | 62.5 | 45.5 | | FLAG, ORGANIZATIONAL, USN, WAVES | NAVAL STATION TREASURE ISLAND |
| AD | 48 | 24 | | SIGN, INFORMATION, AIR TERMINAL, "GATE 1" | FROM AIR TERMINAL |
| AE | 12.25 | 11.25 | 5 | HELMET, PROTECTIVE, COMBAT, M1917 | SN ZA178 |
| AF | 18.5 | 16 | 2 | PLAQUE, COMEMORATIVE, NADEP BILLIONTH NIF DOLLAR, C 1972 | |
| AG | 7 | 4 | 1.75 | SET, DRILL BIT, 1/16TH TO 1/2 IN | BLANK BITS / NARTU |
| AH | 97.25 | 31 | 1 | DISPLAY BOARD, RUBBER PRODUCTS | NAVAL AVIATION DEPOT |
| AI | 59 | 36 | 4.5 | DISPLAY BOARD, COMMAND | SIMA SAN FRANCISCO |
| AJ | 8.75 | 5 | 1.25 | WING FITTING ASSEMBLY | FOR A-3 SERIES AIRCRAFT |
| AK | 23.5 | 4 | 6.5 | FLAP SUPPORT ASSEMBLY | FOR A-3 SERIES AIRCRAFT |
| AL | 14.25 | 6 | 7.75 | FAN DISK ASSEMBLY, TF34 ENGINE | FOR S-3 SERIES AIRCRAFT |
| AM | 13 | 6.25 | 5.5 | CLOSING ARM, LANDING GEAR DOOR | FOR S-3 SERIES AIRCRAFT |
| AN | 11.5 | 8 | .75 | HINGE, CANOPY BREAK AWAY | FOR S-3 SERIES AIRCRAFT |

| NAVAL HISTORICAL CENTER CURATOR BRANCH INVENTORY REPORT | NAVY DEPARTMENT CURATOR ACCESSION NUMBER 97-61- |
|---|---|
| | DATE |
| COMMAND/ACTIVITY NAME | NAVAL AIR STATION |
| | ALAMEDA, CA |
| | |
| | LOCATION: NAS ALAMEDA BUILDING 29 |

| NAVY DEPARTMENT CURATOR CATALOG NUMBER | DIMENSIONS | | | ITEM NAME/DESCRIPTION | REMARKS |
|---|---|---|---|---|---|
| AO | 13.5 | 6.25 | 7.5 | GYRO ASSEMBLY, WEAPON CONTROL, AIRCRAFT | FOR A-3 AND A-4 SERIES AIRCRAFT |
| AP | 7.75 | 7 | .5 | FLOOR SECTION, AIRCRAFT | FOR P-3 SERIES AIRCRAFT |
| AQ | 15 | 7 | 2.5 | DIE, STAMP, MACHINE MOUNTED | |
| AR | 20 | 11 | 2 | PLAQUE, AWARD, BENEFICIAL SUGGESTION | NAS OVERHAUL AND REPAIR DEPT |
| AS | 25.5 | 9 | | DISPLAY, TOOL CHIT | |
| AT | 9.5 | 6 | | METER, FREQUENCY, CALIBRATION, SN 2684 | FOR SHRIKE MISSILE |
| AU | 12 | 8.75 | 11 | TEST SET, TORPEDO, HEAT AND CONTROL SYSTEM | FOR MK 44, MK 48, AND MK 48 |
| AV | 8.75 | 4 | | SIGN, LICENSE, "JAPANESE HUNTING" | MADE BY O&R DEPT C WWII |
| AW | 5 | 3.75 | | SIGN, PERMIT, PARKING, SN 18501 | NADEP |
| AX | 5 | 3.75 | | SIGN, PERMIT, PARKING, SN 18502 | NADEP |
| AY | 5 | 3.75 | | SIGN, PERMIT, PARKING, SN 18503 | NADEP |
| AZ | 5 | 3.75 | | SIGN, PERMIT, PARKING, SN 19000 | NADEP |

| NAVAL HISTORICAL CENTER CURATOR BRANCH INVENTORY REPORT | NAVY DEPARTMENT CURATOR ACCESSION NUMBER 97-61- |
|---|---|
| | DATE |
| COMMAND/ACTIVITY NAME | NAVAL AIR STATION |
| | ALAMEDA, CA |
| | |
| | LOCATION: NAS ALAMEDA BUILDING 29 |

| NAVY DEPARTMENT CURATOR CATALOG NUMBER | DIMENSIONS | | | ITEM NAME/DESCRIPTION | REMARKS |
|---|---|---|---|---|---|
| BA | 5.75 | 6.5 | 1 | PATTERN, MOLD, INSIGNIA | NADEP ALAMEDA |
| BB | 10 | 10 | 1.75 | PATTERN, MOLD, INSIGNIA | NADEP ALAMEDA |
| BC | 7.5 | 7 | 2 | PATTERN, MOLD, INSIGNIA | USN MASTER MACHINIST ASSOC. |
| BD | 10 | 3.5 | 7.25 | KIT, HOLE BORING / CUTTER | |
| BE | 12.75 | 11 | 1.5 | PANEL, PATCH, ELECTRONIC | FOR PROGRAMMING MACHINERY |
| BF | 28.5 | 22 | 13 | CONSOLE, COMPUTER, C-3 DATA SYSTEMS | FOR WORK MANAGEMENT |
| BG | 18 | 17.75 | .5 | PLAQUE, COMMEMORATIVE | IN MEMORY OF BMC RAYMOND BAKER |
| BH | 19 | 12 | .75 | PLAQUE, AWARD, SAFETY. C 1989 | NAVAIRSYSCOM / NADEP ALAMEDA |
| BI | 3.75 | 4 | .25 | PLAQUE, COMMEMORATIVE | A&R / NADEP 1941 -1997 |
| BJ | 27 | 3.5 | 3.5 | BILLET, ALUMINUM | FOR FORGE OPERATIONS |
| BK | 27 | 3.5 | 3.5 | BILLET, ALUMINUM | FOR FORGE OPERATIONS |
| BL | 44 | 14 | 8 | LADLE, FORGE | |
| BM | 46.25 | 7 | .5 | SIGN, PATTERN SHOP | |
| BN | 83.5 | 22.75 | 3 | CRADLE, FORGE METAL POT | |

Exhibit 1 page 209

ENCLOSURE ( 1 )

| NAVAL HISTORICAL CENTER CURATOR BRANCH INVENTORY-REPORT | NAVY DEPARTMENT CURATOR ACCESSION NUMBER 97-61- |
|---|---|
| | DATE |
| COMMAND/ACTIVITY NAME | NAVAL AIR STATION<br>ALAMEDA, CA<br><br>LOCATION: NAS ALAMEDA BUILDING 29 |

| NAVY DEPARTMENT CURATOR CATALOG NUMBER | DIMENSIONS | | | ITEM NAME/DESCRIPTION | REMARKS |
|---|---|---|---|---|---|
| BO | 37 | 3 | 1.5 | TONGS, FORGE | |
| BP | 50.25 | 57 | 2 | PLAQUE, INSIGNIA, UNIT | NAVAL AIR REWORK FACILITY |
| BQ | 11.25 | 14.75 | | POT, METAL FORGE | FOR MOLTEN METAL |
| BR | 11.5 | 8 | 2 | SET, MICROMETER | FOR MEASURING WEAR |
| BS | 45.5 | 19 | 15 | MASK ASSEMBLY, PROTECTIVE | FOR AIRCRAFT CHEMICAL WASHDOWN |
| BT | 60 | 6.5 | | PLAQUE, INSIGNIA, UNIT | NAS ALAMEDA |
| BU | 66.5 | 54 | | FLAG, ORGANIZATIONAL, UNIT | NAVAIRSYSCOM |
| BV | 36 | 24 | .75 | PLAQUE, COMMAND, UNIT | NARDAC SAN FRANCISCO |
| BW | 28.25 | 22.5 | 38.5 | CART, TOOL, MECHANIC, SN BSM-625 | NADEP ALAMEDA |
| BX | 70 | 6.5 | 12.25 | DISPLAY, PRODUCT, INSTRUMENT BEARINGS | REWORKED AT NADEP ALAMEDA |
| BY | 96.75 | 62.75 | 40 | DIORAMA, INSTALLATION | NAVAL AVIATION DEPOT |
| BZ | 24.5 | 20.25 | 1.75 | PLAQUE, AWARD, SAFETY, C 1974 | NARF ALAMEDA |
| CA | 16.75 | 13.75 | 1 | PLAQUE, AWARD, SAFETY, C1972 | NAVAL AVIATION DEPOT |



ENCLOSURE ( 1 )

| NAVAL HISTORICAL CENTER CURATOR BRANCH INVENTORY REPORT | NAVY DEPARTMENT CURATOR ACCESSION NUMBER 97-61- |
|---|---|
| | DATE |
| COMMAND/ACTIVITY NAME | NAVAL AIR STATION |
| | ALAMEDA, CA |
| | |
| | LOCATION: NAS ALAMEDA BUILDING 29 |

| NAVY DEPARTMENT CURATOR CATALOG NUMBER | DIMENSIONS | | | ITEM NAME/DESCRIPTION | REMARKS |
|---|---|---|---|---|---|
| CB | 3.75 | 4 | 1.25 | PLAQUE, COMMEMORATIVE | A&R / NADEP ALAMEDA 1941-1997 |
| CC | 3.75 | 4 | 1.25 | PLAQUE, COMMEMORATIVE | A&R / NADEP ALAMEDA 1941-1997 |
| CD | 2 | 15.25 | | FLASHLIGHT, HAND, US, MX-993/U | USED BY TAXI GROUND CREW / WITH CONE SHIELD |
| CE | 2 | 15.25 | | FLASHLIGHT, HAND, US, MX-993/U | USED BY TAXI GROUND CREW / WITH CONE SHIELD |
| CF | 2 | 8 | | FLASHLIGHT, HAND, US, MX-993/U | USED BY GROUND CREW |
| CG | 61.5 | 58 | .5 | MAT, DECK, QUARTERDECK, UNIT | CBU 416 |
| CH | 56 | 12.5 | .25 | SIGN, ORGANIZATIONAL, "S-3 FLIGHT SYSTEMS" | NADEP CODE 94424 (S-3 FLIGHT SYSTEMS) |
| CI | 8 | 6 | 3.25 | TEST SET, BOMB RACK | NADEP |
| CJ | 10.25 | 3 | | CLOCK, WALL, US, 24-HOUR | NAS ALAMEDA AIR TERMINAL |
| CK | 28 | 9 | 11.5 | BOMB RACK, EJECTOR, US, AERO 20B SN 486 | CUTAWAY TRAINING AID |
| CL | 34 | 12 | 7.5 | BOMB RACK, EJECTOR, US, AERO 7A-5 SN 158 | |
| CM | 4 | 4 | | SIGN, ORGANIZATIONAL, "P-3C UPDATE III" | NADEP ALAMEDA/PLACED IN COMPLETED AIRCRAFT |
| CN | 11.5 | 13.5 | | BUCKET, SAND, FIRE PROTECTION | FROM BLDG 5 / USED TO FIGHT MAGNESIUM FIRES |

| NAVAL HISTORICAL CENTER CURATOR BRANCH INVENTORY REPORT | NAVY DEPARTMENT CURATOR ACCESSION NUMBER 97-61- |
|---|---|
| | DATE |
| COMMAND/ACTIVITY NAME | NAVAL AIR STATION |
| | ALAMEDA, CA |
| | |
| | LOCATION: NAS ALAMEDA BUILDING 29 |

| NAVY DEPARTMENT CURATOR CATALOG NUMBER | DIMENSIONS | | | ITEM NAME/DESCRIPTION | REMARKS |
|---|---|---|---|---|---|
| CO | 22.75 | 10.25 | 17.75 | INFLATOR/MONITOR, AIRCRAFT TIRE SN LOB0018 | |
| CP | 10.25 | 10 | 7 | CARBURETOR, AIRCRAFT ENGINE | |
| CQ | 20 | 14.5 | 16 | TEST SET, FLAP ACTUATOR, AIRCRAFT | |
| CR | 1.25 | .25 | | COIN, COMMEMORATIVE, NAS ALAMEDA | 25TH ANNIVERSARY |
| CS | 5 | 2 | | TICKET, CLAIM CHECK, BAGGAGE, SN 28263 | GENERAL PURPOSE |
| CT | 5 | 2 | | TICKET, CLAIM CHECK, BAGGAGE, SN 28262 | GENERAL PURPOSE |
| CU | 5 | 2 | | TICKET, CLAIM CHECK, BAGGAGE, SN 15799 | NAS MIRAMAR |
| CV | 5 | 2 | | TICKET, CLAIM CHECK, BAGGAGE, SN 15800 | NAS MIRAMAR |
| CW | 55.25 | 43 | 2 | PAINTING, OIL, USS SAMUEL GOMPERS (AD 37) | ARTIST: GIORGINA CANDELARIA 1989. INCLUDES USS SPRUANCE DD963 AND DD975 |
| CX | 60.5 | 41 | 4 | PAINTING, OIL, BATTLE OF MANILA BAY SN1090 | ARTIST: F. BAUER C 1910 |

Exhibit 1 page 212

ENCLOSURE ( 1 )

| NAVAL HISTORICAL CENTER CURATOR BRANCH INVENTORY REPORT | NAVY DEPARTMENT CURATOR ACCESSION NUMBER 97-61- |
|---|---|
| | DATE |
| COMMAND/ACTIVITY NAME | NAVAL AIR STATION |
| | ALAMEDA, CA |
| | |
| | LOCATION: NAS ALAMEDA BUILDING 29 |

| NAVY DEPARTMENT CURATOR CATALOG NUMBER | DIMENSIONS | | | ITEM NAME/DESCRIPTION | REMARKS |
|---|---|---|---|---|---|
| CY | 13.75 | 13.25 | 2 | BOARD, SWITCH/INDICATOR, ELETRONIC | FORGE SHOP SAMPLE |
| CZ | 13.5 | 13 | 2 | BOARD, SWITCH/INDICATOR, ELECTRIC | FORGE SHOP SAMPLE |
| DA | 19.5 | 10 | 14 | CASE, BISCUIT, SURVIVAL RATION, US, CIVIL DEFENSE | CIVIL DEFENSE ITEM |
| DB | 19.5 | 16.75 | 10.75 | TEST SET, US. AIRCRAFT FIRE CONTROL SYSTEM SN AV020 | USED WITH THE A-6 SERIES AIRCRAFT |
| DC | 24 | 13.25 | 17 | TEST SET, TRANSISTOR, TYPE 575 SN 011057 | USED IN SHOP TESTS FOR TRANSISTORS |
| DD | 23 | 17 | | VEST, AVIATION, GROUND CREWMANS, LARGE | FROM AIR TERMINAL |
| DE | 23 | 17 | | VEST, AVIATION GROUND CREWMAN'S, LARGE | FROM AIR TERMINAL |
| DF | 9.5 | 10 | 5.5 | HELMET, FLIGHT DECK CREWMAN'S | FROM AIR TERMINAL / MARKED "D./HUGO BARNEY" |
| DG | 9.5 | 10 | 5.5 | HELMET, FLIGHT DECK CREWMAN'S | FROM AIR TERMINAL / MARKED "BUSH" |
| DH | 7.5 | 4.5 | 5.5 | PROTECTOR, FOOT / TOE (1 PAIR) | FROM AIR TERMINAL |

| NAVAL HISTORICAL CENTER CURATOR BRANCH INVENTORY REPORT | NAVY DEPARTMENT CURATOR ACCESSION NUMBER 97-61- |
|---|---|
| | DATE |
| COMMAND/ACTIVITY NAME | NAVAL AIR STATION<br>ALAMEDA, CA<br><br>LOCATION: NAS ALAMEDA BUILDING 29 |

| NAVY DEPARTMENT CURATOR CATALOG NUMBER | DIMENSIONS | | | ITEM NAME/DESCRIPTION | REMARKS |
|---|---|---|---|---|---|
| DI | 10.5 | 5.5 | | PATCH, ORGANIZATIONAL | MARKED "N.A.S. ALAMEDA / AI[illegible] TERMINAL" |
| DJ | 10.5 | 5.5 | | PATCH, ORGANIZATIONAL | MARKED "N.A.S. ALAMEDA / AI[illegible] TERMINAL" |
| DK | 38 | 14 | 37.5 | SIDEBOARD, QUARTERDECK, SHIP'S | FROM USS SAMUEL GOMPERS (AD |
| DL | 38 | 14 | 37.5 | SIDEBOARD, QUARTERDECK, SHIP'S | FROM USS SAMUEL GOMPERS (AD |
| DM | 36 | 29.5 | 39 | MACHINE, PUNCH CARD, COMPUTER, IBM MODEL 29 | WITH INSTRUCTION BOOK |
| DN | 43.5 | 29.5 | 48 | MACHINE, SORTING, PUNCH CARD, SN 23997 | FROM NAVAL AVIATION DEPOT |
| DO | 22 | 16.5 | 10.5 | TEST UNIT, SEARCH RADAR, GRUMMAN (CASE 1 OF 3) | FOR USE WITH AN/APQ-92 OR AN/APQ-105 RADAR (A-6 SERIE AIRCRAFT) |
| DP | 21 | 18 | 10 | TEST UNIT, SEARCH RADAR, GRUMMAN (CASE 2 OF 3) | FOR USE WITH AN/APQ-92 OR AN/APQ-105 RADAR (A-6 SERI[illegible] AIRCRAFT) |
| DQ | 22 | 19 | 11 | TEST UNIT, SEARCH RADAR, GRUMMAN (CASE 3 OF 3) | FOR USE WITH AN/APQ-92 OR AN/APQ-105 RADAR (A-6 SERI[illegible] AIRCRAFT) |
| DR | 14.5 | 24.75 | | CAPSULE, TIME, COMMEMORATIVE | FROM NARF MATERIALS ENGINE[illegible] LABORATORY DTD FEB 1986 (D[illegible] OPEN UNITL 2061) (COMMEMOR[illegible] 75TH ANNIVERSARY OF NAVAL AVIATION) |
| DS | 36 | 15 | 41 | SCALE, WEIGHT, SN 65885-190402 | FROM NARF ALAMEDA |



ENCLOSURE ( 1 )

| NAVAL HISTORICAL CENTER – CURATOR BRANCH INVENTORY REPORT | NAVY DEPARTMENT CURATOR ACCESSION NUMBER 97-61- |
|---|---|
| | DATE |
| COMMAND/ACTIVITY NAME | NAVAL AIR STATION |
| | ALAMEDA, CA |
| | |
| | LOCATION: NAS ALAMEDA BUILDING 29 |

| NAVY DEPARTMENT CURATOR CATALOG NUMBER | DIMENSIONS | | | ITEM NAME/DESCRIPTION | REMARKS |
|---|---|---|---|---|---|
| DT | 58 | 30 | 85.5 | LANDING GEAR ASSEMBLY, NOSE, AIRCRAFT, P-3 SERIES AIRCRAFT | SN 93431 |
| DU | 66 | 48 | 75.25 | LANDING GEAR ASSEMBLY, MAIN, AIRCRAFT, P-3 SERIES AIRCRAFT | SN 93115 |
| DV | 26.5 | 38 | 2 | PLAQUE, BUILDER'S, FACILITY | AIRCRAFT ENGINE OVERHAUL FACILITY C1953 |
| DW | 39.25 | 19 | 8 | PROPELLER, AIRCRAFT, FOR P-3 SERIES AIRCRAFT | CUTAWAY SECTION FOR TRAINING |
| | | | | | |



ENCLOSURE ( 1 )

# Exhibit 1

## Attachment E

*Appendix B*

# APPENDIX B

## Maintenance and Repair Guidelines for Naval Air Station Alameda Historic District

**Definition of Terms:**

In addition to the terms defined here, and unless otherwise indicated, all definitions given in 36 CFR § 800.2 will be accepted for the purpose of this agreement.

1. **Routine maintenance**: Routine maintenance will include only exterior maintenance and repair.

2. **Maintenance:** Maintenance is the recurring day-to-day or periodic work required to continue current use of the facility. It includes work undertaken to prevent damage or deterioration.

3. **Repair:** Repair includes overhauling, refinishing or reprocessing constituent parts or material of a facility in order to continue effective current use. It includes replacement in kind when new materials and design match existing material and design.

**Actions Not Requiring Further Consultation Pursuant to the Regulations (36 CFR Part 800)**

**A. Structural Elements**

1. Repair or replacement of siding, trim, or hardware when done in kind to match existing material and design.

2. Replacement of glass when done in kind to match existing material and design. Window panes may be double or triple glazed as long as the glazing is clear and replacement does not alter existing window material and form. This excludes the use of tinted glass, which will consultation.

3. Maintenance of features such as frames, hoodmolds, paneled or decorated jambs and moldings through appropriate surfaces treatments such as cleaning, rust removal, limited paint removal, and re-application of protective coating systems.

4. Repair or replacement of doors, when done in kind to match existing material and design.

5. Repair or replacement of roofs or part of a roof that are deteriorated, when done in kind to match existing material and design, Adequate anchorage for roofing material to guard against wind damage an moisture penetration shall be provided.

6. Repair or replacement of porches and stairs when done in kind to match existing material and design.

7. Repair of window frames by patching, splicing, consolidating, or otherwise reinforcing or replacing in kind those parts that are either extensively deteriorated or are missing. The same configuration of pane will be retained.

**B. Surfaces**

1. Painting exterior surfaces when the new paint matches the existing or original color. If the existing paint color is desirable and the original color is now known, the color should be in keeping with approved historic color schemes. Damaged or deteriorated paint may be removed to next sound layer by hand scraping or hand sanding. Abrasive methods, such as sandblasting or waterblasting, are not allowed.

# Exhibit 1

# Attachment E

*Appendix C*

# APPENDIX C

## LAYAWAY AND CARETAKER MAINTENANCE STANDARDS

Layaway Level 1 (property remains in continuous use): Operational facilities, systems and equipment shall be maintained at normal operational levels. All services, including, but not limited to, installed utilities, mechanical systems, grounds maintenance, interior and exterior structural finishes and systems shall continue in operation. Maintenance of historic properties will be carried out in accordance with the terms of **APPENDIX B**, Maintenance and Repair Guidelines for NAS Alameda Historic District.

Layaway Level 2 (property expected to be reused within 6 months of operational closure): Maintenance shall be performed to maintain the structural integrity, weather tightness and utility systems of the facility to limit deterioration. Water shall be periodically turned on to faucets, toilets, urinals, etc., to keep drain traps "wet." Appliances shall be winterized and unnecessary electrical shall be de-energized. Heating/air conditioning will be turned off except where heating/air conditioning is required to maintain the mechanical systems in working order, for humidity control and to prevent freezing. Historic properties previously heated/air conditioned will be inspected on a regular basis for mildew, mold and other evidence of deterioration. Where deterioration is observed appropriate measures will be taken to arrest the deterioration and prevent reoccurrence. Maintenance of historic properties will be carried out in accordance with the terms of **APPENDIX B**, Maintenance and Repair Guidelines for NAS Alameda Historic District.

Layaway Level 3 (property expected to be reused within 6-24 months of operational closure): Same as Level 2 except that the heating/air-conditioning will be turned off. Historic properties previously heated/air conditioned will be inspected on a regular basis for mildew, mold and other evidence of deterioration. Where deterioration is observed appropriate measures will be taken to arrest the deterioration and prevent reoccurrence. Maintenance of historic properties will be carried out in accordance with the terms of **APPENDIX B**, Maintenance and Repair Guidelines for NAS Alameda Historic District.

Layaway Level 4 (potential reuse of property is beyond 24 months of operational closure): Same as Level 2 except that no heat or air conditioning will be provided and all utilities will be turned off. Water lines and fire suppression systems will be drained. Sewer traps shall be routinely filled with a non-toxic antifreeze or other methane gas suppression system. Passive ventilation shall be used to control humidity. Scheduled inspections shall be made to detect any damage from mold or mildew. Where damage is observed appropriate measures will be taken to arrest deterioration and prevent its reoccurrence. Maintenance of historic properties will be carried out in accordance with the terms of **APPENDIX B**, Maintenance and Repair Guidelines for NAS Alameda Historic District.

Layaway Level 5 (leased facility): Utilities shall be provided to the lessee on a fee basis. Lessee will provide for and fund maintenance, repair or services to the property(s). Maintenance of historic properties will be carried out in accordance with the terms of **APPENDIX B**, Maintenance and Repai Guidelines for NAS Alameda Historic District.

Layaway Level 6 (no reuse envisioned; abandoned in place): The property, related systems and equipment shall be closed and secured. Windows and entrances shall be locked (or boarded up as necessary). Maintenance work shall be restricted to the prevention of unauthorized entry to the facility c grounds immediately adjacent. Basic entomology services shall be continued t the grounds surrounding the facility. Only conditions adversely affecting public health, the environment and public safety shall be corrected. All utilities shall be shut off or disconnected.