# Exhibit 1

# Attachment E

*Appendix D*

# APPENDIX D

## Sign Procedures

RECEIVED
MAR 2 6 1998
ARRA
CITY OF ALAMEDA

CITY OF ALAMEDA PLANNING BOARD
RESOLUTION NO. PB-98-8

A RESOLUTION OF THE PLANNING BOARD OF THE CITY OF ALAMEDA APPROVING A SIGN PROGRAM FOR ALAMEDA POINT(THE FORMER ALAMEDA NAVAL AIR STATION)

WHEREAS, Alameda Naval Air Station closed in May of 1997; and

WHEREAS, Alameda Naval Air Station is under an interim leasing program between the Navy, the Alameda Reuse and Redevelopment Authority and the City of Alameda; and

WHEREAS, a portion of the base has been determined to be eligible for the National Register of Historic Places as an Historic District and thus, given federal protections; and

WHEREAS, the interim leasing area needs sign control to protect the historic character of the base; and

WHEREAS, the subject property is designated Federal Facilities on the General Plan Diagram; and

WHEREAS, the subject property is located in an M-2-G, General Industrial (Manufacturing) Zoning District with a Special Government Combining District; and

WHEREAS, the Board held a public hearing on this application on August 11, 1997, and examined pertinent maps, drawings, and documents; and

WHEREAS, the Board made the following findings:

1. The proposed Sign Program is consistent with the General Plan, since it implements policy 3.3.d which states: New construction, redevelopment and alterations should be compatible with historic resources in the immediate area.

2. The proposed Alameda Point Sign Program will not adversely affect other property in the vicinity since it does not propose any construction, but only proposes standards for any signs to be placed within the former Alameda Naval Air Station (Alameda Point.)

3. Signs allowed under the Sign Program are of a suitable design for the historic district and the safety restrictions of the unique street configuration of the base.

4. The standards in the proposed Alameda Point Sign Program are more appropriate for signage in Alameda Point than the City's Sign Regulations because the

recognize the consistency of the building sizes, design, and unique streetscape. Alameda Municipal Code Sign Regulations Section 30-6.3b2 provide the authority to adopt an individual sign program for specific areas.

THEREFORE BE IT RESOLVED that the proposal is Categorically Exempt under CEQA Guidelines, Section 15305 - Minor alterations to land use limitations; and

THEREFORE BE IT FURTHER RESOLVED that the Planning Board of the City of Alameda hereby approves the Alameda Point Sign Program, pursuant to Alameda Municipal Code Sign Regulations Section 30-6.3b2, and subject to the following conditions:

1. Signs within Alameda Point shall follow standards found in Exhibit A, "Standards and Procedures for Signs within Alameda Point", dated February 1998. The area subject to the Sign Program is delineated in Exhibit B.

2. If substantial redevelopment of Alameda Point occurs, the Planning Board can adopt a new sign program that would supersede this Sign Program.

NOTICE. No judicial proceedings subject to review pursuant to California Code of Civil Procedure Section 1094.5 may be prosecuted more than ninety (90) days following the date of this decision or decision on any appeal plus extensions authorized by California Code of Civil Procedure Section 1094.6.

PASSED AND ADOPTED by the Planning Board of the City of Alameda on the 26th day of January, 1998 by the following vote:

| | | |
|---|---|---|
| AYES: | (6) | Thomas, Bard, Gottstein, Harris, Johnson, Piziali |
| NOES: | (0) | |
| ABSENT: | (1) | Rossi |

ATTEST: [signature]
Colette Meunier, Secretary
City Planning Board

g:\pb\reso\sign.res

# EXHIBIT A

## CITY OF ALAMEDA
## INTERIM STANDARDS AND PROCEDURES FOR SIGNS WITHIN ALAMEDA POINT

February 1998

### I. Purpose of the Standards and Procedures

The purpose of these standards and procedures is threefold. First, they establish the City's interim signage requirements for Alameda Point (the former Alameda Naval Air Station.) Second, they are consistent with the preservation of Alameda Point's unique historic resources and character and existing physical development characteristics. Third, they provide tenants and interim lessees with clear requirements for signage and permit processing. Unless specified herein all signage shall comply with the City of Alameda's Sign Regulations.

### II. Existing Signs

Existing signs shall not be removed from any building or area or altered unless such removal or alteration is approved through a sign permit issued by the Planning Director. For a sign to be removed or altered, it must meet the following criteria:

A. The sign does not contribute to the historic character of the building or the area.

B. The sign is irrelevant to the present or proposed use of the building or area. Examples of this criteria include signs that identify a former tenant or use or that refer to the prior caretaker status of the building.

C. The sign is not the building number or area identification sign, unless it will be replaced with an in-kind sign.

D. The sign's removal or alteration will not irreversibly damage the building or area. Any damage to a building or area resulting from the removal or alteration of a sign shall be repaired immediately by the tenant to meet the approval of the City Planning Director. Any alteration required to remove a sign must meet the Planning Director's approval.

E. The altered sign meets the standards in Section III, "New Signs".

The existing free-standing changeable copy sign located at the terminus of Atlantic Avenue at Ferry Point Drive may be used only by the City of Alameda for informational purposes.

## III. New Signs

### A. General Standards

1. The purposes of signage in Alameda Point are to direct traffic to buildings and areas and to identify buildings and areas, and the businesses located within. Signs shall not advertise products or services unless the product or service is part of a business's name.

2. The sign copy on an individual sign face shall be limited to the name of the business, the street address and/or building number, and two design features, such as logos, figures, or symbols.

3. All signs shall respect the architectural character of Alameda Point, being Streamline Moderne or Art Deco style generally, characterized by sans serif lettering and stylized forms where possible. The guide produced by the Navy for design review, "Layman's Guide to Buildings Preserving the Character of the Naval Air Station Alameda Historic District", shall be used in reviewing each proposal. It is available for review at the City Planning Department.

4. Signs shall be compatible with the building to which they are attached. Size, height, location and material shall strongly relate to building design and style. Colors shall be compatible with the building's colors.

5. Signs shall comply with all applicable requirements of the City of Alameda Sign Ordinance, including the requirement of a building permit.

6. Signs shall not remove, alter or irreversibly damage distinctive materials, features, finishes and construction techniques or examples of craftsmanship.

### B. Materials

1. Sign materials shall be consistent with the materials and characteristics of the historic architectural styles. Appropriate materials may include painted or engraved wood and dimensional letters of cast or fabricated metal or painted plastic. For buildings within the Hangar Area, the preferred signage is the large painted-on wall sign on the side or front corner of the building in order to be consistent with the historic district, within the standards contained in Section D., below. Areas outside the historic district are not restricted to this type of sign. Wall mounted signs should not project more than 6' from the wall.

2. Cabinet type signs with plastic faces are not allowed.

C. Prohibited Signs

In addition to those signs prohibited by Section 30-6.5 of the City of Alameda's Sign Ordinance, the following signs are not permitted at Alameda Point:

1. Any signs attached to trees, rocks, utility poles, street signs, except for public utility, traffic, or safety identification or information;

2. Any signs that constitute a traffic safety hazard, and

3. Freestanding signs, including monument style signs, except lawn signs as definec in section D.4, and only within the Historic District.

4. Signs that are affixed to or painted on a fence, except for unenclosed uses that ar not associated with a building or where a building is located more than 100 fee from a street.

D. Building Signs

Building tenants may be only identified with wall signs, window signs, awning signs, o a combination of these three types. The exception to this standard is for histori residential units, for the Officers's Club, the Chapel, and for certain other histori structures fronting on the mall (Buildings 1,16, 18, 60, and 94). These buildings shall b identified only with small, freestanding lawn signs. Descriptions of these types of sign specific standards for each, and the amounts of allowable sign area are as follows:

1. Wall Signs

A wall sign is permanently affixed parallel to a wall or printed on the wall of building. Painted, engraved, or sandblasted signs and signs with individual lette are preferred. Exposed neon signage and internally illuminated pan channel lette are allowed except along the frontages of the historic buildings listed above.

2. Window Signs

Any sign, picture, symbol, or combination thereof placed in a window considered to be a window sign, as defined in the City of Alameda Sign Ordinanc Individual letters are preferred. Exposed neon signage is allowed except along t frontages of the historic structures listed above. Temporary paper signs are n allowed. Window signs shall not cover more than 25 percent of the total windo area of the first floor of a building. Window signs are not allowed above the fi floor.

3. Awning Signs

An awning sign is a sign that is printed or painted on or attached to an awning, canopy, or other structural protective cover over a door, entrance, window, or outdoor service area. Backlit and illuminated awnings may be allowed. Awning signs are not allowed on single- or duplex-unit residential buildings.

4. Lawn Signs

A lawn sign is a freestanding sign board supported by posts at either end, without a base. Such a sign shall not exceed four feet in height. It shall be located in the lawn or landscaping in front of a building, unless and exception is granted by the Planning Director because of unique circumstances at the building site. The City will determine where a lawn sign may be located on the site based on visibility from the street and the relationship with the building. The size, spacing provisions and landscaping shall conform with Section 30-6.4.f Freestanding Signs, of City's Sign Regulations, and shall not exceed 30 square feet. No more that one free-standing sign will be allowed per lease hold. Lawn signs shall be allowed only in the historic district on existing landscaped areas.

5. Sign Area and Number of Signs

The amount of total allowed sign area will be based on two criteria: the original use of the building and the length of the principal building frontage adjacent to a street, as determined by the Planning Director. These criteria will be applied as follows:

a. Residential Buildings

For existing single-family residential buildings, which have been converted to a non-residential use, in the area between Pan Am Way and Main Street, the total allowed sign area shall not exceed one-half square foot per linear foot of principal building frontage not to exceed 15 square feet. Only one sign, either a wall sign or a lawn sign, may be permitted per building.

The former barracks buildings, numbers 2, 4, and 17, are exempt from the residential standard and should be considered under whichever of the following categories meets their proposed use. If the use continues to be residential, then theses structures shall be limited to the standard for cultural buildings, below.

b. Cultural, Educational and Recreational Buildings

The total allowed sign area shall not exceed one-half square foot per linea foot of principal building frontage not to exceed 50 square feet per building, whichever is less. Only one sign may be permitted per building frontage.

c. Office, Commercial and Industrial Buildings

The total allowed sign area shall not exceed one square foot per linear foo of principal building frontage with the total sign area not to exceed th following standards, whichever is less:

1) For buildings under 25,000 square feet in total floor area: tw signs, the total of which may not exceed 100 square feet;

2) For buildings between 25,000 and 100,000 square feet in total floo area: two signs, the total of which may not exceed 200 square fee and

3) For buildings over 100,000 square feet in total floor area: 25 square feet on each of the following: Street frontage, and the tw side faces of the building visible from the street, with the total n exceed 750 square feet.

E. Directional Signs

The City Engineer, in consultation with the City Planning Director, shall decide where a how many directional signs can be located to direct traffic to a building, set of buildin or area. This signage shall be limited to traffic terms such as "Enter" or "Exit" and sh not include any business names. The exception to this standard is the special circumstan of providing direction to a particular building or business whose location is not readi apparent from the street. A directional sign shall not exceed 4 square feet in total are This sign area is in addition to the allowed sign area described in Section III.D, "Si Area", when used in conjunction with a particular business.

F. Address signs

Address signs as provided on each building by the Navy or City of Alameda shall not counted against allowable sign area. Other address signs will be counted if the tenan name appears as part of the sign.

G. Building Markers

Building markers, which include memorial signs or tablets, names of buildings, historic significance, and date of construction, are allowed when constructed of bronze, stone, or other similar material. The maximum size is 4 square feet. Th's sign area is in addition to the total allowed sign area described in Section III.D, "Sign Area."

G. Banners and Art Signs

Non-commercial banners, flags, and art signs may be used temporarily for no more than 30 days to decorate the streetscape and to advertise public events and other similar special events subject to the approval of the City.

H. Temporary Signs

1. Business Identification Signs

Temporary business identification signs are allowed pending completion of the permitted permanent business identification signs. The sign may be plastic, fabric, or similar material, but not paper. It shall not exceed the sign area standards described in Section III.D, "Sign Area." The maximum time period a temporary sign may remain up is 30 calendar days.

2. Real Estate Signs

Temporary real estate signs are allowed per the City Sign ordinance.

3. Construction Signs

Building, site, and/or infrastructure construction signs are allowed up to ten days before actual work begins. Sign area shall not exceed 32 square feet per sign per building, site or project. Signs shall be removed within 10 working days after the completion of construction.

IV. Procedures

Sign permits from the City are required for the removal or alteration of existing signs and the installation of new signs except those listed as exempt in the City of Alameda Sign Ordinance.

V. Applicability

These standards and procedures shall be applicable for the term of the Interim Leasing period.

g:\pb\reports\44misign.wpd

CITY OF ALAMEDA RESOLUTION NO. 13139

ADDING THE NAVAL AIR STATION ALAMEDA HISTORIC DISTRICT
TO THE CITY HISTORICAL AND CULTURAL MONUMENT LIST

WHEREAS, Section 106 of the 1966 National Historic Preservation Act requires that Federal Agencies recognize their historic properties that may be eligible for the National Register; and

WHEREAS, the Alameda Reuse and Redevelopment Authority, Alameda Point, initiated a request that the Naval Air Station Alameda Historic District (which is a National Register Eligible District) at Alameda Point (former Naval Air Station, Alameda) be designated as a City Monument; and

WHEREAS, the site is designated as Federal Facilities on the General Plan diagram; and

WHEREAS, the site is classified as M-2-G General Industrial (Manufacturing) Special Government Combining District; and

WHEREAS, this is not a project as defined by CEQA, Guidelines, Sections 15357; and

WHEREAS, based upon the evaluation contained in the *Historic Architectural Resources Inventory for Alameda NAS*, the Naval Air Station Alameda Historic District would be eligible to be designated a City Monument under two criteria: a group of structures which are associated with broad cultural, political and social history of the United States and a site which embodies the distinguishing characteristics of an architectural type which is inherently valuable for study; and

WHEREAS, the Naval Air Station Alameda Historic District would be eligible as an example of the development of U.S. Naval Bases in the San Francisco Bay Area for World War II, with 1938-1945 as the period of significance, and because the buildings have a continuity of style and a high degree of architectural integrity enhanced by the retention of landscaping and park-like open spaces; and

WHEREAS, at the February 5, 1998 meeting of the Historical Advisory Board, the Board recommended that the Naval Air Station Alameda Historic District at Alameda Point be designated a Alameda Historical Monument.

NOW, THEREFORE, BE IT RESOLVED by the Council of the City of Alameda that the Naval Air Station Alameda Historic District be recognized and be added to the City Historical and Cultural Monument List.

* * * * * *

Approved as to Form
CITY ATTORNEY

I, the undersigned, hereby certify that the foregoing Resolution was duly and regularly adopted and passed by the Council of the City of Alameda in regular meeting assembled on the 7th day of September, 1999, by the following vote to wit:

| | |
|---|---|
| AYES: | Councilmembers Daysog, DeWitt, Johnson, Kerr and Mayor Appezzato - 5. |
| NOES: | None. |
| ABSENT: | None. |
| ABSTENTIONS: | None. |

IN WITNESS, WHEREOF, I have hereunto set my hand and affixed the official seal of said City this 8th day of September, 1999.

Diane B Felsch

Diane Felsch, City Clerk
City of Alameda

# Exhibit 1

# Attachment F

Exhibit F

**BILL OF SALE**
**FOR**
**MISCELLANEOUS PERSONAL PROPERTY LOCATED**
**AT THE FORMER NAVAL AIR STATION ALAMEDA**

**This Bill of Sale**, made this ______ day of March, 2000, by the United States of America, acting by and through Department of the Navy, hereinafter referred to as the "Government," for the benefit of the Alameda Reuse and Redevelopment Authority, a Joint Powers Authority established by the City of Alameda and County of Alameda under the California Joint Exercise of Powers Act as set forth in Title 1, Division 7, Chapter 5, Article 1 of Government Code of the State of California (Government Code Section 6500 *et seq.*), hereinafter referred to as the "ARRA."

**RECITALS**

A. Government is the owner of that certain real property, together with improvements and associated personal property thereon, located in Alameda, California, and commonly referred to as the Former Naval Air Station, Alameda (NAS), which was closed as a military installation, and is subject to disposal pursuant to the Defense Base Closure and Realignment Act of 1990, as amended (hereinafter referred to as "DBCRA").

B. By application, dated October 1997, ARRA applied for an Economic Development Conveyance (EDC) pursuant to DBCRA § 2905(b)(4), as amended by the National Defense Authorization Act for Fiscal Year 2000. The application encompasses land and improvements comprising a portion of NAS, and also requests the transfer of all personal property situated thereon. Pursuant to said section the Secretary of the Navy has the authority to dispose of real and personal property without consideration for purposes of job creation and economic redevelopment related to a closed military installation.

C. The Government has approved said EDC application and agreed to convey certain portions of NAS to the ARRA under Agreement for the Conveyance of Portions of the Naval Air Station Alameda between the Government and ARRA, dated ____________________, 2000 (Agreement for Conveyance).

**Exhibit F**
**Bill of Sale**

## AGREEMENTS

**NOW, THEREFORE,** in consideration of the foregoing recitals and other considerations set forth herein, it is mutually agreed as follows:

1. Government hereby grants, transfers, releases, and quitclaims title and ownership of personal property located on the real property at NAS that Government is conveying to ARRA under said Agreement for Conveyance, as said personal property is described in Exhibit "A" hereof, which is attached hereto and made a part hereof.

2. The proceeds of the sale of any of the personal property included in this Bill of Sale shall be subject to the same restrictions and provisions for recoupment as are set forth in paragraph 18 of the above-said Agreement for Conveyance.

3. All personal property described in this Bill of Sale is transferred without warranty of any kind. The property is delivered to the ARRA "as is" and "where is," and Government makes no warranty as to its usability generally or as to its fitness for any particular purpose.

4. This Bill of Sale shall be effective on the date first above written.

**IN WITNESS WHEREOF,** the Government and ARRA have caused this instrument to be executed by their duly authorized representatives on the on the date first above written. respective dates set forth below.

**THE UNITED STATES OF AMERICA**

____________________________________
**WILLIAM R. CARSILLO**
**Real Estate Contracting Officer**

**ALAMEDA REUSE AND REDEVELOPMENT AUTHORITY**

____________________________________
**JAMES M. FLINT**
**Executive Director**

# Exhibit 1

# Attachment G

**Exhibit G**

**Government's Representations**

James M. Flint, Executive Director
Alameda Reuse & Redevelopment Authority
Alameda City Hall
2263 Santa Clara Avenue
Alameda, CA 94501-4456

Dear Mr. Flint:

I have reviewed the Memorandum of Agreement by and between the United States of America acting by and through the Secretary of the Navy (Government) and the Alameda Reuse & Redevelopment Authority (ARRA) for portions of the property commonly referred to as the Naval Air Station, Alameda. To the best of the Government's information, knowledge and belief, I certify that all of the representations and warranties of the Government set forth within the Memorandum of Agreement are true and correct as of ___ day of _________, 2000, the date of the Property Closing.

Sincerely,

WILLIAM R. CARSILLO
Real Estate Contracting Officer

# Exhibit 1

# Attachment H

## Exhibit H

## Authority's Representations

Commanding Officer Southwest Division
Engineering Field Division
Naval Facilities Engineering Command
1220 Pacific Highway
San Diego, CA 92132-5189

Dear Sir:

I have reviewed the Memorandum of Agreement by and between the United States of America acting by and through the Secretary of the Navy (Government) and the Alameda Reuse & Redevelopment Authority (ARRA) for portions of the property commonly referred to as the Naval Air Station, Alameda. To the best of the ARRA's information, knowledge and belief, I certify that all of the representations and warranties of the ARRA set forth within the Memorandum of Agreement are true and correct as of ___ day of __________, 2000, the date of the Property Closing.

Sincerely,

JAMES FLINT
Executive Director

# Exhibit 1

# Attachment I

# List of Environmental Reports

## Exhibit ~~H~~ I

MEMORANDUM OF AGREEMENT

BETWEEN

THE UNITED STATES OF AMERICA
ACTING BY AND THROUGH
THE SECRETARY OF THE NAVY
UNITED STATES DEPARTMENT OF THE NAVY

AND

THE ALAMEDA REUSE AND REDEVELOPMENT AUTHORITY

FOR THE CONVEYANCE OF
PORTIONS OF THE NAVAL AIR STATION ALAMEDA
FROM
THE UNITED STATES OF AMERICA
TO
THE ALAMEDA REUSE AND REDEVELOPMENT AUTHORITY