# Exhibit 4

City of Alameda • California

DEC 03 2002

October 31, 2002

VIA REGISTERED MAIL
RETURN RECEIPT REQUESTED

Commanding Officer – Southwest Division
Engineering Field Division
Naval Facilities Engineering Command
1220 Pacific Highway
San Diego, CA 92132-5189

RE: Claim for Indemnification

Dear Sir:

Enclosed is a claim for indemnity pursuant to Section 330 of the Fiscal Year 1993 Defense Authorization Act, as amended (Public Law 102-484, 106 Stat. 2371 (1992)). This claim arises out of damage to property that resulted from and is predicated upon the release or threatened release of organochlorine pesticides, which constitute hazardous substances, pollutants and contaminants. Their presence is the result of Department of Defense activities at the East Housing Area, Naval Air Station (NAS), Alameda, a military installation that was closed pursuant to the Defense Base Closure and Realignment Act of 1990, as amended, (Public Law 101-510, 104 Stat. 1808 (1990)). The Department of the Navy transferred the property to the Alameda Reuse and Redevelopment Authority (ARRA) on June 6, 2000, and the ARRA in turn, transferred the property to the Community Improvement Commission of the City of Alameda (CIC) on August 1, 2001.

This claim is submitted jointly on behalf of the Alameda Reuse and Redevelopment Authority (a local redevelopment authority as defined in Section 2903, Public Law 103-160), the Community Improvement Commission of the City of Alameda (a public body corporate and politic), and American International Specialty Lines Insurance Company, the insurer for this property with a right of subrogation. Counsel for the insurer is Peter A. Lynch, Esquire, Cozen O'Conner, 501 Broadway, Suite 1610, San Diego, CA 92101.

Office Of The City Attorney

2263 Santa Clara Avenue, Room 280
Alameda, California 94501
510 748.4544 • Fax 510 748.4691 • TDD 510 522.7538



Printed on Recycled Paper

This issue first arose in connection with soil sampling performed at East Housing during early spring and summer of 2001. A description of the investigations and discussions with California regulatory personnel is at attachment 1. At attachment 2 is the sampling report originally conducted when suspicions first arose. The Demolition and Organochlorine Pesticide Removal Workplan prepared to address all site demolition activities and OCP removal is attachment 6. As indicated in attachment 1, the demolition and removal has been completed. However, the completion report is undergoing preparation.

The substantiation for this claim is as follows:

Tab 1 - Narrative description of discovery and response to pesticides ;
Tab 2 - Sampling Report: organochlorine pesticides, dated October 20, 2001;
Tab 3 - Property description;
Tab 4 - Fixed price contract for incremental costs of demolition and Disposal attributable to presence of organochloride pesticides ($457,500);
Tab 5 - Iterim report on contaminated soil disposal;
Tab 6 - Final Workplan, Demolition and Organopesticide Removal;
Tab 7 - California Department of Toxic Substance Control letter of May 3, 2002, informing ARRA that demolition will constitute a release of hazardous substances;
Tab 8 - Northgate Environmental Management bills;
Tab 9 - Shute, Mihaly & Weinberger itemized billings;
Tab 10- Kutak Rock LLP itemized billings.

This is not a final claim. This claim is filed at this time to satisfy the filing and notice obligations of Section 330. This claim is limited to that portion of the investigation, evaluation, negotiation, removal and verification associated with the pesticide issue. Those aspects of the work plan that would have been performed in connection with development of the former military installation independent of the presence of pesticides are not included in this claim. Additional claims for indemnification as a result of this event will be forthcoming.

The expenses documented in this submission which are claimed pursuant to the Section 330 indemnity are as follows:

| | |
|---|---|
| Catellus/Ferma | $ 20,000.00 |
| | 437,500.00 |
| Northgate | 5,676.30 |
| Shute, Mihaly & Weinberg | 8,635.80 |
| Kutak Rock | 12,190.00 |
| TOTAL | $484,002.10 |

The costs to remediate this pollution condition are presently estimated to be approximately $4,000,000. More definitive costs are being assembled at this time and will be presented to you as they become available. Additional pertinent papers will be provided as they are received. Please contact the undersigned for access to records and personnel associated with the work performed in connection with the discovery, presence and removal of these pesticides.

Sincerely,

Darrell W. Handy
Risk Manager
City of Alameda

Peter A. Lynch
Cozen O'Conner
Counsel for Insurer

PAL/cms
Enclosures

Cc: Barry Steinberg, Esq.
City Attorney, City of Alameda
Deputy City Manager, City of Alameda

# Exhibit 4

*Tab 1*

Winzler & Kelly (W&K) documented a series of soil sampling events in the East Housing Area (EHA). The results of that study indicated that a number of organochlorine pesticides (OCPs), namely chlordane, exceeded potentially applicable regulatory standards (primarily the Regional Board's Risk-Based Screening Levels, or RBSLs). The findings of W&K's study, in conjunction with results of ERM's *Updated Risk Analysis of Shallow Soil and Ground Water Conditions* (March 2002), which included soil sampling for OCPs in open spaces within EHA, indicated that chlordane concentrations were highest adjacent to and beneath residential structures within EHA, and were not detectable in open spaces between and surrounding structures.

Recognizing that abatement and/or reduction of OCP levels to below RBSLs (or other, more restrictive regulatory criteria) would be necessary in order to render EHA suitable for future unrestricted residential use, (Alameda Reuse and Redevelopment Authority), which is the approved use of the EHA property, ARRA, City of Alameda and Catellus began to evaluate the regulatory implications of the OCP remaining in soil. During an 11 November 2001 meeting at Alameda Point, representatives of the City and the City's developer addressed these implications and potential actions.

The primary issue was whether regulation by the California Department of Toxic Substances Control (DTSC) (the lead regulatory agency), in the form of a Cleanup and Abatement Order, would be necessary to allow OCP remediation to proceed to a successful conclusion. It was agreed that DTSC issuance of a formal order would significantly delay implementation of OCP abatement actions, and thereby create significant delays in site redevelopment activities and increasing the costs associated with remediation. Conversely, voluntary implementation of OCP abatement actions by the City and the developer, with the full concurrence of DTSC but without the need to issue a formal regulatory order, would make the OCP remediation process both faster and cheaper. Counsel to ARRA agreed to contact DTSC to determine the agency's position on this matter.

From counsel's discussions with DTSC, it was determined that the DTSC does not consider OCPs in soil at EHA actionable under Chapter 6.8 of the California Health and Safety Code (i.e., a "release") as long as the structures for which the OCPs were applied are intact. However, upon removal of those structures, residual OCPs in soil could be actionable and subject to DTSC order, depending on the levels of the OCPs left in the soil. As stated above, OCPs exceeded the Regional Water Quality Control Board's risk based screening levels. Based on these and subsequent internal City/developer team discussions, it was determined that ERM and Ferma Corporation, with assistance from W&K, would prepare the Demolition and Organochlorine Pesticide Removal Workplan (DOCPRW) to address all site demolition activities as well as OCP removal. Given that OCP removal actions would be performed prior to and concurrent with structure demolition, it was agreed between DTSC and the City/developer team that removal of the OCPs would not require issuance of a cleanup and abatement order in order to be acceptable to DTSC. Instead, DTSC agreed to provide a concurrence letter for the DOCPRW once

appropriate DTSC input was provided and incorporated. This DTSC letter would be in lieu of an order.

From December 2001 through January 2002, ERM and Ferma crafted a draft version of the DOCPRW for internal review. Ferma concentrated on building demolition (including asbestos and lead-based paint removal) and related activities; ERM's focus was OCP removal and associated confirmation sampling. While preparing the DOCPRW, ERM remained in close communication with Mr. Henry Wong and Mr. Daniel Murphy of DTSC's Northern California Office of Military Facilities to make sure their input was included. A draft DOCPRW was submitted for DTSC review on 8 February 2002.

The City/developer team received DTSC comments on the draft DOCPRW on 4 March 2002. DTSC's comments focused primarily on confirmation sampling issues and clarification of DTSC's jurisdiction under Section 6.8 of the Health and Safety Code. ERM addressed DTSC's comments and provided a revised draft DOCPRW on 8 March 2002.

In response to the revised draft DOCPRW, DTSC provided one additional comment in a letter dated 19 April 2002. DTSC's only comment was to request collection of confirmation samples from immediately adjacent to the foundation exteriors instead of within three feet. This recommendation was incorporated, and a Final DOCPRW was produced on 23 April 2002. DTSC provided its concurrence on the document in a letter dated 3 May 2002. (attached)

Pursuant to DTSC's concurrence, the City and its developer implemented OCP removal actions in May 2002. As documented in a letter from ERM to DTSC dated 17 May 2002 (attachment), W&K's preliminary confirmation sampling found that soil contaminated with OCPs remained beneath the grade beams and foundation footings following primary excavation. ERM indicated that to effectively remove the OCPs, it would be necessary to remove the grade beams and foundation footings, and that such actions constitute a part of the ongoing demolition effort consistent with the DOCPRW. In an 18 May 2002 telephone conversation between Henry Wong of DTSC and Mike Quillin of ERM, Mr. Wong concurred with that approach.

OCP removal actions continued into early August 2002, when the last of 113 buildings were demolished and cleared (and all OCPs had been removed to concentrations below applicable cleanup criteria established in the DOCPRW). A completion report documenting OCP removal actions and other activities associated with site demolition is pending preparation by ERM.

# Exhibit 4

*Tab 2*

# SAMPLING REPORT: ORGANOCHLORINE PESTICIDES

*Location:*
East Housing Area
Alameda Naval Air Station
Alameda, California

*Prepared for*
Alameda Reuse and Redevelopment Authority
950 West Mall Square, Building 1
Alameda, CA 94501-5012

*Prepared by:*
Winzler and Kelly Consulting Engineers
200 Pine Street, Suite 600
San Francisco, California 94104-2709

Project No. 01339902.030

October 20, 2001

# TABLE OF CONTENTS

1. Report Summary

2. Laboratory Results And Chain of Custody

3. Field Drawings

# REPORT SUMMARY

# REPORT SUMMARY

## INTRODUCTION

Winzler & Kelly Consulting Engineers performed a limited surface and sub-surface soil sampling and wood and concrete foundation sampling in the East Housing Area (EHA) of the Alameda Naval Air Station (ANAS) in Alameda, California. The purpose of this investigation was to screen sample these materials for the presence of the Organochlorine Pesticides (OCP).

On April 4, 2001 surface soil samples were conducted on nine buildings. On June 25, 2001 sub-surface soil samples were conducted on three buildings. On July 20, 2001 wood and concrete foundation sampling was conducted on three buildings.

The investigation was conducted by Mr. Michael Cardone and Mr. Cory Suppes, EPA 40 hr HAZWOPER trained individuals. Mr. Chuck Bove and Mr. Chris Burns assisted in the sampling.

## METHODOLOGY

### Sampling Methodology

Housing units selected for soil sampling were taken from a random selection grid developed by Winzler & Kelly and Alameda Reuse and Redevelopment Agency. Wood and concrete foundation samples were taken from areas showing the greatest soil levels of chlordane.

Surface soil samples were taken with a disposable metal spoon and placed in a 4oz sterilized glass jar. Care was taken to insure their was no headroom in the sampling jar. The sampling depth was the surface to approximately 2". Samples were taken outside along the drip line and inside the crawlspace at the crawlspace vents. The samples were transported under strict chain-of-custody procedures to the analytical laboratory

Sub-surface soil samples were taken with a 6" long, 2" OD stainless steel sleeve attached to a soil sampling slide hammer. After the sample was taken Teflon tape and plastic end caps were placed on the samples. Sampling depths were 0' to 0.5', 1.0' to 1.5' and 3.0' to 3.5'. Samples were taken in the crawlspace, along the drip line and 3' from the drip line. The samples were transported under strict chain-of-custody procedures to the analytical laboratory.

Foundation wood and concrete samples were manually taken from the surface of the wood and concrete. The samples were transported under strict chain-of-custody procedures to the analytical laboratory.

**Organochlorine Pesticides- Analytical Methodology**

Collected samples of soils were sent to Cal Tech Environmental Laboratories accredited laboratory in Paramount, California under chain-of–custody. Cal-Tech forwarded the samples to Advanced Technology Laboratories accredited laboratory in Signal Hill, California under chain-of-custody. These samples were then analyzed by EPA Method 8081A.

**RESULTS**

Summarized results listed below are for chlordane, alpha-chlordane, and gamma-chlordane only, all other OCP results can be found in the Analytical Results Section.

April 4, 2001

| Sample # | Location* | Sample Depths | Chlordane (μg/Kg) |
|---|---|---|---|
| 2007E | Building 995 – Exterior | Surface to ≅ 2" | 1700 |
| 2007I | Building 995 – Interior | Surface to ≅ 2" | 4700 |
| 2008E | Building 1011 – Exterior | Surface to ≅ 2" | 1300 |
| 2008I | Building 1011 - Interior | Surface to ≅ 2" | 36000 |
| 2086E | Building 903 - Exterior | Surface to ≅ 2" | 440 |
| 2086I | Building 903 - Interior | Surface to ≅ 2" | 1100 |
| 2108E | Building 932 - Exterior | Surface to ≅ 2" | 4900 |
| 2108I | Building 932 – Interior | Surface to ≅ 2" | 5300 |
| 2110E | Building 952 - Exterior | Surface to ≅ 2" | 1200 |
| 2110I | Building 952 – Interior | Surface to ≅ 2" | 150000 |
| 2111E | Building 974 – Exterior | Surface to ≅ 2" | 2800 |
| 2111I | Building 974 – Interior | Surface to ≅ 2" | 11000 |
| 2120V-E | Building 943 – Exterior | Surface to ≅ 2" | 2700 |
| 2120V-I | Building 943 – Interior | Surface to ≅ 2" | 16000 |
| 2120SR-E | Building 919 – Exterior | Surface to ≅ 2" | 560 |
| 2120SR-I | Building 919 – Interior | Surface to ≅ 2" | 120000 |
| 2121-E | Building 966 – Exterior | Surface to ≅ 2" | 310 |
| 2121-I | Building 966 - Interior | Surface to ≅ 2" | 17000 |

*Refer to Winzler and Kelly Demolition Drawings for Building Location in EHA

June 25, 2001

| Sample # | Location | Sample Depths | Chlordane (µg/Kg) | Alpha-Chlordane (µg/Kg) | Gamma-Chlordane (µg/Kg) |
|---|---|---|---|---|---|
| 2008A-01 | Bldg. 1011 – Unit A, Int. | Surface to ≅ 6" | 180,000 | 17,000 | 19,000 |
| 2008C-01 | Bldg. 1011 – Unit C, Int. | Surface to ≅ 6" | 49,000 | 5,600 | 6,900 |
| 2008C-03 | Bldg. 1011 - Unit C, Int. | Surface to ≅ 6" | 29,000 | 3,000 | 3,900 |
| 2008C-04 | Bldg. 1011 - Unit C, Int. | ≅ 1" to 1.5" | ND* | ND* | ND* |
| 2008C-05 | Bldg. 1011 - Unit C, Int. | ≅ 3" to 3.5" | 6,200 | 560 | 700 |
| 2008E-01 | Bldg. 1011 - Unit E, Int. | Surface to ≅ 6" | 950 | 75 | 93 |
| 2008E-02 | Bldg. 1011 - Unit E, Int. | Surface to ≅ 6" | 97 | ND* | 8.3 |
| 2008E-03 | Bldg. 1011 - Unit E, Int. | ≅ 1" to 1.5" | ND* | ND* | ND* |
| 2008E-04 | Bldg. 1011 - Unit E, Int. | ≅ 3" to 3.5" | ND* | ND* | ND* |
| 2008SX-4 | Bldg. 1011 – Ext. Drip Line | ≅ 1" to 1.5" | 120 | 15 | 9.8 |
| 2008EX-3 | Bldg. 1011 - Ext. Drip Line | ≅ 3" to 3.5" | ND* | ND* | ND* |
| 2008EX-1 | Bldg. 1011 – Ext. 3' From Building | Surface to ≅ 6" | 53 | 6.4 | ND* |
| 2008EX-2 | Bldg. 1011 - Ext. Drip Line | ≅ 1" to 1.5" | 37 | 4.2 | ND* |
| 2008SX-5 | Bldg. 1011 - Ext. Drip Line | ≅ 3" to 3.5" | ND* | ND* | ND* |
| 2110A-1 | Bldg. 928 - Unit A, Ext. Drip Line | ≅ 1" to 1.5" | ND* | ND* | ND* |
| 2110A-2 | Bldg. 928 - Unit A, Ext. Drip Line | ≅ 3" to 3.5" | 18 | ND* | ND* |
| 2110A-3 | Bldg. 928 - Unit A, Int. | Surface to ≅ 6" | 2,800 | 360 | 510 |
| 2110A-4 | Bldg. 928 - Unit A, Int. | Surface to ≅ 6" | 420 | 36 | 40 |
| 2110A-5 | Bldg. 928 - Unit A, Int. | Surface to ≅ 6" | 79 | 7.9 | 8.2 |
| 2110A-6 | Bldg. 928 - Unit A, Ext. Drip Line | Surface to ≅ 6" | ND* | ND* | ND* |
| 2110A-7 | Bldg. 928 - Unit A, Ext. Drip Line | ≅ 1" to 1.5" | 680 | 80 | 77 |
| 2110A-8 | Bldg. 928 - Unit A, Ext. Drip Line | ≅ 3" to 3.5" | 170 | 25 | 19 |
| 2110B-9 | Bldg. 928 - Unit B, Int. | ≅ 1" to 1.5" | 130 | 13 | 14 |
| 2110B-10 | Bldg. 928 - Unit B, Int. | ≅ 3" to 3.5" | 27 | ND* | ND* |
| 2110B-11 | Bldg. 928 - Unit B, Int. | Surface to ≅ 6" | ND* | ND* | ND* |
| 2110B-12 | Bldg. 928 - Unit B, Ext. Drip Line | Surface to ≅ 6" | 60,000 | 5,800 | 7,100 |
| 2110B-13 | Bldg. 928 - Unit B, Ext. Drip Line | ≅ 1" to 1.5" | 240 | 24 | 25 |
| 2110B-14 | Bldg. 928 - Unit B, Int. | ≅ 3" to 3.5" | 26 | ND* | ND* |
| 2120A-1 | Bldg. 943 - Unit A, Int. | ≅ 1" to 1.5" | 95 | ND* | ND* |
| 2120A-2 | Bldg. 943 - Unit A, Int. | ≅ 3" to 3.5" | ND* | ND* | ND* |
| 2120A-3 | Bldg. 943 - Unit A, Int. | Surface to ≅ 6" | 420 | 36 | 36 |
| 2120A-4 | Bldg. 943 - Unit A, Int. | Surface to ≅ 6" | ND* | ND* | ND* |
| 2120A-5 | Bldg. 943 - Unit A, Int. | Surface to ≅ 6" | 56 | 4.9 | 4.7 |
| 2120A-6 | Bldg. 943 - Unit A, Ext. 3' From Building | Surface to ≅ 6" | 43 | ND* | ND* |

| Sample # | Location | Sample Depths | Chlordane (µg/Kg) | Alpha-Chlordane (µg/Kg) | Gamma-Chlordane (µg/Kg) |
|---|---|---|---|---|---|
| 2120A-7 | Bldg. 943 - Unit A, Ext. Drip Line | ≅ 1" to 1.5" | ND* | ND* | ND* |
| 2120A-8 | Bldg. 943 - Unit A, Ext. Drip Line | ≅ 3" to 3.5" | 58 | 5.7 | 5.6 |
| 2120B-9 | Bldg. 943 – Unit B, Int. | ≅ 1" to 1.5" | ND* | ND* | ND* |
| 2120B-10 | Bldg. 943 - Unit B, Int. | ≅ 3" to 3.5" | ND* | ND* | ND* |
| 2120B-11 | Bldg. 943 - Unit B, Int. | Surface to ≅ 6" | 99 | 12 | 9.6 |
| 2120B-12 | Bldg. 943 - Unit B, Int. | Surface to ≅ 6" | 4,700 | 610 | 670 |
| 2120B-13 | Bldg. 943 - Unit B, Ext. 3' From Building | ≅ 1" to 1.5" | ND* | 5.1 | 4.3 |
| 2120B-14 | Bldg. 943 - Unit B, Ext. 3' From Building | ≅ 3" to 3.5" | ND* | ND* | ND* |

*ND = None Detected above the analytical detection limit.

July 20, 2001

| Sample # | Location | Sample Depths | Chlordane (µg/Kg) | Alpha-Chlordane (µg/Kg) | Gamma-Chlordane (µg/Kg) |
|---|---|---|---|---|---|
| 1011A-01 | Building 1011 – Concrete | Surface | 66000 | 5800 | 6400 |
| 1011A-02 | Building 1011 – Wood | Surface | 6800 | 540 | 560 |
| 928-01 | Building 928 – Concrete | Surface | 310 | 23 | 43 |
| 928-02 | Building 928 – Wood | Surface | 710 | 65 | 76 |
| 943-01 | Building 943 – Concrete | Surface | 420 | 24 | 45 |
| 943-02 | Building 943 - Wood | Surface | 420 | 36 | 43 |

## RECOMMENDATIONS

Prior to disposal Winzler & Kelly recommends that the demolition and excavation contractor submit a detailed work plan for the removal, stockpiling and waste characterization of the contaminated materials. Winzler & Kelly recommends that all the excavated soil, wood and concrete foundation material be set aside after removal ,so waste characterizations samples can be collected and the material can be properly disposed of. The contractors should follow all local, state and federal regulations regarding these results and the demolition and excavation work.



WINZLER & KELLY
CONSULTING ENGINEERS

Attached are the laboratory results and field drawings. If you have any questions or concerns regarding this document please do not hesitate to call us at (510) 667-6440.

Respectfully Submitted,

**Winzler & Kelly Consulting Engineers**

REGISTERED ENVIRONMENTAL ASSESSOR
CHRISTOPHER BURNS
REA : - 07087
Expires: 6/30/01
STATE OF CALIFORNIA

Christopher R. Burns
Project Manager
California Registered Environmental Assessor # 07087

**Reviewed and Approved**

Charles R. Bove
Director of Industrial Hygiene

# LABORATORY RESULTS
# AND
# CHAIN OF CUSTODY

**CAL TECH Environmental Laboratories**
[illegible]
Telephone: (562) [illegible]

# ANALYTICAL RESULTS*

**CTEL Project No:** CT201-0104033
**Client Name:** Winzler & Kelly Consulting Engineers
200 Pine Street, Suite 600
San Francisco, CA 94104
**Attention:** Mr. Chuck Bove

**Phone:(415) 283-4970**
**Fax: (415) 283-4980**

**Project ID:**
**Project Name:** ARRA

**Date Sampled:** 04/04/01
**Date Received:** 04/06/01 @ 04:25 p.m.
**Date Analyzed:** 04/12/01 & 04/13/01

**Matrix: Soil**

| **Laboratory ID:**<br>**Client Sample ID:** | 0104-033-1<br>2007E | 0104-033-2<br>2007I | 0104-033-3<br>2008E | **Method** | **Units** | **Detection Limit** |
|---|---|---|---|---|---|---|
| **Pesticide** | See Attached | See Attached | See Attached | EPA 8080 | ug/Kg | |

| **Laboratory ID:**<br>**Client Sample ID:** | 0104-033-4<br>2008I | 0104-033-5<br>2086E | 0104-033-6<br>2086I | **Method** | **Units** | **Detection Limit** |
|---|---|---|---|---|---|---|
| **Pesticide** | See Attached | See Attached | See Attached | EPA 8080 | ug/Kg | |

| **Laboratory ID:**<br>**Client Sample ID:** | 0104-033-7<br>2108E | 0104-033-8<br>2108I | 0104-033-9<br>2110E | **Method** | **Units** | **Detection Limit** |
|---|---|---|---|---|---|---|
| **Pesticide** | See Attached | See Attached | See Attached | EPA 8080 | ug/Kg | |

**CTEL Project No:** CT201-0104033
**Client Name:** Winzler & Kelly Consulting Engineers
200 Pine Street, Suite 600
San Francisco, CA 94104
**Attention:** Mr. Chuck Bove

**Phone:(415) 283-4970**
**Fax: (415) 283-4980**

**Project ID:**
**Project Name:** ARRA

**Date Sampled:** 04/04/01
**Date Received:** 04/06/01 @ 04:25 p.m.
**Date Analyzed:** 04/12/01 & 04/13/01

**Matrix: Soil**

| **Laboratory ID:** / **Client Sample ID:** | 0104-033-10 2110I | 0104-033-11 2111E | 0104-033-12 2111I | **Method** | **Units** | **Detection Limit** |
|---|---|---|---|---|---|---|
| **Pesticide** | See Attached | See Attached | See Attached | EPA 8080 | ug/Kg | |

| **Laboratory ID:** / **Client Sample ID:** | 0104-033-13 2120V-E | 0104-033-14 2120V-I | 0104-033-15 2120SR-E | **Method** | **Units** | **Detection Limit** |
|---|---|---|---|---|---|---|
| **Pesticide** | See Attached | See Attached | See Attached | EPA 8080 | ug/Kg | |

| **Laboratory ID:** / **Client Sample ID:** | 0104-033-16 2120SR-I | 0104-033-17 2121-E | 0104-033-18 2121-I | **Method** | **Units** | **Detection Limit** |
|---|---|---|---|---|---|---|
| **Pesticide** | See Attached | See Attached | See Attached | EPA 8080 | ug/Kg | |

Greg Tejirian
Laboratory Director

*The results are base upon the sample received. Soil samples are not homogeneous

*Cal Tech Environmental Laboratories, Inc. ELAP ID #: 2424*

# Advanced Technology Laboratories

Print Date: 4/16/01

CLIENT: Caltech Environmental Lab
Lab Order: 050528
Project:
Lab ID: 050528-001A

Client Sample ID: 04-033-1
Collection Date: 4/4/01
Matrix: Soil

| Analyses | Result | Limit | Qual | Units | DF | Date Analyzed |
|---|---|---|---|---|---|---|
| **ORGANOCHLORINE PESTICIDES AND PCBS BY GC/ECD** | | | | EPA 8080A | | |
| RunID: GC10_010412A | BatchID: 3750 | | | PrepDate: 4/10/01 | | Analyst: GG |
| 4,4'-DDD | ND | 20 | | µg/Kg | 5.0 | 4/12/01 |
| 4,4'-DDE | 38 | 20 | | µg/Kg | 5.0 | 4/12/01 |
| 4,4'-DDT | 240 | 20 | | µg/Kg | 5.0 | 4/12/01 |
| Aldrin | ND | 10 | | µg/Kg | 5.0 | 4/12/01 |
| alpha-BHC | ND | 10 | | µg/Kg | 5.0 | 4/12/01 |
| beta-BHC | ND | 10 | | µg/Kg | 5.0 | 4/12/01 |
| Chlordane | 1700 | 85 | | µg/Kg | 5.0 | 4/12/01 |
| delta-BHC | ND | 10 | | µg/Kg | 5.0 | 4/12/01 |
| Dieldrin | ND | 20 | | µg/Kg | 5.0 | 4/12/01 |
| Endosulfan I | ND | 10 | | µg/Kg | 5.0 | 4/12/01 |
| Endosulfan II | ND | 20 | | µg/Kg | 5.0 | 4/12/01 |
| Endosulfan sulfate | ND | 20 | | µg/Kg | 5.0 | 4/12/01 |
| Endrin | ND | 20 | | µg/Kg | 5.0 | 4/12/01 |
| Endrin aldehyde | ND | 20 | | µg/Kg | 5.0 | 4/12/01 |
| gamma-BHC | ND | 10 | | µg/Kg | 5.0 | 4/12/01 |
| Heptachlor | ND | 10 | | µg/Kg | 5.0 | 4/12/01 |
| Heptachlor epoxide | 27 | 10 | | µg/Kg | 5.0 | 4/12/01 |
| Methoxychlor | ND | 85 | | µg/Kg | 5.0 | 4/12/01 |
| Toxaphene | ND | 850 | | µg/Kg | 5.0 | 4/12/01 |

Qualifiers: ND - Not Detected at the Reporting Limit
J - Analyte detected below quantitation limits
B - Analyte detected in the associated Method Blank
DO - Surrogate Diluted Out
S - Spike/Surrogate outside of limits due to matrix interference.
H - Samples exceeding analytical holding time
E - Value above quantitation range
M - Not Monitored. Highly Reactive

Initials: RA



Advanced Technology Laboratories 3275 Walnut Avenue Signal Hill, CA 90807 Tel: 562 989-4045 Fax: 562 989-4040

## Advanced Technology Laboratories

**Print Date:** 4/16/01

**CLIENT:** Caltech Environmental Lab
**Lab Order:** 050528
**Project:**
**Lab ID:** 050528-002A

**Client Sample ID:** 04-033-2
**Collection Date:** 4/4/01
**Matrix:** Soil

**ORGANOCHLORINE PESTICIDES AND PCBS BY GC/ECD** EPA 8080A

RunID: GC10_010412A BatchID: 3750 PrepDate: 4/10/01 Analyst: GG

| Analyses | Result | Limit | Qual | Units | DF | Date Analyzed |
|---|---|---|---|---|---|---|
| 4,4´-DDD | ND | 40 | | µg/Kg | 10 | 4/12/01 |
| 4,4´-DDE | 63 | 40 | | µg/Kg | 10 | 4/12/01 |
| 4,4´-DDT | ND | 40 | | µg/Kg | 10 | 4/12/01 |
| Aldrin | ND | 20 | | µg/Kg | 10 | 4/12/01 |
| alpha-BHC | ND | 20 | | µg/Kg | 10 | 4/12/01 |
| beta-BHC | ND | 20 | | µg/Kg | 10 | 4/12/01 |
| Chlordane | 4700 | 170 | | µg/Kg | 10 | 4/12/01 |
| delta-BHC | ND | 20 | | µg/Kg | 10 | 4/12/01 |
| Dieldrin | ND | 40 | | µg/Kg | 10 | 4/12/01 |
| Endosulfan I | ND | 20 | | µg/Kg | 10 | 4/12/01 |
| Endosulfan II | ND | 40 | | µg/Kg | 10 | 4/12/01 |
| Endosulfan sulfate | ND | 40 | | µg/Kg | 10 | 4/12/01 |
| Endrin | ND | 40 | | µg/Kg | 10 | 4/12/01 |
| Endrin aldehyde | ND | 40 | | µg/Kg | 10 | 4/12/01 |
| gamma-BHC | ND | 20 | | µg/Kg | 10 | 4/12/01 |
| Heptachlor | ND | 20 | | µg/Kg | 10 | 4/12/01 |
| Heptachlor epoxide | ND | 20 | | µg/Kg | 10 | 4/12/01 |
| Methoxychlor | ND | 170 | | µg/Kg | 10 | 4/12/01 |
| Toxaphene | ND | 1700 | | µg/Kg | 10 | 4/12/01 |

**Qualifiers:**
ND - Not Detected at the Reporting Limit
J - Analyte detected below quantitation limits
B - Analyte detected in the associated Method Blank
DO - Surrogate Diluted Out
S - Spike/Surrogate outside of limits due to matrix interference.
H - Samples exceeding analytical holding time
E - Value above quantitation range
M - Not Monitored. Highly Reactive

**Initials:** RA

2

Advanced Technology Laboratories 3275 Walnut Avenue Signal Hill, CA 90807 Tel: 562 989-4045 Fax: 562 989-4040

## Advanced Technology Laboratories

**Print Date:** *4/16/01*

**CLIENT:** Caltech Environmental Lab
**Lab Order:** 050528
**Project:**
**Lab ID:** 050528-003A

**Client Sample ID:** 04-033-3
**Collection Date:** 4/4/01
**Matrix:** Soil

| Analyses | Result | Limit | Qual | Units | DF | Date Analyzed |
|---|---|---|---|---|---|---|
| **ORGANOCHLORINE PESTICIDES AND PCBS BY GC/ECD** | | | | EPA 8080A | | |
| RunID: GC10_010412A BatchID: 3750 | | | | PrepDate: 4/10/01 | | Analyst: GG |
| 4,4'-DDD | ND | 20 | | µg/Kg | 5.0 | 4/12/01 |
| 4,4'-DDE | 45 | 20 | | µg/Kg | 5.0 | 4/12/01 |
| 4,4'-DDT | 110 | 20 | | µg/Kg | 5.0 | 4/12/01 |
| Aldrin | ND | 10 | | µg/Kg | 5.0 | 4/12/01 |
| alpha-BHC | ND | 10 | | µg/Kg | 5.0 | 4/12/01 |
| beta-BHC | ND | 10 | | µg/Kg | 5.0 | 4/12/01 |
| Chlordane | 1300 | 85 | | µg/Kg | 5.0 | 4/12/01 |
| delta-BHC | ND | 10 | | µg/Kg | 5.0 | 4/12/01 |
| Dieldrin | ND | 20 | | µg/Kg | 5.0 | 4/12/01 |
| Endosulfan I | ND | 10 | | µg/Kg | 5.0 | 4/12/01 |
| Endosulfan II | ND | 20 | | µg/Kg | 5.0 | 4/12/01 |
| Endosulfan sulfate | ND | 20 | | µg/Kg | 5.0 | 4/12/01 |
| Endrin | ND | 20 | | µg/Kg | 5.0 | 4/12/01 |
| Endrin aldehyde | ND | 20 | | µg/Kg | 5.0 | 4/12/01 |
| gamma-BHC | ND | 10 | | µg/Kg | 5.0 | 4/12/01 |
| Heptachlor | ND | 10 | | µg/Kg | 5.0 | 4/12/01 |
| Heptachlor epoxide | ND | 10 | | µg/Kg | 5.0 | 4/12/01 |
| Methoxychlor | ND | 85 | | µg/Kg | 5.0 | 4/12/01 |
| Toxaphene | ND | 850 | | µg/Kg | 5.0 | 4/12/01 |

**Qualifiers:**
ND - Not Detected at the Reporting Limit
J - Analyte detected below quantitation limits
B - Analyte detected in the associated Method Blank
DO - Surrogate Diluted Out
S - Spike/Surrogate outside of limits due to matrix interference.
H - Samples exceeding analytical holding time
E - Value above quantitation range
M - Not Monitored, Highly Reactive

**Initials:** RA

3

*Advanced Technology Laboratories*
*3275 Walnut Avenue Signal Hill, CA 90807 Tel: 562 989-4045 Fax: 562 989-4040*

**Advanced Technology Laboratories** Print Date: *4/16/01*

**CLIENT:** Caltech Environmental Lab
**Lab Order:** 050528 **Client Sample ID:** 04-033-4
**Project:**
**Lab ID:** 050528-004A **Collection Date:** 4/4/01
**Matrix:** Soil

| Analyses | Result | Limit | Qual | Units | DF | Date Analyzed |
|---|---|---|---|---|---|---|
| **ORGANOCHLORINE PESTICIDES AND PCBS BY GC/ECD** EPA 8080A | | | | | | |
| RunID: GC10_010412A BatchID: 3750 | | | | PrepDate: 4/10/01 | | Analyst: GG |
| 4,4'-DDD | ND | 400 | | µg/Kg | 100 | 4/13/01 |
| 4,4'-DDE | 530 | 400 | | µg/Kg | 100 | 4/13/01 |
| 4,4'-DDT | ND | 400 | | µg/Kg | 100 | 4/13/01 |
| Aldrin | ND | 200 | | µg/Kg | 100 | 4/13/01 |
| alpha-BHC | ND | 200 | | µg/Kg | 100 | 4/13/01 |
| beta-BHC | ND | 200 | | µg/Kg | 100 | 4/13/01 |
| Chlordane | 36000 | 1700 | | µg/Kg | 100 | 4/13/01 |
| delta-BHC | ND | 200 | | µg/Kg | 100 | 4/13/01 |
| Dieldrin | ND | 400 | | µg/Kg | 100 | 4/13/01 |
| Endosulfan I | ND | 200 | | µg/Kg | 100 | 4/13/01 |
| Endosulfan II | ND | 400 | | µg/Kg | 100 | 4/13/01 |
| Endosulfan sulfate | ND | 400 | | µg/Kg | 100 | 4/13/01 |
| Endrin | ND | 400 | | µg/Kg | 100 | 4/13/01 |
| Endrin aldehyde | ND | 400 | | µg/Kg | 100 | 4/13/01 |
| gamma-BHC | ND | 200 | | µg/Kg | 100 | 4/13/01 |
| Heptachlor | ND | 200 | | µg/Kg | 100 | 4/13/01 |
| Heptachlor epoxide | ND | 200 | | µg/Kg | 100 | 4/13/01 |
| Methoxychlor | ND | 1700 | | µg/Kg | 100 | 4/13/01 |
| Toxaphene | ND | 17000 | | µg/Kg | 100 | 4/13/01 |

**Qualifiers:**
ND - Not Detected at the Reporting Limit
J - Analyte detected below quantitation limits
B - Analyte detected in the associated Method Blank
DO - Surrogate Diluted Out
S - Spike/Surrogate outside of limits due to matrix interference
H - Samples exceeding analytical holding time
E - Value above quantitation range
M - Not Monitored. Highly Reactive

**Initials:** RA

4

*Advanced Technology Laboratories* *3275 Walnut Avenue Signal Hill, CA 90807 Tel: 562 989-4045 Fax: 562 989-4040*

**Advanced Technology Laboratories** **Print Date:** *4/16/01*

**CLIENT:** Caltech Environmental Lab
**Lab Order:** 050528 **Client Sample ID:** 04-033-5
**Project:**
**Lab ID:** 050528-005A **Collection Date:** 4/4/01
**Matrix:** Soil

| Analyses | Result | Limit | Qual | Units | DF | Date Analyzed |
|---|---|---|---|---|---|---|
| **ORGANOCHLORINE PESTICIDES AND PCBS BY GC/ECD** | | | | EPA 8080A | | |
| RunID: GC10_010412A BatchID: 3750 | | | | PrepDate: 4/10/01 | | Analyst: GG |
| 4,4'-DDD | ND | 20 | | µg/Kg | 5.0 | 4/12/01 |
| 4,4'-DDE | ND | 20 | | µg/Kg | 5.0 | 4/12/01 |
| 4,4'-DDT | ND | 20 | | µg/Kg | 5.0 | 4/12/01 |
| Aldrin | ND | 10 | | µg/Kg | 5.0 | 4/12/01 |
| alpha-BHC | ND | 10 | | µg/Kg | 5.0 | 4/12/01 |
| beta-BHC | ND | 10 | | µg/Kg | 5.0 | 4/12/01 |
| Chlordane | 440 | 85 | | µg/Kg | 5.0 | 4/12/01 |
| delta-BHC | ND | 10 | | µg/Kg | 5.0 | 4/12/01 |
| Dieldrin | ND | 20 | | µg/Kg | 5.0 | 4/12/01 |
| Endosulfan I | ND | 10 | | µg/Kg | 5.0 | 4/12/01 |
| Endosulfan II | ND | 20 | | µg/Kg | 5.0 | 4/12/01 |
| Endosulfan sulfate | ND | 20 | | µg/Kg | 5.0 | 4/12/01 |
| Endrin | ND | 20 | | µg/Kg | 5.0 | 4/12/01 |
| Endrin aldehyde | ND | 20 | | µg/Kg | 5.0 | 4/12/01 |
| gamma-BHC | ND | 10 | | µg/Kg | 5.0 | 4/12/01 |
| Heptachlor | 14 | 10 | | µg/Kg | 5.0 | 4/12/01 |
| Heptachlor epoxide | ND | 10 | | µg/Kg | 5.0 | 4/12/01 |
| Methoxychlor | ND | 85 | | µg/Kg | 5.0 | 4/12/01 |
| Toxaphene | ND | 850 | | µg/Kg | 5.0 | 4/12/01 |

**Qualifiers:**
ND - Not Detected at the Reporting Limit
J - Analyte detected below quantitation limits
B - Analyte detected in the associated Method Blank
DO - Surrogate Diluted Out
S - Spike/Surrogate outside of limits due to matrix interference.
H - Samples exceeding analytical holding time
E - Value above quantitation range
M - Not Monitored Highly Reactive

**Initials:** RA

5

*Advanced Technology Laboratories* *3275 Walnut Avenue Signal Hill, CA 90807 Tel: 562 989-4045 Fax: 562 989-4040*

**Advanced Technology Laboratories** **Print Date:** 4/16/01

**CLIENT:** Caltech Environmental Lab
**Lab Order:** 050528 **Client Sample ID:** 04-033-6
**Project:**
**Lab ID:** 050528-006A **Collection Date:** 4/4/01
**Matrix:** Soil

| Analyses | Result | Limit | Qual | Units | DF | Date Analyzed |
|---|---|---|---|---|---|---|
| **ORGANOCHLORINE PESTICIDES AND PCBS BY GC/ECD** EPA 8080A | | | | | | |
| RunID: GC10_010412A BatchID: 3750 | | | | PrepDate: 4/10/01 | | Analyst: GG |
| 4,4'-DDD | ND | 20 | | µg/Kg | 5.0 | 4/13/01 |
| 4,4'-DDE | 29 | 20 | | µg/Kg | 5.0 | 4/13/01 |
| 4,4'-DDT | 130 | 20 | | µg/Kg | 5.0 | 4/13/01 |
| Aldrin | ND | 10 | | µg/Kg | 5.0 | 4/13/01 |
| alpha-BHC | ND | 10 | | µg/Kg | 5.0 | 4/13/01 |
| beta-BHC | ND | 10 | | µg/Kg | 5.0 | 4/13/01 |
| Chlordane | 1100 | 85 | | µg/Kg | 5.0 | 4/13/01 |
| delta-BHC | ND | 10 | | µg/Kg | 5.0 | 4/13/01 |
| Dieldrin | ND | 20 | | µg/Kg | 5.0 | 4/13/01 |
| Endosulfan I | ND | 10 | | µg/Kg | 5.0 | 4/13/01 |
| Endosulfan II | ND | 20 | | µg/Kg | 5.0 | 4/13/01 |
| Endosulfan sulfate | ND | 20 | | µg/Kg | 5.0 | 4/13/01 |
| Endrin | ND | 20 | | µg/Kg | 5.0 | 4/13/01 |
| Endrin aldehyde | ND | 20 | | µg/Kg | 5.0 | 4/13/01 |
| gamma-BHC | ND | 10 | | µg/Kg | 5.0 | 4/13/01 |
| Heptachlor | ND | 10 | | µg/Kg | 5.0 | 4/13/01 |
| Heptachlor epoxide | ND | 10 | | µg/Kg | 5.0 | 4/13/01 |
| Methoxychlor | ND | 85 | | µg/Kg | 5.0 | 4/13/01 |
| Toxaphene | ND | 850 | | µg/Kg | 5.0 | 4/13/01 |

**Qualifiers:**
ND - Not Detected at the Reporting Limit
J - Analyte detected below quantitation limits
B - Analyte detected in the associated Method Blank
DO - Surrogate Diluted Out
S - Spike/Surrogate outside of limits due to matrix interference.
H - Samples exceeding analytical holding time
E - Value above quantitation range
M - Not Monitored Highly Reactive

**Initials:** RA



*Advanced Technology Laboratories* *3275 Walnut Avenue Signal Hill, CA 90807 Tel: 562 989-4045 Fax: 562 989-4040*

**Advanced Technology Laboratories** Print Date: 4/16/01

**CLIENT:** Caltech Environmental Lab
**Lab Order:** 050528 **Client Sample ID:** 04-033-7
**Project:**
**Lab ID:** 050528-007A **Collection Date:** 4/4/01
**Matrix:** Soil

| Analyses | Result | Limit | Qual | Units | DF | Date Analyzed |
|---|---|---|---|---|---|---|
| **ORGANOCHLORINE PESTICIDES AND PCBS BY GC/ECD** EPA 8080A | | | | | | |
| RunID: GC10_010412A BatchID: 3750 | | | | PrepDate: 4/10/01 | | Analyst: GG |
| 4,4'-DDD | ND | 40 | | µg/Kg | 10 | 4/13/01 |
| 4,4'-DDE | 62 | 40 | | µg/Kg | 10 | 4/13/01 |
| 4,4'-DDT | ND | 40 | | µg/Kg | 10 | 4/13/01 |
| Aldrin | ND | 20 | | µg/Kg | 10 | 4/13/01 |
| alpha-BHC | ND | 20 | | µg/Kg | 10 | 4/13/01 |
| beta-BHC | ND | 20 | | µg/Kg | 10 | 4/13/01 |
| Chlordane | 4900 | 170 | | µg/Kg | 10 | 4/13/01 |
| delta-BHC | ND | 20 | | µg/Kg | 10 | 4/13/01 |
| Dieldrin | ND | 40 | | µg/Kg | 10 | 4/13/01 |
| Endosulfan I | ND | 20 | | µg/Kg | 10 | 4/13/01 |
| Endosulfan II | ND | 40 | | µg/Kg | 10 | 4/13/01 |
| Endosulfan sulfate | ND | 40 | | µg/Kg | 10 | 4/13/01 |
| Endrin | ND | 40 | | µg/Kg | 10 | 4/13/01 |
| Endrin aldehyde | ND | 40 | | µg/Kg | 10 | 4/13/01 |
| gamma-BHC | ND | 20 | | µg/Kg | 10 | 4/13/01 |
| Heptachlor | ND | 20 | | µg/Kg | 10 | 4/13/01 |
| Heptachlor epoxide | 37 | 20 | | µg/Kg | 10 | 4/13/01 |
| Methoxychlor | ND | 170 | | µg/Kg | 10 | 4/13/01 |
| Toxaphene | ND | 1700 | | µg/Kg | 10 | 4/13/01 |

**Qualifiers:**
ND - Not Detected at the Reporting Limit
J - Analyte detected below quantitation limits
B - Analyte detected in the associated Method Blank
DO - Surrogate Diluted Out
S - Spike/Surrogate outside of limits due to matrix interference.
H - Samples exceeding analytical holding time
E - Value above quantitation range
M - Not Monitored. Highly Reactive

**Initials:** RA

7

*Advanced Technology Laboratories* 3275 Walnut Avenue Signal Hill, CA 90807 Tel: 562 989-4045 Fax: 562 989-4040

**Advanced Technology Laboratories** Print Date: 4/16/01

| | | | |
|---|---|---|---|
| CLIENT: | Caltech Environmental Lab | Client Sample ID: | 04-033-8 |
| Lab Order: | 050528 | | |
| Project: | | Collection Date: | 4/4/01 |
| Lab ID: | 050528-008A | Matrix: | Soil |

ORGANOCHLORINE PESTICIDES AND PCBS BY GC/ECD EPA 8080A
RunID: GC10_010412A BatchID: 3750 PrepDate: 4/10/01 Analyst: GG

| Analyses | Result | Limit | Qual | Units | DF | Date Analyzed |
|---|---|---|---|---|---|---|
| 4,4'-DDD | ND | 40 | | µg/Kg | 10 | 4/12/01 |
| 4,4'-DDE | 69 | 40 | | µg/Kg | 10 | 4/12/01 |
| 4,4'-DDT | ND | 40 | | µg/Kg | 10 | 4/12/01 |
| Aldrin | ND | 20 | | µg/Kg | 10 | 4/12/01 |
| alpha-BHC | ND | 20 | | µg/Kg | 10 | 4/12/01 |
| beta-BHC | ND | 20 | | µg/Kg | 10 | 4/12/01 |
| Chlordane | 5300 | 170 | | µg/Kg | 10 | 4/12/01 |
| delta-BHC | ND | 20 | | µg/Kg | 10 | 4/12/01 |
| Dieldrin | ND | 40 | | µg/Kg | 10 | 4/12/01 |
| Endosulfan I | ND | 20 | | µg/Kg | 10 | 4/12/01 |
| Endosulfan II | ND | 40 | | µg/Kg | 10 | 4/12/01 |
| Endosulfan sulfate | ND | 40 | | µg/Kg | 10 | 4/12/01 |
| Endrin | ND | 40 | | µg/Kg | 10 | 4/12/01 |
| Endrin aldehyde | ND | 40 | | µg/Kg | 10 | 4/12/01 |
| gamma-BHC | ND | 20 | | µg/Kg | 10 | 4/12/01 |
| Heptachlor | ND | 20 | | µg/Kg | 10 | 4/12/01 |
| Heptachlor epoxide | ND | 20 | | µg/Kg | 10 | 4/12/01 |
| Methoxychlor | ND | 170 | | µg/Kg | 10 | 4/12/01 |
| Toxaphene | ND | 1700 | | µg/Kg | 10 | 4/12/01 |

Qualifiers:
ND - Not Detected at the Reporting Limit
J - Analyte detected below quantitation limits
B - Analyte detected in the associated Method Blank
DO - Surrogate Diluted Out
S - Spike/Surrogate outside of limits due to matrix interference.
H - Samples exceeding analytical holding time
E - Value above quantitation range
M - Not Monitored, Highly Reactive

Initials: RA

8

Advanced Technology Laboratories 3275 Walnut Avenue Signal Hill, CA 90807 Tel: 562 989-4045 Fax: 562 989-4040

**Advanced Technology Laboratories** Print Date: 4/16/01

CLIENT: Caltech Environmental Lab
Lab Order: 050528 Client Sample ID: 04-033-9
Project:
Lab ID: 050528-009A Collection Date: 4/4/01
Matrix: Soil

| Analyses | Result | Limit | Qual | Units | DF | Date Analyzed |
|---|---|---|---|---|---|---|
| **ORGANOCHLORINE PESTICIDES AND PCBS BY GC/ECD** | EPA 8080A | | | | | |
| RunID: GC10_010412A BatchID: 3750 | | | | PrepDate: 4/10/01 | | Analyst: GG |
| 4,4'-DDD | ND | 20 | | µg/Kg | 5.0 | 4/13/01 |
| 4,4'-DDE | ND | 20 | | µg/Kg | 5.0 | 4/13/01 |
| 4,4'-DDT | 38 | 20 | | µg/Kg | 5.0 | 4/13/01 |
| Aldrin | ND | 10 | | µg/Kg | 5.0 | 4/13/01 |
| alpha-BHC | ND | 10 | | µg/Kg | 5.0 | 4/13/01 |
| beta-BHC | ND | 10 | | µg/Kg | 5.0 | 4/13/01 |
| Chlordane | 1200 | 85 | | µg/Kg | 5.0 | 4/13/01 |
| delta-BHC | ND | 10 | | µg/Kg | 5.0 | 4/13/01 |
| Dieldrin | ND | 20 | | µg/Kg | 5.0 | 4/13/01 |
| Endosulfan I | ND | 10 | | µg/Kg | 5.0 | 4/13/01 |
| Endosulfan II | ND | 20 | | µg/Kg | 5.0 | 4/13/01 |
| Endosulfan sulfate | ND | 20 | | µg/Kg | 5.0 | 4/13/01 |
| Endrin | ND | 20 | | µg/Kg | 5.0 | 4/13/01 |
| Endrin aldehyde | ND | 20 | | µg/Kg | 5.0 | 4/13/01 |
| gamma-BHC | ND | 10 | | µg/Kg | 5.0 | 4/13/01 |
| Heptachlor | 19 | 10 | | µg/Kg | 5.0 | 4/13/01 |
| Heptachlor epoxide | 20 | 10 | | µg/Kg | 5.0 | 4/13/01 |
| Methoxychlor | ND | 85 | | µg/Kg | 5.0 | 4/13/01 |
| Toxaphene | ND | 850 | | µg/Kg | 5.0 | 4/13/01 |

Qualifiers:
ND - Not Detected at the Reporting Limit
J - Analyte detected below quantitation limits
B - Analyte detected in the associated Method Blank
DO - Surrogate Diluted Out
S - Spike/Surrogate outside of limits due to matrix interference.
H - Samples exceeding analytical holding time
E - Value above quantitation range
M - Not Monitored. Highly Reactive

Initials: RA

9

Advanced Technology Laboratories 3275 Walnut Avenue Signal Hill, CA 90807 Tel: 562 989-4045 Fax: 562 989-4040

**Advanced Technology Laboratories** **Print Date:** 4/16/01

**CLIENT:** Caltech Environmental Lab
**Lab Order:** 050528 **Client Sample ID:** 04-033-10
**Project:**
**Lab ID:** 050528-010A **Collection Date:** 4/4/01
**Matrix:** Soil

| Analyses | Result | Limit | Qual | Units | DF | Date Analyzed |
|---|---|---|---|---|---|---|
| **ORGANOCHLORINE PESTICIDES AND PCBS BY GC/ECD** | | | EPA 8080A | | | |
| RunID: GC10_010412A | BatchID: 3750 | | | PrepDate: 4/10/01 | | Analyst: GG |
| 4,4'-DDD | ND | 2000 | | µg/Kg | 500 | 4/12/01 |
| 4,4'-DDE | 2200 | 2000 | | µg/Kg | 500 | 4/12/01 |
| 4,4'-DDT | ND | 2000 | | µg/Kg | 500 | 4/12/01 |
| Aldrin | ND | 1000 | | µg/Kg | 500 | 4/12/01 |
| alpha-BHC | ND | 1000 | | µg/Kg | 500 | 4/12/01 |
| beta-BHC | ND | 1000 | | µg/Kg | 500 | 4/12/01 |
| Chlordane | 150000 | 8500 | | µg/Kg | 500 | 4/12/01 |
| delta-BHC | ND | 1000 | | µg/Kg | 500 | 4/12/01 |
| Dieldrin | ND | 2000 | | µg/Kg | 500 | 4/12/01 |
| Endosulfan I | ND | 1000 | | µg/Kg | 500 | 4/12/01 |
| Endosulfan II | ND | 2000 | | µg/Kg | 500 | 4/12/01 |
| Endosulfan sulfate | ND | 2000 | | µg/Kg | 500 | 4/12/01 |
| Endrin | ND | 2000 | | µg/Kg | 500 | 4/12/01 |
| Endrin aldehyde | ND | 2000 | | µg/Kg | 500 | 4/12/01 |
| gamma-BHC | ND | 1000 | | µg/Kg | 500 | 4/12/01 |
| Heptachlor | ND | 1000 | | µg/Kg | 500 | 4/12/01 |
| Heptachlor epoxide | ND | 1000 | | µg/Kg | 500 | 4/12/01 |
| Methoxychlor | ND | 8500 | | µg/Kg | 500 | 4/12/01 |
| Toxaphene | ND | 85000 | | µg/Kg | 500 | 4/12/01 |

**Qualifiers:**
ND - Not Detected at the Reporting Limit
J - Analyte detected below quantitation limits
B - Analyte detected in the associated Method Blank
DO - Surrogate Diluted Out
S - Spike/Surrogate outside of limits due to matrix interference.
H - Samples exceeding analytical holding time
E - Value above quantitation range
M - Not Monitored. Highly Reactive

**Initials:** RA

*Advanced Technology Laboratories* *3275 Walnut Avenue Signal Hill, CA 90807 Tel: 562 989-4045 Fax: 562 989-4040*

**Advanced Technology Laboratories** Print Date: 4/16/01

**CLIENT:** Caltech Environmental Lab
**Lab Order:** 050528
**Project:**
**Lab ID:** 050528-011A

**Client Sample ID:** 04-033-11
**Collection Date:** 4/4/01
**Matrix:** Soil

**ORGANOCHLORINE PESTICIDES AND PCBS BY GC/ECD** EPA 8080A

RunID: GC10_010412A BatchID: 3750 PrepDate: 4/10/01 Analyst: GG

| Analyses | Result | Limit | Qual | Units | DF | Date Analyzed |
|---|---|---|---|---|---|---|
| 4,4'-DDD | ND | 20 | | µg/Kg | 5.0 | 4/13/01 |
| 4,4'-DDE | 37 | 20 | | µg/Kg | 5.0 | 4/13/01 |
| 4,4'-DDT | 130 | 20 | | µg/Kg | 5.0 | 4/13/01 |
| Aldrin | ND | 10 | | µg/Kg | 5.0 | 4/13/01 |
| alpha-BHC | ND | 10 | | µg/Kg | 5.0 | 4/13/01 |
| beta-BHC | ND | 10 | | µg/Kg | 5.0 | 4/13/01 |
| Chlordane | 2800 | 85 | | µg/Kg | 5.0 | 4/13/01 |
| delta-BHC | ND | 10 | | µg/Kg | 5.0 | 4/13/01 |
| Dieldrin | ND | 20 | | µg/Kg | 5.0 | 4/13/01 |
| Endosulfan I | ND | 10 | | µg/Kg | 5.0 | 4/13/01 |
| Endosulfan II | ND | 20 | | µg/Kg | 5.0 | 4/13/01 |
| Endosulfan sulfate | ND | 20 | | µg/Kg | 5.0 | 4/13/01 |
| Endrin | ND | 20 | | µg/Kg | 5.0 | 4/13/01 |
| Endrin aldehyde | ND | 20 | | µg/Kg | 5.0 | 4/13/01 |
| gamma-BHC | ND | 10 | | µg/Kg | 5.0 | 4/13/01 |
| Heptachlor | ND | 10 | | µg/Kg | 5.0 | 4/13/01 |
| Heptachlor epoxide | 11 | 10 | | µg/Kg | 5.0 | 4/13/01 |
| Methoxychlor | ND | 85 | | µg/Kg | 5.0 | 4/13/01 |
| Toxaphene | ND | 850 | | µg/Kg | 5.0 | 4/13/01 |

**Qualifiers:**
ND - Not Detected at the Reporting Limit
J - Analyte detected below quantitation limits
B - Analyte detected in the associated Method Blank
DO - Surrogate Diluted Out
S - Spike/Surrogate outside of limits due to matrix interference.
H - Samples exceeding analytical holding time
E - Value above quantitation range
M - Not Monitored. Highly Reactive

**Initials:** RA

11

*Advanced Technology Laboratories* *3275 Walnut Avenue Signal Hill, CA 90807 Tel: 562 989-4045 Fax: 562 989-4040*

## Advanced Technology Laboratories

**Print Date:** 4/16/01

**CLIENT:** Caltech Environmental Lab
**Lab Order:** 050528
**Project:**
**Lab ID:** 050528-012A

**Client Sample ID:** 04-033-12
**Collection Date:** 4/4/01
**Matrix:** Soil

ORGANOCHLORINE PESTICIDES AND PCBS BY GC/ECD EPA 8080A

RunID: GC10_010412A BatchID: 3750 PrepDate: 4/10/01 Analyst: GG

| Analyses | Result | Limit | Qual | Units | DF | Date Analyzed |
|---|---|---|---|---|---|---|
| 4,4'-DDD | ND | 80 | | µg/Kg | 20 | 4/12/01 |
| 4,4'-DDE | 180 | 80 | | µg/Kg | 20 | 4/12/01 |
| 4,4'-DDT | 590 | 80 | | µg/Kg | 20 | 4/12/01 |
| Aldrin | ND | 40 | | µg/Kg | 20 | 4/12/01 |
| alpha-BHC | ND | 40 | | µg/Kg | 20 | 4/12/01 |
| beta-BHC | ND | 40 | | µg/Kg | 20 | 4/12/01 |
| Chlordane | 11000 | 340 | | µg/Kg | 20 | 4/12/01 |
| delta-BHC | ND | 40 | | µg/Kg | 20 | 4/12/01 |
| Dieldrin | ND | 80 | | µg/Kg | 20 | 4/12/01 |
| Endosulfan I | ND | 40 | | µg/Kg | 20 | 4/12/01 |
| Endosulfan II | ND | 80 | | µg/Kg | 20 | 4/12/01 |
| Endosulfan sulfate | ND | 80 | | µg/Kg | 20 | 4/12/01 |
| Endrin | ND | 80 | | µg/Kg | 20 | 4/12/01 |
| Endrin aldehyde | ND | 80 | | µg/Kg | 20 | 4/12/01 |
| gamma-BHC | ND | 40 | | µg/Kg | 20 | 4/12/01 |
| Heptachlor | ND | 40 | | µg/Kg | 20 | 4/12/01 |
| Heptachlor epoxide | ND | 40 | | µg/Kg | 20 | 4/12/01 |
| Methoxychlor | ND | 340 | | µg/Kg | 20 | 4/12/01 |
| Toxaphene | ND | 3400 | | µg/Kg | 20 | 4/12/01 |

Qualifiers: ND - Not Detected at the Reporting Limit
J - Analyte detected below quantitation limits
B - Analyte detected in the associated Method Blank
DO - Surrogate Diluted Out
S - Spike/Surrogate outside of limits due to matrix interference.
H - Samples exceeding analytical holding time
E - Value above quantitation range
M - Not Monitored. Highly Reactive

Initials: KA

Advanced Technology Laboratories
3275 Walnut Avenue Signal Hill, CA 90807 Tel: 562 989-4045 Fax: 562 989-4040

**Advanced Technology Laboratories** **Print Date:** 4/16/01

**CLIENT:** Caltech Environmental Lab
**Lab Order:** 050528 **Client Sample ID:** 04-033-13
**Project:**
**Lab ID:** 050528-013A **Collection Date:** 4/4/01
**Matrix:** Soil

ORGANOCHLORINE PESTICIDES AND PCBS BY GC/ECD EPA 8080A
RunID: GC10_010412A BatchID: 3750 PrepDate: 4/10/01 Analyst: GG

| Analyses | Result | Limit | Qual | Units | DF | Date Analyzed |
|---|---|---|---|---|---|---|
| 4,4'-DDD | ND | 20 | | µg/Kg | 5.0 | 4/13/01 |
| 4,4'-DDE | 42 | 20 | | µg/Kg | 5.0 | 4/13/01 |
| 4,4'-DDT | 87 | 20 | | µg/Kg | 5.0 | 4/13/01 |
| Aldrin | ND | 10 | | µg/Kg | 5.0 | 4/13/01 |
| alpha-BHC | ND | 10 | | µg/Kg | 5.0 | 4/13/01 |
| beta-BHC | ND | 10 | | µg/Kg | 5 0 | 4/13/01 |
| Chlordane | 2700 | 85 | | µg/Kg | 5.0 | 4/13/01 |
| delta-BHC | ND | 10 | | µg/Kg | 5.0 | 4/13/01 |
| Dieldrin | ND | 20 | | µg/Kg | 5.0 | 4/13/01 |
| Endosulfan I | ND | 10 | | µg/Kg | 5.0 | 4/13/01 |
| Endosulfan II | ND | 20 | | µg/Kg | 5.0 | 4/13/01 |
| Endosulfan sulfate | ND | 20 | | µg/Kg | 5 0 | 4/13/01 |
| Endrin | ND | 20 | | µg/Kg | 5.0 | 4/13/01 |
| Endrin aldehyde | ND | 20 | | µg/Kg | 5.0 | 4/13/01 |
| gamma-BHC | ND | 10 | | µg/Kg | 5.0 | 4/13/01 |
| Heptachlor | ND | 10 | | µg/Kg | 5.0 | 4/13/01 |
| Heptachlor epoxide | 33 | 10 | | µg/Kg | 5.0 | 4/13/01 |
| Methoxychlor | ND | 85 | | µg/Kg | 5.0 | 4/13/01 |
| Toxaphene | ND | 850 | | µg/Kg | 5.0 | 4/13/01 |

**Qualifiers:**
ND - Not Detected at the Reporting Limit
J - Analyte detected below quantitation limits
B - Analyte detected in the associated Method Blank
DO - Surrogate Diluted Out
S - Spike/Surrogate outside of limits due to matrix interference.
H - Samples exceeding analytical holding time
E - Value above quantitation range
M - Not Monitored Highly Reactive

**Initials:** RA

13

*Advanced Technology Laboratories* 3275 Walnut Avenue Signal Hill, CA 90807 Tel: 562 989-4045 Fax: 562 989-4040

## Advanced Technology Laboratories

Print Date: 4/16/01

CLIENT: Caltech Environmental Lab
Lab Order: 050528 Client Sample ID: 04-033-14
Project:
Lab ID: 050528-014A Collection Date: 4/4/01
Matrix: Soil

| Analyses | Result | Limit | Qual | Units | DF | Date Analyzed |
|---|---|---|---|---|---|---|
| **ORGANOCHLORINE PESTICIDES AND PCBS BY GC/ECD** | | | | EPA 8080A | | |
| RunID: GC10_010412A BatchID: 3750 | | | | PrepDate: 4/10/01 | | Analyst: GG |
| 4,4'-DDD | ND | 200 | | µg/Kg | 50 | 4/13/01 |
| 4,4'-DDE | 270 | 200 | | µg/Kg | 50 | 4/13/01 |
| 4,4'-DDT | ND | 200 | | µg/Kg | 50 | 4/13/01 |
| Aldrin | ND | 100 | | µg/Kg | 50 | 4/13/01 |
| alpha-BHC | ND | 100 | | µg/Kg | 50 | 4/13/01 |
| beta-BHC | ND | 100 | | µg/Kg | 50 | 4/13/01 |
| Chlordane | 16000 | 850 | | µg/Kg | 50 | 4/13/01 |
| delta-BHC | ND | 100 | | µg/Kg | 50 | 4/13/01 |
| Dieldrin | ND | 200 | | µg/Kg | 50 | 4/13/01 |
| Endosulfan I | ND | 100 | | µg/Kg | 50 | 4/13/01 |
| Endosulfan II | ND | 200 | | µg/Kg | 50 | 4/13/01 |
| Endosulfan sulfate | ND | 200 | | µg/Kg | 50 | 4/13/01 |
| Endrin | ND | 200 | | µg/Kg | 50 | 4/13/01 |
| Endrin aldehyde | ND | 200 | | µg/Kg | 50 | 4/13/01 |
| gamma-BHC | ND | 100 | | µg/Kg | 50 | 4/13/01 |
| Heptachlor | ND | 100 | | µg/Kg | 50 | 4/13/01 |
| Heptachlor epoxide | ND | 100 | | µg/Kg | 50 | 4/13/01 |
| Methoxychlor | ND | 850 | | µg/Kg | 50 | 4/13/01 |
| Toxaphene | ND | 8500 | | µg/Kg | 50 | 4/13/01 |

Qualifiers: ND - Not Detected at the Reporting Limit
J - Analyte detected below quantitation limits
B - Analyte detected in the associated Method Blank
DO - Surrogate Diluted Out
S - Spike/Surrogate outside of limits due to matrix interference.
H - Samples exceeding analytical holding time
E - Value above quantitation range
M - Not Monitored. Highly Reactive

Initials: RA

14

Advanced Technology Laboratories 3275 Walnut Avenue Signal Hill, CA 90807 Tel: 562 989-4045 Fax: 562 989-4040

**Advanced Technology Laboratories** Print Date: 4/16/01

**CLIENT:** Caltech Environmental Lab
**Lab Order:** 050528
**Project:**
**Lab ID:** 050528-015A

**Client Sample ID:** 04-033-15
**Collection Date:** 4/4/01
**Matrix:** Soil

ORGANOCHLORINE PESTICIDES AND PCBS BY GC/ECD EPA 8080A
RunID: GC10_010412A BatchID: 3750 PrepDate: 4/10/01 Analyst: GG

| Analyses | Result | Limit | Qual | Units | DF | Date Analyzed |
|---|---|---|---|---|---|---|
| 4,4'-DDD | ND | 20 | | µg/Kg | 5.0 | 4/13/01 |
| 4,4'-DDE | ND | 20 | | µg/Kg | 5.0 | 4/13/01 |
| 4,4'-DDT | 66 | 20 | | µg/Kg | 5.0 | 4/13/01 |
| Aldrin | ND | 10 | | µg/Kg | 5.0 | 4/13/01 |
| alpha-BHC | ND | 10 | | µg/Kg | 5.0 | 4/13/01 |
| beta-BHC | ND | 10 | | µg/Kg | 5.0 | 4/13/01 |
| Chlordane | 560 | 85 | | µg/Kg | 5.0 | 4/13/01 |
| delta-BHC | ND | 10 | | µg/Kg | 5.0 | 4/13/01 |
| Dieldrin | ND | 20 | | µg/Kg | 5.0 | 4/13/01 |
| Endosulfan I | ND | 10 | | µg/Kg | 5.0 | 4/13/01 |
| Endosulfan II | ND | 20 | | µg/Kg | 5.0 | 4/13/01 |
| Endosulfan sulfate | ND | 20 | | µg/Kg | 5.0 | 4/13/01 |
| Endrin | ND | 20 | | µg/Kg | 5.0 | 4/13/01 |
| Endrin aldehyde | ND | 20 | | µg/Kg | 5.0 | 4/13/01 |
| gamma-BHC | ND | 10 | | µg/Kg | 5.0 | 4/13/01 |
| Heptachlor | ND | 10 | | µg/Kg | 5.0 | 4/13/01 |
| Heptachlor epoxide | ND | 10 | | µg/Kg | 5.0 | 4/13/01 |
| Methoxychlor | ND | 85 | | µg/Kg | 5.0 | 4/13/01 |
| Toxaphene | ND | 850 | | µg/Kg | 5.0 | 4/13/01 |

Qualifiers:
ND - Not Detected at the Reporting Limit
J - Analyte detected below quantitation limits
B - Analyte detected in the associated Method Blank
DO - Surrogate Diluted Out
S - Spike/Surrogate outside of limits due to matrix interference.
H - Samples exceeding analytical holding time
E - Value above quantitation range
M - Not Monitored. Highly Reactive

Initials: RA

15

Advanced Technology Laboratories 3275 Walnut Avenue Signal Hill, CA 90807 Tel: 562 989-4045 Fax: 562 989-4040

**Advanced Technology Laboratories** Print Date: 4/16/01

CLIENT: Caltech Environmental Lab
Lab Order: 050528 Client Sample ID: 04-033-16
Project:
Lab ID: 050528-016A Collection Date: 4/4/01
Matrix: Soil

| Analyses | Result | Limit | Qual | Units | DF | Date Analyzed |
|---|---|---|---|---|---|---|
| **ORGANOCHLORINE PESTICIDES AND PCBS BY GC/ECD** EPA 8080A | | | | | | |
| RunID: GC10_010412A BatchID: 3750 | | | | PrepDate: 4/10/01 | | Analyst: GG |
| 4,4'-DDD | ND | 2000 | | µg/Kg | 500 | 4/13/01 |
| 4,4'-DDE | 2000 | 2000 | | µg/Kg | 500 | 4/13/01 |
| 4,4'-DDT | ND | 2000 | | µg/Kg | 500 | 4/13/01 |
| Aldrin | ND | 1000 | | µg/Kg | 500 | 4/13/01 |
| alpha-BHC | ND | 1000 | | µg/Kg | 500 | 4/13/01 |
| beta-BHC | ND | 1000 | | µg/Kg | 500 | 4/13/01 |
| Chlordane | 120000 | 8500 | | µg/Kg | 500 | 4/13/01 |
| delta-BHC | ND | 1000 | | µg/Kg | 500 | 4/13/01 |
| Dieldrin | ND | 2000 | | µg/Kg | 500 | 4/13/01 |
| Endosulfan I | ND | 1000 | | µg/Kg | 500 | 4/13/01 |
| Endosulfan II | ND | 2000 | | µg/Kg | 500 | 4/13/01 |
| Endosulfan sulfate | ND | 2000 | | µg/Kg | 500 | 4/13/01 |
| Endrin | ND | 2000 | | µg/Kg | 500 | 4/13/01 |
| Endrin aldehyde | ND | 2000 | | µg/Kg | 500 | 4/13/01 |
| gamma-BHC | ND | 1000 | | µg/Kg | 500 | 4/13/01 |
| Heptachlor | ND | 1000 | | µg/Kg | 500 | 4/13/01 |
| Heptachlor epoxide | ND | 1000 | | µg/Kg | 500 | 4/13/01 |
| Methoxychlor | ND | 8500 | | µg/Kg | 500 | 4/13/01 |
| Toxaphene | ND | 85000 | | µg/Kg | 500 | 4/13/01 |

Qualifiers: ND - Not Detected at the Reporting Limit
J - Analyte detected below quantitation limits
B - Analyte detected in the associated Method Blank
DO - Surrogate Diluted Out
S - Spike/Surrogate outside of limits due to matrix interference.
H - Samples exceeding analytical holding time
E - Value above quantitation range
M - Not Monitored. Highly Reactive

Initials: RA



Advanced Technology Laboratories 3275 Walnut Avenue Signal Hill, CA 90807 Tel: 562 989-4045 Fax: 562 989-4040

**Advanced Technology Laboratories** **Print Date:** *4/16/01*

**CLIENT:** Caltech Environmental Lab
**Lab Order:** 050528 **Client Sample ID:** 04-033-17
**Project:**
**Lab ID:** 050528-017A **Collection Date:** 4/4/01
**Matrix:** Soil

| Analyses | Result | Limit | Qual | Units | DF | Date Analyzed |
|---|---|---|---|---|---|---|
| **ORGANOCHLORINE PESTICIDES AND PCBS BY GC/ECD** | | | EPA 8080A | | | |
| RunID: GC10_010412A BatchID: 3750 | | | | PrepDate: 4/10/01 | | Analyst: GG |
| 4,4'-DDD | ND | 20 | | µg/Kg | 5.0 | 4/13/01 |
| 4,4'-DDE | ND | 20 | | µg/Kg | 5.0 | 4/13/01 |
| 4,4'-DDT | 35 | 20 | | µg/Kg | 5.0 | 4/13/01 |
| Aldrin | ND | 10 | | µg/Kg | 5.0 | 4/13/01 |
| alpha-BHC | ND | 10 | | µg/Kg | 5.0 | 4/13/01 |
| beta-BHC | ND | 10 | | µg/Kg | 5.0 | 4/13/01 |
| Chlordane | 310 | 85 | | µg/Kg | 5.0 | 4/13/01 |
| delta-BHC | ND | 10 | | µg/Kg | 5.0 | 4/13/01 |
| Dieldrin | ND | 20 | | µg/Kg | 5.0 | 4/13/01 |
| Endosulfan I | ND | 10 | | µg/Kg | 5.0 | 4/13/01 |
| Endosulfan II | ND | 20 | | µg/Kg | 5.0 | 4/13/01 |
| Endosulfan sulfate | ND | 20 | | µg/Kg | 5.0 | 4/13/01 |
| Endrin | ND | 20 | | µg/Kg | 5.0 | 4/13/01 |
| Endrin aldehyde | ND | 20 | | µg/Kg | 5.0 | 4/13/01 |
| gamma-BHC | ND | 10 | | µg/Kg | 5.0 | 4/13/01 |
| Heptachlor | ND | 10 | | µg/Kg | 5.0 | 4/13/01 |
| Heptachlor epoxide | ND | 10 | | µg/Kg | 5.0 | 4/13/01 |
| Methoxychlor | ND | 85 | | µg/Kg | 5.0 | 4/13/01 |
| Toxaphene | ND | 850 | | µg/Kg | 5.0 | 4/13/01 |

**Qualifiers:**
ND - Not Detected at the Reporting Limit
J - Analyte detected below quantitation limits
B - Analyte detected in the associated Method Blank
DO - Surrogate Diluted Out
S - Spike/Surrogate outside of limits due to matrix interference.
H - Samples exceeding analytical holding time
E - Value above quantitation range
M - Not Monitored. Highly Reactive

**Initials:** RA

17

*Advanced Technology Laboratories* *3275 Walnut Avenue Signal Hill, CA 90807 Tel: 562 989-4045 Fax: 562 989-4040*

**Advanced Technology Laboratories** Print Date: 4/16/01

**CLIENT:** Caltech Environmental Lab
**Lab Order:** 050528
**Project:**
**Lab ID:** 050528-018A

**Client Sample ID:** 04-033-18
**Collection Date:** 4/4/01
**Matrix:** Soil

**ORGANOCHLORINE PESTICIDES AND PCBS BY GC/ECD** EPA 8080A
RunID: GC10_010412A BatchID: 3750 PrepDate: 4/10/01 Analyst: GG

| Analyses | Result | Limit | Qual | Units | DF | Date Analyzed |
|---|---|---|---|---|---|---|
| 4,4'-DDD | ND | 200 | | µg/Kg | 50 | 4/13/01 |
| 4,4'-DDE | 310 | 200 | | µg/Kg | 50 | 4/13/01 |
| 4,4'-DDT | ND | 200 | | µg/Kg | 50 | 4/13/01 |
| Aldrin | ND | 100 | | µg/Kg | 50 | 4/13/01 |
| alpha-BHC | ND | 100 | | µg/Kg | 50 | 4/13/01 |
| beta-BHC | ND | 100 | | µg/Kg | 50 | 4/13/01 |
| Chlordane | 17000 | 850 | | µg/Kg | 50 | 4/13/01 |
| delta-BHC | ND | 100 | | µg/Kg | 50 | 4/13/01 |
| Dieldrin | ND | 200 | | µg/Kg | 50 | 4/13/01 |
| Endosulfan I | ND | 100 | | µg/Kg | 50 | 4/13/01 |
| Endosulfan II | ND | 200 | | µg/Kg | 50 | 4/13/01 |
| Endosulfan sulfate | ND | 200 | | µg/Kg | 50 | 4/13/01 |
| Endrin | ND | 200 | | µg/Kg | 50 | 4/13/01 |
| Endrin aldehyde | ND | 200 | | µg/Kg | 50 | 4/13/01 |
| gamma-BHC | ND | 100 | | µg/Kg | 50 | 4/13/01 |
| Heptachlor | ND | 100 | | µg/Kg | 50 | 4/13/01 |
| Heptachlor epoxide | ND | 100 | | µg/Kg | 50 | 4/13/01 |
| Methoxychlor | ND | 850 | | µg/Kg | 50 | 4/13/01 |
| Toxaphene | ND | 8500 | | µg/Kg | 50 | 4/13/01 |

Qualifiers:
ND - Not Detected at the Reporting Limit
J - Analyte detected below quantitation limits
B - Analyte detected in the associated Method Blank
DO - Surrogate Diluted Out
S - Spike/Surrogate outside of limits due to matrix interference.
H - Samples exceeding analytical holding time
E - Value above quantitation range
M - Not Monitored. Highly Reactive

Initials: RA



Advanced Technology Laboratories 3275 Walnut Avenue Signal Hill, CA 90807 Tel: 562 989-4045 Fax: 562 989-4040

CAL TECH Environmental Laboratories
6814 Rosecrans Avenue, Paramount, CA 90723-3146
Telephone: (562) 272-2700 Fax: (562) 272-2789

Lab Job No. 04-033

Page 1 of 2

# Chain of Custody Record

Client: Winzler & Kelly
Contact: Chuck Bove
Address: 200 Pine Street
SF, CA 94104
Project: ARRA
Sampled By: [signature]
Name/Signature

Phone: (415) 283/4970
Fax: (415) 283/4980

Turn Around Time
~~Rush~~
Normal X

Analyses Requested

| Lab ID Number | Field ID | Date/Time Sampled | Bottle Type | No. | Preserv. | Matrix | 8080 | | | | | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-033-1 | 2007 E | 4/4/01 | ESS 4oz | | | Soil | X | | | | | | | | |
| 2 | 2007 I | | | | | | | | | | | | | | |
| 3 | 2008 E | | | | | | | | | | | | | | |
| 4 | 2008 I | | | | | | | | | | | | | | |
| 5 | 2086 E | | | | | | | | | | | | | | |
| 6 | 2086 I | | | | | | | | | | | | | | |
| 7 | 2108 E | | | | | | | | | | | | | | |
| 8 | 2108 I | | | | | | | | | | | | | | |
| 9 | 2110 E | | | | | | | | | | | | | | |
| 10 | 2110 I | | | | | | | | | | | | | | |

Relinquished: [signature] Date / Time: 4/5/01 Received:

Dispatched : Date / Time: Carrier:

I hereby authorize the performance of the above indicated tests.

Date / Time: 4/6/01 2:25pm Received by lab: G Rezgi

Custody seal(s) in tact upon receipt by lab? YES NO NONE

CTELCCR.DOC

CAL TECH Environmental Laboratories
6814 Rosecrans Avenue, Paramount, CA 90723-3146
Telephone: (562) 272-2700 Fax: (562) 272-2789

Lab Job No. 04-033

Page 2 of 2

# Chain of Custody Record

Client: Winzler & Kelly
Contact: Chuck Bove
Address: 300 Pine Street
SF CA 94104
Project: ARRA
Sampled By: [signature]
Name/Signature

Phone: 415 283 4970
Fax: 415 283 4980

Turn Around Time
Rush
Normal X

Analyses Requested

| Lab ID Number | Field ID | Date/Time Sampled | Bottle Type | No. | Preserv. | Matrix | 8080 | | | | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-033-11 | 2111 E | 4/4/01 | ESS 402 | | | Soil | X | | | | | | | |
| 12 | 2111 I | | | | | | | | | | | | | |
| 13 | 2120 V-E | | | | | | | | | | | | | |
| 14 | 2120 V-I | | | | | | | | | | | | | |
| 15 | 2120 SR-E | | | | | | | | | | | | | |
| 16 | 2120 SR-I | | | | | | | | | | | | | |
| 17 | 2121 -E | | | | | | | | | | | | | |
| 18 | 2121 - I | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Relinquished: [signature] Date / Time: 4/5/01 Received:

Dispatched : Date / Time: Carrier:

I hereby authorize the performance of the above indicated tests.

Date / Time: 4/6/01 7:25pm Received by lab: Greg T

Custody seal(s) in tact upon receipt by lab? YES NO NONE

CTELCCR.DOC

# CAL TECH Environmental Laboratories

RECEIVED
JUL 09
WINZLER & KELLY
SAN FRANCISCO

## ANALYTICAL RESULTS*

**CTEL Project No:** CT201-0106219
**Client Name:** Winzler & Kelly Consulting Engineers
200 Pine Street, Suite 600
San Francisco, CA 94104
**Attention:** Mr. Chuck Bove

**Phone:(415) 283-4970**
**Fax: (415) 283-4980**

**Project ID:** ~~0133902.030~~ 01339902.030
**Project Name:** ~~Army Corp of Engineers~~ ARRA

**Date Sampled:** 06/25/01
**Date Received:** 06/28/01 @ 06:30 a.m.
**Date Analyzed:** 06/29/01 & 06/30/01

**Matrix: Soil**

| **Laboratory ID:** / **Client Sample ID:** | 0106-219-1<br>2008A-01<br>0"-6" | 0106-219-2<br>2008C-01<br>0"-6" | 0106-219-3<br>2008C-03<br>0"-6" | **Method** | **Units** | **Detection Limit** |
|---|---|---|---|---|---|---|
| **Pesticide** | See Attached | See Attached | See Attached | EPA 8080 | ug/Kg | |

| **Laboratory ID:** / **Client Sample ID:** | 0106-219-4<br>2008C-04<br>1'-1.5' | 0106-219-5<br>2008C-05<br>3'-3.5' | 0106-219-6<br>2008E-01<br>0"-6" | **Method** | **Units** | **Detection Limit** |
|---|---|---|---|---|---|---|
| **Pesticide** | See Attached | See Attached | See Attached | EPA 8080 | ug/Kg | |

| **Laboratory ID:** / **Client Sample ID:** | 0106-219-7<br>2008E-02<br>0"-6" | 0106-219-8<br>2008E-03<br>1'-1.5' | 0106-219-9<br>2008E-04<br>3'-3.5' | **Method** | **Units** | **Detection Limit** |
|---|---|---|---|---|---|---|
| **Pesticide** | See Attached | See Attached | See Attached | EPA 8080 | ug/Kg | |

**CTEL Project No:** CT201-0106219
**Client Name:** Winzler & Kelly Consulting Engineers
200 Pine Street, Suite 600 **Phone:(415) 283-4970**
San Francisco, CA 94104 **Fax: (415) 283-4980**
**Attention:** Mr. Chuck Bove

**Project ID:** 0133902.030
**Project Name:** Army Corp of Engineers

**Date Sampled:** 06/25/01 **Matrix: Soil**
**Date Received:** 06/28/01 @ 06:30 a.m.
**Date Analyzed** 06/29/01 & 06/30/01

| **Laboratory ID:**<br>**Client Sample ID:** | 0106-219-10<br>2008SX4<br>1'-1.5' | 0106-219-11<br>2008EX3<br>3'-3.5' | 0106-219-12<br>2008EX1<br>0"-6" | **Method** | **Units** | **Detection Limit** |
|---|---|---|---|---|---|---|
| **Pesticide** | See Attached | See Attached | See Attached | EPA 8080 | ug/Kg | |

---

| **Laboratory ID:**<br>**Client Sample ID:** | 0106-219-13<br>2008EX2<br>1'-1.5' | 0106-219-14<br>2008SX35<br>3'-3.5' | 0106-219-15<br>2110A-1<br>1'-1.5' | **Method** | **Units** | **Detection Limit** |
|---|---|---|---|---|---|---|
| **Pesticide** | See Attached | See Attached | See Attached | EPA 8080 | ug/Kg | |

---

| **Laboratory ID:**<br>**Client Sample ID:** | 0106-219-16<br>2110A-2<br>3'-3.5' | 0106-219-17<br>2110A-3<br>0"-6" | 0106-219-18<br>2110A-4<br>0"-6" | **Method** | **Units** | **Detection Limit** |
|---|---|---|---|---|---|---|
| **Pesticide** | See Attached | See Attached | See Attached | EPA 8080 | ug/Kg | |

**Exhibit 4 page 41**

**CTEL Project No:** CT201-0106219
**Client Name:** Winzler & Kelly Consulting Engineers
200 Pine Street, Suite 600
San Francisco, CA 94104
**Attention:** Mr. Chuck Bove

**Phone:(415) 283-4970**
**Fax: (415) 283-4980**

**Project ID:** 0133902.030
**Project Name:** Army Corp of Engineers

**Date Sampled:** 06/25/01
**Date Received:** 06/28/01 @ 06:30 a.m.
**Date Analyzed:** 06/29/01 & 06/30/01

**Matrix: Soil**

| **Laboratory ID:** / **Client Sample ID:** | 0106-219-19<br>2110A-5<br>0"-6" | 0106-219-20<br>2110A-6<br>0"-6" | 0106-219-21<br>2110A-7<br>1'-1.5' | **Method** | **Units** | **Detection Limit** |
|---|---|---|---|---|---|---|
| **Pesticide** | See Attached | See Attached | See Attached | EPA 8080 | ug/Kg | |

| **Laboratory ID:** / **Client Sample ID:** | 0106-219-22<br>2110A-8<br>3'-3.5' | 0106-219-23<br>2110B-9<br>1'-1.5' | 0106-219-24<br>2110B-10<br>3'-3.5' | **Method** | **Units** | **Detection Limit** |
|---|---|---|---|---|---|---|
| **Pesticide** | See Attached | See Attached | See Attached | EPA 8080 | ug/Kg | |

| **Laboratory ID:** / **Client Sample ID:** | 0106-219-25<br>2110B-11<br>0"-6" | 0106-219-26<br>2110B-12<br>0"-6" | 0106-219-27<br>2110B-13<br>1'-1.5' | **Method** | **Units** | **Detection Limit** |
|---|---|---|---|---|---|---|
| **Pesticide** | See Attached | See Attached | See Attached | EPA 8080 | ug/Kg | |

**CTEL Project No:** CT201-0106219
**Client Name:** Winzler & Kelly Consulting Engineers
200 Pine Street, Suite 600
San Francisco, CA 94104
**Attention:** Mr. Chuck Bove

**Phone:(415) 283-4970**
**Fax: (415) 283-4980**

**Project ID:** 0133902.030
**Project Name:** Army Corp of Engineers

**Date Sampled:** 06/25/01
**Date Received:** 06/28/01 @ 06:30 a.m.
**Date Analyzed** 06/29/01 & 06/30/01

**Matrix: Soil**

| **Laboratory ID:**<br>**Client Sample ID:** | 0106-219-28<br>2110B-14<br>3'-3.5' | 0106-219-29<br>2120A-1<br>1'-1.5' | 0106-219-30<br>2120A-2<br>3'-3.5' | **Method** | **Units** | **Detection Limit** |
|---|---|---|---|---|---|---|
| **Pesticide** | See Attached | See Attached | See Attached | EPA 8080 | ug/Kg | |

| **Laboratory ID:**<br>**Client Sample ID:** | 0106-219-31<br>2120A-3<br>0"-6" | 0106-219-32<br>2120A-4<br>0"-6" | 0106-219-33<br>2120A-5<br>0"-6" | **Method** | **Units** | **Detection Limit** |
|---|---|---|---|---|---|---|
| **Pesticide** | See Attached | See Attached | See Attached | EPA 8080 | ug/Kg | |

| **Laboratory ID:**<br>**Client Sample ID:** | 0106-219-34<br>2120A-6<br>0"-6" | 0106-219-35<br>2120A-7<br>1'-1.5' | 0106-219-36<br>2120A-8<br>3'-3.5' | **Method** | **Units** | **Detection Limit** |
|---|---|---|---|---|---|---|
| **Pesticide** | See Attached | See Attached | See Attached | EPA 8080 | ug/Kg | |

**Advanced Technology Laboratories**

**Print Date:** 7/6/01

**CLIENT:** Caltech Environmental Lab
**Lab Order:** 051884
**Project:** S.F. #2
**Lab ID:** 051884-001A

**Client Sample ID:** 06-219-1/2008A-01
**Collection Date:** 6/25/01
**Matrix:** Soil

ORGANOCHLORINE PESTICIDES BY GC/ECD — EPA 8081A — PrepDate: 6/29/01 — Analyst: GG
RunID: GC10_010630A BatchID: 4782

| Analyses | Result | Limit | Qual | Units | DF | Date Analyzed |
|---|---|---|---|---|---|---|
| 4,4'-DDD | ND | 400 | | µg/Kg | 100 | 7/2/01 |
| 4,4'-DDE | 2400 | 400 | | µg/Kg | 100 | 7/2/01 |
| 4,4'-DDT | ND | 400 | | µg/Kg | 100 | 7/2/01 |
| Aldrin | ND | 200 | | µg/Kg | 100 | 7/2/01 |
| alpha-BHC | ND | 200 | | µg/Kg | 100 | 7/2/01 |
| alpha-Chlordane | 17000 | 2000 | | µg/Kg | 500 | 7/2/01 |
| beta-BHC | ND | 200 | | µg/Kg | 100 | 7/2/01 |
| Chlordane | ND | 1700 | | µg/Kg | 100 | 7/2/01 |
| Chlordane | 180000 | 8500 | | µg/Kg | 500 | 7/2/01 |
| delta-BHC | ND | 200 | | µg/Kg | 100 | 7/2/01 |
| Dieldrin | ND | 400 | | µg/Kg | 100 | 7/2/01 |
| Endosulfan I | ND | 200 | | µg/Kg | 100 | 7/2/01 |
| Endosulfan II | ND | 400 | | µg/Kg | 100 | 7/2/01 |
| Endosulfan sulfate | ND | 400 | | µg/Kg | 100 | 7/2/01 |
| Endrin | ND | 400 | | µg/Kg | 100 | 7/2/01 |
| Endrin aldehyde | ND | 400 | | µg/Kg | 100 | 7/2/01 |
| Endrin ketone | ND | 400 | | µg/Kg | 100 | 7/2/01 |
| gamma-BHC | ND | 200 | | µg/Kg | 100 | 7/2/01 |
| gamma-Chlordane | 19000 | 2000 | | µg/Kg | 500 | 7/2/01 |
| Heptachlor | 1500 | 200 | | µg/Kg | 100 | 7/2/01 |
| Heptachlor epoxide | 220 | 200 | | µg/Kg | 100 | 7/2/01 |
| Methoxychlor | ND | 1700 | | µg/Kg | 100 | 7/2/01 |
| Toxaphene | ND | 17000 | | µg/Kg | 100 | 7/2/01 |

Qualifiers:
ND - Not Detected at the Reporting Limit
J - Analyte detected below quantitation limits
B - Analyte detected in the associated Method Blank
DO - Surrogate Diluted Out
S - Spike/Surrogate outside of limits due to matrix interference
H - Samples exceeding analytical holding time
E - Value above quantitation range
M - Not Monitored. Highly Reactive

**Initials:** RA

2

Advanced Technology Laboratories 3275 Walnut Avenue Signal Hill, CA 90807 Tel: 562 989-4045 Fax: 562 989-4040

# Advanced Technology Laboratories

Print Date: 7/6/01

| | | | |
|---|---|---|---|
| CLIENT: | Caltech Environmental Lab | Client Sample ID: | 06-219-2/2008C-01 |
| Lab Order: | 051884 | | |
| Project: | S.F. #2 | Collection Date: | 6/25/01 |
| Lab ID: | 051884-002A | Matrix: | Soil |

ORGANOCHLORINE PESTICIDES BY GC/ECD — EPA 8081A — PrepDate: 6/29/01 — Analyst: GG

RunID: GC10_010630A BatchID: 4782

| Analyses | Result | Limit | Qual | Units | DF | Date Analyzed |
|---|---|---|---|---|---|---|
| 4,4'-DDD | ND | 400 | | µg/Kg | 100 | 7/2/01 |
| 4,4'-DDE | 780 | 400 | | µg/Kg | 100 | 7/2/01 |
| 4,4'-DDT | ND | 400 | | µg/Kg | 100 | 7/2/01 |
| Aldrin | ND | 200 | | µg/Kg | 100 | 7/2/01 |
| alpha-BHC | ND | 200 | | µg/Kg | 100 | 7/2/01 |
| alpha-Chlordane | 5600 | 400 | | µg/Kg | 100 | 7/2/01 |
| beta-BHC | ND | 200 | | µg/Kg | 100 | 7/2/01 |
| Chlordane | 49000 | 1700 | | µg/Kg | 100 | 7/2/01 |
| delta-BHC | ND | 200 | | µg/Kg | 100 | 7/2/01 |
| Dieldrin | ND | 400 | | µg/Kg | 100 | 7/2/01 |
| Endosulfan I | ND | 200 | | µg/Kg | 100 | 7/2/01 |
| Endosulfan II | ND | 400 | | µg/Kg | 100 | 7/2/01 |
| Endosulfan sulfate | ND | 400 | | µg/Kg | 100 | 7/2/01 |
| Endrin | ND | 400 | | µg/Kg | 100 | 7/2/01 |
| Endrin aldehyde | ND | 400 | | µg/Kg | 100 | 7/2/01 |
| Endrin ketone | ND | 400 | | µg/Kg | 100 | 7/2/01 |
| gamma-BHC | ND | 200 | | µg/Kg | 100 | 7/2/01 |
| gamma-Chlordane | 6900 | 400 | | µg/Kg | 100 | 7/2/01 |
| Heptachlor | 1000 | 200 | | µg/Kg | 100 | 7/2/01 |
| Heptachlor epoxide | 250 | 200 | | µg/Kg | 100 | 7/2/01 |
| Methoxychlor | ND | 1700 | | µg/Kg | 100 | 7/2/01 |
| Toxaphene | ND | 17000 | | µg/Kg | 100 | 7/2/01 |

Qualifiers:
ND - Not Detected at the Reporting Limit
J - Analyte detected below quantitation limits
B - Analyte detected in the associated Method Blank
DO - Surrogate Diluted Out
S - Spike/Surrogate outside of limits due to matrix interference.
H - Samples exceeding analytical holding time
E - Value above quantitation range
M - Not Monitored, Highly Reactive

Initials: RA

3

Advanced Technology Laboratories 3275 Walnut Avenue Signal Hill, CA 90807 Tel: 562 989-4045 Fax: 562 989-4040