CAL TECH Environmental Laboratories

# ANALYTICAL RESULTS*

**CTEL Project No:** CT201-0107143
**Client Name:** Winzler & Kelly Consulting Engineers
200 Pine Street, Suite 600
San Francisco, CA 94104
**Attention:** Mr. Chuck Bove

**Phone:(510) 667-6440**
**Fax: (510) 667-6444**

**Project ID:** 01336601.031
**Project Name:** ARRA – Chlordane

**Date Sampled:** 07/20/01 @ 15:00 p.m.
**Date Received:** 07/23/01 @ 08:30 a.m.
**Date Analyzed:** 07/25/01

**Matrix: Soil**

| **Laboratory ID:**<br>**Client Sample ID:** | 0107-143-1<br>1011A-01 | 0107-143-2<br>1011A-02 | 0107-143-3<br>928-01 | **Method** | **Units** | **Detection Limit** |
|---|---|---|---|---|---|---|
| **Pesticide** | See Attached | See Attached | See Attached | EPA 8080 | ug/Kg | |

| **Laboratory ID:**<br>**Client Sample ID:** | 0107-143-4<br>928-02 | 0107-143-5<br>943-01 | 0107-143-6<br>943-02 | **Method** | **Units** | **Detection Limit** |
|---|---|---|---|---|---|---|
| **Pesticide** | See Attached | See Attached | See Attached | EPA 8080 | ug/Kg | |

ND = Not Detected at the indicated Detection Limit

R. Tejirian for

Greg Tejirian
Laboratory Director

*The results are base upon the sample received. Soil samples are not homogeneous

*Cal Tech Environmental Laboratories, Inc. ELAP ID #: 2424*

**Advanced Technology Laboratories**

**Print Date:** 7/26/01

**CLIENT:** Caltech Environmental Lab
**Lab Order:** 052241
**Project:** S.F.#4
**Lab ID:** 052241-001A

**Client Sample ID:** 07-143-1/1011A-01
**Collection Date:** 7/20/01 3:00:00 PM
**Matrix:** Solid

| Analyses | Result | Limit | Qual | Units | DF | Date Analyzed |
|---|---|---|---|---|---|---|
| **ORGANOCHLORINE PESTICIDES BY GC/ECD** | | EPA 8081A | | | | |
| RunID: GC9_010724A | BatchID: 5023 | | | PrepDate: 7/24/01 | | Analyst: GG |
| 4,4´-DDD | ND | 200 | | µg/Kg | 50 | 7/26/01 |
| 4,4´-DDE | 460 | 200 | | µg/Kg | 50 | 7/26/01 |
| 4,4´-DDT | 290 | 200 | | µg/Kg | 50 | 7/26/01 |
| Aldrin | ND | 100 | | µg/Kg | 50 | 7/26/01 |
| alpha-BHC | ND | 100 | | µg/Kg | 50 | 7/26/01 |
| alpha-Chlordane | 5800 | 400 | | µg/Kg | 100 | 7/26/01 |
| beta-BHC | ND | 100 | | µg/Kg | 50 | 7/26/01 |
| Chlordane | 66000 | 1700 | | µg/Kg | 100 | 7/26/01 |
| delta-BHC | ND | 100 | | µg/Kg | 50 | 7/26/01 |
| Dieldrin | ND | 200 | | µg/Kg | 50 | 7/26/01 |
| Endosulfan I | ND | 100 | | µg/Kg | 50 | 7/26/01 |
| Endosulfan II | ND | 200 | | µg/Kg | 50 | 7/26/01 |
| Endosulfan sulfate | ND | 200 | | µg/Kg | 50 | 7/26/01 |
| Endrin | ND | 200 | | µg/Kg | 50 | 7/26/01 |
| Endrin aldehyde | ND | 200 | | µg/Kg | 50 | 7/26/01 |
| Endrin ketone | ND | 200 | | µg/Kg | 50 | 7/26/01 |
| gamma-BHC | ND | 100 | | µg/Kg | 50 | 7/26/01 |
| gamma-Chlordane | 6400 | 400 | | µg/Kg | 100 | 7/26/01 |
| Heptachlor | 260 | 100 | | µg/Kg | 50 | 7/26/01 |
| Heptachlor epoxide | ND | 100 | | µg/Kg | 50 | 7/26/01 |
| Methoxychlor | ND | 850 | | µg/Kg | 50 | 7/26/01 |
| Toxaphene | ND | 8500 | | µg/Kg | 50 | 7/26/01 |

**Qualifiers:**
ND - Not Detected at the Reporting Limit
J - Analyte detected below quantitation limits
B - Analyte detected in the associated Method Blank
DO - Surrogate Diluted Out
S - Spike/Surrogate outside of limits due to matrix interference.
H - Samples exceeding analytical holding time
E - Value above quantitation range
M - Not Monitored. Highly Reactive

**Initials:** RA

1

Advanced Technology Laboratories 3275 Walnut Avenue Signal Hill, CA 90807 Tel: 562 989-4045 Fax: 562 989-4040

**Advanced Technology Laboratories**

**Print Date:** 7/26/01

**CLIENT:** Caltech Environmental Lab
**Lab Order:** 052241
**Project:** S.F.#4
**Lab ID:** 052241-002A

**Client Sample ID:** 07-143-2/1011A-02
**Collection Date:** 7/20/01 3:00:00 PM
**Matrix:** Solid

| Analyses | Result | Limit | Qual | Units | DF | Date Analyzed |
|---|---|---|---|---|---|---|
| **ORGANOCHLORINE PESTICIDES BY GC/ECD** | | EPA 8081A | | | | |
| RunID: **GC9_010724A** BatchID: **5023** | | | | PrepDate: **7/24/01** | | Analyst: **GG** |
| 4,4'-DDD | ND | 40 | | µg/Kg | 10 | 7/26/01 |
| 4,4'-DDE | 46 | 40 | | µg/Kg | 10 | 7/26/01 |
| 4,4'-DDT | 73 | 40 | | µg/Kg | 10 | 7/26/01 |
| Aldrin | ND | 20 | | µg/Kg | 10 | 7/26/01 |
| alpha-BHC | ND | 20 | | µg/Kg | 10 | 7/26/01 |
| alpha-Chlordane | 540 | 40 | | µg/Kg | 10 | 7/26/01 |
| beta-BHC | ND | 20 | | µg/Kg | 10 | 7/26/01 |
| Chlordane | 6800 | 170 | | µg/Kg | 10 | 7/26/01 |
| delta-BHC | ND | 20 | | µg/Kg | 10 | 7/26/01 |
| Dieldrin | ND | 40 | | µg/Kg | 10 | 7/26/01 |
| Endosulfan I | ND | 20 | | µg/Kg | 10 | 7/26/01 |
| Endosulfan II | ND | 40 | | µg/Kg | 10 | 7/26/01 |
| Endosulfan sulfate | ND | 40 | | µg/Kg | 10 | 7/26/01 |
| Endrin | ND | 40 | | ug/Kg | 10 | 7/26/01 |
| Endrin aldehyde | ND | 40 | | µg/Kg | 10 | 7/26/01 |
| Endrin ketone | ND | 40 | | µg/Kg | 10 | 7/26/01 |
| gamma-BHC | ND | 20 | | µg/Kg | 10 | 7/26/01 |
| gamma-Chlordane | 560 | 40 | | µg/Kg | 10 | 7/26/01 |
| Heptachlor | 32 | 20 | | µg/Kg | 10 | 7/26/01 |
| Heptachlor epoxide | ND | 20 | | µg/Kg | 10 | 7/26/01 |
| Methoxychlor | ND | 170 | | µg/Kg | 10 | 7/26/01 |
| Toxaphene | ND | 1700 | | µg/Kg | 10 | 7/26/01 |

**Qualifiers:**
ND - Not Detected at the Reporting Limit
J - Analyte detected below quantitation limits
B - Analyte detected in the associated Method Blank
DO - Surrogate Diluted Out
S - Spike/Surrogate outside of limits due to matrix interference.
H - Samples exceeding analytical holding time
E - Value above quantitation range
M - Not Monitored. Highly Reactive

**Initials:** RA



*Advanced Technology Laboratories* *3275 Walnut Avenue Signal Hill, CA 90807 Tel: 562 989-4045 Fax: 562 989-4040*

## Advanced Technology Laboratories

**Print Date:** 7/26/01

**CLIENT:** Caltech Environmental Lab
**Lab Order:** 052241
**Project:** S.F.#4
**Lab ID:** 052241-003A

**Client Sample ID:** 07-143-3/928-01
**Collection Date:** 7/20/01 3:00:00 PM
**Matrix:** Solid

**ORGANOCHLORINE PESTICIDES BY GC/ECD** — EPA 8081A
RunID: GC9_010724A BatchID: 5023 PrepDate: 7/24/01 Analyst: GG

| Analyses | Result | Limit | Qual | Units | DF | Date Analyzed |
|---|---|---|---|---|---|---|
| 4,4'-DDD | ND | 4.0 | | µg/Kg | 1.0 | 7/26/01 |
| 4,4'-DDE | ND | 4.0 | | µg/Kg | 1.0 | 7/26/01 |
| 4,4'-DDT | ND | 4.0 | | µg/Kg | 1.0 | 7/26/C1 |
| Aldrin | ND | 2.0 | | µg/Kg | 1.0 | 7/26/01 |
| alpha-BHC | ND | 2.0 | | µg/Kg | 1.0 | 7/26/01 |
| alpha-Chlordane | 23 | 4.0 | | µg/Kg | 1.0 | 7/26/01 |
| beta-BHC | ND | 2.0 | | µg/Kg | 1.0 | 7/26/01 |
| Chlordane | 310 | 17 | | µg/Kg | 1.0 | 7/26/01 |
| delta-BHC | ND | 2.0 | | µg/Kg | 1.0 | 7/26/01 |
| Dieldrin | ND | 4.0 | | µg/Kg | 1.0 | 7/26/01 |
| Endosulfan I | ND | 2.0 | | µg/Kg | 1.0 | 7/26/01 |
| Endosulfan II | ND | 4.0 | | µg/Kg | 1.0 | 7/26/01 |
| Endosulfan sulfate | ND | 4.0 | | µg/Kg | 1.0 | 7/26/01 |
| Endrin | ND | 4.0 | | µg/Kg | 1.0 | 7/26/01 |
| Endrin aldehyde | ND | 4.0 | | µg/Kg | 1.0 | 7/26/01 |
| Endrin ketone | ND | 4.0 | | µg/Kg | 1.0 | 7/26/01 |
| gamma-BHC | ND | 2.0 | | µg/Kg | 1.0 | 7/26/01 |
| gamma-Chlordane | 43 | 4.0 | | µg/Kg | 1.0 | 7/26/01 |
| Heptachlor | 3.4 | 2.0 | | µg/Kg | 1.0 | 7/26/01 |
| Heptachlor epoxide | ND | 2.0 | | µg/Kg | 1.0 | 7/26/01 |
| Methoxychlor | ND | 17 | | µg/Kg | 1.0 | 7/26/01 |
| Toxaphene | ND | 170 | | µg/Kg | 1.0 | 7/26/01 |

**Qualifiers:**
ND - Not Detected at the Reporting Limit
J - Analyte detected below quantitation limits
B - Analyte detected in the associated Method Blank
DO - Surrogate Diluted Out
S - Spike/Surrogate outside of limits due to matrix interference.
H - Samples exceeding analytical holding time
E - Value above quantitation range
M - Not Monitored. Highly Reactive

**Initials:** RA



Advanced Technology Laboratories 3275 Walnut Avenue Signal Hill, CA 90807 Tel: 562 989-4045 Fax: 562 989-4040

**Advanced Technology Laboratories**

**Print Date:** 7/26/01

**CLIENT:** Caltech Environmental Lab
**Lab Order:** 052241
**Project:** S.F.#4
**Lab ID:** 052241-004A

**Client Sample ID:** 07-143-4/928-02
**Collection Date:** 7/20/01 3:00:00 PM
**Matrix:** Solid

| Analyses | Result | Limit | Qual | Units | DF | Date Analyzed |
|---|---|---|---|---|---|---|
| **ORGANOCHLORINE PESTICIDES BY GC/ECD** | | EPA 8081A | | | | |
| RunID: GC9_010724A BatchID: 5023 | | | | PrepDate: 7/24/01 | | Analyst: GG |
| 4,4'-DDD | ND | 4.0 | | µg/Kg | 1.0 | 7/26/01 |
| 4,4'-DDE | 4.1 | 4.0 | | µg/Kg | 1.0 | 7/26/01 |
| 4,4'-DDT | ND | 4.0 | | µg/Kg | 1.0 | 7/26/01 |
| Aldrin | ND | 2.0 | | µg/Kg | 1.0 | 7/26/01 |
| alpha-BHC | ND | 2.0 | | µg/Kg | 1.0 | 7/26/01 |
| alpha-Chlordane | 65 | 4 0 | | µg/Kg | 1.0 | 7/26/01 |
| beta-BHC | ND | 2.0 | | µg/Kg | 1.0 | 7/26/01 |
| Chlordane | 710 | 17 | | µg/Kg | 1.0 | 7/26/01 |
| delta-BHC | ND | 2.0 | | µg/Kg | 1.0 | 7/26/01 |
| Dieldrin | ND | 4.0 | | µg/Kg | 1.0 | 7/26/01 |
| Endosulfan I | ND | 2.0 | | µg/Kg | 1.0 | 7/26/01 |
| Endosulfan II | ND | 4.0 | | µg/Kg | 1.0 | 7/26/01 |
| Endosulfan sulfate | ND | 4.0 | | µg/Kg | 1.0 | 7/26/01 |
| Endrin | ND | 4.0 | | µg/Kg | 1.0 | 7/26/01 |
| Endrin aldehyde | ND | 4.0 | | µg/Kg | 1.0 | 7/26/01 |
| Endrin ketone | ND | 4.0 | | µg/Kg | 1.0 | 7/26/01 |
| gamma-BHC | ND | 2.0 | | µg/Kg | 1.0 | 7/26/01 |
| gamma-Chlordane | 76 | 4.0 | | µg/Kg | 1.0 | 7/26/01 |
| Heptachlor | 15 | 2.0 | | µg/Kg | 1.0 | 7/26/01 |
| Heptachlor epoxide | ND | 2.0 | | µg/Kg | 1.0 | 7/26/01 |
| Methoxychlor | ND | 17 | | µg/Kg | 1.0 | 7/26/01 |
| Toxaphene | ND | 170 | | µg/Kg | 1.0 | 7/26/01 |

**Qualifiers:**
ND - Not Detected at the Reporting Limit
J - Analyte detected below quantitation limits
B - Analyte detected in the associated Method Blank
DO - Surrogate Diluted Out
S - Spike/Surrogate outside of limits due to matrix interference.
H - Samples exceeding analytical holding time
E - Value above quantitation range
M - Not Monitored. Highly Reactive

**Initials:** KA

4

Advanced Technology Laboratories 3275 Walnut Avenue Signal Hill, CA 90807 Tel: 562 989-4045 Fax: 562 989-4040

**Advanced Technology Laboratories**

Print Date: 7/26/01

| | | | |
|---|---|---|---|
| CLIENT: | Caltech Environmental Lab | Client Sample ID: | 07-143-5/943-01 |
| Lab Order: | 052241 | | |
| Project: | S.F.#4 | Collection Date: | 7/20/01 3:00:00 PM |
| Lab ID: | 052241-005A | Matrix: | Solid |

| Analyses | Result | Limit | Qual | Units | DF | Date Analyzed |
|---|---|---|---|---|---|---|
| **ORGANOCHLORINE PESTICIDES BY GC/ECD** | | EPA 8081A | | | | |
| RunID: GC9_010724A BatchID: 5023 | | | | PrepDate: 7/24/01 | | Analyst: GG |
| 4,4'-DDD | ND | 4.0 | | µg/Kg | 1.0 | 7/26/01 |
| 4,4'-DDE | ND | 4.0 | | µg/Kg | 1.0 | 7/26/01 |
| 4,4'-DDT | ND | 4.0 | | µg/Kg | 1.0 | 7/26/01 |
| Aldrin | ND | 2.0 | | µg/Kg | 1.0 | 7/26/01 |
| alpha-BHC | ND | 2.0 | | µg/Kg | 1.0 | 7/26/01 |
| alpha-Chlordane | 24 | 4.0 | | µg/Kg | 1.0 | 7/26/01 |
| beta-BHC | ND | 2.0 | | µg/Kg | 1.0 | 7/26/01 |
| Chlordane | 420 | 17 | | µg/Kg | 1.0 | 7/26/01 |
| delta-BHC | ND | 2.0 | | µg/Kg | 1.0 | 7/26/01 |
| Dieldrin | ND | 4.0 | | µg/Kg | 1.0 | 7/26/01 |
| Endosulfan I | ND | 2.0 | | µg/Kg | 1.0 | 7/26/01 |
| Endosulfan II | ND | 4.0 | | µg/Kg | 1.0 | 7/26/01 |
| Endosulfan sulfate | ND | 4.0 | | µg/Kg | 1.0 | 7/26/01 |
| Endrin | ND | 4.0 | | µg/Kg | 1.0 | 7/26/01 |
| Endrin aldehyde | ND | 4.0 | | µg/Kg | 1.0 | 7/26/01 |
| Endrin ketone | ND | 4.0 | | µg/Kg | 1.0 | 7/26/01 |
| gamma-BHC | ND | 2.0 | | µg/Kg | 1.0 | 7/26/01 |
| gamma-Chlordane | 45 | 4.0 | | µg/Kg | 1.0 | 7/26/01 |
| Heptachlor | ND | 2.0 | | µg/Kg | 1.0 | 7/26/01 |
| Heptachlor epoxide | ND | 2.0 | | µg/Kg | 1.0 | 7/26/01 |
| Methoxychlor | ND | 17 | | µg/Kg | 1.0 | 7/26/01 |
| Toxaphene | ND | 170 | | µg/Kg | 1.0 | 7/26/01 |

Qualifiers:
- ND - Not Detected at the Reporting Limit
- J - Analyte detected below quantitation limits
- B - Analyte detected in the associated Method Blank
- DO - Surrogate Diluted Out
- S - Spike/Surrogate outside of limits due to matrix interference.
- H - Samples exceeding analytical holding time
- E - Value above quantitation range
- M - Not Monitored, Highly Reactive

Initials: RA

5

Advanced Technology Laboratories 3275 Walnut Avenue Signal Hill, CA 90807 Tel: 562 989-4045 Fax: 562 989-4040

Print Date: 7/26/01

## Advanced Technology Laboratories

| | | | |
|---|---|---|---|
| **CLIENT:** | Caltech Environmental Lab | **Client Sample ID:** | 07-143-6/943-02 |
| **Lab Order:** | 052241 | | |
| **Project:** | S.P.#4 | **Collection Date:** | 7/20/01 3:00:00 PM |
| **Lab ID:** | 052241-006A | **Matrix:** | Solid |

**ORGANOCHLORINE PESTICIDES BY GC/ECD** — EPA 8081A

RunID: GC9_010724A BatchID: 5023 PrepDate: 7/24/01 Analyst: GG

| Analyses | Result | Limit | Qual | Units | DF | Date Analyzed |
|---|---|---|---|---|---|---|
| 4,4'-DDD | ND | 4.0 | | µg/Kg | 1.0 | 7/26/01 |
| 4,4'-DDE | 7.7 | 4.0 | | µg/Kg | 1.0 | 7/26/01 |
| 4,4'-DDT | ND | 4.0 | | µg/Kg | 1.0 | 7/26/01 |
| Aldrin | ND | 2.0 | | µg/Kg | 1.0 | 7/26/01 |
| alpha-BHC | ND | 2.0 | | µg/Kg | 1.0 | 7/26/01 |
| alpha-Chlordane | 36 | 4.0 | | µg/Kg | 1.0 | 7/26/01 |
| beta-BHC | ND | 2.0 | | µg/Kg | 1.0 | 7/26/01 |
| Chlordane | 420 | 17 | | µg/Kg | 1.0 | 7/26/01 |
| delta-BHC | ND | 2.0 | | µg/Kg | 1.0 | 7/26/01 |
| Dieldrin | ND | 4.0 | | µg/Kg | 1.0 | 7/26/01 |
| Endosulfan I | ND | 2.0 | | µg/Kg | 1.0 | 7/26/01 |
| Endosulfan II | ND | 4.0 | | µg/Kg | 1.0 | 7/26/01 |
| Endosulfan sulfate | ND | 4.0 | | µg/Kg | 1.0 | 7/26/01 |
| Endrin | ND | 4.0 | | µg/Kg | 1.0 | 7/26/01 |
| Endrin aldehyde | ND | 4.0 | | µg/Kg | 1.0 | 7/26/01 |
| Endrin ketone | ND | 4.0 | | µg/Kg | 1.0 | 7/26/01 |
| gamma-BHC | ND | 2.0 | | µg/Kg | 1.0 | 7/26/01 |
| gamma-Chlordane | 43 | 4.0 | | µg/Kg | 1.0 | 7/26/01 |
| Heptachlor | 6.4 | 2.0 | | µg/Kg | 1.0 | 7/26/01 |
| Heptachlor epoxide | ND | 2.0 | | µg/Kg | 1.0 | 7/26/01 |
| Methoxychlor | ND | 17 | | µg/Kg | 1.0 | 7/26/01 |
| Toxaphene | ND | 170 | | µg/Kg | 1.0 | 7/26/01 |

**Qualifiers:**
ND - Not Detected at the Reporting Limit
J - Analyte detected below quantitation limits
B - Analyte detected in the associated Method Blank
DO - Surrogate Diluted Out
S - Spike/Surrogate outside of limits due to matrix interference.
H - Samples exceeding analytical holding time
E - Value above quantitation range
M - Not Monitored. Highly Reactive

**Initials:** RA

6

Advanced Technology Laboratories 3275 Walnut Avenue Signal Hill, CA 90807 Tel: 562 989-4045 Fax: 562 989-4040

CAL TECH Environmental Laboratories
6814 Rosecrans Avenue, Paramount, CA 90723-3146
Telephone: (562) 272-2700 Fax: (562) 272-2789

Lab Job No. 07-143 Page 1 of 1

# Chain of Custody Record

Client: Winzler & Kelly
Contact: Chuck Bove
Address: 1670 ALVARADO ST, UNIT 4
SAN LEANDRO CA 94577
Project: ARRA - Chlordane 01336601.031 Job #
Sampled By: Chris Burns
Name/Signature

Phone: (510) 667-6440
Fax: (510) 667-6444

Turn Around Time
Rush
Normal X

Analyses Requested

| Lab ID Number | Field ID | Date/Time Sampled | Bottle Type | No. | Preserv. | Matrix | 8080 Testing | | | | | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ~~1011A-01~~ | 1011A-01 | 7/20 @ 300pm | | | | Concrete | X | | | | | | | | |
| ~~1011A-02~~ | 1011A-02 | ↓ | ↓ | | | wood | X | | | | | | | | |
| | 928-01 | ↓ | ↓ | | | Concrete | X | | | | | | | | |
| | 928-02 | ↓ | ↓ | | | wood | X | | | | | | | | |
| | 943-01 | ↓ | ↓ | | | Concrete | X | | | | | | | | |
| | 943-02 | ↓ | ↓ | | | wood | X | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

Relinquished: [signature] Date / Time: 7/20/01 @ 330pm Received:

Dispatched : Date / Time: Carrier:

I hereby authorize the performance of the above indicated tests.

Date / Time: 7-23-01 / 8:30 Received by lab: R. Taylor

Custody seal(s) in tact upon receipt by lab? YES NO NONE

CTELCCR.DOC

# FIELD DRAWINGS


SANTA ROSA
VERNALIS
HOLLISTER CIR.
BAINBRIDGE AVE.
ATLANTIC AVE.
THIRD ST.
FALLON CIR.
BASEBALL FIELD
TOWN HOUSES
573 total


APARTMENTS
573 TOTAL UNITS.
SANTA
ROSA
AVE.
CIR.
VERNALIS


944
945
2120A-6
2120A-7
2120A-8
2120A-1
2120A-2
2120A-3
2120A-4
943
2120A-5
942
943
942
2120B-11
2120B-9
2120B-10
2120B-12
2120B-13
2120B-14
940
941


928
927
925
Telephone


1010
1011
1012
1008
1007
2008A01
2008A02
2008SX4
2008SX5
2008C01
2008C02
2008G01
2008E02
2008EX1
2008EX2
2008EX3
2008E03
2008E04
B
C
D

# Exhibit 4

*Tab 3*

AREA 1, 3 AND RESIDENTIAL USE PARCEL SITE LOCATION MAP




AREA 2, PARCELS A & B SITE LOCATION MAP




BASIS OF BEARINGS:

BEARINGS SHOWN ARE ON THE CALIFORNIA COORDINATE SYSTEM ZONE III 1927. DISTANCES SHOWN HEREON ARE GROUND LEVEL DISTANCES. MULTIPLY DISTANCES BY 0.999929 TO OBTAIN GRID LEVEL DISTANCES.

**Exhibit 4 page 106**

Brian Kangas Foulk
Engineers • Surveyors • Planners
540 Price Avenue
Redwood City, CA 94063
650/482-6300
650/482-6399 (FAX)

Subject EXHIBIT "D"
INDEX SHEET
Job No. 980221-50
By RG Date 05/12/00 Chkd. MP
SHEET 1 OF 18

DATE: 5/12/2000

## AREA 1

A parcel of land lying in the City and County of Alameda, State of California, and being a portion of the parcel described in that certain deed recorded on December 21, 1951 in Book 6618 of Official Records at page 339, Alameda County Records, more particularly described as follows:

BEGINNING at the most northerly corner of said parcel:

Thence along the northerly line of said parcel, South 87°12'43" East, 141.82 feet to the TRUE POINT OF BEGINNING;

1. Thence continuing along said line, South 87°12'43" East, 713.87 feet;
2. Thence leaving said northerly line, South 2°04'31" West, 413.69 feet;
3. Thence North 87°55'29" West, 499.44 feet;
4. Thence North 2°04'31" East, 24.13 feet;
5. Thence South 75°18'52" West, 211.73 feet;
6. Thence North 87°12'43" West, 185.65 feet;
7. Thence North 87°12'43" West, 341.05 feet;
8. Thence North 2°47'17" East, 319.31 feet;
9. Thence South 87°12'43" East, 341.05 feet;
10. Thence South 87°12'43" East, 168.30 feet;
11. Thence North 2°47'17" East, 140.01 feet to the TRUE POINT OF BEGINNING;

Containing an area of 10.65543 acres, more or less.

Basis of Bearings:
Bearings are based on the California Coordinate System of 1927 Zone III using the bearing of South 87°45'20" East between USC & GS Station "MAI[illegible]" and [illegible] & GS Station "ALT FIFTH". All distances in this description are ground distances. Multiply by 0.9999295 to obtain grid distances.

This description was prepared by me or under my direction in conformance with the requirements of the Land Surveyor's Act.

Prepared By:

LICENSED LAND SURVEYOR
BILLY MARTIN
EXP. 6/30/2004
No. 5797
STATE OF CALIFORNIA

Billy Martin, P.L.S. 5797
Expires: 6/30/2004

Dated: 6.30.02

Approved By:

Mike Mahoney, P.L.S. 5577
Expires: 12/31/2001

Dated: July 5 2000
K:\MAIN\1998\98022\LEGALS\980221-50\AREA1.doc

LICENSED LAND SURVEYOR
MICHAEL S. MAHONEY
NO. 5577
Exp. 12/31/01
SURVEYOR
STATE OF CALIFORNIA




LINE TABLE

| LINE | BEARING | LENGTH |
|---|---|---|
| L1 | S 87°12'43" E | 141.82' |
| L2 | N 02°47'17" E | 140.01' |
| L3 | N 02°04'31" E | 24.13' |
| L4 | S 87°12'43" E | 168.30' |



Brian Kangas Foulk
Engineers • Surveyors • Planners
540 Price Avenue
Redwood City, CA 94063
650/482-6300
650/482-6399 (FAX)

Subject EXHIBIT "D"
AREA 1
Job No. 980221-50
By RCS Date 05/10/00 Chkd. MP
SHEET 4 OF 18

**AREA 2**

Parcel A:
A parcel of land lying in the City and County of Alameda, State of California, and being a portion of Parcel 1 and Parcel 2 described in that certain deed recorded on August 9, 1945 in Book 4757 of Official Records at page 138, Alameda County Records and a portion of Parcel No. 1 and Parcel No. 2 described in that certain deed recorded on December 18, 1944 in Book 4663 of Official Records at page 35, Alameda County Records and a portion of the parcel described in that certain deed recorded on December 18, 1944 in Book 4652 of Official Records at page 172, Alameda County Records and a portion of Parcel No. 1 and Parcel No. 2 described in that certain deed recorded on December 18, 1944 in Book 4652 of Official Records at page 168, Alameda County Records more particularly described as follows:

BEGINNING at the most northwesterly corner of the parcel described in that certain deed recorded on December 18, 1944 in Book 4652 of Official Records at page 172, Alameda County Records:

1. Thence along said northerly line of the parcel described in that certain deed recorded on December 18, 1944 in Book 4652 of Official Records at page 172, Alameda County Records, North 86°38'46" East, 16.02 feet to a point of intersection with the easterly line of Parcel 10 described in that certain deed recorded on April 8, 1984 as Document Number 84-064504, Official Records Alameda County, being the TRUE POINT OF BEGINNING;

2. Thence continuing along the northerly line of said parcel described in that certain deed recorded on December 18, 1944 in Book 4652 of Official Records at page 172, Alameda County Records, North 86°38'46" East, 402.97 feet;

3. Thence continuing along said northerly line of the parcel described in that certain deed recorded on December 18, 1944 in Book 4652 of Official Records at page 172, Alameda County Records, South 84°06'14" East, 567.60 feet;

4. Thence continuing along said northerly line of the parcel described in that certain deed recorded on December 18, 1944 in Book 4652 of Official Records at page 172, Alameda County Records, North 87°53'46" East, 726.00 feet;

5. Thence continuing along said northerly line of the parcel described in that certain deed recorded on December 18, 1944 in Book 4652 of Official Records at page 172, Alameda County Records, South 87°21'14" East, 858.00 feet;

6. Thence continuing along said northerly line of the parcel described in that certain deed recorded on December 18, 1944 in Book 4652 of Official Records at page 172, Alameda County Records, South 58°36'14" East, 153.54 feet to the most northwesterly corner of the parcel described in that certain deed recorded on September 24, 1941 in Book 4142 of Official Records at page 18, Alameda County Records;

7. Thence leaving said northerly line and along the westerly line of the parcel described in that certain deed recorded on September 24, 1941 in Book 4142 of Official Records at page 18, Alameda County Records, South 15°28'16" West, 579.96 feet to the most northwesterly corner of Parcel No. 2 described in that certain deed recorded on December 18, 1944 in Book 4663 of Official Records at page 35;

8. Thence leaving said westerly line and along the northerly line of Parcel No. 2 described in that certain deed recorded on December 18, 1944 in Book 4663 of Official Records at page 35, Alameda County Records, South 31°40'14" East, 82.16 feet;

9. Thence continuing along said northerly line of Parcel No. 2 described in that certain deed recorded on December 18, 1944 in Book 4663 of Official Records at page 35, Alameda County Records, South 81°24'14" East, 285.99 feet;

10. Thence continuing along said northerly line of Parcel No. 2 described in that certain deed recorded on December 18, 1944 in Book 4663 of Official Records at page 35, Alameda County Records, South 88°00'44" East, 87.24 feet to the most northwesterly corner of Parcel B described in that certain deed recorded on December 1, 1967 in Book 2084 of Official Records at page 701, Alameda County Records, being a point on a non-tangent curve to the left from which point a radial line bears South 65°48'44" East;

11. Thence leaving said northerly line and along the westerly line of Parcel B described in that certain deed recorded on December 1, 1967 in Book 2084 of Official Records at page 701, Alameda County Records, along said curve having a radius of 30050.01 feet, through a central angle of 0°12'27", for an arc length of

most southeasterly corner of Parcel 1 described in that certain deed recorded on August 9, 1945 in Book 4757 of Official Records at page 138, Alameda County Records;

18. Thence along said southerly of Parcel 1 described in that certain deed recorded on August 9, 1945 in Book 4757 of Official Records at page 138, Alameda County Records, North 89°46'04" West, 1515.46 feet to a point of intersection with the easterly line of Parcel 10 described in that certain deed recorded on April 8, 1984 as Document Number 84-064504 Official Records Alameda County;

19. Thence along said easterly line of Parcel 10 described in that certain deed recorded on April 8, 1984 as Document Number 84-064504 Official Records Alameda County, North 0°30'14" West, 746.23 feet to the TRUE POINT OF BEGINNING;

Containing an area of 45.45148 acres, more or less.

Parcel B:
A parcel of land lying in the City and County of Alameda, State of California, and being a portion of the parcel described in that certain Judgment on Declaration of Taking entered in Civil Action No. 30735 recorded on December 21, 1951 in Book 6618 of Official Records at page 339, Alameda County Records, and being a portion of Parcel 1 described in that certain deed recorded on July 22, 1948 in Book 5582 of Official Records at page 597, Alameda County Records, and being a portion of the parcel described in that certain deed recorded on July 21, 1944 in Book 4499 of Official Records at page 401, Alameda County Records, and being a portion of the parcel described in that certain deed recorded on June 29, 1944 in Book 4499 of Official Records at page 384, Alameda County Records, and being a portion of the parcel described in that certain deed recorded on June 29, 1944 in Book 4499 of Official Records at page 316, Alameda County Records, and being a portion of Parcel 1 described in that certain deed recorded on February 14, 1955 in Book 7567 of Official Records at page 117, Alameda County Records, and being a portion of Parcel 3 described in that certain deed recorded on August 9, 1945 in Book 4757 of Official Records at page 138, Alameda County Records, and all of Parcel 2 described in that certain deed recorded on June 20, 1956 in Book 2084 of Official Records at page 712, Alameda County Records, and all of the parcel described in that certain deed recorded on June 20, 1956 in Book 2084 of Official Records at page 707, Alameda County Records, and all of the parcel described in that certain deed recorded on September 16, 1959 in Book 9152 of Official Records at page 57, Alameda County Records, more particularly described as follows:

BEGINNING at the intersection of the northerly line of Atlantic Avenue, being 51 feet wide, and the easterly line of Main Street as shown on that certain map entitled "OFFICIAL RESURVEY OF PORTION OF SEGREGATION LINE AND VICINITY", filed for record on August 13, 1951 in Book 3 of Maps at page 16 through 22, inclusive, in the Office of the Recorder of Alameda County:

1. Thence along said easterly line of Main Street and the westerly boundary line of the Parcel described in that certain deed recorded on March 28, 1941 in Book 4023 of Official Records at page 499, Alameda County Records, North 00°34'11" East, 1240.19 feet to the southerly line of the parcel described in that certain Judgment on Declaration of Taking entered in Civil Action No. 30735 recorded on December 21, 1951 in Book 6618 of Official Records at page 339, Alameda County Records;

2. Thence continuing along said easterly line of Main Street, North 00°34'11" East, 596.74 feet;

3. Thence leaving said easterly line of Main Street, South 87°57'28" East, 1923.89 feet;

4. Thence North 2°47'17" East, 364.75 feet to the southerly line of Parcel 1 described in that certain deed recorded on February 14, 1955 in Book 7567 of Official Records at page 117, Alameda County Records;

5. Thence along said southerly line of said Parcel 1 as described in that certain deed recorded on February 14, 1955 in Book 7567 of Official Records at page 117, Alameda County Records, South 87°12'43" East, 351.25 feet to the TRUE POINT OF BEGINNING;

6. Thence leaving said southerly line, North 2°47'17" East, 1161.09 feet;

7. Thence North 87°21'26" West, 426.49 feet to a point on the easterly line of the parcel described in that certain deed recorded on August 10, 1966 in Book 1821 of Official Records at page 494, Alameda County Records;

8. Thence along said easterly line of the parcel described in that certain deed recorded on August 10, 1966 in Book 1821 of Official Records at page 494,

Alameda County Records, North 02°47'17" East, 293.60 feet to the northeasterly corner of said parcel;

9. Thence along the northerly line of said parcel described in that certain deed recorded on August 10, 1966 in Book 1821 of Official Records at page 494, Alameda County Records, North 89°46'04" West, 1180.27 feet;

10. Thence continuing along the northerly line of said parcel described in that certain deed recorded August 10, 1966 in Book 1821 of Official Records at page 494, Alameda County Records, South 76°59'47" West, 30.74 feet;

11. Thence continuing along the northerly line of said parcel described in that certain deed recorded on August 10, 1966 in Book 1821 of Official Records at page 494, Alameda County Records, North 00°30'07" West, 15.37 feet;

12. Thence continuing along the northerly line of said parcel described in that certain deed recorded August 10, 1966 in Book 1821 of Official Records at page 494, Alameda County Records, South 76°59'47" West, 51.25 feet to a point on the easterly line of Parcel 9 described in that certain document recorded on April 8, 1984 as Document Number 84-064504 of Official Records, Alameda County;

13. Thence along said easterly line of Parcel 9 described in that certain document recorded on April 8, 1984 as Document Number 84-064504 of Official Records, Alameda County, North 00°30'13" West, 28.00 to the most northwesterly corner of Parcel 2 described in that certain deed recorded on June 20, 1956 in Book 2084 of Official Records at page 712, Alameda County Records, being a point on a non-tangent curve to the right from which point a radial line bears South 17°36'08" East;

14. Thence leaving said easterly line of Parcel 9 described in that certain document recorded on April 8, 1984 as Document Number 84-064504 of Official Records, Alameda County, and along the northerly line of Parcel 2 described in that certain deed recorded on June 20, 1956 in Book 2084 of Official Records at page 712, Alameda County Records, along said curve having a radius of 955.37 feet, through a central angle of 1°14'55", for an arc length of 20.82 feet to a point of compound curvature;

15. Thence continuing along said northerly line of Parcel 2 described in that certain deed recorded on June 20, 1956 in Book 2084 of Official Records at page 712,

Alameda County Records, along said curve having a radius of 557.56 feet, through a central angle of 15°51'00", for an arc length of 154.24 feet;

16. Thence continuing along said northerly line of Parcel 2 described in that certain deed recorded on June 20, 1956 in Book 2084 of Official Records at page 712, Alameda County Records, North 89°29'47" East, 183.18 feet to a point on the westerly line of the parcel described in that certain deed recorded on June 20, 1956 in Book 2084 of Official Records at page 707, Alameda County Records;

17. Thence along said westerly line of the parcel described in that certain deed recorded on June 20, 1956 in Book 2084 of Official Records at page 707, Alameda County Records, North 00°42'53" West, 10.00 feet to the northwesterly corner of said parcel;

18. Thence continuing along the northerly line of the parcel described in that certain deed recorded on June 20, 1956 in Book 2084 of Official Records at page 707, Alameda County Records, North 87°10'47" East, 238.51 feet to the beginning of a tangent curve to the right;

19. Thence continuing along said northerly line of the parcel described in that certain deed recorded on June 20, 1956 in Book 2084 of Official Records at page 707, Alameda County Records, along said curve having a radius of 1136.01 feet, through a central angle of 3°03'09", for an arc length of 60.52 feet;

20. Thence continuing along said northerly line of the parcel described in that certain deed recorded on June 20, 1956 in Book 2084 of Official Records at page 707, Alameda County Records, South 89°46'04" East, 1216.24 feet;

21. Thence continuing along said northerly line of the parcel described in that certain deed recorded on June 20, 1956 in Book 2084 of Official Records at page 707, Alameda County Records, South 88°07'13" East, 367.67 feet to the beginning of a tangent of curve to the right;

22. Thence continuing along said northerly line of the parcel described in that certain deed recorded June 20, 1956 in Book 2084 of Official Records at page 707, Alameda County Records, along said curve having a radius of 563.14 feet through a central angle of 6°00'30", for an arc length of 59.05 feet;

23. Thence continuing along said northerly line of the parcel described in that certain deed recorded on June 20, 1956 in Book 2084 of Official Records at page 707, Alameda County Records, South 82°06'43" East, 335.29 feet to a point on the northerly line of Parcel 3 described in that certain deed recorded on August 9, 1945 in Book 4757 of Official Records at page 138, Alameda County Records;

24. Thence along said northerly line of Parcel 3 described in that certain deed recorded on August 9, 1945 in Book 4757 of Official Records at page 138, Alameda County Records, South 82°06'43" East, 505.98 feet to the beginning of a tangent curve to the right;

25. Thence continuing along said northerly line of Parcel 3 described in that certain deed recorded on August 9, 1945 in Book 4757 of Official Records at page 138, Alameda County Records, along said curve having a radius of 2867.82 feet, through a central angle of 00°36'00", for an arc length of 30.03 feet to the point of a compound curvature;

26. Thence continuing along said northerly line of Parcel 3 described in that certain deed recorded on June 20, 1956 in Book 4757 of Official Records at page 138, Alameda County Records, curve having a radius of 1435.47 feet, through a central angle of 1°12'01", for an arc length of 30.07 feet to the point of a compound curvature;

27. Thence continuing along said northerly line of Parcel 3 described in that certain deed recorded on June 20, 1956 in Book 4757 of Official Records at page 138, Alameda County Records, along said curve having a radius of 958.04 feet, through a central angle of 1°47'59", for an arc length of 30.09 feet to the point of a compound curvature;

28. Thence continuing along said northerly line of Parcel 3 described in that certain deed recorded on June 20, 1956 in Book 4757 of Official Records at page 138, Alameda County Records, along said curve having a radius of 719.34 feet, through a central angle of 1°12'56", for an arc length of 15.26 feet to the most northerly corner of Parcel A described in that certain deed recorded on December 1, 1967 in Book 2084 of Official Records at page 701, Alameda County Records, being a point on a non-tangent curve to the left from which point a radial line bears South 66°03'48" East;

29. Thence along the westerly line of Parcel A described in that certain deed recorded on December 1, 1967 in Book 2084 of Official Records at page 701, Alameda

County Records, along said curve having a radius of 30,050.01 feet, through a central angle of 00°56'00", for an arc length of 489.48 feet to the beginning of a non-tangent curve to the left, from which point a radial line bears South 2°09'25" East;

30. Thence continuing along said westerly line of Parcel A described in that certain deed recorded on December 1, 1967 in Book 2084 of Official Records at page 701, Alameda County Records, along said curve having a radius of 60.00 feet, through a central angle of 63°17'05", for an arc length of 66.28 feet to a point of compound curvature;

31. Thence continuing along said westerly line of Parcel A described in that certain deed recorded on December 1, 1967 in Book 2084 of Official Records at page 701, Alameda County Records, along said curve having a radius of 1222.09 feet, through a central angle of 31°53'47", for an arc length of 680.33 feet to a point of compound curvature;

32. Thence continuing along said westerly line of Parcel A described in that certain deed recorded on December 1, 1967 in Book 2084 of Official Records at page 701, Alameda County Records, along said curve having a radius of 1434.10 feet, through a central angle of 07°09'19", for an arc length of 179.09 feet to a point on the southerly line of that certain deed recorded on July 22, 1948 in Book 5582 of Official Records at page 597, Alameda County Records;

33. Thence along said southerly line of the parcel described in that certain deed recorded on July 22, 1948 in Book 5582 of Official Records at page 597, Alameda County Records, North 87°12'43" West, 332.59 feet to the northwesterly corner of that certain Parcel Map recorded on October 2, 1981 in Book 131 of Maps at page 1 through 2, inclusively, Alameda County Records;

34. Thence along the westerly line of that certain Parcel Map recorded on October 2, 1981 in Book 131 of Maps at page 1 through 2, inclusively, Alameda County Records, South 2°04'31" West, 413.69 feet;

35. Thence North 87°55'29" West, 499.44 feet;

36. Thence North 2°04'31" East, 24.13 feet;

37. Thence South 75°18'52" West, 211.73 feet;

38. Thence North 87°12'43" West, 185.65 feet;

39. Thence North 2°47'17" East, 319.31 feet a point on the northerly line of the parcel described in that certain Condemnation Suite No. 30735 recorded on December 21, 1951 in Book 6618 of Official Records at page 339, Alameda County Records;

40. Thence along said northerly line of the parcel described in that certain Judgment on Declaration of Taking entered in Civil Action No. 30735 recorded on December 21, 1951 in Book 6618 of Official Records at page 339, Alameda County Records, North 87°12'43" West, 83.75 feet to the TRUE POINT OF BEGINNING;

Containing an area of 57.81722 acres, more or less.

Basis of Bearings:
Bearings are based on the California Coordinate System of 1927 Zone III using the bearing of South 87°45'20" East between USC & GS Station "MAIN ATL" and USC & GS Station "ALT FIFTH". All distances in this description are ground distances. Multiply by 0.9999295 to obtain grid distances.

This description was prepared by me or under my direction in conformance with the requirements of the Land Surveyor's Act.

Prepared By:

[signature]
Billy Martin, P.L.S. 5797
Expires: 6/30/2004

LICENSED LAND SURVEYOR
BILLY MARTIN
EXP. 6/30/2004
No. 5797
STATE OF CALIFORNIA

Dated: 6-30-00

Approved By:

[signature]
Mike Mahoney, P.L.S. 5577
Expires: 12/31/2001

LICENSED LAND SURVEYOR
MICHAEL S. MAHONEY
NO. 5577
Exp. 12/31/01
SURVEYOR
STATE OF CALIFORNIA

Dated: July 5, 2000

K:\MAIN\1998\980221\LEGALS\980221-50\AREA2.doc




| LINE TABLE | | |
|---|---|---|
| LINE | BEARING | LENGTH |
| L1 | N 00°30'14" W | 746.23' |
| L2 | S 58°36'14" E | 153.54' |
| L3 | S 15°28'16" W | 100.37' |
| L4 | S 31°40'14" E | 82.16' |
| L5 | S 81°24'14" E | 285.99' |
| L6 | S 88°00'44" E | 87.24' |
| L7 | N 86°38'46" E | 16.02' |

| CURVE TABLE | | | |
|---|---|---|---|
| CURVE | DELTA | RADIUS | LENGTH |
| C1 | 00°12'27" | 30050.01' | 108.83' |
| C2 | 01°33'38" | 741.84' | 20.21' |
| C3 | 01°47'59" | 980.54' | 30.80' |
| C4 | 01°12'01" | 1457.97' | 30.54' |
| C5 | 00°36'00" | 2890.33' | 30.27' |

## DETAIL "A"




LICENSED LAND SURVEYOR
BILLY MARTIN
EXP 6/30/2004
No. 5797
STATE OF CALIFORNIA

**Exhibit 4 page 119**

Brian Kangas Foulk
Engineers • Surveyors • Planners

540 Price Avenue
Redwood City, CA 94063
650/482-6300
650/482-6399 (FAX)

Subject EXHIBIT "D"
AREA 2 - PARCEL "A"
Job No. 980221-50
By RCS Date 05/12/00 Chkd. MP
SHEET 15 OF 18

PATH: J:\Sur98\980221\DWG\Plots\980221-50\ DATE: 5/12/2000

MBM - DON 7/5/00




**Curve Table**

| No. | Radius | Delta | Length |
|---|---|---|---|
| C1 | 955.37' | 01°14'55" | 20.82' |
| C2 | 557.56' | 15°51'00" | 154.24' |
| C3 | 2867.82' | 00°36'00" | 30.03' |
| C4 | 1435.47' | 01°12'01" | 30.07' |
| C5 | 958.04' | 01°47'59" | 30.09' |
| C6 | 719.34' | 01°12'56" | 15.26' |
| C7 | 30050.01' | 00°56'00" | 489.48' |
| C8 | 60.00' | 63°17'05" | 66.28' |
| C9 | 1222.09' | 31°53'47" | 680.33' |
| C10 | 1434.10' | 07°09'19" | 179.09' |

**Bearing Table**

| No. | Bearing | Distance |
|---|---|---|
| L1 | S 76°59'47" W | 30.74' |
| L2 | N 00°30'07" W | 15.37' |
| L3 | S 76°59'47" W | 51.25' |
| L4 | N 00°30'13" W | 28.00' |
| L5 | N 89°29'47" E | 183.18' |
| L6 | N 00°42'53" W | 10.00' |
| L7 | N 87°10'47" E | 238.51' |
| L8 | N 02°04'31" E | 24.13' |
| L9 | S 75°18'52" W | 211.73' |
| L10 | N 87°12'43" W | 185.65' |
| L11 | N 02°47'17" E | 319.31' |
| L12 | N 87°12'43" W | 83.75' |
| L13 | S 87°12'43" E | 351.25' |

**Exhibit 4 page 120**

Brian Kangas Foulk
Engineers • Surveyors • Planners

540 Price Avenue
Redwood City, CA 94063
650/482-6300
650/482-6399 (FAX)

Subject EXHIBIT "D"
AREA 2 – PARCEL "B"
Job No. 980221-50
By RCS Date 5/12/00 Chkd. MP
SHEET 16 OF 18

PATH: J:\SUR98\980221\DWG\Plats\980221-50\ DATE: 5/12/2000 mem · DOH 7/5/00

# AREA 3

A parcel of land lying in the City and County of Alameda, State of California, and being a portion of Parcel No. 1 described in that certain deed recorded on December 18, 1944 in Book 4663 of Official Records at page 35, Alameda County Records, more particularly described as follows:

BEGINNING at the most southeasterly corner of said Parcel 1:

Thence along the easterly line of said parcel, North 15°28'16" East, 103.74 feet to the TRUE POINT OF BEGINNING;

1. **Thence leaving said line North 89°40'23" West, 147.30 feet;**
2. Thence North 0°19'37" East, 204.21 feet;
3. Thence South 77°04'25" East, 195.73 feet to a point on said easterly line;
4. Thence along said easterly line, South 15°28'16" West, 167.32 feet to the TRUE POINT OF BEGINNING;

Containing an area of 31,398 square feet, more or less.

Basis of Bearings:
Bearings are based on the California Coordinate System of 1927 Zone III using the bearing of South 87°45'20" East between USC & GS Station "MAIN ATL" and USC & GS Station "ALT FIFTH". All distances in this description are ground distances. Multiply by 0.9999295 to obtain grid distances.

This description was prepared by me or under my direction in conformance with the requirements of the Land Surveyor's Act.

Prepared By:

[signature]
Billy Martin, P.L.S. 5797
Expires: 6/30/2004

LICENSED LAND SURVEYOR
BILLY MARTIN
EXP. 6/30/2004
No. 5797
STATE OF CALIFORNIA

Dated: 6-30-00

Approved By:

Mike Mahoney
Mike Mahoney, P.L.S. 5577
Expires: 12/31/2001
K:\MAIN\1998\980221\LEGALS\AREA3.DOC

LICENSED LAND SURVEYOR
MICHAEL S. MAHONEY
NO. 5577
Exp. 12/31/01
SURVEYOR
STATE OF CALIFORNIA

Dated: July 5, 2000




**Exhibit 4 page 122**

Brian Kangas Foulk
Engineers • Surveyors • Planners

540 Price Avenue
Redwood City, CA 94063
650/482-6300
650/482-6399 (FAX)

Subject EXHIBIT "D"
AREA 3
Job No. 980221-50
By RCS Date 05/12/00 Chkd. MP
SHEET 18 OF 18

PATH: J:\Sur98\980221\DWG\Plots\980221-50\
DATE: 5/12/2000

mbm - DON 7/5/00

**EXHIBIT "E"**
**Residential Use Parcel**

A parcel of land lying in the City and County Alameda, State of California, and being a portion of the parcel described in that certain deed recorded on December 21, 1951 in Book 6618 of Official Records at page 339, Alameda County Records, more particularly described as follows:

BEGINNING at the most southeasterly corner of Parcel 1 as described in that certain deed recorded on February 14, 1955 in Book 7567 of Official Records at page 117, said county records;

Thence along the southerly line of said Parcel 1, North 87°12'43" West, 26.48 feet to the TRUE POINT OF BEGINNING;

1. Thence leaving said southerly line, South 2°47'17" West, 319.31 feet;
2. Thence North 87°12'43" West, 341.05 feet;
3. Thence North 2°47'17" East, 319.31 feet to the southerly line of said Parcel 1;
4. Thence along said southerly line, South 87°12'43" East, 341.05 feet to the TRUE POINT OF BEGINNING;

Containing an area of 2.50000 acres, more or less.

Basis of Bearings:
Bearings are based on the California Coordinate System of 1927 Zone III using the bearing of South 87°45'20" East between USC & GS Station "MAIN ATL" and USC & GS Station "ALT FIFTH". All distances in this description are ground distances. Multiply by 0.9999295 to obtain grid distances.

This description was prepared by me or under my direction in conformance with the requirements of the Land Surveyor's Act.

Prepared By:

[signature]
Billy Martin, P.L.S. 5797
Expires: 6/30/2004

LICENSED LAND SURVEYOR
BILLY MARTIN
EXP. 6/30/2004
No. 5797
STATE OF CALIFORNIA

Dated: 6-30-00

Approved By:

[signature]
Mike Mahoney, P.L.S. 5577
Expires: 12/31/2001

LICENSED LAND SURVEYOR
MICHAEL S. MAHONEY
No. 5577
Exp. 12/31/01
STATE OF CALIFORNIA

Dated: July 5, 2000

K:\MAIN\1998\980221\LEGALS\980221-50\RESUP.DOC

Exhibit "E"
Page 1 of 1




Bearing Table

| No. | Bearing | Distance |
|---|---|---|
| L1 | N 87°12'43" W | 26.48' |

LICENSED LAND SURVEYOR
BILLY MARTIN
EXP. 6/30/2004
No. 5797
STATE OF CALIFORNIA

**Exhibit 4 page 124**

Brian Kangas Foulk
Engineers • Surveyors • Planners

540 Price Avenue
Redwood City, CA 94063
650/482-6300
650/482-6399 (FAX)

Subject EXHIBIT "E"
RESIDENTIAL USE PARCEL
Job No. 980221-50
By RCS Date 05/10/00 Chkd. MP
SHEET 1 OF 1

PATH: J:\SUR98\980221\DWG\Plots\980221-50\ DATE: 5/11/2000 mBm-DoN 7/5/00

# Exhibit 4

*Tab 4*

**SCHEDULE OF VALUES**

**EXHIBIT**

**C-1**

**Hazardous Materials Removal (Chlordane Only)**

| Item No. | Estimated Quantity | Units | Description of Item (Written Price in Words) | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1 | LS | Chlordane Mobilization | $20,000 | $20,000 |
| 2 | 1 | LS | Remove, waste characterize, transport and dispose of all building materials (wood and concrete) contaminated with chlordane and/or any other organochlorine pesticides as identified on the drawings. | $437,500 | $437,500 |
| 3 | 1 | LS | Remove, waste characterize, transport and dispose of to a Class I landfill, a minimum depth of 6" of soil under each building footprint except where there is a slab-on-grade. In addition, a minimum depth of 6" of soil must be removed, waste characterized, transported and disposed to a Class I Landfill from the building perimeter to a distance of 3 feet.<br><br>If soil can be reclassified, contractor shall provide a deduct in cost based on transportation and disposal to: | $910,000 | $910,000 |
| | | | $560,000 Lump Sum Deduct for Class II Landfill | $560,000 | |
| | | | $595,000 Lump Sum Deduct for Class III Landfill | $595,000 | |
| | | | | TOTAL | $1,367,500 |
| | | | ADDITIONAL CHLORDANE REMOVAL (must receive prior approval before additional excavation can commence | $130. ~~$120~~/Yd | |

INITIAL

INITIAL

BID SCHEDULE D

FILE COPY

**Demolition and Rough Grading Agreement**

**Date:** January 10, 2002

**CONTRACTOR/ CONSTRUCTION MANAGER:**
**Catellus Construction Corporation**
**Address:** 1999 Harrison Street, Suite 2150
Oakland, CA 94612

**Telephone No.:** 510-267-3424
**Fax No.:** **Fax No.:** 510-267-0937

**DEMOLITION CONTRACTOR :**
**FERMA CORPORATION**
**Address:** 1265 Montecito Ave, Suite 200
Mountain View, CA 94043

**Telephone No:** 650-961-2742
**Representative:** Tom Bylund

| | |
|---|---|
| **PROJECTS:** | (1) PHASE I Residential Project<br>(2) PHASE I Business Park Project |
| **Address:** | Atlantic Avenue and 3rd Street |

**Director of Construction Services:** Robert J. Turi — **Telephone No.:** 510-267-3424
**Construction Administrative:** Christine Silva -Netto — **Telephone No.:** 510-267-3409
**Property Name:** East Housing/ FISC Alameda Air Base

**GENERAL DESCRIPTION OF WORK:** See Exhibit A-1, Site Description and Scope of Phase I Residential Project and Exhibit A-2, Site Description and Scope of Phase I Business Park Project.

**CONTRACT PERIOD:** Commencement Date for Phase I Residential Project: January 7, 2002
Substantial Completion Date for Phase I Residential Project: April, 30 2002
Daily Liquidated Damages: no

Commencement Date for Phase I Business Park Project: Upon issuance of Phase I Business Park Project Notice to Proceed.
Substantial Completion Date for Phase I Business Park Project:

**AS-BUILT DRAWINGS REQUIRED:** Yes: X No: ______

**CONTRACT PRICE:**

| | |
|---|---|
| **Phase I Residential Project** | |
| Infrastructure Demolition | $1,261,000 (plus unit pricing for removal and disposal of Marsh Crust layer) |
| Building Demolition | $1,752,420 |
| Hazardous Materials Removal (Except Chlordane) | $1,083,680 (plus unit pricing for removal, transport and disposal of asbestos cement piping and disposal of contaminated groundwater) |
| Hazardous Materials Removal (Chlordane) | $1,367,500 (minus deduction for reclassification of soil) |
| **Phase I Business Park Project** | |
| Infrastructure Demolition | $450,000 (plus unit pricing for removal and disposal of Marsh Crust layer) |
| Building Demolition | $459,700 (minus adjustment for salvage values) |
| Hazardous Materials Removal | $75,000 (plus unit pricing for removal, transport and disposal of asbestos and cement piping and disposal of |

contaminated groundwater)

**BONDS REQUIRED:** Performance: Yes: X No:____ Payment: Yes: X No:____

**INSURANCE REQUIREMENT:** Prior to any payments, Contractor must have on file with Catellus Development Corporation, Certificates of Insurance as outlined in Exhibit O to the Contract Documents, and naming Catellus Construction Company, the City of Alameda, the City Engineer (as defined in the Contract Documents) and City consultants, the Community Improvement Commission of the City of Alameda, the Alameda Reuse and Redevelopment Authority, the United States Navy, all commissions, departments, agencies, subsidiaries and affiliates of the foregoing.

**ADDITIONAL INSURED REQUIRED:** Yes: X No:____ (see above)

***EXHIBITS:***

Following are Exhibits to the Contract Documents:

| | |
|---|---|
| Exhibit A-1 | Site Description and Scope for Phase I Residential Project |
| Exhibit A-2 | Site Description and Scope for Phase I Business Park Project |
| Exhibit B-1 | Drawings and Specifications for Phase I Residential Project |
| Exhibit B-2 | Drawings and Specifications for Phase I Business Park Project |
| Exhibit C-1 | Residential Project Cost |
| Exhibit C-2 | Business Park Project Cost |
| Exhibit D-1 | Demolition and Rough Grading Schedule for Phase I Residential Project |
| Exhibit D-2 | Demolition and Rough Grading Schedule for Business Park Project |
| Exhibit E | Contractor's Personnel |
| Exhibit F | Release of Liability |
| Exhibit G | Disposal Facility Indemnity |
| Exhibit H | Agreement Upon Costs for Labor and Equipment |
| Exhibit I | Conditional Waiver and Release Upon Progress Payment |
| Exhibit J | Unconditional Waiver and Release Upon Progress Payment |
| Exhibit K | Subcontractors |
| Exhibit L | Certificate of Final Completion |
| Exhibit M | Conditional Waiver and Release Upon Final Payment |
| Exhibit N | Unconditional Waiver and Release Upon Final Payment |
| Exhibit O | Insurance Requirements |
| Exhibit P | Site Management Plan |

RECD JAN 02 2002

## AGREEMENT FOR DEMOLITION AND ROUGH GRADING

## ALAMEDA FISC/ EAST HOUSING PROJECT

This Agreement for Demolition and Rough Grading ("Agreement") is entered into as of December 21, 2001, by and between Catellus Construction Corporation, a Delaware corporation ("**Company**"), and Ferma Corporation, a California Corporation ("**Contractor**").

### RECITALS

A. This Agreement relates to the demolition by Contractor of existing structures and improvements on the Phase I Residential Project Site, described in attached Exhibit A-1, and the Phase I Business Park Project Site described in attached Exhibit A-2 (collectively the "**Sites**"), including the abatement and disposal by Contractor of existing lead-containing materials ("**LCMs**"), asbestos-containing materials ("**ACMs**"), organochlorine pesticides, and other Hazardous Materials (as hereinafter defined) by Contractor at the Sites, and to the rough grading of the Sites by Contractor. Real property interests in the Sites are currently owned by one or more of the United States Navy, the Alameda Reuse and Redevelopment Authority ("**ARRA**"), the City of Alameda (the "**City**"), the Community Improvement Commission of the City of Alameda ("**CIC**") or the Union Pacific Railroad Company ("**UPRC**") (collectively, the "**Landowners**").

B. Company and Contractor have agreed that the Work (as hereinafter defined) at each of the Sites consists of a separate work of improvement (each a "**Project**") for purposes of the California mechanics lien and stop notice laws where the scope of work for the Phase I Residential Project is described more particularly in Exhibit A-1 and Exhibit B-1, and the scope of work for the Phase I Business Park Project is described more particularly in Exhibit A-2 and Exhibit B-2.

C. Company and Contractor have agreed to proceed with the Work (as hereinafter defined) on the terms and conditions set forth herein, subject to issuance by Company of the respective Notice to Proceed for each Project pursuant to Section 1.5 below.

**NOW, THEREFORE,** for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

### ARTICLE 1. THE WORK TO BE DONE AND THE DOCUMENTS FORMING THE CONTRACT

1.1 Contractor agrees, for the consideration and under the terms and conditions hereinafter set forth, to provide and furnish all materials, supplies, apparatus, equipment, fixtures, tools, implements, labor, supervision, accounting, transportation, utilities, storage and services required to perform and completely finish at the Sites the demolition and rough grading work (the "**Work**") described in the drawings and specifications (the "**Drawings and Specifications**") prepared by the architect or engineer designated therein, in accordance with the Contract Documents (as hereinafter defined). The Drawings and Specifications pertaining to the Work for the Phase I Residential Project are described in Exhibit B-1 attached hereto and to the Work for the Phase I Business Park Project Site scope of work are described in Exhibit B-2 attached hereto. The Work shall be performed and completed by Contractor in a good and worker like manner, free of any and all liens and claims of laborers, material-men, suppliers, and subcontractors.

1.2 As used herein the term "**Contract Documents**" means this Agreement, the **Drawings and Specifications** (as the same may be supplemented or modified by Change Order), Change Orders (as defined in Section 4.1), all exhibits and attachments to the foregoing, and any bonds required to be furnished by Contractor pursuant hereto.

1.3 As used herein, the term "**Work**" shall consist of all work described in the Contract Documents as they may be amended from time to time. "**Work**" includes everything not specified in the Contract Documents but consistent therewith and reasonably inferable as being necessary to produce the intended result.

1.4 The cost breakdown (the "**Cost Breakdown**") for the Work, including by trade, the names of all subcontractors engaged or to be engaged by Contractor, is attached hereto as Exhibit C-1 with respect to the Work for the Phase I Residential Project and Exhibit C-2 with respect to Work for the Phase I Business Park Project. The Cost Breakdown consists of the base bid work which is covered by the Contract Sum (as defined in Article 5) as of the date hereof and the "**Alternates**", which may be added to the Contract Sum by Change Order, as provided in Article 4. The Phase I Residential Project Cost is described more particularly in the attached Exhibit C-1 and the Phase I Business Park Project Cost is described more particularly in the attached Exhibit C-2, and collectively constitute the "**Contract Sum.**"

1.5 Work performed for the Phase I Residential Project scope of work described in Exhibit A-1 shall not commence until a Notice to Proceed for such work has been issued by Company ("**Phase I Residential Project Notice to Proceed**"). Work performed pursuant to the Phase I Business Park scope of work described in Exhibit A-2 shall not commence until a Notice to Proceed for such work has been issued by Company ("**Phase I Business Park Project Notice to Proceed**"). Contractor shall not invoice Company for any services performed for a Site until issuance of the applicable Notice to Proceed. Unless otherwise agreed by Change Order, in the event Company does not issue the Phase I Business Park Project Notice to Proceed within one year from the date of this Agreement, Contractor understands and agrees that the Phase I Business Park Project Cost (as defined in Section 5.1 of this Agreement and Exhibit C-2 of the Contract Documents) shall remain binding on Contractor and Owner.

1.6 Should portions of the Work have been performed prior to the Effective Date, any such work, and any payments made by Company for such Work, shall be deemed to have been performed and made pursuant to the terms and conditions of this Agreement. Any payments shall be credited against the Company's payment obligations under this Agreement.

**ARTICLE 2. CONTRACTOR'S RESPONSIBILITIES, WARRANTIES AND COVENANTS**

2.1 Contractor recognizes the relationship of trust and confidence established between it and Company by the Contract Documents. In performing the Work, Contractor agrees to furnish its best skill and judgment and to cooperate with Company, Landowners and Reviewing Engineers (as hereinafter defined) in furthering the interests of Company. Contractor further agrees to furnish at all times efficient business administration and superintendence and an adequate supply of workers, equipment and materials, and to perform the Work in a good and workmanlike manner, and in the most expeditious and economical manner consistent with the interests and requirements of Company and the generally accepted standards of Contractor's profession.

2.2 Contractor shall review site surveys, existing record documents, and other reports, environmental documents and other information furnished to Contractor, and, after, examining the Sites, shall advise Company as to whether additional data are needed and, upon request, advise upon the manner in which it should be obtained.

2.3 The Work shall be performed and completed in compliance with the Contract Documents. Contractor shall comply fully with, and refrain from interfering with Company's compliance with, all laws, ordinances, rules, regulations and requirements of all governmental and public authorities and any Board of Fire Underwriters having jurisdiction over the Sites or any aspect thereof, including, without limitation, the Federal Occupational Safety and Health Act, the Americans With Disabilities Act of 1990, Title 24 of the California Code of Regulations, all Environmental Laws, as defined below, and the insurance requirements relating to the Sites (collectively, "**Applicable Laws**"). Without limitation on the foregoing, Contractor shall give notices required by all Applicable Laws, including all Environmental Laws. To the extent any Applicable Laws are inconsistent or are unclear (regarding either stated requirements, their interpretation or their application by particular individuals or agencies), Contractor shall seek to identify and advise Company of the existence and possible resolution of such inconsistencies. Any such inconsistencies shall be resolved as determined by Company. At the request of Company, Contractor shall seek to resolve any such conflict or lack of clarity with the appropriate agency or body so that the Work complies with Applicable Laws. If additional governmental permits, approvals or amendments to existing permits or approvals are required to perform the Work, Contractor is responsible for obtaining such necessary approvals, permits or amendments to existing approvals or permits. Contractor shall obtain Company's prior approval to Contractor's submittals for such additional permits or approvals. Contractor shall promptly notify Company in writing if Contractor becomes aware during the performance of the Work that the Contract Documents do not comply with any Applicable Laws. If Contractor performs Work which it knows or should know is not in

**SCHEDULE OF VALUES**

**EXHIBIT**

**C-1**

**Infrastructure Demolition**

| Item No. | Estimated Quantity | Units | Description of Item (Written Price in Words) | Unit Price | Amount |
|---|---|---|---|---|---|
| 1. | 1 | LS | Remove, stockpile and process existing concrete and asphalt concrete pavement into Class II aggregate base material including permits, certified laboratory test results confirming material meets specifications, dust and erosion control, placement of the final stockpile at the location shown on the plans and other incidental items needed to provide this item complete in-place per plan. | $315,000 | $315,000 |
| 2 | 1 | LS | Remove trees and strip existing vegetation and dispose of off-site in accordance with state and local regulations. | $16,000 | $16,000 |
| 3 | 1 | LS | Remove and dispose of site furnishings (signs, benches, playground equipment, mail boxes, etc...) off-site in accordance with state and local regulations. | $15,000 | $15,000 |
| 4 | 1 | LS | Remove underground utilities (pipe, conduit and structures) to a depth of four feet below existing ground surface including disposal of material off-site inaccordance with state and local regulations, combing upper two feet with ripper teeth, excavation, dewatering, backfill and other items needed to complete utility removal. | $110,000 | $110,000 |
| 5 | 1 | LS | Abandon in place utilities six inches and larger in diameter including pothole excavation, dewatering and backfill, filling of pipes with slurry, backfill of structures, and other Items necessary to complete abandonment in place. | $120,000 | $120,000 |
| 6 | Unit Price | CY | Remove and dispose of Marsh Crust layer and dispose of in accordance with state and local regulations at $175 per cubic yard. | $175 | 0 |
| 7 | 1 | LS | Removal and salvage of all pole mounted transformers by Alameda Power and Telecom including removal from site and cleanup of any | $10,000 | $10,000 |

**EXHIBIT C-1**
**SCHEDULE OF VALUES**

| Item No. | Estimated Quantity | Units | Description of Item (Written Price in Words) | Unit Price | Amount |
|---|---|---|---|---|---|
| | | | contamination that may occur during transformer removal from site. | | |
| 8 | 1 | LS | All additional items needed to complete the work shown on the Contract Documents. Itemize below: | $675,000 | $675,000 |
| | | | | TOTAL | ✔ $1,261,000 |

**SCHEDULE OF VALUES**

**EXHIBIT**

**C-1**

**Building Demolition**

| Item No. | Estimated Quantity | Units | Description of Item (Written Price in Words) | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1 | LS | Building and Carport Demolition | $1,752,420 | $1,752,420 |

## SCHEDULE OF VALUES

## EXHIBIT

## C-1

### Hazardous Materials Removal (Chlordane Only)

| Item No. | Estimated Quantity | Units | Description of Item (Written Price in Words) | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1 | LS | Chlordane Mobilization | $20,000 | $20,000 |
| 2 | 1 | LS | Remove, waste characterize, transport and dispose of all building materials (wood and concrete) contaminated with chlordane and/or any other organochlorine pesticides as identified on the drawings. | $437,500 | $437,500 |
| 3 | 1 | LS | Remove, waste characterize, transport and dispose of to a Class I landfill, a minimum depth of 6" of soil under each building footprint except where there is a slab-on-grade. In addition, a minimum depth of 6" of soil must be removed, waste characterized, transported and disposed to a Class I Landfill from the building perimeter to a distance of 3 feet. | $910,000 | $910,000 |
| | | | If soil can be reclassified, contractor shall provide a deduct in cost based on transportation and disposal to: | | |
| | | | $560,000 Lump Sum Deduct for Class II Landfill | $560,000 | |
| | | | $595,000 Lump Sum Deduct for Class III Landfill | $595,000 | |
| | | | | TOTAL | $1,367,500 |

ADDITIONAL CHLORDANE REMOVAL $130. ~~$120~~/Yd

(must receive prior approval before additional excavation can commence

INITIAL

INITIAL

# SCHEDULE OF VALUES

## EXHIBIT

## C-1

## Hazardous Materials Removal (Except Chlordane)

| Item No. | Estimated Quantity | Units | Description of Item (Written Price in Words) | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1 | LS | Remove, waste characterize, transport and dispose of all hazardous materials listed on the drawings (except the separate line items below) within, on or associated with buildings or miscellaneous building structures (examples fencing and carports.) Pollution Insurance Premium | $1,068,680 | $1,068,680 |
| 2 | 1 | LS | Remove, waste characterize, transport and dispose of all wood piling contaminated with toxic or hazardous wood preservatives. | $15,000 | $15,000 |
| 3 | UNIT PRICE | LF | Remove, transport and dispose of all asbestos cement piping previously identified in Bid Schedule A, #4. Do not duplicate bid schedule A, #4, but provide an additional fee associated with asbestos versus non-asbestos piping. $5.5 per linear foot of pipe. | $5.50 | |
| 4 | UNIT PRICE | Gal | Transport and dispose of all confirmed contaminated groundwater, should it be exposed. $2.25 per gallon. | $2.25 | |
| | | | | TOTAL | $1,083,680 |

Total Res
$ 5,469,600