Mr. Peter Russell
Northgate Environmental Management, Inc.
950 Northgate Drive, Suite 313
San Rafael, California 94903

Ms. Ellen Garber
Attorney at Law
Shute, Milhaly & Weinberger
396 Hayes Street
San Francisco, California 94102

# Exhibit 4

*Tab 8*

A-1

northgate
environmental
management, inc.

March 15, 2002

Debbie Potter
City of Alameda
Alameda Point Administration
Building 1, 950 W. Mall Square
Alameda, CA 94501-5012

Re: **Invoice 1057.02.11**: December 1-31, 2001 – Alameda – FISCA

Dear Ms. Potter:

Enclosed is our invoice for $3,861.90 covering environmental engineering services related to the above-cited project.

Description of Services:

**Prepare, edit or review and comment on documents including:**

1. Final IR 2 Closure Report for soil removal
2. Final Tech memo for benzene in soil gas & groundwater
3. ERM's Final Draft SMP
4. Doug Wiebe's MS Project dates
5. Guletz comment letter to Ferma

**Prepare for and attending meetings at:**

1. Building 1, Alameda Point on 12/20 (with EBMUD)

**Prepare for and attending conference calls:**

1. 12/6 (BCT)

**Other work performed includes:**

General project management including phone calls, email, organization, coordination and project file maintenance.

Thank you for using our services. Please call Dr. Russell at 415/492-0540 if you have any questions.

Sincerely,

Lauren M. Boyd
Office Manager

Encl.

950 Northgate Drive, Suite 313, San Rafael, California 94903 415 492-0310 fax 415 492-0542
Other office in Oakland, California 510 839-0688 fax 510 839-4350

A-2

*northgate environmental management, inc.*

March 18, 2002

Debbie Potter
City of Alameda
Development Services
Alameda Point Administration
Building 1, 950 W. Mall Square
Alameda, CA 94501-5012

Re: **Invoice # 1057.02.12**: January 1-31, 2002 - Alameda FISCA

Dear Ms. Potter:

Enclosed is our invoice for $5,040.00 covering environmental engineering services related to the Alameda FISCA project during January 2002.

This work includes:

1. General project management including phone calls, email, organization, coordination and project file maintenance
2. BCT meeting preparation and attendance on January 8, 02
3. Review and comment on 1/02 Demolition and Chlordane Removal Plan
4. Draft schedule update for Doug Wiebe
5. Discussing pesticides in EHA SMP with Ellen Garber
6. Reviewed and evaluated of pesticide concentration for DCRW for EHA
7. Review of 1/11/02 Demo and OCP Removal Work Plan and preparation of related email with ERM
8. Phone call discussions with Debbie Potter regarding chlordane claim backup and HW manifest issues
9. Phone discussion with Nasir Aziz of Ferma regarding chlordane claim

Thank you for using our services. please call me at 415/492-0540 if you have any questions.

Sincerely,

For PB

Peter Russell
Principal

Encl.

**Exhibit 4 page 229**

*3629 Grand Avenue, Oakland, California 94610 510 839-0688 fax 510 839-4350*
*Other office in San Rafael, California 415 492-0310 fax 415 492-0542*

**INVOICE FOR PROFESSIONAL SERVICES**

**For the Period January 1-31, 2002**

**Project # 1057.02 Alameda FISCA** - calculus

| Title | Staff | Hours | Amount |
|---|---|---|---|
| Principal Engineer | Russell | 22.75 | $4,777.50 |
| Senior Hydrogeologist | Storm | 3.5 | $472.50 |
| | | Total Labor | $5,250.00 |
| (Travel Credit) Russell | 1/8/02 | 1.5 | ($315.00) |
| | | Total Expenses | $0.00 |
| | | Charge for outside Expense (10%) | $0.00 |
| | | Incidental expenses (2% of professional fees) | $105.00 |
| | | **This Invoice Total** | **$5,040.00** |

P.O. # 2103428

Requisition #

Account # 83160700 - 61050 - 83160700 = 5,040.00

Approved NP 3/28/02

OK to pay NP

Accounts Payable Use Only:

Processed By________ Date______

Date: 3/20/02

Invoice Number: 1057.02.12

EIN 94-3350317

A-3

northgate environmental management, inc.

March 19, 2002

Debbie Potter
City of Alameda
Development Services
Alameda Point Administration
Building 1, 950 W. Mall Square
Alameda, CA 94501-5012

Re: **Invoice # 1057.02.13**: February 1-28, 2002 - Alameda FISCA

Dear Ms. Potter:

Enclosed is our invoice for $1,660.05 covering environmental engineering services related to the Alameda FISCA project during February 2002.

This work includes:

1. General project management including phone calls, email, organization, coordination and project file maintenance
2. Reviewed and commented on ERM's HRA
3. Prepared an email regarding chlordane
4. Reviewed DTSC comments to SMP

Thank you for using our services. please call me at 415/492-0540 if you have any questions.

Sincerely,

For Peter Russell
Principal

Encl.

Exhibit 4 page 231

3629 Grand Avenue, Oakland, California 94610 510 839-0688 fax 510 839-4350
Other office in San Rafael, California 415 492-0310 fax 415 492-0542

**INVOICE FOR PROFESSIONAL SERVICES**

**For the Period February 1-28, 2002**

**Project # 1057.02 Alameda FISCA**

| Title | Staff | Hours | Amount |
|---|---|---|---|
| Principal Engineer | Russell | 7.75 | $1,627.50 |
| | | Total Labor | $1,627.50 |
| (Travel Credit) Russell | 2/01 - 2/28 | 0 | $0.00 |

| | |
|---|---|
| Total Expenses | $0.00 |
| Charge for outside Expense (10%) | $0.00 |
| Incidental expenses (2% of professional fees) | $32.55 |
| **This Invoice Total** | **$1,660.05** |

on to pay Catellus

·O. # 2105428
ℹequisition #
ℹccount # 83160700 - 61050 - 83160700 = 1,660.05
ℹpproved MC 3/28/02

ℹccounts Payable Use Only:

ℹocessed By________ Date______

Date: 3/20/02 Invoice Number: 1057.02.13 EIN 94-3350317

A-4

northgate
environmental
management, inc.

P.O. # 2103428
Requisition # ______
Account # 83160790-61050-83160700=1,981.35
Approved MP 4/11/02

Accounts Payable Use Only:
Processed By______ Date______

April 3, 2002

Debbie Potter
City of Alameda
Development Services
Alameda Point Administration
Building 1, 950 W. Mall Square
Alameda, CA 94501-5012

Re: **Invoice # 1057.02.14**: March 1-31, 2002 - Alameda FISCA

Dear Ms. Potter:

Enclosed is our invoice for $ 1,981.35 covering environmental engineering services related to the Alameda FISCA project during March 2002.

This work includes:

1. General project management including phone calls, email, organization, coordination and project file maintenance
2. Reviewed and commented on ERM responses to DTSC commenting on chlordane plan.
3. Meeting regarding RAP/ROD for basewide Annex & IR25 on March 14

Thank you for using our services. please call me at 415/492-0540 if you have any questions.

Sincerely,

for PRB
Peter Russell
Principal

Encl.

Exhibit 4 page 233

**INVOICE FOR PROFESSIONAL SERVICES**

**For the Period March 1-31, 2002**

**Project # 1057.02 Alameda FISCA**

| Title | Staff | Hours | Amount |
|---|---|---|---|
| Principal Engineer | Russell | 9.25 | $1,942.50 |
| | | Total Labor | $1,942.50 |
| (Travel Credit) Russell | | 0 | $0.00 |
| | | Total Expenses | $0.00 |
| | | Charge for outside Expense (10%) | $0.00 |
| | | Incidental expenses (2% of professional fees) | $38.85 |
| | | **This Invoice Total** | **$1,981.35** |

- FISC

ok to pay
RP

Date: 4/3/02 Invoice Number: 1057.02.14 EIN 94-3350317

| invoice | period | amount | | comments |
|---|---|---|---|---|
| 1057.02.11 | December 1-31, 2002 | $ - | | none |
| 1057.02.12 | January 1-31, 2002 | $ 4,016.25 | $ 267.75 | Misc. phone calls, email, organization, and co |
| | | | $ 1,660.05 | Review and comment on 1/02 Demolition and |
| | | | $ 374.85 | Discuss pesticides in EHA SMP with Ellen Ga |
| | | | $ 481.95 | Review and evaluate pesticide concentration 1 |
| | | | $ 803.25 | Review of 1/11/02 Demo and OCP Removal \ |
| | | | $ 267.75 | Phone call discussions with Debbie Potter reg |
| | | | $ 160.65 | Phone discussion with Nasir Aziz of Ferma re |
| 1057.02.13 | February 1-28, 2002 | $ 803.25 | $ 321.30 | Misc. phone calls, email, organization, and co |
| | | | $ 481.95 | Prepare an email regarding chlordane |
| 1057.02.14 | March 1-31, 2002 | $ 856.80 | $ 160.65 | Misc. phone calls, email, organization, and co |
| | | | $ 696.15 | Review and comment on ERM responses to [ |
| Total for 4 invoices | | $ 5,676.30 | | |

# Exhibit 4

*Tab 9*

## SHUTE, MIHALY & WEINBERGER LLP ITEMIZED BILLINGS

| INVOICE # | DATE | ATTY | RATE | HRS | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| ALAMEDA.FISC #3571 | 10/12/01 | EJG | 185.00 | 1.70 | 314.50 | Conference call with N. Banks, G. Sagun regarding various FISC toxics issues including restrictive covenants and DDT/chlordane disposal (1.0); review e-mail regarding added cost of pesticide disposal (0.1); e-mail N. Banks regarding information needed for agency agreement to use City generator number (0.1); conference call with N. Banks, G. Sagun, B. Steinberg regarding DDT/chlordane remediation at East Housing (0.5). |
| ALAMEDA.FISC #3571 | 10/14/01 | EJG | 185.00 | 0.30 | 55.50 | Review G. Sagun e-mail and contractor bids regarding DDT/chlordane removal at East Housing. |
| ALAMEDA.FISC #3571 | 10/15/01 | EJG | 185.00 | 0.50 | 92.50 | Conference call with D. Potter and B. Steinberg regarding DDT/Chlordane issue at East Housing. |
| ALAMEDA.FISC #3571 | 10/16/01 | EJG | 185.00 | 0.40 | 74.00 | Voice mail T. Highsmith re: DDT/chlordane issue (0.1); review correspondence regarding insurance claim (0.3). |
| ALAMEDA.FISC #3571 | 10/17/01 | EJG | 185.00 | 0.70 | 129.50 | Telephone conference with T. Highsmith regarding DTD/chlordane at East Housing (0.5); e-mails to/from P. Russell regarding same (0.2). |
| ALAMEDA.FISC #3571 | 10/18/01 | EJG | 185.00 | 1.20 | 222.00 | Conference call with City regarding DDT/chlordane at East Housing (1.0); draft insert to Catellus EIR addendum (0.2). |
| ALAMEDA.FISC #3571 | 10/19/01 | EJG | 185.00 | 0.50 | 92.50 | Telephone conference with T. Trapp regarding Catellus work on East Housing site (0.3); e-mails T. Highsmith, P. Russell regarding DDT/chlordane (0.1); voice mail D. Murphy regarding DTSC role in DDT/chlordane clean-up (0.1). |
| ALAMEDA.FISC #3571 | 10/23/01 | EJG | 185.00 | 0.40 | 74.00 | Telephone conference with D. Potter regarding DDT/chlordane removal (0.2); research regarding DA and DDA provisions (0.2). |
| ALAMEDA.FISC #3571 | 10/24/01 | EJG | 185.00 | 1.30 | 240.50 | Various e-mails to and from City regarding DDT/chlordane at East Housing (0.3); conference call with D. Brandt, and T. Highsmith regarding same (0.7); telephone calls w/ T. Trapp (0.3). |
| ALAMEDA.FISC #3571 | 10/25/01 | EJG | 185.00 | 0.30 | 55.50 | E-mail D. Brandt regarding settlement agreement section 7.3.3 and DDT/chlordane issue (0.3). |
| ALAMEDA.FISC #3571 | 10/29/01 | EJG | 185.00 | 2.50 | 462.50 | Review Winzler & Kelly report and P. Russell summary (0.4); telephone conference with T. Trapp (0.4) telephone conference with D. Murphy (0.5); City conference call regarding DDT/chlordane (1.4); review Catellus EIR mitigation measures and voice mail T. Trapp regarding same (0.2). |

## SHUTE, MIHALY & WEINBERGER LLP ITEMIZED BILLINGS

| INVOICE # | DATE | ATTY | RATE | HRS | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| ALAMEDA.FISC #3571 | 10/30/01 | EJG | 185.00 | 1.20 | 222.00 | Telephone conferences with T. Trapp (0.6), D. Potter (0.7) D. Murphy (0.1) and voicemails P. Russell (0.1) regarding DDT/chlordane at East Housing; e-mail D. Potter and D. Brandt regarding summary of Catellus and DTSC positions (0.4) ; legal research (0.3). |
| | | | | **11.00** | **2,035.00** | **#3571** |
| ALAMEDA.NAS #3573 | 10/02/01 | EJG | 185.00 | 0.10 | 18.50 | E-mail P. Russell regarding DDT/chordane report (0.1). |
| ALAMEDA.NAS #3573 | 10/04/01 | EJG | 185.00 | 0.40 | 74.00 | Telephone call with P. Russell re: lead and pesticide issues (0.4). |
| ALAMEDA.NAS #3573 | 10/08/01 | EJG | 185.00 | 0.30 | 55.50 | Review DDT/chlordane testing report (0.3). |
| | | | | **0.80** | **148.00** | **#3573** |
| ALAMEDA.FISC #3782 | 11/02/01 | EJG | 185.00 | 0.20 | 37.00 | Review draft letter to contractor regarding use of City generator number (0.2). |
| ALAMEDA.FISC #3782 | 11/05/01 | EJG | 185.00 | 0.70 | 129.50 | Revise letter to Winzler & Kelly regarding use of City generator number (0.6); e-mail P. Russell regarding same (0.1). |
| ALAMEDA.FISC #3782 | 11/06/01 | EJG | 185.00 | 2.30 | 425.50 | Meeting in Alameda with Catellus and contractors regarding East Housing DDT/chlordane remediation, CEQA compliance. |
| ALAMEDA.FISC #3782 | 11/09/01 | EJG | 185.00 | 0.20 | 37.00 | Review addition to Catellus EIR addendum regarding DDT and chlordane (0.2). |
| ALAMEDA.FISC #3782 | 11/12/01 | EJG | 185.00 | 0.70 | 129.50 | E-mails to/from B. Steinberg, P. Russell regarding DTSC DDT/chlordane regulatory effort (0.5); e-mails to/from D. Brandt regarding Addendum to Catellus EIR (0.2). |
| ALAMEDA.FISC #3782 | 11/13/01 | EJG | 185.00 | 2.30 | 425.50 | Re-draft section of Catellus EIR addendum regarding DDT/chlordane issue (1.8); e-mails to/from P. Russell, D. Brandt regarding same and benzene plume (0.5). |
| ALAMEDA.FISC #3782 | 11/14/01 | EJG | 185.00 | 0.70 | 129.50 | Review and edit Catellus EIR final draft addendum (0.3); conference call with City regarding DDT/chlordane insurance claim (0.4). |
| ALAMEDA.FISC #3782 | 11/15/01 | EJG | 185.00 | 0.30 | 55.50 | E-mails to/from B. Steinberg regarding information needed for DDT/chlordane insurance claim. |

## SHUTE, MIHALY & WEINBERGER LLP ITEMIZED BILLINGS

| INVOICE # | DATE | ATTY | RATE | HRS | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| ALAMEDA.FISC #3782 | 11/16/01 | EJG | 185.00 | 1.80 | 333.00 | Telephone call with T. Trapp regarding coordination with DTSC (0.2); telephone calls with D. Potter regarding DDT/chlordane (0.5); Telephone call with B. Steinberg regarding insurance requirements (0.4); send DDT/chlordane information to B. Steinberg (0.2); review T. Trapp and S. Diamond edits to Catellus addendum and comment regarding same (0.5). |
| ALAMEDA.FISC #3782 | 11/19/01 | EJG | 185.00 | 1.50 | 277.50 | Review more revisions to Catellus EIR addendum (0.4); conference call with D. Brandt, L. Stanchina, D. Potter regarding addendum (0.5); review and comment on East Housing demolition contract (0.5); telephone call with L. Stanchina (0.1). |
| ALAMEDA.FISC #3782 | 11/20/01 | EJG | 185.00 | 0.90 | 166.50 | Telephone call with T. Landis regarding SMP, interim covenants and DDT/chlordane cleanup (0.8); e-mail T. Trapp, D. Potter regarding same (0.1). |
| ALAMEDA.FISC #3782 | 11/21/01 | EJG | 185.00 | 0.10 | 18.50 | Telephone call with D. Potter regarding disposal of chlordane building materials. |
| ALAMEDA.FISC #3782 | 11/28/01 | EJG | 185.00 | 0.50 | 92.50 | Review and comment on revised letter of authorization to Winzler and Kelly (0.4); review P. Russell analysis of demolition plans (0.1). |
| ALAMEDA.FISC #3782 | 11/30/01 | EJG | 185.00 | 0.10 | 18.50 | E-mail D. Potter regarding East Housing demolition issues. |
| | | | | 12.30 | 2,275.50 | #3782 |
| ALAMEDA.FISC #4078 | 12/11/01 | EJG | 185.00 | 0.10 | 18.50 | E-mail D. Brandt and D. Potter regarding chlordane work plan (0.1). |
| ALAMEDA.FISC #4078 | 12/12/01 | EJG | 185.00 | 0.20 | 37.00 | E-mails to/from City and consultants regarding finalizing of chlordane remediation work plan. |
| ALAMEDA.FISC #4078 | 12/19/01 | EJG | 185.00 | 1.80 | 333.00 | E-mails to/from B. Guletz et al. re chlordane cleanup level (0.2); e-mails to/from B. Guletz et al re Winzler & Kelly agreement and plan for signing manifests (0.3); telephone calls with D. Brandt (0.2) and P. Russell (0.5) re plan to sign manifests; telephone call with T. Highsmith re chlordane workplan (0.5); voicemail M. Quillin re same (0.1). |
| ALAMEDA.FISC #4078 | 12/20/01 | EJG | 185.00 | 0.60 | 111.00 | Telephone conferences with M. Quillin (0.2), P. Russell (0.2) re chlordane workplan and manifest issue; e-mail D. Potter et al. re same (0.2). |
| ALAMEDA.FISC #4078 | 12/21/01 | EJG | 185.00 | 0.20 | 37.00 | E-mails to/from D. Potter and M. Quillin re City review of draft chlordane workplan. |
| | | | | **2.90** | **536.50** | **#4078** |

## SHUTE, MIHALY & WEINBERGER LLP ITEMIZED BILLINGS

| INVOICE # | DATE | ATTY | RATE | HRS | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| ALAMEDA.FISC #4288 | 01/04/02 | EJG | 185.00 | 0.40 | 74.00 | Review draft chlordane removal workplan. |
| ALAMEDA.FISC #4288 | 01/07/02 | EJG | 185.00 | 1.20 | 222.00 | Review chlordane work plan and send comments to M. Blanchard (0.5); telephone call with D. Potter re asbestos issue and signing of manifests (0.5); review Winzler and Kelly ast draft letter (0.2). |
| ALAMEDA.FISC #4288 | 01/08/02 | EJG | 185.00 | 0.10 | 18.50 | Review P. Russell comments on chlordane work plan (.1). |
| ALAMEDA.FISC #4288 | 01/09/02 | EJG | 185.00 | 1.10 | 203.50 | Telephone call with M. Quillin and M. Blanchard re comments on chlordane workplan (.6); voicemails with B. Steinberg (.2); telephone call with P. Russell re expanding workplan to other pesticides (.2); e-mail P. Russell (.1). |
| ALAMEDA.FISC #4288 | 01/10/02 | EJG | 185.00 | 0.40 | 74.00 | Voicemail B. Steinberg (.1); review revised pesticide workplan (.2); e-mail P. Russell re same (.1). |
| ALAMEDA.FISC #4288 | 01/11/02 | EJG | 185.00 | 1.70 | 314.50 | Review revised pesticides workplan (1.1) telephone call with B. Steinberg re his comments (.3); check to make sure P. Russell comments are incorporated (.3). |
| ALAMEDA.FISC #4288 | 01/14/02 | EJG | 185.00 | 0.90 | 166.50 | Review and comment on pesticide workplan and transmittal letter (.5); e-mails to B. Steinberg, M. Blanchard, P. Russell (.2) and to D. Handy (.1) re same; voicemail to T. Landis (.1). |
| ALAMEDA.FISC #4288 | 01/15/02 | EJG | 185.00 | 0.20 | 37.00 | Numerous e-mails to/from D. Handy, M. Blanchard re pesticide workplan. |
| ALAMEDA.FISC #4288 | 01/16/02 | EJG | 185.00 | 0.40 | 74.00 | Numerous e-mails to/from D. Handy, M. Blanchard about DTSC submittals and review by insurance carrier. |
| ALAMEDA.FISC #4288 | 01/18/02 | EJG | 185.00 | 0.60 | 111.00 | Telephone calls with D. Handy (0.1), M. Quillin (0.1), D. Potter (0.3) re: AIG insurance claim and submittal of workplan to DTSC; voicemail B. Steinberg re: same (0.1) |
| ALAMEDA.FISC #4288 | 01/22/02 | EJG | 185.00 | 1.10 | 203.50 | Telephone calls re: submittal of pesticide workplan to DTSC and insurance claim re: B. Steinberg (0.3); M. Quillin and M. Blanchard (0.4); D. Potter (0.4). |
| ALAMEDA.FISC #4288 | 01/24/02 | EJG | 185.00 | 1.10 | 203.50 | Review/send e-mails re submittal of pesticide workplan to EBMUD and utility corridor testing (.4); voicemail to/from T. Highsmith re insurance claim (.1); prepare estimate for insurance claim and telephone call with P. Russell re same (.6). |

## SHUTE, MIHALY & WEINBERGER LLP ITEMIZED BILLINGS

| INVOICE # | DATE | ATTY | RATE | HRS | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| ALAMEDA.FISC #4288 | 01/29/02 | EJG | 185.00 | 0.20 | 37.00 | Voicemail and telephone call with M. Blanchard re: transporting hazmat soil through Posey Tube. |
| ALAMEDA.FISC #4288 | 01/31/02 | EJG | 185.00 | 0.80 | 148.00 | Telephone calls with M. Quillan re: pesticide workplan (0.2); voicemail and telephone calls with B. Steinberg re: same; (0.3); e-mail with D. Potter re: same; (0.2) voicemail with D. Handy (0.1) |
| | | | | **10.20** | **1,887.00** | **#4288** |
| ALAMEDA.FISC #4473 | 02/01/02 | EJG | 185.00 | 0.80 | 148.00 | E-mails to/from B. Steinberg (0.1), M. Quillin (0.5), P. Russell (0.2) re: pesticide workplan, depleted uranium issues. |
| ALAMEDA.FISC #4473 | 02/07/02 | EJG | 185.00 | 2.60 | 481.00 | Numerous e-mails to/from B. Steinberg, D. Handy, M. Quillin re: pesticide workplan submittal to DTSC and cover letter (0.8); Telephone calls with T. Highsmith and D. Handy re: same (0.3); Telephone calls with M. Quillin re: same (0.2); review and edit transmittal letter to DTSC (0.2); Telephone calls with B. Steinberg (0.1); review M. Quillin e-mail re: letter agreement with EBMUD and prepare first draft of same (0.6); Telephone calls with D. Potter re: EBMUD letter (0.4). |
| ALAMEDA.FISC #4473 | 02/08/02 | EJG | 185.00 | 0.50 | 92.50 | Review numerous B. Steinberg and D. Handy e-mails re: pesticide workplan cover letter (0.2); edit City letter to EBMUD per M. Quillin comments and circulate for comment (0.2); voicemail to M. Quillin (0.1). |
| ALAMEDA.FISC #4473 | 02/11/02 | EJG | 185.00 | 0.10 | 18.50 | E-mail B. Steinberg re: EBMUD letter for East Housing (0.1). |
| ALAMEDA.FISC #4473 | 02/12/02 | EJG | 185.00 | 0.08 | 14.80 | Review B. Steinberg comments and finalize letter to EBMUD (0.2); e-mails M. Quillin, D. Potter re: same (0.1); e-mails M. Quillin, P. Russell re: same (0.3); review e-mails re: insurance claim for pesticides (0.2). |
| ALAMEDA.FISC #4473 | 02/13/02 | EJG | 185.00 | 0.10 | 18.50 | Voicemails to and from D. Potter re: submittal to DTSC of pesticide workplan. |
| ALAMEDA.FISC #4473 | 02/22/02 | EJG | 185.00 | 0.20 | 37.00 | Review e-mail from P. Russell re: confirmation sampling for DDT/chlordane (0.1); voicemail B. Steinberg re: DTSC review of workplan (0.1). |
| ALAMEDA.FISC #4473 | 02/25/02 | EJG | 185.00 | 0.70 | 129.50 | Telephone calls with P. Russell (0.2), B. Steinberg (0.2), M. Quillin (0.3) re: pesticide workplan. |
| ALAMEDA.FISC #4473 | 02/26/02 | EJG | 185.00 | 0.20 | 37.00 | E-mails and voicemails to/from B. Steinberg re: pesticide workplan (0.1); Telephone calls with P. Russell re: DTSC review of pesticide work plan (0.1). |
| | | | | **5.28** | **976.80** | **#4473** |

## SHUTE, MIHALY & WEINBERGER LLP ITEMIZED BILLINGS

| INVOICE # | DATE | ATTY | RATE | HRS | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| ALAMEDA.FISC #4665 | 03/01/02 | EJG | 185.00 | 0.20 | 37.00 | Review AIG letter re: pesticide claim and send copy to B. Steinberg (0.2). |
| ALAMEDA.FISC #4665 | 03/04/02 | EJG | 185.00 | 0.50 | 92.50 | E-mails to/from M. Quillin re: DTSC comments on Pesticide Workplan and no further action letter (0.4); e-mail P. Russell re: comment on Catellus SMP (0.1). |
| ALAMEDA.FISC #4665 | 03/05/02 | EJG | 185.00 | 0.70 | 129.50 | E-mails to/from M. Quillin, D. Handy, et al. re: DTSC comments on and revisions to pesticide workplan (0.5); Telephone calls with D. Potter re: same (0.2). |
| ALAMEDA.FISC #4665 | 03/06/02 | EJG | 185.00 | 0.20 | 37.00 | E-mails to/from M. Quillin, B. Steinberg re: changes to Pesticide Workplan and no further action letter (0.2). |
| ALAMEDA.FISC #4665 | 03/07/02 | EJG | 185.00 | 1.40 | 259.00 | Telephone calls with B. Steinberg re: comments on pesticide no futher action letter (0.2); revise letter and circulate (0.2); numerous e-mails with D. Handy, P. Russell, M. Quillin re: finalizing Catellus SMP, health risk assessment, and pesticide workplan (0.7); Telephone calls with M. Quillin (0.3). |
| ALAMEDA.FISC #4665 | 03/08/02 | EJG | 185.00 | 0.40 | 74.00 | E-mails to/from M. Quillin and B. Steinberg re: no further action letter (0.3); voicemail I. Alasti re: same (0.1). |
| ALAMEDA.FISC #4665 | 03/11/02 | EJG | 185.00 | 0.10 | 18.50 | E-mails to/from D. Handy re: East Housing no further action letter (0.1). |
| ALAMEDA.FISC #4665 | 03/22/02 | EJG | 185.00 | 0.20 | 37.00 | E-mail and telephone calls with M. Quillin re: pesticide workplan. |
| ALAMEDA.FISC #4665 | 03/26/02 | EJG | 185.00 | 0.40 | 74.00 | Telephone calls with M. Quillin re: pesticide workplan (0.2); e-mail B. Steinberg and D. Handy (0.1); voicemail D. Murphy, I. Alasti re: same (0.1). |
| ALAMEDA.FISC #4665 | 03/28/02 | EJG | 185.00 | 0.10 | 18.50 | Telephone calls with P. Russell re: manifesting pesticides soil (0.1). |
| | | | | **4.20** | **777.00** | **#4665** |
| | | | | **46.68** | **8,635.80** | **GRAND TOTAL** |

[P:\alameda\fisc\ewh001 (fees table).DOC]

# Exhibit 4

*Tab 10*

**KUTAK ROCK LLP**

**WASHINGTON, D.C.**
Telephone 202-828-2400
Facsimile 202-828-2488

Federal ID 47-0597598

**Check Remit To:**
Kutak Rock LLP
PO Box 30057
Omaha, NE 68103-1157

**Wire Transfer Remit To:**
ABA #104000016
First National Bank of Omaha
Kutak Rock LLP
A/C # 24-690470

July 9, 2002

Terri Highsmith, Esq.
City of Alameda
Office of the City Attorney
City Hall, Room 314
2263 Santa Clara Avenue
Alameda, CA 94501-4456

144703-2

---

Re: Reuse of NAS Alameda

For Professional Legal Services Rendered

| | | | |
|---|---|---|---|
| 04/25/01 | B. Steinberg | 0.60 | Telephone conference with Mr. Handy regarding DDT/chlordane issues; research pesticide treatment exclusion CERCLA |
| 04/26/01 | B. Steinberg | 2.70 | Work on pesticide issues, review documents on levels of contamination acceptable; telephone conference with Mr. Handy and Ms. Highsmith regarding course of action |
| 04/27/01 | B. Steinberg | 2.10 | Work on disclosure issues; telephone conference with Mr. Handy; message from Ms. Highsmith; receipt and review of contractor's assessment of contamination; further discuss with Ms. Highsmith |
| 04/30/01 | B. Steinberg | 1.20 | Telephone conference with Ms. Highsmith regarding pesticide issues; review AIG policy on coverage, claims; message to Mr. Handy regarding catellus coverage concerns, contractor status |
| 05/14/01 | B. Steinberg | 0.20 | Message from Mr. Handy on pesticides issue; coordinate conference call |

| | | | |
|---|---|---|---|
| 05/15/01 | B. Steinberg | 2.30 | Research CERCLA/FIFRA/TSCA pesticide issue; conference call with Mr. Handy, Ms Highsmith and Ms. Tasini; telephone conference with Mr. Cornell on claim, telephone conference with Mr. Garber; follow up to Mr. Handy on AIG contract |
| 05/31/01 | B. Steinberg | 1.90 | Telephone conference with Ms. Highsmith on 330 claims issues, Term 1, AIG responses; prepare draft 330 claim recordkeeping document; telephone conference with Mr. Handy, update on current events |
| 06/01/01 | B. Steinberg | 1.50 | Conference call with PAAS; finish 330 package for claims, send to Ms. Highsmith; check with Ms. Tasini on pesticide issues |
| 06/08/01 | B. Steinberg | 0.80 | Conference call on pesticides |
| 09/26/01 | B. Steinberg | 0.20 | Messages to and from Mr. Handy and Mr. Highsmith on pesticide investigation |
| 10/12/01 | B. Steinberg | 0.60 | Call with Ms. Banks, Ms. Gerber and Mr. Sagun on chlordane issues and allocation of liability to Navy and insurance carrier |
| 10/15/01 | B. Steinberg | 1.20 | Review Chlordane faxed info; research Chlordane/CERCLA issue; conference call with Ms. Potter and Ms. Garber |
| 10/16/01 | B. Steinberg | 0.90 | Review Insurance contract, message to Potter, Handy based on chlordane contract and update to Ms. Highsmith |
| 10/17/01 | B. Steinberg | 0.30 | Messages to and from Handy on Chlordane, discussion with Ms. Highsmith |
| 10/18/01 | B. Steinberg | 1.70 | Prepare for conference call; e-mail to Handy; conference call with Ms. Highsmith, Potter, Handy, Garber, Russell on chlordane process for Navy and carrier |
| 10/21/01 | B. Steinberg | 0.30 | Message from Ms. Garber on DTSC/Catellus chlordane issue; provide reply |
| 10/22/01 | B. Steinberg | 2.20 | Research insurance coverage, Catellus contract listing; discussions with Handy; conference call with AIT claims adjudicator; receipt, review coverage letter; message to Garber |
| 10/23/01 | B. Steinberg | 0.80 | Review DDA compare with insurance policy and coverage letter |
| 10/24/01 | B. Steinberg | 0.20 | Message from discussion with Highsmith on DTSC requirements on chlordane, new test results |

| | | | |
|---|---|---|---|
| 10/25/01 | B. Steinberg | 0.40 | Calls from/to ARRA; call to Highsmith; discuss with EPA Region 9 Rep. on pesticides as CERCLA Hazardous Substance |
| 10/29/01 | B. Steinberg | 1.70 | Preparation for contract conference call on chlordane issues |
| 10/30/01 | B. Steinberg | 0.40 | Meet with Phillipi and Murphy from DTSC; discuss chlordane/hazardous waste/pesticide issues, regulatory oversight under RCRA |
| 10/31/01 | B. Steinberg | 0.80 | Work on letter to AIG in reply to coverage letter |
| 11/09/01 | B. Steinberg | 0.90 | Review chlordane lagoon testing issue, Ms. Handy memorandum to Ms. Potter on coordination; coordinate call for next week; update pesticide issues |
| 11/10/01 | B. Steinberg | 1.10 | Review Carson Harbor decision on disposal in light of insurance requirements |
| 11/12/01 | B. Steinberg | 1.20 | Work on language for removal of soils, DTSC role; messages to and from Ms. Garber; coordinate with policy language |
| 11/13/01 | B. Steinberg | 0.60 | Evaluate reply to Russell's memorandum; copy to Ms. Highsmith; study policy coverage issues |
| 11/14/01 | B. Steinberg | 0.60 | Conference call on pesticide issues |
| 11/15/01 | B. Steinberg | 2.10 | Discuss with Ms. Handy, conference with AIG claims representative, discuss claim; compare with policy terms, memorandum to team on results of call |
| 11/16/01 | B. Steinberg | 2.10 | Reply to Team on follow up to AIG discussion; continue pesticide research, meet with environment engineer on DDY; discussion with Ms. Garber |
| 12/03/01 | B. Steinberg | 0.40 | Discussion with pesticides representative on building issues; meet with AIG Representatives, discuss claim |
| 12/13/01 | B. Steinberg | 0.50 | Discussion with Ms. Highsmith and Ms. Handy on status of environmental claim for pesticides, discuss developers role and activities, appropriate strategy |
| 12/14/01 | B. Steinberg | 0.30 | Review e-mails on pesticide issue from Mr. Brandt, Ms. Garber, Ms. Highsmith and Ms. Handy |
| 12/21/01 | B. Steinberg | 0.90 | Pull documents to prepare draft DTSC order on pesticides |
| 01/07/02 | B. Steinberg | 1.30 | Review FERMA chlordane removal plan; note issues for clarification |

| | | | |
|---|---|---|---|
| 01/09/02 | B. Steinberg | 0.40 | Telephone conference with Ms. Garber on Chlordane exclusive issue in Catellus plan; message from Ms. Garber on EBMUD reluctance to proceed; DTSC position on removal |
| 01/11/02 | B. Steinberg | 0.30 | Discussion with Ms. Garber on revised work plan for pesticides |
| 01/12/02 | B. Steinberg | 0.60 | Review latest pesticide removal plan, evaluation language to be deleted |
| 01/14/02 | B. Steinberg | 0.30 | Message to Ms. Handy on Draft Pesticide removal plan; messages from Ms. Garber |
| 01/15/02 | B. Steinberg | 1.90 | Work on pesticides issues; review Wong letter draft; discussions with Ms. Hardy on AIG claim; conference call with Hardy and Mr. Handy at AIG on claim issue |
| 01/16/02 | B. Steinberg | 1.90 | Receipt, review Winzler OCP report; review messages to and from Ms. Handy at AIG on claim; messages to Mr. Handy and Ms. Garber on transmittal to AIG |
| 01/17/02 | B. Steinberg | 1.30 | Messages to and from Mr. Handy and others on Coordinate communications with AIG claims |
| 01/20/02 | B. Steinberg | 0.20 | Message from Ms. Garber on submission to DTSC for pesticide claim |
| 01/22/02 | B. Steinberg | 0.50 | Discussion with Ms. Garber on insurance claim; conference call with Ms. Garber and Ms. Potter |
| 01/24/02 | B. Steinberg | 0.80 | AIG pesticide claim; review Russell memorandums |
| 01/30/02 | B. Steinberg | 0.30 | Message from Art on meetings; messages on pesticide status |
| 01/31/02 | B. Steinberg | 0.50 | Discussions with Ms. Garber, Ms. Handy on Pesticide issue |

TOTAL HOURS 46.00

TOTAL FOR SERVICES RENDERED <u>$12,190.00</u>

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT