# Exhibit 5

City of Alameda • California

December 18, 2003

REGISTERED MAIL
RETURN RECEIPT REQUESTED

Commanding Officer – Southwest Division
Engineering Field Division
Naval Facilities Engineering Command
1220 Pacific Highway
San Diego, CA 92132-5189

Attn: Mr. Armando Alvarez

RE: **Claim for Indemnification, East Housing Area, Alameda**

Dear Mr. Alvarez:

Enclosed is the final claim for indemnification pursuant to Section 330 of the fiscal year 1993 Defense Authorization Act, as amended [Public Law 102-484, 106 St. 2371 (1992)]. As reflected in our prior claim for indemnification, submitted on October 31, 2002, and provided directly to you on January 22, 2003, we estimated that the final claim would be approximately $4,000,000. The initial claim was for $484,002.10 (copy enclosed without attachments, Tab A). The amount of this second and final claim is $3,426,394.28.

As was the case for the initial claim, this claim is submitted jointly on behalf of the Alameda Reuse and Redevelopment Authority (a local redevelopment authority as defined in Section 2903, Public Law 103-160), the Community Improvement Commission of the City of Alameda (a public body corporate and politic), and American International Specialty Lines Insurance Company, the insurer for this property with a right of subrogation. Counsel for the insurer is Peter A. Lynch, Esquire, Cozen O'Conner, 501 Broadway, Suite 1610, San Diego, CA 92101.

The underlying factual predicate for this claim was fully explained in our prior claim submission and will not be repeated here. As this is a continuation of the initial claim, the substantiation for this claim is contained in Tabs 1, 2 and 3 of the initial claim and those matters as well as other pertinent information are incorporated by reference herein.

Office Of The City Attorney

2263 Santa Clara Avenue, Room 280
Alameda, California 94501
510 748.4544 • Fax 510 748.4691 • TDD 510 522.7538



Printed on Recycled Paper

The substantiation for this final claim is contained in the following tabs:

Tab 1 Contractual obligations incurred to pay Catellus and its subcontractors for their work performed to address chlordane and organochlorine pesticide removal. The total costs for this work is $3,853,804.35, of which $457,500 was included in the initial claim and has not been paid by the Navy. Subtracting the initial Catellus claim, this additional claim amount is $3,396,304.35.

Tab 2 Northgate Environmental Management bill for the period 1 April 2003 through 31 July 2003. The portion of these bills attributable to the Navy's obligation to indemnity total $5,414.93. This amount does not reflect Northgate's bills included in the initial claim.

Tab 3 Kutak Rock, LLP itemized billings for the period 1 February 2002 through 1 November 2003. These bills total $24,675.00 and do not reflect the Kutak Rock, LLP bills included in the initial claims.

Sincerely,

Darrell Handy
City of Alameda

Peter Lynch
Cozen O'Conner

DH/cms
Enclosure

cc: Barry Steinberg, Esq. (w/enclosures)
City Attorney, (w/o enclosures)
Assistant City Attorney (w/enclosures)

This page intentionally left blank

# Exhibit 5

*Tab 1*

CATELLUS

August 27, 2003

Mr Darrell Handy
Risk Manager
City of Alameda
2263 Santa Clara Ave.
Room 130
Alameda, CA 94501

Re: Alameda FISC/EHA demolition project
***Chlordane & OCP clean up***
***Claim Submittal #4***

Dear Darrell,

Please find attached submittal #4 for the Chlordane and Organochlorine Pesticide (OCP) removal at the above referenced project site. This fourth submittal is for the balance of the contaminated soil removed and replaced beyond the original base bid contract with Ferma. It includes costs authorized and billed to the City from October 01, 2001 through July 31, 2003 for chlordane related removal costs. Below is a breakout of the following scopes of work that were involved in the cleanup process.

1. Environmental Resources Management (ERM) was contracted to provide testing and oversight to help identify the exposure of suspected Chlordane and Organochlorine Pesticide (OCP) contaminants and develop a work plan as defined in the Site Management Plan (SMP) to help provide guidelines on how to handle Chlordane and Organochlorine Pesticide if encountered. On an ongoing basis they have provided oversight to make sure all requirements laid out in the SMP are meet and to document the removal process. ERM prepared the Demolition and Organochlorine Pesticide Removal Completion Report dated April 10, 2003, which outlines the processes observed and DTSC concurrence. Total costs associated with removal of OCP's are $80,897.84.

2. FERMA was contracted to remove and dispose of all Chlordane and Organochlorine Pesticide (OCP) contaminants in accordance with the SMP and DTSC concurrence. FERMA's cost associated with the removal of Chlordane and Organochlorine Pesticide (OCP) include: moblization costs; Removal of wood and concrete containing OCP's; the first six (6) inches contaminated soil removal and disposal; additional excavation to remove contaminated soil; disposal to class I and class II hazardous waste facilities as required; import of clean fill material to replace contaminated soil removed; water usage costs; pavement restoration fees and associated delay costs for a total of $2,824,248.71

3. Winzler & Kelly Consulting Engineers were contracted to provide on-site monitoring and testing of all OCP related activities and provide clearance that the site had been tested to be clean of all Chlordane and Organochlorine Pesticide as required in the SMP or a total of $456,435.00.

**Exhibit 5 page 6**

1999 HARRISON STREET, SUITE 2150 OAKLAND, CALIFORNIA 94612 · TEL (510) 267-0646 · FAX (510) 267-0940

4. Treadwell and Rollo Geotechnical Engineers were hired to provide observation, testing and consulting services during the backfill of material in the impacted areas, testing and monitoring of stockpile locations, testing of import fill material for a total of $3,660.25.

5. Hazardous Material Fees – include, State Board of Equalization – Generator Tax fees and Waste manifest fees for non-recyclable waste for a total of $65,170.00

6. Catellus Development Corp. as the Project Manager, Catellus Construction Company as the general contractor for the Alameda FISC/EHA project have incurred fees and costs associated with managing the removal of Chlordane and Organochlorine Pesticide (OCP) for a total of $423,392.55

To date we have submitted three claims for a total of $2,313,034.09 in related Chlordane and Organochlorine Pesticide removal costs. The total costs incurred to date for this scope of work are $3,853,804.35. We are now requesting the balance of the removal of Chlordane and Organochlorine Pesticide scope of work provided, including retainage as illustrated in the attached AIA payment request (Exhibit A) and the attached OCP Removal Summary (Exhibit B), for a total **Net Due of: $1,540,770.26.**

Please do not hesitate to contact me if you have any questions on the above claim submittal.

Sincerely,

Bill Kennedy
Director, Construction

Cc: Peter Russell
Barry Steinberg
Bill Frink
Doug Cole
Debbie Potter

Attachments.

Exhibit - A

# APPLICATION AND CERTIFICATION FOR PAYMENT

*AIA DOCUMENT G702* PAGE ONE OF two PAGES

TO OWNER:
**City Of Alameda**
**950 West Mall Square**
**Alameda, CA 94501-7552**

PROJECT: **Catellus / Alameda**
**Residential Phase I**
**Chlordane Remediation**

APPLICATION NO 4

PERIOD TO: 07/31/03

Distribution to:
[X] OWNER (D. Cole)
[ ] ARCHITECT
[ ] CONTRACTOR
[X] CATELLUS ( P. Owen)
[ ]

FROM CONTRACTOR:
**Catellus Development**
**1999 Harrison Street, Suite 2150**
**Oakland, CA 94612**

VIA ARCHITECT: N/A

PROJECT NOS: Residentail Phase I Demolition

CONTRACT FOR: Phase I Residential - Backbone Infrastructure Improvements

CONTRACT DATE 06/16/00

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the contract and approved EA, Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM (approved EA's) $ 1,577,270.00
2. Net change by Change Orders (approved EA's) $ 2,276,534.35
3. CONTRACT SUM TO DATE (Line 1 ± 2) $ 3,853,804.35
4. TOTAL COMPLETED & STORED TO DATE (Column K on G703) $3,853,804.35
5. RETAINAGE:
   a. 10% of Completed Work (Column H + I on G703) $257,003.79
   b. 10% of Stored Material (Column J on G703) $ -
   Total Retainage (Lines 5a + 5b or Total in Column N of G703) $257,003.79
6. TOTAL EARNED INCLUDING RETAINAGE $3,853,804.35
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) $2,313,034.09
8. **CURRENT PAYMENT DUE $ 1,540,770.26**
9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) $ -

| (EA) CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | 2,276,534.35 | |
| Total approved this Month | 0.00 | |
| TOTALS | 2,276,534.35 | 0.00 |
| NET CHANGES by Approved EA | 2,276,534.35 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

**CONTRACTOR:** Catellus Construction Corp.

By: ______________________ Date: ______________________

State of: County of:
Subscribed and sworn to before me this day of
Notary Public:
My Commission expires:

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED . . . . . . . . . . . $ __________

*(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)*
ARCHITECT:

By: ______________________ Date: ______________________

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 · APPLICATION AND CERTIFICATION FOR PAYMENT · 1992 EDITION · AIA · ©1992 THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292
**Users may obtain validation of this document by requesting a completed AIA Document D401 - Certification of Document's Authenticity from the Licensee.**

Exhibit - A

# CONTINUATION SHEET

*AIA DOCUMENT G703*

PAGE OF PAGES

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column N on Contracts where variable retainage for line items may apply.

APPLICATION NO: 4
APPLICATION DATE: 08/27/03
PERIOD TO: 07/31/03
ENGINEER'S PROJECT NO: Residentail Phase I Demolitior

| A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | WORK COMPLETED | | | | | | |
| ITEM NO. | DESCRIPTION OF WORK | Unit Measure | Unit Price | # of Units | SCHEDULED VALUE (D x E) | TOTAL FROM PREVIOUS APPLICATION | TOTAL THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN G OR H) | TOTAL COMPLETED AND STORED TO DATE (G+H+I) | % (J ÷ F) | BALANCE TO FINISH (F - J) | RETAINAGE 10% |
| 0001 | Ferma - Orignal Chlordane Contract | LS | 1,367,500.00 | 1 | 1,367,500.00 | 894,300.00 | 473,200.00 | 0.00 | 1,367,500.00 | 100% | 0.00 | 136,750.00 |
| 0002 | Ferma - Additional Chlordane impacted soil removal | T&M | 1,675,737.90 | 1 | 1,675,737.90 | 1,675,737.88 | 0.02 | 0.00 | 1,675,737.90 | 100% | 0.00 | 167,573.79 |
| 0003 | Ferma - Credit Change Order for Savings Associated with Reclassifying Class I material to Class II material (offset to item 0001) | LS | (473,200.00) | 1 | (473,200.00) | 0.00 | (473,200.00) | 0.00 | (473,200.00) | 100% | 0.00 | (47,320.00) |
| 0004 | Ferma - Additional Chlordane related costs, Water Usage Fees, City Pavement Rehabiliton fees, and Delay charges. | T&M | 254,210.81 | 1 | 254,210.81 | 0.00 | 254,210.81 | 0.00 | 254,210.81 | 100% | 0.00 | 0.00 |
| 0005 | Winzler & Kelly - Original Contract for Onsite Construction Testing and Obsevation | LS | 209,770.00 | 1 | 209,770.00 | 0.00 | 209,770.00 | 0.00 | 209,770.00 | 100% | 0.00 | 0.00 |
| 0006 | Winzler & Kelly - Additional Change Orders | T&M | 246,665.00 | 1 | 246,665.00 | 0.00 | 246,665.00 | 0.00 | 246,665.00 | 100% | 0.00 | 0.00 |
| 0007 | ERM West - OCP Monitoring & Testing | T&M | 80,897.84 | 1 | 80,897.84 | 0.00 | 80,897.84 | 0.00 | 80,897.84 | 100% | 0.00 | 0.00 |
| 0008 | Treadwell & Rollo Geotechnical Services | T&M | 3,660.25 | 1 | 3,660.25 | 0.00 | 3,660.25 | | 3,660.25 | 100% | 0.00 | 0.00 |
| 0009 | Class I State Board of Equalization - Generator Tax Fee | LS | 64,300.00 | 1 | 64,300.00 | | 64,300.00 | | 64,300.00 | 100% | 0.00 | 0.00 |
| 0010 | DTSC - Class I Waste Manifest fee for Non-Recyclable Waste | LS | 870.00 | 1 | 870.00 | | 870.00 | | 870.00 | 100% | 0.00 | 0.00 |
| 0011 | Catellus Development Project Management Fee | LS | 137,216.47 | 1 | 137,216.47 | | 137,216.47 | | 137,216.47 | 100% | 0.00 | 0.00 |
| 0012 | Catellus Construction Corp. General Contractors Fee | LS | 137,216.47 | 1 | 137,216.47 | | 137,216.47 | | 137,216.47 | 100% | 0.00 | 0.00 |
| 0013 | Catellus Construction Corp. Genderal Conditions | LS | 89,019.61 | 1 | 89,019.61 | | 89,019.61 | | 89,019.61 | 100% | 0.00 | 0.00 |
| 0014 | Swinerton Site Superintendant | LS | 59,940.00 | 1 | 59,940.00 | | 59,940.00 | | 59,940.00 | 100% | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | **SUBTOTAL** | | | | 3,853,804.35 | 2,570,037.88 | 1,283,766.47 | 0.00 | 3,853,804.35 | | 0.00 | 257,003.79 |
| | **Applicable Gross Receipts Tax @ 0.0%** | % | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| | **TOTALS** | | | | $3,853,804.35 | $2,570,037.88 | $1,283,766.47 | $0.00 | $3,853,804.35 | 100% | $0.00 | $257,003.79 |

**Users may obtain validation of this document by requesting of the license a completed AIA Document D401 - Certification of Document's Authenticity**

## OCP Removal & Monitoring Summary of Costs:
### ACTUAL CHLODRDANE RELATED COSTS

**Ferma Corporation:** Demolition and Removal Contract Work, Additional Removal and Soft Costs *(As of July 31, 2003)* — **Actual Costs**

**Contract Work** Initial scope of work contracted to Ferma on LS

| | | | | Actual Costs |
|---|---|---|---|---|
| Contract Item 1 - LS | Chlordane Mobilization | $ | 20,000 | |
| | | | | $ 20,000.00 |
| Contract Item 2 - LS | Remove wood and concrete containing Chlordane and/or other pesticides Identified on the drawings | | | |
| | Demolition and load | $ | 197,100 | |
| | Transportation | $ | 135,250 | |
| | Waste Characterization | $ | 7,500 | |
| | Dumping Fees | $ | 97,650 | |
| | SUBTOTAL | | | $ 437,500.00 |
| Contract Item 3 - LS | Soil Contaminated with Chlordane for the first 6" depth of soil removal* | | | |
| | Excavate and Stockpile | $ | 24,500 | |
| | Waste Characterization | $ | 5,000 | |
| | Load | $ | 17,500 | |
| | Transportation | $ | 644,000 | |
| | Dumping Fees | $ | 219,000 | |
| | Credit back fo Class I savings | $ | (473,200) | |
| | SUBTOTAL | | | $ 436,800.00 |

Initial 6" excavation did not remove Contaminants to required levels

**Additional work** Additional Chlordane Impacted soil removal and disposal (Revised to reflect "deep dig" removal methods)

| Item | Qty/Rate | Unit | Amount | Actual Costs |
|---|---|---|---|---|
| Excavation & Stockpile | 1 | T&M | $ 1,189,981.25 | $ 1,189,981.25 |
| Dispose to Class I landfill (1) | $ 69.245 | Class I | 1,860.41 | $ 128,824.09 |
| Dispose to Class II landfill | $ 9.075 | Class II | 21,009.68 | $ 190,662.85 |
| Replacement Fill for Contaminated Soil (2) | $ 3.580 | Per Ton | 29,372.44 | $ 105,153.34 |
| Replacement Fill for Contaminated Soil (3) | $ 11.37 | Per Ton | 4,162.28 | $ 47,325.12 |
| Testing Smith & Emery | 1 | LS | $ 13,791.25 | $ 13,791.25 |
| | | | | $ 1,675,737.90 |
| Water Usage | 1 | LS | $ 1,543.76 | $ 1,543.76 |
| City of Alameda Pavement Restoration Fees | 1 | LS | $ 31,402.50 | $ 31,402.50 |
| Delay charges related to Chlordane | 1 | LS | $ 221,264.55 | $ 221,264.55 |
| | | | | $ 1,929,948.71 |
| **Ferma Subtotal** | | | | $ 2,824,248.71 |

(1) Additional haz mat generator fees are projected below
(2) Cost for material excluding hauling charges
(3) Cost for material including hauling charges

**Winzler & Kelly** OCP monitoring & Testing

Original Contract Work

**On site construction observation & testing**

| Source | Hrs/Unit | Rate | Consumables | | Total |
|---|---|---|---|---|---|
| Technician Labor | 1496 | $ 90.00 | $ 10.00 | $ 149,600 | |
| Project Manager | 234 | $ 140.00 | $ 6.00 | $ 34,194 | |
| Administration | 196 | $ 50.00 | $ 6.00 | $ 10,976 | |
| Samples | 100 | $ 150.00 | $ - | $ 15,000 | |
| SUBTOTAL | | | | | $ 209,770.00 |

**Nine-grid sampling investigation to determine "Deep-Dig" method**

| Source | Hrs/Unit | Rate | Consumables | | Total |
|---|---|---|---|---|---|
| Technician Labor | 80 | $ 90.00 | $ 10.00 | $ 8,000 | |
| Project Manager | 16 | $ 140.00 | $ 5.00 | $ 2,320 | |
| Administration | 5.5 | $ 50.00 | $ 5.00 | $ 305 | |
| OCP Samples | 71 | $ 225.00 | | $ 15,975 | |
| SUBTOTAL | | | | | $ 26,600.00 |

**Post excavation sampling including "Deep-Dig" post exc**

| Source | Turnaround Time | Rate | Total as of: 6/26/02 | Estimated Remaining to Complete | | Total |
|---|---|---|---|---|---|---|
| OCP Samples | 48 Hours | $ 225.00 | 22 | 0 | $ 4,950 | |
| OCP Samples | 5 Day | $ 150.00 | 103 | 36 | $ 20,850 | |
| VOC Samples | 48 Hours | $ 187.50 | 9 | 0 | $ 1,688 | |
| VOC Samples | 5 Day | $ 125.00 | 88 | 16 | $ 13,000 | |
| sVOC Samples | 48 Hours | $ 390.00 | 9 | 0 | $ 3,510 | |
| sVOC Samples | 5 Day | $ 260.00 | 93 | 16 | $ 28,340 | |
| Metals | 48 Hours | $ 187.50 | 9 | 0 | $ 1,688 | |
| Metals | 5 Day | $ 125.00 | 88 | 16 | $ 13,000 | |
| PNA's | 5 Day | $ 195.00 | 20 | 2 | $ 4,290 | |
| Shipping & Supplies | | | | | $ 3,600 | |
| Less OPC's Samples from Original Contract | | | | | $ (15,000) | |
| SUBTOTAL | | | | | | $ 79,915.00 |

**Post excavation oversight including stockpile management, composite sampling & disposal monitoring.**

| Source | Hrs/Unit | Rate | Consumables | | Total |
|---|---|---|---|---|---|
| Technician Labor | 672 | $ 90.00 | $ 10.00 | $ 67,200 | |
| Project Manager | 81 | $ 140.00 | $ 5.00 | $ 11,745 | |
| Administration | 81 | $ 50.00 | $ 5.00 | $ 4,455 | |
| Supplies | 1 | $ 1,600.00 | | $ 1,600 | |
| SUBTOTAL | | | | | $ 85,000.00 |

File: 13 Chlordane Removal Cost Summary Final (Aug-03),Sheet1

Catellus Costs | Exhibit - B | Updated: 9/2/2003

## OCP Removal & Monitoring Summary of Costs:
ACTUAL CHLODRDANE RELATED COSTS

| Ferma Corporation: | Demolition and Removal Contract Work, Additional Removal and Soft Costs *(As of July 31, 2003)* | | | | | Actual Costs |
|---|---|---|---|---|---|---|
| | **Import fill testing** | | | | | |
| | Source | Hrs/Unit | Rate | Consumables | | |
| | Lump sum | 1 | 3600 | | $ 3,600 | |
| | | | | | $ - | |
| | | | | | | $ 3,600.00 |
| | **Fill Material Oversight and Testing** | | | | | |
| | Source | Hrs/Unit | Rate | Consumables | | |
| | Technician Labor | | $ 90.00 | $ 10.00 | $ - | |
| | Project Manager | | $ 140.00 | $ 5.00 | $ - | |
| | Administration | | $ 50.00 | $ 5.00 | $ - | |
| | Supplies | 1 | $ 51,550.00 | | $ 51,550 | |
| | SUBTOTAL | | | | | $ 51,550.00 |
| **Winzler & Kelly Subtotal** | | | | | | $ 456,435.00 |

| ERM | OCP monitoring & Testing | | |
|---|---|---|---|
| | Organochlorine-Pesticide Related Cost Summary | 10/01/01 to 6/31/02 | $ 54,055.43 |
| | Organochlorine-Pesticide Related Cost Summary | 7/1/02 to 9/30/02 | $ 19,350.86 |
| | Organochlorine-Pesticide Related Cost Summary | 10/1/02 to 3/31/03 | $ 7,491.55 |
| **ERM Subtotal** | | | $ 80,897.84 |

| Treadwell & Rollo Geotechnical | | | |
|---|---|---|---|
| Observation & Tesing Services | 5/2502 to 6/28/02 | $ 992.75 | |
| Observation & Tesing Services | 6/29/02 to 7/26/02 | $ 1,236.50 | |
| Observation & Tesing Services | 7/27/02 to 8/23/02 | $ 595.00 | |
| Observation & Tesing Services | 8/24/02 to 9/27/02 | $ 836.00 | |
| **Treadwell Subtotal** | | | $ 3,660.25 |

| HazMat Fees | | |
|---|---|---|
| **Governmental Agency charges** | | |
| Class I State Board of Equalization tax - Generator Fee | $ 64,300.00 | |
| Class I Waste Manifest fee for non-recyclable waste - 116 manifests at $7.50 | $ 870.00 | |
| **Fees Subtotal** | | $ 65,170.00 |
| **Hard Costs for OCPs Removal and Monitoring** (as defined by the DDA) | | $ 3,430,411.80 |

| Soft Costs for OCPs Removal and Monitoring | Total Fee | |
|---|---|---|
| Catellus Development Corp Project Mgt Fee | $ 137,216.47 | |
| Catellus Construction Corp. General Contractor's Fee | $ 137,216.47 | |
| Catellus Construction Comp., General Conditions Costs | $ 89,019.61 | |
| Project Superintendent- Swinerton | $ 59,940.00 | |
| **Catellus Development Corp. & Catellus Construction Corp Total** | | $ 423,392.55 |
| Subtotal Before Contingency | | $ 3,853,804.35 |
| Contingency | | $ - |
| **Total Costs Associated with Chlordane Removal, Disposal and Monitoring** | | $ 3,853,804.35 |

File: 13 Chlordane Removal Cost Summary Final (Aug-03).Sheet1

# APPLICATION AND CERTIFICATION FOR PAYMENT

AIA DOCUMENT G702 — PAGE ONE OF two PAGES

TO OWNER:
City Of Alameda
950 West Mall Square
Alameda, CA 94501-7552

PROJECT: Catellus / Alameda
Residential Phase I
Chlordane Remediation

APPLICATION NO: 4

PERIOD TO: 07/31/03

Distribution to:
- [X] OWNER (D. Cole)
- [ ] ARCHITECT
- [ ] CONTRACTOR
- [X] CATELLUS ( P. Owen)
- [ ]

FROM CONTRACTOR:
Catellus Development
1999 Harrison Street, Suite 2150
Oakland, CA 94612

VIA ARCHITECT: N/A

PROJECT NOS: Residentail Phase I Demolition

CONTRACT FOR: Phase I Residential - Backbone Infrastructure Improvements

CONTRACT DATE: 06/16/00

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the contract and approved EA, Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM (approved EA's) $ 1,577,270.00
2. Net change by Change Orders (approved EA's) $ 2,276,534.35
3. CONTRACT SUM TO DATE (Line 1 ± 2) $ 3,853,804.35
4. TOTAL COMPLETED & STORED TO DATE (Column K on G703) $3,853,804.35
5. RETAINAGE:
   a. 10% of Completed Work (Column H + I on G703) $257,003.79
   b. 10% of Stored Material (Column J on G703) $ -

   Total Retainage (Lines 5a + 5b or Total in Column N of G703) $257,003.79
6. TOTAL EARNED INCLUDING RETAINAGE $3,853,804.35
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) $2,313,034.09
8. CURRENT PAYMENT DUE $ 1,540,770.26
9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) $ -

| (EA) CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | 2,276,534.35 | |
| Total approved this Month | 0.00 | |
| TOTALS | 2,276,534.35 | 0.00 |
| NET CHANGES by Approved EA | 2,276,534.35 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: Catellus Construction Corp.

By: ____________ Date: ____________

State of: County of:
Subscribed and sworn to before me this day of
Notary Public:
My Commission expires:

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED .......... $ ____________

*(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)*

ARCHITECT:

By: ____________ Date: ____________

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 · APPLICATION AND CERTIFICATION FOR PAYMENT · 1992 EDITION · AIA · ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292
Users may obtain validation of this document by requesting a completed AIA Document D401 - Certification of Document's Authenticity from the Licensee.

# CONTINUATION SHEET

*AIA DOCUMENT G703*

PAGE OF PAGES

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column N on Contracts where variable retainage for line items may apply.

APPLICATION NO: 4
APPLICATION DATE: 08/27/03
PERIOD TO: 07/31/03
ENGINEER'S PROJECT NO: Residentail Phase I Demolitior

| A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | WORK COMPLETED | | | | | | |
| ITEM NO. | DESCRIPTION OF WORK | Unit Measure | Unit Price | # of Units | SCHEDULED VALUE (D x E) | TOTAL FROM PREVIOUS APPLICATION | TOTAL THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN G OR H) | TOTAL COMPLETED AND STORED TO DATE (G+H+I) | % (J ÷ F) | BALANCE TO FINISH (F - J) | RETAINAGE 10% |
| 0001 | Ferma - Orignal Chlordane Contract | LS | 1,367,500.00 | 1 | 1,367,500.00 | 894,300.00 | 473,200.00 | 0.00 | 1,367,500.00 | 100% | 0.00 | 136,750.00 |
| 0002 | Ferma - Additional Chlordane impacted soil removal | T&M | 1,675,737.90 | 1 | 1,675,737.90 | 1,675,737.88 | 0.02 | 0.00 | 1,675,737.90 | 100% | 0.00 | 167,573.79 |
| 0003 | Ferma - Credit Change Order for Savings Associated with Reclassifying Class I material to Class II material (offset to item 0001) | LS | (473,200.00) | 1 | (473,200.00) | 0.00 | (473,200.00) | 0.00 | (473,200.00) | 100% | 0.00 | (47,320.00) |
| 0004 | Ferma - Additional Chlordane related costs, Water Usage Fees, City Pavement Rehabiliton fees, and Delay charges. | T&M | 254,210.81 | 1 | 254,210.81 | 0.00 | 254,210.81 | 0.00 | 254,210.81 | 100% | 0.00 | 0.00 |
| 0005 | Winzler & Kelly - Original Contract for Onsite Construction Testing and Obsevation | LS | 209,770.00 | 1 | 209,770.00 | 0.00 | 209,770.00 | 0.00 | 209,770.00 | 100% | 0.00 | 0.00 |
| 0006 | Winzler & Kelly - Additional Change Orders | T&M | 246,665.00 | 1 | 246,665.00 | 0.00 | 246,665.00 | 0.00 | 246,665.00 | 100% | 0.00 | 0.00 |
| 0007 | ERM West - OCP Monitoring & Testing | T&M | 80,897.84 | 1 | 80,897.84 | 0.00 | 80,897.84 | 0.00 | 80,897.84 | 100% | 0.00 | 0.00 |
| 0008 | Treadwell & Rollo Geotechnical Services | T&M | 3,660.25 | 1 | 3,660.25 | 0.00 | 3,660.25 | | 3,660.25 | 100% | 0.00 | 0.00 |
| 0009 | Class I State Board of Equalization - Generator Tax Fee | LS | 64,300.00 | 1 | 64,300.00 | | 64,300.00 | | 64,300.00 | 100% | 0.00 | 0.00 |
| 0010 | DTSC - Class I Waste Manifest fee for Non-Recyclable Waste | LS | 870.00 | 1 | 870.00 | | 870.00 | | 870.00 | 100% | 0.00 | 0.00 |
| 0011 | Catellus Development Project Management Fee | LS | 137,216.47 | 1 | 137,216.47 | | 137,216.47 | | 137,216.47 | 100% | 0.00 | 0.00 |
| 0012 | Catellus Construction Corp. General Contractors Fee | LS | 137,216.47 | 1 | 137,216.47 | | 137,216.47 | | 137,216.47 | 100% | 0.00 | 0.00 |
| 0013 | Catellus Construction Corp. Genderal Conditions | LS | 89,019.61 | 1 | 89,019.61 | | 89,019.61 | | 89,019.61 | 100% | 0.00 | 0.00 |
| 0014 | Swinerton Site Superintendant | LS | 59,940.00 | 1 | 59,940.00 | | 59,940.00 | | 59,940.00 | 100% | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | SUBTOTAL | | | | 3,853,804.35 | 2,570,037.88 | 1,283,766.47 | 0.00 | 3,853,804.35 | | 0.00 | 257,003.79 |
| | Applicable Gross Receipts Tax @ 0.0% | % | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| | TOTALS | | | | $3,853,804.35 | $2,570,037.88 | $1,283,766.47 | $0.00 | $3,853,804.35 | 100% | $0.00 | $257,003.79 |

**Users may obtain validation of this document by requesting of the license a completed AIA Document D401 - Certification of Document's Authenticity**

Exhibit 5 page 13

May. 28 2003 12:56PM P6 PHONE NO. : 650 9610967 FROM : Ferma Corporation (Acctg)

# APPLICA__N AND CERTIFICATE FOR PAYMENT

A__OCUMENT G702

Page 1

(Owner)
City of Alameda

PROJECT: Alameda Naval Base Demo
300 W. Atlantic - Alameda

APPLICATION NO.: Final
PERIOD TO: 05/25/03

Distribution to:
Owner
Architect
Contractor

FROM: FERMA CORPORATION
1265 MONTECITO AVE. STE., 200
MOUNTAIN VIEW, CA. 94043-4506

Engineer
BKF Eng.

*FINAL VERSION

ARCHITECTS:
PROJECT:

CONTRACT FOR:

CONTRACT DATE: 12/21/01

## CONTRACTOR'S APPLICATION FOR PAYMENT

| Change Order Summary | | ADDITIONS | DEDUCTIONS |
|---|---|---|---|
| Change Orders approved in previous months by Owner | TOTAL: | $ 1,792,795.00 | $ |
| Approved this Month | | | |
| Number | Date Approved | | |
| 21 | | - | (473,200.00) |
| 22 | | | (31,593.00) |
| 23 | | | (24,262.00) |
| 24 | | | (116,190.00) |
| 25 | | 254,211.00 | - |
| 02 | | - | (1,227,900.00) |
| | TOTALS: | $ 2,047,006.00 | $ (1,873,145.00) |
| Net Change by Change Orders: | | $ 173,861.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: Ferma Corporation

By: [signature] Date: 05/25/03

Application is made for Payment, as shown below, in connection with the Contract, Continuation Sheet, AIA Document G703, is attached

1. ORIGINAL CONTRACT SUM - $6,779,475.00
2. Net change by Change Orders - $173,861.00
3. CONTRACT SUM TO DATE (line 1 +/-2) - $6,953,336.00
4. TOTAL COMPLETED & STORED TO DATE - (Column G on G703) $6,953,336.00
5. RETAINAGE:
   a. 10% of Completed work: - (column D+E on G703) $0.00
   b. 10% of Stored Materials - (Column F on G703) $0.00

   Total Retainage (Line 5a + 5b or Total in Column I of G703) - $0.00
6. TOTAL EARNED LESS RETAINAGE - (Line 4 less Line 5 Total) $6,953,336.00
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) - $ (6,162,217.09)
8. CURRENT PAYMENT DUE - $791,118.91
9. BALANCE TO FINISH, PLUS RETAINAGE - (line 3 less Line 6) $0.00

*NOTARY ATTACHED*

Exhibit 5 page 14

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observation and the data commprising the above application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED
(Attach explanation if amount certified differs from the amount applied for.)

ARCHITECT:

BY: DATE:

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner of Contractor under this Contract. G702

CONTINUATION SHEET

AIA DOCUMENT G703

428-2717-4397

AIA Document, G702 APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Containing Contractor's signed Certification is attached.

In tabulations below, amounts are stated to the nearest dollar.

Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NUMBER: 12 final
APPLICATION DATE: 05/25/03
PERIOD TO: 05/26/03
ARCHITECTS PROJECT NO:

| A | B | | | | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO | DESCRIPTION OF WORK | # Unit | | Unit Price | Scheduled Value | WORK COMPLETED From Prev Applications | WORK COMPLETED This Period | Materials Presently Stored | Total Completed & Stored | % (C/G) | Balance To Finish (C-G) | Retainage |
| | Phase [illegible] | | | | | | | | | | | |
| | Exhibit G1 [illegible] | | | | | | | | | | | |
| | **Infrastructure Demolition** | | | | | | | | | | | |
| 1 | Crush & Process Concrete | 1 | ls | 315,000 | 315,000.00 | 315,000.00 | - | | 315,000.00 | 100% | - | 31,500.00 |
| 2 | Trees | 1 | ls | 16,000 | 16,000.00 | 16,000.00 | - | | 16,000.00 | 100% | - | 1,600.00 |
| 3 | Site Furnishing | 1 | ls | 15,000 | 15,000.00 | 15,000.00 | - | | 15,000.00 | 100% | - | 1,500.00 |
| 4 | Underground Utilities | 1 | ls | 110,000 | 110,000.00 | 110,000.00 | - | | 110,000.00 | 100% | - | 11,000.00 |
| 5 | Abandon in place utilities | 1 | ls | 120,000 | 120,000.00 | 120,000.00 | - | | 120,000.00 | 100% | - | 12,000.00 |
| 6 | Marsh Crust Layer | 1 | ls | 175 | - | - | - | | - | 0% | - | - |
| 7 | Salvage of Transformer | 1 | ls | 10,000 | 10,000.00 | 10,000.00 | - | | 10,000.00 | 100% | - | 1,000.00 |
| 8 | Additional Items | 1 | ls | 675,000 | 675,000.00 | 675,000.00 | - | | 675,000.00 | 100% | - | 67,500.00 |
| | Total: | | | | 1,261,000 | 1,261,000 | - | | 1,261,000 | | - | 126,10( |
| | Change Orders: | | | | | | | | | | | |
| | 2 | 1 | ls | 4,040 | 4,040.00 | 4,040.00 | - | | 4,040.00 | 100% | - | 404.00 |
| | 3 | 1 | ls | 13,194 | 13,194.00 | 13,194.00 | - | | 13,194.00 | 100% | - | 1,319.40 |
| | 8 | 1 | ls | 8,271 | 8,271.00 | 8,271.00 | - | | 8,271.00 | 100% | - | 827.10 |
| | 16 | 1 | ls | 5,000 | 5,000.00 | 5,000.00 | - | | 5,000.00 | 100% | - | 500.00 |
| | 19 | 1 | ls | 2,664 | 2,664.00 | 2,664.00 | - | | 2,664.00 | 100% | - | 266.40 |
| | 20 | 1 | ls | 2,000 | 2,000.00 | 2,000.00 | - | | 2,000.00 | 100% | - | 200.00 |
| | 22 | 1 | ls | (31,593) | (31,593.00) | - | (31,593.00) | | (31,593.00) | 100% | - | (3,159.30 |
| | 24 | 1 | ls | (116,190) | (116,190.00) | - | (116,190.00) | | (116,190.00) | 100% | - | (11,619.00 |
| | | | | - | - | - | - | | - | 100% | - | - |
| | Revised: | | | | 1,148,386 | 1,296,169 | (147,783) | - | 1,148,386 | | - | 114,839 |
| | | | | | | | | | | | | |
| | **Building Demolition** | | | | | | | | | | | |
| 1 | Bldg and Carport Demo | 1 | ls | 1,752,420 | 1,752,420.00 | 1,752,420.00 | - | | 1,752,420.00 | 100% | - | 175,242.00 |
| | Total: | | | | 1,752,420 | 1,752,420 | - | | 1,752,420 | | - | 175,242 |
| | Change Orders: | | | | | | | | | | | |
| | 4 | 1 | ls | 1,845 | 1,845.00 | 1,845.00 | - | | 1,845.00 | 100% | - | 184.50 |
| | 11 | 1 | ls | 1,520 | 1,520.00 | 1,520.00 | - | | 1,520.00 | 100% | - | 152.00 |
| | | | | | | | | | | | | |
| | Revised: | | | | 1,755,785 | 1,755,785 | - | - | 1,755,785 | | - | 175,579 |

Exhibit 5 page 15

| A ITEM NO | B DESCRIPTION OF WORK Phase I | # Unit | | Unit Price | C Scheduled Value | D WORK COMPLETED From Prev Applications | E WORK COMPLETED This Period | F Materials Presently Stored | G Total Completed & Stored | H % (C/G) | I Balance To Finish (C-G) | Retainage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Haz Mat Removal (No Chlordane)** | | | | | | | | | | | | |
| 1 | Removal of Hazardous | 1 | ls | 1,068,680 | 1,068,680.00 | 1,068,680.00 | - | | 1,068,680.00 | 100% | - | 106,868.00 |
| 2 | Remove wood piling | 1 | ls | 15,000 | 15,000.00 | 15,000.00 | - | | 15,000.00 | 100% | - | 1,500.00 |
| | Total: | | | | 1,083,680.00 | 1,083,680.00 | - | | 1,083,680.00 | | - | 108,368.00 |
| | Change Order: | | | - | - | - | - | | - | 0% | - | - |
| | 1 | 1 | ls | 17,518 | 17,518.00 | 17,518.00 | - | | 17,518.00 | 100% | - | 1,751.80 |
| | 5 | 1 | ls | 2,497 | 2,497.00 | 2,497.00 | - | | 2,497.00 | 100% | - | 249.70 |
| | 6 | 1 | ls | 3,251 | 3,251.00 | 3,251.00 | - | | 3,251.00 | 100% | - | 325.10 |
| | 18 | 1 | ls | 18,650 | 18,650.00 | 18,650.00 | - | | 18,650.00 | 100% | - | 1,865.00 |
| | | | | | | | | | | | | |
| | **Revised:** | | | | 1,125,596.00 | 1,125,596.00 | - | - | 1,125,596.00 | - | - | 112,559.60 |
| | | | | | | | | | | | | |
| **Haz Mat Removal (Chlordane Only)** | | | | | | | | | | | | |
| 1 | Chlordane Mobilization | 1 | ls | 20,000 | 20,000.00 | 20,000.00 | - | | 20,000.00 | 100% | - | 2,000.00 |
| 2 | Dosposal of wood and concrete | 1 | ls | 437,500 | 437,500.00 | 437,500.00 | - | | 437,500.00 | 100% | - | 43,750.00 |
| 3 | Disposal soil | 1 | ls | 910,000 | 910,000.00 | 436,800.00 | 473,200.00 | | 910,000.00 | 100% | - | 91,000.00 |
| | Total: | | | - | 1,367,500.00 | 894,300.00 | 473,200.00 | | 1,367,500.00 | | - | 136,750.00 |
| | Change order: | | | | | | | | | | | |
| | 9 | 1 | ls | 100,000 | 100,000.00 | 100,000.00 | - | | 100,000.00 | 100% | - | 10,000.00 |
| | 10 | 1 | ls | 250,000 | 250,000.00 | 250,000.00 | - | | 250,000.00 | 100% | - | 25,000.00 |
| | 12 | 1 | ls | 300,000 | 300,000.00 | 300,000.00 | - | | 300,000.00 | 100% | - | 30,000.00 |
| | 13 | 1 | ls | 350,000 | 350,000.00 | 350,000.00 | - | | 350,000.00 | 100% | - | 35,000.00 |
| | 14 | 1 | ls | 150,000 | 150,000.00 | 150,000.00 | - | | 150,000.00 | 100% | - | 15,000.00 |
| | 15 | 1 | ls | 400,000 | 400,000.00 | 400,000.00 | - | | 400,000.00 | 100% | - | 40,000.00 |
| | 17 | 1 | ls | 150,000 | 150,000.00 | 125,737.88 | 24,262.12 | | 150,000.00 | 100% | - | 15,000.00 |
| | 21 | 1 | ls | (473,200) | (473,200.00) | - | (473,200.00) | | (473,200.00) | 100% | - | (47,320.00) |
| | 23 | 1 | ls | (24,262) | (24,262.00) | - | (24,262.00) | | (24,262.00) | 100% | - | (2,426.20) |
| | 25 | 1 | ls | 254,211 | 254,211.00 | - | 254,211.00 | | 254,211.00 | 100% | - | 25,421.10 |
| | | | | | | | | | | | | |
| | **Revised:** | | | | 2,824,249.00 | 2,570,037.88 | 254,211.12 | - | 2,824,249.00 | | - | 282,424.90 |

Exhibit 5 page 16

| A | B | | | | C | D | E | F | G | H | I | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO | DESCRIPTION OF WORK Phase I Commercia | # Unit | | Unit Price | Scheduled Value | WORK COMPLETED From Prev Applications | This Period | Materials Presently Stored | Total Completed & Stored | % (C/G) | Balance To Finish (C-G) | Retainage |
| | Exhibit C-2 | | | | | | | | | | | |
| | Infrastructure Demolition | | | | | | | | | | | |
| 1 | Crush & Process Concrete | 1 | ls | 231,000 | 231,000.00 | - | - | | - | 0% | 231,000.00 | - |
| 2 | Remove Trees | 1 | ls | 7,000 | 7,000.00 | - | - | | - | 0% | 7,000.00 | - |
| 3 | Remove Site Furnishings | 1 | ls | 5,000 | 5,000.00 | - | - | | - | 0% | 5,000.00 | - |
| 4 | Remove Underground Utilities | 1 | ls | 50,000 | 50,000.00 | - | - | | - | 0% | 50,000.00 | - |
| 5 | Abandon in place Utilities | 1 | ls | 42,000 | 42,000.00 | - | - | | - | 0% | 42,000.00 | - |
| 6 | Remove Marsh Crust | 1 | cy | 175 | 175.00 | - | - | | - | 0% | 175.00 | - |
| 7 | Salvage of all Transformers | 1 | ls | 5,000 | 5,000.00 | - | - | | - | 0% | 5,000.00 | - |
| 8 | Additional itmes needed | 1 | ls | 450,000 | 450,000.00 | 9,000.00 | - | | 9,000.00 | 2% | 441,000.00 | 900.00 |
| | Total: | | | | 790,175.00 | 9,000.00 | - | | 9,000.00 | 0.02 | 781,175.00 | 900.00 |
| | Fisc/East Housing Area Backbone | | | | | | | | | | | |
| | Infrastructure Improvements For | | | | | | | | | | | |
| | Catellus Phase I Commercial Proj. | | | | | | | | | | | |
| | Building Demolition | | | | | | | | | | | |
| 1 | Building 901 Demo Ware #3 | 1 | ls | 370,000 | 370,000.00 | - | - | | - | 0% | 370,000.00 | - |
| 2 | Building 1286 Demo | 1 | ls | 44,200 | 44,200.00 | 22,100.00 | - | | 22,100.00 | 50% | 22,100.00 | 2,210.00 |
| 3 | Building 1263 Demo | 1 | ls | 8,000 | 8,000.00 | 4,000.00 | - | | 4,000.00 | 50% | 4,000.00 | 400.00 |
| 4 | Building 12,13,16,17 Demo | 1 | ls | 27,500 | 27,500.00 | 6,875.00 | - | | 6,875.00 | 25% | 20,625.00 | 687.50 |
| | Total: | | | | 449,700.00 | 32,975.00 | - | | 32,975.00 | | 416,725.00 | 3,297.50 |
| | | | | | | | | | | | | |
| | Haz Mat Removal | | | | | | | | | | | |
| 1 | Removal of Hazardous | 1 | ls | 60,000 | 60,000.00 | 45,000.00 | - | | 45,000.00 | 75% | 15,000.00 | 4,500.00 |
| 2 | Remove wood piling | 1 | ls | 15,000 | 15,000.00 | - | - | | - | 0% | 15,000.00 | - |
| 3 | Remove asbestos cement pipe | 1 | lf | 5.50 | | | | | | | | |
| 4 | Disposal of contam groundwater | 1 | ga | 2.25 | | | | | | | | |
| | Add | 1 | ls | 12,345 | 12,345.00 | 12,345.00 | - | | 12,345.00 | 100% | - | 1,234.50 |
| | Change Order 02 | 1 | ls | (1,227,900.00) | (1,227,900.00) | - | - | | - | 0% | (1,227,900.00) | - |
| | Total: | | | | (1,140,555.00) | 57,345.00 | - | - | 57,345.00 | | (1,197,900.00) | 5,734.50 |
| | Contract Total: | | | | 99,320.00 | 99,320.00 | - | | 99,320.00 | | - | 9,932.00 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | Totals: | | | | $ 6,953,336.00 | $ 6,846,907.88 | $ 106,428.12 | | $ 6,953,336.00 | | $ - | $ 695,333.60 |

Exhibit 5 page 17

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California } SS.
County of Santa Clara

On May 25, 2003, before me, Regina Deason - Notary Public,
Date — Name and Title of Officer

personally appeared Rick Parodi,
Name(s) of Signer(s)

[x] personally known to me

[ ] proved to me on the basis of satisfactory evidence

to be the person(s) whose name is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

REGINA DEASON
Commission # 1284048
Notary Public - California
Santa Clara County
My Comm. Expires Dec 12, 2004

WITNESS my hand and official seal.

Regina Deason
Signature of Notary Public

Place Notary Seal Above

### *OPTIONAL*

*Though the information below is not required by law, it may prove valuable to person(s) relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

Title or Type of Document: ____________________

Document Date: ____________ Number of Pages: ________

**Capacity(ies) Claimed by Signer**

Signer's Name: ____________________

- [ ] Individual
- [ ] Corporate Officer
- [ ] Partner
- [ ] Attorney in Fact
- [ ] Trustee
- [ ] Guardian of Conservator
- [ ] Other: ____________________

Signer if Representing: ____________________

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

# Conditional Waiver and Release Upon Final Payment

Upon receipt by the undersigned of a check from:
Catellus Construction Corp.
in the sum of:
791,118.91
payable to:
Ferma Corporation

and when the check has been properly endorsed ans has been paid by the bank upon which it is drawn, this document shall become effective to release any mechanic's lien, stop notice, or bond right the undersigned has on the job of :

Catellus Construction Corp.
located at:
Alameda Naval Base - 300 W. Atlantic - Alameda, Ca.

This release covers the final payment to the undersigned for all labor, services, equipment or material furnished on the job, except for disputed claims for additional work in the amount of $0.00. Before any recipient of this document relies on it, the party should verify evidence of payment to the undersigned.

25-May-03
Ferma Corporation

Rich Parodi
Controller

NOTE: This form of release complies with the requirements of Civil Code Section 3262(d)(3). It is not effective until the check that constitutes final payment has been properly endorsed and has cleared the bank.

Treadwell&Rollo

# MEMORANDUM

**TO:** Phil Owen – Catellus Development Corporation (Fax No. 510/337-0440)

**FROM:** Darren A. Mack, Senior Project Engineer DAM

**DATE:** 28 April 2003

**PROJECT:** EHA Demolition and Rough Grading
Alameda, California
Project No. 2310.06

**SUBJECT:** Summary of Geotechnical Fees Related to Chlordane-Impacted Soil

---

To date, our total fees for observation, testing, and consultation regarding chlordane-impacted soil removed from the East Housing Area (EHA) site during demolition and rough grading are $3,660.25. As requested, the following presents a summary of the invoices in which we billed for chlordane-related services, the amount billed, and a description of the services provided.

**Invoice 0094188, 10 July 2002, Progress Billing No. 5, $992.75**

Chlordane-related services completed through Progress Billing No. 5 consisted of observation and testing of backfill placed in footing areas after excavation of chlordane-impacted soil.

**Invoice 0094529, 9 August 2002, Progress Billing No. 6, $1,236.50**

Chlordane-related services completed through Progress Billing No. 6 consisted of observation and testing of backfill placed in footing areas after excavation of chlordane-impacted soil.

**Invoice 0094762, 5 September 2002, Progress Billing No. 7, $595.00**

Chlordane-related services completed through Progress Billing No. 7 included performing field density tests to estimate the bulk density of stockpiles of chlordane-impacted soil and consulting with Catellus regarding the results of the tests.

**Invoice 0095046, 11 October 2002, Progress Billing No. 8, $836.00**

Chlordane-related services completed through Progress Billing No. 8 included consulting with Catellus and Harris & Associates regarding soil shrinkage, off-haul, and import soil quantities.

We trust this provides the information required. If you have any questions please call.

23100618.OAK

Treadwell & Rollo, Inc. *Environmental & Geotechnical Consultants*
501 14th Street, Third Floor, Oakland, CA 94612
Telephone (510) 874-4500 Facsimile (510) 874-4507

TREADWELL & ROLLO NO. 324 P. 1/1
TREADWELL & ROLLO

Post-it® Fax Note 7671 Date 9/18/02 # of pages ▶ 1
To Doris L. From Andy B.
Co./Dept. SF Co. OAK
Phone # Phone #
Fax # Fax #

# Treadwell&Rollo

## ELECTRONIC CHECK REQUEST FORM

DATE: 18 September 2002

REQUESTED BY: Andrew R. Blaisdell

PROJECT NO.: 2310.06 TASK: 0200

ACCOUNTING CODE:

CHECK NEEDED BY: 19 September (tomorrow), 9 AM

AMOUNT: $ 85.52

PAYABLE TO: California Surveying and Drafting Supply
6111 Southfront Road #C
Livermore, California 94550

ADDRESS:

PLEASE MAIL CHECK ☐

PLEASE RETURN CHECK TO REQUESTOR ☐

DESCRIPTION: Leave check at front desk for pick-up.

AUTHORIZATION: [signature]

ACCOUNTING DEPT.

EXHIBIT C

**Conditional Waiver and Release**
**Upon Progress Payment**

Upon receipt by the undersigned of a check from Catellus Development Corporation in the sum of $5,832 30 payable to Treadwell & Rollo, Inc and when the check has been properly endorsed and has been paid by the bank upon which it is drawn, this document shall become effective to release any mechanic's lien, stop notice, or bond right the undersigned has on the job of Catellus Construction Corporation ("Company") or located at Alameda East Residential Housing, Alameda, CA to the following extent This release covers a progress payment for labor, services, equipment, or material furnished to Catellus Development Corporation through 9/27/02 only and does not cover any retentions retained before or after the release date, extras furnished before the release date for which payment has not been received; extras or items furnished after the release date Rights based upon work performed or items furnished under a written change order which has been fully executed by the parties prior to the release date are covered by this release unless specifically reserved by the claimant in this release This release of any mechanic's lien, stop notice, or bond right shall not otherwise affect the contract rights, including rights between parties to the contract based upon a rescission, abandonment, or breach of the contract, or the right of the undersigned to recover compensation for furnished labor, services, equipment, or material covered by this release if that furnished labor, services, equipment, or material was not compensated by the progress payment. Before any recipient of the document relies on it, said party should verify evidence of payment to the undersigned.

Dated: 10/11/02

TREADWELL & ROLLO, INC.

By: David Oli

Title: BILLING COORDINATOR

CERTIFICATE OF RECEIPT OF PAYMENT
FOR ITEMS FURNISHED PRIOR TO RELEASE DATE

The undersigned certifies that, with respect to the Work for which it has signed this Conditional Waiver and Release Upon Progress Payment dated as of ____________, there are no extras furnished before such release date for which payment has not been received.

Dated. ____________

TREADWELL & ROLLO, INC.

By. ____________

Title: ____________

Treadwell&Rollo

# Invoice

October 11, 2002
Project No: 2310.06
Invoice No: 0095046

Mr. Bill Kennedy
Cattellus Development Corporation
1999 Harrison Street, Suite 2150
Oakland, CA 94612

RECEIVED
OCT 16 2002

PROGRESS BILLING NO. 8
GEOTECHNICAL SERVICES DURING DEMOLITION
FISC/EAST HOUSING RESIDENTIAL DEVELOPMENT
ALAMEDA, CALIFORNIA

Contract No. (None assigned)
Change Order No. 1

**Professional services from August 24, 2002 to September 27, 2002**

Task: 0100 Plan Review and Consultation
Description: Services provided during this period included 1) reviewing the results of the settlement plate monitoring performed by BKF Engineers; 2) consulting with the project team via phone and e-mail regarding stabilization options for soft subgrade areas; erosion control; and the results of Class 2 aggregate base specification compliance testing; and 3) project management.

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| C.S. Shields | 2.50 | 185.00 | 462.50 | |
| D.A. Mack | 7.00 | 110.00 | 770.00 | |
| A. Blaisdell | 2.00 | 88.00 | 176.00 | |
| M.F. Pinheiro | 6.50 | 88.00 | 572.00 | |
| Graphics | 7.50 | 85.00 | 637.50 | |
| Technical Assistant | 1.20 | 85.00 | 102.00 | |
| **Total Labor** | | | | 2,720.00 |

**Reimbursable Expenses**

| | | | | |
|---|---|---|---|---|
| Golden State Overnight | Inv.# 648778 dated 08-31-02 | | 14.30 | |
| **Total Reimbursables** | | 1.15 times | 14.30 | 16.45 |

**Total this task** **$2,736.45**

* Documentation provided





Treadwell & Rollo, Inc. *Environmental & Geotechnical Consultants*
555 Montgomery Street, Suite 1300, San Francisco, CA 94111
Telephone (415) 955-9040 Facsimile (415) 955-9041

**Treadwell&Rollo**

Project: 2310.06 FISC/East Housing Residential Developt. Invoice No: 0095046

Task: 0200 On-site Observation and Testing

Description: Services during this period consisted of part-time observation and testing during fill and backfill placement and rough site grading. In addition, we set lath around the soft subgrade areas at the site so that these areas could be surveyed by BKF Engineers.

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| A. Blaisdell | 15.50 | 88.00 | 1,364.00 | |
| T.M. Rubeo | 4.50 | 80.00 | 360.00 | |
| **Total Labor** | | | | **1,724.00** |

**Reimbursable Expenses**

| | | | |
|---|---|---|---|
| California Surveying and Drafting* | | 85.52 | |
| ~~**Total Reimbursables**~~ | ~~**1.15 times**~~ | ~~**85.52**~~ | ~~**98.35**~~ |

**Unit Billing**

| | | | |
|---|---|---|---|
| Field Vehicle | 20.00 Hours @ 12.50 | 250.00 | |
| Nuclear Mois/Den. Gauge | 15.00 Hours @ 12.50 | 187.50 | |
| **Total Units** | **1.0 times** | **437.50** | **437.50** |

**Total this task** **$2,259.85**

Task: 0400 Chlordane Related Activities

Description: Services during this period consisted of consulting with Catellus and Harris & Associates regarding the concept of soil shrinkage and off-haul and import soil quantities.

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| D.A. Mack | 6.00 | 110.00 | 660.00 | |
| A. Blaisdell | 2.00 | 88.00 | 176.00 | |
| **Total Labor** | | | | **836.00** |

**Total this task** **$836.00**

**Total this invoice** **$5,832.30**

**Outstanding Invoices**

| Number | Date | Balance |
|---|---|---|
| 0092967 | 3/5/02 | 11,426.56 |
| 0093368 | 4/11/02 | 11,099.34 |
| 0093614 | 5/9/02 | 5,804.17 |
| 0093954 | 6/10/02 | 7,877.12 |
| 0094188 | 7/10/02 | 5,104.81 |
| 0094529 | 8/9/02 | 7,463.20 |
| 0094762 | 9/5/02 | 4,279.50 |
| **Total Past Due** | | 53,054.70 |

Approval: ________________

Date: ________________

Print Name: ________________

Approve on invoice only.

BUDGETED UNBUDGETED

<u>TOTAL DUE THIS ACCOUNT $58,887.00</u>

* Documentation provided

TREADWELL & ROLLO

Post-it® Fax Note 7671

| | | | |
|---|---|---|---|
| Date 9/18/02 | # of pages ▶ 1 | | |
| To Doris L. | | From Andy B. | |
| Co./Dept. SF | | Co. OAK | |
| Phone # | | Phone # | |
| Fax # | | Fax # | |

**Treadwell&Rollo**

# ELECTRONIC CHECK REQUEST FORM

DATE: 18 September 2002

REQUESTED BY: Andrew R. Blaisdell

PROJECT NO.: 2310.06 TASK: 0200

ACCOUNTING CODE:

CHECK NEEDED BY: 19 September (tomorrow), 9 AM

AMOUNT: $ 85.52

PAYABLE TO: California Surveying and Drafting Supply
6111 Southfront Road #C
Livermore, California 94550

ADDRESS:

PLEASE MAIL CHECK ☐

PLEASE RETURN CHECK TO REQUESTOR ☐

DESCRIPTION: Leave check at front desk for pick-up.

AUTHORIZATION: [signature]

ACCOUNTING DEPT.

**EXHIBIT C**

**Conditional Waiver and Release**
**Upon Progress Payment**

Upon receipt by the undersigned of a check from Catellus Development Corporation in the sum of $5,832.30 payable to Treadwell & Rollo, Inc. and when the check has been properly endorsed and has been paid by the bank upon which it is drawn, this document shall become effective to release any mechanic's lien, stop notice, or bond right the undersigned has on the job of Catellus Construction Corporation ("Company") or located at Alameda East Residential Housing, Alameda, CA to the following extent. This release covers a progress payment for labor, services, equipment, or material furnished to Catellus Development Corporation through 9/27/02 only and does not cover any retentions retained before or after the release date: extras furnished before the release date for which payment has not been received; extras or items furnished after the release date. Rights based upon work performed or items furnished under a written change order which has been fully executed by the parties prior to the release date are covered by this release unless specifically reserved by the claimant in this release. This release of any mechanic's lien, stop notice, or bond right shall not otherwise affect the contract rights, including rights between parties to the contract based upon a rescission, abandonment, or breach of the contract, or the right of the undersigned to recover compensation for furnished labor, services, equipment, or material covered by this release if that furnished labor, services, equipment, or material was not compensated by the progress payment. Before any recipient of the document relies on it, said party should verify evidence of payment to the undersigned.

Dated: 10/11/02

TREADWELL & ROLLO, INC.

By: [signature]

Title: BILLING COORDINATOR

CERTIFICATE OF RECEIPT OF PAYMENT
FOR ITEMS FURNISHED PRIOR TO RELEASE DATE

The undersigned certifies that, with respect to the Work for which it has signed this Conditional Waiver and Release Upon Progress Payment dated as of ____________________, there are no extras furnished before such release date for which payment has not been received.

Dated: ____________________________

TREADWELL & ROLLO, INC.

By: ____________________________

Title: ____________________________

CATELLUS

For Job Cost

# ACCOUNTS PAYABLE APRON

*This form is for AFE expenditures ONLY. Use the regular Accounts Payable Apron for Regular A/P for all others.* Version Date 01/07/02

For A/P use only -- do not mark

OCT 28 2002 287817

DOC# 327856 BY SCH

**VENDOR NAME:** Treadwell & Rollo

**INVOICE NUMBER:** (limit 15 characters) ~~00~~94762 ✓

**INVOICE AMOUNT:** $ 4,279.50

**INVOICE DATE:** 09/05/02

**CHECK REMARK:** (limit 13 characters) Proj: 2310.06

For A/P use only -- do not mark

**VENDOR NUMBER:** 78667

**CHECK SHOULD BE MAILED OUT BY A/P TO VENDOR VIA REGULAR U.S. MAIL SERVICE:**

☑ Yes ☐ No, Form 9088 is attached.

*NOTE For each row below, fill out Co Number, columns A, B, & C (with D optional) OR columns E (with F and G optional)*
*Amount is always required*

| Co. Number | (A) AFE Number | (B) Cost Type | (C) Cost Code | (D) Subledger (limit 8 char) | Sub Type | OR (E) Contract Number | (F) Change Order | (G) Cost Code | Amount | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|
| 800 | 110000005 | | | | X | 56531 | 0 | 1 | $ 4,279 50 | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |

**TOTAL:** $ 4,279.50

| | | Date |
|---|---|---|
| **Preparer:** | Karen M. Bey | 10/22/02 |
| **Manager / Director:** | *Please sign/approve on invoice only* | |
| **VP/SVP (if required):** | *Please sign/approve on invoice only* | |
| **Project Accountant:** | KBey | 10/22/02 |

# Invoice

**Treadwell&Rollo**

September 5, 2002
Project No: 2310.06
Invoice No. 0094762

Mr Bill Kennedy
Cattellus Development Corporation
1999 Harrison Street, Suite 2150
Oakland, CA 94612

RECEIVED
SEP 11 2002

PROGRESS BILLING NO. 7
GEOTECHNICAL SERVICES DURING DEMOLITION
FISC/EAST HOUSING RESIDENTIAL DEVELOPMENT
ALAMEDA, CALIFORNIA

**Professional services from July 27, 2002 to August 23, 2002**

Task: 0100 Plan Review and Consultation

Description: Services provided during this period included 1) reviewing the results of the settlement plate monitoring performed by BKF Engineers; 2) consulting with the project team via phone and e-mail regarding repair methods for soft subgrade areas, the bulk density of stockpiled, chlordane-contaminated soil; and contract, specification, and/or geotechnical report requirements for repair of soft subgrade areas, 3) providing recommendations for subgrade repair in a memorandum dated 31 July 2002, and 4) project management.

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| C.S. Shields | 0.50 | 185 00 | 92.50 | |
| D A. Mack | 5.00 | 110.00 | 550.00 | |
| **Total Labor** | | | | **642.50** |
| | | | **Total this task** | **$642.50** |

Task. 0200 On-site Observation and Testing

Description: Services during this period consisted of part-time observation and testing during utility abandonment, fill and backfill placement, and rough site grading.

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| A Blaisdell | 16 50 | 88.00 | 1,452.00 | |
| T M Rubeo | 13 00 | 80.00 | 1,040.00 | |
| **Total Labor** | | | | **2,492.00** |

**Unit Billing**

| | | | |
|---|---|---|---|
| Field Vehicle | 29 50 Hours @ 12.50 | 368.75 | |
| Nuclear Mois/Den Gauge | 10 50 Hours @ 12.50 | 131.25 | |
| **Total Units** | **1.0 times** | 500.00 | **500.00** |
| | | **Total this task** | **$2,992.00** |



**Treadwell & Rollo, Inc.** *Environmental & Geotechnical Consultants*
555 Montgomery Street, Suite 1300, San Francisco, CA 94111
Telephone (415) 955-9040 Facsimile (415) 955-9041

**Treadwell&Rollo**

Task 0400 Chlordane Related Activities

Description: Services during this period consisted of performing field density tests to estimate the bulk density of stockpiles of chlordane-impacted soil prior to disposal and reporting the results of our testing.

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| D.A. Mack | 3 00 | 110.00 | 330.00 | |
| T M Rubeo | 3 00 | 80 00 | 240.00 | |
| **Total Labor** | | | | **570.00** |

**Unit Billing**

| | | | |
|---|---|---|---|
| Field Vehicle | 4 00 Hours @ 12 50 | 50.00 | |
| Nuclear Mois/Den. Gauge | 2.00 Hours @ 12 50 | 25.00 | |
| **Total Units** | **1.0 times** | **75.00** | **75.00** |

**Total this task** **$595.00**

**Total this invoice** **$4,279.50** ✓

**Outstanding Invoices**

| Number | Date | Balance |
|---|---|---|
| 0092967 | 3/5/02 | 11,426.56 |
| 0093368 | 4/11/02 | 11,099.34 |
| 0093614 | 5/9/02 | 5,804.17 |
| 0093954 | 6/10/02 | 7,877.12 |
| 0094188 | 7/10/02 | 5,104.81 |
| 0094529 | 8/9/02 | 7,463.20 |
| **Total Past Due** | | **48,775.20** |

**TOTAL DUE THIS ACCOUNT** **$53,054.70**

Approval: [signature]

Date: 10/24/02

Print Name: [signature]

Approve on invoice only.

BUDGETED ☒ UNBUDGETED ☐

# Invoice

**Treadwell&Rollo**

September 5, 2002
Project No: 2310.06
Invoice No: 0094762

Mr. Bill Kennedy
Cattellus Development Corporation
1999 Harrison Street, Suite 2150
Oakland, CA 94612

RECEIVED SEP 11 2002

PROGRESS BILLING NO. 7
GEOTECHNICAL SERVICES DURING DEMOLITION
FISC/EAST HOUSING RESIDENTIAL DEVELOPMENT
ALAMEDA, CALIFORNIA

**Professional services from July 27, 2002 to August 23, 2002**

Task: 0100 Plan Review and Consultation

Description: Services provided during this period included 1) reviewing the results of the settlement plate monitoring performed by BKF Engineers; 2) consulting with the project team via phone and e-mail regarding repair methods for soft subgrade areas; the bulk density of stockpiled, chlordane-contaminated soil; and contract, specification, and/or geotechnical report requirements for repair of soft subgrade areas; 3) providing recommendations for subgrade repair in a memorandum dated 31 July 2002; and 4) project management.

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| C.S. Shields | 0.50 | 185.00 | 92.50 | |
| D.A. Mack | 5.00 | 110.00 | 550.00 | |
| **Total Labor** | | | | **642.50** |
| | | | **Total this task** | **$642.50** |

Task: 0200 On-site Observation and Testing

Description: Services during this period consisted of part-time observation and testing during utility abandonment, fill and backfill placement, and rough site grading.

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| A. Blaisdell | 16.50 | 88.00 | 1,452.00 | |
| T.M. Rubeo | 13.00 | 80.00 | 1,040.00 | |
| **Total Labor** | | | | **2,492.00** |

**Unit Billing**

| | | | |
|---|---|---|---|
| Field Vehicle | 29.50 Hours @ 12.50 | 368.75 | |
| Nuclear Mois/Den. Gauge | 10.50 Hours @ 12.50 | 131.25 | |
| **Total Units** | **1.0 times** | **500.00** | **500.00** |
| | | **Total this task** | **$2,992.00** |





**Treadwell & Rollo, Inc.** *Environmental & Geotechnical Consultants*
555 Montgomery Street, Suite 1300, San Francisco, CA 94111
Telephone (415) 955-9040 Facsimile (415) 955-9041

**Treadwell&Rollo**

Task: 0400 Chlordane Related Activities

Description: Services during this period consisted of performing field density tests to estimate the bulk density of stockpiles of chlordane-impacted soil prior to disposal and reporting the results of our testing.

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| D.A. Mack | 3.00 | 110.00 | 330.00 | |
| T.M. Rubeo | 3.00 | 80.00 | 240.00 | |
| **Total Labor** | | | | **570.00** |

**Unit Billing**

| | | | |
|---|---|---|---|
| Field Vehicle | 4.00 Hours @ 12.50 | 50.00 | |
| Nuclear Mois/Den. Gauge | 2.00 Hours @ 12.50 | 25.00 | |
| **Total Units** | **1.0 times** | **75.00** | **75.00** |

**Total this task** **$595.00**

**Total this invoice** **$4,279.50**

**Outstanding Invoices**

| Number | Date | Balance |
|---|---|---|
| 0092967 | 3/5/02 | 11,426.56 |
| 0093368 | 4/11/02 | 11,099.34 |
| 0093614 | 5/9/02 | 5,804.17 |
| 0093954 | 6/10/02 | 7,877.12 |
| 0094188 | 7/10/02 | 5,104.81 |
| 0094529 | 8/9/02 | 7,463.20 |
| **Total Past Due** | | **48,775.20** |

**TOTAL DUE THIS ACCOUNT** **$53,054.70**

**Approval:**

**Date:**

**Print Name:**

**Approve on invoice only.**

BUDGETED ☒ UNBUDGETED ☐

CATELLUS

For Job Cost

# ACCOUNTS PAYABLE APRON

*This form is for AFE expenditures ONLY. Use the regular Accounts Payable Apron for Regular A/P for all others.* Version Date 01/07/02

For A/P use only -- do not mark OCT 28 2002 287817

DOC# 327860 BY SCH

VENDOR NAME: Treadwell & Rollo

INVOICE NUMBER: (limit 15 characters) ~~00~~94529✓

INVOICE AMOUNT: $ 7,463.20

INVOICE DATE: 08/09/02

CHECK REMARK: (limit 13 characters) Proj: 2310.06

For A/P use only -- do not mark
VENDOR NUMBER: 78667

CHECK SHOULD BE MAILED OUT BY A/P TO VENDOR VIA REGULAR U.S. MAIL SERVICE:
☑ Yes ☐ No, Form 9088 is attached.

*NOTE For each row below, fill out Co Number, columns A, B, & C (with D optional) OR columns E (with F and G optional)*
*Amount is always required*

| Co. Number | (A) AFE Number | (B) Cost Type | (C) Cost Code | (D) Subledger (limit 8 char) | Sub Type | OR (E) Contract Number | (F) Change Order | (G) Cost Code | Amount | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|
| 800 | 110000005 | | | | X | 56531 | 0 | 1 | $ 3,352.61 | |
| 800 | 110000005 | | | | X | 56531 | 1 | 1 | 4,110.59 | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |

TOTAL: $ 7,463.20

| | | Date |
|---|---|---|
| Preparer: | Karen M. Bey | 10/22/02 |
| Manager / Director: | *Please sign/approve on invoice only* | |
| VP/SVP (if required): | *Please sign/approve on invoice only* | |
| Project Accountant: | KBey | 10/22/02 |

Treadwell&Rollo

# Invoice

August 9, 2002
Project No. 2310.06
Invoice No 0094529

Mr Bill Kennedy
Cattellus Development Corporation
1999 Harrison Street, Suite 2150
Oakland, CA 94612

PROGRESS BILLING NO. 6
GEOTECHNICAL SERVICES DURING DEMOLITION
FISC/EAST HOUSING RESIDENTIAL DEVELOPMENT
ALAMEDA, CALIFORNIA

**Professional services from June 29, 2002 to July 26, 2002**

Task: 0100 Plan Review and Consultation

Description Services provided during this period included 1) reviewing the results of the settlement plate monitoring performed by BKF Engineers, 2) consulting with the project team via phone and e-mail regarding various demolition and infrastructure issues at the site, including repair of soft subgrade areas, stockpiling of imported fill, and conditioning of Bay Mud during the backbone improvements, 3) providing plan review comments to BKF Engineers regarding the Phase I commercial and residential backbone improvement plans in two memoranda dated 2 July 2002, and 4) project management. As of this invoice, we have exceeded the budget presented in our 8 March 2002 proposal Written notification that we would exceed our budget and a request for a budget increase was provided on 18 July 2002 We are continuing with our services during construction based on your verbal authorization.

| **Professional Personnel** | **Hours** | **Rate** | **Amount** | |
|---|---|---|---|---|
| D A Mack | 10.00 | 110.00 | 1,100 00 | |
| A Blaisdell | 5 50 | 88.00 | 484.00 | |
| Technical Assistant | 1.20 | 85.00 | 102.00 | |
| **Total Labor** | | | | **1,686.00** |
| **Reimbursable Expenses** | | | | |
| Golden State Overnight | Inv # 630150 dated 07-15-12 | | 14.30 | |
| **Total Reimbursables** | | **1.15 times** | **14.30** | **16.45** |
| | | **Total this task** | | **$1,702.45** |

Task. 0200 On-site Observation and Testing

Description· Services during this period consisted of part-time observation and testing during utility abandonment, fill and backfill placement, and rough site grading

| **Professional Personnel** | **Hours** | **Rate** | **Amount** | |
|---|---|---|---|---|
| D A Mack | 1.00 | 110 00 | 110.00 | |
| A Blaisdell | 31.00 | 88 00 | 2,728.00 | |
| T M Rubeo | 4.50 | 80 00 | 360.00 | |
| **Total Labor** | | | | **3,198.00** |
| **Reimbursable Expenses** | | | | |
| Geo Engineering Services* | | | 320.00 | |
| Geo Engineering Services* | | | 230.00 | |
| **Total Reimbursables** | | **1.15 times** | **550.00** | **632.50** |
| **Unit Billing** | | | | |
| Field Vehicle | | 30 50 Hours @ 12 50 | 381.25 | |
| Nuclear Mois/Den. Gauge | | 25.00 Hours @ 12 50 | 312.50 | |
| **Total Units** | | **1.0 times** | **693.75** | **693.75** |
| | | **Total this task** | | **$4,524.25** |

* Documentation provided



**Treadwell & Rollo, Inc.** *Environmental & Geotechnical Consultants*
555 Montgomery Street, Suite 1300, San Francisco, CA 94111
Telephone (415) 955-9040 Facsimile (415) 955-9041

**Treadwell&Rollo**

Project: 2310 06 · FISC/East Housing Residential Developt. Invoice No: 0094529

Task: 0400 Chlordane Related Activities
Description: Services during this period included observation and testing of footing backfill areas after excavation of soil impacted by chlordane.

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| D A. Mack | 2.50 | 110.00 | 275.00 | |
| A. Blaisdell | 7.00 | 88.00 | 616.00 | |
| Technical Assistant | 2.30 | 85.00 | 195.50 | |
| **Total Labor** | | | | **1,086.50** |

**Unit Billing**

| | | | |
|---|---|---|---|
| Field Vehicle | 6 50 Hours @ 12.50 | 81 25 | |
| Nuclear Mois/Den. Gauge | 5.50 Hours @ 12.50 | 68 75 | |
| **Total Units** | **1.0 times** | **150.00** | **150.00** |

**Total this task** **$1,236.50**

**Total this invoice** **$7,463.20**

**Outstanding Invoices**

| Number | Date | Balance |
|---|---|---|
| 0092967 | 3/5/02 | 11,426 56 |
| 0093368 | 4/11/02 | 11,099.34 |
| 0093614 | 5/9/02 | 5,804.17 |
| 0093954 | 6/10/02 | 7,877 12 |
| 0094188 | 7/10/02 | 5,104 81 |
| **Total Past Due** | | **41,312.00** |

**TOTAL DUE THIS ACCOUNT $48,775.20**

* Documentation provided



Approval: [signature]
Date: 10/24/02
Print Name: [signature]
Approve on invoice only.
BUDGETED ☒ UNBUDGETED ☐

# GEO ENGINEERING SERVICES

**Geotechnical Services and Laboratory Testing**

EIN 94-3368522

## INVOICE NO. 504

**Client:** Treadwell & Rollo
**Contact:** Darren Mack
**Project Name:** FISC/East Housing Demolition
**Project Number:** 2310.06
**Invoice Date:** 7/14/02

**Summary of Work Performed**

| Laboratory Test | ASTM Standard | Test Date | Sample Designation | Cost |
|---|---|---|---|---|
| Compaction Curve | D-1557, Method A | 7/7/02 | Bulk No. 9 | $140 |
| Compaction Curve | D-1557, Method C | 7/11/02 | Bulk No. 10 | $180 |

**INVOICE TOTAL**
**$320**

TREADWELL & ROLLO, INC.
Approval
7-17-02
Date
2310.06-200
Project & Task No.
$ 320
Amount

T... & ROLLO.

225 Marvilla Circle, Pacifica, California 94044
tel 650.359.4260 fax 650.359.2911

# GEO ENGINEERING SERVICES

Geotechnical Services and Laboratory Testing

EIN 94-3368522

## INVOICE NO. 500

**Client:** Treadwell & Rollo
**Contact:** Darren Mack
**Project Name:** FISC/East Housing
**Project Number:** 2310.06
**Invoice Date:** 7/14/02

**Summary of Work Performed**

| Laboratory Test | ASTM Standard | Test Date | Sample Designation | Cost |
|---|---|---|---|---|
| Compaction Curve | D-1557, Method A | 6/30/02 | Bulk Sample No. 8 | $140 |
| Liquid and Plastic Limits | ASTM D-4318 | 6/28/02 | Import Niles Canyon | $90 |

**INVOICE TOTAL**
**$230**

ENTERED
JUL 2 ? 2002
TREADWELL & ROLLO

TREADWELL & ROLLO, INC.
[signature] 7-17-02
Approval Date
2310.06-200 $230-
Project & Task No. Amount

225 Marvilla Circle, Pacifica, California 94044
tel 650.359.4260 fax 650.359.2911

Treadwell&Rollo

# Invoice

August 9, 2002
Project No: 2310.06
Invoice No: 0094529

Mr. Bill Kennedy
Cattellus Development Corporation
1999 Harrison Street, Suite 2150
Oakland, CA 94612

PROGRESS BILLING NO. 6
GEOTECHNICAL SERVICES DURING DEMOLITION
FISC/EAST HOUSING RESIDENTIAL DEVELOPMENT
ALAMEDA, CALIFORNIA

**Professional services from June 29, 2002 to July 26, 2002**

Task: 0100 Plan Review and Consultation

Description: Services provided during this period included 1) reviewing the results of the settlement plate monitoring performed by BKF Engineers; 2) consulting with the project team via phone and e-mail regarding various demolition and infrastructure issues at the site, including repair of soft subgrade areas, stockpiling of imported fill, and conditioning of Bay Mud during the backbone improvements; 3) providing plan review comments to BKF Engineers regarding the Phase I commercial and residential backbone improvement plans in two memoranda dated 2 July 2002; and 4) project management. As of this invoice, we have exceeded the budget presented in our 8 March 2002 proposal. Written notification that we would exceed our budget and a request for a budget increase was provided on 18 July 2002. We are continuing with our services during construction based on your verbal authorization.

| **Professional Personnel** | | | | |
|---|---|---|---|---|
| | **Hours** | **Rate** | **Amount** | |
| D.A. Mack | 10.00 | 110.00 | 1,100.00 | |
| A. Blaisdell | 5.50 | 88.00 | 484.00 | |
| Technical Assistant | 1.20 | 85.00 | 102.00 | |
| **Total Labor** | | | | **1,686.00** |
| **Reimbursable Expenses** | | | | |
| Golden State Overnight | Inv.# 630150 dated 07-15-12 | | 14.30 | |
| **Total Reimbursables** | | **1.15 times** | **14.30** | **16.45** |
| | | | **Total this task** | **$1,702.45** |

Task: 0200 On-site Observation and Testing

Description: Services during this period consisted of part-time observation and testing during utility abandonment, fill and backfill placement, and rough site grading.

| **Professional Personnel** | | | | |
|---|---|---|---|---|
| | **Hours** | **Rate** | **Amount** | |
| D.A. Mack | 1.00 | 110.00 | 110.00 | |
| A. Blaisdell | 31.00 | 88.00 | 2,728.00 | |
| T.M. Rubeo | 4.50 | 80.00 | 360.00 | |
| **Total Labor** | | | | **3,198.00** |
| **Reimbursable Expenses** | | | | |
| Geo Engineering Services* | | | 320.00 | |
| Geo Engineering Services* | | | 230.00 | |
| **Total Reimbursables** | | **1.15 times** | 550.00 | 632.50 |
| **Unit Billing** | | | | |
| Field Vehicle | | 30.50 Hours @ 12.50 | 381.25 | |
| Nuclear Mois/Den. Gauge | | 25.00 Hours @ 12.50 | 312.50 | |
| **Total Units** | | **1.0 times** | 693.75 | 693.75 |
| | | | **Total this task** | **$4,524.25** |

* Documentation provided



**Treadwell & Rollo, Inc.** *Environmental & Geotechnical Consultants*
555 Montgomery Street, Suite 1300, San Francisco, CA 94111
Telephone (415) 955-9040 Facsimile (415) 955-9041

**Treadwell&Rollo**

Project: 2310.06 FISC/East Housing Residential Developt. Invoice No: 0094529

Task: 0400 Chlordane Related Activities
Description: Services during this period included observation and testing of footing backfill areas after excavation of soil impacted by chlordane.

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| D.A. Mack | 2.50 | 110.00 | 275.00 | |
| A. Blaisdell | 7.00 | 88.00 | 616.00 | |
| Technical Assistant | 2.30 | 85.00 | 195.50 | |
| **Total Labor** | | | | **1,086.50** |

**Unit Billing**

| | | | |
|---|---|---|---|
| Field Vehicle | 6.50 Hours @ 12.50 | 81.25 | |
| Nuclear Mois/Den. Gauge | 5.50 Hours @ 12.50 | 68.75 | |
| **Total Units** | **1.0 times** | **150.00** | **150.00** |

**Total this task** **$1,236.50**

**Total this invoice** **$7,463.20**

**Outstanding Invoices**

| Number | Date | Balance |
|---|---|---|
| 0092967 | 3/5/02 | 11,426.56 |
| 0093368 | 4/11/02 | 11,099.34 |
| 0093614 | 5/9/02 | 5,804.17 |
| 0093954 | 6/10/02 | 7,877.12 |
| 0094188 | 7/10/02 | 5,104.81 |
| **Total Past Due** | | **41,312.00** |

**TOTAL DUE THIS ACCOUNT** **$48,775.20**

* Documentation provided



Approval:

Date:

Print Name:

Approve on invoice only.

BUDGETED ☑ UNBUDGETED ☐

# GEO ENGINEERING SERVICES

**Geotechnical Services and Laboratory Testing**

EIN 94-3368522

## INVOICE NO. 504

**Client:** Treadwell & Rollo
**Contact:** Darren Mack
**Project Name:** FISC/East Housing Demolition
**Project Number:** 2310.06
**Invoice Date:** 7/14/02

**Summary of Work Performed**

| Laboratory Test | ASTM Standard | Test Date | Sample Designation | Cost |
|---|---|---|---|---|
| Compaction Curve | D-1557, Method A | 7/7/02 | Bulk No. 9 | $140 |
| Compaction Curve | D-1557, Method C | 7/11/02 | Bulk No. 10 | $180 |

**INVOICE TOTAL**
**$320**

TREADWELL & ROLLO, INC.
Approval
7-17-02
Date
2310.06-200
Project & Task No.
$ 320
Amount

ROLLO

225 Marvilla Circle, Pacifica, California 94044
tel 650.359.4260 fax 650.359.2911

# GEO ENGINEERING SERVICES

Geotechnical Services and Laboratory Testing

EIN 94-3368522


## INVOICE NO. 500

**Client:** Treadwell & Rollo
**Contact:** Darren Mack
**Project Name:** FISC/East Housing
**Project Number:** 2310.06
**Invoice Date:** 7/14/02

**Summary of Work Performed**

| Laboratory Test | ASTM Standard | Test Date | Sample Designation | Cost |
|---|---|---|---|---|
| Compaction Curve | D-1557, Method A | 6/30/02 | Bulk Sample No. 8 | $140 |
| Liquid and Plastic Limits | ASTM D-4318 | 6/28/02 | Import Niles Canyon | $90 |

**INVOICE TOTAL**
**$230**

TREADWELL & ROLLO, INC.
[signature] Approval
7-17-02 Date
2310.06-200 Project & Task No.
$230 Amount

ENTERED
JUL 2 2002
TREADWELL & ROLLO

225 Marvilla Circle, Pacifica, California 94044
tel 650.359.4260 fax 650.359.2911

CATELLUS

For Job Cost

# ACCOUNTS PAYABLE APRON

*This form is for AFE expenditures ONLY. Use the regular Accounts Payable Apron for Regular A/P for all others.* Version Date 01/07/02

**For A/P use only -- do not mark**

OCT 28 2002 287817

DOC# 327876 BY SCH

**VENDOR NAME:** Treadwell & Rollo

**INVOICE NUMBER:** (limit 15 characters) ~~00~~94188✓

**INVOICE AMOUNT:** $ 5,104.81

**INVOICE DATE:** 07/10/02

**CHECK REMARK:** (limit 13 characters) Proj: 2310.06

**For A/P use only – do not mark**
**VENDOR NUMBER:** 78667

**CHECK SHOULD BE MAILED OUT BY A/P TO VENDOR VIA REGULAR U.S. MAIL SERVICE:**
☑ Yes ☐ No, Form 9088 is attached.

*NOTE For each row below, fill out Co Number, columns A, B, & C (with D optional) OR columns E (with F and G optional)*
*Amount is always required*

| Co. Number | (A) AFE Number | (B) Cost Type | (C) Cost Code | (D) Subledger (limit 8 char) | Sub Type | OR (E) Contract Number | (F) Change Order | (G) Cost Code | Amount | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|
| 800 | 110000005 | | | | X | 56531 | 1 | 1 | $ 5,104.81 | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |

TOTAL: $ 5,104.81

| | | Date |
|---|---|---|
| Preparer: | Karen Bey | 10/23/02 |
| Manager / Director: | *Please sign/approve on invoice only* | |
| VP/SVP (if required): | *Please sign/approve on invoice only* | |
| Project Accountant: | KBey | 10/25/02 |

Treadwell&Rollo

# Invoice

July 10, 2002
Project No. 2310 06
Invoice No: 0094188

Mr. Bill Kennedy
Cattellus Development Corporation
1999 Harrison Street, Suite 2150
Oakland, CA 94612

PROGRESS BILLING NO. 5
GEOTECHNICAL SERVICES DURING DEMOLITION
FISC/EAST HOUSING RESIDENTIAL DEVELOPMENT
ALAMEDA, CALIFORNIA

**Professional services from May 25, 2002 to June 28, 2002**

Task. 0100 Plan Review and Consultation
Services provided during this period included 1) reviewing the results of the settlement plate monitoring performed by BKF Engineers; 2) consulting with the project team via phone and e-mail regarding various demolition and infrastructure issues at the site; 3) preparing a memorandum dated 11 June 2002 regarding low permeability barriers in utility trenches; 4) preparing a memorandum dated 12 June 2002 regarding possible stockpile locations on the commercial site; and 5) project management.

| | | | | |
|---|---|---|---|---|
| **Professional Personnel** | | | | |
| | **Hours** | **Rate** | **Amount** | |
| C.S. Shields | 2.50 | 185 00 | 462.50 | |
| D A. Mack | 8.00 | 110.00 | 880.00 | |
| A Blaisdell | 10.00 | 88.00 | 880.00 | |
| Technical Assistant | 0.90 | 85 00 | 76.50 | |
| **Total Labor** | | | | **2,299.00** |
| **Reimbursable Expenses** | | | | |
| Raymond L Fisher* | Finance charge | | 37.01 | |
| **Total Reimbursables** | | **1.15 times** | **37.01** | **42.56** |
| | | | **Total this task** | **$2,341.56** |

Task 0200 On-site Observation and Testing
Services during this period consisted of part-time observation and testing during utility abandonment, fill and backfill placement, and site grading

| | | | | |
|---|---|---|---|---|
| **Professional Personnel** | | | | |
| | **Hours** | **Rate** | **Amount** | |
| A Blaisdell | 16.00 | 88.00 | 1,408.00 | |
| **Total Labor** | | | | **1,408.00** |
| **Unit Billing** | | | | |
| Field Vehicle | | 18 50 Hours @ 12.50 | 231.25 | |
| Nuclear Mois/Den Gauge | | 10.50 Hours @ 12 50 | 131 25 | |
| **Total Units** | | **1.0 times** | **362.50** | **362.50** |
| | | | **Total this task** | **$1,770.50** |



**Treadwell & Rollo, Inc.** *Environmental & Geotechnical Consultants*
555 Montgomery Street, Suite 1300, San Francisco, CA 94111
Telephone (415) 955-9040 Facsimile (415) 955-9041

Treadwell&Rollo

Project· 2310 06 FISC/East Housing Residential Developt. Invoice No. 0094188

Task: 0400 Chlordane Related Activities
Services during this period included observation and testing of footing backfill areas after excavation of soil impacted by chlordane.

**Professional Personnel**

| | | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| D A. Mack | | 2.00 | 110.00 | 220.00 | |
| A. Blaisdell | | 8.00 | 88 00 | 704.00 | |
| | **Total Labor** | | | | 924.00 |
| **Unit Billing** | | | | | |
| Field Vehicle | | | 5 50 Hours @ 12.50 | 68.75 | |
| | **Total Units** | | **1.0 times** | **68.75** | **68.75** |

**Total this task** **$992.75**

**Total this invoice** **$5,104.81**

**Outstanding Invoices**

| Number | Date | Balance |
|---|---|---|
| 0092967 | 3/5/02 | 11,426 56 |
| 0093368 | 4/11/02 | 11,099.34 |
| 0093614 | 5/9/02 | 5,804 17 |
| 0093954 | 6/10/02 | 7,877 12 |
| **Total Past Due** | | **36,207.19** |

**TOTAL DUE THIS ACCOUNT $41,312.00**



Approval: [signature]
Date: 10/24/02
Print Name: Bill Kenny
Approve on invoice only.
BUDGETED ☑ UNBUDGETED ☐

# Statement

Raymond L. Fisher, P.E.
Civil and Geotechnical Engineering
1746 San Miguel Dr.
Walnut Creek, CA 94596

| DATE |
|---|
| 5/31/2002 |

| TO. |
|---|
| Treadwell and Rollo, Inc.<br>501 14th Street, Third Floor<br>Oakland, CA 94612 |

| AMOUNT DUE | AMOUNT ENC |
|---|---|
| $3,253.42 | |

| DATE | TRANSACTION | AMOUNT | BALANCE |
|---|---|---|---|
| 04/26/02 | Balance forward | | 3,216.41 |
| 05/31/02 | FISC-<br>INV #FC 4 - Finance Charge | 37 01 | 3,253.42 |

RECEIVED
JUN 0 3 2002
TREADWELL & ROLLO

TREADWELL & ROLLO, INC.
Approval
Date
2310.06-100
Project & Task No.
$ 37.01
Amount

Balance forward already billed

ENTERED
JUN 2 0 2002
TREADWELL & ROLLO

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | AMOUNT DUE |
|---|---|---|---|---|---|
| 37.01 | 0.00 | 31.41 | 3,185.00 | 0.00 | $3,253.42 |

# APPLICATION AND CERTIFICATION FOR PAYMENT

AIA DOCUMENT G702 PAGE ONE OF PAGES

TO OWNER: City of Alameda/Catellus

PROJECT: R-1 Chlordane

APPLICATION NO: 1

PERIOD TO: 12/31/02

PROJECT NOS: 2336602

CONTRACT DATE 01/29/02

Distribution to:
- [ ] OWNER
- [ ] ARCHITECT
- [ ] CONTRACTOR
- [ ]
- [ ]

FROM CONTRACTOR: Winzler & Kelly Consulting Engineers
633 Third Street
Eureka, CA 95501

VIA ARCHITECT: N/A

Final

CONTRACT FOR: Chlordane Investigation, Testing & Observation

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract. Continuation Sheet, AIA-Document G703, is attached.

1. ORIGINAL CONTRACT SUM $ 209,770.00
2. Net change by Change Orders $ 246,665.00
3. CONTRACT SUM TO DATE (Line 1 ± 2) $ 456,435.00
4. TOTAL COMPLETED & STORED TO DATE (Column J on G703) $ 324,313.70
5. RETAINAGE:
   a. 0% of Completed Work (Column G + H on G703) $ 0.00
   b. 0% of Stored Material (Column I on G703) $ 0.00

   Total Retainage (Lines 5a + 5b or Total in Column L of G703) $ 0.00
6. TOTAL EARNED LESS RETAINAGE (Line 4 Less Line 5 Total) $ 324,313.70
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) $ 324,313.70
8. CURRENT PAYMENT DUE $ 132,121.30
9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) $ 0.00

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | 0.00 | 0.00 |
| NET CHANGES by Change Order | 0.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: Winzler & Kelly Consulting Engineers

By: Carl R. Bove Date: 03/20/03

State of: County of:
Subscribed and sworn to before me this day of
Notary Public:
My Commission expires:

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED . . . . . . . . . . . $

*(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and onthe Continuation Sheet that are changed to conform with the amount certified.)*

ARCHITECT:

By: Date:

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.



**Users may obtain validation of this document by requesting a completed AIA Document D401 - Certification of Document's Authenticity from the Licensee.**

**Exhibit 5 page 45**