# CONTINUATION SHEET

*AIA DOCUMENT G703*

PAGE OF PAGES

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.

In tabulations below, amounts are stated to the nearest dollar.

Use Column L on Contracts where variable retainage for line items may apply.

APPLICATION NO: 1
APPLICATION DATE: mm/dd/yyyy
PERIOD TO: mm/dd/yyyy
ARCHITECT'S PROJECT NO: xxxxxxx

| A | B | C | D | E | F | G | H | I | J | | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | WORK COMPLETED | | | | | | |
| ITEM NO. | DESCRIPTION OF WORK | Unit Measure | Unit Price | # of Units | SCHEDULED VALUE (D x E) | TOTAL FROM PREVIOUS APPLICATION | TOTAL THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN G OR H) | TOTAL COMPLETED AND STORED TO DATE (G+H+I) | % (J + F) | BALANCE TO FINISH (F - J) | RETAINAGE 0% |
| 0001 | Chlordane Original Testing & Inspection | LS | 209,770.00 | 1 | 209,770.00 | 209,770.00 | 0.00 | 0.00 | 209,770.00 | 100% | 0.00 | 0.00 |
| 0002 | 9-Grid Testing CO# 1 | LS | 26,600.00 | 1 | 26,600.00 | 26,600.00 | 0.00 | 0.00 | 26,600.00 | 100% | 0.00 | 0.00 |
| 0003 | Deep Dig Testing CO# 2 | LS | 79,915.00 | 1 | 79,915.00 | 79,915.00 | 0.00 | | 79,915.00 | 100% | 0.00 | 0.00 |
| 0004 | Post Excavation Oversight CO# 3 | LS | 85,000.00 | 1 | 85,000.00 | 4,428.70 | 80,571.30 | | 85,000.00 | 100% | 0.00 | 0.00 |
| 0005 | Import Testing CO# 4 | LS | 3,600.00 | 1 | 3,600.00 | 3,600.00 | 0.00 | | 3,600.00 | 100% | 0.00 | 0.00 |
| 0006 | Final Testing & Inspection CO# 6 | LS | 51,550.00 | 1 | 51,550.00 | 0.00 | 51,550.00 | | 51,550.00 | 100% | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | SUBTOTAL | | | | 456,435.00 | 324,313.70 | 132,121.30 | 0.00 | 456,435.00 | | 0.00 | 0.00 |
| | Applicable Gross Receipts Tax @ 0.0% | % | 0.00 | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| | TOTALS | | | | $456,435.00 | $324,313.70 | $132,121.30 | $0.00 | $456,435.00 | 100% | $0.00 | $0.00 |

Users may obtain validation of this document by requesting of the license a completed AIA Document D401 - Certification of Document's Authenticity

CATELLUS

For Job Cost

# ACCOUNTS PAYABLE APRON

*This form is for AFE expenditures ONLY. Use the regular Accounts Payable Apron for Regular A/P for all others.* Version Date: 01/07/02

A/P use only -- do not mark

**VENDOR NAME:** Winzler Kelly

**INVOICE NUMBER:** 032003.02
(limit 15 characters)

**INVOICE AMOUNT:** $ 51,550.00

**INVOICE DATE:** 03/20/03

**CHECK REMARK:** Proj: 02336606
(limit 13 characters)

For A/P use only -- do not mark
**VENDOR NUMBER:**

**CHECK SHOULD BE MAILED OUT BY A/P TO VENDOR VIA REGULAR U.S. MAIL SERVICE:**
☑ Yes ☐ No, Form 9088 is attached.

*NOTE: For each row below, fill out Co. Number, columns A, B, & C (with D optional) OR columns E (with F and G optional). Amount is always required.*

| Co. Number | (A) AFE Number | (B) Cost Type | (C) Cost Code | (D) Subledger (limit 8 char) | Sub Type | OR (E) Contract Number | (F) Change Order | (G) Cost Code | Amount | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|
| 800 | 110000005 | | | | X | 49744 | 5 | 1 | $ 51,550.00 | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |

**TOTAL:** $ 51,550.00

| | | Date |
|---|---|---|
| Preparer: | Karen Bey | 03/24/03 |
| Manager / Director: | *Please sign/approve on invoice only* | |
| VP/SVP (if required): | *Please sign/approve on invoice only* | |
| Project Accountant: | K Bey | 3/24/03 |

WINZLER & KELLY
CONSULTING ENGINEERS

ProdDB
:PMWK - Cost Plus Max Invoice

49744
5,1

CATELLUS COMMERCIAL GROUP LLC
1999 HARRISON ST SUITE 2150
OAKLAND, CA. 94612

**Invoice # :** 032003.02
**Invoice Date :** 3/20/2003
**Project :** 02336606
**Invoice Group:** **

**Attention: MR BILL KENNEDY**

---

**Billing Period through: 2/28/2003**
PROJECT #02336606 FINAL TESTING & INSPECTION

CO #6 $51,550.00

| | | | |
|---|---|---|---|
| **Professional Services** | | | |
| Labor | 46,870.00 | | |
| | | **Total Labor** | 46,870.00 |
| **Reimbursable Expenses** | | | |
| Consumable Expenses | 4,680.00 | | |
| | | **Total Expenses** | 4,680.00 |
| | | **Current Invoice** | 51,550.00 |

| | |
|---|---|
| **Project Fee :** | 51,550.00 |
| **Prior Billings:** | 0.00 |
| **Total Available :** | 51,550.00 |

| | |
|---|---|
| **Total this Invoice** | 51,550.00 |
| **Amount Due This Invoice:** | 51,550.00 |

CHARLES R BOVE

Approval: ______

Date: 3/20/03

Print Name: ______

Approve on invoice only.

BUDGETED ☐ UNBUDGETED ☐

Approval: ______

Date: 3/20/03

Print Name: ______

Approve on invoice only.

BUDGETED ☐ UNBUDGETED ☐



Exhibit 5 page 48

# DOCUMENT G702

PAGE ONE OF PAGES

TO OWNER: C..., of Alameda/Catellus

PROJECT: R-1 Chlordane

APPLICATION NO: 1

Distribution to:
- ☐ OWNER
- ☐ ARCHITECT
- ☐ CONTRACTOR
- ☐
- ☐

FROM CONTRACTOR:
Winzler & Kelly Consulting Engineers
633 Third Street
Eureka, CA 95501

VIA ARCHITECT: N/A

PERIOD TO: 12/31/02

PROJECT NOS: 2336602

CONTRACT FOR: Chlordane Investigation, Testing & Observation

CONTRACT DATE 01/29/02

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract. Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM $ 209,770.00
2. Net change by Change Orders $ 246,665.00
3. CONTRACT SUM TO DATE (Line 1 ± 2) $ 456,435.00
4. TOTAL COMPLETED & STORED TO DATE (Column J on G703) $ 324,313.70
5. RETAINAGE:
   a. 0% of Completed Work (Column G + H on G703) $ 0.00
   b. 0% of Stored Material (Column I on G703) $ 0.00
   Total Retainage (Lines 5a + 5b or Total in Column L of G703) $ 0.00
6. TOTAL EARNED LESS RETAINAGE (Line 4 Less Line 5 Total) $ 324,313.70
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) $ 324,313.70
8. CURRENT PAYMENT DUE $ 132,121.30
9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) $ 0.00

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | 0.00 | 0.00 |
| NET CHANGES by Change Order | 0.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: Winzler & Kelly Consulting Engineers

By: Carl R. Bove Date: 03/20/03

State of: County of:
Subscribed and sworn to before me this day of
Notary Public:
My Commission expires:

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ........... $ ______

*(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)*

ARCHITECT:

By: ______ Date: ______

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.



...ers may obtain validation of this document by requesting a completed AIA Document D401 - Certification of Document's Authenticity from the Licensee.

**Exhibit 5 page 49**

# CONTINUATION SHEET

AIA DOCUMENT G703

PAGE OF PAGES

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing Contractor's signed certification is attached.

In tabulations below, amounts are stated to the nearest dollar.

Use Column L on Contracts where variable retainage for line items may apply.

APPLICATION NO: 1
APPLICATION DATE: mm/dd/yyyy
PERIOD TO: mm/dd/yyyy
ARCHITECT'S PROJECT NO: xxxxxxx

| A | B | C | D | E | F | G | H | I | J | | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | WORK COMPLETED | | | | | | |
| ITEM NO. | DESCRIPTION OF WORK | Unit Measure | Unit Price | # of Units | SCHEDULED VALUE (D x E) | TOTAL FROM PREVIOUS APPLICATION | TOTAL THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN G OR H) | TOTAL COMPLETED AND STORED TO DATE (G+H+I) | % (J ÷ F) | BALANCE TO FINISH (F - J) | RETAINAGE 0% |
| 0001 | Chlordane Original Testing & Inspection | LS | 209,770.00 | 1 | 209,770.00 | 209,770.00 | 0.00 | 0.00 | 209,770.00 | 100% | 0.00 | 0.00 |
| 0002 | 9-Grid Testing CO# 1 | LS | 26,600.00 | 1 | 26,600.00 | 26,600.00 | 0.00 | 0.00 | 26,600.00 | 100% | 0.00 | 0.00 |
| 0003 | Deep Dig Testing CO# 2 | LS | 79,915.00 | 1 | 79,915.00 | 79,915.00 | 0.00 | | 79,915.00 | 100% | 0.00 | 0.00 |
| 0004 | Post Excavation Oversight CO# 3 | LS | 85,000.00 | 1 | 85,000.00 | 4,428.70 | 80,571.30 | | 85,000.00 | 100% | 0.00 | 0.00 |
| 0005 | Import Testing CO# 4 | LS | 3,600.00 | 1 | 3,600.00 | 3,600.00 | 0.00 | | 3,600.00 | 100% | 0.00 | 0.00 |
| 0006 | Final Testing & Inspection CO# 6 | LS | 51,550.00 | 1 | 51,550.00 | 0.00 | 51,550.00 | | 51,550.00 | 100% | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | SUBTOTAL | | | | 456,435.00 | 324,313.70 | 132,121.30 | 0.00 | 456,435.00 | | 0.00 | 0.00 |
| | Applicable Gross Receipts Tax @ 0.0% | % | 0.00 | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| | TOTALS | | | | $456,435.00 | $324,313.70 | $132,121.30 | $0.00 | $456,435.00 | 100% | $0.00 | $0.00 |

Users may obtain validation of this document by requesting of the license a completed AIA Document D401 - Certification of Document's Authenticity

CATELLUS

For Job Cost

# ACCOUNTS PAYABLE APRON

*This form is for AFE expenditures ONLY. Use the regular Accounts Payable Apron for Regular A/P for all others.* Version Date: 01/07/02

A/P use only -- do not mark

**VENDOR NAME:** Winzler Kelly

**INVOICE NUMBER:** (limit 15 characters) 032003.01

**INVOICE AMOUNT:** $ 80,571.30

**INVOICE DATE:** 03/20/03

**CHECK REMARK:** (limit 13 characters) Proj: 01336602

For A/P use only -- do not mark
**VENDOR NUMBER:**

**CHECK SHOULD BE MAILED OUT BY A/P TO VENDOR VIA REGULAR U.S. MAIL SERVICE:**

☑ Yes ☐ No, Form 9088 is attached.

*NOTE: For each row below, fill out Co. Number, columns A, B, & C (with D optional) OR columns E (with F and G optional). Amount is always required.*

| Co. Number | (A) AFE Number | (B) Cost Type | (C) Cost Code | (D) Subledger (limit 8 char) | Sub Type | OR (E) Contract Number | (F) [illegible] | (G) [illegible] | Amount | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|
| 800 | 110000005 | | | | X | 49744 | 3 | 1 | $ 80,571.30 | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |

**TOTAL:** $ 80,571.30

| | | Date |
|---|---|---|
| Preparer: | Karen Bey | 03/24/03 |
| Manager / Director: | *Please sign/approve on invoice only* | |
| VP/SVP (if required): | *Please sign/approve on invoice only* | |
| Project Accountant: | K Bey | 3/24/03 |

WINZLER & KELLY
CONSULTING ENGINEERS

# 49744
3.1

CATELLUS COMMERCIAL GROUP LLC
1999 HARRISON ST SUITE 2150
OAKLAND, CA. 94612

**Invoice # :** 032003.01
**Invoice Date :** 03/20/2003
**Project :** 01336602
**Invoice Group :** 03

**Attention: MR BILL KENNEDY**

**Billing Period through: 2/28/2003**

PROJECT #01336602 ALAMEDA NAVAL AIR STATION - POST EXCAVATION OVERSIGHT

CO #3

| | |
|---|---|
| Total Project Fee Authorized | 85,000.00 |
| Percent Complete as of 3/21/2003 | 100.00 |
| Fee Earned To Date | 85,000.00 |
| Less Previous Billings | 4,428.70 |
| Current Billing Amount | 80,571.30 |
| **Amount Due This Invoice:** | **80,571.30** |

CHARLES R BOVE

Approval:
Date: 3/20/03
Print Name: Jim Van Sickle
Approve on invoice only.
BUDGETED ☐ UNBUDGETED ☐

Approval:
Date: 3/20/03
Print Name: Bill K
Approve on invoice only.
BUDGETED ☐ UNBUDGETED ☐

WINZLER & KELLY
CONSULTING ENGINEERS

REMIT TO:
633 Third Street
Eureka, CA 95501

417 Montgomery Street, Suite 600, San Francisco, CA 94104-1100 / tel 415.283.4970 / fax 415.283.4980

Invoice number 372413
May 7, 2002
Page number 1

CATELLUS COMMERCIAL GROUP LLC
1999 HARRISON ST SUITE 2150
OAKLAND CA 94612

MR BILL KENNEDY

****************************************** BILLING PERIOD THRU 04/26/02
************************************************************************

PROJECT 01336602 ALAMEDA NAVAL AIR STATION
Task order/reference #s unavailable as of 4/19/02
Contract signed 11/16/01: fee nte $26,600.00

9 GRID CHLORDANE
----------------

| | | |
|---|---|---|
| Total fee | 26,600.00 | |
| Percent complete | 100.00 | |
| Total fee billed | 26,600.00 | |
| Fee previously billed | .00 | |
| Current fee billing | | 26,600.00 |

INVOICE TOTAL 26,600.00

Project Summary

| | |
|---|---|
| Fee | 26,600.00 |
| Invoiced To-Date | 26,600.00 |
| Fee Remaining | .00 |

Approved by

CHARLES R BOVE
W&K CONSULTING ENGINEERS

Exhibit 5 page 53

******************** TERMS: Due and payable upon receipt of invoice.

**9 - Grid**

| Labor | # of hours | Hourly rate | In-house Consumables | Samples | Total |
|---|---|---|---|---|---|
| Tech | 80 | $ 90.00 | $10.00/hour | Included | $ 8,000.00 |
| PM | 16 | $140.00 | $ 5.00/hour | | $ 2,320.00 |
| Admin | 5.5 | $ 50.00 | $ 5.00/hour | | $ 302.50 |
| | | | | | $10,622.50 |

| Sample Type | Turnaround Time | Price /Sample | # of Samples | Total |
|---|---|---|---|---|
| OCP | 48 hours | $225.00 | 71 | $15,975.00 |
| | | | | $26,597.50 |

WINZLER & KELLY
CONSULTING ENGINEERS

ISSUING OFFICE:

- ☐ 495 TESCONI CIRCLE • P.O. BOX 6798 • SANTA ROSA, CA 95406 • (707) 523-1010
- ☐ 200 PINE STREET, SUITE 600 • SAN FRANCISCO, CA 94104 • (415) 283-4970
- ☐ 633 THIRD STREET • P.O. BOX 1345 • EUREKA, CA 95501 • (707) 443-8326
- SUITE 904, GCIC BLDG. • 414 WEST SOLEDAD • AGANA, GUAM 96910 USA • (671) 472-6792
- SOS BUILDING B • BEACH ROAD • PPP 596, BOX 10000 • SAIPAN, MP 96950 • (670) 234-0483
- 9666 BUSINESS PARK AVE, SUITE 103 • SAN DIEGO, CA 92131 • (619) 537-3880
- ☐ 699 SOUTH STATE COLLEGE BLVD., SUITE H • FULLERTON, CA 92831 • (714) 446-0591
- ☒ 1670 ALVARADO STREET, UNIT #4, SAN LEANDRO, CA 94577 • (510) 667-6440

Date: May 8, 2002

Job No.: 01336602

Re: Alameda Naval Air Station

TO: Catellus Commercial Group LLC
1999 Harrison Street
Suite 2150
Oakland, CA 94612

ATTN: Mr. Bill Kennedy

WE ARE SENDING YOU ☒ Attached ☐ Under separate cover via _____ the following items:

☐ Shop Drawings ☐ Prints ☐ Plans ☐ Samples ☐ Specifications

☐ Copies ☐ Change Order ☒ Original ☐ __________

| COPIES | DATE | DESCRIPTION |
|---|---|---|
| 1 | 05/08/02 | Invoice #372413-9 Grid Chlordane |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

THESE ARE TRANSMITTED as checked below:

☒ For approval ☐ For your use ☐ For review and comment ☐ As requested

REMARKS:

COPY TO: File

SIGNED: [signature]

Exhibit 5 page 55

CITY OF ALAMEDA
FISC CATELLUS PROJECT

Harris & Associates

Program Managers
Construction Managers
Civil Engineers

# Expenditure Authorization Agreement

The City of Alameda and Catellus are partners in accomplishing the redevelopment of the FISC/East Housing Area of the Alameda Naval Air Station. The parties agree to expend program funds for the purpose(s) described below:

Expenditure Authorization Agreement # _____WK02-07 CCC Ref No.

Short title: Alameda FISC/East Housing Development

Description: 9 Grid Chlordane testing

Deliverables: Testing services for Chlordane remediation, 9 grid sampling.

Authorized expenditure amount: $26,600.00; Type of funds to be used: __________

Charge to program budget account #256.1-________-________-________
(fund - section- account- project)

Name of firm providing the service: Winzler & Kelly Contract Date: 4/19/02

Firm's contact person: Charles Bove Phone:415-283-4970

Schedule (start / completion dates): 4/19/02

**Approvals:**

Certification that funds exist: By [signature]; Date: 6/27/02

Print name / title: __________

| For City of Alameda (Agency) | For Catellus (Developer) | For Harris & Associates, (Program Managers) |
|---|---|---|
| [signature] | Bill Kennedy, Const Dir | Bob Guletz |
| Print name / title: [signature] | Print name / title: [signature] | Print name / title: [signature] |
| Date: 6/27/02 | Date: 6/14/02 | Date: 6/27/02 |

Copies to: City: (⑨Cole, ⑨ Fassiotto, ⑨ Sagun); Catellus: (⑨ Kennedy; ⑨______); Harris: (⑨ Guletz, ⑨ ______);
Others: ⑨ ______, ⑨ ______, ⑨ ______, ⑨ ______

Attachments: 1.
2.

Form Rev: May 21, 2002

**Exhibit 5 page 56**

**Change Order Status Log - Residential Phase 1**

| Cost Code | Description | Vender | Submitted By | Date Initiated | Date Approved | CDC - CO Reference Number | Original Contract Amount | CO Amount of Request | Total Contract Amount | Date Initiated | Date Approved | EA Reference Number | EA Amount of Request | Notes: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2125 | Building Demolition | | | | | | | | | | | | | |
| | Original Building Contract Ph1 | FERMA | B Kennedy | 01/10/02 | 02/08/02 | 48506 | 1,752,420 | | 1,752,420 | | | 2001-03 | 2,116,526 | EA request is plus 20% |
| | Monitoring plates | FERMA | B Kennedy | 06/14/02 | | 4 | | 1,845 | 1,845 | 04/30/02 | 05/17/02 | FDRP1-4 | 1,845 | Required as part of the stockpile plan. |
| | OT for demo & soil work | FERMA | B Kennedy | 06/17/02 | | 11 | | 1,520 | 1,520 | 06/17/02 | 06/27/02 | FDRP1-11 | 1,520 | Buildings: 900,-905 |
| Subtotal | | | | | | | 1,752,420 | 3,365 | 1,755,785 | | | | 2,119,891 | |
| 2126 | Infrastructure Demolition | | | | | | | | | | | | | |
| | Original Building Contract Ph1 | FERMA | B Kennedy | 01/10/02 | 02/08/02 | 48506 | 1,261,000 | | 1,261,000 | | | 2001-03 | 1,523,003 | EA request is plus 20% |
| | Temporary Storm Drain Revisions | FERMA | B Kennedy | 06/05/02 | | 2 | | 4,040 | 4,040 | 04/20/02 | 05/09/02 | FDRP1-7 | 4,040 | Work needed to avoid underground electrical line |
| | Remove undocumented pipe | FERMA | B Kennedy | 06/05/02 | | 3 | | 13,924 | 13,924 | 04/30/02 | 05/17/02 | FDRP1-3 | 13,194 | Removal of pipe that was not called out on demo plans (2,932/lf x $4.50/lf = $13,194 |
| | Removal of Undocumented Utilities | FERMA | B Kennedy | 06/14/02 | | 8 | | 8,271 | 8,271 | 06/17/02 | 06/27/02 | FDRP1-12 | 8,271 | |
| Subtotal | | | | | | | 1,261,000 | 26,235 | 1,287,235 | | | | 1,548,508 | |
| 2127 | Haz Material Remediation / Chlordane | | | | | | | | | | | | | |
| | Original Building Contract Ph1 | FERMA | B Kennedy | 01/10/02 | 02/08/02 | 48506 | 1,367,500 | | 1,367,500 | | | 2001-03 | 1,651,631 | EA request is plus 20% |
| | Additional Chlordane removal, T&M work to firm up estimates. | FERMA | B Kennedy | 06/04/02 | | 9 | | 100,000 | 100,000 | 04/30/02 | 05/17/02 | FDRP1-9 | 100,000 | T & M work required to confirm estimates & scope. |
| | Additional Chlordane removal, T&M work to firm up estimates second round | FERMA | B Kennedy | 06/14/02 | | 10 | | 250,000 | 250,000 | 05/30/02 | 05/30/02 | FDRP1-10 | 250,000 | T & M work required to confirm estimates & scope second round of funding. |
| | Additional Chlordane removal, T&M work to firm up estimates Stock Pile Hauling | FERMA | B Kennedy | 06/27/02 | | | | 300,000 | 300,000 | 06/27/02 | 06/27/02 | FDRP1-13 | 300,000 | T & M work required to remove the stock piles. |
| Subtotal | | | | | | | 1,367,500 | 650,000 | 2,017,500 | | | | 2,301,631 | |
| 2128 | Haz Material Remediation / Asbestos | | | | | | | | | | | | | |
| | Original Building Contract Ph1 | FERMA | B Kennedy | 01/10/02 | 02/08/02 | 48506 | 1,083,680 | | 1,083,680 | | | 2001-03 | 1,308,841 | EA request is plus 20% |
| | Asbestos pipe removal | FERMA | B Kennedy | 05/31/02 | | 1 | | 17,518 | 17,518 | 04/30/02 | 05/17/02 | FDRP1-2 | 17,518 | Removal of Asbestos pipe (3,185/lf x $5.50/lf = $17,518). |
| | ACM Mastic Buildings | FERMA | B Kennedy | 06/14/02 | | 5 | | 2,497 | 2,497 | 6/17/02 | 06/27/02 | FDRP1-5 | 2,497 | Buildings: 900, 902, 904, 905 & 906. |
| | Undocumented Asbestos pipe removal | FERMA | B Kennedy | 06/14/02 | | 6 | | 3,251 | 3,251 | 06/17/02 | 06/27/02 | FDRP1-6 | 3,521 | Removal of Asbestos pipe (591/lf x $5.50/lf = $3,250.50). |
| Subtotal | | | | | | | 1,083,680 | 23,266 | 1,106,946 | | | | 1,332,377 | |
| 2650 | Backbone Infrastructure | | | | | | | | | | | | | |
| Subtotal | | | | | | | | | | | | | | |
| 2651 | Dewatering | | | | | | | | | | | | | |
| Subtotal | | | | | | | | | | | | | | |
| Hardcost Subtotal: | | | | | | | 5,464,600 | 702,866 | 6,167,466 | | | | 7,302,406 | |
| 4400 | Engineering Residential Phase I | BKF | B Kennedy | | | | 944,149 | | 944,149 | 05/08/02 | 05/30/02 | BKFRP1-01 | 944,149 | Original contract R-1 |
| | Staking Services | BKF | B Kennedy | 6/17/2002 | | 1 | | 41,900 | 41,900 | 05/08/02 | 06/27/02 | BKFRP1-02 | 41,900 | Staking and settlement plate monitoring |
| Subtotal | | | | | | | 944,149 | 41,900 | 986,049 | | | | 986,049 | |
| 4500 | Geotechnical Services | Treadwell & Rollo | B Kennedy | 6/17/2002 | | Original | 80,260 | | 80,260 | 06/17/02 | 06/27/02 | TRRP1-01 | 96,312 | EA request so plus 20% |
| Subtotal | | | | | | | 80,260 | 0 | 80,260 | | | | 96,312 | |
| 4550 | Environmental Consultants | | | | | | | | | | | | | |
| | Task Order ER 01-12 | ERM - West | B Turi | 7/27/2001 | | 45487 | 17,204 | | 17,204 | 07/27/01 | 11/12/01 | ERM01-12 | 17,204 | Marsh Crust Soil Investigation |
| | Task Order ER 01-13 | ERM - West | B Turi | 7/27/2001 | | 45495 | | 9,135 | 9,135 | 07/27/01 | 11/12/01 | ERM01-13 | 9,135 | Marsh Crust Soil investigation |

Exhibit 5 page 57

Change Order Status Log - Residential Phase 1

| Cost Code | Description | Vender | Submitted By | Date Initiated | Date Approved | CDC - CO Reference Number | Original Contract Amount | CO Amount of Request | Total Contract Amount | Date Initiated | Date Approved | EA Reference Number | EA Amount of Request | Notes: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Task Order ER 01-14 | ERM - West | B Kennedy | 1/9/2002 | 1/115/02 | | | 66,061 | 66,061 | 06/04/02 | | ERM01-14 | 66,061 | Implementation of SMP and Tech Support Jan to April/02 |
| | Task Order ERM-02-03A | ERM - West | B Kennedy | 6/14/2002 | 6/27/2002 | | | 58,324 | 58,324 | 06/14/02 | 06/27/02 | ERMRP1-15 | 58,324 | SMP technical support and oversight through May to Nov/02. |
| Subtotal | | | | | | | 17,204 | 133,520 | 150,724 | | | | 150,724 | |
| 4850 | Permits and Fees | | | | | | | | | | | | | |
| Subtotal | | | | | | | | | | | | | | |
| 5625 | Hazardous Waste Inspection | | | | | | | | | | | | | |
| | Original Design Contract | Winzler & Kelly | B Turi | 7/26/2001 | 9/19/2001 | 45508 | 131,000 | | 131,000 | 05/08/02 | 05/30/02 | WK01-06 | 131,000 | Hazardous material design |
| | Original On-Site testing and Inspection Contract | Winzler & Kelly | B Turi | 1/29/2002 | 3/11/2002 | 49744 | 311,316 | | 311,316 | 05/08/02 | 05/30/02 | WK02-01 | 311,316 | |
| Subtotal | | | | | | | 442,316 | | 442,316 | | | | 442,316 | |
| 5626 | Chlordane Remediation Testing and Inspection | | | | | | | | | | | | | |
| | Original Clordane testing and Inspection Contract | Winzler & Kelly | B Turi | 1/29/2002 | 3/11/2002 | 49744 | 209,770 | | 209,770 | 05/08/02 | 05/30/02 | WK02-01 | 209,770 | |
| | Task Order 9-Grid Testing | Winzler & Kelly | B Kennedy | 6/4/2002 | | TO | | 26600 | 26,600 | 06/04/02 | 06/27/02 | WK02-07 | 26,600 | 9 Grid random sampling to test Chlordane levels. |
| Subtotal | | | | | | | 209,770 | 26,600 | 236,370 | | | | 236,370 | |
| 5675 | Legal | | | | | | | | | | | | | |
| Subtotal | | | | | | | | | | | | | | |
| 9725 | General Conditions | Catellus | B Kennedy | | | | | | | 06/17/02 | 06/27/02 | CCCGC-0101 | 1,554,722 | Ongoing general conditions paid out at approximately $63,738 per month, with initial one time set up costs of ~$25,000. |
| Subtotal | | | | | | | | | | | | | 1,554,722 | |
| Grand Total: | | | | | | | 7,158,299 | 904,886 | 8,063,185 | | | | 10,768,899 | |

Exhibit 5 page 58

555102

Catellus Development Corporation
Custom Job Cost Report
AFE # 110000005
As of: 6/30/02

Page 1
Date 6/19/02

| | | | |
|---|---|---|---|
| Business Park | | | |
| Project Name: | ALAMEDA FISC & EAST HOUSING<br>PH1 DEMOLITION/INFRASTRUCTURE | | |
| City: | Alameda | | |
| State: | CA | | |
| Project Manager: | R30 KENNEDY, B. | | |
| Bldg Sq. Foot: | | | |
| Land Sq Foot: | | | |
| Coverage: | | | |
| Land Acres: | | | |
| Start Date: | 0/00/00 | | |
| Original Completion Date: | 0/00/00 | | |
| Budgeted Months to Complete: | | Actual Months: | |
| Projected Comp.Date Shell: | 0/00/00 | Weather Delays: | |
| Project Type: | 5 Fee | | |
| Projected Sale Date: | 0/00/00 | | |

| Tenants | Signed | SqFt | Rent Commence | Lease Commence | TI Completion |
|---|---|---|---|---|---|
| 1). | | | 0/00/00 | 0/00/00 | 0/00/00 |
| 2). | | | 0/00/00 | 0/00/00 | 0/00/00 |
| 3). | | | 0/00/00 | 0/00/00 | 0/00/00 |
| 4). | | | 0/00/00 | 0/00/00 | 0/00/00 |
| Additional Tenants:<br>no more tenants | | | 0/00/00 | 0/00/00 | 0/00/00 |

Tax Entity: N No Tax Entity
Tax Entity Info: Scheduled To Go In: 0/00/00
Scheduled Buy Back: 0/00/00
Current Status:

AFE Land Value:
STD Land Value:

Original Budget: 16,078,150
Approved Supplemental AFEs:

Revised Budget: 16,078,150

Construction Status:
no status texts

Exhibit 5 page 59

555103

Catellus Development ( ation
Custom Job Cost Re...t
AFE # 110000005
PROJECT NAME: PH1 DEMOLITION/INFRASTRUCTURE
As of: 6/30/02

Page 1
Date 6/19/02

| Cost Code | Item | Original Budget | Approved Supplemental | Revised Total | Total Committed | Open PO/Contract | Actual Current | Actual To Date | Remaining To Complete | Projected Final | Variance Over/Under | Projected Final Cost PSF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2125 | Bldg Demolition | 1,752,420 | | 1,752,420 | 1,752,420 | 175,242 | | 1,577,178 | 203,607 | 1,780,785 | 28,365 | |
| 2126 | Infras Demolition | 3,980,400 | | 3,980,400 | 1,261,000 | 802,090 | | 458,910 | 902,595 | 1,361,505 | 2,618,895- | |
| 2127 | Haz Rem/Chlordane | 1,367,500 | | 1,367,500 | 1,367,500 | 1,052,388 | | 315,113 | 2,652,388 | 2,967,500 | 1,600,000 | |
| 2128 | Haz Rem/Asbestos Pipe | 1,083,680 | | 1,083,680 | 1,083,680 | 109,750 | | 973,930 | 258,901 | 1,232,831 | 149,151 | |
| 2152 | Haz Rem Marsh Crust | | | | | | | | 43,750 | 43,750 | 43,750 | |
| 2650 | Backbone Infrastructure | 4,000,000 | | 4,000,000 | | | | | 4,000,000 | 4,000,000 | | |
| 2651 | Dewatering | 400,000 | | 400,000 | | | | | | | 400,000- | |
| 3990 | Contingency | 1,343,000 | | 1,343,000 | | | | | | | 1,343,000- | |
| | Total Hard Costs | 13,927,000 | | 13,927,000 | 5,464,600 | 2,139,470 | | 3,325,131 | 8,061,241 | 11,386,371 | 2,540,629- | |
| 4400 | Engineering | 730,760 | | 730,760 | 449,892 | | | 449,892 | 404,179 | 854,071 | 123,311 | |
| 4500 | Geotechnical Services | | | | | | | | 96,312 | 96,312 | 96,312 | |
| 4550 | Environmental Consultants | 197,000 | | 197,000 | 26,339 | 1,163 | | 25,176 | 320,947 | 346,123 | 149,123 | |
| 4850 | Permits | 75,000 | | 75,000 | 8,995 | | | 8,995 | 230,980 | 239,975 | 164,975 | |
| 5625 | Hazardous Waste Inspec | 530,000 | | 530,000 | 442,316 | 102,882 | | 339,434 | 191,772 | 531,206 | 1,206 | |
| 5626 | Chlor Rem Testing/Insp | | | | 209,770 | 188,793 | | 20,977 | 215,393 | 236,370 | 236,370 | |
| 5675 | Legal | | | | 37,162 | | | 37,162 | 19,771 | 56,933 | 56,933 | |
| | Total Soft Costs | 1,532,760 | | 1,532,760 | 1,174,474 | 292,838 | | 881,636 | 1,479,354 | 2,360,990 | 828,230 | |
| | Total Hard & Soft Costs | 15,459,760 | | 15,459,760 | 6,639,074 | 2,432,308 | | 4,206,767 | 9,540,595 | 13,747,361 | 1,712,399- | |
| | Total Development Costs | | | | | | | | | | | |
| 9725 | General Conditions | 618,390 | | 618,390 | 86,208 | | | 86,208 | 532,182 | 618,390 | | |
| | Total Indirect Costs | 618,390 | | 618,390 | 86,208 | | | 86,208 | 532,182 | 618,390 | | |
| | Grand Totals | 16,078,150 | | 16,078,150 | 6,725,282 | 2,432,308 | | 4,292,975 | 10,072,777 | 14,365,751 | 1,712,399- | |
| | Rent Reimbursements | | | | | | | | | | | |
| | Other Adjustments | | | | | | | | | | | |
| | Pending AFEs/Cost Adjustments | | | | | | | | | | | |
| | Adjusted Project Cost | | | | | | | | | | | |
| | Standard Cost Land Value | | | | | | | | | | | |
| | Adjusted Cost Incldg. Land | | | 16,078,150 | | | | | | 14,365,751 | | |

Exhibit 5 page 60

555104

Catellus Development ( :ation
Custom Job Cost Report
AFE # 110000005
PROJECT NAME: PH1 DEMOLITION/INFRASTRUCTURE
As of: 6/30/02

Page 1
Date 6/19/02

| Cost Code | Item | Orig Budget | Appr Suppl | Rev Total | Proj Final Prior Mth | Proj Final Current | Proj Final Changes | Var From Rev Budget | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 2125 | Bldg Demolition | 1,752,420 | | 1,752,420 | 1,755,785 | 1,780,785 | 25,000 | 28,365 | |
| 2126 | Infras Demolition | 3,980,400 | | 3,980,400 | 1,357,759 | 1,361,505 | 3,746 | 2,618,895- | |
| 2127 | Haz Rem/Chlordane | 1,367,500 | | 1,367,500 | 2,967,500 | 2,967,500 | | 1,600,000 | |
| 2128 | Haz Rem/Asbestos Pipe | 1,083,680 | | 1,083,680 | 1,207,821 | 1,232,831 | 25,010 | 149,151 | |
| 2152 | Haz Rem Marsh Crust | | | | 43,750 | 43,750 | | 43,750 | |
| 2650 | Backbone Infrastructure | 4,000,000 | | 4,000,000 | 4,000,000 | 4,000,000 | | | |
| 2651 | Dewatering | 400,000 | | 400,000 | | | | 400,000- | |
| 3990 | Contingency | 1,343,000 | | 1,343,000 | | | | 1,343,000- | |
| | Total Hard Costs | 13,927,000 | | 13,927,000 | 11,332,615 | 11,386,371 | 53,756 | 2,540,629- | |
| 4400 | Engineering | 730,760 | | 730,760 | 854,071 | 854,071 | | 123,311 | |
| 4500 | Geotechnical Services | | | | 96,312 | 96,312 | | 96,312 | |
| 4550 | Environmental Consultants | 197,000 | | 197,000 | 346,123 | 346,123 | | 149,123 | |
| 4850 | Permits | 75,000 | | 75,000 | 239,975 | 239,975 | | 164,975 | |
| 5625 | Hazardous Waste Inspec | 530,000 | | 530,000 | 531,206 | 531,206 | | 1,206 | |
| 5626 | Chlor Rem Testing/Insp | | | | 236,370 | 236,370 | | 236,370 | |
| 5675 | Legal | | | | 56,933 | 56,933 | | 56,933 | |
| | Total Soft Costs | 1,532,760 | | 1,532,760 | 2,360,990 | 2,360,990 | | 828,230 | |
| | Total Hard & Soft Costs | 15,459,760 | | 15,459,760 | 13,693,605 | 13,747,361 | 53,756 | 1,712,399- | |
| | Total Development Costs | | | | | | | | |
| 9725 | General Conditions | 618,390 | | 618,390 | 618,390 | 618,390 | | | |
| | Total Indirect Costs | 618,390 | | 618,390 | 618,390 | 618,390 | | | G&A = 4% OF H&S COSTS |
| | Grand Totals | 16,078,150 | | 16,078,150 | 14,311,995 | 14,365,751 | 53,756 | 1,712,399- | |

Rent Reimbursements

Other Adjustments

Pending AFEs/Cost Adjustments

Adjusted Project Cost

| | Rev Total | Proj Final Current | Var From Rev Budget |
|---|---|---|---|
| Standard Cost Land Value | | | |
| Adjusted Cost Incldg. Land | 16,078,150 | 14,365,751 | 1,712,399- |

**Exhibit 5 page 61**

**Alameda Demo/Infra - Phase I Alameda SFA - BUDGET FORECAST**
**DIRECTOR: Bill Kennedy**
**Summary Projected Final Costs**

AFE BUDGET FOR: 110000005
Contractor / Vendor Committed amount:

| Description | Original Budget | Supplemental AFE | Revised Budget | Actual Paid to Date | Remaining to Complete | Projected Final | Variance vs. Revised | Notes |
|---|---|---|---|---|---|---|---|---|
| **Hard Costs** | | | | | | | | |
| 2125 - Building Demolition | 1,752,420 | | 1,752,420 | 1,577,178 | 203,607 | 1,780,785 | 28,365 | |
| 2126 - Infrastructure Demolition | 3,980,400 | | 3,980,400 | 458,910 | | 1,361,505 | (2,618,895) | |
| 2127 - Haz Rem/Chloridane | 1,367,500 | | 1,367,500 | 315,113 | | 2,967,500 | 1,600,000 | |
| 2128 - Haz Rem/Asbestos Pipe | 1,232,821 | | 1,232,821 | 973,930 | | 1,232,821 | - | |
| 2152 - Haz Rem Marsh Crust | | | | | | 43,750 | 43,750 | |
| 2155 - Haz Rem General | | | | | | - | - | |
| 2650 - Backbone infrastructure | 4,000,000 | | 4,000,000 | | 4,000,000 | 4,000,000 | - | |
| 2651 - Dewatering | 400,000 | | 400,000 | | | - | (400,000) | |
| 3990 - Hard Cost Contingency | 1,343,000 | | 1,343,000 | | - | - | (1,343,000) | |
| Total Hard Costs: | 14,076,141 | - | 14,076,141 | 3,325,131 | 8,061,230 | 11,386,361 | (2,689,780) | |
| **Soft Costs** | | | | | | | | |
| 4150 - Architecture | | | | | | | | |
| 4400 - Civil Engineering | | | - | | - | - | - | |
| 4500 - Geotechnical Services | 730,760 | | 730,760 | 402,383 | 110,366 | 512,749 | (218,011) | |
| 4550 - Environmental Consultants | - | | - | | 96,312 | 96,312 | 96,312 | Treadwell & Rollo Bid Estimate. |
| 4850 - Permits & Fees | 197,000 | | 197,000 | 25,176 | 320,947 | 346,123 | 149,123 | |
| 4895 - Other soft costs | 75,000 | | 75,000 | 8,995 | 230,980 | 239,975 | 164,975 | |
| 5600 - Printing & Misc. | - | | - | | - | - | - | |
| 5625 - Hazardous waste inspection | 530,000 | | 530,000 | 339,434 | 191,772 | 531,206 | 1,206 | |
| 5626 - Chlordane Remedation Testing and Inspection | | | - | | 236,370 | 236,370 | 236,370 | |
| Total Soft Costs: | 1,532,760 | - | 1,532,760 | 775,988 | 1,186,747 | 1,962,735 | 429,975 | |
| Total Hard & Soft Costs: | 15,608,901 | - | 15,608,901 | 4,101,119 | 9,247,977 | 13,349,096 | (2,259,806) | |
| **Development Costs** | | | | | | | | |
| 5255 - Marketing | | | - | | - | | - | |
| 5675 - Legal | | | - | | - | | - | |
| 5725 - Prepaid Leasing Commissions | | | - | 36,933 | 20,000 | 56,933 | 56,933 | |
| 5990 - Development Contingency | | | - | | - | | - | |
| 5750 - Lease up Costs | | | - | | - | | - | |
| Total Development Costs: | - | - | - | 36,933 | 20,000 | 56,933 | 56,933 | |
| **Indirect Costs** | | | | | | | | |
| 5650 - Insurance | | | | | | | | |
| 9675 - CIP / Capitalized Interest | | | - | | - | | - | |
| 9795 - Financing Costs | | | - | | - | | - | |
| 5751 - Supplemental Tax Bill | | | - | | - | | - | |
| 9700 - CIP / Capitalized Property tax | | | - | | - | | - | |
| 9715 - Project Management fees 4% HC | | | - | | 514,377 | 514,377 | 514,377 | |
| 9725 - General Contractor Fee 4% | | | - | | 228,650 | 228,650 | 228,650 | |
| 9725 - General Conditions Fee | 618,390 | | 618,390 | 86,208 | 532,182 | 618,390 | - | |
| Total Indirect Costs: | 618,390 | - | 618,390 | 86,208 | 1,275,209 | 1,361,417 | 743,027 | |
| Grand Total: | 16,227,291 | - | 16,227,291 | 4,224,260 | 10,543,186 | 14,767,446 | (1,459,846) | |

***Alameda Demo / Infra - Phase I, Alameda, CA - BUDGET FORECAST***

***DIRECTOR:** Bill Kennedy*

*5626 - Chlordane Remediation Testing and Inspection*

**AFE BUDGET FOR: 110000005**

| CE# | Description | Contract Cost Est. | CDC Cost | CCO# | City EA Request | EA# | Notes |
|---|---|---|---|---|---|---|---|
| | Contractor / Vendor: Winzler & Kelly | $ 209,770 | #49744 | | | | |
| | Task order for 9 grid testing | $ 26,600 | $ 26,600 | | $ 26,600 | | |
| | **Subtotal Change Orders/Cost Estimates** | | $ 26,600 | | $ 26,600 | | |
| | **Potential / Unforseen / Other Costs:** | | | | | | |
| | **Subtotal Potential / Unforseen / Other Costs** | | $ - | | $ - | | |

| CE# | Description | Contract Cost Est. | CDC Cost | CCO# | City EA Request | EA# | Notes |
|---|---|---|---|---|---|---|---|
| | Contractor / Vendor: | | | | | | |
| | **Subtotal Change Orders/Cost Estimates** | | $ - | | $ - | | |
| | **Potential / Unforseen / Other Costs:** | | | | | | |
| | **Subtotal Potential / Unforseen / Other Costs** | | $ - | | $ - | | |

| CE# | | Contract | | | City EA Request | EA# | Notes |
|---|---|---|---|---|---|---|---|
| | Contractor / Vendor: | | | | | | |
| | **Subtotal Change Orders/Cost Estimates** | | $ - | | $ - | | |
| | **Potential / Unforseen / Other Costs:** | | | | | | |
| | **Subtotal Potential / Unforseen / Other Costs** | | $ - | | $ - | | |

| | | | | |
|---|---|---|---|---|
| ***TOTAL CONTRACTS - AMOUNT*** | | $ 209,770 | | |
| **TOTAL Change Orders/Cost Estimates** | | $ 26,600 | | |
| **TOTAL Potential / Unforseen / Other Costs** | | $ - | | |
| ***FORECASTED COST TO COMPLETE*** | | $ 236,370 | | |
| ***TOTAL TENANT REIMBURSEMENT*** | | | | $ 236,370 |
| **Cash Reimbursement from Tenant** | | | | |
| **Rent Reimbursement from Tenant** | | | | |

# VENDOR CHANGE ORDER APPROVAL EXECUTION
For Capital Expenditures (AFE) Only – (Revised May. '01)

| | | | | |
|---|---|---|---|---|
| ..OJECT NAME: | Residential Demo. Phase 1 | LOCATION: | Alameda, CA | |
| VENDOR NAME: | Winzler & Kelly | VENDOR NO.: | | |
| AFE/JOB NO.: | 11000005 (AKA 110000005) | COST CODE: | 5626 | |
| COMPANY NO.: | 200 | FILE NO.: P - | | |
| CONTRACT NO.: | 49744 | CHANGE ORDER AMOUNT: | $ | 26,600.00 |
| DESCRIPTION: | Change Order #01 | ORIGINATOR: | Shelli Longfield | |

| | ADMIN SENT | ROUTING | DIRECTION | DATE |
|---|---|---|---|---|
| AFE is included in the scope of work | PO | 6/30/02 | | |
| Document Prepared – Internal/External | PO | 6/30/02 | | |
| Bid Policy Compliance | N/A | N/A | N/A | N/A |
| 'al Legal Approval | N/A | N/A | N/A | N/A |
| Vendor Execution | PO | 7/16/02 | CB | 7/16/02 |
| Final Legal Approval (if necessary) | N/A | N/A | N/A | N/A |
| Final Vendor Initials (if applicable) | N/A | N/A | N/A | N/A |
| Approval of Terms and Conditions | SL | 7/19/02 | BK | 7/18/02 |
| Execution | SL | 7/19/02 | BK JVS | 7/18/02 7/30/02 |
| Insurance Certificate Received | N/A | N/A | N/A | N/A |
| Accounting Records/Review | | SDL | KB | 8-2-02 |
| Duplicate Original Sent to Vendor | | SDL | W+K | 8-2-02 |
| Duplicate Copy Sent to Title and Escrow | | SDL | EM | 8.2.02 |

Explanations for any noncompliance:

CATELLUS

ORIGINAL

## AGREEMENT CHANGE ORDER

DATE: 6/30/2002

VENDOR: Winzler & Kelly

CHANGE ORDER NUMBER: 01
CONTRACT NUMBER: 49744
AFE #/ JOB NUMBER: 11000005
COST CODE: 5626

PROJECT: Residential Demolition Phase I

DEVELOPMENT: Alameda FISC R-1

DESCRIPTION OF CHANGE:
Incorporate the following changes into the agreement for the above-mentioned project: Authorization for funds in the amount of $26,600.00 is being requested for testing services to evaluate the extent of Chlordane remediation necessary for Residential Phase I project.

TOTAL $26,600

| | |
|---|---|
| Original agreement amount: | $ 209,770 |
| Previously approved changes: | $ 0 |
| Previous agreement amount: | $ 209,770 |
| Amount of change order # : | $ 26,600 |
| Revised agreement amount: | $ 236,370 |

Authorized:
CATELLUS DEVELOPMENT CORPORATION
a Delaware corporation

BK [signature]

By: [signature]
Bill Kennedy
Director of Construction Services
Date: 7/18/02

By: [signature]
Jim Van Sickle
Associate Vice President, Construction Services
Date: 7/22/02

Contractor:

By: [signature]

Date: 7/16/02

CATELLUS DEVELOPMENT CORPORATION
1999 HARRISON STREET, SUITE 2150, OAKLAND, CA 94612
(510) 267-0646 / FAX: 510 267-0937

WINZLER & KELLY
CONSULTING ENGINEERS

REMIT TO:
633 Third Street
Eureka, CA 95501

417 Montgomery Street, Suite 600, San Francisco, CA 94104-1100 / tel 415.283.4970 / fax 415.283.4980

CATELLUS COMMERCIAL GROUP LLC
1999 HARRISON ST SUITE 2150
OAKLAND, CA. 94612

Invoice # : 1121
Invoice Date : 10/24/2002
Project : 01336602

**Attention: MR BILL KENNEDY**

**Billing Period through: 9/30/2002**

ALAMEDA NAVAL AIR STATION
Task Order/Reference #s Unavailable as of 4/19/02

PHASE 031 - CHLORDANE OBSERVATION

| | |
|---|---|
| Total Project Fee Authorized | 209,770.00 |
| Percent Complete as of 10/25/2002 | 100.00 |
| Fee Earned To Date | 209,770.00 |
| Less Previous Billings | 199,281.50 |
| Current Billing Amount | 10,488.50 |
| **Amount Due This Invoice:** | **10,488.50** |

CHARLES R BOVE

Approval:__________________
Date:__________________
Print Name:__________________
Approve on invoice only.
BUDGETED ☐ UNBUDGETED ☐

Exhibit 5 page 66

CATELLUS

For Job Cost

# ACCOUNTS PAYABLE APRON

*This form is for AFE expenditures ONLY Use the regular Accounts Payable Apron for Regular A/P for all others.* Version Date 01/07/02

For A/P use only -- do not mark OCT 2 8 2002 2 87817

DOC# 327854 BY SCH

For A/P use only -- do not mark
VENDOR NUMBER: 78667

VENDOR NAME: Treadwell & Rollo

INVOICE NUMBER: (limit 15 characters) ~~00~~95046 ✓

INVOICE AMOUNT: $ 5,832.30

INVOICE DATE: 10/11/02

CHECK REMARK: (limit 13 characters) Proj: 2310.06

CHECK SHOULD BE MAILED OUT BY A/P TO VENDOR VIA REGULAR U.S. MAIL SERVICE:
☑ Yes ☐ No; Form 9088 is attached.

*NOTE For each row below, fill out Co Number, columns A, B, & C (with D optional) OR columns E (with F and G optional) Amount is always required*

| Co. Number | (A) AFE Number | (B) Cost Type | (C) Cost Code | (D) Subledger (limit 8 char) | Sub Type | OR (E) Contract Number | (F) Change Order | (G) Cost Code | Amount | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|
| 800 | 110000005 | | | | X | 56531 | 1 | 1 | $ 5,832.30 | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |
| | | | | | X | | | | | |

TOTAL: $ 5,832.30

| | | Date |
|---|---|---|
| Preparer: | Karen M. Bey | 10/22/02 |
| Manager / Director: | *Please sign/approve on invoice only* | |
| VP/SVP (if required): | *Please sign/approve on invoice only* | |
| Project Accountant: | KBey | 10/22/02 |

Treadwell&Rollo

# Invoice

October 11, 2002
Project No: 2310 06
Invoice No: 0095046

Mr Bill Kennedy
Cattellus Development Corporation
1999 Harrison Street, Suite 2150
Oakland, CA 94612

RECEIVED
OCT 16 2002

PROGRESS BILLING NO. 8
GEOTECHNICAL SERVICES DURING DEMOLITION
FISC/EAST HOUSING RESIDENTIAL DEVELOPMENT
ALAMEDA, CALIFORNIA

Contract No (None assigned)
Change Order No 1

**Professional services from August 24, 2002 to September 27, 2002**

Task: 0100 Plan Review and Consultation
Description: Services provided during this period included 1) reviewing the results of the settlement plate monitoring performed by BKF Engineers, 2) consulting with the project team via phone and e-mail regarding stabilization options for soft subgrade areas; erosion control, and the results of Class 2 aggregate base specification compliance testing; and 3) project management.

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| C S Shields | 2 50 | 185 00 | 462.50 | |
| D A. Mack | 7 00 | 110 00 | 770.00 | |
| A Blaisdell | 2.00 | 88 00 | 176 00 | |
| M F Pinheiro | 6 50 | 88.00 | 572.00 | |
| Graphics | 7 50 | 85.00 | 637 50 | |
| Technical Assistant | 1 20 | 85 00 | 102.00 | |
| **Total Labor** | | | | **2,720.00** |

**Reimbursable Expenses**

| | | | | |
|---|---|---|---|---|
| Golden State Overnight | Inv.# 648778 dated 08-31-02 | | 14.30 | |
| **Total Reimbursables** | | **1.15 times** | **14.30** | **16.45** |

**Total this task** **$2,736.45**

* Documentation provided



**Treadwell & Rollo, Inc.** *Environmental & Geotechnical Consultants*
555 Montgomery Street, Suite 1300, San Francisco, CA 94111
Telephone (415) 955-9040 Facsimile (415) 955-9041

**Treadwell&Rollo**

Project 2310 06 FISC/East Housing Residential Developt. Invoice No: 0095046

Task 0200 On-site Observation and Testing
Description Services during this period consisted of part-time observation and testing during fill and backfill placement and rough site grading. In addition, we set lath around the soft subgrade areas at the site so that these areas could be surveyed by BKF Engineers

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| A Blaisdell | 15.50 | 88.00 | 1,364.00 | |
| T M. Rubeo | 4.50 | 80.00 | 360.00 | |
| **Total Labor** | | | | **1,724.00** |

**Reimbursable Expenses**

| | | | |
|---|---|---|---|
| California Surveying and Drafting* | | 85.52 | |
| **Total Reimbursables** | **1.15 times** | **85.52** | **98.35** |

**Unit Billing**

| | | | |
|---|---|---|---|
| Field Vehicle | 20.00 Hours @ 12.50 | 250 00 | |
| Nuclear Mois/Den. Gauge | 15.00 Hours @ 12 50 | 187.50 | |
| **Total Units** | **1.0 times** | **437.50** | **437.50** |

**Total this task** **$2,259.85**

Task 0400 Chlordane Related Activities
Description: Services during this period consisted of consulting with Catellus and Harris & Associates regarding the concept of soil shrinkage and off-haul and import soil quantities.

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| D A. Mack | 6.00 | 110 00 | 660.00 | |
| A Blaisdell | 2.00 | 88 00 | 176.00 | |
| **Total Labor** | | | | **836.00** |

**Total this task** **$836.00**

**Total this invoice** **$5,832.30**

**Outstanding Invoices**

| Number | Date | Balance |
|---|---|---|
| 0092967 | 3/5/02 | 11,426.56 |
| 0093368 | 4/11/02 | 11,099 34 |
| 0093614 | 5/9/02 | 5,804.17 |
| 0093954 | 6/10/02 | 7,877.12 |
| 0094188 | 7/10/02 | 5,104.81 |
| 0094529 | 8/9/02 | 7,463 20 |
| 0094762 | 9/5/02 | 4,279.50 |
| **Total Past Due** | | **53,054.70** |

Approval: [signature]
Date: 10/24/02
Print Name: Bill Kerner
Approve on invoice only.
BUDGETED ☑ UNBUDGETED ☐

**TOTAL DUE THIS ACCOUNT** **$58,887.00**

* Documentation provided

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

ERM

30 July 2002

Mr. Bill Kennedy
Construction Manager
Catellus Development Corporation
1999 Harrison Street, Suite 2150
Oakland, California 94612

Subject: Organochlorine-Pesticide Related Project Costs
ERM Projects #4740.00 and 3421.00
Catellus Task Orders ERM-01-01
ERM-02-09
ERM-02-03

Dear Bill:

Pursuant to your request, ERM has reviewed our invoiced project costs associated with the above referenced Task Orders for the period of 1 October 2001 through 31 June 2002. The purpose of this submittal is to quantify costs related directly to organochlorine pesticide (OCP) contamination in soil at the former Alameda Point East Housing Area.

Attached you will find copies of the following documentation supporting the cost allocation:

- Monthly invoices and invoice cover letters submitted to Catellus for payment, showing project costs and describing the scope of monthly activities;

- An Organochlorine-Pesticide Related Cost Summary spreadsheet summarizing hourly billing charges and subcontractor costs related to OCPs in soil, and quantifying the fraction of total costs associated with OCP removal activities;

- Subcontractor invoices from Equipco and Air Toxics Ltd. associated with OCP-related air sampling.

Please do not hesitate to contact me at (925) 946-0455 should you have any questions regarding this submittal.

Sincerely,

Michael A. Blanchard
*Project Engineer*

MAB/4740.00
Enclosures

cc: ✓Philip Owen, Catellus Development Corporation
Sandy Stevens, Catellus Development Corporation
Bill Frink, Harris and Associates
Darrell Handy, City of Alameda
Doug Cole, City of Alameda

***Organochlorine-Pesticide Related Cost Summary***
***1 October 2001 - 31 June 2002***
***Catellus Development Corporation***

| Invoice | Task Order | Invoice month | Personnel / Subcontractor | OCP-related hours | Billing Rate | OCP-related Subtotal | Fraction of total invoice |
|---|---|---|---|---|---|---|---|
| 0092733 | ERM-01-01D/01F | October - November 2001 | Mike Quillin | 12 | $141 | $1,692.00 | 9% |
| | | | Admin | 2 | $40 | $80.00 | |
| 0092951 | ERM-01-01D/01F | December 2001 | Mike Quillin | 8 | $141 | $1,128.00 | 34% |
| | | | Mike Blanchard | 40 | $78 | $3,120.00 | |
| | | | Robin Streeter | 1 | $119 | $119.00 | |
| | | | Liza Medina | 4 | $55 | $220.00 | |
| 0093200 | ERM-01-01E/01F | January 2002 | Mike Quillin | 12.5 | $146 | $1,825.00 | 45% |
| | | | Amy Grant | 12 | $87 | $1,044.00 | |
| | | | Mike Blanchard | 44.5 | $80 | $3,560.00 | |
| | | | Admin | 3 | $42 | $126.00 | |
| 0093199 | ERM-02-03 | January 2002 | Mike Quillin | 5.5 | $146 | $803.00 | 31% |
| | | | Chris Watrous | 15 | $92 | $1,380.00 | |
| | | | Monte Alves | 14 | $80 | $1,120.00 | |
| | | | Mike Blanchard | 10 | $80 | $800.00 | |
| | | | Liza Medina | 1 | $57 | $57.00 | |
| 0093650 | ERM-02-09 | February - March 2002 | Mike Quillin | 28 | $146 | $4,088.00 | 28% |
| | | | James McLaughlin | 7.5 | $123 | $922.50 | |
| | | | Mike Blanchard | 8 | $80 | $640.00 | |
| | | | Danielle Nest | 8 | $65 | $520.00 | |
| | | | Michele Martinez | 9 | $57 | $513.00 | |
| 0093425 | ERM-02-03 | February 2002 | Mike Quillin | 8 | $146 | $1,168.00 | 49% |
| | | | Chris Watrous | 16 | $92 | $1,472.00 | |
| | | | Monte Alves | 6.5 | $80 | $520.00 | |
| | | | Mike Blanchard | 24.5 | $80 | $1,960.00 | |
| | | | Equipco | | | $230.00 | |
| 0093646 | ERM-02-03 | March 2002 | Mike Quillin | 5 | $146 | $730.00 | 21% |
| | | | James McLaughlin | 17.5 | $92 | $1,610.00 | |
| | | | Mike Blanchard | 5.5 | $80 | $440.00 | |
| | | | Michele Martinez | 4 | $57 | $228.00 | |
| 0093895 | ERM-02-09 | April 2002 | Mike Quillin | 7.5 | $146 | $1,095.00 | 21% |
| | | | Admin | 2 | $42 | $84.00 | |

*Organochlorine-Pesticide Related Cost Summary*
*1 October 2001 - 31 June 2002*
*Catellus Development Corporation*

| Invoice | Task Order | Invoice month | Personnel / Subcontractor | OCP-related hours | Billing Rate | OCP-related Subtotal | Fraction of total invoice |
|---|---|---|---|---|---|---|---|
| | | | Mike Quillin | 8 | $146 | $1,168.00 | |
| | | | James McLaughlin | 5 | $92 | $460.00 | |
| 0093938 | ERM-02-03 | April 2002 | Mike Blanchard | 23.5 | $80 | $1,880.00 | 23% |
| | | | Air Toxics Ltd | | | $2,051.56 | |
| | | | Equipco | | | $575.00 | |
| | | | Mike Quillin | 5 | $146 | $730.00 | |
| 0094184 | ERM-02-09 | May 2002 | Amy Grant | 0.5 | $87 | $43.50 | 6% |
| | | | Michele Martinez | 2 | $57 | $114.00 | |
| | | | Mike Quillin | 12 | $146 | $1,752.00 | |
| | | | Mike Blanchard | 22 | $80 | $1,760.00 | |
| 0094179 | ERM-02-03 | May 2002 | Michele Martinez | 4 | $57 | $228.00 | 31% |
| | | | Equipco | | | $189.75 | |
| | | | Air Toxics Ltd. | | | $550.00 | |
| | | | Mike Quillin | 10 | $146 | $1,460.00 | |
| 0094510 | ERM-02-09 | June 2002 | Robin Streeter | 3 | $123 | $369.00 | 45% |
| | | | Admin | 2 | $42 | $84.00 | |
| | | | Mike Quillin | 12 | $146 | $1,752.00 | |
| 0094503 | ERM-02-03A | June 2002 | Don Ludlam | 1 | $87 | $87.00 | 40% |
| | | | Mike Blanchard | 25 | $80 | $2,000.00 | |
| | | | Air Toxics Ltd. | | | $690.00 | |

***Related Project Costs:***

| | | | |
|---|---|---|---|
| Health and Safety | October '01 - June '02 | 2% of labor | $939.04 |
| Communications | October '01 - June '02 | 4% of labor | $1,878.08 |

| *TOTAL OCP-RELATED COSTS* | *$54,055.43* |
|---|---|

COPY

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

ERM

31 December 2001

Ms. Sandy Stevens
Associate Vice President, Environmental Services
Catellus Development Corporation
201 Mission Street, Second Floor
San Francisco, California 94105

Subject: October/November 2001 Invoice Submittal
Alameda FISC Project
Task Order No. ERM-01-01D/01F
Catellus AFE 11000001

Dear Sandy:

This letter transmits our invoice for October and November 2001 activities performed in association with the Alameda FISC project. The activities covered by this billing period include:

- Planning for and attending the 9 October and 13 November 2001 meetings of the FISC Alameda Annex/Alameda Facilities and Alameda Point Restoration Advisory Board (RAB) and BRAC Closure Team (BCT);
- Continuing to assist the City of Alameda in addressing potential pesticides issues at the Alameda Point East Housing Area;
- Assisting the City of Alameda in addressing development concerns raised by EBMUD, particularly in association with IR Site 02;
- Meeting with representatives of Arc Ecology on 15 November 2001 to address comments on the Draft Site Management Plan (SMP);
- Addressing comments of Arc Ecology and City of Alameda representatives on the SMP and initiating preparation of the Draft Final SMP;
- Providing a preliminary evaluation of the Ferma project workplan for site demolition; and
- Project oversight.

**Exhibit 5 page 74**

A summary of project costs associated with current Catellus task orders and a budget summary are presented in the following table.

Environmental
Resources
Management

| Catellus Task Order | Description | Invoice Amount | Remaining Task Order Budget |
|---|---|---|---|
| ERM-01-01D | FISC Technical Assistance, June - December 2001 | $ 4,312.27 | $ 5,683.11 |
| ERM-01-01E | FISC Technical Assistance, January - June 2002 | $ 0 | $ 28,526.00 |
| ERM-01-01F | Revisions to SMP/Ferma Chlordane Workplan | $ 16,033.97 | $ 19,181.03 |
| | TOTAL | $ 20,346.24 | $ 53,390.14 |

Please contact me with any questions or comments regarding the invoice. Thank you for the opportunity to assist Catellus with this project.

Sincerely,

Michael E. Quillin, R.G.
*Principal*

MEQ/meq/3421.00
Enclosure
cc: Mr. Mark Ransom, ERM

ERM

ERM-West, Inc.

1777 Botelho Drive - Suite 260 - Walnut Creek, CA 94596-5042 - (925) 946-0455 - Fax (925) 946-9968

December 31, 2001
Project No: 003421.00
Invoice No: 0092733

Ms. Sandra Stevens
Catellus Development Corporation
201 Mission Street, 2nd floor
San Francisco CA 94105

Project: 003421.00 Technical Support, Alameda FISC

Catellus Vendor # 76257
Task Order Number: ERM-01-01D/01F
Ref: Catellus AFE 11000001

**Professional Services: October 1, 2001 through November 30, 2001**

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Principal Engineer/Geologist/Scientist | | | | |
| Quillin, Michael E. | 72.50 | 141.00 | 10,222.50 | |
| Program Director | | | | |
| Streeter, Robin | 9.00 | 119.00 | 1,071.00 | |
| Project Engineer/Geologist/Scientist II | | | | |
| Estrada, Johnet | 1.50 | 84.00 | 126.00 | |
| Grant, Amy | 8.00 | 84.00 | 672.00 | |
| Project Engineer/Geologist/Scientist I | | | | |
| Blanchard, Michael A. | 68.00 | 78.00 | 5,304.00 | |
| Staff Engineer/Geologist/Scientist III | | | | |
| Grimm, Regina | 5.00 | 68.00 | 340.00 | |
| Project Facilitator | 9.00 | 55.00 | 495.00 | |
| Administrative Support | 6.00 | 40.00 | 240.00 | |
| Totals | 179.00 | | 18,470.50 | |
| **Total Labor** | | | | **18,470.50** |

**Reimbursable Expenses**

| | | |
|---|---|---|
| Auto Expenses & Rental | 53.48 | |
| Computer Expense | 92.58 | |
| Postage & Delivery | 92.52 | |
| **Total Reimbursables** | **238.58** | **238.58** |

**Unit Billing**

| | | | | |
|---|---|---|---|---|
| 10/31/01 | AutoCAD Computer Charges | 1.00 Charge @ 25.00 | 25.00 | |
| Color Copies 11x17 | | | 57.75 | |
| Color Copies 8.5x11 - T&M | | | 15.00 | |
| 10/31/01 | Computer Charges | 78.50 Charges @ 10.00 | 785.00 | |
| 11/30/01 | Computer Charges | 38.50 Charges @ 10.00 | 385.00 | |
| | **Total Unit Billing** | | **1,267.75** | **1,267.75** |

Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

ERM-West, Inc.

1777 Botelho Drive - Suite 260 - Walnut Creek, CA 94596-5042 - (925) 946-0455 - Fax (925) 946-9968

ERM

Project: 003421.00 Technical Support, Alameda FISC Invoice No: 0092733

| | | | |
|---|---|---|---|
| **Other Expenses** | | | |
| Communications Charge | 2.00% of 18,470.50 | 369.41 | |
| **Total Other Expenses** | | **369.41** | **369.41** |
| | | **Total this invoice** | **$20,346.24** |



Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

COPY

ERM

28 January 2002

Ms. Sandy Stevens
Associate Vice President, Environmental Services
Catellus Development Corporation
201 Mission Street, Second Floor
San Francisco, California 94105

Subject: December 2001 Invoice Submittal
Alameda FISC Project
Task Order No. ERM-01-01D/01F
Catellus AFE 11000001

Dear Sandy:

This letter transmits our invoice for December 2001 activities performed in association with the Alameda FISC project. The activities covered by this billing period include:

- Review of closure documentation on IR Sites 02 and 04/06 provided by the Navy's subcontractor, Tetra Tech EM, Inc.;
- Assisting the City of Alameda in addressing development concerns for the FISC and East Housing raised by EBMUD, including a 20 December meeting with EBMUD officials at Alameda Point;
- Formalizing a response to comments on the *Site Management Plan* (SMP) provided by Arc Ecology;
- Finalizing a draft version of the SMP pursuant to comments provided by the Catellus/City team and Arc Ecology, and submitting it to DTSC for review and approval;
- Preparing an internal draft version of the Demolition and Organochlorine Pesticides Removal Workplan for review by the Catellus/City team;
- Developing with the Catellus/City team a scope of work for overseeing implementation of the SMP; and
- Project oversight.

Environmental
Resources
Management

A summary of project costs associated with current Catellus task orders and a budget summary are presented in the following table.

| Catellus Task Order | Description | Invoice Amount | Remaining Task Order Budget |
|---|---|---|---|
| ERM-01-01D | FISC Technical Assistance, June - December 2001 | $ 5,026.56 | $ 656.55 |
| ERM-01-01E | FISC Technical Assistance, January - June 2002 | $ 0 | $ 28,526.00 |
| ERM-01-01F | Revisions to SMP/Ferma Chlordane Workplan | $ 8,469.78 | $ 10,711.25 |
| | TOTAL | $ 13,496.34 | $ 39,893.80 |

You will note that the term for Catellus Task Order ERM-01-01D is now complete; we do not anticipate any further billings against that task order. Future billings for overall technical assistance during the period January through June 2002, consistent with our historical support, will be billed against Task Order ERM-01-01E.

Please contact me with any questions or comments regarding the invoice. Thank you for the opportunity to assist Catellus with this project.

Sincerely,

Michael E. Quillin, R.G.
*Principal*

MEQ/meq/3421.00
Enclosure
cc: Mr. Mark Ransom, ERM

ERM-West, Inc.

1777 Botelho Drive - Suite 260 - Walnut Creek, CA 94596-5042 - (925) 946-0455 - Fax (925) 946-9968

ERM

January 28, 2002
Project No: 003421.00
Invoice No: 0092951

Ms. Sandra Stevens
Catellus Development Corporation
201 Mission Street, 2nd floor
San Francisco, CA 94105

Project: 003421.00 Technical Support, Alameda FISC

Catellus Vendor No. 76257
Task Order Number: ERM-01-01D/01F
Ref: Catellus AFE 11000001

**Professional Services: December 1, 2001 through December 31, 2001**

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Principal Engineer/Geologist/Scientist | | | | |
| Quillin, Michael E. | 43.00 | 141.00 | 6,063.00 | |
| Program Director | | | | |
| Streeter, Robin | 1.00 | 119.00 | 119.00 | |
| Senior Engineer/Geologist/Scientist I | | | | |
| Lind, Deborah | 1.00 | 93.00 | 93.00 | |
| Project Engineer/Geologist/Scientist II | | | | |
| Grant, Amy | 2.50 | 84.00 | 210.00 | |
| Ludlam, Donald | 0.50 | 84.00 | 42.00 | |
| Project Engineer/Geologist/Scientist I | | | | |
| Blanchard, Michael A. | 59.00 | 78.00 | 4,602.00 | |
| Project Facilitator | | | | |
| Martinez, Michele L. | 2.50 | 55.00 | 137.50 | |
| Medina, Liza H. | 8.50 | 55.00 | 467.50 | |
| Parks, Lynn M | 0.50 | 55.00 | 27.50 | |
| Administrative Support | | | | |
| Bonomi, Beverley | 1.00 | 40.00 | 40.00 | |
| Chavez, Gena S. | 1.00 | 40.00 | 40.00 | |
| Price, Annie | 0.50 | 40.00 | 20.00 | |
| Volgamore, Katrina | 0.50 | 40.00 | 20.00 | |
| Intern / Clerk | | | | |
| Christie, Nicole | 0.50 | 24.00 | 12.00 | |
| Totals | 122.00 | | 11,893.50 | |
| **Total Labor** | | | | **11,893.50** |

**Reimbursable Expenses**

| | | | |
|---|---|---|---|
| Auto Expenses & Rental | | 17.83 | |
| Economy Bond | | 6.90 | |
| Federal Express | Postage & Delivery | 366.64 | |
| **Total Reimbursables** | | **391.37** | **391.37** |

Exhibit 5 page 80

Terms: Net 30 days -- Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

COPY

ERM

28 February 2002

Ms. Sandy Stevens
Associate Vice President, Environmental Services
Catellus Development Corporation
201 Mission Street, Second Floor
San Francisco, California 94105

Subject: January 2002 Invoice Submittal
Alameda FISC Project
Task Order No. ERM-01-01E/01F
Catellus AFE 11000001

Dear Sandy:

This letter transmits our invoice for January 2002 activities performed in association with the Alameda FISC project. The activities covered by this billing period include:

- Preparation for and participation in the 8 January 2002 meetings of the FISC Restoration Advisory Board (RAB) and BRAC Closure Team (BCT);
- Revising the *Demolition and Organochlorine Pesticide Removal Workplan* pursuant to Catellus/City of Alameda team (Team) input and preparing it for distribution to the Department of Toxic Substances Control;
- Assisting the Team with assigning costs associated with proposed chlordane removal at the Alameda Point East Housing Area (EHA);
- Continuing to assist the Team in coordinating with representatives of EBMUD regarding environmental issues at the FISC and EHA; and
- Project oversight.

A summary of project costs associated with current Catellus task orders and a budget summary are presented in the following table.

| Catellus Task Order | Description | Invoice Amount | Remaining Task Order Budget |
|---|---|---|---|
| ERM-01-01D | FISC Technical Assistance, June – December 2001 | $ 0 | $ 653.10 |
| ERM-01-01E | FISC Technical Assistance, January – June 2002 | $ 6,255.44 | $ 22,270.56 |
| ERM-01-01F | Revisions to SMP/Ferma Chlordane Workplan | $ 8,281.59 | $ 2,426.21 |
| | TOTAL | $ 14,537.03 | $ 25,349.87 |

Please contact me with any questions or comments regarding the invoice. Thank you for the opportunity to assist Catellus with this project.

Sincerely,

Michael E. Quillin, R.G.
*Principal*

MEQ/meq/3421.00
Enclosure
cc: Mr. Mark Ransom, ERM

ERM

ERM-West, Inc.

1777 Botelho Drive - Suite 260 - Walnut Creek, CA 94596-5042 - (925) 946-0455 - Fax (925) 946-9968

February 28, 2002
Project No: 003421.00
Invoice No: 0093200

Ms. Sandra Stevens
Catellus Development Corporation
201 Mission Street, 2nd floor
San Francisco, CA 94105

Project . 003421.00 Technical Support, Alameda FISC

Catellus Vendor No. 76257
Task Order Number: ERM-01-01E/01F
Ref: Catellus AFE 11000001

**Professional Services: January 1, 2002 through January 31, 2002**

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Principal Engineer/Geologist/Scientist | | | | |
| Quillin, Michael E. | 42.50 | 146.00 | 6,205.00 | |
| Program Director | | | | |
| Streeter, Robin | 2.00 | 123.00 | 246.00 | |
| Project Engineer/Geologist/Scientist II | | | | |
| Grant, Amy | 20.00 | 87.00 | 1,740.00 | |
| Ludlam, Donald | 2.50 | 87.00 | 217.50 | |
| Olson, Renee | 0.50 | 87.00 | 43.50 | |
| Project Engineer/Geologist/Scientist I | | | | |
| Blanchard, Michael A. | 51.00 | 80.00 | 4,080.00 | |
| Project Facilitator | | | | |
| Medina, Liza H. | 2.00 | 57.00 | 114.00 | |
| Parks, Lynn M | 2.50 | 57.00 | 142.50 | |
| Administrative Support | | | | |
| Bonomi, Beverley | 3.00 | 42.00 | 126.00 | |
| Chavez, Gena S. | 0.50 | 42.00 | 21.00 | |
| Price, Annie | 0.50 | 42.00 | 21.00 | |
| Volgamore, Katrina | 1.00 | 42.00 | 42.00 | |
| Intern / Clerk | | | | |
| Christie, Nicole | 3.50 | 25.00 | 87.50 | |
| Totals | 131.50 | | 13,086.00 | |
| **Total Labor** | | | | **13,086.00** |

**Reimbursable Expenses**

| | | | |
|---|---|---|---|
| Federal Express | Postage & Delivery | 187.31 | |
| **Total Reimbursables** | | **187.31** | **187.31** |

**Unit Billing**

| | | | |
|---|---|---|---|
| 1/31/02 | AutoCAD Computer Charges | 3.00 Charges @ 25.00 | 75.00 |
| Color Copies 11x17 | | | 10.50 |
| Color Copies 11x17 | | | 5.25 |
| Color Copies 11x17 | | | 17.50 |

Exhibit 5 page 83

ERM

ERM-West, Inc.

1777 Botelho Drive - Suite 260 - Walnut Creek, CA 94596-5042 - (925) 946-0455 - Fax (925) 946-9968

| Project: 003421.00 | Catellus Development Corp. | | Invoice No: 0093200 | |
|---|---|---|---|---|
| Color Copies 8.5x11 | | | 1.25 | |
| Color Copies 8.5x11 | | | 2.50 | |
| Color Copies 8.5x11 | | | 1.25 | |
| Color Copies 8.5x11 | | | 12.50 | |
| Color Copies 8.5x11 | | | 1.25 | |
| 1/31/02 | Computer Charges | 87.50 Charges @ 10.00 | 875.00 | |
| | **Total Unit Billing** | | **1,002.00** | **1,002.00** |
| **Other Expenses** | | | | |
| Communications Charge | | 2.00% of 13,086.00 | 261.72 | |
| | **Total Other Expenses** | | **261.72** | **261.72** |
| | | | **Total this Invoice** | **$14,537.03** |

Exhibit 5 page 84



... of 1 1/2% per month (18% Annual Rate)

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

COPY

ERM.

28 February 2002

Ms. Sandy Stevens
Associate Vice President, Environmental Services
Catellus Development Corporation
201 Mission Street, 2nd Floor
San Francisco, California 94105

Subject: January 2002 Invoice Submittal
FISC Alameda Site Management Plan Implementation
Task Order No. ERM-02-03
Invoice # 0093199

Dear Ms. Stevens:

This letter transmits our invoice for January 2002 activities performed in association with overseeing implementation of the Site Management Plan (SMP) during demolition at the former Alameda Point East Housing Area. Major activities covered by this billing period include:

- Preparing public and employee risk notification materials, and preparing and facilitating placement of a legal advertisement in local newspapers;
- Purchasing and hanging fenceline signage pursuant to the SMP and Proposition 65;
- Obtaining DTSC approval to reduce the 10-foot buffer around EHA building foundations (stipulated in the SMP) to 3 feet (as proposed in the DOCPRW);
- Preparing project management materials including a consultant task matrix, soil management flow chart, and stockpile inspection form;
- Purchasing and installing a weather station and data logger at the job site trailer for air monitoring and sampling data collection, and collecting that data weekly;
- Collecting air samples and monitoring dust emissions from the demolition during the first week of demolition activities;
- Renting and shipping an air sampling pump for the collection of OCP and polycyclic aromatic hydrocarbon air samples;

- Researching air sampling techniques and responding to an RFI from Winzler & Kelly requesting clarification of Air Monitoring Plan protocols;
- Preparing a site-specific Health and Safety Plan for ERM and Catellus employees, and having the plan reviewed and approved by a Certified Industrial Hygienist;
- Attending weekly job progress meetings; and
- Project oversight.

A summary of project costs associated with the current Catellus task order and a budget summary are presented in the following table.

| Catellus Task Order | Description | Invoice Amount | Remaining Task Order Budget |
|---|---|---|---|
| ERM-02-03 | FISC Alameda Site Management Plan Implementation January 2002 | $ 13,521.49 | $ 52,539.51 |
| | TOTAL | $ 13,521.49 | $ 52,539.51 |

Please contact me with any questions or comments regarding the invoice. Thank you for the opportunity to assist Catellus with this project.

Sincerely,

Michael A. Blanchard
*Project Engineer*

MAB/mab/4740.00
Enclosure

cc: Mr. Bill Kennedy, Catellus Construction Corporation
Mr. Mike Quillin, ERM

ERM

ERM-West, Inc.

1777 Botelho Drive - Suite 260 - Walnut Creek, CA 94596-5042 - (925) 946-0455 - Fax (925) 946-9968

February 28, 2002
Project No: 004740.00
Invoice No: 0093199

Ms. Sandra Stevens
Catellus Development Corporation
201 Mission Street, 2nd floor
San Francisco, CA 94105

Project: 004740.00 FISC Alameda Site Management Plan Implementation
Catellus Task Order No: ERM 2002-03
**Professional Services: January 1, 2002 through January 31, 2002**

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Principal Engineer/Geologist/Scientist | | | | |
| Quillin, Michael E. | 10.50 | 146.00 | 1,533.00 | |
| Senior Engineer/Geologist/Scientist II | | | | |
| Robinson, Carol J | 3.00 | 108.00 | 324.00 | |
| Project Engineer/Geologist/Scientist III | | | | |
| Watrous, Christopher B | 15.00 | 92.00 | 1,380.00 | |
| Project Engineer/Geologist/Scientist II | | | | |
| Olson, Renee | 1.00 | 87.00 | 87.00 | |
| Project Engineer/Geologist/Scientist I | | | | |
| Alves, Montgomery | 14.00 | 80.00 | 1,120.00 | |
| Blanchard, Michael A. | 93.00 | 80.00 | 7,440.00 | |
| Staff Engineer/Geologist/Scientist I | | | | |
| Nest, Danielle L | 2.00 | 65.00 | 130.00 | |
| Project Facilitator | | | | |
| Medina, Liza H. | 1.00 | 57.00 | 57.00 | |
| Administrative Support | | | | |
| Bonomi, Beverley | 0.50 | 42.00 | 21.00 | |
| Chavez, Gena S. | 0.50 | 42.00 | 21.00 | |
| Totals | 140.50 | | 12,113.00 | |
| **Total Labor** | | | | **12,113.00** |

| | | | |
|---|---|---|---|
| **Reimbursable Expenses** | | | |
| Auto Expenses & Rental | | 41.98 | |
| Equipment Exp - In House | | 95.00 | |
| Project Supplies | | 569.25 | |
| **Total Reimbursables** | | **706.23** | **706.23** |
| **Unit Billing** | | | |
| 1/31/02 AutoCAD Computer Charges | 1.00 Charge @ 25.00 | 25.00 | |
| 1/31/02 Computer Charges | 43.50 Charges @ 10.00 | 435.00 | |
| **Total Unit Billing** | | **460.00** | **460.00** |
| **Other Expenses** | | | |
| Health & Safety Charges | 2.00% of 12,113.00 | 242.26 | |
| **Total Other Expenses** | | **242.26** | **242.26** |

Exhibit 5 page 87

**Total this invoice** **$13,521.49**

Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

COPY

ERM.

28 March 2002

Ms. Sandy Stevens
Associate Vice President, Environmental Services
Catellus Development Corporation
201 Mission Street, 2nd Floor
San Francisco, California 94105

Subject: February 2002 Invoice Submittal
Alameda Point East Housing Area Demolition
Site Management Plan Implementation
Catellus Task Order No. ERM-02-03
Invoice # 0093425

Dear Ms. Stevens:

This letter transmits our invoice for February 2002 activities performed in association with implementation of the Site Management Plan (SMP) during demolition at the former Alameda Point East Housing Area. Major activities covered by this billing period include:

- Renting an air sampling pump and pump calibration equipment for the collection of asbestos air samples;
- Collecting and submitting asbestos air samples for laboratory analysis;
- Forwarding calls received by ERM from the informational hotline to Catellus;
- Finalizing the text and distribution of the employee notification bulletin;
- Providing clarification of the SMP's soil and air sampling requirements to Winzler & Kelly and Catellus;
- Finalizing a site-specific Health and Safety Plan for ERM and Catellus employees, and having the plan reviewed and approved by a Certified Industrial Hygienist;
- Attending weekly job progress meetings; and
- Project management.

A summary of project costs associated with the current Catellus task order and a budget summary are presented in the following table.

| Catellus Task Order | Description | Invoice Amount | Remaining Task Order Budget |
|---|---|---|---|
| ERM-02-03 | FISC Alameda Site Management Plan Implementation, February 2002 | $ 10,881.56 | $ 41,657.95 |

Please do not hesitate to contact me with any questions or comments regarding this invoice. Thank you for the opportunity to assist Catellus with this project.

Sincerely,

Michael A. Blanchard
*Project Engineer*

MAB/mab/4740.00
Enclosure

cc: Mr. Bill Kennedy, Catellus Construction Corporation
Mr. Mike Quillin, ERM

ERM

ERM-West, Inc.

1777 Botelho Drive - Suite 260 - Walnut Creek, CA 94596-5042 - (925) 946-0455 - Fax (925) 946-9968

March 28, 2002
Project No: 004740.00
Invoice No: 0093425

Ms. Sandra Stevens
Catellus Development Corporation
201 Mission Street, 2nd floor
San Francisco, CA 94105

Project: 004740.00 FISC Alameda Site Mgmt. Plan Implement.

Catellus Task Order No: ERM 2002-03

**Professional Services: February 1, 2002 through February 28, 2002**

**Professional Personnel**

| | **Hours** | **Rate** | **Amount** | |
|---|---|---|---|---|
| Principal Engineer/Geologist/Scientist | | | | |
| Quillin, Michael E. | 14.00 | 146.00 | 2,044.00 | |
| Senior Engineer/Geologist/Scientist II | | | | |
| Robinson, Carol J | 4.50 | 108.00 | 486.00 | |
| Project Engineer/Geologist/Scientist III | | | | |
| Watrous, Christopher B | 16.00 | 92.00 | 1,472.00 | |
| Project Engineer/Geologist/Scientist I | | | | |
| Alves, Montgomery | 6.50 | 80.00 | 520.00 | |
| Blanchard, Michael A. | 62.00 | 80.00 | 4,960.00 | |
| Project Facilitator | | | | |
| Martinez, Michele L. | 1.50 | 57.00 | 85.50 | |
| Medina, Liza H. | 1.00 | 57.00 | 57.00 | |
| Administrative Support | | | | |
| Bonomi, Beverley | 2.00 | 42.00 | 84.00 | |
| Hassan, Gena S. | 0.50 | 42.00 | 21.00 | |
| Link, Jeanie | 0.50 | 42.00 | 21.00 | |
| Intern / Clerk | | | | |
| Christie, Nicole | 1.50 | 25.00 | 37.50 | |
| Totals | 110.00 | | 9,788.00 | |
| **Total Labor** | | | | **9,788.00** |

| | | | |
|---|---|---|---|
| **Consultants** | | | |
| Asbestos TEM Laboratories, Inc. | PCM Air Sample | 36.80 | |
| **Total Consultants** | | **36.80** | **36.80** |
| **Reimbursable Expenses** | | | |
| Auto Expenses & Rental | Mileage/Mike Blanchard | 28.72 | |
| Equipco | Equipment Exp & Rental | 230.00 | |
| Equipment Exp - In House | Truck Usage | 142.50 | |
| Federal Express | Postage & Delivery | 14.57 | |
| **Total Reimbursables** | | **415.79** | **415.79** |

Exhibit 5 page 90



Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)