ERM

ERM-West, Inc.

1777 Botelho Drive - [illegible] - Walnut Creek, CA 9459[illegible]

Project: 004740.00 FISC Alameda Site Mgmt. Plan Implement. Invoice No: 0093425

| | | | | |
|---|---|---|---|---|
| **Unit Billing** | | | | |
| 2/28/02 | Cellular Phones | 1.00 Charge @ 15.00 | 15.00 | |
| 2/28/02 | Computer Charges | 43.00 Charges @ 10.00 | 430.00 | |
| | **Total Unit Billing** | | **445.00** | **445.00** |
| **Other Expenses** | | | | |
| | Health & Safety Charges | 2.00% of 9,788.00 | 195.76 | |
| | **Total Other Expenses** | | **195.76** | **195.76** |
| | | | **Total this invoice** | **$10,881.35** |

Exhibit 5 page 91



Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

**EQUIPCO** RENTALS

# RENTAL INVOICE

P.O. Box 5606
Concord, CA 94524
Phone (800) 550-5875
Fax (925) 609-1080

| DATE | INVOICE NO. |
|---|---|
| 2/8/2002 | 20871 |

PAID

**BILL TO**

ERM West
1777 Botelho Drive, Ste.260
Walnut Creek, CA 94596
Attn: Accounts Payable

Will Call: Mike Blanchard

| P.O. NO. | TERMS | SHIP DATE | SHIP VIA | PROJECT NO. | TASK NO. |
|---|---|---|---|---|---|
| | Net 30 | 1/18/2002 | Will Call | | |

| RENTAL I.D. | DESCRIPTION | RENTAL PERIOD | DAYS BILLED | AMOUNT |
|---|---|---|---|---|
| AIRCON2.07 | Gilian High Flow Area Pump, s/n: 905-152K | 1/21-1/28/02 | 6 | 120.00 |
| GILCAL.07 | Gilian Gilibrator | 1/21-1/28/02 | 6 | 80.00 |
| | | | | + 15% = $ 230 |

PLEASE MAKE CHECK PAYABLE TO: "EQUIPCO RENTALS"

**Total** $200.00

COPY

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

ERM

26 April 2002

Ms. Sandy Stevens
Associate Vice President, Environmental Services
Catellus Development Corporation
201 Mission Street, 2nd Floor
San Francisco, California 94105

Subject: March 2002 Invoice Submittal
Alameda Point East Housing Area Demolition
Site Management Plan Implementation
Catellus Task Order No. ERM-02-03
Invoice # 0093646

Dear Ms. Stevens:

This letter transmits our invoice for March 2002 activities performed in association with implementation of the Site Management Plan (SMP) during demolition at the former Alameda Point East Housing Area. Major activities covered by this billing period include:

- Renting air sampling pumps and pump calibration equipment for the collection of background air quality samples;
- Collecting and submitting background air samples for laboratory analysis of organochlorine pesticides and semi-volatile organic compounds;
- Conducting periodic audits of subcontractor adherence to the SMP;
- Evaluating SMP implementation issues associated with commencement of Phase I Commercial development at the FISC;
- Responding to DTSC comments on the SMP, AMP and DOCPRW;
- Attending weekly job progress meetings; and
- Project management.

Environmental
Resources
Management

A summary of project costs associated with the current Catellus task order and a budget summary are presented in the following table.

| Catellus Task Order | Description | Invoice Amount | Remaining Task Order Budget |
|---|---|---|---|
| ERM-02-03 | FISC Alameda Site Management Plan Implementation, March 2002 | $ 14,281.44 | $ 27,376.51 |

Please do not hesitate to contact me with any questions or comments regarding this invoice. Thank you for the opportunity to assist Catellus with this project.

Sincerely,

Michael A. Blanchard
*Project Engineer*

MAB/mab/4740.00
Enclosure

cc: Mr. Bill Kennedy, Catellus Construction Corporation
Mr. Mike Quillin, ERM

ERM

ERM-West, Inc. Federal Tax ID No: 52-1346967

1777 Botelho Drive - Walnut Creek, CA 94596-5042 - (925) 946-0455 - Fax (925) 946-9968

April 26, 2002
Project No: 004740.00
Invoice No: 0093646

Ms. Sandra Stevens
Catellus Development Corporation
201 Mission Street, 2nd floor
San Francisco, CA 94105

Project: 004740.00 FISC Alameda Site Mgmt. Plan Implement.

Catellus Task Order No: ERM 2002-03

**Professional Services: March 1, 2002 through March 31, 2002**

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Principal Engineer/Geologist/Scientist | | | | |
| Quillin, Michael E. | 26.50 | 146.00 | 3,869.00 | |
| Senior Engineer/Geologist/Scientist II | | | | |
| Robinson, Carol J | 0.50 | 108.00 | 54.00 | |
| Project Engineer/Geologist/Scientist III | | | | |
| McLaughlin, James E. | 35.00 | 92.00 | 3,220.00 | |
| Watrous, Christopher B | 5.00 | 92.00 | 460.00 | |
| Project Engineer/Geologist/Scientist II | | | | |
| Olson, Renee | 1.00 | 87.00 | 87.00 | |
| Project Engineer/Geologist/Scientist I | | | | |
| Alves, Montgomery | 0.50 | 80.00 | 40.00 | |
| Blanchard, Michael A. | 43.50 | 80.00 | 3,480.00 | |
| Staff Engineer/Geologist/Scientist I | | | | |
| Nest, Danielle L | 10.50 | 65.00 | 682.50 | |
| Senior Technician | | | | |
| Taylor, William P. | 0.50 | 59.00 | 29.50 | |
| Project Facilitator | | | | |
| Martinez, Michele L. | 4.50 | 57.00 | 256.50 | |
| Medina, Liza H. | 1.50 | 57.00 | 85.50 | |
| Administrative Support | | | | |
| Bonomi, Beverley | 2.50 | 42.00 | 105.00 | |
| Link, Jeanie | 0.50 | 42.00 | 21.00 | |
| Volgamore, Katrina | 0.50 | 42.00 | 21.00 | |
| Totals | 132.50 | | 12,411.00 | |
| **Total Labor** | | | | **12,411.00** |
| **Consultants** | | | | |
| Air Toxics Ltd | Lab | | 103.50 | |
| **Total Consultants** | | | **103.50** | **103.50** |

**Exhibit 5 page 95**

ERM

ERM-West, Inc. Federal Tax ID No: 52-1346967

1777 Botelho Drive - Walnut Creek, CA 94596-5042 - (925) 946-0455 - Fax (925) 946-9968

Project: 004740.00 FISC Alameda Site Mgmt. Plan Implement. Invoice No: 0093646

| | | | | |
|---|---|---|---|---|
| **Reimbursable Expenses** | | | | |
| Auto Expenses & Rental | | | 20.15 | |
| Economy Bond | | | 48.30 | |
| Federal Express | Postage & Delivery | | 41.30 | |
| Project Supplies | Air Sampling Pump Rental | | 986.47 | |
| **Total Reimbursables** | | | **1,096.22** | **1,096.22** |
| **Unit Billing** | | | | |
| 3/31/02 | AutoCAD Computer Charges | 1.00 Charge @ 25.00 | 25.00 | |
| Color Copies 8.5x11 | | | 7.50 | |
| 3/31/02 | Computer Charges | 39.00 Charges @ 10.00 | 390.00 | |
| **Total Unit Billing** | | | **422.50** | **422.50** |
| **Other Expenses** | | | | |
| Health & Safety Charges | | 2.00% of 12,411.00 | 248.22 | |
| **Total Other Expenses** | | | **248.22** | **248.22** |

**Total this invoice** **$14,281.44**

Exhibit 5 page 96



Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

COPY

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

ERM

29 April 2002

Ms. Sandy Stevens
Associate Vice President, Environmental Services
Catellus Development Corporation
201 Mission Street, Second Floor
San Francisco, California 94105

Subject: February-March 2002 Invoice Submittal
Alameda FISC Project
Task Order No. ERM-02-09
ERM Project No. 3421.10

Dear Sandy:

This letter transmits our invoice for February and March 2002 activities performed in association with the Alameda FISC project. The activities covered by this billing period include:

- Preparing for and participating in the February and March 2002 meetings of the FISC Restoration Advisory Board (RAB) and BRAC Closure Team (BCT);
- Continuing revision of the *Demolition and Organochlorine Pesticide Removal Workplan* and *Site Management Plan* pursuant to Catellus/City of Alameda team (Team) input and coordinating those revisions with the Department of Toxic Substances Control;
- Continuing to assist the Team in coordinating with representatives of EBMUD regarding environmental issues at the FISC and EHA;
- Providing as-necessary technical assistance regarding development and implementation of activities associated with environmental oversight at the FISC and East Housing Areas; and
- Project oversight.

A summary of project costs associated with current Catellus task orders and a budget summary are presented in the following table.

| Catellus Task Order | Description | Invoice Amount | Remaining Task Order Budget |
|---|---|---|---|
| ERM-02-09 | FISC Technical Assistance, January – June 2002 | $ 23,903.96 | $ 15,167.04 |
| | TOTAL | $ 23,903.96 | $ 15,167.04 |

Please contact me with any questions or comments regarding the invoice. Thank you for the opportunity to assist Catellus with this project.

Sincerely,

Michael E. Quillin, R.G.
*Principal*

MEQ/meq/3421.00
Enclosure
cc: Mr. Mark Ransom, ERM

ERM

ERM-West, Inc. Federal Tax ID No: 52-1346967

1777 Botelho Drive - Walnut Creek, CA 94596-5042 - (925) 946-0455 - Fax (925) 946-9968

April 29, 2002
Project No: 003421.10
Invoice No: 0093650

Ms. Sandra Stevens
Catellus Development Corporation
201 Mission Street, 2nd floor
San Francisco, CA 94105

Project: 003421.10 Technical Support - Alameda FISC

Task Order No. ERM-02-09

**Professional Services: February 1, 2002 through March 31, 2002**

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Principal Engineer/Geologist/Scientist | | | | |
| Quillin, Michael E. | 68.50 | 146.00 | 10,001.00 | |
| Program Director | | | | |
| Streeter, Robin | 15.00 | 123.00 | 1,845.00 | |
| Project Engineer/Geologist/Scientist III | | | | |
| McLaughlin, James E. | 5.00 | 92.00 | 460.00 | |
| Project Engineer/Geologist/Scientist II | | | | |
| Grant, Amy | 6.50 | 87.00 | 565.50 | |
| Ludlam, Donald | 6.00 | 87.00 | 522.00 | |
| Olson, Renee | 0.50 | 87.00 | 43.50 | |
| Project Engineer/Geologist/Scientist I | | | | |
| Blanchard, Michael A. | 30.50 | 80.00 | 2,440.00 | |
| Staff Engineer/Geologist/Scientist I | | | | |
| Nest, Danielle L | 37.00 | 65.00 | 2,405.00 | |
| Project Facilitator | | | | |
| Martinez, Michele L. | 33.50 | 57.00 | 1,909.50 | |
| Medina, Liza H. | 5.00 | 57.00 | 285.00 | |
| Administrative Support | 10.50 | 42.00 | 441.00 | |
| Intern / Clerk | | | | |
| Christie, Nicole | 13.50 | 25.00 | 337.50 | |
| Totals | 231.50 | | 21,255.00 | |
| **Total Labor** | | | | **21,255.00** |
| **Consultants** | | | | |
| Martin Agencies, Inc. | | | 12.94 | |
| **Total Consultants** | | | **12.94** | **12.94** |
| **Reimbursable Expenses** | | | | |
| Federal Express | Postage & Delivery | | 353.22 | |
| **Total Reimbursables** | | | **353.22** | **353.22** |
| **Unit Billing** | | | | |
| 2/28/02 AutoCAD Computer Charges | | 2.00 Charges @ 25.00 | 50.00 | |
| 3/31/02 AutoCAD Computer Charges | | 4.50 Charges @ 25.00 | 112.50 | |



Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

ERM

ERM-West, Inc. Federal Tax ID No: 52-1346967

1777 Botelho Drive - Walnut Creek, CA 94596-5042 - (925) 946-0455 - Fax (925) 946-9968

Project: 003421.10 Technical Support - Alameda FISC Invoice No: 0093650

| | | | | |
|---|---|---|---|---|
| Color Copies 11x17 | | | 87.50 | |
| Color Copies 8.5x11 | | | 107.50 | |
| 2/28/02 | Computer Charges | 36.50 Charges @ 10.00 | 365.00 | |
| 3/31/02 | Computer Charges | 28.50 Charges @ 10.00 | 285.00 | |
| | **Total Unit Billing** | | **1,007.50** | **1,007.50** |
| **Other Expenses** | | | | |
| Health & Safety Charges | | 2.00% of 21,255.00 | 425.10 | |
| Communications Charge | | 4.00% of 21,255.00 | 850.20 | |
| | **Total Other Expenses** | | **1,275.30** | **1,275.30** |
| | | | **Total this invoice** | **$23,903.96** |





Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

COPY

ERM

24 May 2002

Ms. Sandy Stevens
Associate Vice President, Environmental Services
Catellus Development Corporation
201 Mission Street, Second Floor
San Francisco, California 94105

Subject: April 2002 Invoice Submittal
Alameda FISC Project
Task Order No. ERM-02-09
ERM Project No. 3421.10

Dear Sandy:

This letter transmits our invoice for April 2002 activities performed in association with the Alameda FISC project. The activities covered by this billing period include:

- Preparing for and participating in the April 2002 meeting of the FISC Restoration Advisory Board (RAB) and BRAC Closure Team (BCT);
- Continuing oversight and coordination associated with implementation of the *Demolition and Organochlorine Pesticide Removal Workplan* (DOCPRW) and *Site Management Plan* (SMP).
- Coordinating interpretation of the DOCPRW and SMP with the Department of Toxic Substances Control;
- Preparing for and participating in weekly Bayport In-Tract/Backbone meetings at Catellus' Oakland offices;
- Attending a 30 April 2002 Catellus/City of Alameda team meeting with representatives of EBMUD to address pending environmental issues at the FISC and EHA; and
- Project oversight.

A summary of project costs associated with current Catellus task orders and a budget summary are presented in the following table.

ERM

ERM-West, Inc. Federal Tax ID No: 52-1346967

1777 Botelho Drive - Walnut Creek, CA 94596-5042 - (925) 946-0455 - Fax (925) 946-9968

May 24, 2002
Project No: 003421.10
Invoice No: 0093895

Ms. Sandra Stevens
Catellus Development Corporation
201 Mission Street, 2nd floor
San Francisco CA 94105

Project: 003421.10 Technical Support - Alameda FISC

Task Order No. ERM-02-09

**Professional Services: April 1, 2002 through April 30, 2002**

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Principal Engineer/Geologist/Scientist | | | | |
| Quillin, Michael E. | 25.50 | 146.00 | 3,723.00 | |
| Project Engineer/Geologist/Scientist II | | | | |
| Ludlam, Donald | 0.50 | 87.00 | 43.50 | |
| Project Engineer/Geologist/Scientist I | | | | |
| Blanchard, Michael A. | 6.00 | 80.00 | 480.00 | |
| Project Facilitator | | | | |
| Martinez, Michele L. | 9.50 | 57.00 | 541.50 | |
| Administrative Support | 8.00 | 42.00 | 336.00 | |
| Totals | 49.50 | | 5,124.00 | |
| **Total Labor** | | | | **5,124.00** |

**Reimbursable Expenses**

| | | | |
|---|---|---|---|
| Federal Express | Postage & Delivery | 22.40 | |
| **Total Reimbursables** | | **22.40** | **22.40** |

**Unit Billing**

| | | | | |
|---|---|---|---|---|
| 4/30/02 | Computer Charges | 10.50 Charges @ 10.00 | 105.00 | |
| | **Total Unit Billing** | | **105.00** | **105.00** |

**Other Expenses**

| | | | |
|---|---|---|---|
| Health & Safety Charges | 2.00% of 5,124.00 | 102.48 | |
| Communications Charge | 4.00% of 5,124.00 | 204.96 | |
| **Total Other Expenses** | | **307.44** | **307.44** |

**Total this invoice** **$5,558.84**

**Exhibit 5 page 102**

Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

ERM

COPY

30 May 2002

Ms. Sandy Stevens
Associate Vice President, Environmental Services
Catellus Development Corporation
201 Mission Street, 2nd Floor
San Francisco, California 94105

Subject: April 2002 Invoice Submittal
Alameda Point East Housing Area Demolition
Site Management Plan Implementation
Catellus Task Order No. ERM-2002-03
Invoice # 0093938

Dear Ms. Stevens:

This letter transmits our invoice for April 2002 for activities performed in association with implementation of the Site Management Plan (SMP) during demolition at the former Alameda Point East Housing Area (EHA). Major activities covered by this billing period include:

- Working with the City of Alameda Department of Planning and Building to obtain a Marsh Crust Permit for the EHA development;
- Renting air sampling pumps and pump calibration equipment for the collection of background air quality samples;
- Collecting and submitting work zone and site perimeter air samples for laboratory analysis of organochlorine pesticides and semivolatile organic compounds;
- Performing ongoing work zone and site perimeter dust monitoring;
- Evaluating air monitoring and sampling results to ensure compliance with the Air Monitoring Plan, and compiling those results into an Air Monitoring and Sampling Report for distribution;
- Determining dewatering effluent disposal options allowed under the National Pollution Discharge Elimination System permit;
- Collecting and analyzing waste characterization samples of ponded surface water and of a potential marsh crust layer;

- Conducting periodic audits of subcontractor adherence to the SMP;
- Responding to DTSC comments on the SMP, AMP, and DOCPRW;
- Attending weekly job progress meetings; and
- Ongoing project management.

A summary of project costs associated with the current Catellus task order and a budget summary are presented in the following table.

| Catellus Task Order | Description | Invoice Amount | Remaining Task Order Budget |
|---|---|---|---|
| ERM-02-03 | FISC Alameda Site Management Plan Implementation, March 2002 | $ 26,166.25 | $ 1,210.26 |

As you may recall, the original project scope called for ERM to provide SMP implementation support for the months of February and March 2002. We have been able to use these funds to assist Catellus through the end of April 2002, and look forward to providing you with the same level of service in the future. However, the current budget authorization has been depleted, and additional authorization is requested to allow ERM to continue in this role. A Task Order Amendment Request for this purpose was submitted to Jim Van Sickle in a letter dated 29 March 2002.

Please do not hesitate to contact me with any questions or comments regarding this invoice. We appreciate your attention to the pending project authorization, and thank you for the opportunity to assist Catellus with this project.

Sincerely,

Michael A. Blanchard
*Project Engineer*

MAB/mgm/4740.00
Enclosure

cc: Mr. Bill Kennedy, Catellus
Mr. Philip Owen, Catellus
Mr. Mike Quillin, ERM

ERM

ERM-West, Inc. Federal Tax ID No: 52-1346967

1777 Botelho 94596-5042 - (925) 946-0455 - Fax (925) 946-9968

May 30, 2002
Project No: 004740.00
Invoice No: 0093938

Ms. Sandra Stevens
Catellus Development Corporation
201 Mission Street, 2nd floor
San Francisco, CA 94105

Project: 004740.00 FISC Alameda Site Mgmt. Plan Implement.

Catellus Task Order No: ERM 2002-03

**Professional Services: April 1, 2002 through April 30, 2002**

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Principal Engineer/Geologist/Scientist | | | | |
| Quillin, Michael E. | 20.00 | 146.00 | 2,920.00 | |
| Program Director | | | | |
| Streeter, Robin | 2.00 | 123.00 | 246.00 | |
| Senior Engineer/Geologist/Scientist II | | | | |
| Worobel, Roman | 13.00 | 108.00 | 1,404.00 | |
| Project Engineer/Geologist/Scientist III | | | | |
| McLaughlin, James E. | 10.00 | 92.00 | 920.00 | |
| Project Engineer/Geologist/Scientist II | | | | |
| Ludlam, Donald | 24.50 | 87.00 | 2,131.50 | |
| Project Engineer/Geologist/Scientist I | | | | |
| Alves, Montgomery | 15.00 | 80.00 | 1,200.00 | |
| Blanchard, Michael A. | 110.50 | 80.00 | 8,840.00 | |
| Project Facilitator | | | | |
| Martinez, Michele L. | 12.00 | 57.00 | 684.00 | |
| Medina, Liza H. | 1.50 | 57.00 | 85.50 | |
| Administrative Support | | | | |
| Bonomi, Beverley | 2.50 | 42.00 | 105.00 | |
| Link, Jeanie | 1.00 | 42.00 | 42.00 | |
| Volgamore, Katrina | 0.50 | 42.00 | 21.00 | |
| Intern / Clerk | | | | |
| Christie, Nicole | 3.50 | 25.00 | 87.50 | |
| Totals | 216.00 | | 18,686.50 | |
| **Total Labor** | | | | **18,686.50** |

| | | | |
|---|---|---|---|
| **Consultants** | | | |
| Air Toxics Ltd | Lab | 4,108.35 | |
| Martin Agencies, Inc. | L. Voskonian | 12.94 | |
| **Total Consultants** | | **4,121.29** | **4,121.29** |
| **Reimbursable Expenses** | | | |
| Auto Expenses & Rental | Mileage/Tolls | 140.44 | |
| Equipment Exp & Rental | | 920.00 | |



Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

ERM

ERM-West, Inc. Federal Tax ID No: 52-1346967

1777 Botelho 94596-5042 - (925) 946-0455 - Fax (925) 946-9968

Project: 004740.00 Catellus Development Corp. Invoice No: 0093938

| | | | | |
|---|---|---|---|---|
| Equipment Exp - In House | | | 332.50 | |
| Postage & Delivery | | | 68.69 | |
| Project Supplies | | | 857.25 | |
| Marsh Creek Permit | | | 90.85 | |
| **Total Reimbursables** | | | **2,409.73** | **2,409.73** |
| **Unit Billing** | | | | |
| 4/30/02 | Cellular Phone Weekly | 1.00 Charge @ 40.00 | 40.00 | |
| 4/30/02 | Cellular Phones - Daily | 3.00 Charges @ 15.00 | 45.00 | |
| Color Copies 11x17 | | | 131.25 | |
| Color Copies 8.5x11 | | | 78.75 | |
| 4/30/02 | Computer Charges | 28.00 Charges @ 10.00 | 280.00 | |
| **Total Unit Billing** | | | **575.00** | **575.00** |
| **Other Expenses** | | | | |
| Health & Safety Charges | | 2.00% of 18,686.50 | 373.73 | |
| **Total Other Expenses** | | | **373.73** | **373.73** |
| | | | **Total this invoice** | **$26,166.25** |

**Exhibit 5 page 106**



Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

April 2002

RECEIVED
APR 1 6 2002
ERM WEST ACCOUNTING

# @ AIR TOXICS LTD.

AN ENVIRONMENTAL ANALYTICAL LABORATORY

PAGE: 1

****** INVOICE ******

SOLD TO:
ERM-WEST, INC.
Mr Mike Blanchard
1777 Botelho Dr.
Suite 260
Walnut Creek CA 94596-5042

INVOICE NUMBER: 204071E-IN
INVOICE DATE: 04/11/02

CUSTOMER NO: 0002572

SHIP TO:
ERM-WEST, INC.
Mr Mike Blanchard
1777 Botelho Dr.
Suite 260
Walnut Creek CA 94596-5042

ENTERED
APR 1 6 2002
ERM-WEST JY

USTOMER P.O.
740.00CAtellus

TERMS
net 90 days

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| /TO-13 TO-13 Analysis | EACH | 2.00 | 2.00 | 0.00 | 312.50 | 625.00 |
| , PEST/PCB TO-10 Analysis | EACH | 3.00 | 3.00 | 0.00 | 281.25 | 843.75 |

5 DAY TAT
WO #0204071A/B

+ 15%
= $970.31

4125 162860

4740.00 511 1,468.75

| | |
|---|---|
| NET INVOICE: | 1,468.75 |
| FREIGHT: | .00 |
| SALES TAX: | .00 |
| INVOICE TOTAL: | 1,468.75 |

MAB

**Exhibit 5 page 107**

180 BLUE RAVINE ROAD, SUITE B FOLSOM, CA 95630
(916) 985-1000 • (800) 985-5955 • FAX (916) 985-1020

April 2002

# @ AIR TOXICS LTD.

AN ENVIRONMENTAL ANALYTICAL LABORATORY

PAGE: 1

****** INVOICE ******

SOLD TO:
ERM-WEST, INC.
Mr Mike Blanchard
1777 Botelho Dr.
Suite 260
Walnut Creek CA 94596-5042

INVOICE NUMBER: 203340E-IN
INVOICE DATE: 03/29/02

RECEIVED
APR 02 2002
ERM WEST ACCOUNTING

CUSTOMER NO: 0002572

ENTERED
APR 03 2002
ERM ACCTG.

SHIP TO:
ERM-WEST, INC.
Mr Mike Blanchard
1777 Botelho Dr.
Suite 260
Walnut Creek CA 94596-5042

CUSTOMER P.O.
740.00AMP/SMP

TERMS
net 90 days

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| PEST/PCB TO-10 ANALYSIS | EACH | 2.00 | 2.00 | 0.00 | 225.00 | 450.00 |
| PUF CART PUF/XAD Cartridge Preparation | EACH | 3.00 | 3.00 | 0.00 | 50.00 +15% | 150.00 |
| PUF CART PUF Cartridge-Low Volume | EACH | 1.00 | 1.00 | 0.00 | 50.00 | 50.00 |

WO #0203340

= $575

4125 162429

4740.00 511 660.73

MAB

NET INVOICE: 650.00
FREIGHT: 10.73
SALES TAX: .00

INVOICE TOTAL: 660.73

Exhibit 5 page 108

180 BLUE RAVINE ROAD, SUITE B FOLSOM, CA 95630
(916) 985-1000 • (800) 985-5955 • FAX (916) 985-1020

**EQUIPCO RENTALS**

# RENTAL INVOICE

| DATE | INVOICE NO. |
|---|---|
| 4/8/2002 | 21710 |

P.O. Box 5606
Concord, CA 94524
Phone (800) 550-5875
Fax (925) 609-1080

**BILL TO**

ERM West
1777 Botelho Drive, Ste.260
Walnut Creek, CA 94596
Attn: Accounts Payable

**SHIP TO**

ERM West
Will Call: Mike Blanchard

| P.O. NO. | TERMS | SHIP DATE | SHIP VIA | PROJECT NO. | TASK NO. |
|---|---|---|---|---|---|
| | Net 30 | 3/29/2002 | Will Call | 4740.00 | |

| RENTAL I.D. | DESCRIPTION | RENTAL PERIOD | DAYS BILLED | AMOUNT |
|---|---|---|---|---|
| GILAIR5.38 | Personal Sampling Pump, Gilian, s/n 16346 | 4/01-4/02/02 | 2 | 80.00 |
| GILCAL.07 | Gilian Gilibrator | 4/01-4/02/2 | 2 | 80.00 |
| TRIPOD.01 | Tripod, Gilair | 4/01-4/02/02 | 2 | 20.00 |
| GILAIR5.29 | Personal Sampling Pump, Gilian s/n 11091 | 4/01-4/02/02 | 2 | 80.00 |
| | | | | + 15% |
| | | | | = $299 |

PLEASE MAKE CHECK PAYABLE TO: "EQUIPCO RENTALS"

**Total** $260.00

# EQUIPCO RENTALS

# RENTAL INVOICE

P.O. Box 5606
Concord, CA 94524
Phone (800) 550-5875
Fax (925) 609-1080

| DATE | INVOICE NO. |
|---|---|
| 3/25/2002 | 21483 |

PAID

| BILL TO |
|---|
| ERM West<br>1777 Botelho Drive, Ste.260<br>Walnut Creek, CA 94596<br>Attn: Accounts Payable |

Will Call: Jed Mclaugtin

| P.O. NO. | TERMS | SHIP DATE | SHIP VIA | PROJECT NO. | TASK NO. |
|---|---|---|---|---|---|
| | Net 30 | 3/12/2002 | Will Call | 4740 | |

| RENTAL I.D. | DESCRIPTION | RENTAL PERIOD | DAYS BILLED | AMOUNT |
|---|---|---|---|---|
| GILAIR5.36 | Personal Sampling Pump, Gilian, s/n 16344 | 3/12-3/18/02 | 4 | 80.00 |
| GILCAL.07 | Gilian Gilibrator | 3/12-3/18/02 | 4 | 80.00 |
| GILAIR5.07 | Personal Sampling Pump, Gilian s/n 11945 | 3/14-3/18/02 | 2 | 80.00 |
| | | | | + 15%<br>= $276 |

PLEASE MAKE CHECK PAYABLE TO: "EQUIPCO RENTALS"

**Total** $240.00

COPY

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

ERM

26 June 2002

Ms. Sandy Stevens
Associate Vice President, Environmental Services
Catellus Development Corporation
201 Mission Street, Second Floor
San Francisco, California 94105

Subject: May 2002 Invoice Submittal
Alameda FISC Technical Support
Task Order No. ERM-02-09
ERM Project No. 3421.10

Dear Sandy:

This letter transmits our invoice for May 2002 activities performed in association with the Alameda FISC project. The activities covered by this billing period include:

- Preparing for and attending the 7 May 2002 monthly meetings of the Alameda FISC Restoration Advisory Board (RAB) and BRAC Closure Team (BCT);
- Continuing oversight and coordination associated with implementation of the *Demolition and Organochlorine Pesticide Removal Workplan* (DOCPRW) and *Site Management Plan* (SMP).
- Coordinating interpretation of the DOCPRW and SMP with the Department of Toxic Substances Control;
- Preparing for and participating in a 30 May 2002 meeting with representatives of EBMUD to address environmental issues associated with site IR02 at the FISC;
- Preparing for and participating in Bayport In-Tract/Backbone meetings at Catellus' Oakland offices; and
- Project oversight.

A summary of project costs associated with the current Catellus task orders and a budget summary are presented in the following table.

Environmental
Resources
Management

| Catellus Task Order | Description | Invoice Amount | Remaining Task Order Budget |
|---|---|---|---|
| ERM-02-09/09A | FISC Technical Assistance, January - December 2002 | $ 13,861.22 | $ 28,754.98 |

Please contact me with any questions or comments regarding the invoice. Thank you for the opportunity to assist Catellus with this project.

Sincerely,

Michael E. Quillin, R.G.
*Principal*

MEQ/meq/3421.00
Enclosure
cc: Mr. Mark Ransom, ERM

ERM

ERM-West, Inc. Federal Tax ID No: 52-1346967

1777 Botelho Drive - Suite 260 - Walnut Creek, CA 94596-5042 - (925) 946-0455 - Fax (925) 946-9968

June 26, 2002
Project No: 003421.10
Invoice No: 0094184

Ms. Sandra Stevens
Catellus Development Corporation
201 Mission Street, 2nd floor
San Francisco, CA 94105

Project: 003421.10 Technical Support - Alameda FISC

Task Order No. ERM-02-09

**Professional Services: May 1, 2002 through May 31, 2002**

**Professional Personnel**

| | **Hours** | **Rate** | **Amount** | |
|---|---|---|---|---|
| Principal Engineer/Geologist/Scientist | | | | |
| Quillin, Michael E. | 35.50 | 146.00 | 5,183.00 | |
| Program Director | | | | |
| Streeter, Robin | 13.00 | 123.00 | 1,599.00 | |
| Project Engineer/Geologist/Scientist II | | | | |
| Estrada, Johnet | 51.00 | 87.00 | 4,437.00 | |
| Grant, Amy | 0.50 | 87.00 | 43.50 | |
| Project Engineer/Geologist/Scientist I | | | | |
| Blanchard, Michael A. | 3.50 | 80.00 | 280.00 | |
| Project Facilitator | | | | |
| Martinez, Michele L. | 5.00 | 57.00 | 285.00 | |
| Administrative Support | | | | |
| Bonomi, Beverley | 2.00 | 42.00 | 84.00 | |
| Jegen, Jene M. | 0.50 | 42.00 | 21.00 | |
| Link, Jeanie | 0.50 | 42.00 | 21.00 | |
| Price, Annie | 0.50 | 42.00 | 21.00 | |
| Intern / Clerk | | | | |
| Christie, Nicole | 0.50 | 25.00 | 12.50 | |
| Totals | 112.50 | | 11,987.00 | |
| **Total Labor** | | | | **11,987.00** |

**Unit Billing**

| | | | | |
|---|---|---|---|---|
| 5/31/02 | AutoCAD Computer Charges | 41.00 Charges @ 25.00 | 1,025.00 | |
| 5/31/02 | Computer Charges | 13.00 Charges @ 10.00 | 130.00 | |
| | **Total Unit Billing** | | **1,155.00** | **1,155.00** |

**Other Expenses**

| | | | |
|---|---|---|---|
| Health & Safety Charges | 2.00% of 11,987.00 | 239.74 | |
| Communications Charge | 4.00% of 11,987.00 | 479.48 | |
| **Total Other Expenses** | | **719.22** | **719.22** |

**Total this invoice** **$13,861.22**

**Exhibit 5 page 113**

Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

COPY

26 June 2002

ERM

Ms. Sandy Stevens
Associate Vice President, Environmental Services
Catellus Development Corporation
201 Mission Street, 2nd Floor
San Francisco, California 94105

Subject: May 2002 Invoice Submittal
Alameda Point East Housing Area Demolition
Site Management Plan Implementation
Catellus Task Order No. ERM-2002-03
Invoice # 0094179

Dear Ms. Stevens:

This letter transmits our invoice for May 2002 for activities performed in association with implementation of the Site Management Plan (SMP) during demolition at the former Alameda Point East Housing Area (EHA). Major activities covered by this billing period include:

- Collecting and submitting work zone and site perimeter air samples for laboratory analysis of organochlorine pesticides and semivolatile organic compounds;
- Performing ongoing work zone and site perimeter dust monitoring;
- Performing an audit of SWPPP implementation and communicating compliance results to Ferma and Catellus;
- Evaluating air monitoring and sampling results to ensure compliance with the Air Monitoring Plan, and compiling those results into an Air Monitoring and Sampling Report for distribution;
- Working with Catellus and DTSC to modify the pesticide excavation protocol;
- Reviewing post-excavation soil analytical results, evaluating the quality of the data, comparing the results to the relevant standards, and releasing cleared foundations for grading;
- Attending weekly job progress meetings; and
- Ongoing project management.

A summary of project costs associated with the current Catellus task order and a budget summary are presented in the following table.

| Catellus Task Order | Description | Invoice Amount | Remaining Task Order Budget |
|---|---|---|---|
| ERM-02-03 | FISC Alameda Site Management Plan Implementation, May 2002 | $ 14,464.65 | $ -13,254.39 |

As you may recall, the original project scope called for ERM to provide SMP implementation support for the months of February and March 2002. We were able to use these funds to assist Catellus through the end of April 2002, and look forward to providing you with the same level of service in the future. However, the current budget authorization has been severely depleted, and additional authorization is required to allow ERM to continue in this role. A Task Order Amendment Request for this purpose was submitted to Jim Van Sickle in a letter dated 29 March 2002; at Catellus' request, the request was modified to reflect a revised schedule and resubmitted to your attention on 14 June 2002. Although we understand Catellus is currently processing this request with and through the City of Alameda, no authorization has been received to date.

Please do not hesitate to contact me with any questions or comments regarding this invoice. We appreciate your attention to the pending project authorization, and thank you for the opportunity to assist Catellus with this project.

Sincerely,

Michael E Still— FOR

Michael A. Blanchard
*Project Engineer*

MAB/mgm/4740.00
Enclosure

cc: Mr. Bill Kennedy, Catellus
Mr. Philip Owen, Catellus
Mr. Mike Quillin, ERM

ERM-West, Inc. Federal Tax ID No: 52-[illegible]

ERM 1777 Botelho Drive - Suite 260 - Walnut Creek, CA 94596-5042 - (925) 946-0455 - Fax (925) 946-9968

June 26, 2002
Project No: 004740.00
Invoice No: 0094179

Ms. Sandra Stevens
Catellus Development Corporation
201 Mission Street, 2nd floor
San Francisco, CA 94105

Project: 004740.00 FISC Alameda Site Mgmt. Plan Implement.

Catellus Task Order No: ERM 2002-03

**Professional Services: May 1, 2002 through May 31, 2002**

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Principal Engineer/Geologist/Scientist | | | | |
| Quillin, Michael E. | 22.50 | 146.00 | 3,285.00 | |
| Senior Engineer/Geologist/Scientist II | | | | |
| Robinson, Carol J | 1.00 | 108.00 | 108.00 | |
| Project Engineer/Geologist/Scientist II | | | | |
| Grant, Amy | 1.50 | 87.00 | 130.50 | |
| Ludlam, Donald | 9.00 | 87.00 | 783.00 | |
| Project Engineer/Geologist/Scientist I | | | | |
| Blanchard, Michael A. | 86.50 | 80.00 | 6,920.00 | |
| Project Facilitator | | | | |
| Martinez, Michele L. | 4.50 | 57.00 | 256.50 | |
| Medina, Liza H. | 0.50 | 57.00 | 28.50 | |
| Parks, Lynn M | 5.50 | 57.00 | 313.50 | |
| Administrative Support | | | | |
| Bonomi, Beverley | 2.00 | 42.00 | 84.00 | |
| Jegen, Jene M. | 0.50 | 42.00 | 21.00 | |
| Link, Jeanie | 1.50 | 42.00 | 63.00 | |
| Price, Annie | 1.00 | 42.00 | 42.00 | |
| Totals | 136.00 | | 12,035.00 | |
| **Total Labor** | | | | **12,035.00** |

| | | | |
|---|---|---|---|
| **Consultants** | | | |
| Martin Agencies, Inc. | L. Voskanian | 13.23 | |
| **Total Consultants** | | **13.23** | **13.23** |
| **Reimbursable Expenses** | | | |
| Auto Expenses & Rental | M. Blanchard | 5.04 | |
| Equipco | Equipment Exp & Rental | 1,404.15 | |
| Equipment Exp - In House | Truck Usage | 95.00 | |
| Federal Express | Postage & Delivery | 30.80 | |
| Project Supplies | Fax Modem for Weatherstation | 124.48 | |
| **Total Reimbursables** | | **1,659.47** | **1,659.47** |

**Exhibit 5 page 116**

ERM-West, Inc. Federal Tax ID No: [illegible]

ERM 1777 Botelho Drive - Suite 200 - Walnut Creek, CA 94596-[illegible] - (925) 946-0455 - Fax (925) 94[illegible]

Project: 004740.00 Catellus Development Corporation Invoice No: 0094179

| | | | | |
|---|---|---|---|---|
| **Unit Billing** | | | | |
| 5/31/02 AutoCAD Computer Charges | | 0.50 Charges @ 25.00 | 12.50 | |
| Color Copies 11x17 | | | 52.50 | |
| Color Copies 8.5x11 | | | 31.25 | |
| 5/31/02 Computer Charges | | 42.00 Charges @ 10.00 | 420.00 | |
| | **Total Unit Billing** | | **516.25** | **516.25** |
| **Other Expenses** | | | | |
| Health & Safety Charges | | 2.00% of 12,035.00 | 240.70 | |
| | **Total Other Expenses** | | **240.70** | **240.70** |

**Total this invoice** **$14,464.65**

Exhibit 5 page 117



Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

RECEIVED
MAY 15 2002
ERM WEST ACCOUNTING

# EQUIPCO RENTALS

# RENTAL INVOICE

| DATE | INVOICE NO. |
|---|---|
| 5/10/2002 | 22115 |

P.O. Box 5606
Concord, CA 94524
Phone (800) 550-5875
Fax (925) 609-1080

| BILL TO | SHIP TO |
|---|---|
| ERM West<br>1777 Botelho Drive, Ste.260<br>Walnut Creek, CA 94596<br>Attn: Accounts Payable | ERM West<br>Will Call: Mike/Don |

| P.O. NO. | TERMS | SHIP DATE | SHIP VIA | PROJECT NO. | TASK NO. |
|---|---|---|---|---|---|
| | Net 30 | 5/1/2002 | Will Call | 4740.00 | |

| RENTAL I.D. | DESCRIPTION | RENTAL PERIOD | DAYS BILLED | AMOUNT |
|---|---|---|---|---|
| GILAIR5.04 | Personal Sampling Pump, Gilian s/n 11942 | 5/02/02 | 1 | 40.00 |
| GILAIR5.22 | Personal Sampling Pump, Gilian s/n 11960 | 5/02/02 | 1 | 40.00 |
| GILCAL:08 | Gilian Gilibrator | 5/02/02 | 1 | 50.00 |
| EX1000.03 | Honda Generator | 5/02/02 | | 35.00 |

+ 15%
$189.75

4985   163857

4740.00   5.33   165.00

[signature] 6/10/02

ENTERED
MAY 17 2002
ERM-WEST JY

PLEASE MAKE CHECK PAYABLE TO: "EQUIPCO RENTALS"

**Total** $165.00

Exhibit 5 page 118

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

COPY

ERM

26 July 2002

Ms. Sandy Stevens
Associate Vice President, Environmental Services
Catellus Development Corporation
201 Mission Street, 2nd Floor
San Francisco, California 94105

Subject: June 2002 Invoice Submittal
Alameda Point East Housing Area Demolition
Site Management Plan Implementation
Catellus Task Order No. ERM-2002-03A
Invoice # 0094503

Dear Ms. Stevens:

This letter transmits our invoice for June 2002 for activities performed in association with implementation of the Site Management Plan (SMP) during demolition at the former Alameda Point East Housing Area (EHA). Major activities covered by this billing period include:

- Performing ongoing work zone and site perimeter dust monitoring;
- Evaluating air monitoring and sampling results to ensure compliance with the Air Monitoring Plan;
- Reviewing post-excavation soil analytical results, evaluating the quality of the data, comparing the results to the relevant standards, and releasing cleared foundations for grading;
- Clarifying the requisite testing protocols for the 3-acre Collaborative Housing area;
- Consulting with DTSC regarding the discrepancy between analytical Method Detection Limits and the Risk-Based Screening Levels driving the OCP excavation at EHA;
- Working with Catellus to prepare and disseminate the second quarterly public and employee risk communication materials;
- Attending weekly job progress meetings; and
- Ongoing project management.

A summary of project costs associated with the current Catellus task order and a budget summary are presented in the following table. As requested, costs attributable to OCP removal activities have been identified to facilitate future insurance claim preparation.

| Catellus Task Order | Description | Invoice Amount | OCP-Related Costs | Remaining Task Order Budget |
|---|---|---|---|---|
| ERM-02-03A | FISC Alameda Site Management Plan Implementation, June 2002 | $ 11,454.26 | $ 4,800.74 | $ 33,615.75 |

Thank you for your help in processing our Task Order Amendment authorization for ERM-2002-03A, which we received on 17 June 2002. While this authorization does allow ERM to continue to provide services to Catellus on this project, all invoices to date for this task order remain unpaid, dating back to work performed in January 2002. Any aid or suggestions you can provide in rectifying this issue would be greatly appreciated.

Please do not hesitate to contact me with any questions or comments regarding this invoice. Thank you in advance for your assistance in addressing the outstanding invoices. We appreciate the opportunity to assist Catellus with this project and look forward to working together in the future.

Sincerely,

Michael A. Blanchard
*Project Engineer*

MAB/mgm/4740.00
Enclosure

cc: Mr. Bill Kennedy, Catellus
Mr. Philip Owen, Catellus
Mr. Mike Quillin, ERM

ERM

ERM-West, Inc. Federal Tax ID No: 52-1346967

1777 Botelho Drive - Suite 260 - Walnut Creek, CA 94596-5042 - (925) 946-0455 - Fax (925) 946-9968

July 26, 2002
Project No: 004740.00
Invoice No: 0094503

Ms. Sandra Stevens
Catellus Development Corporation
201 Mission Street, 2nd floor
San Francisco, CA 94105

Project: 004740.00 FISC Alameda Site Mgmt. Plan Implement.

Catellus Task Order No: ERM 2002-03A

**Professional Services: June 1, 2002 through June 30, 2002**

| | | | | |
|---|---|---|---|---|
| **Professional Personnel** | | | | |
| | **Hours** | **Rate** | **Amount** | |
| Principal Engineer/Geologist/Scientist | | | | |
| Quillin, Michael E. | 29.50 | 146.00 | 4,307.00 | |
| Project Engineer/Geologist/Scientist II | | | | |
| Grant, Amy | 0.50 | 87.00 | 43.50 | |
| Ludlam, Donald | 1.00 | 87.00 | 87.00 | |
| Project Engineer/Geologist/Scientist I | | | | |
| Blanchard, Michael A. | 33.00 | 80.00 | 2,640.00 | |
| Staff Engineer/Geologist/Scientist I | | | | |
| Nest, Danielle L | 9.00 | 65.00 | 585.00 | |
| Project Facilitator | | | | |
| Martinez, Michele L. | 5.00 | 57.00 | 285.00 | |
| Administrative Support | | | | |
| Bonomi, Beverley | 2.00 | 42.00 | 84.00 | |
| Jegen, Jene M. | 1.00 | 42.00 | 42.00 | |
| Link, Jeanie | 1.00 | 42.00 | 42.00 | |
| Price, Annie | 0.50 | 42.00 | 21.00 | |
| Intern / Clerk | | | | |
| Christie, Nicole | 0.50 | 25.00 | 12.50 | |
| Totals | 83.00 | | 8,149.00 | |
| **Total Labor** | | | | **8,149.00** |
| **Consultants** | | | | |
| Air Toxics Ltd | | | 1,105.71 | |
| Curtis & Tompkins Ltd | | | 1,060.88 | |
| **Total Consultants** | | | **2,166.59** | **2,166.59** |
| **Reimbursable Expenses** | | | | |
| Equipco Rental&Sales | Equipment Exp & Rental | | 460.00 | |
| Federal Express | Postage & Delivery | | 139.73 | |
| **Total Reimbursables** | | | **599.73** | **599.73** |
| **Unit Billing** | | | | |
| 6/30/02 AutoCAD Computer Charges | | 1.00 Charge @ 25.00 | 25.00 | |
| 6/30/02 Computer Charges | | 2.50 Charges @ 10.00 | 25.00 | |
| **Total Unit Billing** | | | **50.00** | **50.00** |

Terms: Net 30 days -- Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

ERM

ERM-West, Inc. Federal Tax ID No: 52-1346967

1777 Botelho Drive - Suite 260 - Walnut Creek, CA 94596-5042 - (925) 946-0455 - Fax (925) 946-9968

Project: 004740.00 FISC Alameda Site Mgmt. Plan Implement. Invoice No: 0094503

| | | | |
|---|---|---|---|
| **Other Expenses** | | | |
| Health & Safety Charges | 2.00% of 8,149.00 | 162.98 | |
| Communications Charge | 4.00% of 8,149.00 | 325.96 | |
| **Total Other Expenses** | | **488.94** | **488.94** |
| | | **Total this invoice** | **$11,454.26** |



Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

RECEIVED
JUN 24 2002
ERM-WEST ACCOUNTING

June 2002

@ AIR TOXICS LTD.
AN ENVIRONMENTAL ANALYTICAL LABORATORY

PAGE: 1

****** INVOICE ******

SOLD TO:
ERM-WEST, INC.
Mr Mike Blanchard
1777 Botelho Dr.
Suite 260
Walnut Creek CA 94596-5042

SALESPERSON: JM
INVOICE NUMBER: 205135E-IN
INVOICE DATE: 05/23/02

CUSTOMER NO: 0002572

ENTERED
JUN 27 2002
ERM-WEST JY

SHIP TO:
ERM-WEST, INC.
Mr Mike Blanchard
1777 Botelho Dr.
Suite 260
Walnut Creek CA 94596-5042

CUSTOMER P.O.
1740.00 Catellu

TERMS
net 90 days

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| )-13<br>TO-13 Analysis | EACH | 1.00 | 1.00 | 0.00 | 250.00 | 250.00 |
| 'PUF CART<br>PUF/XAD Cartridge Low Volume | EACH | 3.00 | 3.00 | 0.00 | 50.00 | 150.00 |
| 'PUF CART<br>PUF/XAD Cartridge Preparation | EACH | 2.00 | 2.00 | 0.00 | 50.00 +15% | 100.00 |
| 'PEST/PCB<br>TO-10 Analysis | EACH | 2.00 | 2.00 | 0.00 | 225.00 | 450.00 |

WO #0205135A/B

4125 165380

= $690

4740.00 511 961.49

MAB
4740.00

| | |
|---|---|
| NET INVOICE: | 950.00 |
| FREIGHT: | 11.49 |
| SALES TAX: | .00 |
| INVOICE TOTAL: | 961.49 |

Environmental Resources Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

ERM

COPY

29 July 2002

Ms. Sandy Stevens
Associate Vice President, Environmental Services
Catellus Development Corporation
201 Mission Street, Second Floor
San Francisco, California 94105

Subject: June 2002 Invoice Submittal
Alameda FISC Technical Support
Task Order No. ERM-02-09
ERM Project No. 3421.10

Dear Sandy:

This letter transmits our invoice for June 2002 activities performed in association with the Alameda FISC project. The activities covered by this billing period include:

- Preparing for and attending weekly job progress meetings, as necessary;
- Continuing oversight and coordination associated with implementation of the *Demolition and Organochlorine Pesticide Removal Workplan* (DOCPRW) and *Site Management Plan* (SMP);
- Coordinating interpretation of the DOCPRW and SMP with the Department of Toxic Substances Control;
- In Mike Blanchard's absence, reviewing post-excavation soil analytical results associated with organochlorine pesticides (OCP) impacted soil removal at Alameda Point East Housing, evaluating the quality of the data, comparing the results to the relevant standards, and releasing cleared foundations for grading;
- Coordinating on an as-needed basis with other Catellus/City of Alameda contractors (e.g., Winzler & Kelly, Ferma, BKF) regarding environmental issues at FISC and East Housing;
- Preparing for and participating in Bayport In-Tract/Backbone meetings, as necessary, at Catellus' Oakland offices; and
- Project oversight.

ERM

ERM-West, Inc. Federal Tax ID No: 52-1346967

1777 Botelho Drive - Suite 260 - Walnut Creek, CA 94596-5042 - (925) 946-0455 - Fax (925) 946-9968

July 29, 2002
Project No: 003421.10
Invoice No: 0094510

Ms. Sandra Stevens
Catellus Development Corporation
201 Mission Street, 2nd floor
San Francisco, CA 94105

Project 003421.10 Technical Support - Alameda FISC

Task Order No. ERM-02-09

**Professional Services: June 1, 2002 through June 30, 2002**

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Principal Engineer/Geologist/Scientist | | | | |
| Quillin, Michael E. | 21.00 | 146.00 | 3,066.00 | |
| Program Director | | | | |
| Streeter, Robin | 3.00 | 123.00 | 369.00 | |
| Project Engineer/Geologist/Scientist II | | | | |
| Grant, Amy | 0.50 | 87.00 | 43.50 | |
| Project Facilitator | | | | |
| Martinez, Michele L. | 3.00 | 57.00 | 171.00 | |
| Voskanian, Liz C. | 0.50 | 57.00 | 28.50 | |
| Administrative Support | | | | |
| Bonomi, Beverley | 3.00 | 42.00 | 126.00 | |
| Price, Annie | 1.50 | 42.00 | 63.00 | |
| Totals | 32.50 | | 3,867.00 | |
| **Total Labor** | | | | **3,867.00** |

**Reimbursable Expenses**

| | | | |
|---|---|---|---|
| Economy Bond | Plotter Log | 57.50 | |
| **Total Reimbursables** | | **57.50** | **57.50** |

**Unit Billing**

| | | | | |
|---|---|---|---|---|
| 6/30/02 | Computer Charges | 11.50 Charges @ 10.00 | 115.00 | |
| | **Total Unit Billing** | | **115.00** | **115.00** |

**Other Expenses**

| | | | |
|---|---|---|---|
| Health & Safety Charges | 2.00% of 3,867.00 | 77.34 | |
| Communications Charge | 4.00% of 3,867.00 | 154.68 | |
| **Total Other Expenses** | | **232.02** | **232.02** |

**Total this invoice** **$4,271.52**

Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

ERM

5 November 2002

Mr. Phil Owen
Catellus Development Corporation
1999 Harrison Street, Suite 2150
Oakland, CA 94612

Subject: Organochlorine-Pesticide Related Project Costs
ERM Projects #4740.00, 3421.00, and 5000.00
Catellus Task Orders ERM-02-09
ERM-02-03A
ERM-02-15

Dear Phil:

Pursuant to your request, ERM has reviewed our invoiced project costs associated with the above referenced Task Orders for the period of 31 June through 30 September 2002. The purpose of this submittal is to quantify costs related directly to organochlorine pesticide (OCP) contamination in soil at the former Alameda Point East Housing Area.

Attached you will find copies of the following documentation supporting the cost allocation:

- Monthly invoices and invoice cover letters submitted to Catellus for payment showing project costs, describing the scope of monthly activities, and enumerating the OCP-related costs for that month;
- Subcontractor invoices related to OCPs; and
- An Organochlorine-Pesticide Related Cost Summary spreadsheet summarizing hourly billing charges and related to OCPs in soil, and quantifying the fraction of total costs associated with OCP removal activities.

Please note that due to the relatively minimal activity on Task Order #ERM-02-03A during the month of September, the charges for this month were held, and will be invoiced together with October charges.

Please do not hesitate to contact me at (925) 946-0455 should you have any questions regarding this submittal.

Sincerely,

Michael A. Blanchard
*Project Engineer*

MAB/4740.00
Enclosures

cc: Bill Kennedy, Catellus Development Corporation
Sandy Stevens, Catellus Development Corporation
Bill Frink, Harris and Associates
Darrell Handy, City of Alameda
Doug Cole, City of Alameda

***Organochlorine-Pesticide Related Cost Summary***
***1 July 2002 - 30 September 2002***
***Catellus Development Corporation***

| Invoice | Task Order | Invoice month | Personnel | OCP-related hours | Billing Rate | OCP-related Subtotal | Fraction of total invoice |
|---|---|---|---|---|---|---|---|
| 94785 | ERM-02-09 | July 2002 | Mike Quillin | 8.5 | $146 | $1,241.00 | 38% |
| | | | Jeanie Link | 1 | $42 | $42.00 | |
| | | | Project Costs | -- | -- | $77.70 | |
| | | | | *Invoice total:* | | *$1,360.70* | |
| 94786 | ERM-02-03A | July 2002 | Mike Quillin | 12.5 | $146 | $1,825.00 | 56% |
| | | | Mike Blanchard | 70 | $80 | $5,600.00 | |
| | | | Chris Watrous | 1 | $92 | $92.00 | |
| | | | Don Ludlam | 1 | $87 | $87.00 | |
| | | | Michele Martinez | 2.5 | $57 | $142.50 | |
| | | | Project Costs | -- | -- | $406.23 | |
| | | | | *Invoice total:* | | *$8,152.73* | |
| 95021 | ERM-02-09 | August 2002 | Mike Quillin | 15 | $146 | $2,190.00 | 56% |
| | | | Mike Blanchard | 4 | $80 | $320.00 | |
| | | | Project Costs | -- | -- | $151.88 | |
| | | | | *Invoice total:* | | *$2,661.88* | |
| 95022 | ERM-02-03A | August 2002 | Mike Quillin | 5 | $146 | $730.00 | 28% |
| | | | Mike Blanchard | 26 | $80 | $2,080.00 | |
| | | | Liza Medina | 1 | $57 | $57.00 | |
| | | | Project Costs | -- | -- | $65.46 | |
| | | | | *Invoice total:* | | *$2,932.46* | |
| 95270 | ERM-02-09 | September 2002 | Mike Quillin | 6 | $146 | $876.00 | 33% |
| | | | Mike Blanchard | 3 | $80 | $240.00 | |
| | | | Project Costs | -- | -- | $144.34 | |
| | | | | *Invoice total:* | | *$1,260.34* | |
| 95242 | ERM-02-15 | September 2002 | Mike Quillin | 5.5 | $146 | $803.00 | 40% |
| | | | Mike Blanchard | 25.5 | $80 | $2,040.00 | |
| | | | Annie Price | 0.5 | $42 | $21.00 | |
| | | | Project Costs | -- | -- | $118.75 | |
| | | | | *Invoice total:* | | *$2,982.75* | |

| *TOTAL OCP-RELATED COSTS* | ***$19,350.86*** |
|---|---|

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

ERM

29 August 2002

Ms. Sandy Stevens
Associate Vice President, Environmental Services
Catellus Development Corporation
201 Mission Street, Second Floor
San Francisco, California 94105

Subject: July 2002 Invoice Submittal
Alameda FISC Technical Support
Task Order No. ERM-02-09
ERM Project No. 3421.10

Dear Sandy:

This letter transmits our invoice for July 2002 activities performed in association with the Alameda FISC project. The activities covered by this billing period include:

- Preparing for and attending the 2 July 2002 monthly meetings of the Alameda FISC Restoration Advisory Board (RAB) and BRAC Closure Team (BCT);
- Preparing for and attending weekly job progress meetings, as necessary;
- Continuing oversight and coordination associated with implementation of the *Demolition and Organochlorine Pesticide Removal Workplan* (DOCPRW) and *Site Management Plan* (SMP);
- Coordinating on an as-needed basis with representatives of EBMUD and the Department of Toxic Substances Control regarding interpretation of the DOCPRW and SMP;
- Coordinating on an as-needed basis with other Catellus/City of Alameda contractors (e.g., Winzler & Kelly, Ferma, BKF) regarding environmental issues at FISC and East Housing; and
- Project oversight.

A summary of project costs associated with the current Catellus task order and a budget summary are presented in the following table. As requested, costs attributable to OCP removal activities have been identified to facilitate future insurance claim preparation.

| Catellus Task Order | Description | Invoice Amount | OCP-Related Costs | Remaining Task Order Budget |
|---|---|---|---|---|
| ERM-02-09 | FISC Technical Assistance, Jan – Dec 2002 | $ 3,594.06 | $ 1,360.70 | $ 20,889.40 |

Please contact me with any questions or comments regarding the invoice. Thank you for the opportunity to assist Catellus with this project.

Sincerely,

Michael E. Quillin, R.G.
*Principal*

MEQ/3421.10
Enclosure
cc: Mr. Mark Ransom, ERM

ERM

ERM-West, Inc. Federal Tax ID No: 52-1346967

1777 Botelho Drive Suite, 260 Walnut Creek, CA 94596-5042 (925) 946-0455 Fax (925) 946-9968

August 29, 2002
Project No: 003421.10
Invoice No: 0094785

Ms. Sandra Stevens
Catellus Development Corporation
201 Mission Street, 2nd floor
San Francisco, CA 94105

Project 003421.10 Technical Support - Alameda FISC

Task Order No. ~~ERM-02-09~~

**Professional Services: July 1, 2002 through July 31, 2002**

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Principal Engineer/Geologist/Scientist | | | | |
| Quillin, Michael E. | 18.50 | 146.00 | 2,701.00 | |
| Project Engineer/Geologist/Scientist I | | | | |
| Blanchard, Michael A. | 4.50 | 80.00 | 360.00 | |
| Project Facilitator | | | | |
| Martinez, Michele L. | 1.50 | 57.00 | 85.50 | |
| Parks, Lynn M | 0.50 | 57.00 | 28.50 | |
| Administrative Support | | | | |
| Bonomi, Beverley | 1.50 | 42.00 | 63.00 | |
| Link, Jeanie | 1.00 | 42.00 | 42.00 | |
| Price, Annie | 0.50 | 42.00 | 21.00 | |
| Totals | 28.00 | | 3,301.00 | |
| **Total Labor** | | | | **3,301.00** |

**Unit Billing**

| | | | | |
|---|---|---|---|---|
| 7/31/02 | Computer Charges | 9.50 Charges @ 10.00 | 95.00 | |
| | **Total Unit Billing** | | **95.00** | **95.00** |

**Other Expenses**

| | | | |
|---|---|---|---|
| Health & Safety Charges | 2.00% of 3,301.00 | 66.02 | |
| Communications Charge | 4.00% of 3,301.00 | 132.04 | |
| **Total Other Expenses** | | **198.06** | **198.06** |

**Total this invoice** **$3,594.06**

**Exhibit 5 page 131**

Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

ERM.

29 August 2002

Ms. Sandy Stevens
Associate Vice President, Environmental Services
Catellus Development Corporation
201 Mission Street, 2nd Floor
San Francisco, California 94105

Subject: July 2002 Invoice Submittal
Alameda Point East Housing Area Demolition
Site Management Plan Implementation
Catellus Task Order No. ERM-2002-03A
Invoice # 0094786

Dear Ms. Stevens:

This letter transmits our invoice for July 2002 for activities performed in association with implementation of the Site Management Plan (SMP) during demolition at the former Alameda Point East Housing Area (EHA). Major activities covered by this billing period include:

- Following discussions with DTSC, performing a limited Phase I Environmental Site Assessment for the Niles Canyon Quarry pursuant to the October 1999 DTSC *Information Advisory – Clean Imported Fill Material*, prior to importation of fill material from this source;
- Verifying and documenting import fill truck decontamination procedures performed at the Altamont Pass Landfill;
- Reviewing past invoices and preparing a cost summary package segregating OCP-related expenses in preparation for insurance claim submission;
- Evaluating scope and costs associated with preparation of the *Demolition and Organochlorine Pesticide Removal Completion Report* and submitting a task order request to Catellus;
- Performing ongoing work zone and site perimeter dust monitoring;
- Reviewing post-excavation soil analytical results, evaluating the quality of the data, comparing the results to the relevant standards, and releasing cleared foundations for grading;

- Developing recommendations for laboratory data quality assurance/quality control documentation;
- Devising a refined waste characterization strategy for 1,000 $yd^3$ of material initially classified as California Class I Hazardous;
- Attending weekly job progress meetings; and
- Ongoing project management.

A summary of project costs associated with the current Catellus task order and a budget summary are presented in the following table.

| Catellus Task Order | Description | Invoice Amount | OCP-Related Costs | Remaining Task Order Budget |
|---|---|---|---|---|
| ERM-02-03A | FISC Alameda Site Management Plan Implementation, July 2002 | $ 14,458.27 | $ 8,152.73 | $ 19,157.48 |

Please do not hesitate to contact me with any questions or comments regarding this invoice. Thank you in advance for your assistance in addressing the outstanding invoices. We appreciate the opportunity to assist Catellus with this project and look forward to working together in the future.

Sincerely,

Michael A. Blanchard
*Project Engineer*

MAB/mgm/4740.00
Enclosure

cc: Mr. Bill Kennedy, Catellus
Mr. Philip Owen, Catellus
Mr. Mike Quillin, ERM

ERM

ERM-West, Inc. Federal Tax ID No: 52-1346967

1777 Botelho Drive Suite, 260 Walnut Creek, CA 94596-5042 (925) 946-0455 Fax (925) 946-9968

August 29, 2002
Project No: 004740.00
Invoice No: 0094786

Ms. Sandra Stevens
Catellus Development Corporation
201 Mission Street, 2nd floor
San Francisco, CA 94105

Project 004740.00 FISC Alameda Site Mgmt. Plan Implement.

Catellus Task Order No: ERM 2002-03A

**Professional Services: July 1, 2002 through July 31, 2002**

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Principal Engineer/Geologist/Scientist | | | | |
| Quillin, Michael E. | 16.50 | 146.00 | 2,409.00 | |
| Project Engineer/Geologist/Scientist III | | | | |
| Watrous, Christopher B | 1.00 | 92.00 | 92.00 | |
| Project Engineer/Geologist/Scientist II | | | | |
| Ludlam, Donald | 1.00 | 87.00 | 87.00 | |
| Project Engineer/Geologist/Scientist I | | | | |
| Blanchard, Michael A. | 89.50 | 80.00 | 7,160.00 | |
| Project Facilitator | | | | |
| Barner, Donna | 1.00 | 57.00 | 57.00 | |
| Martinez, Michele L. | 4.50 | 57.00 | 256.50 | |
| Medina, Liza H. | 2.00 | 57.00 | 114.00 | |
| Parks, Lynn M | 1.00 | 57.00 | 57.00 | |
| Administrative Support | | | | |
| Bonomi, Beverley | 3.00 | 42.00 | 126.00 | |
| Link, Jeanie | 0.50 | 42.00 | 21.00 | |
| Intern / Clerk | | | | |
| Christie, Nicole | 1.00 | 25.00 | 25.00 | |
| Totals | 121.00 | | 10,404.50 | |
| **Total Labor** | | | | **10,404.50** |

**Reimbursable Expenses**

| | | | |
|---|---|---|---|
| Auto Expenses & Rental | M. Blanchard/Mileage | 90.48 | |
| Equipment Exp & Rental | | 2,364.61 | |
| Equipment Exp - In House | | 47.50 | |
| Federal Express | Postage & Delivery | 5.75 | |
| Environmental Data Resources | Project Supplies | 345.00 | |
| Telephone Charges | M. Blanchard | 9.66 | |
| **Total Reimbursables** | | **2,863.00** | **2,863.00** |

**Unit Billing**

| | | | |
|---|---|---|---|
| 7/31/02 | AutoCAD Computer Charges | 1.00 Charge @ 25.00 | 25.00 |
| Color Copies 11x17 | | | 49.00 |
| Color Copies 8.5x11 | | | 2.50 |

**Exhibit 5 page 134**

Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

ERM

ERM-West, Inc. Federal Tax ID No: 52-1346967

1777 Botelho Drive Suite, 260 Walnut Creek, CA 94596-5042 (925) 946-0455 Fax (925) 946-9968

Project 004740.00 FISC Alameda Site Mgmt. Plan Implement. Invoice No: 0094786

| | | | | |
|---|---|---|---|---|
| Color Copies 8.5x11 | | | 100.00 | |
| 7/31/02 | Computer Charges | 39.00 Charges @ 10.00 | 390.00 | |
| | **Total Unit Billing** | | **566.50** | **566.50** |
| **Other Expenses** | | | | |
| | Health & Safety Charges | 2.00% of 10,404.50 | 208.09 | |
| | Communications Charge | 4.00% of 10,404.50 | 416.18 | |
| | **Total Other Expenses** | | **624.27** | **624.27** |

**Total this invoice** **$14,458.27**



Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)