MAB1a

# Environmental Data Resources, Inc.

P.O. Box 74551
Chicago, IL 60690
Phone: (203) 255-6606
Fax : (203) 255-1976

# INVOICE

| Ship Date | Account# | Invoice # |
|---|---|---|
| 07/15/2002 | 1421019 | 809553 |

Ship To:

Accounts Payable
ERM - West, Inc.
1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596

## Remit Payment To:

Environmental Data Resources, Inc.
P.O. Box 74551
Chicago, IL 60690

| Terms | Order Date | Order Time | Caller | Account Representative |
|---|---|---|---|---|
| Payable Upon Receipt | 07/03/2002 | 16:54:49 | Mike Blanchard | Jim Hankard |

| Report Type | Price | Zip | Customer PO # | Cust Proj # | Project/Site Name or Description |
|---|---|---|---|---|---|
| Federal Express Delivery<br>ASTM 2000 Gold Pkg | 15.00<br>285.00 | PQC | 4740.00 | 4740.00 | 5550 Niles Canyon Road |
| SALES TAX -> | 0.00 | | | | |
| TOTAL DUE -> | 300.00 | | | | |

4962 166420 ENTERED

MAB JUL 31 2002

4740.00 537 300.

**Total Amount Due: $ 300.00**

Messages:
Please remember to include invoice numbers and amounts with your payment.
Please make note of our new remittance address.

Pay By Check: Make checks payable to:
Environmental Data Resources, Inc.
Federal ID #: 06-1501757

Pay By Credit Card: Call 1-800-352-0050 and ask for an Accounts Receivable representative

For invoice inquiries, contact your Account Representative.

Thank you for your business.



Remittance Copy

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

ERM

26 September 2002

Ms. Sandy Stevens
Associate Vice President, Environmental Services
Catellus Development Corporation
201 Mission Street, Second Floor
San Francisco, California 94105

Subject: August 2002 Invoice Submittal
Alameda FISC Technical Support
Task Order No. ERM-02-09
ERM Project No. 3421.10

Dear Sandy:

This letter transmits our invoice for August 2002 activities performed in association with the Alameda FISC project. The activities covered by this billing period include:

- Preparing for and attending the 3 August 2002 monthly meetings of the Alameda FISC Restoration Advisory Board (RAB) and BRAC Closure Team (BCT);
- Preparing for and attending weekly job progress meetings, as necessary;
- Continuing oversight and coordination associated with implementation of the *Demolition and Organochlorine Pesticide Removal Workplan* (DOCPRW) and *Site Management Plan* (SMP);
- Coordinating data exchange with representatives of EBMUD to ensure that various remedial actions at the FISC and East Housing Area conform to cleanup standards applicable to EBMUD projects;
- Coordinating on an as-needed basis with other Catellus/City of Alameda (City) contractors (e.g., Winzler & Kelly, Ferma, BKF) regarding environmental issues at FISC and East Housing;
- Compiling and summarizing documentation associated with DOCPRW concurrence and implementation on behalf of the City's attorneys, for the purpose of environmental insurance claim submittal; and
- Project oversight.

A summary of project costs associated with the current Catellus task order and a budget summary are presented in the following table. As requested, costs attributable to OCP removal activities have been identified to facilitate future insurance claim preparation.

| Catellus Task Order | Description | Invoice Amount | OCP-Related Costs | Remaining Task Order Budget |
|---|---|---|---|---|
| ERM-02-09 | FISC Technical Assistance, Jan – Dec 2002 | $ 4,735.06 | $ 2,661.88 | $ 16,154.34 |

Please contact me with any questions or comments regarding the invoice. Thank you for the opportunity to assist Catellus with this project.

Sincerely,

Michael E. Quillin, R.G.
*Principal*

MEQ/3421.10
Enclosure
cc: Mr. Mark Ransom, ERM

ERM

ERM-West, Inc. Federal Tax ID No: 52-1346967

1777 Botelho Drive Suite, 260 Walnut Creek, CA 94596-5042 (925) 946-0455 Fax (925) 946-9968

September 26, 2002
Project No: 003421.10
Invoice No: 0095021

Ms. Sandra Stevens
Catellus Development Corporation
201 Mission Street, 2nd floor
~~San Francisco~~, CA 94105

Project: 003421.10 Technical Support - Alameda FISC

Task Order No. ERM-02-09

**Professional Services: August 1, 2002 through August 31, 2002**

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Principal Engineer/Geologist/Scientist | | | | |
| Quillin, Michael E. | 23.50 | 146.00 | 3,431.00 | |
| Project Engineer/Geologist/Scientist I | | | | |
| Blanchard, Michael A. | 4.50 | 80.00 | 360.00 | |
| Project Facilitator | | | | |
| Martinez, Michele L. | 2.50 | 57.00 | 142.50 | |
| Administrative Support | | | | |
| Bonomi, Beverley | 2.00 | 42.00 | 84.00 | |
| Intern / Clerk | | | | |
| Christie, Nicole | 2.50 | 25.00 | 62.50 | |
| Totals | 35.00 | | 4,080.00 | |
| **Total Labor** | | | | **4,080.00** |

| | | | |
|---|---|---|---|
| **Consultants** | | | |
| Subcontractor | M. Hazen/Office Work | 73.60 | |
| **Total Consultants** | | **73.60** | **73.60** |
| **Reimbursable Expenses** | | | |
| Auto Expenses & Rental | M. Quillin/Mileage 440 miles @ $0.365 each | 216.66 | |
| **Total Reimbursables** | | **216.66** | **216.66** |
| **Unit Billing** | | | |
| 8/31/02 Computer Charges | 12.00 Charges @ 10.00 | 120.00 | |
| **Total Unit Billing** | | **120.00** | **120.00** |
| **Other Expenses** | | | |
| Health & Safety Charges | 2.00% of 4,080.00 | 81.60 | |
| Communications Charge | 4.00% of 4,080.00 | 163.20 | |
| **Total Other Expenses** | | **244.80** | **244.80** |
| | | **Total this invoice** | **$4,735.06** |



Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

ERM

26 September 2002

Ms. Sandy Stevens
Associate Vice President, Environmental Services
Catellus Development Corporation
201 Mission Street, 2nd Floor
San Francisco, California 94105

Subject: August 2002 Invoice Submittal
Alameda Point East Housing Area Demolition
Site Management Plan Implementation
Catellus Task Order No. ERM-2002-03A
Invoice # 0095022

Dear Ms. Stevens:

This letter transmits our invoice for August 2002 activities performed in association with overseeing implementation of the Site Management Plan (SMP) during demolition at the former Alameda Point East Housing Area (EHA). Major activities covered by this billing period include:

- Performing ongoing work zone and site perimeter dust monitoring;
- Providing clarification on Section 4.3.2.1 of the SMP, and devising an alternative post-excavation sampling protocol for the EHA portion covered by the Settlement Agreement;
- Determining the potential for the Alameda County Department of Environmental Health to assume regulatory oversight over the project;
- Investigating the inadvertent stockpiling of crushed concrete atop the Fleet and Industrial Supply Center Oakland Alameda Facility/ Alameda Annex (FISCA) monitoring well S-16, located in IR01, and coordinating future development activities with the US Navy and Shaw Environmental to avoid future such occurrences;
- Relocating the weather station formerly installed on the job site trailer to the Catellus field office;
- Reviewing post-excavation soil analytical results, evaluating the quality of the data, comparing the results to the relevant standards, and releasing cleared foundations for grading;

- Developing and distributing recommendations for laboratory data quality assurance/quality control documentation;
- Attending weekly job progress meetings; and
- Ongoing project management.

A summary of project costs associated with the current Catellus task order and a budget summary are presented in the following table.

| Catellus Task Order | Description | Invoice Amount | OCP-Related Costs | Remaining Task Order Budget |
|---|---|---|---|---|
| ERM-02-03A | FISC Alameda Site Management Plan Implementation, August 2002 | $ 10,482.89 | $ 2,932.46 | $ 8,674.59 |

Please do not hesitate to contact me with any questions or comments regarding this invoice. Based on a discussion with Bill Kennedy, we will be submitting a Task Order Amendment shortly for additional SMP Implementation Oversight during the backbone and infrastructure project phase.

Thank you your assistance in addressing the outstanding invoices and procuring payment. We appreciate the opportunity to assist Catellus with this project and look forward to working together in the future.

Sincerely,

Michael A. Blanchard
*Project Engineer*

MAB/4740.00
Enclosure

cc: Mr. Bill Kennedy, Catellus
Mr. Philip Owen, Catellus
Mr. Mike Quillin, ERM

ERM

ERM-West, Inc. Federal Tax ID No: 52-1346967

1777 Botelho Drive Suite, 260 Walnut Creek, CA 94596-5042 (925) 946-0455 Fax (925) 946-9968

September 26, 2002
Project No: 004740.00
Invoice No: 0095022

Ms. Sandra Stevens
Catellus Development Corporation
201 Mission Street, 2nd floor
San Francisco, CA 94105

Project 004740.00 FISC Alameda Site Mgmt. Plan Implementation

Catellus Task Order No: ERM 2002-03A

**Professional Services: August 1, 2002 through August 31, 2002**

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Principal Engineer/Geologist/Scientist | | | | |
| Quillin, Michael E. | 12.00 | 146.00 | 1,752.00 | |
| Project Engineer/Geologist/Scientist II | | | | |
| Ludlam, Donald | 7.50 | 87.00 | 652.50 | |
| Project Engineer/Geologist/Scientist I | | | | |
| Blanchard, Michael A. | 70.00 | 80.00 | 5,600.00 | |
| Project Facilitator | | | | |
| Martinez, Michele L. | 1.50 | 57.00 | 85.50 | |
| Medina, Liza H. | 0.50 | 57.00 | 28.50 | |
| Administrative Support | | | | |
| Bonomi, Beverley | 2.50 | 42.00 | 105.00 | |
| Link, Jeanie | 0.50 | 42.00 | 21.00 | |
| Yeghiazarian, Juliet | 0.50 | 42.00 | 21.00 | |
| Totals | 95.00 | | 8,265.50 | |
| **Total Labor** | | | | **8,265.50** |

| | | | | |
|---|---|---|---|---|
| **Consultants** | | | | |
| Subcontractor | M. Hazen/Office Work | | 36.80 | |
| **Total Consultants** | | | **36.80** | **36.80** |
| **Reimbursable Expenses** | | | | |
| Auto Expenses & Rental | Mileage | | 255.66 | |
| Equipment Exp & Rental | Equipco | | 1,095.79 | |
| Equipment Exp - In House | Truck Usage | | 47.50 | |
| Project Supplies | | | 4.75 | |
| **Total Reimbursables** | | | **1,403.70** | **1,403.70** |
| **Unit Billing** | | | | |
| 8/31/02 Computer Charges | | 30.50 Charges @ 10.00 | 305.00 | |
| **Total Unit Billing** | | | **305.00** | **305.00** |
| **Other Expenses** | | | | |
| Health & Safety Charges | | 2.00% of 8,265.50 | 165.31 | |
| Communications Charge | | 4.00% of 8,265.50 | 330.62 | |
| **Total Other Expenses** | | | **495.93** | **495.93** |
| | | | **Total this invoice** | **$10,506.93** |

Exhibit 5 page 142

Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

ERM

30 October 2002

Ms. Sandy Stevens
Associate Vice President, Environmental Services
Catellus Development Corporation
201 Mission Street, Second Floor
San Francisco, California 94105

Subject: September 2002 Invoice Submittal
Alameda FISC Technical Support
Task Order No. ERM-02-09
ERM Project No. 3421.10

Dear Sandy:

This letter transmits our invoice for September 2002 activities performed in association with the Alameda FISC project. The activities covered by this billing period include:

- Preparing for and attending the 3 September 2002 monthly meetings of the Alameda FISC Restoration Advisory Board (RAB) and BRAC Closure Team (BCT);
- Preparing for and attending the 11 September Bayport In-Tract/Backbone status meeting at Catellus' Oakland offices;
- Finalizing a summary of historical documentation associated with organochlorine pesticide (OCP) investigation and removal actions, including regulatory interaction, at the request of Ms. Ellen Garber and Mr. Barry Steinberg, outside counsel for the City of Alameda;
- Continuing oversight and coordination associated with implementation of the *Demolition and Organochlorine Pesticide Removal Workplan* (DOCPRW) and *Site Management Plan* (SMP);
- Coordinating on specific project-related issues with various Catellus staff; and
- Project oversight.

**Exhibit 5 page 143**

A summary of project costs associated with the current Catellus task order and a budget summary are presented in the following table. As requested, costs attributable to OCP removal activities have been identified to facilitate future insurance claim preparation.

| Catellus Task Order | Description | Invoice Amount | OCP-Related Costs | Remaining Task Order Budget |
|---|---|---|---|---|
| ERM-02-09 | FISC Technical Assistance, Jan – Dec 2002 | $ 3,786.97 | $ 1,260.34. | $ 12,367.37 |

Please contact me with any questions or comments regarding the invoice. Thank you for the opportunity to assist Catellus with this project.

Sincerely,

Michael E. Quillin, R.G.
*Principal*

MEQ/3421.10
Enclosure
cc: Mr. Mark Ransom, ERM

ERM

ERM-West, Inc. Federal Tax ID No: 52-1346967

1777 Botelho Drive Suite, 260 Walnut Creek, CA 94596-5042 (925) 946-0455 Fax (925) 946-9968

October 30, 2002
Project No: 003421.10
Invoice No: 0095270

Ms. Sandra Stevens
Catellus Development Corporation
201 Mission Street, 2nd floor
San Francisco, CA 94105

Project: 003421.10 Technical Support - Alameda FISC

Task Order No. ERM-02-09

**Professional Services: September 1, 2002 through September 30, 2002**

| **Professional Personnel** | **Hours** | **Rate** | **Amount** | |
|---|---|---|---|---|
| Principal Engineer/Geologist/Scientist | | | | |
| Quillin, Michael E. | 18.00 | 146.00 | 2,628.00 | |
| Project Engineer/Geologist/Scientist I | | | | |
| Blanchard, Michael A. | 8.00 | 80.00 | 640.00 | |
| Administrative Support | | | | |
| Bonomi, Beverley | 2.50 | 42.00 | 105.00 | |
| Price, Annie | 0.50 | 42.00 | 21.00 | |
| Intern / Clerk | | | | |
| Christie, Nicole | 0.50 | 25.00 | 12.50 | |
| Totals | 29.50 | | 3,406.50 | |
| **Total Labor** | | | | **3,406.50** |
| **Consultants** | | | | |
| Office Team | | D. Waranietz | 15.01 | |
| **Total Consultants** | | | **15.01** | **15.01** |
| **Reimbursable Expenses** | | | | |
| Federal Express | | Postage & Delivery | 36.07 | |
| **Total Reimbursables** | | | **36.07** | **36.07** |
| **Unit Billing** | | | | |
| 9/30/02 Computer Charges | | 12.50 Charges @ 10.00 | 125.00 | |
| **Total Unit Billing** | | | **125.00** | **125.00** |
| **Other Expenses** | | | | |
| Health & Safety Charges | | 2.00% of 3,406.50 | 68.13 | |
| Communications Charge | | 4.00% of 3,406.50 | 136.26 | |
| **Total Other Expenses** | | | **204.39** | **204.39** |
| | | | **Total this invoice** | **$3,786.97** |

Exhibit 5 page 145

Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

ERM

28 October 2002

Mr. Bill Kennedy
Construction Manager
Catellus Development Corporation
1999 Harrison Street, Suite 2150
Oakland, California 94612

Subject: September 2002 Invoice Submittal
Alameda Point East Housing Area
Demolition and OCP Removal Completion Report
Catellus Task Order No. ERM-2002-15
Invoice # 0095242

Dear Bill:

This letter transmits our invoice for September 2002 activities performed in association with preparation of the Demolition and OCP Removal Completion Report for the former Alameda Point East Housing Area. Major activities covered by this billing period include:

- Summarizing all post-excavation laboratory data into validated tables, and distributing them to DTSC and EBMUD for preliminary review and concurrence;
- Preparing and distributing Requests For Information to Winzler and Kelly and Ferma identifying project information and documentation needs;
- Preparing text and figures to summarize site activities; and
- Ongoing project management.

A summary of project costs associated with the current Catellus task order and a budget summary are presented in the following table.

| Catellus Task Order | Description | Invoice Amount | OCP-Related Costs | Remaining Task Order Budget |
|---|---|---|---|---|
| ERM-02-15 | Demolition and OCP Removal Completion Report, September '02 | $ 7,456.88 | $ 2,982.75 | $ 28,423.12 |

Please do not hesitate to contact me with any questions or comments regarding this invoice. We appreciate the opportunity to assist Catellus with this project and look forward to working together in the future.

Sincerely,

Michael A. Blanchard
*Project Engineer*

MAB/4740.00
Enclosure

cc: Ms. Sandy Stevens, Catellus
Mr. Philip Owen, Catellus
Mr. Mike Quillin, ERM

ERM

ERM-West, Inc. Federal Tax ID No: 52-1346967

1777 Botelho Drive Suite, 260 Walnut Creek, CA 94596-5042 (925) 946-0455 Fax (925) 946-9968

October 28, 2002
Project No: 005000.00
Invoice No: 0095242

Catellus Commerical Group, LLC
Mr. Bill Kennedy
1999 Harrison Street, Suite 2150
Oakland, CA 94612

Project: 005000.00 Demolition and Organochlorine Pesticide
TO#: ERM 02-15
DOCPRW Completion Report

**Professional Services: September 1, 2002 through September 30, 2002**

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Principal Engineer/Geologist/Scientist | | | | |
| Quillin, Michael E. | 16.00 | 146.00 | 2,336.00 | |
| Project Engineer/Geologist/Scientist I | | | | |
| Blanchard, Michael A. | 58.00 | 80.00 | 4,640.00 | |
| Administrative Support | | | | |
| Price, Annie | 0.50 | 42.00 | 21.00 | |
| Totals | 74.50 | | 6,997.00 | |
| **Total Labor** | | | | **6,997.00** |

**Unit Billing**

| | | | | |
|---|---|---|---|---|
| 9/30/02 | Computer Charges | 18.00 Charges @ 10.00 | 180.00 | |
| | **Total Unit Billing** | | **180.00** | **180.00** |

**Other Expenses**

| | | | |
|---|---|---|---|
| Communications Charge | 4.00% of 6,997.00 | 279.88 | |
| **Total Other Expenses** | | **279.88** | **279.88** |

**Total this invoice** **$7,456.88**



Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

ERM

29 April 2003

Mr. Philip Owen
Catellus Development Corporation
1999 Harrison Street, Suite 2150
Oakland, CA 94612

Subject: Organochlorine-Pesticide Related Project Costs
ERM Projects #3421.10, 4740.20, 5000.00, and 5000.10
Catellus Task Orders ERM-02-03A
ERM-02-09
ERM-02-15
ERM-02-15A

Dear Phil:

Pursuant to your request, ERM has reviewed our invoiced project costs associated with the above referenced Task Orders for the period of 1 October 2002 through 31 March 2003. The purpose of this submittal is to quantify costs related directly to organochlorine pesticide (OCP) contamination in soil at the former Alameda Point East Housing Area.

Attached you will find copies of the following documentation supporting the cost allocation:

- Monthly invoices and invoice cover letters submitted to Catellus for payment showing project costs, describing the scope of monthly activities, and enumerating the OCP-related costs for that month;
- Subcontractor invoices related to OCPs; and
- An Organochlorine-Pesticide Related Cost Summary spreadsheet summarizing hourly billing charges and related to OCPs in soil, and quantifying the fraction of total costs associated with OCP removal activities.

Please note that no OCP-related charges were billed to Task Order ERM-02-09 after October 2002. Furthermore, no OCP-related charges were billed to Task Order ERM-02-03 after November 2002. Subsequent invoices submitted under these task orders have been omitted.

Please note that due to the relatively minimal activity on Task Order #ERM-02-03A during the month of September, the charges for this month were held, and were invoiced on 22 November 2002 together with October charges. As this invoice (#0095519) was not included in our preceding OCP cost assessment dated 5 November 2002, both months' OCP-related charges are included in this submittal.

Please do not hesitate to contact me at (925) 946-0455 should you have any questions regarding this submittal.

Sincerely,

Michael A. Blanchard
*Project Engineer*

MAB/4740.20
Enclosures

cc: Bill Kennedy, Catellus Development Corporation
Sandy Stevens, Catellus Development Corporation
Bill Frink, Harris and Associates
Darrell Handy, City of Alameda
Doug Cole, City of Alameda

*Organochlorine-Pesticide Related Cost Summary*
*1 October 2002 - 1 April 2003*
*Catellus Development Corporation*

| Invoice | Task Order | Invoice month | Personnel | OCP-related hours | Billing Rate | OCP-related Subtotal | Fraction of total invoice |
|---|---|---|---|---|---|---|---|
| 95512 | ERM-02-09 | October 2002 | Mike Quillin | 1.5 | $141 | $211.50 | 9% |
| | | | Mike Blanchard | 1.5 | $84 | $126.00 | |
| | | | Project Costs | -- | -- | $19.72 | |
| | | | | *Invoice total:* | | *$357.22* | |
| 95518 | ERM-02-15 | October 2002 | Mike Quillin | 1 | $141 | $141.00 | 40% |
| | | | Mike Blanchard | 31 | $84 | $2,604.00 | |
| | | | Donald Ludlam | 3 | $84 | $252.00 | |
| | | | Beverly Bonomi | 1.5 | $40 | $60.00 | |
| | | | Project Costs | -- | -- | $589.80 | |
| | | | | *Invoice total:* | | *$3,646.80* | |
| 95519 | ERM-02-03A | September - October '02 | Mike Blanchard | 3 | $84 | $252.00 | 7% |
| | | | Project Costs | -- | -- | $10.08 | |
| | | | | *Invoice total:* | | *$262.08* | |
| 95830 | ERM-02-03A | November '02 | Mike Blanchard | 4.5 | $84 | $378.00 | 17% |
| | | | Project Costs | -- | -- | $28.00 | |
| | | | | *Invoice total:* | | *$406.00* | |
| 96663 | ERM-02-15 | December '02 through February '03 | Mike Quillin | 1 | $146 | $146.00 | 40% |
| | | | Mike Blanchard | 4.5 | $87 | $391.50 | |
| | | | Johnet Estrada | 4 | $87 | $348.00 | |
| | | | Beverly Bonomi | 2 | $42 | $84.00 | |
| | | | Project Costs | -- | -- | $464.32 | |
| | | | | *Invoice total:* | | *$1,433.82* | |
| 96664 | ERM-02-15A | December '02 through February '03 | Mike Quillin | 3 | $146 | $438.00 | 40% |
| | | | Mike Blanchard | 6 | $87 | $522.00 | |
| | | | Project Costs | -- | -- | $118.00 | |
| | | | | *Invoice total:* | | *$1,078.00* | |
| 96950 | ERM-02-15A | March '03 | Mike Blanchard | 3.5 | $87 | $304.50 | 40% |
| | | | Project Costs | -- | -- | $3.13 | |
| | | | | *Invoice total:* | | *$307.63* | |

| *TOTAL OCP-RELATED COSTS* | ***$7,491.55*** |
|---|---|

ERM

ERM-West, Inc. Federal Tax ID No: 52-1346967

1777 Botelho Drive Suite, 260 Walnut Creek, CA 94596-5042 (925) 946-0455 Fax (925) 946-9968

March 27, 2003
Project No: 005000.10
Invoice No: 0096664

Catellus Commerical Group, LLC
Mr. Bill Kennedy
1999 Harrison Street, Suite 2150
Oakland, CA 94612

Project: 005000.10

ERM-02-15A
Demolition and Organochloride Pesticide Removal Completion Report

**Professional Services: December 1, 2002 through February 28, 2003**

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Principal Engineer/Geologist/Scientist | | | | |
| Quillin, Michael E. | 7.00 | 146.00 | 1,022.00 | |
| Project Engineer/Geologist/Scientist II | | | | |
| Blanchard, Michael A. | 17.00 | 87.00 | 1,479.00 | |
| Administrative Support | | | | |
| Bonomi, Beverley | 2.00 | 42.00 | 84.00 | |
| Totals | 26.00 | | 2,585.00 | |
| **Total Labor** | | | | **2,585.00** |

**Reimbursable Expenses**

| | | |
|---|---|---|
| Economy Bond/Plotter Logs | 6.60 | |
| **Total Reimbursables** | **6.60** | **6.60** |

**Other Expenses**

| | | | |
|---|---|---|---|
| Communications Charge | 4.00% of 2,585.00 | 103.40 | |
| **Total Other Expenses** | | **103.40** | **103.40** |

**Total this invoice** **$2,695.00**

Exhibit 5 page 152

Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

ERM

29 April 2003

Mr. Bill Kennedy
Director of Construction
Catellus Development Corporation
1999 Harrison Street, Suite 2150
Oakland, California 94612

Subject: March 2003 Invoice Submittal
*Demolition and Organochlorine Pesticide Removal Completion Report* Preparation
Catellus Task Order No. ERM-02-15A
Invoice #0096950

Dear Bill:

This letter transmits our invoice for March 2003 for preparation of the *Demolition and Organochlorine Pesticide Removal Completion Report*. Major activities covered by this billing period include:

- Suggesting language for and soliciting internal commentary on DTSC's letter of concurrence to the *Completion Report*. The DTSC concurrence letter was dated 4 April 2003 and included in the final report as Appendix A.
- Performing final document quality assurance/quality control;
- Obtaining waste disposal manifests from Winzler and Kelly and producing a compact disc appendix for inclusion in the *Completion Report*; and
- Ongoing project management.

A summary of project costs associated with the current Catellus task order and a budget summary are presented in the following table. AIA Documents G702 and G703 are also attached, and provide a summary of all outstanding ERM Task Orders.

Mr. Bill Kennedy
29 April 2003
Page 2

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

ERM

| Catellus Task Order | Description | Invoice Amount | OCP-Related Costs | Remaining Task Order Budget |
|---|---|---|---|---|
| ERM-02-15A | *Demolition and Organochlorine Pesticide Removal Completion Report* March '03 | $ 769.08 | $307.63 | $ 1,926.92 |

Hopefully you have received your final *Demolition and Organochlorine Pesticide Removal Completion Report*, published on 10 April 2003. Charges related to document production and distribution will appear on our April 2003 invoice, which will be the final invoice submitted under this Task Order. We anticipate full utilization of the funds allocated under this Task Order.

Please do not hesitate to contact me with any questions or comments regarding this invoice. We appreciate the opportunity to assist Catellus with this project and look forward to working together in the future.

Sincerely,

Michael A. Blanchard
*Project Engineer*

MAB/5000.10
Enclosure

cc: Ms. Sandy Stevens, Catellus
Mr. Philip Owen, Catellus
Ms. Karen Bey, Catellus
Mr. Mike Quillin, ERM

ERM

ERM-West, Inc. Federal Tax ID No: 52-1346967

1777 Botelho Drive Suite, 260 Walnut Creek, CA 94596-5042 (925) 946-0455 Fax (925) 946-9968

April 29, 2003
Project No: 005000.10
Invoice No: 0096950

Catellus Commerical Group, LLC
Mr. Bill Kennedy
1999 Harrison Street, Suite 2150
Oakland, CA 94612

Project: 005000.10
ERM-02-15A
Demolition and Organochloride Pesticide Removal Completion Report

**Professional Services: March 1, 2003 through March 31, 2003**

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Project Engineer/Geologist/Scientist II | | | | |
| Blanchard, Michael A. | 8.50 | 87.00 | 739.50 | |
| Totals | 8.50 | | 739.50 | |
| **Total Labor** | | | | **739.50** |

**Other Expenses**

| | | | |
|---|---|---|---|
| Communications Charge | 4.00% of 739.50 | 29.58 | |
| **Total Other Expenses** | | **29.58** | **29.58** |

| | |
|---|---|
| **Total this invoice** | **$769.08** |



Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

# PPLICATION AND CERTIFICATION FOR PAYMENT

*AIA DOCUMENT G702* PAGE ONE OF PAGES

OWNER:
Catellus Development
1999 Harrision Street Suite 2150
Oakland, CA 94612

PROJECT: Catellus / Alameda
Residental Phase I
Demo & BBI

APPLICATION NO: 22

PERIOD TO: 02/28/03

Distribution to:
- [ ] OWNER (D. Cole)
- [ ] ARCHITECT
- [ ] CONSULTANT
- [X] CATELLUS ( P. Owen)

OM CONSULTANT:
Environmental Resources Management
1777 Botelho Drive, Suite 260
Walnut Creek, CA 94596

VIA ARCHITECT: N/A

PROJECT NOS: 4740.10 & .20, 5000.00 & .10

NTRACT FOR: Environmental Technical Services

CONTRACT DATE: 01/15/02

## ONSULTANT'S APPLICATION FOR PAYMENT

lication is made for payment, as shown below, in connection with the approved EA.
tinuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| RIGINAL CONTRACT SUM (approved EA's) | | $ 17,204.00 |
| Net change by Change Orders (approved EA's) | | $ 251,719.00 |
| CONTRACT SUM TO DATE (Line 1 ± 2) | | $ 268,923.00 |
| TOTAL COMPLETED & STORED TO DATE (Column J on G703) | | $ 212,126.70 |
| ~~RETAINAGE:~~ | | |
| ~~a. 0% of Completed Work (Column G + H on G703)~~ | ~~$~~ | |
| ~~b. 0% of Stored Material (Column I on G703)~~ | ~~$~~ | |
| ~~Total Retainage (Lines 5a + 5b or Total in Column L of G703)~~ | | ~~$~~ |
| TOTAL EARNED LESS RETAINAGE (Line 4 Less Line 5 Total) | | $ 212,126.70 |
| LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | | $203,918.95 |
| **CURRENT PAYMENT DUE** | | **$ 8,207.75** |
| BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | | $ 56,796.30 |

| (EA) CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| otal changes approved i previous months by Owner | 251,719.00 | 0.00 |
| otal approved this Month | 0.00 | |
| OTALS | 251,719.00 | 0.00 |
| ET CHANGES by Approved EA | 251,719.00 | |

The undersigned Consultant certifies that to the best of the Consultant's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONSULTANT: ERM- West, Inc.

By: [signature] Date: 04/29/03

~~State of:~~ ~~County of:~~
~~Subscribed and sworn to before me this~~ ~~day of~~
~~Notary Public:~~
~~My Commission expires:~~

## ~~ARCHITECT'S CERTIFICATE FOR PAYMENT~~

~~In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.~~

~~AMOUNT CERTIFIED~~ ............$ ________

~~*(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and onthe Continuation Sheet that are changed to conform with the amount certified.)*~~
~~ARCHITECT:~~

~~By:~~ ________ ~~Date:~~ ________

~~This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.~~

DCUMENT G702 · APPLICATION AND CERTIFICATION FOR PAYMENT · 1992 EDITION · AIA · ©1992 THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292
rs may obtain validation of this document by requesting a completed AIA Document D401 - Certification of Document's Authenticity from the Licensee.

# CONTINUATION SHEET

AIA DOCUMENT G703

PAGE OF PAGES

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column L on Contracts where variable retainage for line items may apply.

APPLICATION NO: 23
APPLICATION DATE: 04/29/03
PERIOD TO: 03/31/03
CONSULTANT'S PROJECT NO: 4740.20, 5000.10

| A | B | C | D | E | F | G | H | I | J | | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | WORK COMPLETED | | | | | | |
| ITEM NO. | DESCRIPTION OF WORK | Unit Measure | Unit Price | # of Units | SCHEDULED VALUE (D x E) | TOTAL FROM PREVIOUS APPLICATION | TOTAL THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN G OR H) | TOTAL COMPLETED AND STORED TO DATE (G+H+I) | % (J ÷ F) | BALANCE TO FINISH (F - J) | RETAINAGE 0% |
| 00001 | Task Order ERM 2001-12 - East Housing, Marsh Crust Investigation ERM Project No. 4614.00 | EA | 17,204.00 | 1 | 17,204.00 | 17,204.00 | 0.00 | 0.00 | 17,204.00 | 100% | 0.00 | 0.00 |
| 00002 | Task Order ERM 2001-13 - Backbone Infrastructure, Marsh Crust Investigation ERM Project No. 4615.00 | EA | 9,135.00 | 1 | 9,135.00 | 7,970.55 | 0.00 | 0.00 | 7,970.55 | 87% | 1,164.45 | 0.00 |
| 00003 | Task Order ERM 2002-03 - Environmental Technical Support and Implementation of SMP from Jan-02 to Apr-02. ERM Project No. 4740.00 | EA | 66,061.00 | 1 | 66,061.00 | 66,061.00 | 0.00 | | 66,061.00 | 100% | 0.00 | 0.00 |
| 00004 | Task Order ERM 2002-03A - Environmental Technical Support and Implementation of SMP from May-02 to Nov-02 ERM Project No. 4740.00 | EA | 58,324.00 | 1 | 58,324.00 | 58,320.24 | 0.00 | | 58,320.24 | 100% | 3.76 | 0.00 |
| 00005 | Task Order ERM 2002-03B - Residential Phase I Affordable Housing Project Post Excavation Sampling ERM Project No. 4740.10 | EA | 7,713.00 | 1 | 7,713.00 | 7,699.02 | 0.00 | | 7,699.02 | 100% | 13.98 | 0.00 |
| 00006 | Task Order ERM 2002-03C - Environmental Technical Services from Jan-03 to Aug-03 ERM Project No. 4740.20 | EA | 69,215.00 | 1 | 69,215.00 | 8,092.38 | 7,438.67 | | 15,531.05 | 22% | 53,683.95 | 0.00 |
| 00007 | Task Order ERM 2002-015 - DOCPRCR ERM Project No. 5000.00 | EA | 35,880.00 | 1 | 35,880.00 | 35,876.76 | 0.00 | | 35,876.76 | 100% | 3.24 | 0.00 |
| 00008 | Task Order ERM 2002-015A - DOCPRCR additional services ERM Project No. 5000.10 | EA | 5,391.00 | 1 | 5,391.00 | 2,695.00 | 769.08 | | 3,464.08 | 64% | 1,926.92 | 0.00 |
| 00009 | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | | | | | 0.00 | | 0.00 | | 0.00 | #DIV/0! | 0.00 | 0.00 |
| | SUBTOTAL | | | | 268,923.00 | 203,918.95 | 8,207.75 | 0.00 | 212,126.70 | | 56,796.30 | 0.00 |
| | Applicable Gross Receipts Tax @ 0.0% | % | 0.00 | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| | TOTALS | | | | $268,923.00 | $203,918.95 | $8,207.75 | $0.00 | $212,126.70 | 79% | $56,796.30 | $0.00 |

Users may obtain validation of this document by requesting of the license a completed AIA Document D401 - Certification of Document's Authenticity

ERM

ERM-West, Inc. Federal Tax ID No: 52-1346967

1777 Botelho Drive Suite, 260 Walnut Creek, CA 94596-5042 (925) 946-0455 Fax (925) 946-9968

November 22, 2002
Project No: 004740.00
Invoice No: 0095519

Ms. Sandra Stevens
Catellus Development Corporation
201 Mission Street, 2nd floor
San Francisco, CA 94105

Project: 004740.00 FISC Alameda Site Mgmt. Plan Implement.

Catellus Task Order No: ERM 2002-03A

**Professional Services: September 1, 2002 through October 31, 2002**

| **Professional Personnel** | **Hours** | **Rate** | **Amount** | |
|---|---|---|---|---|
| Principal Engineer/Geologist/Scientist | | | | |
| Quillin, Michael E. | 0.50 | 141.00 | 70.50 | |
| Project Engineer/Geologist/Scientist II | | | | |
| Blanchard, Michael A. | 30.00 | 84.00 | 2,520.00 | |
| Grant, Amy | 0.50 | 84.00 | 42.00 | |
| Administrative Support | | | | |
| Bonomi, Beverley | 4.50 | 40.00 | 180.00 | |
| Link, Jeanie | 0.50 | 40.00 | 20.00 | |
| Price, Annie | 1.00 | 40.00 | 40.00 | |
| Yeghiazarian, Juliet | 0.50 | 40.00 | 20.00 | |
| Totals | 37.50 | | 2,892.50 | |
| **Total Labor** | | | | **2,892.50** |
| **Reimbursable Expenses** | | | | |
| Auto Expenses & Rental | | | 41.98 | |
| Equipment Exp & Rental | | | 143.75 | |
| Project Supplies | | | 88.19 | |
| **Total Reimbursables** | | | **273.92** | **273.92** |
| **Unit Billing** | | | | |
| 9/30/02 Computer Charges | | 34.50 Charges @ 10.00 | 345.00 | |
| 10/31/02 Computer Charges | | 14.00 Charges @ 10.00 | 140.00 | |
| **Total Unit Billing** | | | **485.00** | **485.00** |
| **Other Expenses** | | | | |
| Communications Charge | | 2.00% of 2,877.50 | 57.55 | |
| Health & Safety Charges | | 2.00% of 2,877.50 | 57.55 | |
| **Total Other Expenses** | | | **115.10** | **115.10** |
| | | | **Total this invoice** | **$3,766.52** |

Exhibit 5 page 158

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

ERM

30 December 2002

Ms. Sandy Stevens
Associate Vice President, Environmental Services
Catellus Development Corporation
201 Mission Street, 2nd Floor
San Francisco, California 94105

Subject: November 2002 Invoice Submittal
Alameda Point East Housing Area Demolition
Site Management Plan Implementation
Catellus Task Order No. ERM-2002-03A
Invoice # 0095830

Dear Ms. Stevens:

This letter transmits our invoice for November 2002 activities performed in association with overseeing implementation of the Site Management Plan (SMP) during demolition at the former Alameda Point East Housing Area (EHA). Major activities covered by this billing period include:

- Reviewing site compliance with the Storm Water Pollution Prevention Plan (SWPPP) prior to the start of rainy season and site winterization;
- Measuring the pH of effluent in the storm sewer system, evaluating the potential for stockpiled aggregate materials to adversely impact storm water clarity and alkalinity, and researching mitigation measures;
- Collecting samples from site storm water conveyances and submitting them for laboratory analysis of organochlorine pesticides and total suspended solids;
- Preparing and submitting the 9 December 2002 *SWPPP Compliance Activities, Bayport Residential Phase I Development, Alameda, California* report to transmit findings from the above activities to Catellus; and
- Ongoing project management.

A summary of project costs associated with the current Catellus task order and a budget summary are presented in the following table.

| Catellus Task Order | Description | Invoice Amount | OCP-Related Costs | Remaining Task Order Budget |
|---|---|---|---|---|
| ERM-02-03A | FISC Alameda Site Management Plan Implementation, November 2002 | $ 2,454.31 | $ 406.00 | $ 2,429.53 |

Please do not hesitate to contact me with any questions or comments regarding this invoice. We appreciate the opportunity to assist Catellus with this project and look forward to working together in the future.

Sincerely,

Michael A. Blanchard
*Project Engineer*

MAB/4740.00
Enclosure

cc: Mr. Bill Kennedy, Catellus
Mr. Philip Owen, Catellus
Mr. Mike Quillin, ERM

ERM-West, Inc. Federal Tax ID No: 52-1346967

ERM

1777 Botelho Drive Suite, 260 Walnut Creek, CA 94596-5042 (925) 946-0455 Fax (925) 946-9968

December 30, 2002
Project No: 004740.00
Invoice No: 0095830

Ms. Sandra Stevens
Catellus Development Corporation
201 Mission Street, 2nd floor
San Francisco, CA 94105

Project: 004740.00 FISC Alameda Site Mgmt. Plan Implement.

Catellus Task Order No: ERM 2002-03A

**Professional Services: November 1, 2002 through November 30, 2002**

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Project Engineer/Geologist/Scientist II | | | | |
| Blanchard, Michael A. | 18.00 | 84.00 | 1,512.00 | |
| Project Facilitator | | | | |
| Medina, Liza H. | 2.50 | 55.00 | 137.50 | |
| Parks, Lynn M | 0.50 | 55.00 | 27.50 | |
| Administrative Support | | | | |
| Bonomi, Beverley | 1.00 | 40.00 | 40.00 | |
| Christie, Nicole | 0.50 | 40.00 | 20.00 | |
| Intern / Clerk | | | | |
| Barruel, Chastity | 0.50 | 24.00 | 12.00 | |
| Totals | 23.00 | | 1,749.00 | |
| **Total Labor** | | | | **1,749.00** |

| | | | |
|---|---|---|---|
| **Consultants** | | | |
| Curtis & Tompkins Ltd/Lab | | 379.50 | |
| **Total Consultants** | | **379.50** | **379.50** |
| **Reimbursable Expenses** | | | |
| Auto Expenses & Rental/M. Blanchard/Mileage | | 5.88 | |
| Equipment Exp & Rental/Equipco | | 57.50 | |
| Equipment Exp - In House/Truck Usage | | 95.00 | |
| Project Supplies/Ice | | 2.47 | |
| **Total Reimbursables** | | **160.85** | **160.85** |
| **Unit Billing** | | | |
| 11/30/02 Computer Charges | 9.50 Charges @ 10.00 | 95.00 | |
| **Total Unit Billing** | | **95.00** | **95.00** |
| **Other Expenses** | | | |
| Communications Charge | 2.00% of 1,749.00 | 34.98 | |
| Health & Safety Charges | 2.00% of 1,749.00 | 34.98 | |
| **Total Other Expenses** | | **69.96** | **69.96** |
| | | **Total this invoice** | **$2,454.31** |

**Exhibit 5 page 161**

Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

27 March 2003

ERM

Mr. Bill Kennedy
Construction Manager
Catellus Development Corporation
1999 Harrison Street, Suite 2150
Oakland, California 94612

Subject: December 2002 – February 2003 Invoice Submittal
Alameda Point East Housing Area
Demolition and OCP Removal Completion Report
Catellus Task Order Nos. ERM-2002-15/15A
Invoices # 096663 and 096664

Dear Bill:

This letter transmits our invoices for December 2002 through February 2003, for activities performed in association with preparation of the Demolition and OCP Removal Completion Report for the former Alameda Point East Housing Area.

Major activities covered by this billing period include.

- Incorporating laboratory results and discussion of the Residential Phase I Affordable Housing Project post-excavation sampling effort into the Completion Report;
- Soliciting and incorporating comments from the internal project group into the Completion Report;
- Submitting a final draft of the Completion Report to DTSC for review and comment, and discussing the timeline for finalization and our expectation of a letter of concurrence;
- Digitizing post-excavation laboratory data packets provided by Winzler and Kelly into a digital library for inclusion in the Completion Report as an appendix on compact disc;
- Finalizing text, figures, tables, and appendices to document site activities; and
- Ongoing project management.

Based on our ongoing discussion with Henry Wong at the California Department of Toxic Substances Control, we anticipate finalization and distribution of the Completion Report in mid-April 2003. To date we have not received the final Winzler and Kelly reports summarizing demolition and soil removal; please be aware that this information will be omitted from our digital library appendix unless received prior to finalization of ERM's Completion Report.

A summary of project costs associated with Catellus task order ERM-2002-15 and a budget summary are presented in the following table.

| Catellus Task Order | Description | Invoice Amount | OCP-Related Costs | Remaining Task Order Budget |
|---|---|---|---|---|
| ERM-02-15 | Demolition and OCP Removal Completion Report, December '02 through February '03 | $ 3,584.55 | $ 1,433.82 | $ 3.24 |

As shown above, this task order authorization has been fully utilized, and invoice #0096663 will be the last submitted under Task Order ERM-2002-15. Additional activities required for finalization of the Completion Report will be performed under Task Order ERM-02-15A, a budget summary for which is shown below.

| Catellus Task Order | Description | Invoice Amount | OCP-Related Costs | Remaining Task Order Budget |
|---|---|---|---|---|
| ERM-02-15A | Demolition and OCP Removal Completion Report, December '02 through February '03 | $ 2,695.00 | $ 1,078.00 | $ 2,696.00 |

Thank you for your assistance in processing this task order amendment. Additional information summarizing ERM task orders is included on the attached AIA Document G703.

Environmental
Resources
Management

Please do not hesitate to contact me with any questions or comments regarding these invoices. We appreciate the opportunity to assist Catellus with this project and look forward to working together in the future.

Sincerely,

Michael A. Blanchard
*Project Engineer*

MAB/5000.00, 5000.10
Enclosure

cc: Ms. Sandy Stevens, Catellus
Mr. Philip Owen, Catellus
Ms. Karen Bey, Catellus
Mr. Mike Quillin, ERM

ERM

ERM-West, Inc. Federal Tax ID No: 52-1346967

1777 Botelho Drive Suite, 260 Walnut Creek, CA 94596-5042 (925) 946-0455 Fax (925) 946-9968

March 27, 2003
Project No: 005000.00
Invoice No: 0096663

Catellus Commerical Group, LLC
Mr. Bill Kennedy
1999 Harrison Street, Suite 2150
Oakland, CA 94612

Project: 005000.00

ERM-02-15
Demolition and Organochloride Pesticide Removal Completion Report

**Professional Services: December 1, 2002 through February 28, 2003**

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Principal Engineer/Geologist/Scientist | | | | |
| Quillin, Michael E. | 2.00 | 146.00 | 292.00 | |
| Project Engineer/Geologist/Scientist II | | | | |
| Blanchard, Michael A. | 11.50 | 87.00 | 1,000.50 | |
| Estrada, Johnet | 10.00 | 87.00 | 870.00 | |
| Ludlam, Donald | 3.50 | 87.00 | 304.50 | |
| Project Facilitator | | | | |
| Kimmel, Karen E | 0.50 | 57.00 | 28.50 | |
| Medina, Liza H. | 0.50 | 57.00 | 28.50 | |
| Administrative Support | | | | |
| Bonomi, Beverley | 4.50 | 42.00 | 189.00 | |
| Link, Jeanie | 0.50 | 42.00 | 21.00 | |
| Price, Annie | 0.50 | 42.00 | 21.00 | |
| Totals | 33.50 | | 2,755.00 | |
| **Total Labor** | | | | **2,755.00** |

**Reimbursable Expenses**

| | | |
|---|---|---|
| Economy Bond/Plotter Log | 6.60 | |
| **Total Reimbursables** | **6.60** | **6.60** |

**Unit Billing**

| | | | | |
|---|---|---|---|---|
| 12/31/02 | AutoCAD Computer Charges | 12.00 Charges @ 25.00 | 300.00 | |
| Color Copies 11x17 | | | 22.75 | |
| 12/31/02 | Computer Charges | 21.50 Charges @ 10.00 | 215.00 | |
| 1/31/03 | Computer Charges | 14.00 Charges @ 10.00 | 140.00 | |
| 1/31/03 | Computer Charges | 3.50 Charges @ 10.00 | 35.00 | |
| | **Total Unit Billing** | | **712.75** | **712.75** |

**Other Expenses**

| | | | |
|---|---|---|---|
| Communications Charge | 4.00% of 2,755.00 | 110.20 | |
| **Total Other Expenses** | | **110.20** | **110.20** |

**Total this invoice** **$3,584.55**



Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

ERM

22 November 2002

Ms. Sandy Stevens
Associate Vice President, Environmental Services
Catellus Development Corporation
201 Mission Street, Second Floor
San Francisco, California 94105

Subject: October 2002 Invoice Submittal
Alameda FISC Technical Support
Task Order No. ERM-02-09
ERM Project No. 3421.10

Dear Sandy:

This letter transmits our invoice for October 2002 activities performed in association with the Alameda FISC project. The activities covered by this billing period include:

- Preparing for and attending the 8 October 2002 monthly meetings of the Alameda FISC Restoration Advisory Board (RAB) and BRAC Closure Team (BCT);
- Preparing for and attending the 30 October 2002 Bayport In-Tract/Backbone status meeting at Catellus' Oakland offices;
- Continuing oversight and coordination associated with implementation of the *Demolition and Organochlorine Pesticide Removal Workplan* (DOCPRW) and *Site Management Plan* (SMP);
- Coordinating on specific project-related issues with various Catellus staff; and
- Project oversight.

A summary of project costs associated with the current Catellus task order and a budget summary are presented in the following table. As requested, costs attributable to OCP removal activities have been identified to facilitate future insurance claim preparation.

| Catellus Task Order | Description | Invoice Amount | OCP-Related Costs | Remaining Task Order Budget |
|---|---|---|---|---|
| ERM-02-09 | FISC Technical Assistance, Jan – Dec 2002 | $ 3,836.89 | $ 357.22 | $ 8,530.48 |

Please contact me with any questions or comments regarding the invoice. Thank you for the opportunity to assist Catellus with this project.

Sincerely,

Michael E. Quillin, R.G.
*Principal*

MEQ/3421.10
Enclosure
cc: Mr. Mark Ransom, ERM

ERM

ERM-West, Inc. Federal Tax ID No: 52-1346967

1777 Botelho Drive Suite, 260 Walnut Creek, CA 94596-5042 (925) 946-0455 Fax (925) 946-9968

November 22, 2002
Project No: 003421.10
Invoice No: 0095512

Ms. Sandra Stevens
Catellus Development Corporation
201 Mission Street, 2nd floor
San Francisco, CA 94105

Project 003421.10 Technical Support - Alameda FISC

Task Order No. ERM-02-09

**Professional Services: October 1, 2002 through October 31, 2002**

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Principal Engineer/Geologist/Scientist | | | | |
| Quillin, Michael E. | 20.00 | 141.00 | 2,820.00 | |
| Project Engineer/Geologist/Scientist II | | | | |
| Blanchard, Michael A. | 2.50 | 84.00 | 210.00 | |
| Project Facilitator | | | | |
| McClure, Lorraine | 3.00 | 55.00 | 165.00 | |
| Medina, Liza H. | 1.00 | 55.00 | 55.00 | |
| Administrative Support | 4.50 | 40.00 | 180.00 | |
| Totals | 31.00 | | 3,430.00 | |
| **Total Labor** | | | | **3,430.00** |

**Reimbursable Expenses**

| | | | |
|---|---|---|---|
| Auto Expenses & Rental | M. Quillin/Mileage/Parking | 49.86 | |
| Federal Express | Postage & Delivery | 13.73 | |
| **Total Reimbursables** | | **63.59** | **63.59** |

**Unit Billing**

| | | | |
|---|---|---|---|
| Color Copies 8.5x11 | | 11.25 | |
| Color Copies 8.5x11 | | 11.25 | |
| 10/31/02 Computer Charges | 11.50 Charges @ 10.00 | 115.00 | |
| **Total Unit Billing** | | **137.50** | **137.50** |

**Other Expenses**

| | | | |
|---|---|---|---|
| Health & Safety Charges | 2.00% of 3,430.00 | 68.60 | |
| Communications Charge | 4.00% of 3,430.00 | 137.20 | |
| **Total Other Expenses** | | **205.80** | **205.80** |

**Total this invoice** **$3,836.89**

Exhibit 5 page 168

Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

ERM

22 November 2002

Mr. Bill Kennedy
Construction Manager
Catellus Development Corporation
1999 Harrison Street, Suite 2150
Oakland, California 94612

Subject: October 2002 Invoice Submittal
Alameda Point East Housing Area
Demolition and OCP Removal Completion Report
Catellus Task Order No. ERM-2002-15
Invoice # 0095518

Dear Bill:

This letter transmits our invoice for October 2002 activities performed in association with preparation of the Demolition and OCP Removal Completion Report for the former Alameda Point East Housing Area. Major activities covered by this billing period include:

- Summarizing all post-excavation laboratory data into validated tables, and distributing them to DTSC and EBMUD for review and concurrence;
- Digitizing utility demolition information obtained from Ferma's as-built drawings, and overlaying this data onto CAD files obtained from BKF and Treadwell and Rollo;
- Preparing text, figures, and tables to summarize site activities; and
- Ongoing project management.

A summary of project costs associated with the current Catellus task order and a budget summary are presented in the following table.

| Catellus Task Order | Description | Invoice Amount | OCP-Related Costs | Remaining Task Order Budget |
|---|---|---|---|---|
| ERM-02-15 | Demolition and OCP Removal Completion Report, November '02 | $ 9,117.01 | $ 3646.80 | $ 19,306.11 |

A preliminary draft of the report is currently undergoing ERM's internal review and quality assurance/quality control process, and the sole outstanding data are the results of post-excavation soil sampling in the Residential Phase I portion of the Affordable Housing Project, a Task Order Amendment for which (ERM-02-03B) is currently being processed by Catellus. I anticipate that a draft of the report will be available for Catellus review two weeks after the completion of sampling activities.

Please do not hesitate to contact me with any questions or comments regarding this invoice. We appreciate the opportunity to assist Catellus with this project and look forward to working together in the future.

Sincerely,

Michael A. Blanchard
*Project Engineer*

MAB/4740.00
Enclosure

cc: Ms. Sandy Stevens, Catellus
Mr. Philip Owen, Catellus
Mr. Mike Quillin, ERM

ERM

ERM-West, Inc. Federal Tax ID No: 52-1346967

1777 Botelho Drive Suite, 260 Walnut Creek, CA 94596-5042 (925) 946-0455 Fax (925) 946-9968

November 22, 2002
Project No: 005000.00
Invoice No: 0095518

Catellus Commerical Group, LLC
Mr. Bill Kennedy
1999 Harrison Street, Suite 2150
Oakland, CA 94612

Project 005000.00 Demolition and Organochlorine Pesticide

TO#: ERM 02-15
DOCPRW Completion Report

**Professional Services: October 1, 2002 through October 31, 2002**

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Principal Engineer/Geologist/Scientist | | | | |
| Quillin, Michael E. | 3.00 | 141.00 | 423.00 | |
| Project Engineer/Geologist/Scientist II | | | | |
| Blanchard, Michael A. | 79.00 | 84.00 | 6,636.00 | |
| Estrada, Johnet | 2.00 | 84.00 | 168.00 | |
| Grant, Amy | 0.50 | 84.00 | 42.00 | |
| Ludlam, Donald | 5.00 | 84.00 | 420.00 | |
| Project Facilitator | | | | |
| Medina, Liza H. | 0.50 | 55.00 | 27.50 | |
| Administrative Support | | | | |
| Bonomi, Beverley | 3.00 | 40.00 | 120.00 | |
| Link, Jeanie | 0.50 | 40.00 | 20.00 | |
| Totals | 93.50 | | 7,856.50 | |
| **Total Labor** | | | | **7,856.50** |

**Unit Billing**

| | | | | |
|---|---|---|---|---|
| 10/31/02 | AutoCAD Computer Charges | 5.00 Charges @ 25.00 | 125.00 | |
| Color Copies 8.5x11 | | | 1.25 | |
| 10/31/02 | Computer Charges | 82.00 Charges @ 10.00 | 820.00 | |
| | **Total Unit Billing** | | **946.25** | **946.25** |

**Other Expenses**

| | | | |
|---|---|---|---|
| Communications Charge | 4.00% of 7,856.50 | 314.26 | |
| **Total Other Expenses** | | **314.26** | **314.26** |

**Total this invoice** **$9,117.01**

Exhibit 5 page 171

Terms: Net 30 days – Invoices over 30 days will be subject to a service charge of 1-1/2% per month (18% Annual Rate)

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (fax)

22 November 2002

ERM

Ms. Sandy Stevens
Associate Vice President, Environmental Services
Catellus Development Corporation
201 Mission Street, 2nd Floor
San Francisco, California 94105

Subject: September – October 2002 Invoice Submittal
Alameda Point East Housing Area Demolition
Site Management Plan Implementation
Catellus Task Order No. ERM-2002-03A
Invoice # 0095519

Dear Ms. Stevens:

This letter transmits our invoice for September and October 2002 activities performed in association with overseeing implementation of the Site Management Plan (SMP) during demolition at the former Alameda Point East Housing Area (EHA). Major activities covered by this billing period include:

- Reviewing site compliance with the Storm Water Pollution Prevention Plan (SWPPP) prior to the start of rainy season and site winterization;
- Measuring the pH effluent in the storm sewer system, evaluating the potential for stockpiled aggregate materials to adversely impact storm water clarity and alkalinity, and researching mitigation measures;
- Collecting samples from site storm water conveyances and submitting them for laboratory analysis of organochlorine pesticides and total suspended solids;
- Preparing a memo to transmit findings from the above SWPPP compliance activities to Catellus;
- Investigating the inadvertent stockpiling of crushed concrete atop the Fleet and Industrial Supply Center Oakland Alameda Facility/ Alameda Annex (FISCA) monitoring well S-16, located in IR01, and coordinating future development activities with the US Navy and Shaw Environmental to avoid future such occurrences;

Exhibit 5 page 172

- Scoping, costing, and preparing a Task Order Amendment for post-excavation sampling of the Affordable Housing Project at EHA; and
- Ongoing project management.

A summary of project costs associated with the current Catellus task order and a budget summary are presented in the following table.

| Catellus Task Order | Description | Invoice Amount | OCP-Related Costs | Remaining Task Order Budget |
|---|---|---|---|---|
| ERM-02-03A | FISC Alameda Site Management Plan Implementation, September – October 2002 | $ 3,766.52 | $ 262.08 | $ 4,883.84 |

Please do not hesitate to contact me with any questions or comments regarding this invoice. We appreciate the opportunity to assist Catellus with this project and look forward to working together in the future.

Sincerely,

Michael A. Blanchard
*Project Engineer*

MAB/4740.00
Enclosure

cc: Mr. Bill Kennedy, Catellus
Mr. Philip Owen, Catellus
Mr. Mike Quillin, ERM

15L

CATELLUS

# REQUEST FOR PAYMENT

*(Use this form when expenditures are required but no invoice or other documentation has been received)*

*Note: Please attach this to an Accounts Payable Apron (for Job Cost or Regular A/P) when submitting for payment.*

Amount Requested: $64,300.00 Date: February 21, 2003

Payee Name: Board of Equalization

Payee Address: Environmental Fees Division
P.O. Box 942879
Sacramento, Ca 94279

Reason For Requesting Check:

Hazardous Waste Generator Fee Return due on 2/28/03 or 10% penalties will be assessed.

Requested by: Phil Owens (Print Name) Date: February 21, 2003

Approved by: ____________ (Signature) Date: ____________

Bill Kennedy (Print Name)

☐ Budgeted
☐ Unbudgeted

* Provide written authorization for shortfall from City
PO

SACRAMENTO, CA 94279-0057

BOARD OF EQUALIZATION

| BOARD USE ONLY | | |
|---|---|---|
| RR-B/A | AUD | REG |
| RR-QS | FILE | REF |
| EFF | | |

**HAZARDOUS WASTE GENERATOR ...E RETURN**

| DUE CN OR BEFORE 02/28/03 FOR JANUARY - DECEMBER, 2002 | 9102 |
|---|---|

HWCA RVHG05 HA EF

YOUR ACCOUNT NO. 36-058675 3

BOARD OF EQUALIZATION
ENVIRONMENTAL FEES DIVISION
PO BOX 942879
SACRAMENTO CA 94279-6009

CITY OF ALAMEDA
1999 HARRISON STREET STE 2150
OAKLAND CA 94612

MAKE CHANGES IF NAME OR ADDRESS IS INCORRECT

READ INSTRUCTIONS BEFORE PREPARING

BAIN BRIDGE AVE 984
CAC002466799

***If you are registered to make your payment by electronic funds transfer (EFT), you must still file your return timely. You can mail your return in the envelope provided or fax it to 916-327-0859. To register to make payments via EFT please contact us at 916-322-9534.***

1. ☐ Please check this box if you no longer generate hazardous waste at this site. Enter the date of last generation ______________ . Your account will be closed as of the date entered. *For consolidated accounts, use the enclosed Schedule G to indicate the date each site last generated waste, if hazardous waste is no longer being generated at that site.*

| A<br>CLASSIFICATION OF GENERATING SITES<br>(Based on amounts of hazardous waste generated during the calendar year or portion thereof) | | B<br>NUMBER OF SITES<br>(Do not list tonnage) | C<br>AMOUNT OF FEES | D<br>TOTAL FEES DUE<br>(Column B x C) |
|---|---|---|---|---|
| 2. Generators which generate less than 5 tons | 2. | | 0.00 | $ |
| 3. Generators which generate an amount equal to or more than 5 tons, but less than 25 tons | 3. | | 161.00 | |
| 4. Generators which generate an amount equal to or more than 25 tons, but less than 50 tons | 4. | | 1286.00 | |
| 5. Generators which generate an amount equal to or more than 50 tons, but less than 250 tons | 5. | | 3215.00 | |
| 6. Generators which generate an amount equal to or more than 250 tons, but less than 500 tons | 6. | | 16075.00 | |
| 7. Generators which generate an amount equal to or more than 500 tons, but less than 1,000 tons | 7. | | 32150.00 | |
| 8. Generators which generate an amount equal to or more than 1,000 tons, but less than 2,000 tons | 8. | | 48225.00 | |
| 9. Generators which generate an amount equal to or more than 2,000 tons | 9. | 1 | 64300.00 | 64,300 |
| 10. Amount of fees *(add lines 2 through 9 in Column D)* | 10. | | | $ |
| 11. Less prepayment credit | 11. | | | $ |
| 12. Total fee due *(subtract line 11 from line 10)* | 12. | | | $ |
| 13. Penalty *(multiply line 12 by 10% (.10) if payment is made after the due date shown above)* | | | PENALTY 13. | $ |
| 14. Interest of 09% per annum (0.007500 per month) is due if payment is made after the due date. | | | INTEREST 14. | $ |
| 15. TOTAL AMOUNT DUE AND PAYABLE *(add lines 12, 13 and 14)* | 15. | | | $64,300 |

*I hereby certify that this return, including any accompanying schedules and statements, has been examined by me and to the best of my knowledge and belief is a true, correct and complete return.*

| PRINT/TYPE NAME AND TITLE | SIGNATURE | PHONE NUMBER | DATE |
|---|---|---|---|
| | | ( ) | |

MAKE CHECK OR MONEY ORDER PAYABLE TO STATE BOARD OF EQUALIZATION.
Always write your account number on your check or money order. Make a copy of this document for your records.

Exhibit 5 page 175

State of California – California Environmental Protection Agency
Department of Toxic Substances Control
P.O. Box 806
Sacramento, CA 95812-0806

Generator Information Services Section
1-877-454-4012 (Calif. Callers Only Toll Free)
or 1-916-255-4439 (Outside Calif.)
www.dtsc.ca.gov

# SCHEDULE A – MANIFEST FEE CALCULATION SHEET (2002 Manifests)

*(See back of this form for sample manifest form.)*

**EPA ID Number:** CAL000250355 **Name of organization:** CITY OF ALAMEDA

From **January 1, 2002 through December 31, 2002,** the Department of Toxic Substances Control recorded the number of California Manifests shown at the right using the EPA ID printed above.

**Non-recycled:** 116

**Recycled:** 7

**(NOTE: There is no fee for solely recycled manifests.)**

## Manifest Fee Calculation:

a. Enter the total number of **non-recycled** manifests from above... 116

b. How many of the **non-recycled** manifests listed on Line a. are non-recycled air compliance solvent manifests... Ø X $3.50 = $ ______

c. Subtract the number of manifests on Line b. from Line a. .......... 116 X $7.50 = $ 870.00

d. No fee due for **recycled** manifests.......................................$ 0.00

e. Total of Line b. + Line c. ..............................................= $ 870.00
Note: The manifest count on Lines b. and c. should equal the count on Line a.

## INSTRUCTIONS FOR COMPLETING SCHEDULE A

1.
- For lines a. – e. above, enter the numbers requested for each line.
- For line b. multiply the number of manifests by $3.50 and record the dollar amount.
- For line c. multiply the number of manifests by $7.50 and record the dollar amount.
- For line e. add dollar amounts of lines b. and c. This total is the manifest fees due for the EPA ID number shown at the top of the page.

2. For this assessment there are three types of manifests: non-recycled, recycled and air compliance solvents manifests. Manifests used *solely* for recycled waste will have a handling code reported as **"01"** or **"R01"** in item K on the manifest form (see circled area on manifest sample on the back of this form). All wastes listed on a manifest must have handling codes of "01" or "R01" to be counted as a solely recycled manifest. You need to pay manifest fees only for non-recycled manifests. There is no fee for recycled manifests.

3. If you believe the manifest totals shown in the box above are incorrect, you may use the manifest totals from your own files to calculate the fee. However, please be aware that any difference between the amount you report and the amount printed above is subject to audit by DTSC.

4. On January 1, 1999 many businesses were required to switch from petroleum-based solvents to air compliance solvents (also called water-based cleaners). The fee for manifests used solely for hazardous waste derived from air compliance solvents was reduced from $7.50 to $3.50. Most air compliance solvent waste is now recyclable. Manifests used to ship air compliance solvents that were recycled should not be charged $3.50. The Manifest Fee Calculation above includes air compliance solvent manifests as part of the non-recycled manifest count. Businesses that do not recycle their air compliance solvent waste who desire to use the reduced $3.50 fee must use their internal records to identify manifests used solely for air compliance solvent wastes.

150

**Alameda Demolition Phase 1**
**Alameda General Conditions**
*For the period covering January 1, 2003 thru January 31, 2003*

| Name | Title | Employee Monthly Rate | Administer Chlordane Removal % | Chlordane Costs | Other Gen Costs | Total Costs Jan-03 |
|---|---|---|---|---|---|---|
| **Staff Time** | | | | | | |
| Bill Kennedy | Construction Director (100%) | $ 17,213.87 | 20% | 3,442.77 | 13,771.10 | 17,213.87 |
| Jim VanSickle | Assistant Vice President Construction (15%) | $ 2,582.08 | | | 2,582.08 | 2,582.08 |
| Phil Owen | Project Engineer (100%) | $ 11,250.83 | 20% | 2,250.17 | 9,000.66 | 11,250.83 |
| Karen Bey | Senior Project Accountant (50%) | $ 4,000.00 | | | 4,000.00 | 4,000.00 |
| Shellie Longfield | Project Administrator (100%) | $ 5,416.67 | 20% | 1,083.33 | 4,333.34 | 5,416.67 |
| **Sub-total staffing:** | | | | $ 6,776.27 | $ 33,687.18 | $ 40,463.45 |
| **Equipment & Maintenance Costs:** | | | | | | |
| Construction Superintendent | | | | - | - | - |
| Norcal moving expenses | | | | - | - | - |
| Permits & Fees | | | | - | - | - |
| Site Work | | | | - | - | - |
| Trailer Rental | | | | - | - | - |
| Power | | | | - | 746.92 | 746.92 |
| Telephone/DSL | | | | - | 175.01 | 175.01 |
| Bathroom/San | | | | - | 521.00 | 521.00 |
| Garbage | | | | - | - | - |
| Furniture | | | | - | 24.68 | 24.68 |
| Furniture set up/moving | | | | - | - | - |
| Office supplies, printing & miscellaneous | | | | - | - | - |
| Misc. Computers, etc. | | | | - | 129.23 | 129.23 |
| Maintenance of interim backbone | | | | - | 185.36 | 185.36 |
| Security | | | | - | - | - |
| | | | | - | - | - |
| **Total Equipment & Maintenance Costs:** | | | | - | 1,782.20 | 1,782.20 |
| **Grand total General Conditions:** | | | | $ 6,776.27 | $ 35,469.38 | $ 42,245.65 |

14

**Alameda Demolition Phase 1**
**Alameda General Conditions**
*For the period covering December 1, 2002 thru December 31, 2002*

**Staff Time**

| Name | Title | Employee Monthly Rate | Administer Chlordane Removal % | Chlordane Costs | Other Gen Costs | Total Costs Oct-02 |
|---|---|---|---|---|---|---|
| Bill Kennedy | Construction Director (100%) | $17,213.87 | 30% | 5,164.16 | 12,049.71 | 17,213.87 |
| Jim VanSickle | Assistant Vice President Construction (15%) | $ 2,582.08 | 30% | 774.62 | 1,807.46 | 2,582.08 |
| Phil Owen | Project Engineer (100%) | $11,250.83 | 30% | 3,375.25 | 7,875.58 | 11,250.83 |
| Karen Bey | Senior Project Accountant (50%) | $ 4,000.00 | 30% | 1,200.00 | 2,800.00 | 4,000.00 |
| Shellie Longfield | Project Administrator (100%) | $ 5,416.67 | 30% | 1,625.00 | 3,791.67 | 5,416.67 |
| **Sub-total staffing:** | | | | **$ 12,139.04** | **$ 28,324.42** | **$ 40,463.45** |
| **Equipment & Maintenance Costs:** | | | | | | |
| Construction Superintendent (December) | | | | - | 8,100.00 | 8,100.00 |
| Norcal moving expenses | | | | - | - | - |
| Permits & Fees | | | | - | - | - |
| Site Work | | | | - | - | - |
| Trailer Rental | | | | - | 746.92 | 746.92 |
| Power | | | | - | 401.21 | 401.21 |
| Telephone/DSL | | | | - | 2,279.52 | 2,279.52 |
| Bathroom/San | | | | - | 110.32 | 110.32 |
| Furniture | | | | - | - | - |
| Furniture set up/moving | | | | - | - | - |
| Office supplies, printing & miscellaneous | | | | - | 2,677.16 | 2,677.16 |
| Misc. Computers, etc. | | | | - | 360.03 | 360.03 |
| Maintenance of interim backbone | | | | - | - | - |
| Security | | | | - | - | - |
| **Total Equipment & Maintenance Costs:** | | | | - | 14,675.16 | 14,675.16 |
| **Grand total General Conditions:** | | | | **$ 12,139.04** | **$ 42,999.58** | **$ 55,138.61** |

57

**Alameda Demolition Phase 1**
**Alameda General Conditions**
*For the period covering November 1, 2002 thru November 30, 2002*

**Staff Time**

| Name | Title | Employee Monthly Rate | Administer Chlordane Removal % | Chlordane Costs | Other Gen Costs | Total Costs Oct-02 |
|---|---|---|---|---|---|---|
| Bill Kennedy | Construction Director (100%) | $17,213.87 | 30% | 5,164.16 | 12,049.71 | 17,213.87 |
| Jim VanSickle | Assistant Vice President Construction (15%) | $ 2,582.08 | 30% | 774.62 | 1,807.46 | 2,582.08 |
| Phil Owen | Project Engineer (100%) | $11,250.83 | 30% | 3,375.25 | 7,875.58 | 11,250.83 |
| Karen Bey | Senior Project Accountant (50%) | $ 4,000.00 | 30% | 1,200.00 | 2,800.00 | 4,000.00 |
| Shellie Longfield | Project Administrator (100%) | $ 5,416.67 | 30% | 1,625.00 | 3,791.67 | 5,416.67 |
| **Sub-total staffing:** | | | | $ 12,139.04 | $ 28,324.42 | $ 40,463.45 |

**Equipment & Maintenance Costs:**

| | Chlordane Costs | Other Gen Costs | Total Costs Oct-02 |
|---|---|---|---|
| Construction Superintendent (November) | - | 16,200.00 | 16,200.00 |
| Norcal moving expenses | - | - | - |
| Permits & Fees | - | - | - |
| Site Work | - | - | - |
| Trailer Rental | - | 746.92 | 746.92 |
| Power | - | 167.04 | 167.04 |
| Telephone/DSL | - | 988.49 | 988.49 |
| Bathroom/San | - | - | - |
| Furniture | - | - | - |
| Furniture set up/moving | - | - | - |
| Office supplies, printing & miscellaneous | - | - | - |
| Misc. Computers, etc. | - | 185.36 | 185.36 |
| Maintenance of interim backbone | - | - | - |
| Security | - | - | - |
| **Total Equipment & Maintenance Costs:** | - | 18,287.81 | 18,287.81 |
| **Grand total General Conditions:** | $ 12,139.04 | $ 46,612.23 | $ 58,751.26 |

**Alameda Demolition Phase 1**
**Alameda General Conditions**
*For the period covering October 1, 2002 thru October 31, 2002*

**Staff Time**

| Name | Title | Employee Monthly Rate | Administer Chlordane Removal % | Chlordane Costs | Other Gen Costs | Total Costs Oct-02 |
|---|---|---|---|---|---|---|
| Bill Kennedy | Construction Director (100%) | $17,213.87 | 30% | 5,164.16 | 12,049.71 | 17,213.87 |
| Jim VanSickle | Assistant Vice President Construction (15%) | $ 2,582.08 | 30% | 774.62 | 1,807.46 | 2,582.08 |
| Phil Owen | Project Engineer (100%) | $11,250.83 | 30% | 3,375.25 | 7,875.58 | 11,250.83 |
| Karen Bey | Senior Project Accountant (50%) | $ 4,000.00 | 30% | 1,200.00 | 2,800.00 | 4,000.00 |
| Shellie Longfield | Project Administrator (100%) | $ 5,416.67 | 30% | 1,625.00 | 3,791.67 | 5,416.67 |
| **Sub-total staffing:** | | | | $ 12,139.04 | $ 28,324.42 | $ 40,463.45 |
| **Equipment & Maintenance Costs:** | | | | | | |
| Construction Superintendent (October) | | | | - | 16,200.00 | 16,200.00 |
| Norcal moving expenses | | | | - | - | - |
| Permits & Fees | | | | - | - | - |
| Site Work | | | | - | - | - |
| Trailer Rental | | | | - | 746.92 | 746.92 |
| Trailer Set Up & Take Down | | | | - | - | - |
| Power | | | | - | 238.32 | 238.32 |
| Telephone/DSL | | | | - | 1,711.23 | 1,711.23 |
| Bathroom/San | | | | - | 352.32 | 352.32 |
| Furniture | | | | - | - | - |
| Furniture set up/moving | | | | - | - | - |
| Office supplies, printing & miscellaneous | | | | - | 74.42 | 74.42 |
| Misc. Computers, etc. | | | | - | 1,082.32 | 1,082.32 |
| Maintenance of interim backbone | | | | - | - | - |
| Security | | | | - | - | - |
| **Total Equipment & Maintenance Costs:** | | | | - | 20,405.53 | 20,405.53 |
| **Grand total General Conditions:** | | | | $ 12,139.04 | $ 48,729.95 | $ 60,868.98 |