112-1

**Alameda Demolition Phase 1**
**Alameda General Conditions**
*For the period covering September 1, 2002 thru September 30, 2002*

**Staff Time**

| Name | Title | Employee Monthly Rate | Administer Chlordane Removal % | Chlordane Costs | Other Gen Costs | Total Costs Sep-02 |
|---|---|---|---|---|---|---|
| Bill Kennedy | Construction Director (100%) | $17,213.87 | 30% | 5,164.16 | 12,049.71 | 17,213.87 |
| Jim VanSickle | Assistant Vice President Construction (15%) | $ 2,582.08 | 30% | 774.62 | 1,807.46 | 2,582.08 |
| Phil Owen | Project Engineer (100%) | $11,250.83 | 30% | 3,375.25 | 7,875.58 | 11,250.83 |
| Karen Bey | Senior Project Accountant (50%) | $ 4,000.00 | 30% | 1,200.00 | 2,800.00 | 4,000.00 |
| Shellie Longfield | Project Administrator (100%) | $ 5,416.67 | 30% | 1,625.00 | 3,791.67 | 5,416.67 |
| Correct Phil Owen monthly rate from May thru July. Amount overbilled: | | | | (4,157.50) | (9,700.84) | (13,858.34) |
| **Sub-total staffing:** | | | | [redacted] | **$18,623.58** | **$ 26,605.11** |
| **Equipment & Maintenance Costs:** | | | | | | |
| Construction Superintendent (September) | | | | - | 16,968.00 | 16,968.00 |
| Norcal moving expenses | | | | - | | - |
| Permits & Fees | | | | - | | - |
| Site Work | | | | - | | - |
| Trailer Rental | | | | - | | - |
| Trailer Set Up & Take Down | | | | - | | - |
| Power | | | | - | 133.31 | 133.31 |
| Telephone/DSL | | | | - | 13.80 | 13.80 |
| Bathroom/San | | | | - | 1,341.08 | 1,341.08 |
| Furniture | | | | - | | - |
| Furniture set up/moving | | | | - | | - |
| Office supplies, printing & miscellaneous | | | | - | 2,257.52 | 2,257.52 |
| Misc. Computers, etc. | | | | - | | - |
| Maintenance of interim backbone | | | | - | | - |
| Security | | | | - | - | - |
| **Total Equipment & Maintenance Costs:** | | | | - | 20,713.71 | 20,713.71 |
| **Grand total General Conditions:** | | | | **$ 7,981.53** | **$39,337.29** | **$ 47,318.82** |

10.

**Alameda Demolition Phase 1**
**Alameda General Conditions**
*For the period covering August 1, 2002 thru August 31, 2002*

| Staff Time | | Employee Monthly Rate | Administer Chlordane Removal % | Chlordane Costs | Other Gen Costs | Total Costs Aug-02 |
|---|---|---|---|---|---|---|
| **Name** | **Title** | | | | | |
| Bill Kennedy | Construction Director (100%) | $17,213.87 | 30% | 5,164.16 | 12,049.71 | 17,213.87 |
| Jim VanSickle | Assistant Vice President Construction (15%) | $ 2,582.08 | 30% | 774.62 | 1,807.46 | 2,582.08 |
| Phil Owen | Project Engineer (100%) | $11,250.83 | 30% | 3,375.25 | 7,875.58 | 11,250.83 |
| Karen Bey | Senior Project Accountant (50%) | $ 4,000.00 | 30% | 1,200.00 | 2,800.00 | 4,000.00 |
| Shellie Longfield | Project Administrator (100%) | $ 5,416.67 | 30% | 1,625.00 | 3,791.67 | 5,416.67 |
| **Sub-total staffing:** | | | | $ 12,139.04 | $28,324.42 | $40,463.45 |
| **Equipment & Maintenance Costs:** | | | | | | |
| Construction Superintendent (June - August) | | | | | 35,741.93 | 35,741.93 |
| Norcal moving expenses | | | | | | - |
| Permits & Fees | | | | | | - |
| Site Work | | | | | | - |
| Trailer Rental | | | | | | - |
| Trailer Set Up & Take Down | | | | | 2,827.79 | 2,827.79 |
| Power | | | | | 232.87 | 232.87 |
| Telephone/DSL | | | | | | - |
| Bathroom/San | | | | | | - |
| Furniture | | | | | | - |
| Furniture set up/moving | | | | | | - |
| Office supplies, printing & miscellaneous | | | | | 1,891.73 | 1,891.73 |
| Misc. Computers, etc. | | | | | | - |
| Maintenance of interim backbone | | | | | | - |
| Security | | | | | | - |
| **Total Equipment & Maintenance Costs:** | | | | - | 40,694.32 | 40,694.32 |
| **Grand total General Conditions:** | | | | $ 12,139.04 | $69,018.74 | $81,157.77 |

9K
GenCond

**Alameda Demolition Phase 1**
**Alameda General Conditions**
*For the period covering July 1, 2002 thru July 31, 2002*

9K

**Staff Time**

| Name | Title | Employee Monthly Rate | Administer Chlordane Removal % | Chlordane Costs | Other Gen Costs | Total Costs Jul-02 | |
|---|---|---|---|---|---|---|---|
| Bill Kennedy | Construction Director (100%) | $17,213.87 | 30% | 5,164.16 | 12,049.71 | 17,213.87 | |
| Jim VanSickle | Assistant Vice President Construction (15%) | $17,213.87 | 30% | 1,032.83 | 2,409.94 | 3,442.77 | |
| Phil Owen | Project Engineer (100%) | $16,200.00 | 30% | 4,860.00 | 11,340.00 | 16,200.00 | |
| Karen Bey | Senior Project Accountant (50%) | $ 8,000.00 | 30% | 1,200.00 | 2,800.00 | 4,000.00 | |
| Shellie Longfield | Project Administrator (100%) | $ 3,972.22 | 30% | 1,191.67 | 2,780.56 | 3,972.22 | *** started on 7/8/02 |
| **Sub-total staffing:** | | | | $ 13,448.66 | $31,380.21 | $44,828.87 | |

**Equipment & Maintenance Costs:**

| | Chlordane Costs | Other Gen Costs | Total Costs Jul-02 |
|---|---|---|---|
| Construction Superintendent | | | - |
| Norcal moving expenses | | 2,597.74 | 2,597.74 |
| Permits & Fees | | 765.00 | 765.00 |
| Site Work | | | - |
| Trailer Rental | | 14,286.24 | 14,286.24 |
| Trailer Set Up & Take Down | | | - |
| Power | | 3,000.00 | 3,000.00 |
| Telephone/DSL | | 2,647.98 | 2,647.98 |
| Bathroom/San | | | - |
| Furniture | | | - |
| Furniture set up/moving | | | - |
| Office supplies, printing & miscellaneous | 549.10 | 96.97 | 646.07 |
| Misc. Computers, etc. | | | - |
| Maintenance of interim backbone | | | - |
| Security | | | - |
| **Total Equipment & Maintenance Costs:** | 549.10 | 23,393.93 | 23,943.03 |
| **Grand total General Conditions:** | $ 13,997.76 | $54,774.14 | $68,771.90 |

**Alameda Demolition Phase 1**
**Alameda General Conditions**
*For the period covering June 1, 2002 thru June 30, 2002*

8J

| **Staff Time**<br>**Name** | **Title** | **Employee Monthly Rate** | **Administer Chlordane Removal %** | **Chlordane Staff Costs** | **Other Gen Staff Costs** | **Total Staff Costs Apr-02** |
|---|---|---|---|---|---|---|
| Bill Kennedy | Construction Director (100%) | $17,213.87 | 30% | 5,164.16 | 12,049.71 | 17,213.87 |
| Jim VanSickle | Assistant Vice President Construction (20%) | $17,213.87 | 30% | 1,032.83 | 2,409.94 | 3,442.77 |
| Phil Owen | Project Engineer (100%) | $16,200.00 | 30% | 4,860.00 | 11,340.00 | 16,200.00 |
| Karen Bey | Senior Project Accountant (50%) | $ 8,000.00 | 30% | 1,200.00 | 2,800.00 | 4,000.00 |
| **Sub-total staffing:** | | | | **$ 12,256.99** | **$28,599.65** | **$40,856.64** |

**Equipment & Maintenance Costs:**

Permits & Fees
Site Work
Trailer Rental
Trailer Set Up & Take Down
Power
Telephone/DSL
Bathroom/San
Furniture
Furniture set up/moving
Misc. Computers, etc.
Maintenance of interim backbone
Security

**Total Equipment & Maintenance Costs:**

**Grand total General Conditions:** **$40,856.64**

# INVOICE

SWINERTON BUILDERS

REC DEC 30 2002
REC'D

Catellus Construction Corporation
1999 Harrison Street, Suite 2150
Oakland, CA 94612

12/27/02

Invoice 020220086

Attn: Mr Jim Van Sickle

**Alameda FISC & EHA Project**
Billing for December, 2002 payroll

38,938
90,474
think I used 60% of somewhat
ok BK

| | Staff | Hours | Rate |
|---|---|---|---|
| Ed Lee | Superintendent | | 1/2 month |

Approval: [signature]
Date: 1/7/03
Print Name: Bill Kennedy
Approve on invoice only.
BUDGETED ☒ UNBUDGETED ☐

Total Due This Invoice **$8,100.00**

**Exhibit 5 page 185**

Swinerton Builders One Kaiser Plaza, Suite 701, Oakland, California 94612-3611 Telephone 510-208-5800

The State of California requires each licensed Contractor to give all clients, prior to receiving any payment from them, the following notice:
Under the Mechanics' Lien Law (California Code of Civil Procedure, Section 1181 et. seq.), any contractor, subcontractor, laborer, supplier or other person who helps to improve your property but is not paid for his work or supplies, has a right to enforce a claim against your property. This means that, after a court hearing, your property could be sold by a court officer and the proceeds of the sale used to satisfy the indebtedness. This can happen even if you have paid your own contractor in full, if the subcontractor, laborer, or supplier remains unpaid.

**INVOICE**

RCVD NOV 27 2002

SWINERTON BUILDERS

RECEIVED
DEC - 1 2002
BY: KZ

Catellus Construction Corporation
1999 Harrison Street, Suite 2150
Oakland, CA 94612

November 26, 2002

Invoice 020220085

Attn: Mr. Jim Van Sickle

**Alameda FISC & EHA Project**
Billing for November, 2002

| Staff | position | rate | | |
|---|---|---|---|---|
| Ed Lee | Superintendent | per/month | $ | 16,200.00 |

Approval: [signature]
Date: 12/17/02
Print Name: Bill Kenney
Approve on invoice only.
BUDGETED ☒ UNBUDGETED ☐

**Total due this invoice** $ **16,200.00**

**Exhibit 5 page 186**

Swinerton Builders One Kaiser Plaza, Suite 701, Oakland, California 94612-3611 Telephone 510-208-5800

The State of California requires each licensed Contractor to give all clients, prior to receiving any payment from them, the following notice:
Under the Mechanics' Lien Law (California Code of Civil Procedure, Section 1181 et. seq.), any contractor, subcontractor, laborer, supplier or other person who helps to improve your property but is not paid for his work or supplies, has a right to enforce a claim against your property. This means that, after a court hearing, your property could be sold by a court officer and the proceeds of the sale used to satisfy the indebtedness. This can happen even if you have paid your own contractor in full, if the subcontractor, laborer, or supplier remains unpaid.

CALIF. CONTRACTOR'S LIC. NO. 92

SWINERTON BUILDERS

RECD NOV 04 2002

Catellus Construction Corporation
1999 Harrison Street, Suite 2150
Oakland, CA 94612

10/31/02

Invoice 020220084

Attn: Mr Jim Van Sickle

**Alameda FISC & EHA Project**
Billing for October, 2002 payroll

| | Staff | Hours | Rate | Amount |
|---|---|---|---|---|
| Ed Lee | Superintendent | | per/month | 16,200.00 |

Approval: [signature]
Date: 11/19/02
Print Name: Bill Kenn[illegible]
Approve on invoice only.
BUDGETED ☑ UNBUDGETED ☐

Total Due This Invoice $16,200.00

Swinerton Builders One Kaiser Plaza, Suite 701, Oakland, California 94612-3611 Telephone 510-208-5800

The State of California requires each licensed Contractor to give all clients, prior to receiving any payment from them, the following notice:
Under the Mechanics' Lien Law (California Code of Civil Procedure, Section 1181 et. seq.), any contractor, subcontractor, laborer, supplier or other person who helps to improve your property but is not paid for his work or supplies, has a right to enforce a claim against your property. This means that, after a court hearing, your property could be sold by a court officer and the proceeds of the sale used to satisfy the indebtedness. This can happen even if you have paid your own contractor in full, if the subcontractor, laborer, or supplier remains unpaid.

CALIF. CONTRACTOR'S LIC. NO. 92

SWINERTON BUILDERS

RECEIVED
OCT 4 2002
BY: Kb

Catellus Construction Corporation
1999 Harrison Street, Suite 2150
Oakland, CA 94612

10/01/02

Invoice 020220083

Attn: Mr Jim Van Sickle

**Alameda FISC & EHA Project**
Billing for September, 2002 payroll

| Staff | | Hours | Rate | Amount |
|---|---|---|---|---|
| Ed Lee | Superintendent | | per/month | 16,200.00 |
| Ignacio Espinoza | Journeyman | 16 | 48 | 768.00 |

Carpenter per Cc Bridge

Approval:
Date: 10/24/02
Print Name: Bill K
Approve on invoice
EXCLUDED ☒ UNEXCLUDED ☐

Total Due This Invoice $16,968.00

Swinerton Builders One Kaiser Plaza, Suite 701, Oakland, California 94612-3611 Telephone 510-208-5800

The State of California requires each licensed Contractor to give all clients, prior to receiving any payment from them, the following notice:
Under the Mechanics' Lien Law (California Code of Civil Procedure, Section 1181 et. seq.), any contractor, subcontractor, laborer, supplier or other person who helps to improve your property but is not paid for his work or supplies, has a right to enforce a claim against your property. This means that, after a court hearing, your property could be sold by a court officer and the proceeds of the sale used to satisfy the indebtedness. This can happen even if you have paid your own contractor in full, if the subcontractor, laborer, or supplier remains unpaid.

CALIF. CONTRACTOR'S LIC. NO. 92

# INVOICE

SWINERTON BUILDERS

REC'D SEP 09 2002

Catellus Construction Corporation
1999 Harrison Street, Suite 2150
Oakland, CA 94612

09/03/02

Invoice 020220082

Attn: Mr Jim Van Sickle

**Alameda FISC & EHA Project**
Billing for August, 2002 payroll

| Staff | | Hours | Rate | Amount |
|---|---|---|---|---|
| Ed Lee | Superintendent | | per/month | 16,200.00 |
| Ignacio Espinoza | - Journeyman | 16 | 48.00 | 768.00 |

Approval: [signature]
Date: 9/19/02 9/20/02
Print Name: Bill Kennedy
Approve on invoice only.
BUDGETED ☒ UNBUDGETED ☐

Total Due This Invoice **$16,968.00**

**Exhibit 5 page 189**

Swinerton Builders 580 California Street San Francisco, California 94104 Telephone 415-421-2980

The State of California requires each licensed Contractor to give all clients, prior to receiving any payment from them, the following notice:
Under the Mechanics' Lien Law (California Code of Civil Procedure, Section 1181 et. seq.), any contractor, subcontractor, laborer, supplier or other person who helps to improve your property but is not paid for his work or supplies, has a right to enforce a claim against your property. This means that, after a court hearing, your property could be sold by a court officer and the proceeds of the sale used to satisfy the indebtedness. This can happen even if you have paid your own contractor in full, if the subcontractor, laborer, or supplier remains unpaid.

# INVOICE

SWINERTON BUILDERS

RECD AUG 7 2002

Catellus Construction Corporation
1999 Harrison Street, Suite 2150
Oakland, CA 94612

08/05/02

Invoice 020220081

Attn: Mr Jim Van Sickle

Approval: [signature]
Date: 8/21/02
Print Name: Bill K[illegible]
Approve on invoice only.
BUDGETED ☐ UNBUDGETED ☐

**Alameda FISC & EHA Project**
Billing for June and July, 2002 payroll and materials

Pending Jim's Approval and Confirm Contract Say BK

| Staff | | Rate | | Amount |
|---|---|---|---|---|
| Ed Lee | Superintendent | .4 * | 16,200.00 | 6,480.00 |
| | | (8 days/20 working days in June) | | |
| Ed Lee | Superintendent | .59 * | 16200 | 9,558.00 |
| | | (13 days/22 working days in July) | | |

| Matierials | | Rate | Amount |
|---|---|---|---|
| Adobe Lumber | Invoice #501714 | n/a | 2,291.17 |
| Adobe Lumber | Invoice #501715 | n/a | 444.76 |
| Total Due This Invoice | | | $18,773.93 |

Approval: [signature]
Date: 8/21/02
Print Name: Jim Van Sickle
Approve on invoice only.
BUDGETED ☐ UNBUDGETED ☐

Swinerton Builders 580 California Street San Francisco, California 94104 Telephone 415-421-2980

Exhibit 5 page 190

The State of California requires each licensed Contractor to give all clients, prior to receiving any payment from them, the following notice:

Under the Mechanics' Lien Law (California Code of Civil Procedure, Section 1181 et. seq.), any contractor, subcontractor, laborer, supplier or other person who helps to improve your property but is not paid for his work or supplies, has a right to enforce a claim against your property. This means that, after a court hearing, your property could be sold by a court officer and the proceeds of the sale used to satisfy the indebtedness. This can happen even if you have paid your own contractor in full, if the subcontractor, laborer, or supplier remains unpaid.

# Matrix of Reimbursement clauses to CCC General Invoices

| | Where the payment responsibility is identified | Under the DDA Definition of "Demolition Costs", this would include; | Under the DDA Definition of "Backbone Infrastructure Costs", this would include; | This is stated in the standard invoice under section(s); |
|---|---|---|---|---|
| CRA sec. 3.f | "Any & all Demolition Costs and Backbone Infrastructure Costs incurred or advanced by it consistent with the provisions of this agreement *(CRA)* and the DDA , including the construction and management fee..." | (i) the "hard" costs for the Demolition and associated environmental investigation, remediation and response activities; | (i) the "hard" costs for the construction of the Backbone Infrastructure and associated demolition, environmental investigation, remediation and response activities; | **Hard Costs:**<br>> Ferma<br>> ERM<br>> Winzler & Kelly<br>> Other Contractors or environmental consultants |
| CRA sec. 3.f | " | (ii) out of pocket costs for the preparation of plans for the Demolition and the related costs of environmental evaluations of the Demolition plans; | (ii) out of pocket costs for the preparation of plans for the Backbone Infrastructure and the related costs of environmental evaluations of the Backbone Infrastructure plans; | **Soft Costs:**<br>> BKF Engineers<br>> Other Engineering and/or design costs associated with the Demolition or Backbone Infrastructure<br>> Other Environmental review costs |
| CRA sec. 3.f | " | (iii) fees paid to governmental agencies for obtaining permits, licenses or other governmental approvals for the Demolition, including inspection fees; | (iii) fees paid to governmental agencies for obtaining permits, licenses or other governmental approvals for the Backbone Infrastructure, including inspection fees; | **Soft Costs:**<br>> County Clerk<br>> Other approving agencies |
| CRA sec. 3.f | " | (iv) a construction and project management fee payable to Developer or an Affiliate of Developer in the amount of four percent (4%) of the costs described in clause (i) above incurred for the Demolition; | (iv) a construction and project management fee payable to Developer or an Affiliate of Developer in the amount of four percent (4%) of the costs described in clause (i) above incurred for the construction of the Backbone Infrastructure; | > CATELLUS DEVELOPMENT CORPORATION<br>PROJECT MANAGEMENT FEE, (4%) of Hard Costs |
| CRA sec. 3.f | " | (v) professional costs associated with the Demolition such as design, engineering, architectural, legal, accounting, inspection, construction staking, materials testing, consulting and similar professional services; | (v) professional costs associated with the Backbone Infrastructure such as design, engineering, architectural, legal, accounting, inspection, construction staking, materials testing, consulting and similar professional services; | **Soft Costs:**<br>(If performed under contract agreement with outside firm) such as a;<br>> design, engineering, architectural, legal, accounting, inspection, construction staking, materials testing, consulting and/or other professional services firm.<br>Or<br>GENERAL CONDITIONS:<br>(If any of the above are performed in house by CCC's own staff or contract staff) |
| CRA sec. 3.f | " | (vi) overhead costs and profit payable to third party contractors or, if Developer acts as the general contractor, overhead costs and profit not to exceed amounts customarily charged by third party contractors; | (vi) overhead costs and profit payable to third party contractors or, if Developer acts as the general contractor, overhead costs and profit not to exceed amounts customarily charged by third party contractors; | > CATELLUS CONSTRUCTION CORPORATION<br>GENERAL CONTRACTOR FEE, (4%) |
| CRA sec. 3.f | " | (vii) out of pocket costs directly related to the Demolition, such as costs of security, safety signage, payment, performance and/or maintenance bonds, and insurance costs; | (vii) out of pocket costs directly related to the construction and/or acquisition of Backbone Infrastructure, such as costs of security, safety signage, payment, performance and/or maintenance bonds, and insurance costs (including costs of any required title insurance); | > CATELLUS CONSTRUCTION CORPORATION<br>GENERAL CONDITIONS |
| CRA sec. 3.f | " | | (viii) costs of land or right of way acquisitions from unrelated third parties; | *TBD - (This item would most likely be handled by separate instrument and invoiced under separate cover or, would become a new section in the current invoice format)* |
| CRA sec. 3.f | " | (viii) to the extent of any financing provided by Developer, financing costs consisting of interest expense and lender fees related to such financing; | (ix) to the extent of any financing provided by Developer, financing costs consisting of interest expense and lender fees related to such financing; | *TBD - (This item would most likely be handled by separate instrument and invoiced under separate cover or, would become a new section in the current invoice format)* |
| CRA sec. 3.f | " | (ix) all other reasonable out of pocket costs associated with the performance of the Demolition. | (x) all other reasonable out of pocket costs associated with the design and construction of the Backbone Infrastructure. | > CATELLUS CONSTRUCTION CORPORATION<br>GENERAL CONDITIONS |

CATELLUS

Mr. Darrell Handy
Risk Manager
City of Alameda
2263 Santa Clara Ave., Room 130
Alameda, CA 94501

July 31, 2002
Project: Alameda Res-1
Director: BKennedy

Invoice #: 212500001

Subject: **Invoice Submittal for the Demolition, Hauling and Disposal of Class II Chlordane Contaminated Wood Material from April 29th to May 8th of 2002.**

Payment Request for work associated with the remediation of Class II Chlordane contaminated wood from the Alameda East Housing area of the former Alameda Naval Air Station. This invoice is based on a Request for Payment from FERMA Corp., the projects' Demolition Contractor submitted on June 25th, 2002. Bid item #2 of FERMA's contract covers the Demolition, Hauling and Disposal of Chlordane contaminated wood and concrete material at a lump sum rate of $437,500.00. Their current request is based on a 75% progress billing and supported by the attached backup tracking logs prepared by Winzler & Kelly Environmental Consulting Engineers, the projects environmental onsite consultant.

**Scope: Bid Item #2**
Demolition, Hauling and Disposal of Class II Chlordane Contaminated Wood as recorded by the attached tracking logs overseen and prepared by Winzler & Kelly Environmental Consulting Engineers from April 29th to May 8th of 2002.

- 10 loads containing approximately 350cyds or 298,660 lbs/149.33 tons of material was disposed of at: Republic Services - Vasco Road Landfill in Livermore California. The manifest tracking numbers as recorded are: WV-01 through WV-12 (WV-07 & WV-11 not used).

- 140 loads containing approximately 4900cyds or 4,262,340 lbs/2,131.17 tons of material was disposed of at: Altamont Pass Landfill in Livermore California. The manifest tracking numbers as recorded are: W-01 through W-140.

**Payment Request:**

FERMA – Payment Request Applications made thru 6/25/2002

| Original Contract | Current Request | Balance Remaining | % Complete | Less 10 % Retention |
|---|---|---|---|---|
| $437,500.00 | $328, 125.00 | $109,375.00 | 75 % | <$32,12.50> |

| **Payment Requested:** | **$295,312.50** |
|---|---|

Catellus Development Corporation

BY: ______________________ DATE: ______________

**Exhibit 5 page 192**

# Chlordane Contaminated Wood Waste Manifest Log
## ANAS/EHA
## Altamont
## Page 1 of 5
## 3/28/03 1:24:16 PM

| Manifest# | Character | Quantity (cu. Yds) | Date Hauled | Landfill | Weight Ticket Amount (Lbs) | Original Returned to city |
|---|---|---|---|---|---|---|
| W 01 | Class II Wood | 35 | 3/29/02 | Altamont | 32400 | 4/12/02 |
| W 02 | Class II Wood | 35 | 3/29/02 | Altamont | 30700 | 4/12/02 |
| W 03 | Class II Wood | 35 | 3/29/02 | Altamont | 37180 | 4/12/02 |
| W 04 | Class II Wood | 35 | 3/29/02 | Altamont | 35660 | 4/12/02 |
| W 05 | Class II Wood | 35 | 3/29/02 | Altamont | 29300 | 4/12/02 |
| W 06 | Class II Wood | 35 | 3/29/02 | Altamont | 29300 | 4/12/02 |
| W 07 | Class II Wood | 35 | 4/1/02 | Altamont | 32320 | 4/12/02 |
| W 08 | Class II Wood | 35 | 4/1/02 | Altamont | 29460 | 4/12/02 |
| W 09 | Class II Wood | 35 | 4/1/02 | Altamont | 31320 | 4/12/02 |
| W 10 | Class II Wood | 35 | 4/2/01 | Altamont | 40940 | 4/12/02 |
| W 11 | Class II Wood | 35 | 4/1/02 | Altamont | 30800 | 4/12/02 |
| W 12 | Class II Wood | 35 | 4/2/01 | Altamont | 31500 | 4/12/02 |
| W 13 | Class II Wood | 35 | 4/2/01 | Altamont | 27600 | 4/12/02 |
| W 14 | Class II Wood | 35 | 4/2/01 | Altamont | 33820 | 4/12/02 |
| W 15 | Class II Wood | 35 | 4/2/01 | Altamont | 35320 | 4/12/02 |
| W 16 | Class II Wood | 35 | 4/2/01 | Altamont | 30160 | 4/12/02 |
| W 17 | Class II Wood | 35 | 4/2/01 | Altamont | 37340 | 4/12/02 |
| W 18 | Class II Wood | 35 | 4/2/01 | Altamont | 43720 | 4/12/02 |
| W 19 | Class II Wood | 35 | 4/3/02 | Altamont | 38720 | 4/12/02 |
| W 20 | Class II Wood | 35 | 4/3/02 | Altamont | 35560 | 4/12/02 |
| W 21 | Class II Wood | 35 | 4/3/02 | Altamont | 29760 | 4/12/02 |
| W 22 | Class II Wood | 35 | 4/3/02 | Altamont | 37960 | 4/12/02 |
| W 23 | Class II Wood | 35 | 4/3/02 | Altamont | 26980 | 4/12/02 |
| W 24 | Class II Wood | 35 | 4/3/02 | Altamont | 26940 | 4/12/02 |
| W 25 | Class II Wood | 35 | 4/3/02 | Altamont | 25560 | 4/12/02 |
| W 26 | Class II Wood | 35 | 4/3/02 | Altamont | 26420 | 4/12/02 |
| W 27 | Class II Wood | 35 | 4/4/02 | Altamont | 25960 | 4/12/02 |
| W 28 | Class II Wood | 35 | 4/4/02 | Altamont | 27740 | 4/12/02 |
| W 29 | Class II Wood | 35 | 4/4/02 | Altamont | 26640 | 4/12/02 |
| W 30 | Class II Wood | 35 | 4/4/02 | Altamont | 30120 | 4/12/02 |

"0" in "Weight Ticket Amount" indicates that the weight ticket for the load has not been returned to W&K.

01336602.031

# Chlordane Contaminated Wood Waste Manifest Log
## ANAS/EHA
## Altamont
## Page 2 of 5
## 3/28/03 1:24:16 PM

| Manifest # | Character | Quantity (Cu Yds) | Date Hauled | Landfill | Weight Ticket Amount (Lbs) | Original Returned to city |
|---|---|---|---|---|---|---|
| W 31 | Class II Wood | 35 | 4/4/02 | Altamont | 27000 | 4/12/02 |
| W 32 | Class II Wood | 35 | 4/4/02 | Altamont | 26720 | 4/12/02 |
| W 33 | Class II Wood | 35 | 4/4/02 | Altamont | 30460 | 4/12/02 |
| W 34 | Class II Wood | 35 | 4/4/02 | Altamont | 31920 | 4/12/02 |
| W 35 | Class II Wood | 35 | 4/4/02 | Altamont | 31440 | 4/12/02 |
| W 36 | Class II Wood | 35 | 4/5/02 | Altamont | 32780 | 4/12/02 |
| W 37 | Class II Wood | 35 | 4/8/02 | Altamont | 24740 | 4/12/02 |
| W 38 | Class II Wood | 35 | 4/8/02 | Altamont | 27660 | 4/12/02 |
| W 39 | Class II Wood | 35 | 4/8/02 | Altamont | 27340 | 4/12/02 |
| W 40 | Class II Wood | 35 | 4/8/02 | Altamont | 29160 | 4/12/02 |
| W 41 | Class II Wood | 35 | 4/9/02 | Altamont | 30540 | 4/12/02 |
| W 42 | Class II Wood | 35 | 4/9/02 | Altamont | 26700 | 4/12/02 |
| W 43 | Class II Wood | 35 | 4/9/02 | Altamont | 32100 | 4/12/02 |
| W 44 | Class II Wood | 35 | 4/9/02 | Altamont | 27220 | 4/12/02 |
| W 45 | Class II Wood | 35 | 4/9/02 | Altamont | 35420 | 4/12/02 |
| W 46 | Class II Wood | 35 | 4/9/02 | Altamont | 35060 | 4/12/02 |
| W 47 | Class II Wood | 35 | 4/9/02 | Altamont | 33600 | 4/12/02 |
| W 48 | Class II Wood | 35 | 4/9/02 | Altamont | 39540 | 4/12/02 |
| W 49 | Class II Wood | 35 | 4/9/02 | Altamont | 28420 | 4/12/02 |
| W 50 | Class II Wood | 35 | 4/9/02 | Altamont | 36880 | 4/12/02 |
| W 51 | Class II Wood | 35 | 4/9/02 | Altamont | 34300 | 4/12/02 |
| W 52 | Class II Wood | 35 | 4/9/02 | Altamont | 28680 | 4/12/02 |
| W 53 | Class II Wood | 35 | 4/10/02 | Altamont | 23220 | 4/12/02 |
| W 54 | Class II Wood | 35 | 4/10/02 | Altamont | 35420 | 4/12/02 |
| W 55 | Class II Wood | 35 | 4/10/02 | Altamont | 35840 | 4/12/02 |
| W 56 | Class II Wood | 35 | 4/10/02 | Altamont | 32080 | 4/12/02 |
| W 57 | Class II Wood | 35 | 4/10/02 | Altamont | 31880 | 4/12/02 |
| W 58 | Class II Wood | 35 | 4/10/02 | Altamont | 30280 | 5/9/02 |
| W 59 | Class II Wood | 35 | 4/10/02 | Altamont | 30640 | 5/9/02 |
| W 60 | Class II Wood | 35 | 4/11/02 | Altamont | 23400 | 5/9/02 |
| W 61 | Class II Wood | 35 | 4/11/02 | Altamont | 31700 | 5/9/02 |

“0” in “Weight Ticket Amount” indicates that the weight ticket for the load has not been returned to W&K.

# Chlordane Contaminated Wood Waste Manifest Log
## ANAS/EHA
## Altamont
## Page 3 of 5
## 3/28/03 1:24:16 PM

| Manifest # | Character | Quantity (cu Yds) | Date Hauled | Landfill | Weight Ticket Amount (Lbs) | Original Returned to city |
|---|---|---|---|---|---|---|
| W 62 | Class II Wood | 35 | 4/11/02 | Altamont | 29540 | 5/9/02 |
| W 63 | Class II Wood | 35 | 4/11/02 | Altamont | 25820 | 5/9/02 |
| W 64 | Class II Wood | 35 | 4/11/02 | Altamont | 27820 | 5/9/02 |
| W 65 | Class II Wood | 35 | 4/11/02 | Altamont | 25760 | 5/9/02 |
| W 66 | Class II Wood | 35 | 4/11/02 | Altamont | 31960 | 5/9/02 |
| W 67 | Class II Wood | 35 | 4/11/02 | Altamont | 28340 | 5/9/02 |
| W 68 | Class II Wood | 35 | 4/12/02 | Altamont | 29500 | 5/9/02 |
| W 69 | Class II Wood | 35 | 4/12/02 | Altamont | 28380 | 5/9/02 |
| W 70 | Class II Wood | 35 | 4/12/02 | Altamont | 30300 | 5/9/02 |
| W 71 | Class II Wood | 35 | 4/12/02 | Altamont | 35040 | 5/9/02 |
| W 72 | Class II Wood | 35 | 4/12/02 | Altamont | 28820 | 5/9/02 |
| W 73 | Class II Wood | 35 | 4/12/02 | Altamont | 28860 | 5/9/02 |
| W 74 | Class II Wood | 35 | 4/12/02 | Altamont | 30700 | 5/9/02 |
| W 75 | Class II Wood | 35 | 4/12/02 | Altamont | 28740 | 5/9/02 |
| W 76 | Class II Wood | 35 | 4/15/02 | Altamont | 30000 | 5/9/02 |
| W 77 | Class II Wood | 35 | 4/15/02 | Altamont | 31240 | 5/9/02 |
| W 78 | Class II Wood | 35 | 4/15/02 | Altamont | 26080 | 5/9/02 |
| W 79 | Class II Wood | 35 | 4/15/02 | Altamont | 28420 | 5/9/02 |
| W 80 | Class II Wood | 35 | 4/15/02 | Altamont | 33340 | 5/9/02 |
| W 81 | Class II Wood | 35 | 4/15/02 | Altamont | 31400 | 5/9/02 |
| W 82 | Class II Wood | 35 | 4/16/02 | Altamont | 27480 | 5/9/02 |
| W 83 | Class II Wood | 35 | 4/16/02 | Altamont | 29640 | 5/9/02 |
| W 84 | Class II Wood | 35 | 4/16/02 | Altamont | 24760 | 5/9/02 |
| W 85 | Class II Wood | 35 | 4/16/02 | Altamont | 25740 | 5/9/02 |
| W 86 | Class II Wood | 35 | 4/16/02 | Altamont | 36440 | 5/9/02 |
| W 87 | Class II Wood | 35 | 4/16/02 | Altamont | 33840 | 5/9/02 |
| W 88 | Class II Wood | 35 | 4/17/02 | Altamont | 36460 | 5/9/02 |
| W 89 | Class II Wood | 35 | 4/17/02 | Altamont | 36180 | 5/9/02 |
| W 90 | Class II Wood | 35 | 4/17/02 | Altamont | 31040 | 5/9/02 |
| W 91 | Class II Wood | 35 | 4/17/02 | Altamont | 35740 | 5/9/02 |
| W 92 | Class II Wood | 35 | 4/17/02 | Altamont | 30620 | 5/9/02 |

"0" in "Weight Ticket Amount" indicates that the weight ticket for the load has not been returned to W&K.

01336602.031

# Chlordane Contaminated Wood Waste Manifest Log
## ANAS/EHA
## Altamont
## Page 4 of 5
## 3/28/03 1:24:16 PM

| Manifest# | | Character | Quantity (Cu Yds) | Date Hauled | Landfill | Weight Ticket Amount (Lbs) | Original Returned to City |
|---|---|---|---|---|---|---|---|
| W | 93 | Class II Wood | 35 | 4/17/02 | Altamont | 25740 | 5/9/02 |
| W | 94 | Class II Wood | 35 | 4/18/02 | Altamont | 27120 | 5/9/02 |
| W | 95 | Class II Wood | 35 | 4/18/02 | Altamont | 29100 | 5/9/02 |
| W | 96 | Class II Wood | 35 | 4/18/02 | Altamont | 30120 | 5/9/02 |
| W | 97 | Class II Wood | 35 | 4/18/02 | Altamont | 30440 | 5/9/02 |
| W | 98 | Class II Wood | 35 | 4/18/02 | Altamont | 30260 | 5/9/02 |
| W | 99 | Class II Wood | 35 | 4/22/02 | Altamont | 27860 | 5/9/02 |
| W | 100 | Class II Wood | 35 | 4/19/02 | Altamont | 31660 | 5/9/02 |
| W | 101 | Class II Wood | 35 | 4/19/02 | Altamont | 26720 | 5/9/02 |
| W | 102 | Class II Wood | 35 | 4/19/02 | Altamont | 30380 | 5/9/02 |
| W | 103 | Class II Wood | 35 | 4/19/02 | Altamont | 39300 | 5/9/02 |
| W | 104 | Class II Wood | 35 | 4/19/02 | Altamont | 35480 | 5/9/02 |
| W | 105 | Class II Wood | 35 | 4/19/02 | Altamont | 30220 | 5/9/02 |
| W | 106 | Class II Wood | 35 | 4/22/02 | Altamont | 34260 | 5/9/02 |
| W | 107 | Class II Wood | 35 | 4/22/02 | Altamont | 28440 | 5/9/02 |
| W | 108 | Class II Wood | 35 | 4/22/02 | Altamont | 31000 | 5/9/02 |
| W | 109 | Class II Wood | 35 | 4/22/02 | Altamont | 32120 | 5/9/02 |
| W | 110 | Class II Wood | 35 | 4/22/02 | Altamont | 32740 | 5/9/02 |
| W | 111 | Class II Wood | 35 | 4/23/02 | Altamont | 28320 | 5/9/02 |
| W | 112 | Class II Wood | 35 | 4/23/02 | Altamont | 27700 | 5/9/02 |
| W | 113 | Class II Wood | 35 | 4/25/02 | Altamont | 31700 | 5/9/02 |
| W | 114 | Class II Wood | 35 | 4/25/02 | Altamont | 32440 | 5/9/02 |
| W | 115 | Class II Wood | 35 | 4/25/02 | Altamont | 37000 | 6/11/02 |
| W | 116 | Class II Wood | 35 | 4/26/02 | Altamont | 30180 | 6/11/02 |
| W | 117 | Class II Wood | 35 | 4/26/02 | Altamont | 26300 | 6/11/02 |
| W | 118 | Class II Wood | 35 | 4/26/02 | Altamont | 21980 | 6/11/02 |
| W | 119 | Class II Wood | 35 | 4/26/02 | Altamont | 29100 | 6/11/02 |
| W | 120 | Class II Wood | 35 | 4/26/02 | Altamont | 36200 | 6/11/02 |
| W | 121 | Class II Wood | 35 | 4/26/02 | Altamont | 23500 | 6/11/02 |
| W | 122 | Class II Wood | 35 | 5/6/02 | Altamont | 28880 | 6/11/02 |
| W | 123 | Class II Wood | 35 | 5/6/02 | Altamont | 25520 | 6/11/02 |

"0" in "Weight Ticket Amount" indicates that the weight ticket for the load has not been returned to W&K.

# Chlordane Contaminated Wood Waste Manifest Log
## ANAS/EHA
## Altamont
## Page 5 of 5
## 3/28/03 1:24:16 PM

| Manifest # | Character | Quantity (cu Yds) | Data Hauled | Landfill | Weigh Ticket Amount (Lbs) | Original Returned to city |
|---|---|---|---|---|---|---|
| W 124 | Class II Wood | 35 | 5/6/02 | Altamont | 35280 | 6/11/02 |
| W 125 | Class II Wood | 35 | 5/6/02 | Altamont | 31140 | 6/11/02 |
| W 126 | Class II Wood | 35 | 5/6/02 | Altamont | 27440 | 6/11/02 |
| W 127 | Class II Wood | 35 | 5/6/02 | Altamont | 26320 | 6/11/02 |
| W 128 | Class II Wood | 35 | 5/7/02 | Altamont | 28760 | 6/11/02 |
| W 129 | Class II Wood | 35 | 5/7/02 | Altamont | 26500 | 6/11/02 |
| W 130 | Class II Wood | 35 | 5/7/02 | Altamont | 27880 | 6/11/02 |
| W 131 | Class II Wood | 35 | 5/7/02 | Altamont | 26800 | 6/11/02 |
| W 132 | Class II Wood | 35 | 5/7/02 | Altamont | 27480 | 6/11/02 |
| W 133 | Class II Wood | 35 | 5/7/02 | Altamont | 27180 | 6/11/02 |
| W 134 | Class II Wood | 35 | 5/8/02 | Altamont | 27440 | 6/11/02 |
| W 135 | Class II Wood | 35 | 5/8/02 | Altamont | 29860 | 6/11/02 |
| W 136 | Class II Wood | 35 | 5/8/02 | Altamont | 24460 | 6/11/02 |
| W 137 | Class II Wood | 35 | 5/8/02 | Altamont | 30840 | 6/11/02 |
| W 138 | Class II Wood | 35 | 5/8/02 | Altamont | 31940 | 6/11/02 |
| W 139 | Class II Wood | 35 | 5/8/02 | Altamont | 28340 | 6/11/02 |
| W 140 | Class II Wood | 35 | 5/8/02 | Altamont | 25560 | 6/11/02 |
| **Total** | | 4900 | | | **4262340** | |
| | | | | **Tons→** | **2131.17** | |

"0" in "Weight Ticket Amount" indicates that the weight ticket for the load has not been returned to W&K.

01336602.031

# Chlordane Contaminated Wood Waste Manifest Log
## ANAS/EHA
## Vasco Rd
## Page 1 of 1
## 3/28/03 1:24:45 PM

| Manifest # | Character | Quantity (cu. Yds) | Date Hauled | Landfill | Weight Ticket Amount (lbs) | Original Returned to city |
|---|---|---|---|---|---|---|
| WV 01 | Class II Wood | 35 | 4/29/02 | Vasco | 29060 | 6/11/02 |
| WV 02 | Class II Wood | 35 | 4/29/02 | Vasco | 24940 | 6/11/02 |
| WV 03 | Class II Wood | 35 | 4/29/02 | Vasco | 29020 | 6/11/02 |
| WV 04 | Class II Wood | 35 | 4/29/02 | Vasco | 38100 | 6/11/02 |
| WV 05 | Class II Wood | 35 | 4/29/02 | Vasco | 29160 | 6/11/02 |
| WV 06 | Class II Wood | 35 | 4/29/02 | Vasco | 33420 | 6/11/02 |
| WV 07 | Not Used | 0 | Not Used | | 0 | N/A |
| WV 08 | Class II Wood | 35 | 5/8/02 | Vasco | 30440 | 6/11/02 |
| WV 09 | Class II Wood | 35 | 5/2/02 | Vasco | 35620 | 6/11/02 |
| WV 10 | Class II Wood | 35 | 5/2/02 | Vasco | 26300 | 6/11/02 |
| WV 11 | Not Used | 0 | Not Used | Vasco | 0 | N/A |
| WV 12 | Class II Wood | 35 | 5/8/02 | Vasco | 22600 | 6/11/02 |
| WV 13 | Class II Debris (plastic, etc. from stock piles) | 35 | 7/23/02 | Vasco | 35260 | 7/24/02 |
| WV 14 | Class II Debris (plastic, etc. from stock piles) | 35 | 7/23/02 | Vasco | 29440 | 7/24/02 |
| WV 15 | | | | | | |
| WV 16 | | | | | | |
| WV 17 | | | | | | |
| WV 18 | | | | | | |
| WV 19 | | | | | | |
| WV 20 | | | | | | |
| | | | | | | |
| Subtotal | Class II Wood | 350 | | | 298660 | |
| | | | | Tons - | 149.33 | |
| Subtotal | Class II Debris | 70 | | | 64700 | |
| | | | | Tons - | 32.35 | |
| **Total** | Class II Wood & Debris | 420 | | | 363360 | |
| | | | | **Tons-** | **181.68** | |

"0" in "Weight Ticket Amount" indicates that the weight ticket for the load has not been returned to W&K.

01336602.031

MAR 28 2003 3:48PM HP LASERJET 3200 p.2

**APPLICATIC ND CERTIFICATE FOR PAYMENT** AIA CUMENT G702 P 1 of 1

(Owner)
City of Alameda

PROJECT: Alameda Naval Ba.. Demo
300 W Atlantic - Alameda

APPLICATION NO.: 06 Phase I
PERIOD TO: 06/25/02

Distribution to:
Owner
Architect
Contractor

FROM: FERMA CORPORATION
1265 MONTECITO AVE. STE., 200
MOUNTAIN VIEW, CA. 94043-4506

Engineer
BKF Eng.

ARCHITECT'S:
PROJECT:

CONTRACT FOR:

CONTRACT DATE: 12/21/01

**CONTRACTOR'S APPLICATION FOR PAYMENT**

| Change Order Summary | | ADDITIONS | DEDUCTIONS |
|---|---|---|---|
| Change Orders approved in previous months by Owner | TOTAL: | $ - | $ - |
| Approved this Month | | | |
| Number | Date Approved | | |
| | TOTALS: | $ - | $ - |
| Net Change by Change Orders: | | $ - | |

Application is made for Payment, as shown below, in connection with the Contract, Continuation Sheet, AIA Document G703, is attached

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM - | | $5,464,600.00 |
| 2. Net change by Change Orders - | | $0.00 |
| 3. CONTRACT SUM TO DATE (line 1 +/-2) - | | $5,464,600.00 |
| 4. TOTAL COMPLETED & STORED TO DATE - (Column G on G703) | | $4,468,803.50 |
| 5. RETAINAGE: | | |
| a. 10% of Completed work: - (column D+E on G703) | $446,880.35 | |
| b. 10% of Stored Materials - (Column F on G703) | $0.00 | |
| Total Retainage (Line 5a + 5b or Total in Column I of G703) - | | $446,880.35 |
| 6. TOTAL EARNED LESS RETAINAGE - (Line 4 less Line 5 Total) | | $4,021,923.15 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) - | | $ (3,764,028.15) |
| 8. CURRENT PAYMENT DUE - | | $257,895.00 |
| 9. BALANCE TO FINISH, PLUS RETAINAGE - (line 3 less Line 6) | | $1,442,676.85 |

Approval: Date: Print Name: Approve on invoice only. ☐ BUDGETED ☐ UNBUDGETED

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: Ferma Corporation

By: [signature] Date: 11/08/02

*NOTARY ATTACHED*

Approval: Date: Print Name: Approve on invoice only. ☒ BUDGETED ☐ UNBUDGETED

**ARCHITECT'S CERTIFICATE FOR PAYMENT**

In accordance with the Contract Documents, based on on-site observation and the data commprising the above application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED
(Attach explanation if amount certified differs from the amount applied for.)
ARCHITECT:

BY: DATE:

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner of Contractor under this Contract. G702

Ferma 1 of 4

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California } SS.
County of Santa Clara

On Nov 08, 2002, before me, Regina Deason - Notary Public,
Date Name and Title of Officer

personally appeared Douglas Decker,
Name(s) of Signer(s)

Form 2 of 4

[x] personally known to me

[ ] proved to me on the basis of satisfactory evidence

to be the person(s) whose name is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

REGINA DEASON
Commission # 1284068
Notary Public - California
Santa Clara County
My Comm. Expires Dec 12, 2004

WITNESS my hand and official seal.

Regina Deason
Signature of Notary Public

Place Notary Seal Above

### *OPTIONAL*

*Though the information below is not required by law, it may prove valuable to person(s) relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

Title or Type of Document: Pay Application G702
Document Date: 11-8-02 Number of Pages: 1

Capacity(ies) Claimed by Signer
Signer's Name: Douglas Decker

- [ ] Individual
- [ ] Corporate Officer
- [ ] Partner
- [ ] Attorney In Fact
- [ ] Trustee
- [ ] Guardian of Conservator
- [ ] Other: ______

Signer if Representing: ______

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Exhibit 5 page 200

**CONTINUATIO' 'EET** — **AI/ :UMENT G703**

AIA Document, G702 APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Containing Contractor's signed Certification is attached.

In tabulations below, amounts are stated to the nearest dollar.

Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NUMBER: 06
APPLICATION DATE: 06/25/02
PERIOD TO: 06/25/02
ARCHITECTS PROJECT NO: [illegible]

| A | B | | | | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO | DESCRIPTION OF WORK Phase I Exhibit C | # Unit | | Unit Price | Scheduled Value | WORK COMPLETED From Prev Applications | This Period | Materials Presently Stored | Total Completed & Stored | % (C/G) | Balance To Finish (C-G) | Retainage |
| | **Infrastructure Demolition** | | | | | | | | | | | |
| 1 | Crush & Process Concrete | 1 | ls | 315,000 | 315,000.00 | 157,500.00 | 78,750.00 | | 236,250.00 | 75% | 78,750.00 | 23,625.00 |
| 2 | Trees | 1 | ls | 16,000 | 16,000.00 | 14,400.00 | - | | 14,400.00 | 90% | 1,600.00 | 1,440.00 |
| 3 | Site Furnishing | 1 | ls | 15,000 | 15,000.00 | 15,000.00 | - | | 15,000.00 | 100% | - | 1,500.00 |
| 4 | Underground Utilities | 1 | ls | 110,000 | 110,000.00 | 93,500.00 | - | | 93,500.00 | 85% | 16,500.00 | 9,350.00 |
| 5 | Abandon in place utilities | 1 | ls | 120,000 | 120,000.00 | 108,000.00 | - | | 108,000.00 | 90% | 12,000.00 | 10,800.00 |
| 6 | Marsh Crust Layer | 1 | ls | 175 | - | - | - | | - | 0% | - | - |
| 7 | Salvage of Transformer | 1 | ls | 10,000 | 10,000.00 | 10,000.00 | - | | 10,000.00 | 100% | - | 1,000.00 |
| 8 | Additional Items | 1 | ls | 675,000 | 675,000.00 | 202,500.00 | 135,000.00 | | 337,500.00 | 50% | 337,500.00 | 33,750.00 |
| | **Total:** | | | | 1,261,000 | 600,900 | 213,750 | | 814,650 | | 446,350 | 81,465 |
| | **Building Demolition** | | | | | | | | | | | |
| 1 | Bldg and Carport Demo | 1 | ls | 1,752,420 | 1,752,420.00 | 1,752,420.00 | - | | 1,752,420.00 | 100% | - | 175,242.00 |
| | **Total:** | | | | 1,752,420 | 1,752,420 | - | | 1,752,420 | | - | 175,242 |
| | **Haz Mat Removal (No Chlordane)** | | | | | | | | | | | |
| 1 | Removal of Hazardous | 1 | ls | 1,068,680 | 1,068,680.00 | 1,068,680.00 | - | | 1,068,680.00 | 100% | - | 106,868.00 |
| 2 | Remove wood piling | 1 | ls | 15,000 | 15,000.00 | 1,500.00 | - | | 1,500.00 | 10% | 13,500.00 | 150.00 |
| 3 | Remove asbestos cement pipe | 1 | [redacted] | | - | 33,434.50 | - | | 33,434.50 | 5,079 | (33,434.50) | 3,343.45 |
| | Remove addt'l cement pipe | 1 | [redacted] | | - | 13,194.00 | - | | 13,194.00 | 2,932 | (13,194.00) | 1,319.40 |
| 4 | Disposal of contam groundwater | 1 | [redacted] | | - | - | - | | - | 0% | - | - |
| | **Total:** | | | | 1,083,680.00 | 1,116,808.50 | - | | 1,116,808.50 | | (33,128.50) | 111,680.85 |
| | **Haz Mat Removal (Chlordane Only)** | | | | | | | | | | | |
| 1 | Chlordane Mobilization | 1 | ls | 20,000 | 20,000.00 | 20,000.00 | - | | 20,000.00 | 100% | - | 2,000.00 |
| 2 | Dosposal of wood and concrete | 1 | ls | 437,500 | 437,500.00 | 328,125.00 | - | | 328,125.00 | 75% | 109,375.00 | 32,812.50 |
| 3 | Disposal soil | 1 | ls | 910,000 | 910,000.00 | 364,000.00 | 72,800.00 | | 436,800.00 | 48% | 473,200.00 | 43,680.00 |
| | **Total:** | | | - | 1,367,500.00 | 712,125.00 | 72,800.00 | | 784,925.00 | | 582,575.00 | 78,492.50 |
| **Totals:** | | | | | $ 5,464,600.00 | $ 4,182,253.50 | $ 286,550.00 | | $ 4,468,803.50 | | $ 995,796.50 | $ 446,880.35 |

Farmer 3 of 4.

# Exhibit I

## Conditional Waiver and Release Upon Progress Payment for Phase I

Upon receipt by the undersigned of a check from **Catellus Construction Corp.** in the sum of:
**$257,895.00**
Payable to **Ferma Corporation** and when the check has been properly endorsed and has been paid by the bank upon which it is drawn, this document shall become effective to release any mechanic's lien, stop notice, or bond right the undersigned has on the job of:
**Catellus Const. Corp. located at Alameda Naval Base - 300 W. Atlantic - Alameda, Ca.**
to the following extent. This release covers a progress payment for labor, services, or equipment, or material furnished to **Catellus Const. Corp.** through **June 25, 2002** only and does not cover any retentions retained before or after the release date; extras furnished before the release date for which payment has not been received; extras or items furnished after the release date. Rights based upon work performed or items furnished under a written change order which has been fully executed by the parties prior to the release date are covered by this release unless specifically reserved by the claimant in this release. This release of any mechanic's lien, stop notice, or bond right shall not otherwise affect the contract rights, including rights betweeen parties to the contract based upon a recission, abandonment, or breach of the contract, or the right of the undersigned to recover compensation for furnished labor, services, equipment, or material covered by this release if that furnished labor, services, equipment, or material was not compensated by the progress payment. Before any recipient of the document relies on it, said part should verify evidence of payment to the undersigned.

Ferma

4 of 4

Dated: Nov. 08, 2002

Ferma Corporation
By: Douglas Decker
Title: Controller

**Certificate of Receipt of Payment For Items Furnished Prior to Release Date**

The undersigned certifies that, with respect to the Work for which it has signed this Conditional Waiver and Release Upon Progress Payment dated as of **July 25, 2002**, there are no extras furnished before such release date for which payment has not been received.

Dated: July 25, 2002

Ferma Corporation
By:
Title: Controller

NOTE: This form complies with the requirements of Civil Code Section 3262(d)(1). It is to be used by a party who applies for a progress payment when the progress payment check has not yet cleared the bank. This release only becomes effective when the check properly endorsed, has cleared the bank.

CATELLUS

Mr. Darrell Handy
Risk Manager
City of Alameda
2263 Santa Clara Ave., Room 130
Alameda, CA 94501

July 31, 2002
Project: Alameda Res-1
Director: BKennedy

Invoice #: 212500001

Subject: **Invoice Submittal for the Demolition, Hauling and Disposal of Class II Chlordane Contaminated Wood Material from April 29th to May 8th of 2002.**

Payment Request for work associated with the remediation of Class II Chlordane contaminated wood from the Alameda East Housing area of the former Alameda Naval Air Station. This invoice is based on a Request for Payment from FERMA Corp., the projects' Demolition Contractor submitted on June 25th, 2002. Bid item #2 of FERMA's contract covers the Demolition, Hauling and Disposal of Chlordane contaminated wood and concrete material at a lump sum rate of $437,500.00. Their current request is based on a 75% progress billing and supported by the attached backup tracking logs prepared by Winzler & Kelly Environmental Consulting Engineers, the projects environmental onsite consultant.

Catellus B.U. 1 of 7

**Scope: Bid Item #2**
Demolition, Hauling and Disposal of Class II Chlordane Contaminated Wood as recorded by the attached tracking logs overseen and prepared by Winzler & Kelly Environmental Consulting Engineers from April 29th to May 8th of 2002.

- 10 loads containing approximately 350cyds or 298,660 lbs/149.33 tons of material was disposed of at: Republic Services - Vasco Road Landfill in Livermore California. The manifest tracking numbers as recorded are: WV-01 through WV-12 (WV-07 & WV-11 not used).

- 140 loads containing approximately 4900cyds or 4,262,340 lbs/2,131.17 tons of material was disposed of at: Altamont Pass Landfill in Livermore California. The manifest tracking numbers as recorded are: W-01 through W-140.

**Payment Request:**

FERMA – Payment Request Applications made thru 6/25/2002

| Original Contract | Current Request | Balance Remaining | % Complete | Less 10 % Retention |
|---|---|---|---|---|
| $437,500.00 | $328, 125.00 | $109,375.00 | 75 % | <$32,12.50> |

| **Payment Requested:** | **$295,312.50** |
|---|---|

Catellus Development Corporation

BY: [signature] DATE: ____________

**Exhibit 5 page 203**

# Chlordane Contaminated Wood Waste Manifest Log
## ANAS/EHA
## Altamont
## Page 1 of 5
## 3/27/03 6:16:30 PM

| Manifest # | Character | Quantity (cu. Yds) | Date Hauled | Landfill | Weigh Ticket Amount (Lbs) | Original Returned to city |
|---|---|---|---|---|---|---|
| W 01 | Class II Wood | 35 | 3/29/02 | Altamont | 32400 | 4/12/02 |
| W 02 | Class II Wood | 35 | 3/29/02 | Altamont | 30700 | 4/12/02 |
| W 03 | Class II Wood | 35 | 3/29/02 | Altamont | 37180 | 4/12/02 |
| W 04 | Class II Wood | 35 | 3/29/02 | Altamont | 35660 | 4/12/02 |
| W 05 | Class II Wood | 35 | 3/29/02 | Altamont | 29300 | 4/12/02 |
| W 06 | Class II Wood | 35 | 3/29/02 | Altamont | 29300 | 4/12/02 |
| W 07 | Class II Wood | 35 | 4/1/02 | Altamont | 32320 | 4/12/02 |
| W 08 | Class II Wood | 35 | 4/1/02 | Altamont | 29460 | 4/12/02 |
| W 09 | Class II Wood | 35 | 4/1/02 | Altamont | 31320 | 4/12/02 |
| W 10 | Class II Wood | 35 | 4/2/01 | Altamont | 40940 | 4/12/02 |
| W 11 | Class II Wood | 35 | 4/1/02 | Altamont | 30800 | 4/12/02 |
| W 12 | Class II Wood | 35 | 4/2/01 | Altamont | 31500 | 4/12/02 |
| W 13 | Class II Wood | 35 | 4/2/01 | Altamont | 27600 | 4/12/02 |
| W 14 | Class II Wood | 35 | 4/2/01 | Altamont | 33820 | 4/12/02 |
| W 15 | Class II Wood | 35 | 4/2/01 | Altamont | 35320 | 4/12/02 |
| W 16 | Class II Wood | 35 | 4/2/01 | Altamont | 30160 | 4/12/02 |
| W 17 | Class II Wood | 35 | 4/2/01 | Altamont | 37340 | 4/12/02 |
| W 18 | Class II Wood | 35 | 4/2/01 | Altamont | 43720 | 4/12/02 |
| W 19 | Class II Wood | 35 | 4/3/02 | Altamont | 38720 | 4/12/02 |
| W 20 | Class II Wood | 35 | 4/3/02 | Altamont | 35560 | 4/12/02 |
| W 21 | Class II Wood | 35 | 4/3/02 | Altamont | 29760 | 4/12/02 |
| W 22 | Class II Wood | 35 | 4/3/02 | Altamont | 37960 | 4/12/02 |
| W 23 | Class II Wood | 35 | 4/3/02 | Altamont | 26980 | 4/12/02 |
| W 24 | Class II Wood | 35 | 4/3/02 | Altamont | 26940 | 4/12/02 |
| W 25 | Class II Wood | 35 | 4/3/02 | Altamont | 25560 | 4/12/02 |
| W 26 | Class II Wood | 35 | 4/3/02 | Altamont | 26420 | 4/12/02 |
| W 27 | Class II Wood | 35 | 4/4/02 | Altamont | 25960 | 4/12/02 |
| W 28 | Class II Wood | 35 | 4/4/02 | Altamont | 27740 | 4/12/02 |
| W 29 | Class II Wood | 35 | 4/4/02 | Altamont | 26640 | 4/12/02 |
| W 30 | Class II Wood | 35 | 4/4/02 | Altamont | 30120 | 4/12/02 |

"0" in "Weight Ticket Amount" indicates that the weight ticket for the load has not been returned to W&K.

01336602.031

Catellus 2 of 7

# Chlordane Contaminated Wood Waste Manifest Log
## ANAS/EHA
## Altamont
## Page 2 of 5
## 3/27/03 6:16:30 PM

| Manifest # | Character | Quantity (cu. Yds) | Date Hauled | Landfill | Weigh Ticket Amount (Lbs) | Original Returned to city |
|---|---|---|---|---|---|---|
| W 31 | Class II Wood | 35 | 4/4/02 | Altamont | 27000 | 4/12/02 |
| W 32 | Class II Wood | 35 | 4/4/02 | Altamont | 26720 | 4/12/02 |
| W 33 | Class II Wood | 35 | 4/4/02 | Altamont | 30460 | 4/12/02 |
| W 34 | Class II Wood | 35 | 4/4/02 | Altamont | 31920 | 4/12/02 |
| W 35 | Class II Wood | 35 | 4/4/02 | Altamont | 31440 | 4/12/02 |
| W 36 | Class II Wood | 35 | 4/5/02 | Altamont | 32780 | 4/12/02 |
| W 37 | Class II Wood | 35 | 4/8/02 | Altamont | 24740 | 4/12/02 |
| W 38 | Class II Wood | 35 | 4/8/02 | Altamont | 27660 | 4/12/02 |
| W 39 | Class II Wood | 35 | 4/8/02 | Altamont | 27340 | 4/12/02 |
| W 40 | Class II Wood | 35 | 4/8/02 | Altamont | 29160 | 4/12/02 |
| W 41 | Class II Wood | 35 | 4/9/02 | Altamont | 30540 | 4/12/02 |
| W 42 | Class II Wood | 35 | 4/9/02 | Altamont | 26700 | 4/12/02 |
| W 43 | Class II Wood | 35 | 4/9/02 | Altamont | 32100 | 4/12/02 |
| W 44 | Class II Wood | 35 | 4/9/02 | Altamont | 27220 | 4/12/02 |
| W 45 | Class II Wood | 35 | 4/9/02 | Altamont | 35420 | 4/12/02 |
| W 46 | Class II Wood | 35 | 4/9/02 | Altamont | 35060 | 4/12/02 |
| W 47 | Class II Wood | 35 | 4/9/02 | Altamont | 33600 | 4/12/02 |
| W 48 | Class II Wood | 35 | 4/9/02 | Altamont | 39540 | 4/12/02 |
| W 49 | Class II Wood | 35 | 4/9/02 | Altamont | 28420 | 4/12/02 |
| W 50 | Class II Wood | 35 | 4/9/02 | Altamont | 36880 | 4/12/02 |
| W 51 | Class II Wood | 35 | 4/9/02 | Altamont | 34300 | 4/12/02 |
| W 52 | Class II Wood | 35 | 4/9/02 | Altamont | 28680 | 4/12/02 |
| W 53 | Class II Wood | 35 | 4/10/02 | Altamont | 23220 | 4/12/02 |
| W 54 | Class II Wood | 35 | 4/10/02 | Altamont | 35420 | 4/12/02 |
| W 55 | Class II Wood | 35 | 4/10/02 | Altamont | 35840 | 4/12/02 |
| W 56 | Class II Wood | 35 | 4/10/02 | Altamont | 32080 | 4/12/02 |
| W 57 | Class II Wood | 35 | 4/10/02 | Altamont | 31880 | 4/12/02 |
| W 58 | Class II Wood | 35 | 4/10/02 | Altamont | 30280 | 5/9/02 |
| W 59 | Class II Wood | 35 | 4/10/02 | Altamont | 30640 | 5/9/02 |
| W 60 | Class II Wood | 35 | 4/11/02 | Altamont | 23400 | 5/9/02 |
| W 61 | Class II Wood | 35 | 4/11/02 | Altamont | 31700 | 5/9/02 |

"0" in "Weight Ticket Amount" indicates that the weight ticket for the load has not been returned to W&K. 01336602.031

Catellus 3 of 7

# Chlordane Contaminated Wood Waste Manifest Log
## ANAS/EHA
## Altamont
## Page 3 of 5
## 3/27/03 6:16:30 PM

| Manifest # | Characterization | Quantity (Cubic Yards) | Date Hauled | Landfill | Weight Ticket Amount (Lbs) | Original Returned to City |
|---|---|---|---|---|---|---|
| W 62 | Class II Wood | 35 | 4/11/02 | Altamont | 29540 | 5/9/02 |
| W 63 | Class II Wood | 35 | 4/11/02 | Altamont | 25820 | 5/9/02 |
| W 64 | Class II Wood | 35 | 4/11/02 | Altamont | 27820 | 5/9/02 |
| W 65 | Class II Wood | 35 | 4/11/02 | Altamont | 25760 | 5/9/02 |
| W 66 | Class II Wood | 35 | 4/11/02 | Altamont | 31960 | 5/9/02 |
| W 67 | Class II Wood | 35 | 4/11/02 | Altamont | 28340 | 5/9/02 |
| W 68 | Class II Wood | 35 | 4/12/02 | Altamont | 29500 | 5/9/02 |
| W 69 | Class II Wood | 35 | 4/12/02 | Altamont | 28380 | 5/9/02 |
| W 70 | Class II Wood | 35 | 4/12/02 | Altamont | 30300 | 5/9/02 |
| W 71 | Class II Wood | 35 | 4/12/02 | Altamont | 35040 | 5/9/02 |
| W 72 | Class II Wood | 35 | 4/12/02 | Altamont | 28820 | 5/9/02 |
| W 73 | Class II Wood | 35 | 4/12/02 | Altamont | 28860 | 5/9/02 |
| W 74 | Class II Wood | 35 | 4/12/02 | Altamont | 30700 | 5/9/02 |
| W 75 | Class II Wood | 35 | 4/12/02 | Altamont | 28740 | 5/9/02 |
| W 76 | Class II Wood | 35 | 4/15/02 | Altamont | 30000 | 5/9/02 |
| W 77 | Class II Wood | 35 | 4/15/02 | Altamont | 31240 | 5/9/02 |
| W 78 | Class II Wood | 35 | 4/15/02 | Altamont | 26080 | 5/9/02 |
| W 79 | Class II Wood | 35 | 4/15/02 | Altamont | 28420 | 5/9/02 |
| W 80 | Class II Wood | 35 | 4/15/02 | Altamont | 33340 | 5/9/02 |
| W 81 | Class II Wood | 35 | 4/15/02 | Altamont | 31400 | 5/9/02 |
| W 82 | Class II Wood | 35 | 4/16/02 | Altamont | 27480 | 5/9/02 |
| W 83 | Class II Wood | 35 | 4/16/02 | Altamont | 29640 | 5/9/02 |
| W 84 | Class II Wood | 35 | 4/16/02 | Altamont | 24760 | 5/9/02 |
| W 85 | Class II Wood | 35 | 4/16/02 | Altamont | 25740 | 5/9/02 |
| W 86 | Class II Wood | 35 | 4/16/02 | Altamont | 36440 | 5/9/02 |
| W 87 | Class II Wood | 35 | 4/16/02 | Altamont | 33840 | 5/9/02 |
| W 88 | Class II Wood | 35 | 4/17/02 | Altamont | 36460 | 5/9/02 |
| W 89 | Class II Wood | 35 | 4/17/02 | Altamont | 36180 | 5/9/02 |
| W 90 | Class II Wood | 35 | 4/17/02 | Altamont | 31040 | 5/9/02 |
| W 91 | Class II Wood | 35 | 4/17/02 | Altamont | 35740 | 5/9/02 |
| W 92 | Class II Wood | 35 | 4/17/02 | Altamont | 30620 | 5/9/02 |

"0" in "Weight Ticket Amount" indicates that the weight ticket for the load has not been returned to W&K. 01336602.031

Catellus Bo 4 of 7

# Chlordane Contaminated Wood Waste Manifest Log
## ANAS/EHA
## Altamont
## Page 4 of 5
## 3/27/03 6:16:30 PM

| Manifest # | Characteristics | Quantity (cu. Yds) | Date Hauled | Landfill | Weight Ticket Amount (Lbs) | Original Returned to city |
|---|---|---|---|---|---|---|
| W 93 | Class II Wood | 35 | 4/17/02 | Altamont | 25740 | 5/9/02 |
| W 94 | Class II Wood | 35 | 4/18/02 | Altamont | 27120 | 5/9/02 |
| W 95 | Class II Wood | 35 | 4/18/02 | Altamont | 29100 | 5/9/02 |
| W 96 | Class II Wood | 35 | 4/18/02 | Altamont | 30120 | 5/9/02 |
| W 97 | Class II Wood | 35 | 4/18/02 | Altamont | 30440 | 5/9/02 |
| W 98 | Class II Wood | 35 | 4/18/02 | Altamont | 30260 | 5/9/02 |
| W 99 | Class II Wood | 35 | 4/22/02 | Altamont | 27860 | 5/9/02 |
| W 100 | Class II Wood | 35 | 4/19/02 | Altamont | 31660 | 5/9/02 |
| W 101 | Class II Wood | 35 | 4/19/02 | Altamont | 26720 | 5/9/02 |
| W 102 | Class II Wood | 35 | 4/19/02 | Altamont | 30380 | 5/9/02 |
| W 103 | Class II Wood | 35 | 4/19/02 | Altamont | 39300 | 5/9/02 |
| W 104 | Class II Wood | 35 | 4/19/02 | Altamont | 35480 | 5/9/02 |
| W 105 | Class II Wood | 35 | 4/19/02 | Altamont | 30220 | 5/9/02 |
| W 106 | Class II Wood | 35 | 4/22/02 | Altamont | 34260 | 5/9/02 |
| W 107 | Class II Wood | 35 | 4/22/02 | Altamont | 28440 | 5/9/02 |
| W 108 | Class II Wood | 35 | 4/22/02 | Altamont | 31000 | 5/9/02 |
| W 109 | Class II Wood | 35 | 4/22/02 | Altamont | 32120 | 5/9/02 |
| W 110 | Class II Wood | 35 | 4/22/02 | Altamont | 32740 | 5/9/02 |
| W 111 | Class II Wood | 35 | 4/23/02 | Altamont | 28320 | 5/9/02 |
| W 112 | Class II Wood | 35 | 4/23/02 | Altamont | 27700 | 5/9/02 |
| W 113 | Class II Wood | 35 | 4/25/02 | Altamont | 31700 | 5/9/02 |
| W 114 | Class II Wood | 35 | 4/25/02 | Altamont | 32440 | 5/9/02 |
| W 115 | Class II Wood | 35 | 4/25/02 | Altamont | 37000 | 6/11/02 |
| W 116 | Class II Wood | 35 | 4/26/02 | Altamont | 30180 | 6/11/02 |
| W 117 | Class II Wood | 35 | 4/26/02 | Altamont | 26300 | 6/11/02 |
| W 118 | Class II Wood | 35 | 4/26/02 | Altamont | 21980 | 6/11/02 |
| W 119 | Class II Wood | 35 | 4/26/02 | Altamont | 29100 | 6/11/02 |
| W 120 | Class II Wood | 35 | 4/26/02 | Altamont | 36200 | 6/11/02 |
| W 121 | Class II Wood | 35 | 4/26/02 | Altamont | 23500 | 6/11/02 |
| W 122 | Class II Wood | 35 | 5/6/02 | Altamont | 28880 | 6/11/02 |
| W 123 | Class II Wood | 35 | 5/6/02 | Altamont | 25520 | 6/11/02 |

"0" in "Weight Ticket Amount" indicates that the weight ticket for the load has not been returned to W&K.

01336602.031

Castellas BU 5 of 7

# Chlordane Contaminated Wood Waste Manifest Log
## ANAS/EHA
## Altamont
## Page 5 of 5
## 3/27/03 6:16:30 PM

| Manifest | Character | Quantity (cu Yds) | Date Hauled | Landfill | Weight Ticket Amount (Lbs) | Original Returned to city |
|---|---|---|---|---|---|---|
| W 124 | Class II Wood | 35 | 5/6/02 | Altamont | 35280 | 6/11/02 |
| W 125 | Class II Wood | 35 | 5/6/02 | Altamont | 31140 | 6/11/02 |
| W 126 | Class II Wood | 35 | 5/6/02 | Altamont | 27440 | 6/11/02 |
| W 127 | Class II Wood | 35 | 5/6/02 | Altamont | 26320 | 6/11/02 |
| W 128 | Class II Wood | 35 | 5/7/02 | Altamont | 28760 | 6/11/02 |
| W 129 | Class II Wood | 35 | 5/7/02 | Altamont | 26500 | 6/11/02 |
| W 130 | Class II Wood | 35 | 5/7/02 | Altamont | 27880 | 6/11/02 |
| W 131 | Class II Wood | 35 | 5/7/02 | Altamont | 26800 | 6/11/02 |
| W 132 | Class II Wood | 35 | 5/7/02 | Altamont | 27480 | 6/11/02 |
| W 133 | Class II Wood | 35 | 5/7/02 | Altamont | 27180 | 6/11/02 |
| W 134 | Class II Wood | 35 | 5/8/02 | Altamont | 27440 | 6/11/02 |
| W 135 | Class II Wood | 35 | 5/8/02 | Altamont | 29860 | 6/11/02 |
| W 136 | Class II Wood | 35 | 5/8/02 | Altamont | 24460 | 6/11/02 |
| W 137 | Class II Wood | 35 | 5/8/02 | Altamont | 30840 | 6/11/02 |
| W 138 | Class II Wood | 35 | 5/8/02 | Altamont | 31940 | 6/11/02 |
| W 139 | Class II Wood | 35 | 5/8/02 | Altamont | 28340 | 6/11/02 |
| W 140 | Class II Wood | 35 | 5/8/02 | Altamont | 25560 | 6/11/02 |
| Total | | 4900 | | | 4262340 | |
| | | | | Tons→ | 2131.17 | |

"0" in "Weight Ticket Amount" indicates that the weight ticket for the load has not been returned to W&K.

01336602.031

Catellus Bo 6 of 7

# Chlordane Contaminated Wood Waste Manifest Log
## ANAS/EHA
## Vasco Rd
## Page 1 of 1
## 3/27/03 6:17:07 PM

| Manifest # | Characterization | Quantity (cu. yds) | Date Hauled | Landfill | Weight Ticket Amount | [illegible] |
|---|---|---|---|---|---|---|
| WV 01 | Class II Wood | 35 | 4/29/02 | Vasco | 29060 | 6/11/02 |
| WV 02 | Class II Wood | 35 | 4/29/02 | Vasco | 24940 | 6/11/02 |
| WV 03 | Class II Wood | 35 | 4/29/02 | Vasco | 29020 | 6/11/02 |
| WV 04 | Class II Wood | 35 | 4/29/02 | Vasco | 38100 | 6/11/02 |
| WV 05 | Class II Wood | 35 | 4/29/02 | Vasco | 29160 | 6/11/02 |
| WV 06 | Class II Wood | 35 | 4/29/02 | Vasco | 33420 | 6/11/02 |
| WV 07 | Not Used | 0 | Not Used | | 0 | N/A |
| WV 08 | Class II Wood | 35 | 5/8/02 | Vasco | 30440 | 6/11/02 |
| WV 09 | Class II Wood | 35 | 5/2/02 | Vasco | 35620 | 6/11/02 |
| WV 10 | Class II Wood | 35 | 5/2/02 | Vasco | 26300 | 6/11/02 |
| WV 11 | Not Used | 0 | Not Used | Vasco | 0 | N/A |
| WV 12 | Class II Wood | 35 | 5/8/02 | Vasco | 22600 | 6/11/02 |
| WV 13 | Class II Debris (plastic, etc. from stock piles) | 35 | 7/23/02 | Vasco | 35260 | 7/24/02 |
| WV 14 | Class II Debris (plastic, etc. from stock piles) | 35 | 7/23/02 | Vasco | 29440 | 7/24/02 |
| WV 15 | | | | | | |
| WV 16 | | | | | | |
| WV 17 | | | | | | |
| WV 18 | | | | | | |
| WV 19 | | | | | | |
| WV 20 | | | | | | |
| | | | | | | |
| Subtotal | Class II Wood | 350 | | | 298660 | |
| | | | | Tons - | 149.33 | |
| Subtotal | Class II Debris | 70 | | | 64700 | |
| | | | | Tons - | 32.35 | |
| Total | Class II Wood & Debris | 420 | | | 363360 | |
| | | | | Tons- | 181.68 | |

"0" in "Weight Ticket Amount" indicates that the weight ticket for the load has not been returned to W&K.

01336602.031

Catellus BU 7 of 7

CATELLUS

December 9, 2002

Mr Darrell Handy
Risk Manager
City of Alameda
2263 Santa Clara Ave.
Room 130
Alameda, CA 94501

Re: Alameda FISC/EHA demolition project
*Chlordane & OCP clean up*
*Claim Submittal #2*

Dear Darrell,

Please find attached submittal #2 for the Chlordane and OCP removal at the above referenced project site. This second submittal is for the balance of wood, concrete and soil removed under our base bid contract with Ferma including mobilization cost billed to the City to date. This soil removal has been described as the "first 6 inches" as contemplated under the base bid contract. Not included with this submittal is the change order work that Ferma was authorized to proceed with on a time and material basis. Each increment of that change order work has been approved by the City and will also follow under subsequent claim submittals.

Ferma entered into a contract with Catellus Construction to perform demolition and rough grading of the FISC/East housing area (Phase I Residential and Commercial Projects) in January 2002. As part of this work, Ferma was required to demolish the existing apartments, foundations, and roadways, provide rough grading, and remove contaminated waste per the contract documents. The attached contract schedule of values shows lump sum and unit price categories under the Ferma base bid contract.

Exhibit C-1 (Residential) of the schedule of values lists bid items #1, #2, and #3 for the Hazardous Materials Removal (Chlordane only). This 2nd claim submittal is for the balance of all line items, less the outstanding retention payment under the base bid only.

- **Line Item #1** is described as: "**Chlordane Mobilization**" and is self-explanatory.
  This submittal is for all of Item #1 less retention.

- **Line Item #2** is described as: "**Disposal of wood and concrete**" and was submitted at 75% under the first submittal dated August 1, 2002.
  This submittal is for the remainder of Item # 2 less retention.

- **Line Item # 3** is described as "**Disposal of Soil**" and has three distinct parts as described in the contract. The first part was for an additive described as: "Remove, waste characterize, transport and dispose of to a Class I landfill, a minimum depth of 6" of soil under each building footprint except where there is a slab-on-grade. In addition, a minimum depth of 6" of soil must be removed, waste characterized, transported and disposed to a class I landfill from the building perimeter to a distance of 3 feet. The second part of Item #3 provided for a credit for: "if soil can be reclassified, contractor shall provide a deduct in cost based on transportation and disposal to a class II landfill." The third part of Item #3 was for a credit if soil can be reclassified for a class III landfill disposal.
  This submittal is for all of Item #3 less retention.



1999 HARRISON STREET, SUITE 2150 OAKLAND, CALIFORNIA 94612 · TEL (510) 267-0646 · FAX (510) 267-0940