CONTINUATIOI 'EET AI/ 'UMENT G703

AIA Document, G702 APPLICATION AND CERTIFICATE FOR PAYMENT, containing Containing Contractor's signed Certification is attached.

In tabulations below, amounts are stated to the nearest dollar.

Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NUMBER: 06
APPLICATION DATE: 06/25/02
PERIOD TO: 06/25/02
ARCHITECTS PROJECT NO:

| A | B | | | | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO | DESCRIPTION OF WORK Phase 1 | # Unit | | Unit Price | Scheduled Value | WORK COMPLETED From Prev Applications | This Period | Materials Presently Stored | Total Completed & Stored | % (C/G) | Balance To Finish (C-G) | Retainage |
| | Exhibit C-1 | | | | | | | | | | | |
| | **Infrastructure Demolition** | | | | | | | | | | | |
| 1 | Crush & Process Concrete | 1 | ls | 315,000 | 315,000.00 | 157,500.00 | 78,750.00 | | 236,250.00 | 75% | 78,750.00 | 23,625.00 |
| 2 | Trees | 1 | ls | 16,000 | 16,000.00 | 14,400.00 | - | | 14,400.00 | 90% | 1,600.00 | 1,440.00 |
| 3 | Site Furnishing | 1 | ls | 15,000 | 15,000.00 | 15,000.00 | - | | 15,000.00 | 100% | - | 1,500.00 |
| 4 | Underground Utilities | 1 | ls | 110,000 | 110,000.00 | 93,500.00 | - | | 93,500.00 | 85% | 16,500.00 | 9,350.00 |
| 5 | Abandon in place utilities | 1 | ls | 120,000 | 120,000.00 | 108,000.00 | - | | 108,000.00 | 90% | 12,000.00 | 10,800.00 |
| 6 | Marsh Crust Layer | 1 | ls | 175 | - | - | - | | - | 0% | - | - |
| 7 | Salvage of Transformer | 1 | ls | 10,000 | 10,000.00 | 10,000.00 | - | | 10,000.00 | 100% | - | 1,000.00 |
| 8 | Additional Items | 1 | ls | 675,000 | 675,000.00 | 202,500.00 | 135,000.00 | | 337,500.00 | 50% | 337,500.00 | 33,750.00 |
| | **Total:** | | | | 1,261,000 | 600,900 | 213,750 | | 814,650 | | 446,350 | 81,465 |
| | | | | | | | | | | | | |
| | **Building Demolition** | | | | | | | | | | | |
| 1 | Bldg and Carport Demo | 1 | ls | 1,752,420 | 1,752,420.00 | 1,752,420.00 | - | | 1,752,420.00 | 100% | - | 175,242.00 |
| | **Total:** | | | | 1,752,420 | 1,752,420 | - | | 1,752,420 | | - | 175,242 |
| | | | | | | | | | | | | |
| | **Haz Mat Removal (No Chlordane)** | | | | | | | | | | | |
| 1 | Removal of Hazardous | 1 | ls | 1,068,680 | 1,068,680.00 | 1,068,680.00 | - | | 1,068,680.00 | 100% | - | 106,868.00 |
| 2 | Remove wood piling | 1 | ls | 15,000 | 15,000.00 | 1,500.00 | - | | 1,500.00 | 10% | 13,500.00 | 150.00 |
| 3 | Remove asbestos cement pipe | 1 | | [illegible] | - | 33,434.50 | - | | 33,434.50 | 5,079 | (33,434.50) | 3,343.45 |
| | Remove addt'l cement pipe | 1 | | [illegible] | - | 13,194.00 | - | | 13,194.00 | 2,932 | (13,194.00) | 1,319.40 |
| 4 | Disposal of contam groundwater | 1 | | [illegible] | - | - | - | | - | 0% | - | - |
| | **Total:** | | | | 1,083,680.00 | 1,116,808.50 | - | | 1,116,808.50 | | (33,128.50) | 111,680.85 |
| | | | | | | | | | | | | |
| | **Haz Mat Removal (Chlordane Only)** | | | | | | | | | | | |
| 1 | Chlordane Mobilization | 1 | ls | 20,000 | 20,000.00 | 20,000.00 | - | | 20,000.00 | 100% | - | 2,000.00 |
| 2 | Dosposal of wood and concrete | 1 | ls | 437,500 | 437,500.00 | 328,125.00 | - | | 328,125.00 | 75% | 109,375.00 | 32,812.50 |
| 3 | Disposal soil | 1 | ls | 910,000 | 910,000.00 | 364,000.00 | 72,800.00 | | 436,800.00 | 48% | 473,200.00 | 43,680.00 |
| | **Total:** | | | - | 1,367,500.00 | 712,125.00 | 72,800.00 | | 784,925.00 | | 582,575.00 | 78,492.50 |
| **Totals:** | | | | | $ 5,464,600.00 | $ 4,182,253.50 | $ 286,550.00 | | $ 4,468,803.50 | | $ 995,796.50 | $ 446,880.35 |

Farm 3 of 4

# Exhibit I

## Conditional Waiver and Release
## Upon Progress Payment for Phase I

Upon receipt by the undersigned of a check from **Catellus Construction Corp.** in the sum of:
**$257,895.00**
Payable to **Ferma Corporation** and when the check has been properly endorsed and has been paid by the bank upon which it is drawn, this document shall become effective to release any mechanic's lien, stop notice, or bond right the undersigned has on the job of:
**Catellus Const. Corp. located at Alameda Naval Base - 300 W. Atlantic - Alameda, Ca.**
to the following extent. This release covers a progress payment for labor, services, or equipment, or material furnished to **Catellus Const. Corp.** through **June 25, 2002** only and does not cover any retentions retained before or after the release date; extras furnished before the release date for which payment has not been received; extras or items furnished after the release date. Rights based upon work performed or items furnished under a written change order which has been fully executed by the parties prior to the release date are covered by this release unless specifically reserved by the claimant in this release. This release of any mechanic's lien, stop notice, or bond right shall not otherwise affect the contract rights, including rights betweeen parties to the contract based upon a recission, abandonment, or breach of the contract, or the right of the undersigned to recover compensation for furnished labor, services, equipment, or material covered by this release if that furnished labor, services, equipment, or material was not compensated by the progress payment. Before any recipient of the document relies on it, said part should verify evidence of payment to the undersigned.

Dated: Nov. 08, 2002

Ferma Corporation
By:
Title: Controller

**Certificate of Receipt of Payment For Items Furnished Prior to Release Date**

The undersigned certifies that, with respect to the Work for which it has signed this Conditional Waiver and Release Upon Progress Payment dated as of **July 25, 2002**, there are no extras furnished before such release date for which payment has not been received.

Dated: July 25, 2002

Ferma Corporation
By:
Title: Controller

NOTE: This form complies with the requirements of Civil Code Section 3262(d)(1). It is to be used by a party who applies for a progress payment when the progress payment check has not yet cleared the bank. This release only becomes effective when the check properly endorsed, has cleared the bank.

CATELLUS

Mr. Darrell Handy
Risk Manager
City of Alameda
2263 Santa Clara Ave., Room 130
Alameda, CA 94501

July 31, 2002
Project: Alameda Res-1
Director: BKennedy

Invoice #: 212500001

Subject: **Invoice Submittal for the Demolition, Hauling and Disposal of Class II Chlordane Contaminated Wood Material from April 29th to May 8th of 2002.**

Payment Request for work associated with the remediation of Class II Chlordane contaminated wood from the Alameda East Housing area of the former Alameda Naval Air Station. This invoice is based on a Request for Payment from FERMA Corp., the projects' Demolition Contractor submitted on June 25th, 2002. Bid item #2 of FERMA's contract covers the Demolition, Hauling and Disposal of Chlordane contaminated wood and concrete material at a lump sum rate of $437,500.00. Their current request is based on a 75% progress billing and supported by the attached backup tracking logs prepared by Winzler & Kelly Environmental Consulting Engineers, the projects environmental onsite consultant.

**Scope: Bid Item #2**
Demolition, Hauling and Disposal of Class II Chlordane Contaminated Wood as recorded by the attached tracking logs overseen and prepared by Winzler & Kelly Environmental Consulting Engineers from April 29th to May 8th of 2002.

- 10 loads containing approximately 350cyds or 298,660 lbs/149.33 tons of material was disposed of at: Republic Services - Vasco Road Landfill in Livermore California. The manifest tracking numbers as recorded are: WV-01 through WV-12 (WV-07 & WV-11 not used).

- 140 loads containing approximately 4900cyds or 4,262,340 lbs/2,131.17 tons of material was disposed of at: Altamont Pass Landfill in Livermore California. The manifest tracking numbers as recorded are: W-01 through W-140.

Catellus B.V. 1 of 7

**Payment Request:**

FERMA – Payment Request Applications made thru 6/25/2002

| Original Contract | Current Request | Balance Remaining | % Complete | Less 10 % Retention |
|---|---|---|---|---|
| $437,500.00 | $328, 125.00 | $109,375.00 | 75 % | <$32,12.50> |

| **Payment Requested:** | **$295,312.50** |
|---|---|

Catellus Development Corporation

BY: [signature] DATE: ______________

**Exhibit 5 page 243**

# Chlordane Contaminated Wood Waste Manifest Log
## ANAS/EHA
## Altamont
## Page 1 of 5
## 3/27/03 6:16:30 PM

| Manifest # | Character | Quantity (cu. Yds) | Date Hauled | Landfill | Weigh Ticket Amount (Lbs) | Original Returned to city |
|---|---|---|---|---|---|---|
| W 01 | Class II Wood | 35 | 3/29/02 | Altamont | 32400 | 4/12/02 |
| W 02 | Class II Wood | 35 | 3/29/02 | Altamont | 30700 | 4/12/02 |
| W 03 | Class II Wood | 35 | 3/29/02 | Altamont | 37180 | 4/12/02 |
| W 04 | Class II Wood | 35 | 3/29/02 | Altamont | 35660 | 4/12/02 |
| W 05 | Class II Wood | 35 | 3/29/02 | Altamont | 29300 | 4/12/02 |
| W 06 | Class II Wood | 35 | 3/29/02 | Altamont | 29300 | 4/12/02 |
| W 07 | Class II Wood | 35 | 4/1/02 | Altamont | 32320 | 4/12/02 |
| W 08 | Class II Wood | 35 | 4/1/02 | Altamont | 29460 | 4/12/02 |
| W 09 | Class II Wood | 35 | 4/1/02 | Altamont | 31320 | 4/12/02 |
| W 10 | Class II Wood | 35 | 4/2/01 | Altamont | 40940 | 4/12/02 |
| W 11 | Class II Wood | 35 | 4/1/02 | Altamont | 30800 | 4/12/02 |
| W 12 | Class II Wood | 35 | 4/2/01 | Altamont | 31500 | 4/12/02 |
| W 13 | Class II Wood | 35 | 4/2/01 | Altamont | 27600 | 4/12/02 |
| W 14 | Class II Wood | 35 | 4/2/01 | Altamont | 33820 | 4/12/02 |
| W 15 | Class II Wood | 35 | 4/2/01 | Altamont | 35320 | 4/12/02 |
| W 16 | Class II Wood | 35 | 4/2/01 | Altamont | 30160 | 4/12/02 |
| W 17 | Class II Wood | 35 | 4/2/01 | Altamont | 37340 | 4/12/02 |
| W 18 | Class II Wood | 35 | 4/2/01 | Altamont | 43720 | 4/12/02 |
| W 19 | Class II Wood | 35 | 4/3/02 | Altamont | 38720 | 4/12/02 |
| W 20 | Class II Wood | 35 | 4/3/02 | Altamont | 35560 | 4/12/02 |
| W 21 | Class II Wood | 35 | 4/3/02 | Altamont | 29760 | 4/12/02 |
| W 22 | Class II Wood | 35 | 4/3/02 | Altamont | 37960 | 4/12/02 |
| W 23 | Class II Wood | 35 | 4/3/02 | Altamont | 26980 | 4/12/02 |
| W 24 | Class II Wood | 35 | 4/3/02 | Altamont | 26940 | 4/12/02 |
| W 25 | Class II Wood | 35 | 4/3/02 | Altamont | 25560 | 4/12/02 |
| W 26 | Class II Wood | 35 | 4/3/02 | Altamont | 26420 | 4/12/02 |
| W 27 | Class II Wood | 35 | 4/4/02 | Altamont | 25960 | 4/12/02 |
| W 28 | Class II Wood | 35 | 4/4/02 | Altamont | 27740 | 4/12/02 |
| W 29 | Class II Wood | 35 | 4/4/02 | Altamont | 26640 | 4/12/02 |
| W 30 | Class II Wood | 35 | 4/4/02 | Altamont | 30120 | 4/12/02 |

"0" in "Weight Ticket Amount" indicates that the weight ticket for the load has not been returned to W&K.

01336602.031

Catellus 2 of 7

# Chlordane Contaminated Wood Waste Manifest Log
## ANAS/EHA
## Altamont
## Page 2 of 5
## 3/27/03 6:16:30 PM

| Manifest # | Character | Quantity (cu. Yds) | Date Hauled | Landfill | Weight Ticket Amount (Lbs) | Original Returned to city |
|---|---|---|---|---|---|---|
| W 31 | Class II Wood | 35 | 4/4/02 | Altamont | 27000 | 4/12/02 |
| W 32 | Class II Wood | 35 | 4/4/02 | Altamont | 26720 | 4/12/02 |
| W 33 | Class II Wood | 35 | 4/4/02 | Altamont | 30460 | 4/12/02 |
| W 34 | Class II Wood | 35 | 4/4/02 | Altamont | 31920 | 4/12/02 |
| W 35 | Class II Wood | 35 | 4/4/02 | Altamont | 31440 | 4/12/02 |
| W 36 | Class II Wood | 35 | 4/5/02 | Altamont | 32780 | 4/12/02 |
| W 37 | Class II Wood | 35 | 4/8/02 | Altamont | 24740 | 4/12/02 |
| W 38 | Class II Wood | 35 | 4/8/02 | Altamont | 27660 | 4/12/02 |
| W 39 | Class II Wood | 35 | 4/8/02 | Altamont | 27340 | 4/12/02 |
| W 40 | Class II Wood | 35 | 4/8/02 | Altamont | 29160 | 4/12/02 |
| W 41 | Class II Wood | 35 | 4/9/02 | Altamont | 30540 | 4/12/02 |
| W 42 | Class II Wood | 35 | 4/9/02 | Altamont | 26700 | 4/12/02 |
| W 43 | Class II Wood | 35 | 4/9/02 | Altamont | 32100 | 4/12/02 |
| W 44 | Class II Wood | 35 | 4/9/02 | Altamont | 27220 | 4/12/02 |
| W 45 | Class II Wood | 35 | 4/9/02 | Altamont | 35420 | 4/12/02 |
| W 46 | Class II Wood | 35 | 4/9/02 | Altamont | 35060 | 4/12/02 |
| W 47 | Class II Wood | 35 | 4/9/02 | Altamont | 33600 | 4/12/02 |
| W 48 | Class II Wood | 35 | 4/9/02 | Altamont | 39540 | 4/12/02 |
| W 49 | Class II Wood | 35 | 4/9/02 | Altamont | 28420 | 4/12/02 |
| W 50 | Class II Wood | 35 | 4/9/02 | Altamont | 36880 | 4/12/02 |
| W 51 | Class II Wood | 35 | 4/9/02 | Altamont | 34300 | 4/12/02 |
| W 52 | Class II Wood | 35 | 4/9/02 | Altamont | 28680 | 4/12/02 |
| W 53 | Class II Wood | 35 | 4/10/02 | Altamont | 23220 | 4/12/02 |
| W 54 | Class II Wood | 35 | 4/10/02 | Altamont | 35420 | 4/12/02 |
| W 55 | Class II Wood | 35 | 4/10/02 | Altamont | 35840 | 4/12/02 |
| W 56 | Class II Wood | 35 | 4/10/02 | Altamont | 32080 | 4/12/02 |
| W 57 | Class II Wood | 35 | 4/10/02 | Altamont | 31880 | 4/12/02 |
| W 58 | Class II Wood | 35 | 4/10/02 | Altamont | 30280 | 5/9/02 |
| W 59 | Class II Wood | 35 | 4/10/02 | Altamont | 30640 | 5/9/02 |
| W 60 | Class II Wood | 35 | 4/11/02 | Altamont | 23400 | 5/9/02 |
| W 61 | Class II Wood | 35 | 4/11/02 | Altamont | 31700 | 5/9/02 |

"0" in "Weight Ticket Amount" indicates that the weight ticket for the load has not been returned to W&K.

01336602.031

Catellus 3 of 7

# Chlordane Contaminated Wood Waste Manifest Log
## ANAS/EHA
## Altamont
## Page 3 of 5
## 3/27/03 6:16:30 PM

| Manifest # | Character | Quantity (Yards) | Date Hauled | Landfill | Weight Ticket Amount (Lbs) | Original Returned to City |
|---|---|---|---|---|---|---|
| W 62 | Class II Wood | 35 | 4/11/02 | Altamont | 29540 | 5/9/02 |
| W 63 | Class II Wood | 35 | 4/11/02 | Altamont | 25820 | 5/9/02 |
| W 64 | Class II Wood | 35 | 4/11/02 | Altamont | 27820 | 5/9/02 |
| W 65 | Class II Wood | 35 | 4/11/02 | Altamont | 25760 | 5/9/02 |
| W 66 | Class II Wood | 35 | 4/11/02 | Altamont | 31960 | 5/9/02 |
| W 67 | Class II Wood | 35 | 4/11/02 | Altamont | 28340 | 5/9/02 |
| W 68 | Class II Wood | 35 | 4/12/02 | Altamont | 29500 | 5/9/02 |
| W 69 | Class II Wood | 35 | 4/12/02 | Altamont | 28380 | 5/9/02 |
| W 70 | Class II Wood | 35 | 4/12/02 | Altamont | 30300 | 5/9/02 |
| W 71 | Class II Wood | 35 | 4/12/02 | Altamont | 35040 | 5/9/02 |
| W 72 | Class II Wood | 35 | 4/12/02 | Altamont | 28820 | 5/9/02 |
| W 73 | Class II Wood | 35 | 4/12/02 | Altamont | 28860 | 5/9/02 |
| W 74 | Class II Wood | 35 | 4/12/02 | Altamont | 30700 | 5/9/02 |
| W 75 | Class II Wood | 35 | 4/12/02 | Altamont | 28740 | 5/9/02 |
| W 76 | Class II Wood | 35 | 4/15/02 | Altamont | 30000 | 5/9/02 |
| W 77 | Class II Wood | 35 | 4/15/02 | Altamont | 31240 | 5/9/02 |
| W 78 | Class II Wood | 35 | 4/15/02 | Altamont | 26080 | 5/9/02 |
| W 79 | Class II Wood | 35 | 4/15/02 | Altamont | 28420 | 5/9/02 |
| W 80 | Class II Wood | 35 | 4/15/02 | Altamont | 33340 | 5/9/02 |
| W 81 | Class II Wood | 35 | 4/15/02 | Altamont | 31400 | 5/9/02 |
| W 82 | Class II Wood | 35 | 4/16/02 | Altamont | 27480 | 5/9/02 |
| W 83 | Class II Wood | 35 | 4/16/02 | Altamont | 29640 | 5/9/02 |
| W 84 | Class II Wood | 35 | 4/16/02 | Altamont | 24760 | 5/9/02 |
| W 85 | Class II Wood | 35 | 4/16/02 | Altamont | 25740 | 5/9/02 |
| W 86 | Class II Wood | 35 | 4/16/02 | Altamont | 36440 | 5/9/02 |
| W 87 | Class II Wood | 35 | 4/16/02 | Altamont | 33840 | 5/9/02 |
| W 88 | Class II Wood | 35 | 4/17/02 | Altamont | 36460 | 5/9/02 |
| W 89 | Class II Wood | 35 | 4/17/02 | Altamont | 36180 | 5/9/02 |
| W 90 | Class II Wood | 35 | 4/17/02 | Altamont | 31040 | 5/9/02 |
| W 91 | Class II Wood | 35 | 4/17/02 | Altamont | 35740 | 5/9/02 |
| W 92 | Class II Wood | 35 | 4/17/02 | Altamont | 30620 | 5/9/02 |

"0" in "Weight Ticket Amount" indicates that the weight ticket for the load has not been returned to W&K.

01336602.031

Catellus Bu 4 of 7

# Chlordane Contaminated Wood Waste Manifest Log
## ANAS/EHA
## Altamont
## Page 4 of 5
## 3/27/03 6:16:30 PM

| Manifest # | | Characteristic | Quantity (cu. Yds) | Date Hauled | Landfill | Weigh Ticket Amount (Lbs) | Original Returned to city |
|---|---|---|---|---|---|---|---|
| W | 93 | Class II Wood | 35 | 4/17/02 | Altamont | 25740 | 5/9/02 |
| W | 94 | Class II Wood | 35 | 4/18/02 | Altamont | 27120 | 5/9/02 |
| W | 95 | Class II Wood | 35 | 4/18/02 | Altamont | 29100 | 5/9/02 |
| W | 96 | Class II Wood | 35 | 4/18/02 | Altamont | 30120 | 5/9/02 |
| W | 97 | Class II Wood | 35 | 4/18/02 | Altamont | 30440 | 5/9/02 |
| W | 98 | Class II Wood | 35 | 4/18/02 | Altamont | 30260 | 5/9/02 |
| W | 99 | Class II Wood | 35 | 4/22/02 | Altamont | 27860 | 5/9/02 |
| W | 100 | Class II Wood | 35 | 4/19/02 | Altamont | 31660 | 5/9/02 |
| W | 101 | Class II Wood | 35 | 4/19/02 | Altamont | 26720 | 5/9/02 |
| W | 102 | Class II Wood | 35 | 4/19/02 | Altamont | 30380 | 5/9/02 |
| W | 103 | Class II Wood | 35 | 4/19/02 | Altamont | 39300 | 5/9/02 |
| W | 104 | Class II Wood | 35 | 4/19/02 | Altamont | 35480 | 5/9/02 |
| W | 105 | Class II Wood | 35 | 4/19/02 | Altamont | 30220 | 5/9/02 |
| W | 106 | Class II Wood | 35 | 4/22/02 | Altamont | 34260 | 5/9/02 |
| W | 107 | Class II Wood | 35 | 4/22/02 | Altamont | 28440 | 5/9/02 |
| W | 108 | Class II Wood | 35 | 4/22/02 | Altamont | 31000 | 5/9/02 |
| W | 109 | Class II Wood | 35 | 4/22/02 | Altamont | 32120 | 5/9/02 |
| W | 110 | Class II Wood | 35 | 4/22/02 | Altamont | 32740 | 5/9/02 |
| W | 111 | Class II Wood | 35 | 4/23/02 | Altamont | 28320 | 5/9/02 |
| W | 112 | Class II Wood | 35 | 4/23/02 | Altamont | 27700 | 5/9/02 |
| W | 113 | Class II Wood | 35 | 4/25/02 | Altamont | 31700 | 5/9/02 |
| W | 114 | Class II Wood | 35 | 4/25/02 | Altamont | 32440 | 5/9/02 |
| W | 115 | Class II Wood | 35 | 4/25/02 | Altamont | 37000 | 6/11/02 |
| W | 116 | Class II Wood | 35 | 4/26/02 | Altamont | 30180 | 6/11/02 |
| W | 117 | Class II Wood | 35 | 4/26/02 | Altamont | 26300 | 6/11/02 |
| W | 118 | Class II Wood | 35 | 4/26/02 | Altamont | 21980 | 6/11/02 |
| W | 119 | Class II Wood | 35 | 4/26/02 | Altamont | 29100 | 6/11/02 |
| W | 120 | Class II Wood | 35 | 4/26/02 | Altamont | 36200 | 6/11/02 |
| W | 121 | Class II Wood | 35 | 4/26/02 | Altamont | 23500 | 6/11/02 |
| W | 122 | Class II Wood | 35 | 5/6/02 | Altamont | 28880 | 6/11/02 |
| W | 123 | Class II Wood | 35 | 5/6/02 | Altamont | 25520 | 6/11/02 |

"0" in "Weight Ticket Amount" indicates that the weight ticket for the load has not been returned to W&K.

01336602.031

Castellanos BU 5 of 7

# Chlordane Contaminated Wood Waste Manifest Log
## ANAS/EHA
## Altamont
## Page 5 of 5
## 3/27/03 6:16:30 PM

| Manifest # | Characte… | Quantity (cu. Yds) | Date Hauled | Landfill | Weight Ticket Amount (Lbs) | Original Returned to city |
|---|---|---|---|---|---|---|
| W 124 | Class II Wood | 35 | 5/6/02 | Altamont | 35280 | 6/11/02 |
| W 125 | Class II Wood | 35 | 5/6/02 | Altamont | 31140 | 6/11/02 |
| W 126 | Class II Wood | 35 | 5/6/02 | Altamont | 27440 | 6/11/02 |
| W 127 | Class II Wood | 35 | 5/6/02 | Altamont | 26320 | 6/11/02 |
| W 128 | Class II Wood | 35 | 5/7/02 | Altamont | 28760 | 6/11/02 |
| W 129 | Class II Wood | 35 | 5/7/02 | Altamont | 26500 | 6/11/02 |
| W 130 | Class II Wood | 35 | 5/7/02 | Altamont | 27880 | 6/11/02 |
| W 131 | Class II Wood | 35 | 5/7/02 | Altamont | 26800 | 6/11/02 |
| W 132 | Class II Wood | 35 | 5/7/02 | Altamont | 27480 | 6/11/02 |
| W 133 | Class II Wood | 35 | 5/7/02 | Altamont | 27180 | 6/11/02 |
| W 134 | Class II Wood | 35 | 5/8/02 | Altamont | 27440 | 6/11/02 |
| W 135 | Class II Wood | 35 | 5/8/02 | Altamont | 29860 | 6/11/02 |
| W 136 | Class II Wood | 35 | 5/8/02 | Altamont | 24460 | 6/11/02 |
| W 137 | Class II Wood | 35 | 5/8/02 | Altamont | 30840 | 6/11/02 |
| W 138 | Class II Wood | 35 | 5/8/02 | Altamont | 31940 | 6/11/02 |
| W 139 | Class II Wood | 35 | 5/8/02 | Altamont | 28340 | 6/11/02 |
| W 140 | Class II Wood | 35 | 5/8/02 | Altamont | 25560 | 6/11/02 |
| Total | | 4900 | | | 4262340 | |
| | | | | Tons→ | 2131.17 | |

"0" in "Weight Ticket Amount" indicates that the weight ticket for the load has not been returned to W&K. 01336602.031

Catellus Bo 6 of 7

# Chlordane Contaminated Wood Waste Manifest Log
## ANAS/EHA
## Vasco Rd
## Page 1 of 1
## 3/27/03 6:17:07 PM

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|---|
| WV 01 | Class II Wood | 35 | 4/29/02 | Vasco | 29060 | 6/11/02 |
| WV 02 | Class II Wood | 35 | 4/29/02 | Vasco | 24940 | 6/11/02 |
| WV 03 | Class II Wood | 35 | 4/29/02 | Vasco | 29020 | 6/11/02 |
| WV 04 | Class II Wood | 35 | 4/29/02 | Vasco | 38100 | 6/11/02 |
| WV 05 | Class II Wood | 35 | 4/29/02 | Vasco | 29160 | 6/11/02 |
| WV 06 | Class II Wood | 35 | 4/29/02 | Vasco | 33420 | 6/11/02 |
| WV 07 | Not Used | 0 | Not Used | | 0 | N/A |
| WV 08 | Class II Wood | 35 | 5/8/02 | Vasco | 30440 | 6/11/02 |
| WV 09 | Class II Wood | 35 | 5/2/02 | Vasco | 35620 | 6/11/02 |
| WV 10 | Class II Wood | 35 | 5/2/02 | Vasco | 26300 | 6/11/02 |
| WV 11 | Not Used | 0 | Not Used | Vasco | 0 | N/A |
| WV 12 | Class II Wood | 35 | 5/8/02 | Vasco | 22600 | 6/11/02 |
| WV 13 | Class II Debris (plastic, etc. from stock piles) | 35 | 7/23/02 | Vasco | 35260 | 7/24/02 |
| WV 14 | Class II Debris (plastic, etc. from stock piles) | 35 | 7/23/02 | Vasco | 29440 | 7/24/02 |
| WV 15 | | | | | | |
| WV 16 | | | | | | |
| WV 17 | | | | | | |
| WV 18 | | | | | | |
| WV 19 | | | | | | |
| WV 20 | | | | | | |
| | | | | | | |
| Subtotal | Class II Wood | 350 | | | 298660 | |
| | | | | Tons - | 149.33 | |
| Subtotal | Class II Debris | 70 | | | 64700 | |
| | | | | Tons - | 32.35 | |
| **Total** | Class II Wood & Debris | 420 | | | 363360 | |
| | | | | Tons- | 181.68 | |

"0" in "Weight Ticket Amount" indicates that the weight ticket for the load has not been returned to W&K.

01336602.031

Catellus BU 7 of 7

# CATELLUS

**ALAMEDA PROJECT OFFICE – 500 Tinker Ave.**

# *FAX COVER SHEET*

From: Bill Kennedy

Date: 3/28/03
Phone: (510) 337-8736
Fax: (510) 337-0440

To: Barry Steinberg
Company: Kutak Rock
CC: Darrell Handy
Pages (including cover):12

Fax: (202) 828 2488
Phone: (202) 828 2400
Fax: (510) 748-4691

Re: City of Alameda Chlordane Claim

☐ URGENT

☐ FOR REVIEW

☐ PLEASE COMMENT

☐ PLEASE REPLY

☐ HARD COPY TO FOLLOW Via US Mail

☐ FYI

All Return Correspondence to:
CATELLUS OAKLAND OFFICE
1999 Harrison Street, Suite 2150
Oakland, CA 94612
Main Tel: (510) 267-0646
Main Fax: (510) 0940

www.catellus.com

Barry,

Per my voicemail today, I am sending you the full Ferma Draw Request that included the work subject to the first chlordane submittal. Ferma was required to submit their billing in a standard AIG format with an attached schedule of values for the lump sum bid items (Attached sheets labeled Ferma 1-4). Catellus, with the assistance of our contract consultants who oversaw the removal of all materials, verified the requested 75% of bid item 2. This verification is summarized in the attached (sheets labeled Catellus 1-7).
Sheet 1of 7 should provide the information you are requesting. I don't think we want Ferma to attach a "price per load" invoice as that could contradict the LS contract, which takes contractor risk into account, and could jeopardize our claim for reimbursement of *cost incurred*.

Please call me to discuss if you have further questions.
Thanks,

Bill

*The documents accompanying this facsimile transmission contain confidential information belonging to the sender that may be legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this facsimile information is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone to arrange for the return of the original documents to us.*

MAR 28 2003 3:48PM HP LASERJET 3200 p.2

NT AIA ꞮUMENT G702 P 1 of 1

ECT: Alameda Naval Ba... Demo, 300 W Atlantic - Alameda

APPLICATION NO.: 08 Phase I
PERIOD TO: 06/25/02

Distribution to:
Owner
Architect
Contractor

eer
Eng.

ARCHITECT'S:
PROJECT:

CONTRACT DATE: 12/21/01

Application is made for Payment, as shown below, in connection with the Contract, Continuation Sheet, AIA Document G703, is attached

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM - | | $5,464,600.00 |
| 2. Net change by Change Orders - | | $0.00 |
| 3. CONTRACT SUM TO DATE (line 1 +/-2) - | | $5,464,600.00 |
| 4. TOTAL COMPLETED & STORED TO DATE - (Column G on G703) | | $4,468,803.50 |
| 5. RETAINAGE: | | |
| a. 10% of Completed work: - (column D+E on G703) | $446,880.35 | |
| b. 10% of Stored Materials - (Column F on G703) | $0.00 | |
| Total Retainage (Line 5a + 5b or Total in Column I of G703) - | | $446,880.35 |
| 6. TOTAL EARNED LESS RETAINAGE - (Line 4 less Line 5 Total) | | $4,021,923.15 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) - | | $ (3,764,028.15) |
| 8. CURRENT PAYMENT DUE - | | $257,895.00 |
| 9. BALANCE TO FINISH, PLUS RETAINAGE - (line 3 less Line 6) | | $1,442,676.85 |

NOTARY ATTACHED

CTIONS

tractor's knowledge,
Payment has been
amounts have been
for Payment were
t payment shown

11/08/02

AMOUNT CERTIFIED
(Attach explanation if amount certified differs from the amount applied for.)
ARCHITECT:

BY: DATE:

observation and the
to the Owner that to the
ork has progressed a
tract Documents, and
ED.

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner of Contractor under this Contract.
G702

Approval:
Date:
Print Name:
Approve on invoice only.
BUDGETED ☐
UNBUDGETED ☐

Approval:
Date:
Print Name:
Approve on invoice only.
BUDGETED ☒
UNBUDGETED ☐

1 of 4

# Exhibit 5

*Tab 2*

northgate environmental management, inc.

September 8, 2003

Kutak Rock
Att: Barry Steinberg
1101 Connecticut Avenue NW
Suite 1000
Washington DC 20036-4374

**BY FAX**

**RE: Chlordane Expenses**

Dear Barry:

In response to your email of August 29, I am enclosing copies of our April and May 2003 invoices to the City of Alameda detailing chlordane related fees and expenses. Relevant information is highlighted on the invoices. These are the only such fees and expenses for which we have billed Alameda from April 1 through July 31.

Please call me if you have questions.

Sincerely,

Peter Russell, Ph.D, P.E.
Principal

Enc.

Cc: Darrell Handy

**Exhibit 5 page 253**

June 20, 2003

Debbie Potter
City of Alameda
Development Services
Alameda Point Administration
Building 1, 950 W. Mall Square
Alameda, CA 94501-5012

Re: **Invoice # 1057.02.27**: April 1-30, 2003 - Alameda FISCA

Dear Ms. Potter:

Enclosed is our invoice for $6,199.05 covering environmental engineering services related to the Alameda FISCA project during April 2003. The cost related to chlordane remediation at the East Housing Area in this invoice is $5,254.28.

This work includes:

1. General project management including phone calls, email, organization, cost tracking, coordination and project file maintenance.
2. Attend RAB meeting and BCT meeting on 4/1; transit.
3. Edit Dr. Pless's draft chlordane residues report. 4/2
4. Prepare chlordane residue evaluation email. 4/3
5. Obtain EHA characterization report for Dr. Pless. 4/14
6. Services of Dr. Pless of Leson Environmental Consulting, including: research chlordane application rate; obtain copies of original container labels, prepare opinion on demonstrability of excessive application rates by Navy.

Thank you for using our services. please call me at 415/492-0540 if you have any questions.

Sincerely,

Peter Russell
Principal

Encl.

**INVOICE FOR PROFESSIONAL SERVICES**

**For the Period April 1-30, 2003**

**Project # 1057.02 Alameda FISCA**

| Title | Staff | Hours | Amount |
|---|---|---|---|
| Principal Engineer | Russell | 7.5 | $1,575.00 |
| Project/Admin. Assistant | Bitar | 0.75 | $33.75 |
| | | Total Labor | $1,608.75 |
| (Travel Credit) | | | $0.00 |
| Expenses | | | |
| Gero Leson (see attached) | 32.5h@125 - 0304-NG01 - 5/18 | | 4,143.75 |
| | | Total Expenses | $4,143.75 |
| | | Charge for outside Expense (10%) | $414.38 |
| | | Incidental expenses (2% of professional fees) | $32.18 |
| | | This Invoice Total | $6,199.05 |

Date: 9/8/2003 Invoice Number: 1057.02.27 EIN 94-3350317

# Invoice Detail with Notes

## Project # 1057.02

| Notes | Date | Hours | Employee |
|---|---|---|---|
| **Project Assistance** | | | |
| **Cost Track/Budget Dev/Rvw** | | | |
| **Project/Administrative Assistant** | | | |
| | 4/8/2003 | 0.25 | Bitar, Randa E. |
| | 4/29/2003 | 0.50 | Bitar, Randa E. |
| | **Employee Total:** | **0.75** | |
| **Project Management** | | | |
| **Meetings/Conference Calls** | | | |
| **Senior Principal** | | | |
| RAB mtg; BCT mtg; transit | 4/1/2003 | 4.00 | Russell, Peter Paul |
| | **Employee Total:** | **4.00** | |
| **Phone Calls, E-Mails, Etc.** | | | |
| **Senior Principal** | | | |
| edit Dr Pless's draft chlordane residues report | 4/2/2003 | 2.50 | Russell, Peter Paul |
| chlordane residue evaluation email | 4/3/2003 | 0.50 | Russell, Peter Paul |
| obtain EHA characterization rpt for Dr. Pless | 4/14/2003 | 0.25 | Russell, Peter Paul |
| finalize back invoices | 4/18/2003 | 0.25 | Russell, Peter Paul |
| | **Employee Total:** | **3.50** | |
| | **Section Total:** | **8.25** | |

Exhibit 5 page 256

**LESON ENVIRONMENTAL CONSULTING**

# INVOICE

P.O. Box 10075
Berkeley, CA 94708
(510) 558-9132 phone
(775) 254-5849 fax

DATE: 5/18/2003
INVOICE # 0304-NG01

Bill To:
Northgate Environmental Management
3829 Grand Avenue
Oakland, CA 94610

For:
Chlordane
Job No. ~~1058.02~~ 1057.02

For services provided from 03/18/2003 through 4/18/2003 at direction of Dr. Peter Russell

| LABOR | HOURS | RATE ($/h) | AMOUNT |
|---|---|---|---|
| - Research Chlordane application rates, obtain original labels<br>- Prepare comments regarding "Consistency Of Measured Chlordane Concentrations At Alameda Point Naval Air Station, East Housing Area, With Manufacturer-Recommended Application"<br>- Work done in support of requests by Barry Steinberg and Darrell Hendy | 32.5 | $ 125.00 | $ 4,062.50 |
| | | TOTAL LABOR | $ 4,062.50 |

| REIMBURSABLE EXPENSES | AMOUNT |
|---|---|
| Miscellaneous (2% labor) | $ 81.25 |
| TOTAL REIMBURSABLE EXPENSES | $ 81.25 |
| TOTAL THIS INVOICE | $ 4,143.75 |

Make all checks payable to GERO LESON
Payment net 15 days

THANK YOU FOR YOUR BUSINESS!

June 20, 2003

Debbie Potter
City of Alameda
Development Services
Alameda Point Administration
Building 1, 950 W. Mall Square
Alameda, CA 94501-5012

Re: **Invoice # 1057.02.28**: May 1 - 31, 2003 - Alameda FISCA

Dear Ms. Potter:

Enclosed is our invoice for $1,283.85 covering environmental engineering services related to the Alameda FISCA project during May 2003. The cost related to chlordane remediation at the East Housing Area in this invoice is $160.65.

This work includes:

1. General project management including phone calls, email, organization, cost tracking, coordination and project file maintenance.
2. Attend FISC RAB and BCT meetings on 5/8; transit.
3. Call Dave Sadoff on 5/9 and research chlordane claim.
4. Draft letter documenting completion of any required Navy cleanup of East Housing Blocks A, B, & C precedent to conveyance. 5/30

Thank you for using our services. please call me at 415/492-0540 if you have any questions.

Sincerely,

Peter Russell
Principal

Encl.

**INVOICE FOR PROFESSIONAL SERVICES**

**For the Period May 1 - 31, 2003**

**Project # 1057.02 Alameda FISCA**

| Title | Staff | Hours | Amount |
|---|---|---|---|
| Principal Engineer | Russell | 7.25 | $1,522.50 |
| Project/Admin. Assistant | Sasaki/Russell | 1 | $45.00 |
| | | Total Labor | $1,567.50 |
| (Travel Credit) | | | $0.00 |
| Russell | 5/6/2003 | 1.5 | ($315.00) |
| Expenses | | | |
| | | | 0.00 |
| | | Total Expenses | $0.00 |
| | | Charge for outside Expense (10%) | $0.00 |
| | | Incidental expenses (2% of professional fees) | $31.35 |
| | | This Invoice Total | $1,283.85 |

**Date: 9/8/2003** **Invoice Number: 1057.02.28** **EIN 94-3350317**

# Invoice Detail with Notes

## Project # 1057.02

| Notes | Date | Hours | Rate | Total | Employee |
|---|---|---|---|---|---|
| **Project Assistance** | | | | | |
| **File Organization/Maintenance** | | | | | |
| **Project/Administrative Assistant** | | | | | |
| organize files | 5/16/2003 | 0.25 | $45.00 | $11.25 | Russell, Aaron |
| | **Employee Total:** | **0.25** | | **$11.25** | |
| invoice prep | 5/6/2003 | 0.50 | $45.00 | $22.50 | Sasaki, Ellen |
| invoicing | 5/30/2003 | 0.25 | $45.00 | $11.25 | Sasaki, Ellen |
| | **Employee Total:** | **0.75** | | **$33.75** | |
| **Project Management** | | | | | |
| **Meetings/Conference Calls** | | | | | |
| **Senior Principal** | | | | | |
| FISC RAB & BCT mtgs; transit | 5/6/2003 | 4.75 | $210.00 | $997.50 | Russell, Peter Paul |
| | **Employee Total:** | **4.75** | | **$997.50** | |
| **Phone Calls, E-Mails, Etc.** | | | | | |
| **Senior Principal** | | | | | |
| call Dave Sadoff & research chlordane claim | 5/9/2003 | 0.75 | $210.00 | $157.50 | Russell, Peter Paul |
| | 5/16/2003 | 0.50 | $210.00 | $105.00 | Russell, Peter Paul |
| org files | 5/23/2003 | 0.25 | $210.00 | $52.50 | Russell, Peter Paul |
| invoicing; draft letter documenting completion of any required Navy cleanup of East Housing Blocks A, B, & C precedent to conveyance | 5/30/2003 | 1.00 | $210.00 | $210.00 | Russell, Peter Paul |
| | **Employee Total:** | **2.50** | | **$525.00** | |
| | **Section Total:** | **8.25** | | **$1,567.50** | |

# Exhibit 5

*Tab 3*

**KUTAK ROCK LLP**

**WASHINGTON, D.C.**
Telephone 202-828-2400
Facsimile 202-828-2488

Federal ID 47-0597598

**Check Remit To:**
Kutak Rock LLP
PO Box 30057
Omaha, NE 68103-1157

**Wire Transfer Remit To:**
ABA #104000016
First National Bank of Omaha
Kutak Rock LLP
A/C # 24-690470

November 24, 2003

Terri Highsmith, Esq.
City of Alameda
Office of the City Attorney
City Hall, Room 314
2263 Santa Clara Avenue
Alameda, CA 94501-4456

144703-2

---

Re: Alameda Pesticide Claim

For Professional Legal Services Rendered

| | | | |
|---|---|---|---|
| 02/01/02 | B. Steinberg | 0.20 | Messages from Mr. Ganlin and Mr. Handy on Pesticide issues |
| 02/04/02 | B. Steinberg | 0.30 | Discussions with Mr. Handy, Ms. Potter and Ms. Garber on pesticide issues, need for Catellus data on costs |
| 02/05/02 | B. Steinberg | 0.70 | Discussion with Mr. Handy, Ms. Potter, and Ms. Garber on pesticide issues; telephone conference with AIG claims, discuss need for decision letter |
| 02/08/02 | B. Steinberg | 1.80 | Review draft letter to DTSC, provide comments and suggested changes; draft letter to Mr. Hardy at AIG, solicit comments; revise letter and dispatch to Mr. Hardy; draft hand copy for mailing; review memorandum on Early Transfer |
| 02/12/02 | B. Steinberg | 1.00 | Receipt, review pesticide workplan, final package sent to DTSC |
| 02/17/02 | B. Steinberg | 0.20 | Telephone conference with Ms. Hardy at AIG for status of approval letter; discussion with Ms. Hardy on AIG response |

| | | | |
|---|---|---|---|
| 03/05/02 | B. Steinberg | 0.90 | E-mails on DTSC approval of OCP work plan; draft decision matrix on consequences of cost implications; review Wong letter, Murphy comments, Ms. Garber messages |
| 03/08/02 | B. Steinberg | 0.60 | Work on NFA request letter with DTSC; conference call with Tetra Tech Representatives on approach to Navy's message to/from Ms. Garber on Quillen memorandum to Murphy |
| 03/13/02 | B. Steinberg | 0.30 | Review government memorandum on conference call with Navy |
| 04/10/02 | B. Steinberg | 0.70 | Review DTSC draft on pesticide removal issues; memorandum to Ms. Garber with proposed language; telephone conference with Ms. Garber |
| 04/11/02 | B. Steinberg | 0.20 | Messages from/to Ms. Garber on DTSC pesticide letter |
| 04/15/02 | B. Steinberg | 0.20 | Discussion on DTSC pesticide letters with Ms. Garber |
| 04/17/02 | B. Steinberg | 0.20 | Discussions with Ms. Garber on AIG inquiry to Quillen |
| 04/18/02 | B. Steinberg | 1.00 | Review latest version of DTSC Pesticide letters, message to Ms. Garber; exchange e-mails; message from Ms. Highsmith on AIG effort to discuss; return call |
| 04/24/02 | B. Steinberg | 0.30 | Discussion with Mr. Handy on pesticide insurance issue |
| 04/30/02 | B. Steinberg | 0.40 | Messages to and from Ms. Potter, Ms. Akil, Mr. Handy; review final pesticide plan from ERM to DTSC dated 23 April 02; discussion with Mr. Handy |
| 05/01/02 | B. Steinberg | 1.50 | Discussion with Ms. Hardy at AIG on 330 claim; meet with Ms. Potter on claims status, meet with Mr. Handy; update on claims and negotiations; meet with Ms. Garber |
| 05/07/02 | B. Steinberg | 1.00 | Review DTSC pesticide letter; conference call with Ms. Potter, Ms. Highsmith; Ms. Garber issues on AIG report |
| 05/10/02 | B. Steinberg | 0.20 | Discuss 330 claims issues with Ms. Highsmith |
| 05/15/02 | B. Steinberg | 1.50 | Discussions with Ms. Potter on pesticide cost increase; review documents, discuss |

| | | | |
|---|---|---|---|
| | | | with Hardy & Sadoff at AIG; guidance to Ms. Potter |
| 05/17/02 | B. Steinberg | 0.40 | Discussion with Ms. Mooney on APT failure to defend position on thermal treatment |
| 05/20/02 | B. Steinberg | 0.60 | Discussion with Mr. Handy at AIG on pesticide application instructions; research same for old labeling instructions |
| 05/21/02 | B. Steinberg | 0.70 | Discuss pesticide testing requested by AIG with Mr. Handy; begin FIFRA research |
| 05/31/02 | B. Steinberg | 0.20 | Discussion with Ms. Potter on Catellus concerns about Navy subrogation rights; discuss claim for pesticides issues, ability to review |
| 06/03/02 | B. Steinberg | 0.70 | Calls to Mr. Handy and Ms. Highsmith on claims review; discussion with Mr. Sadoff on FEMA proposal; discussion with Ms. Potter on claim, update on Mr. Sadoff's request for revised proposal |
| 06/04/02 | B. Steinberg | 1.00 | Review claims submitted in package; discussion with Mr. Handy on 330 claim to include SIR; update to Ms. Potter on claims issues; discuss Northgate claim with Russell |
| 06/05/02 | B. Steinberg | 0.70 | Review pesticide claims issue package; message to Ms. Potter; discuss with Ms. Highsmith on claim; discuss pesticide claim with Ms. Potter |
| 06/06/02 | B. Steinberg | 0.30 | Discussion with Davlin on pesticide claim, recovery issue |
| 06/14/02 | B. Steinberg | 0.30 | Compare Russell's 330 claim information with the original claims data; message to Ms. Potter on comparison |
| 06/16/02 | B. Steinberg | 0.60 | Review no spray appeal and pesticide article describing RCRA & CERCLA pesticides claims issues |
| 06/22/02 | B. Steinberg | 0.40 | Message from/to Ms. Highsmith and Banks, pesticide claim, disposal issues, notice to Navy on 330 claim; message from Ms. Potter on 330 follow-up |
| 06/24/02 | B. Steinberg | 0.90 | Work on Chlordane claim documentation, messages to Kennedy and Garber; e-mail from Highsmith consideration of future landfill costs, how to integrate into claim |

| | | | |
|---|---|---|---|
| 06/25/02 | B. Steinberg | 0.30 | Call from, coordinate with Kennedy; messages to/from Ms. Potter; call from Banks on Kennedy inquiry |
| 06/27/02 | B. Steinberg | 0.30 | Telephone conference with Mr. Kennedy on status of breakout of pesticide costs; telephone conference with Ms. Garber on her breakout |
| 06/28/02 | B. Steinberg | 0.20 | Messages from Ms. Garber on pesticide break out for submission |
| 07/01/02 | B. Steinberg | 0.40 | Discussions with Mr. Owen regarding Catellus breakout, pesticide costs from Mr. Ferma and Mr. Winzler; telephone conferences with Ms. Garber regarding breakout for claim |
| 07/02/02 | B. Steinberg | 1.50 | Review latest Catellus submission on pesticide claim; discuss claim issue with Ms. Garber, messages to/from Ms. Potter regarding claim, meeting next week; discuss Navy claim notice with Mr. Hardy; memo to AIG recovery section on Navy notice issues |
| 07/03/02 | B. Steinberg | 1.40 | Exchange messages with Ms. Potter on claim; review data breakout and lab results from Mr. Anderson; message to Mr. Anderson regarding dilution factor; messages from Mr. Russell; begin KR bill review, examine applicable entries |
| 07/07/02 | B. Steinberg | 0.70 | Review all bills since 1 March 2001 for pesticide entries; note and modify entries to exclude time for non-pesticide issues |
| 07/12/02 | B. Steinberg | 0.20 | Calls to and from Mr. Kennedy regarding pesticide claim; telephone conference with Mr. Hardy at AIG regarding recovery section failure to return call |
| 07/16/02 | B. Steinberg | 0.20 | Messages from Ms. Hardy regarding pesticide recovery issue |
| 07/22/02 | B. Steinberg | 2.50 | Receipt and review of fax from IRG on agenda, add pesticide and Term I issues; review EDC early transfer maps |
| 07/26/02 | B. Steinberg | 0.20 | Discussion with Ms. Highsmith and Mr. Schlossberg on location of pesticides |
| 07/30/02 | B. Steinberg | 0.40 | Message from Ms. Potter on location of pesticides; discussion with Mr. Handy regarding size of claim |

| | | | |
|---|---|---|---|
| 08/08/02 | B. Steinberg | 3.10 | Review Catellus submission on claim; telephone conference with AIG claims counsel; work on missing data for claim call to Mr. Kennedy and discuss needed information; prepare letter to AIG for Mr. Kennedy to complete with data, transmit to him |
| 08/09/02 | B. Steinberg | 1.20 | Discussion with AIG recovery counsel; prepare reply and submit; update to Highsmith |
| 08/12/02 | B. Steinberg | 1.20 | Review documents requested by Lynch on pesticide issues; message to Handy for insurance application; message to Lynch; review policy for exclusions; messages to/from Mr. Kennedy on status of his reply |
| 08/14/02 | B. Steinberg | 0.30 | Exchange messages with Handy on Catellus contacts with AIG representatives; messages from Mr. Kennedy on traffic light repair |
| 08/16/02 | B. Steinberg | 0.50 | Discussion with Mr. Highsmith on APCP meeting; review documents sent to Lynch |
| 08/18/02 | B. Steinberg | 0.50 | Review e-mail string on chlordane issues; AIG involvement, meeting notes |
| 08/19/02 | B. Steinberg | 0.20 | Message to Mr. Kennedy on claim info, status |
| 08/20/02 | B. Steinberg | 0.30 | Discuss 330 claim, pesticide insurance issues, SW Div response with Mr. Potter; message from Mr. Kennedy |
| 08/23/02 | B. Steinberg | 0.20 | Discussion with Ms. Highsmith on missing Catellus information on pesticide claim, message to Mr. Kennedy on need for data |
| 08/27/02 | B. Steinberg | 2.30 | Review Mr. Kennedy letter, bill reviews, decipher portions on Catellus backup, message to Mr. Kennedy on mobilization costs, call to Ms. Garber on SMP issues |
| 08/28/02 | B. Steinberg | 0.90 | Work on claim; messages to/from Mr. Quillen on back-up for DTSC negotiations |
| 08/29/02 | B. Steinberg | 1.90 | Work on pesticide claim; messages to/from Messrs. Kennedy, Russell, and Handy on same; continue document review, note Winzler-Kelly issue |
| 08/30/02 | B. Steinberg | 1.00 | Work on pesticide claim, messages to Mr. Kennedy and Mr. Handy; review latest agenda, schedule for 10 September |

| | | | |
|---|---|---|---|
| 09/02/02 | B. Steinberg | 0.50 | Review Winzler claim, relationship to Ferma |
| 09/05/02 | B. Steinberg | 0.50 | Message from Mr. Kennedy on Mr. Quillen memorandum; discussion with Ms. Garber on memorandum; reply to Mr. Kennedy |
| 09/06/02 | B. Steinberg | 1.20 | Review Mr. Quillen memorandum, make changes, review Ms. Garber's changes; review AIG application; message to Mr. Kennedy on needed documents |
| 09/07/02 | B. Steinberg | 0.90 | Review FERMA contract provided by Mr. Kennedy; message to him with questions; review AIG insurance application Form from Mr. Handy |
| 09/12/02 | B. Steinberg | 1.20 | Review Ms. Garber mark ups to Mr. Quillen memorandum; continue review of AIG; draft claim on Navy; work on Mr. Quillen memorandum; questions for Ms. Garber |
| 09/13/02 | B. Steinberg | 0.70 | Receipt, latest Catellus spread sheet; respond to Ms. Highsmith message on insurance and 330 claim; discussion with Ms. Highsmith on 330 issues; messages on Catellus contract |
| 09/14/02 | B. Steinberg | 0.20 | Message from/to Mr. Kennedy on budget issue for pesticides |
| 09/17/02 | B. Steinberg | 0.60 | Message for Mr. Handy and Mr. Cole on AIG payments; discussion with Ms. Highsmith; review packages for Mr. Yount on status, schedule |
| 09/18/02 | B. Steinberg | 0.80 | Work on Joint 330 claim with AIG; message to Mr. Cole on details of claim, message for Mr. Handy on same |
| 09/19/02 | B. Steinberg | 2.40 | Work on claim to AIG and 330; discussion with AIG recovery counsel (Lynch) on changes to notice; discussions with Ms. Highsmith and Ms. Garber; request W & K documents from Mr. Quillen |
| 09/20/02 | B. Steinberg | 1.10 | Finish draft on Joint AIG 330 claim application, forward to Mr. Lynch, AIG Recovery counsel; message for Mr. Quinn and missing documents |
| 09/24/02 | B. Steinberg | 1.60 | Review changes from Mr. Lynch to 330 claim, revise as requested; Agreement for Joint Claim reached; message from Mr. |

| | | | |
|---|---|---|---|
| | | | Russell on Catellus concerns; discussion; messages to Mr. Handy on claim |
| 09/25/02 | B. Steinberg | 0.20 | Discussion with Ms. Garber; e-mail to Mr. Russell on status of 330 claim, AIG claim |
| 09/26/02 | B. Steinberg | 1.80 | Message from/to Mr. Handy on 330 claim; work on integration of AIG claim; receive final reports, sampling and DOCPRW |
| 09/27/02 | B. Steinberg | 1.10 | Assemble enclosures, discuss need for Northgate Summary with Ms. Garber; prepare tab list and incorporate into 330 claim |
| 09/30/02 | B. Steinberg | 0.20 | Message from/to Ms. Potter on 330 claim |
| 09/12/02 | B. Steinberg | 1.20 | Review Ms. Garber mark ups to Mr. Quillen memorandum; continue review of AIG; draft claim on Navy; work on Mr. Quillen memorandum; questions for Ms. Garber |
| 09/13/02 | B. Steinberg | 0.70 | Receipt, latest Catellus spread sheet; respond to Ms. Highsmith message on insurance and 330 claim; discussion with Ms. Highsmith on 330 issues; messages on Catellus contract |
| 09/14/02 | B. Steinberg | 0.20 | Message from/to Mr. Kennedy on budget issue for pesticides |
| 09/17/02 | B. Steinberg | 0.60 | Message for Mr. Handy and Mr. Cole on AIG payments; discussion with Ms. Highsmith; review packages for Mr. Yount on status, schedule |
| 09/18/02 | B. Steinberg | 0.80 | Work on Joint 330 claim with AIG; message to Mr. Cole on details of claim, message for Mr. Handy on same |
| 09/19/02 | B. Steinberg | 2.40 | Work on claim to AIG and 330; discussion with AIG recovery counsel (Lynch) on changes to notice; discussions with Ms. Highsmith and Ms. Garber; request W & K documents from Mr. Quillen |
| 09/20/02 | B. Steinberg | 1.10 | Finish draft on Joint AIG 330 claim application, forward to Mr. Lynch, AIG Recovery counsel; message for Mr. Quinn and missing documents |
| 09/24/02 | B. Steinberg | 1.60 | Review changes from Mr. Lynch to 330 claim, revise as requested; Agreement for Joint Claim reached; message from Mr. Russell on Catellus concerns; discussion; messages to Mr. Handy on claim |

| | | | |
|---|---|---|---|
| 09/25/02 | B. Steinberg | 0.20 | Discussion with Ms. Garber; e-mail to Mr. Russell on status of 330 claim, AIG claim |
| 09/26/02 | B. Steinberg | 1.80 | Message from/to Mr. Handy on 330 claim; work on integration of AIG claim; receive final reports, sampling and DOCPRW |
| 09/27/02 | B. Steinberg | 1.10 | Assemble enclosures, discuss need for Northgate Summary with Ms. Garber; prepare tab list and incorporate into 330 claim |
| 09/30/02 | B. Steinberg | 0.20 | Message from/to Ms. Potter on 330 claim |
| 10/11/02 | B. Steinberg | 0.60 | Conference call with Ms. Potter, Ms. Highsmith, Mr. Schlossberg on timing of submission of 330 claim, coordination with AIG recovery counsel; review Handy notice to AIG for date of discovery |
| 10/14/02 | B. Steinberg | 0.20 | Message to Ms. Highsmith on pesticide issue, indemnity |
| 10/15/02 | B. Steinberg | 0.90 | Finish letter to Navy for 330, forward to Mr. Handy and Mr. Lynch for approval after Ms. Potter and Ms. Highsmith discussion; add claim total value for 1st phase of claim |
| 10/16/02 | B. Steinberg | 0.20 | Work on attachment to claim |
| 10/21/02 | B. Steinberg | 0.50 | Provide attachments to Mr. Handy and Mr. Lynch; discussion with Mr. Handy on final claim |
| 10/23/02 | B. Steinberg | 0.90 | Meet with Mr. Handy on 330 claim |
| 10/24/02 | B. Steinberg | 0.20 | Discuss with Mr. Handy on proper claimant on 330 claim |
| 10/28/02 | B. Steinberg | 0.20 | Discussion with Mr. Handy on title sequence for East Housing |
| 10/29/02 | B. Steinberg | 0.20 | Discuss claims with Ms. Potter, status of AIG claim |
| 11/05/02 | B. Steinberg | 0.20 | Discussion with Mr. Handy on 330 claim submission, update to Mr. Yount |
| 11/06/02 | B. Steinberg | 0.80 | Review message from Mr. Handy and Mr. Kennedy on pesticide claim; discuss with Mr. Handy; review his e-mail to Ms. Highsmith; message from Ms. Potter on AIG claim contact; discuss status of claim; Catellus with Ms. Potter; evaluate AIG claim issues, incorporation of 330 claim for leverage |
| 11/11/02 | B. Steinberg | 0.70 | Receipt/review latest Northgate pesticide bill; message to Mr. Handy on copy of |

| | | | |
|---|---|---|---|
| | | | signed letter for 330 claim; review prior submission for content; adequacy for insurance claim |
| 11/14/02 | B. Steinberg | 0.80 | Work on claim to AIG, collect documents for reference in package; assess 330 claim for necessary changes |
| 11/15/02 | B. Steinberg | 0.90 | Message from Mr. Kennedy on reviewing documents; finish draft letter for AIG claim; transmit to Mr. Handy |
| 11/17/02 | B. Steinberg | 0.70 | Review Dupont court of claims decision, application of indemnity with out statutory authority; research anti-deficiency Act language, compare with 330 language |
| 11/18/02 | B. Steinberg | 0.50 | Discussion with Ms. Highsmith on AIG claim 10 December, meeting; assemble claims documents for Mr. Handy; message from Mr. Handy; Fed-X to him |
| 11/25/02 | B. Steinberg | 0.20 | Discussion with Mr. Handy on both pesticide claims |
| 12/01/02 | B. Steinberg | 0.30 | Review ABA Admin Conference on Indemnification Report |
| 12/02/02 | B. Steinberg | 0.20 | Message from/to Mr. Lynch on status of 330 claim; message to Mr. Handy to forward to him |
| 12/13/02 | B. Steinberg | 1.00 | Review Catellus 2nd claim; message with questions to Mr. Handy |
| 12/15/02 | B. Steinberg | 0.20 | Review Handy claim letter to AIG |
| 12/17/02 | B. Steinberg | 0.20 | Calls from/to Ms. Davlin on pesticide claim |
| 12/18/02 | B. Steinberg | 0.50 | Telephone conference with Ms. Davlin on 330 claim; relationship with Mr. Lynch on joint claim; submission of AIG claim on pesticides |
| 12/30/02 | B. Steinberg | 0.50 | Consider Sadoff requested approach; review AIG submission and how to alter; need for Kennedy involvement |
| 01/02/03 | B. Steinberg | 0.80 | Memorandum to Mr. Handy and Ms. Highsmith on AIG claim format; Mr. Sadoff's request for submission; review format of prior submission; reply from Mr. Handy to fit schedule for next week |
| 01/08/03 | B. Steinberg | 0.40 | Discussion with Mr. Handy and Ms. Highsmith on pesticide claim issue |

| | | | |
|---|---|---|---|
| 01/14/03 | B. Steinberg | 0.40 | Discussion with Mr. Calloway on 330 claim at FISC; message to Mr. Handy; update to Ms. Potter |
| 01/15/03 | B. Steinberg | 0.20 | Message to Mr. Handy on status of Mr. Sadoff's request; discussion with Ms. Highsmith on 330 claim |
| 01/16/03 | B. Steinberg | 0.20 | Messages to/from Mr. Calloway on 330 claim; call to Mr. Alvarez, message on status |
| 01/21/03 | B. Steinberg | 0.20 | Assemble documents for 330 claim, pursuant to request from Mr. Alvarez for copy; draft letter to Mr. Alvarez |
| 01/22/03 | B. Steinberg | 0.50 | Obtain claim letter to Navy from Cheryl; review documents, verify identical claim for submission to Mr. Alvarez to replace lost claim |
| 02/06/03 | B. Steinberg | 0.30 | Discuss Navy loss of 330 claim, prepare transmittal of three copies; prepare resubmission |
| 02/11/03 | B. Steinberg | 0.50 | Review existing AIG policy; messages to Ms. Potter, Ms. Davlin; coordinate with Mr. Handy on 330 claim issue |
| 02/18/03 | B. Steinberg | 0.30 | Message for AIG on housing unit as additional insured; reply with request for specific info needed; call to Ms. Potter |
| 02/19/03 | B. Steinberg | 0.20 | Coordinate with Mr. Handy; call Sherill to set up meetings; message from Mr. Sadoff |
| 02/22/03 | B. Steinberg | 0.30 | Review catellus 16 Jan 03 claim submission on pesticide removal |
| 03/17/03 | B. Steinberg | 3.50 | Travel, meet with Mr. Handy, discuss AIG and Navy claims; meet with Mr. Russell; prepare for meeting with AIG representative tomorrow |
| 03/18/03 | B. Steinberg | 2.50 | Review claim documents, preparation for, conduct meeting with AIG representative on claims issues, format for future claim; discuss invoice issues, content of future claims documents |
| 03/24/03 | B. Steinberg | 0.60 | Message to Mr. Kennedy on needed documents for AIG claim, review his prior submissions |
| 03/27/03 | B. Steinberg | 0.30 | Inquiry from Ms. Davlin at AIG on claim; reply call to Naval Facility attorney for status; message to Mr. Handy |

| | | | |
|---|---|---|---|
| 03/28/03 | B. Steinberg | 0.90 | Message from/to Mr. Kennedy on 330 claim; discuss strategy of claim with Mr. Kohns at Navy Facility; message to Mr. Plaeseied and Mr. Alvarez on claim |

TOTAL HOURS 93.20

TOTAL FOR SERVICES RENDERED $24,675.00

SUMMARY

| NAME/YEAR | HOURS | RATE | AMOUNT |
|---|---|---|---|
| B. Steinberg/2002 | 80.10 | 265.00 | 21,226.50 |
| B. Steinberg/2003 | 12.10 | 285.00 | 3,448.50 |