# Exhibit 6

**KUTAK ROCK LLP**

SUITE 1000
1101 CONNECTICUT AVENUE, N.W.
WASHINGTON, D.C. 20036-4374

202-828-2400
FACSIMILE 202-828-2488

www.kutakrock.com

ATLANTA
CHICAGO
DENVER
DES MOINES
FAYETTEVILLE
IRVINE
KANSAS CITY
LINCOLN
LITTLE ROCK
OKLAHOMA CITY
OMAHA
PASADENA
RICHMOND
SCOTTSDALE

BARRY P. STEINBERG
barry.steinberg@kutakrock.com
(202) 828-2316

January 22, 2003

**VIA FED EX STANDARD OVERNIGHT**

Commanding Officer – Southwest Division
Engineering Field Division
Naval Facilities Engineering Command
1220 Pacific Hwy
San Diego CA 92132-5189

ATTN: Mr. Armando Alvarez

Re: Claim for Indemnification, East Housing Area, Alameda

Dear Armando:

Pursuant to your request, enclosed is a duplicate copy of the claim for indemnity previously submitted to your organization. Our records show that receipt was ackowledged at Southwest Division on 8 November 2002.

Please call me after you have received and reviewed this.

Sincerely,

Barry P. Steinberg

dd

Enclosure

03-80330.02