# Exhibit 7

## SUBROGATION RECEIPT

Received from the AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY (hereinafter called the "Insurer") the sum of **Three Million Seven Hundred and Sixty Three Thousand Three Hundred and Twenty Eight Dollars** ($3,763,328) in full settlement of all claims and demands of the undersigned against the Insurer for loss and damage due to environmental contamination at the East Housing Unit, claim number 182-056387 covered under the policy number PLS 195 0046 issued by the insurer.

In consideration of and to the extent of the above-described payment, the undersigned hereby subrogates the Insurer to all of the rights, claims and interests which the undersigned may have against any person or corporation liable or responsible for the loss described above.

The undersigned warrants that no settlement has been made by the undersigned with any person or corporation against whom a claim may lie, and no release has been given to anyone responsible for the loss, and that no such settlement will be made nor release given by the undersigned without the written consent of the Insurer and the undersigned covenants and agrees to cooperate fully with the Insurer in the prosecution of such claims, and to procure and furnish all papers an documents necessary in such proceedings and to attend court and testify if the insurer deems it necessary, but it is understood that the undersigned is to be saved harmless from costs in such proceedings.

This Subrogation Receipt is without prejudice and shall have no effect on the undersigned insured's rights to submit any other claim under the Policy and to pursue recovery of all losses, insured and uninsured, including the self-insured retention, against any person or corporation against whom a claim may lie.

IN WITNESS WHEREOF, the undersigned has duly executed this receipt.

The Insured: City of Alameda/Alameda Reuse and Redevelopment Agency

By: Debra Kurita

Office: EXECUTIVE DIRECTOR

STATE OF CALIFORNIA )
)ss.
COUNTY OF ALAMEDA )

On this day before me, ELIZABETH ACORD, personally appeared DEBRA KURITA, personally known to me — or proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument — and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal this 1st day of December 2005

[signature]
Notary Public

My Commission Expires: APRIL 1, 2009

**Approved as to Form**

[signature]
Assistant CITY ATTORNEY

ELIZABETH A. ACORD
COMM. # 1565918
NOTARY PUBLIC CALIFORNIA
ALAMEDA COUNTY
My Comm. Expires April 1, 2009