IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, | ) | |
| Plaintiff, | ) | No. 05-1020C (Judge Sweeney) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6 and 6.1 of the Court's Rules ("RCFC"), defendant, the United States, respectfully requests an enlargement of 14 days, from February 10 to and including February 24, 2006, to file a reply in support of the pending motion to dismiss, and to respond to the "First Amended Complaint," which was filed by plaintiff, American International Specialty Lines Insurance Company ("AISLIC"), together with its opposition on January 27, 2006. This is defendant's first such request. Thomas Michael Guiffre, counsel of record for AISLIC, states that AISLIC does not oppose this motion.

Pursuant to RCFC 7.2(c), the Government's reply is due on February 10, 2006. The clerk's office has not docketed a deadline for a response to AISLIC's amended pleading, but a response to an amended complaint is due within 10 business days of the amendment, pursuant to RCFC 15(a). The "First Amended Complaint" filed on January 27 contains eight counts. That is five more than were pleaded in the transfer complaint, filed on September 30, 2005, to which the Government's motion responded. The proposed enlargement of time, which will allow us to respond properly to plaintiff's broadened allegations and theories of relief, is reasonable and should cause no prejudice or undue delay.

CONCLUSION

Accordingly, we respectfully request the Court to enlarge by 14 days, from February 10 to and including February 24, 2006, the due date for the Government's reply in support of its motion to dismiss, and our response to the January 27, 2006 "First Amended Complaint."

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/
DAVID M. COHEN
Director

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 305-7644

Attorneys for Defendant

February 9, 2005

CERTIFICATE OF FILING

I certify that on February 9, 2006, the foregoing unopposed motion was filed electronically. Service is complete upon filing and parties may access this filing through the Court's system.

s/Kyle Chadwick