# In the United States Court of Federal Claims

No. 05-1020 C
(Filed: February 15, 2006)

| | |
|---|---|
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

On February 9, 2006, defendant in the above-captioned case filed Defendant's Unopposed Motion for Enlargement of Time. Defendant requests until February 24, 2006, to file a reply in support of defendant's motion to dismiss and a response to plaintiff's First Amended Complaint. Defendant's motion is **GRANTED**.

Accordingly, defendant shall file a reply in support of the motion to dismiss and a response to the First Amended Complaint **no later than Friday, February 24, 2006**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge