# APPENDIX

First Amended Complaint, American Intl. Spec. Lines Ins. Co. v. United States,
No. 3-04-cv-01591 CRB (N.D. Cal.) (excerpts) (filed December 22, 2004)

Peter A. Lynch (SBN 123603)
Mark A. Vasallo (SBN 228037)
COZEN O'CONNOR
501 West Broadway, Suite 1610
San Diego, California 92101
Telephone: 619.234.1700
Facsimile: 619.234.7831

Attorneys for Plaintiff,
AMERICAN INTERNATIONAL SPECIALTY LINES
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY,<br>Plaintiff,<br>vs.<br>UNITES STATES OF AMERICA and UNITED STATES DEPARTMENT OF THE NAVY,<br>Defendants. | Case No.: 3:04-cv-01591 CRB<br>AMENDED COMPLAINT<br>Judge : Honorable Charles R. Breyer<br>Courtroom : 8, 19th Floor |

Plaintiff American International Specialty Lines Insurance Company, by and through their undersigned attorneys and for its Complaint against the United States of America, and the United States Department of the Navy (collectively "Defendants"), state as follows:

**NATURE OF THE ACTION**

1. Plaintiff bring this claim for costs incurred in response to the release of hazardous substances from prior misapplication of organochlorine pesticides at the Property formerly comprising the Fleet and Industrial Center, Alameda Facility/Annex ("Property"), and properties transferred as described in Exhibit "1" for damages resulting from Defendants' breach of their statutory/contractual obligations to timely assess, inspect, investigate, study, and remove and/or remediate and the release of hazardous substances located at the Property and for indemnity pursuant to Section 330 "Indemnification of Transferees of Closing Defense Property," Public Law 102-484 (Oct. 23, 1992) 106 Stat. 2371, 2372.

## THE PARTIES

A. **Plaintiff:**

2. The American International Specialty Lines Insurance Company (Plaintiff) is a surplus line insurer for the City of Alameda for this Property with a right of subrogation. It is a corporation domiciled in Alaska. Plaintiff is the subrogee of the City of Alameda because of its paying benefits on behalf of its insured for damages caused by Defendants arising from acts or omissions forming the subject matter of this Complaint. Plaintiff has a direct pecuniary interest in this action.

B. **Defendants:**

3. Defendant, the United States of America, is a sovereign entity subject to the terms of its validly executed contracts and covenants.

4. Defendant, the United States Department of the Navy ("Navy"), is an agency, department, and instrumentality of the United States Government, with its principal office located in Arlington, Virginia.

C. **Other Entities:**

5. The City of Alameda is a municipal corporation organized and existing under the Constitution and laws of California.

6. The Alameda Reuse and Redevelopment Authority is a local redevelopment authority as defined in Section 2903, Public Law 103-160 organized and existing under the Constitution and laws of California.

7. The Community Improvement Commission of the City of Alameda is a public body corporate and political organized and existing under the Constitution and laws of California.

## JURISDICTION

8. Jurisdiction in this case is conferred by Section 1346, Title 28, United States Code, Section 1491, Title 28, and other applicable federal statutes including the Comprehensive Environmental Response, Compensation and Liability Act of 1980, as amended ("CERCLA"), 42 U.S.C. §§ 9601, et seq., as well as Section 330 "Indemnification of Transferrees of Closing Defense Property", Public Law 102-484 (Oct. 23, 1992), 106 Stat. 2371, 2372.

57. As a result of this breach, Plaintiff has been damaged in an amount not less than $460,000.00. Current estimates for additional damages may be as high as $4,000,000.00 (amount to be proven at trial).

**FIFTH CLAIM FOR RELIEF**

**Declaratory Relief**

58. Plaintiff incorporates by reference paragraphs 1-57 as though fully set forth herein.

59. An actual controversy now exists between Plaintiff and Defendants in that Plaintiff contends that Defendants are liable to Plaintiff for cost recovery under CERCLA section 107(a), contribution under CERCLA section 113 for any response or other costs or damages which Plaintiff has incurred or may incur or be found liable for in connection with the environmental OCP contamination of the Property. Plaintiff believes that Defendants contend in all respects to the contrary.

60. A declaration of rights and obligations of the parties pursuant to title 42, section 9613(g)(2), and title 28 section 2201 of the United States Code, binding in any subsequent action or actions to recover all further response costs incurred by Plaintiff, is appropriate and in the interest of justice in that an early determination of this controversy will avoid a multiplicity of litigation.

**PRAYER**

WHEREFORE, Plaintiff prays for judgment against Defendants and each of them as follows:

1. Complete Indemnification by Defendants, to include remediation costs, response costs, contribution costs, expert costs, cost of litigation, attorney fees, other related costs, and all other related damages;

2. For a judicial declaration that Defendants are liable under CERCLA section 107(a) and are liable to Plaintiff in contribution, and/or indemnity under CERCLA section 113 for all past, present and future response costs and other costs, which may be incurred by Plaintiff in connection with OCP contamination of the Property, including without limitation, reasonable attorney and expert witness fees.

3. Damages for breach of the Deed to include reasonable attorneys' fees;

4. For post-judgment interest, costs; and

5. For any other relief as the Court deems just and fair under all the circumstances.

DATED: December 22, 2004

COZEN O'CONNOR

By: [signature]

Peter A. Lynch (SBN 123603)
Mark A. Vasallo (SBN 228037)
501 West Broadway, Suite 1610
San Diego, California 92101
Telephone: 619.234.1700
Facsimile: 619.234.7831

Attorneys for Plaintiff,
AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY

SDIEGO1\253611\1 128791.000

on the parties, through their attorneys of record, by placing true and correct copies thereof in sealed envelopes addressed as shown on the attached service list for service as designated below:

| | |
|---|---|
| Mark A. Rigau<br>Mark.Rigau@USDOJ.Gov<br>Trial Attorney<br>U.S. Department of Justice<br>Environment and Natural Resources Division<br>Environmental Defense Section<br>301 Howard Street, Suite 1050<br>San Francisco, CA 94105<br>T: (415) 744-6487<br>F: (415) 744-6476 | Attorneys for United States of America and United States Department of the Navy<br><br>***VIA ECF SYSTEM:*** |
| Michael B. Heister<br>Michael.Heister@USDOJ.Gov<br>Trial Attorney<br>U.S. Department of Justice<br>Environment and Natural Resources Division<br>Environmental Defense Section<br>601 "D" Street, N.W., Suite 8542<br>Washington, D.C. 20004<br>T: (202) 514-1950<br>F: (202) 514-8865 | Attorneys for United States of America and United States Department of the Navy<br><br>***VIA ECF SYSTEM:*** |
| Kevin V. Ryan<br>United States Attorney<br>Charles M. O'Connor<br>Charles.O'Connor@USDOJ.Gov<br>Assistant Unites States Attorney<br>Northern District of California<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br>T: (415) 436-7180<br>F: (415) 436-7234 | Attorneys for United States of America and United States Department of the Navy<br><br>***VIA ECF SYSTEM:*** |

______ **(By First Class Mail)** I caused each such envelope, with first-class postage thereon fully prepaid, to be deposited in the United States mail at San Diego, California.

______ **(By Personal Service)** I caused each such envelope, with courier charges prepaid, if applicable, to be personally delivered to the offices of each addressee.

______ **(By U.S. Postal Express Mail)** I caused each such envelope, with Express Mail postage thereon fully prepaid, to be placed in the U.S. Post Office Express Mail depository at San Diego, California for next day delivery.

______ **(By Federal Express/UPS)** I caused each such envelope with shipping charges fully prepaid, to be delivered to a Federal Express/UPS pick up box at San Diego, California for next business day delivery.

______ **(By Facsimile)** I caused each such document to be sent via facsimile at the facsimile numbers listed for each party on the list.

_______ **(By E-Mail)** I caused each such document to be sent via electronic mail to the e-mail addresses listed for the parties as indicated above.

XX **(By E-Filing and Service Via ECF System)** I caused such document(s) to be electronically filed and served through the ECF system for the above-entitled case to those parties indicated above. The document transmission was reported as complete and a copy of the "Notice of Electronic Filing or Other Case Activity" page will be maintained with the original document(s) in our office.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Diego, California on December 20 2004.

By: [signature]
Sabrina Koehler

SDIEGO1\248713\1 128791.000