IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 05-1020C |
| | ) | (Judge Sweeney) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6 and 6.1 of the Court's Rules ("RCFC"), defendant, the United States, respectfully requests an enlargement of five calendar days, from July 5 to and including July 12, 2006, for its response to the first amended complaint. This is our first request for this purpose. Undersigned counsel contacted counsel for plaintiff ("AISLIC"), but was unable to learn whether AISLIC will oppose this motion. Because we anticipate filing a dispositive motion in response to the first amended complaint, we request a corresponding enlargement of the deadline for AISLIC's response to our motion.

In its order dated May 5, 2006, the Court directed us to respond to the complaint on or before July 5, 2006. Undersigned counsel has virtually completed a draft motion, but additional time is needed in order to confer with the affected agencies of the Department of Defense, assemble an evidentiary appendix, and obtain supervisory review. In addition, since June 21, 2006, counsel's responsibilities relating to other matters have included taking an expert deposition in Los Angeles, California, in Huntleigh USA Corp. v. United States, No. 03-2670C (Judge Margolis), on June 27; overseeing the collection and filing of multiple affidavits concerning the Government's handling of discoverable documents, from July 2002 to date, in

United Medical Supply Co. v. United States, No. 03-289C (Judge Allegra); participating in status conferences in American Airlines Inc. v. United States, No. 04-1736C (Judge Braden), Bell BCI Co. v. United States, No. 03-1613C (Judge Wheeler), and Huntleigh; and engaging in settlement discussions in Spherix Inc. v. United States, No. 06-55C (Judge Braden).

Defendant became aware of the need for a short enlargement of time on Thursday, June 29, 2006. The filing of this motion was delayed slightly by our attempt to confer with opposing counsel; the closing of the Court on July 3 and 4; and the need to obtain supervisory review. Under the circumstances, the requested enlargement of time is reasonable and should result in no undue delay, prejudice, or inconvenience.

CONCLUSION

Accordingly, we respectfully request the Court to enlarge by five calendar days, from July 5 to and including July 12, 2006, the date for the Government's response to the first amended complaint. Assuming we file a dispositive motion, we respect a corresponding enlargement of the deadline for plaintiff's response, from August 4 to and including August 11, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
DAVID M. COHEN
Director

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 305-7644

Attorneys for Defendant

July 5, 2006

CERTIFICATE OF FILING

I certify that on July 5, 2006, the attached motion was filed electronically. Service is complete upon filing and parties may access this filing through the Court's system.

s/Kyle Chadwick