IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, | |
| Plaintiff, | No. 05-1020C |
| v. | Judge Margaret M. Sweeney |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

PLAINTIFF'S RESPONSE TO DEFENDANT'S
MOTION FOR ENLARGEMENT OF TIME

Plaintiff American International Specialty Lines Insurance Company ("AISLIC"), by and through its undersigned counsel, hereby submits that it does not oppose Defendant's Motion for Enlargement of Time, allowing Defendant until July 12, 2006 to file a dispositive motion and allowing a corresponding enlargement of time until August 11, 2006 for AISLIC to respond to Defendant's dispositive motion.

Respectfully submitted,

s/T. Michael Guiffré
T. Michael Guiffré
J. Gordon Arbuckle
Daniel R. Addison (pending admission *pro hac vice*)
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315

Attorneys for Plaintiff American International Specialty Lines Insurance Company

July 6, 2006

CERTIFICATE OF FILING

I certify that on July 6, 2006, the foregoing pleading was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/T. Michael Guiffré
T. Michael Guiffré
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315