# In the United States Court of Federal Claims

No. 05-1020 C
(Filed: July 6, 2006)

| | |
|---|---|
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, | |
| Plaintiff, | |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |

**ORDER**

On July 5, 2006, defendant in the above-captioned case filed Defendant's Motion for Enlargement of Time. Defendant's request for an enlargement of time to file a response to plaintiff's First Amended Complaint was granted by the clerk of court. Defendant also requested a corresponding enlargement of time for plaintiff to file a response to its submission. The court now **GRANTS** that request.

Accordingly, plaintiff shall file its response to defendant's submission **no later than Friday, August 11, 2006**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge