## INDEX TO APPENDIX

December 1, 1998 letter and excerpted attachments from Department of the Navy to California Environmental Protection Agency ........ 1

July 20, 1999 letter and excerpted attachments from Environmental Resources Management to BRAC Environmental Coordinator ........ 5

Vol. I, Final Environmental Impact Statement, October 1999 (excerpts) ........ 11

Parcel Evaluation Data Summary (environmental baseline survey), April 2000 ........ 15

DEPARTMENT OF THE NAVY
ENGINEERING FIELD ACTIVITY, WEST
NAVAL FACILITIES ENGINEERING COMMAND
900 COMMODORE DRIVE
SAN BRUNO, CALIFORNIA 94066-5006

IN REPLY REFER TO:

5090
Ser 612.5/L9040
01 Dec 1998

Ms. Mary Rose Cassa
California Environmental Protection Agency
Department of Toxic Substances Control
700 Heinz Avenue, Bldg. F, Suite 200
Berkeley, CA 94710-2737

Subj.: PARCEL RECLASSIFICATION FOR ENVIRONMENTAL BASELINE SURVEY AS OF DECEMBER 1998 AT ALAMEDA POINT, ALAMEDA, CALIFORNIA

Encl: (1) Tables of Alameda Point Parcel Reclassification Rationale
(2) Parcel Conveyance Suitability Status Map with Vinyl Chloride Plumes
(3) Parcel Conveyance Suitability Status Map with Trichloroethene Plumes
(4) Fuel Line and Underground Storage Tank Map

Dear Ms. Cassa:

Please find enclosed the Parcel Reclassification for Environmental Baseline Survey as of December 1998 for Alameda Point. The parcel reclassification rationale presented in these tables is based on the information provided in the Navy's Environmental Baseline Survey Draft Data Summary Reports with Tiered Screening Analysis for Zones 1 through 23. In addition to the information provided in the EBS Draft Data Summary Reports, the reclassification rationale is based on regulator comments and discussions held with DTSC and U.S. EPA on August 18, 1998 (Zones 20, 21, and 23), April 28, 1998 (Zones 11 through 19 and 22), June 2, 1998 (Zones 1 through 10), June 19, 1998 (Zone 6 and 23) and November 10, 1998 (Final Parcel Reclassification).

The parcel reclassification document is for your information, use and record.

Thank you for your input and involvement in this project. For further information regarding this issue, please contact me at (650) 244-2627.

Sincerely,

WARREN J. YIP
Remedial Project Manager

Copy to:
CSO Alameda Point (Attn: Mr. Steve Edde) (2 copies)
U.S. Environmental Protection Agency, Region IX (Attn: Ms. Anna-Marie Cook)
U.S. Environmental Protection Agency, Region IX (Attn: Ms. Lynn Suer)
Ms. Elizabeth Johnson, ARRA (2 copies)
Mr. John Spafford, RAB Community Co-Chair

Final Reclassification ltr Dec 98 rev.11/20/98

N00236.001565
NAS ALAMEDA
SSIC No. 5090.3

COMPREHENSIVE LONG-TERM ENVIRONMENTAL ACTION NAVY (CLEAN II)
Northern and Central California, Nevada, and Utah
Contract Number N62474-94-D-7609
Contract Task Order 0028

Prepared For

DEPARTMENT OF THE NAVY
Warren Yip, Remedial Project Manager
Engineering Field Activity West
Naval Facilities Engineering Command
San Bruno, California

# PARCEL RECLASSIFICATION MEMORANDUM
Revision 01
(as of December 1, 1998)

ALAMEDA POINT
ALAMEDA, CALIFORNIA

December 1, 1998

Prepared By

TETRA TECH EM INC.
135 Main Street, Suite 1800
San Francisco, CA 94105
(415) 543-4880

Daniel L. Shafer, Project Manager

☑004/004

Parcel Reclassification Summary

| Parcel Description | | | Potential Migration Assessment | | | Qualitative Ecological Assessment | | | | Residential Use Scenario (EBS Data Only) | | Recreational Use Scenario (EBS Data Only) | | Industrial Use Scenario (EBS Data Only) | | | | | Risk Management |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Parcel | Former Use | Open Space Description | Adjacent IR, UST, and/or Fuel Line Sites | Potential Migration Concern (from IR data) | Groundwater Flow Direction | Ecological Impact | Affected Media in EBS | Types of Compounds Detected during EBS Sampling | Principal Exposure Route | Estimated Potential Excess Cancer Risk | Non-Cancer Hazard Index | Estimated Potential Excess Cancer Risk | Non-Cancer Hazard Index | Estimated Potential Excess Cancer Risk | Non-Cancer Hazard Index | Risk Drivers | Planned Reuse | Tiered Screening Completed Through | |
| 98 | Lt. Industrial/ Res/ Rec. | | T-392-1 | none identified | Northwest | none identified (see Note 9) | Soil | Pesticides, PCBs | Ingestion, Dermal Contact, Inhalation | 7.8E-06 (s) | 0.13 (s) | NA | NA | NA | NA | Aroclor 1254, Aroclor 1260, Dieldrin | Res. | Tier 1 | The residential carcinogenic [illegible] dieldrin (0.103 mg/kg). The [illegible] was detected in 3 of 21 samples [illegible] consistent of general pesticide [illegible] concentration is 2.7E-06; its [illegible] soil on Parcel 98 during IR [illegible] IR sampling. The regulators [illegible] addressing the marsh crust [illegible] fuel lines are present on Parcel [illegible] demolished (see ACM). BKG [illegible] PCB). |
| 99 | Lt. Industrial/ Res/ Rec. | Paved (10%) | none | none identified | Northwest | none identified (see Note 9) | None | None | NA | NA | NA | NA | NA | NA | NA | De minimus | Res. | NA | No compounds were detected [illegible] 99. The regulators are suggest[illegible] the marsh crust in the transfer [illegible] present on Parcel 99. |
| 100 | Comm/ Res. | Paved (60%) | T-306-1 | none identified | Northwest | none identified (see Note 9) | Soil | VOCs | Ingestion, Dermal Contact, Inhalation | NA (s) | 6.0E-06 (s) | NA | NA | NA | NA | Xylene | Res. | Tier 1 | No carcinogenic compounds [illegible] collected on Parcel 100. The [illegible] issue of addressing the marsh [illegible] USTs or fuel lines are present [illegible] recommended. |
| 103 | Res/ Rec. | Paved (50%) | IR06; IR07; T-391-1; T-506-1, T-459-1,2,3,4, 5,6,7,8; T-AV-1,2; T-393-1; T-411-1; T-117-1 | none identified | Northwest | none identified (see Note 9) | Soil | SVOCs, pesticides, PCBs | Ingestion, Dermal Contact, Inhalation | 6.3E-05 (s) | 0.91 (s) | NA | NA | NA | NA | B(a)P, DDD, DDT, Dieldrin, Aroclor 1260 | Res. | Tier 1 | The residential carcinogenic [illegible] (2.6 mg/kg, 7 - 7.5 feet bgs [illegible] detections are present at 6.3 [illegible] Parcel 103. The regulators [illegible] addressing the marsh crust [illegible] fuel lines are present on Parcel [illegible] |
| 170 | Res. | Paved (20%) | IR07; T-459-1,5,6,7, 8; T-173-1 | none identified | West-southwest | none identified (see Note 9) | Soil | VOCs, pesticides | Ingestion, Dermal Contact, Inhalation | 1.4E-07 (s) | 0.0085 (s) | NA | NA | NA | NA | alpha-C, gamma-C, DDT | Res. | Tier 1 | No IR soil or groundwater [illegible] on reclassification of this par[illegible] the Navy and regulatory age[illegible] |
| 171 | Res. | Paved (30%) | IR07; T-506-1; T-459-1,2,3,4,5,6, 7,8 | none identified | West-southwest | none identified (see Note 9) | Soil | VOCs, pesticides | Ingestion, Dermal Contact, Inhalation | 2.0E-08 (s) | 0.00064 (s) | NA | NA | NA | NA | DDT | Res. | Tier 1 | No IR soil or groundwater [illegible] on reclassification of this par[illegible] the Navy and regulatory age[illegible] |
| 178 | Lt. Industrial/ Res/ Rec. | Paved (75%) | none | VOAs and SVOAs were detected above PRGs in the groundwater beneath IR Site 1 (Alameda Annex) and part of the Alameda Point housing area (Parcels 178, 179, 180, 181, and 184) during the Alameda Annex remedial investigation. | Northwest | none identified (see Note 9) | Soil, GW | Pesticides | Ingestion, Dermal Contact, Inhalation | 2.0E-09 (s) NA (gw) 2.0E-09 (a) | 0.00008 (s) 0.018 (gw) 0.018 (a) | NA | NA | NA | NA | DDT, Endosulfan sulfate | Res. | Tier 1 | Parcel 178 is the location of [illegible] Woodward-Clyde Consultants [illegible] inhalation of benzene vapor [illegible] into the proposed housing [illegible] duration of 70 years, and [illegible] exposure to benzene in [illegible] vapor barrier beneath [illegible] 1989). To develop a more [illegible] NAVFACENGCOM model [illegible] model (1989) and revising [illegible] groundwater from 14 (IR sites) [illegible] maximum concentration [illegible] Using a model based on [illegible] the vadose zone, and through [illegible] and concrete slab) into house [illegible] per day exposure for 9 years [illegible] during EBS sampling. The [illegible] concentrations of benzene [illegible] housing area (Parcels 178, [illegible] The regulators are suggest[illegible] marsh crust in the transfer [illegible] present on Parcel 178. Ho[illegible] |

# Zone 16 Parcel Reclassification Summary

| Scenario only) | Parcel Reclassification Summary | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Recreational Use Scenario (EBS Data Only) | | Industrial Use Scenario (EBS Data Only) | | Risk Management Evaluation | | | | Reclassification Decision | |
| Non-Cancer Hazard Index | Estimated Potential Excess Cancer Risk | Non-Cancer Hazard Index | Estimated Potential Excess Cancer Risk | Non-Cancer Hazard Index | Risk Drivers | Planned Reuse | Tiered Screening Completed Through | Rationale/Justification for Reclassification or Decision | 1994 ECP Classification | 1998 Negotiated Reclassification |
| 0.13 (s) | NA | NA | NA | NA | Aroclor 1254, Aroclor 1260, Dieldrin | Res. | Tier 1 | The residential carcinogenic risk in soil is due to aroclor-1254 (0.137 mg/kg), aroclor-1260 (0.126 mg/kg), and dieldrin (0.103 mg/kg). The residential cumulative risk (based on revised PRGs for PCBs) is 5.1E-06. Dieldrin was detected in 3 of 21 samples at a maximum concentration of 730 ug/kg at a depth of 0.5 to 1.0 feet bgs which is consistent of general pesticide application. The residential carcinogenic risk for dieldrin at its maximum concentration is 2.7E-06; its corresponding residential HI is 0.27. SVOAs and metals were detected above PRGs in soil on Parcel 98 during IR sampling; metals were detected above PRGs in groundwater beneath Parcel 98 during IR sampling. The regulators are suspending their concurrence on reclassification of this parcel until the issue of addressing the marsh crust in the transfer deed is resolved between the Navy and regulatory agencies. No USTs or fuel lines are present on Parcel 98. Asbestos survey conducted: Bldgs. 178, 493, & 550 - no ACM; Bldg. 278 - demolished (no ACM). Bldg. 178: 1 off transformer (tested: non-PCB). Housing: 1 off transformer (tested: non-PCB). | 7 | 7 (mc) |
| NA | NA | NA | NA | NA | Decreasing | Res. | NA | No compounds were detected during EBS sampling. No IR soil or groundwater samples were collected on Parcel 99. The regulators are suspending their concurrence on reclassification of this parcel until the issue of addressing the marsh crust in the transfer deed is resolved between the Navy and regulatory agencies. No USTs or fuel lines are present on Parcel 99. | 7 | 7 (mc) |
| 6.0E-04 (s) | NA | NA | NA | NA | Xylene | Res. | Tier 1 | No carcinogenic compounds were detected in soil during EBS sampling. No IR soil or groundwater samples were collected on Parcel 100. The regulators are suspending their concurrence on reclassification of this parcel until the issue of addressing the marsh crust in the transfer deed is resolved between the Navy and regulatory agencies. No USTs or fuel lines are present on Parcel 100. Asbestos survey conducted: Bldgs. 531, 532, & 533 - O&M recommended. | 7 | 7 (mc) |
| 0.91 (s) | NA | NA | NA | NA | B(a)P, DDD, DDT, Dieldrin, Aroclor 1260 | Res. | Tier 1 | The residential carcinogenic risk in soil is due primarily to DDD (5.3 mg/kg, 7 - 7.5 feet bgs, 2.1E-06) and DDT (2.6 mg/kg, 7 - 7.5 feet bgs, 2.0E-06). DDD and DDT were detected 11 out of 13 times. Furthermore, B(a)P detections are present at 6.5 to 7- and 8.5 to 9.5-feet bgs. No IR soil or groundwater samples were collected on Parcel 103. The regulators are suspending their concurrence on reclassification of this parcel until the issue of addressing the marsh crust in the transfer deed is resolved between the Navy and regulatory agencies. No USTs or fuel lines are present on Parcel 103. | 7 | 7 (mc) |
| 0.0085 (s) | NA | NA | NA | NA | alpha-C, gamma-C, DDT | Res. | Tier 1 | No IR soil or groundwater samples were collected on Parcel 170. The regulators are suspending their concurrence on reclassification of this parcel until the issue of addressing the marsh crust in the transfer deed is resolved between the Navy and regulatory agencies. No USTs or fuel lines are present on Parcel 170. | 7 | 7 (mc) |
| 0.00064 (s) | NA | NA | NA | NA | DDT | Res. | Tier 1 | No IR soil or groundwater samples were collected on Parcel 171. The regulators are suspending their concurrence on reclassification of this parcel until the issue of addressing the marsh crust in the transfer deed is resolved between the Navy and regulatory agencies. No USTs or fuel lines are present on Parcel 171. | 7 | 7 (mc) |
| 0.00008 (s) 0.018 (gw) 0.018 (o) | NA | NA | NA | NA | DDT, Endosulfan sulfate | Res. | Tier 1 | Parcel 178 is the location of the Marina Village Housing project constructed in the early 1990s. In 1989, Woodward-Clyde Consultants (WCC) developed a model to estimate the excess cancer risk associated with the inhalation of benzene vapor expected to migrate upward from the groundwater through the unsaturated zone and into the proposed housing units (WCC 1989). Using the maximum detected concentration of benzene, exposure duration of 70 years, and depth to groundwater of 14 feet, WCC estimated the excess cancer risk associated with exposure to benzene in air as 3.87E-04. Based on this estimate, WCC recommended the Navy install an effective vapor barrier beneath each new housing unit and provided the Navy appropriate construction specifications (WCC 1989). To develop a more realistic estimated excess cancer risk from benzene vapor migration, NAVFACENGCOM recalculated the "benzene emission rate" and "vapor concentration in house" using the WCC model (1989) and revising two parameter values (PRC 1989). The revisions made were (1) reducing the depth to groundwater from 14 feet to 5 feet and (2) reducing the concentration in soil air from the model's estimate to the maximum concentration measured in soil gas (PRC 1989). The revised estimate of excess cancer risk was 1.4E-06. Using a model based on Fick's Law of diffusion, PRC predicted the transport of benzene from groundwater, through the vadose zone, and through housing unit foundation construction materials (synthetic membrane [vapor barrier] and concrete slab) into housing unit breathing zone to result in an excess cancer risk of 3.1E-12 assuming 24 hour per day exposure for 9 years. No carcinogenic compounds were detected in the groundwater beneath Parcel 178 during EBS sampling. The indirect risk to human health under a residential reuse scenario for the elevated concentrations of benzene detected in the groundwater (IR Site 2 (Alameda Annex) and part of the Alameda Point housing area (Parcels 178, 179, 180, 181, and 184)) is 9.4E-06; the corresponding non-carcinogenic HI is 0.44. The regulators are suspending their concurrence on reclassification of this parcel until the issue of addressing the marsh crust in the transfer deed is resolved between the Navy and regulatory agencies. No USTs or fuel lines are present on Parcel 178. Housing: 19 off transformers (tested: non-PCB). | 7 | 7 (mc) |

Environmental
Resources
Management

1777 Botelho Drive
Suite 260
Walnut Creek, CA 94596
(925) 946-0455
(925) 946-9968 (Fax)

20 July 1999

ERM

Mr. Steven Eddy
BRAC Environmental Coordinator
Former Naval Air Station Alameda (Alameda Point)
United States Navy
950 West Mall Square, Suite 200
Alameda, CA 94501-7552

Subject: Transmittal of Data Summary Tables
Alameda Point East Housing Area,
Alameda, California

Dear Mr. Eddy:

On behalf of Catellus Development Corporation (Catellus), Environmental Resources Management (ERM) presents the enclosed tables summarizing analytical data for samples collected in the Alameda Point East Housing Area. That work was performed by ERM pursuant to our *Proposed Sampling Approach for Fleet Industrial Supply Center Warehouse Area and Alameda Point East Housing Area* dated 14 May 1999.

As you are aware, ERM is currently performing on Catellus' behalf an assessment of risks associated with the proposed residential reuse of the East Housing Area. The data presented herein, as well as data generated during previous investigations in this area (as appropriate) are being utilized for that purpose.

Based on our preliminary evaluation of these data, we believe they are typical of historic data for the area and do not warrant further investigation or remediation. We note, however, that the risk assessment findings will ultimately determine the risk to human health that is indicated by the conditions these data represent and the degree to which further investigation and/or remediation will be necessary.

Please contact me at (925) 946-0455 with any questions.

Sincerely,

Michael E. Quillin, R.G.
*Program Director*

MEQ/meq/3421.00

enclosures

cc: Ms. Marti Buxton, Catellus
Mr. James Adams, Catellus
Mr. Jeffrey Bond, City of Alameda

*Soil Analytical Results*
*Polynuclear Aromatic Compounds*
*With Selected Ion Monitoring*
*Alameda Point East Housing Area*
*Alameda, California*

*All "EH" samples collected by ERM on 24 May 1999. All "B" samples collected by Treadwell & Rollo between 12-15 April 1999. Detections reported in µg/Kg.*

| Sample I.D.* | Naphthalene | Acenaphthylene | Acenaphthene | Fluorene | Phenanthrene | Anthracene | Fluoranthene | Pyrene | Benzo (a) Anthracene | Chrysene | Benzo (b) Fluoranthene | Benzo (k) Fluoranthene | Benzo (a) Pyrene | Indeno (1,2,3-cd) Pyrene | Benzo (g,h,i) Perylene | Dibenz (a,h) Anthracene |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EH1-1'-2' | 55.6 | 88.7 | 35.1 | 19.9 | 416 | 112 | 2060 | 2500 | 778 | 1100 | 1670 | 625 | 1520 | 1540 | 1710 | 211 |
| EH2-1'-2' | ND | 4.08 | ND | ND | 23.1 | ND | 62.2 | 77.9 | 29.6 | 44.1 | 72.8 | 23.4 | 53.6 | 41.1 | 39.6 | ND |
| EH3-1'-2' | ND | 6.04 | ND | ND | 36.6 | ND | 125 | 167 | 49.8 | 80.7 | 129 | 42.6 | 115 | 139 | 172 | 14.6 |
| EH4-1'-2' | 9.12 | 10.3 | ND | ND | 42.4 | 8.69 | 224 | 298 | 81.5 | 132 | 266 | 77 | 218 | 312 | 366 | 29.1 |
| EH5-1'-2' | 22.3 | 23.8 | 18.8 | 15.7 | 341 | 60.4 | 893 J(e) | 1080 J(e) | 306 | 469 | 789 J(e) | 230 | 635 | 483 | 507 | 67.9 |
| EH6-1'-2' | 6.68 | 7.72 | ND | ND | 35 | 9.81 | 107 | 144 | 47.1 | 66.6 | 131 | 40.1 | 103 | 110 | 126 | 17.3 |
| EH7-1'-2' | ND | 6.98 | ND | ND | 35.6 | 7.97 | 211 | 279 | 77.1 | 124 | 221 | 62.5 | 218 | 249 | 312 | 24.8 |
| EH8-1'-2' | 14.8 | 14.9 | ND | ND | 69 | 15.4 | 299 | 384 | 113 | 163 | 338 | 99.5 | 279 | 289 | 323 | 38.7 |
| EH9-1'-2' | 7.43 | 5.8 | ND | ND | 30.6 | ND | 133 | 197 | 55.9 | 92.8 | 177 | 50.7 | 161 | 191 | 228 | 21.3 |
| EH10-1'-2' | ND | ND | ND | ND | 12.2 | ND | 59.3 | 94.6 | 21.6 | 36.1 | 71.1 | 22.7 | 65 | 81.6 | 101 | 7.4 |
| EH11-1'-2' | 20.2 | 27.3 | ND | 4.7 | 142 | 25 | 844 J(e) | 1070 J(e) | 271 | 427 | 772 J(e) | 220 | 735 J(e) | 842 J(e) | 972 J(e) | 99 |
| EH12-1'-2' | ND | ND | ND | ND | 62 | ND | 280 | 387 | 118 | 157 | 316 | 94.4 | 298 | 234 | 255 | ND |
| B-1-0-2.5' | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| B-3-2.5' | ND | ND | ND | ND | 15 | ND | 80 | 59 | 52 | 73 | 66 | 64 | 63 | 38 | 37 | 18 |
| B-4-0-1' | ND | ND | ND | ND | 8.7 | ND | 19 | 23 | 8.3 | 24 | 12 | ND | 14 | ND | ND | ND |
| B5-1.5' * | ND | ND | ND | ND | 33 | ND | 150 | 140 | 55 | 100 | 120 | 92 | 140 | 100 | 120 | ND |
| B-6-0.5' | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| B-7-0.5' | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| B-7-4.5' | 16 | 10 | 13 | 18 | 300 | 62 | 590 | 430 | 240 | 390 | 350 | 270 | 300 | 330 | 380 | 56 |
| B-8-0.5' | ND | ND | ND | ND | ND | ND | 5.7 | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| B-8-4.5' | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

Notes:
For a full list of analytes and the laboratory reporting limits, refer to the laboratory report.
Samples analyzed for Polynuclear Aromatic Compounds (PNAs) per EPA method 8270 with Selected Ion Monitoring.
* The sample I.D.s incorporate the depth interval in feet below ground surface -- *e.g.*, EH1-1'-2' = 1 to 2 feet below ground surface at location EH1.

µg/Kg = micrograms per kilogram
ND = Not detected above laboratory reporting limits.
J = ERM qualifier -- Estimated value.
(e) = Laboratory qualifier -- Detection is above the instrument calibration range for SIM; use data for standard 8270 analysis, as presented in "*Volatile and Semi-Volatile Organic Compounds*" table.

1 of 1

3421.00-7/20/99

Su... Analytical Results
Metals, Pesticides and Polychorinated Biphenyls (PCB)
Alameda Point East Housing Area
Alameda, California

All "EH" samples collected by ERM on 24 May 1999. All "B" samples collected by Treadwell & Rollo between 12-15 April 1999.

| Sample I.D.* | Metals** (mg/Kg) Sb | As | Ba | Be | Cd | Cr | Co | Cu | Pb | Mn | Ni | V | Zn | Hg | Pesticides*** (μg/Kg) delta-BHC | Chlordane (tech) | 4,4'-DDD | 4,4'-DDE | 4,4'-DDT | Dieldrin | Heptachlor Epoxide | PCB*** (μg/Kg) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EH1-1'-2' | ND | 20 | 71.9 | 0.63 | ND | 35.6 | 7.21 | 29.1 | 28.8 | ND | 33.7 | 71.7 | 61.1 | 0.12 | ND UJ | ND | 4.3 | 1.5 | 19.9 J | ND | ND | ND |
| EH2-1'-2' | ND | 16.7 | 89.3 | 0.62 | 1.06 | 70.9 | 7.36 | 31.7 | 32.5 | ND | 59.6 | 56.2 | 70.6 | 0.09 | ND UJ | 64 | 24.1 | 68 | 21.3 J | ND | 1.3 | ND |
| EH3-1'-2' | ND | ND | 60.4 | 0.47 | ND | 41.3 | 8.05 | 19.2 | 22.1 | ND | 43.7 | 37.2 | 69.1 | 0.12 | ND UJ | 103 | ND | ND | ND UJ | ND | ND | ND |
| EH4-1'-2' | ND | 14.8 | 104 | 0.64 | ND | 54.6 | 10.6 | 32.3 | 44.5 | ND | 56.3 | 50.5 | 98.6 | 0.28 | ND | ND | ND | ND | ND | ND | ND | ND |
| EH5-1'-2' | ND | 19.8 | 120 | 0.8 | ND | 69.4 | 9.38 | 43.8 | 24.3 | ND | 72.7 | 59.2 | 92.1 | 0.41 | ND | ND | ND | 1.1 | ND | ND | ND | ND |
| EH6-1'-2' | ND | 13.9 | 70.8 | 0.41 | ND | 49.8 | 7.09 | 25.4 | 57.9 | ND | 52.6 | 32.6 | 82.4 | 0.09 | ND | 183 | 6.7 | 2.62 | 11.8 | 103 | 3.6 | ND |
| EH7-1'-2' | ND | 15.1 | 51.9 | 0.51 | ND | 52.1 | 7.32 | 27.4 | 20 | ND | 45.4 | 47.5 | 67.8 | 0.36 | ND | ND | ND | ND | ND | ND | ND | ND |
| EH8-1'-2' | ND | 16.5 | 59.3 | 0.68 | 1.57 | 24.9 | 21.7 | 28.4 | 18.5 | ND | 89.4 | 52.5 | 109 | 0.34 | 1.4 UJ | 124 | 32.5 | 8.13 | 199 J | ND | ND | ND |
| EH9-1'-2' | ND | 14 | 89.9 | 0.67 | ND | 60.5 | 6.73 | 43.1 | 46.1 | ND | 69.1 | 48.9 | 106 | 0.63 | ND | ND | ND | ND | ND | ND | ND | ND |
| EH10-1'-2' | ND | 9.96 | 85.9 | 0.32 | ND | 18.3 | 5 | 30.9 | 17.6 | ND | 24.4 | 20.7 | 50.8 | 0.28 | ND | ND | ND | ND | ND | ND | ND | ND |
| EH11-1'-2' | ND | 15.4 | 88.8 | 0.69 | ND | 60.3 | 9.88 | 42.9 | 36.2 | 1.17 | 61 | 53.1 | 87 | 0.4 | ND | ND | ND | ND | ND | ND | ND | ND |
| EH12-1'-2' | ND | ND | 55.2 | 0.41 | ND | 27.4 | 13.2 | 53.2 | 20.8 | ND | 39.2 | 46.1 | 52.6 | 0.47 | ND | ND | ND | ND | ND | ND | ND | ND |
| B-1-0-2.5' | ND | ND | 20.2 | 0.38 | ND | 32.3 | 6.14 | 16.4 | ND | ND | 35.6 | 30.2 | 32.8 | 0.09 | ND | ND | ND | ND | ND | ND | ND | ND |
| B-3-2.5' | ND | 40.7 | 33 | 0.23 | ND | ND | 4.34 | 13.2 | ND | ND | ND | 32.8 | 60.6 | 0.26 | ND | ND | ND | ND | ND | ND | ND | ND |
| B-4-0-1' | ND | ND | 37.4 | 0.33 | ND | 6.17 | 5.4 | 67 | ND | ND | 11.7 | 18.2 | 138 | 0.24 | ND | ND | ND | ND | ND | ND | ND | ND |
| B5-1.5' | ND | 13.2 | 61.4 | 0.34 | ND | 36.6 | 8.7 | 85.2 | 27 | ND | 37 | 31.7 | 216 | 0.79 | ND^a^ | ND^a^ | ND^a^ | ND^a^ | ND^a^ | ND^a^ | ND^a^ | ND^a^ |
| B-6-0.5' | ND | ND | 147 | 0.5 | ND | 12.8 | 7.28 | 24.8 | ND | ND | 22.8 | 16.8 | 52.8 | 0.36 | ND^a^ | ND^a^ | ND^a^ | ND^a^ | ND^a^ | ND^a^ | ND^a^ | ND^a^ |
| B-7-0.5' | ND | ND | 154 | 0.46 | ND | 12.5 | 8.4 | 40.4 | 7.66 | ND | 27.5 | 17.8 | 78.1 | 0.4 | ND^a^ | ND^a^ | ND^a^ | ND^a^ | ND^a^ | ND^a^ | ND^a^ | ND^a^ |
| B-7-4.5' | ND | ND | 224 | 0.52 | ND | 23.9 | 7.2 | 31.2 | 8.29 | ND | 30.8 | 30.5 | 70.1 | 1.22 | ND | ND | ND | ND | ND | ND | ND | ND |
| B-8-0.5' | ND | ND | 184 | 0.45 | ND | 18.5 | 7.74 | 29.9 | ND | ND | 30 | 21.3 | 58.2 | 9.36 | ND | ND | ND | ND | ND | ND | ND | ND |
| B-8-4.5' | ND | ND | 167 | 0.48 | ND | 10.8 | 5.73 | 82.1 | ND | ND | 18.5 | 15.9 | 94.3 | 0.41 | ND^a^ | ND^a^ | ND^a^ | ND^a^ | ND^a^ | ND^a^ | ND^a^ | ND^a^ |

Notes:
Only those analytes that were detected above laboratory reporting limits have been included in this table.
For a full list of analytes and the laboratory reporting limits, refer to the laboratory report.
a = Analytical reporting limits raised due to matrix interference or other factors requiring sample dilution.
* The sample I.D.s incorporate the depth interval in feet below ground surface – e.g. EH1-1'-2' is a sample colected from 1 to 2 feet below ground surface at location EH1.
** Samples were analyzed for a full suite of metals per EPA 6000/7000 Series Methods.
*** Samples were analyzed for a full suite of organochlorine pesticides and PCBs per EPA method 8081.
mg/Kg = milligrams per kilogram
μg/Kg = micrograms per kilogram
ND = Not detected above laboratory reporting limits.
NA = Not analyzed.
J = The concentration is estimated.
UJ = The detection limit is an estimated value.

| | | | |
|---|---|---|---|
| Sb | Antimony | Cu | Copper |
| As | Arsenic | Pb | Lead |
| Cr | Chromium | Zn | Zinc |
| Co | Cobalt | Hg | Mercury |

**Soil Analytical Results**
**Volatile and Semi-Volatile Organic Compounds**
**Alameda Point East Housing Area**
**Alameda, California**

*All "EH" samples collected by ERM on 24 May 1999. All "B" samples collected by Treadwell & Rollo between 12-15 April 1999.*

| Sample I.D.* | VOCs** µg/Kg | Semivolatile Organic Compounds*** (µg/Kg) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Methylene Chloride | Benzo (a) Anthracene | Benzo (b+k) Fluoranthene (total) | Benzo (g,h,i) Perylene | Benzo (a) Pyrene | Chrysene | Fluoranthene | Indeno (1,2,3-cd) Pyrene | Naphthalene | Phenanthrene | Pyrene |
| EH1-1'-2' | 2.73 | 834 | 2710 | 1420 | 1640 | 1170 | 2220 | 1010 | ND | ND | 2530 |
| EH2-1'-2' | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| EH3-1'-2' | 3.45 | ND | 196 | ND | ND | ND | ND | ND | ND | ND | 194 J |
| EH4-1'-2' | ND | ND | 389 | 177 | 210 | ND | 249 | ND | 232 | ND | 343 J |
| EH5-1'-2' | ND | 303 | 1020 | 566 | 670 | 467 | 933 | 414 | ND | 360 | 946 |
| EH6-1'-2' | ND | ND | 174 | ND | ND | ND | ND | ND | ND | ND | ND |
| EH7-1'-2' | ND | ND | 324 | ND | 213 | ND | 236 | ND | ND | ND | 337 |
| EH8-1'-2' | ND | ND | 459 | 257 | 299 | ND | 307 | 190 | ND | ND | 358 |
| EH9-1'-2' | ND | ND | 259 | ND | ND | ND | ND | ND | 231 | ND | 244 J |
| EH10-1'-2' | 5.83 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| EH11-1'-2' | ND | 306 | 1230 | 469 | 775 | 509 J | 970 | 387 | 235 | ND | 1310 J |
| EH12-1'-2' | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| B-1- 0-2.5' | 71.7 b | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| B-3- 2.5' | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| B-4- 0-1' | 16.6 b | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| B5- 1.5' | ND | ND[c] | ND[c] | ND[c] | ND[c] | ND[c] | ND[c] | ND[c] | ND[c] | ND[c] | ND[c] |
| B-6- 0.5' | 100 d | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| B-7- 0.5' | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| B-7- 4.5' | 21.3 | ND | ND | 382 | ND | ND | 583 | ND | ND | ND | 444 |
| B-8- 0.5' | 27.1 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| B-8- 4.5' | 48.8 d | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

Notes:
Only those analytes that were detected above laboratory reporting limits have been included in this table.
For a full list of analytes and the laboratory reporting limits, refer to the laboratory report.
* The sample I.D.s incorporate the depth interval in feet below ground surface – e.g., EH1-1'-2' = 1 to 2 feet below ground surface at location EH1.
** Samples were analyzed for a full suite of Volatile Organic Compounds (VOCs) per EPA Method 8260B.
*** Samples were analyzed for a full suite of Semivolatile Organic Compounds (SVOCs) per EPA Method 8270C.
µg/Kg = micrograms per kilogram
ND = Not detected above laboratory reporting limits.
J = ERM qualifier – Estimated Value.
a = Sample was diluted due to the presence of high levels of non-target analytes resulting in elevated reporting limits.
b = Analyte was detected in the associated method blank.
c = Reporting limits raised due to inability to concentrate the extract to the appropriate final volume
d = Additional VOCs were detected above laboratory reporting limits in this sample - see lab data sheets.

Page 1 of 1

3421.00 - 7/20/99

007/007

06/14/2006 07:25 FAX

