to evaluate potential concerns. The status of underground storage tanks (USTs), polychlorinated biphenyls (PCBs), asbestos, and lead-based paint data were also considered during ECP category reclassification. The current ECP category of the parcel and associated discussion is presented in Section 5.2 of this Phase 2A Parcel Report and is also summarized in the Zone 16 Evaluation Data Summary Report (Zone 16 Report). These discussions are based on agreements between the United States (US) Navy (Navy), US Environmental Protection Agency (EPA), and California EPA Department of Toxic Substances Control (DTSC) (Navy, 2000)

### *1.1 Objective*

Parcel 170 is located in Zone 16 (Housing Zone), in the northeastern corner of Alameda Point. The objective of the sampling effort at this site was to investigate and document the existing environmental conditions at Parcel 170. This Phase 2A Parcel Report summarizes site data and outlines the results of EBS Phase 2A sampling.

### *1.2 Site Summary Data*

The following section briefly describes the location, history, and features of Parcel 170. The information presented in this report regarding the status of facilities is from the PEP for this parcel, and reflects the status of the facility on the date of the PEP publication (ERM-West, 1995b). If new information regarding the environmental condition of the property has been identified, or conditions have changed, this information is also provided.

***Zone:*** 16

***Parcel:*** 170

Detailed facility information contained in the Tetra Tech Environmental Management, Inc. (TtEMI) EBS Qualitative Data Base is presented in the Zone 16 Report as Appendix A. This information includes building use, parcel utilities, PCB equipment, asbestos survey results, and building environmental conditions.

***Description:*** Parcel 170 is located east of Main Street in the eastern section of Alameda Point. The parcel is rectangular and includes approximately 34 acres. There are no Resource Conservation and Recovery Act (RCRA) sites on this parcel; however, it is located within 500 feet of three IRP sites: Operable Unit (OU) 1, IRP Site 7; OU 2, IRP Site 4; and the Fleet Industrial Supply Center, Oakland Alameda Annex (FISCO Annex) Scrapyard IRP Site (FISCO Annex Scrapyard IRP Site). Approximately 65 family housing units occupy about 25 percent of

the parcel. No incidents such as fires, mishaps, or flooding are documented to have occurred within this parcel.

***Family Housing:*** The family housing units located on Parcel 170 (approximately 65 multi-family units) were constructed in the fall of 1970. Before family housing units were built, temporary barracks were located on the parcel.

***Open Space:*** Seventy-five percent of this parcel is open space. Seventy percent of the open space is covered with grass and vegetation. The paved areas are covered with asphalt and concrete. Routine activities related with residential use have been conducted in this open space.

### 1.3 Sampling Chronology

The samples from Parcel 170 were collected over the following periods:

- Parcel Samples: none collected
- Zone Samples: November 16, 1994 and May 19, 1995
- Sewer Corridor Samples: none collected

### 1.4 Summary of Sample Types

Table 170-1 is a summary of samples collected for Parcel 170. The locations of the sampling points are shown on Figure 170-1.

- Parcel Samples: none collected
- Zone Samples: 2 surface soil samples
  2 subsurface soil samples
  8 soil gas samples (plus 1 field duplicate)
- Sewer Corridor Samples: none collected

EBS Phase 2A and sewer investigation samples were analyzed at mobile, screening, or fixed-base laboratories. Samples sent to the mobile laboratory were analyzed using standard field methods. Samples sent to the screening laboratory were analyzed using EPA SW-846 methods. Samples sent to the fixed-base laboratory were analyzed using EPA Contract Laboratory Procedure (CLP) protocol.

The mobile and screening laboratory samples have an "M" appended to the end of the sample number to distinguish them from samples sent to the fixed-base laboratory (e.g., sample number 100-0001M represents a mobile or screening laboratory sample from Parcel 100). Fixed-base

laboratory sample numbers, corresponding to screening or mobile laboratory sample numbers omit the "M" suffix (e.g., fixed-base laboratory sample 100-0001 corresponds with screening laboratory sample 100-0001M).

Samples collected for the sewer investigation address specific sewer systems and sample numbers reflect the type of sewer system addressed. Sewer samples are identified as follows: "M" storm sewer, "S" sanitary sewer, and "I" industrial waste sewer. The identifier is appended to the parcel number at the center of the sample number (e.g., the sample number 100M-001 represents a storm sewer sample, and sample number 100S-001M represents a sanitary sewer sample analyzed at the mobile or screening laboratory). Clean-out ports, lift, and pump stations are also assigned letter identifiers as required. These specific identifiers are explained on Table 170-1.

### 1.5 Field Variations from Sampling Plans

There were no variations from the sampling plans.

### 1.6 Summary of Existing IRP Data

Parcel 170 is located 250 feet southeast of IRP Site 7 (OU 1), and 400 feet northeast of IRP Site 4 (OU 2). IRP Sites 4 and 7 do not impact Parcel 170. Parcel 170 is approximately 500 feet south of the FISCO Annex Scrapyard IRP Site. The FISCO Annex Scrapyard IRP Site is separate from Alameda Point. A benzene plume, which may be associated with the FISCO Annex Scrapyard IRP Site, extends beneath Parcels 178, 179, 180, and 181 on Alameda Point and FISCO Annex parcels (Parcels 172, 174, and 175). Concentrations of benzene in groundwater from these parcels exceed the 1998 EPA Region 9 Preliminary Remediation Goal (PRG). However, human health risk from benzene is below acceptable criteria (1998 PRGs) for Parcels 172, 174, 175, 178, 179, 180, and 181 (TtEMI, 1999b; ERM-West, 1999). The benzene plume is believed to be the result of historic industrial activities that predate ownership by the Navy.

Before the Alameda Point land surface was filled the area between Alameda Island and the City of Oakland was salt marsh and tidal flats. The former surface of the marshlands is referred to as "marsh crust" (Lee and Prasker, 1979). The marsh crust represents a rich organic surface layer that was present in the static prefill configuration of the western Alameda Island. The marsh crust was investigated during the FISCO Annex Scrapyard IRP Site remedial investigation (RI) (PRC, 1995). Marsh crust underlies most of the eastern section and a portion of the central area of Alameda Point. Marsh crust locally contains elevated levels of petroleum-related volatile

organic compounds (VOCs) and semivolatile organic compounds (SVOCs), likely originating from historic industries in the area. Marsh crust is known to underlie Parcel 170 at a depth of approximately 10 feet. The Navy is currently developing an institutional control to address VOCs and SVOCs in marsh crust. The institutional control will be included in the Record of Decision for the marsh crust subtidal area, which is scheduled to be published in July 2000. The proposed institutional control prohibits excavation below a depth of 10 feet, unless protective measures are implemented. This institutional control will be enforced by the City of Alameda under *City of Alameda Ordinance No. 2824* (City of Alameda, 2000) and the DTSC.

### 1.7 RCRA Sites

RCRA sites are not present on this parcel.

### 1.8 Underground Storage Tanks/Fuel Lines

USTs and underground fuel lines are not present on this parcel.

### 1.9 Compliance Issues

The following section provides information on lead-based paint, asbestos, and PCB issues on Parcel 170.

***Lead-based Paint:*** The presence of lead-based paint has been confirmed in townhouses and apartments on Parcel 170. The Navy intends to handle this as a disclosure issue upon property transfer. Sampling for lead-based paint in soil was performed by the Navy Public Works Center in 1996. Forty-six surface soil samples were collected from seven locations on Parcel 170. Lead concentrations in two of these samples exceeded the most current PRG (400 milligrams per kilogram (mg/kg)) (EPA, 1999). Housing Units 936 and 1004 were found to have isolated areas with elevated lead concentrations (531 and 409 mg/kg, respectively). The EBS Comprehensive Guide presents a description of the findings and a figure showing approximate sample locations and results (IT, 1999).

***Asbestos:*** No asbestos issues have been identified on Parcel 170.

***PCBs:*** No PCB issues have been identified on Parcel 170.

## 2.0 Parcel Evaluation Findings

The findings presented in this section summarize analytical data collected during the EBS Phase 2A investigation of Parcel 170. A complete list of target analytes for each sample is presented in Table 170-1. Detected analytes are listed in Table 170-2. A summary of the detected analytes, 1996 PRGs, and background levels are presented in Table 170-3. Field duplicate and quality control sample results are not included in Table 170-3. Appendix A provides a printout of validated analytical results from the fixed-base laboratory contained in IT Corporation (IT) Environmental Database Management System (ITEMS). Appendix B provides a printout of screening laboratory analytical results contained in ITEMS. Appendix C provides a list of data qualifiers and validation codes.

Constituent concentrations exceeding 1996 PRGs, background metal levels, or Petroleum Risk-Based Screening Levels (RBSLs) at Alameda Point are discussed as "elevated" or "high." Concentrations of compounds are discussed as "low" or "moderate" if detected below 1996 PRGs, RBSL, and background levels (EPA, 1996; PRC, 1996; TerraNext, 1997; TtEMI, 1999a). RBSLs for petroleum were established for Alameda Point by identifying petroleum levels representing significant risk (PRC, 1996). Background levels for metals were established for soil and groundwater during studies conducted at Alameda Point (Terra Next, 1997; TtEMI, 1999a). Further evaluation of these data were conducted through a tiered screening process as developed by PRC Environmental Management, Inc. (PRC) in *NAS Alameda: Methodology for Human-Health Risk-Based Tiered Screening Analysis Technical Memorandum* (PRC, 1997). The results of tiered screening are summarized in Section 5.0.

Parcel data were evaluated through the tiered screening process using 1996 PRGs (EPA, 1996). After evaluating parcel data (circa 1997), 1998 PRGs were issued (EPA, 1998). The tiered screening results presented in Appendix D of this Phase 2A Parcel Report retain calculations based on 1996 PRGs; 1996 PRGs are presented in tiered screening Table D-1. The 1998 PRGs were used to calculate tier 2 results for parcels that required further tiered screening evaluation. These updated calculations are presented in the Parcel Reclassification Summaries contained in Appendix C of the zone reports. In effect, this brings tiered screening results of critical parcels up to date with 1998 PRGs. The most recent PRGs were issued in December 1999 (EPA, 1999). Recent changes to PRGs do not significantly impact the conclusions discussed below.

## 2.1 Parcel Evaluation Plan Sampling

Parcel-specific samples were not collected on Parcel 170 because potential release areas were not identified or suspected during the EBS Phase 1 investigation (ERM-West, 1995b).

## 2.2 Zone Samples

The Zone 16 ZAP identified two zone-wide target areas on Parcel 170 (ERM-West, 1995a). Two surface soil, two subsurface soil, and eight soil gas samples were collected.

### Zone 16 Target Area 1 (Landscaped Areas)

Zone 16 Target Area 1 (Landscaped Areas) includes all landscaped or formerly unpaved areas within the zone that may have been impacted by pesticide use. Two surface soil samples were collected and analyzed for CLP pesticides/PCBs.

### Zone 16 Target Area 1 Sampling Results

Analytical results for surface soil samples 170-0001 and 170-0002 are summarized below. Results qualified with a "J" are estimated concentrations.

- 4,4'-DDD (5.4J and 95 micrograms per kilogram (µg/kg)), alpha-chlordane (4.4J and 12J µg/kg), and gamma-chlordane (4.2J and 9.8 µg/kg) were detected in both samples. 4,4'-DDE (2.6J µg/kg) and 4,4'-DDT (40 µg/kg) were detected in sample 170-0001. Concentrations do not exceed 1996 PRGs.

### Zone 16 Target Area 2 (Filled Wetlands)

Zone 16 Target Area 2 (Filled Wetlands) includes all former wetlands within the zone. These areas may have been impacted by historical releases (prior to filling) or disposal of organic compounds from a nearby oil refinery and two gas manufacturing plants. Two subsurface soil samples (170-0004M and 170-0008M) and eight soil gas samples (170-0003M, 170-0005M through 170-0007M, and 170-0009M through 170-0012M; plus 1 field duplicate 170-0013M) were collected and analyzed for VOCs.

### Zone 16 Target Area 2 Sampling Results

Ten samples were collected from this target area. The analytical results are summarized below.

- O-xylene was detected in soil gas sample 170-0003M (3J milligrams per cubic meter ($mg/m^3$)) at a concentration exceeding the 1996 PRG (0.73 $mg/m^3$).

- Acetone was detected in soil sample 170-0008M (83 µg/kg) below the 1996 PRG ($2.1 \times 10^6$ µg/kg).

### 2.3 Sewer Corridor Sampling

The work plan for storm, industrial, and sanitary sewer sampling did not require sewer samples on Parcel 170 (IT, 1994a).

## 3.0 Data Quality/Data Validation

The fixed-base laboratory analytical data collected from this parcel are acceptable as reported. The CLP analytical data have passed EPA Level III validation and review. In accordance with the Shell Work Plan, 10 percent of all CLP data have undergone a Level IV validation (ERM-West, 1994). The screening laboratory analyses were conducted using standard protocol for certificate of analysis results.

All data have been collected, analyzed, checked, and prepared in accordance with the Quality Assurance Project Plan (QAPjP). The QAPjP for the EBS PEP sampling and analysis has been adopted from the ongoing basewide IRP. This QAPjP was originally written by Canonie Environmental (Canonie, 1990), and was supplemented by Section 3 of a work plan addendum prepared by PRC and Montgomery Watson (PRC and Montgomery Watson, 1993).

There were no rejected data for samples collected from this parcel. All data are useable as presented.

## 4.0 Adjacent Parcels

Parcel 170 is bounded by Parcel 171 to the north, Main Street to the west, Atlantic Avenue to the south, and private property (College of Alameda) to the east. The Alameda Railroad runs along the western and southern border of the parcel. Activities of concern on the adjacent property include former activities associated with the railroad.

## 5.0 Conclusions

The Zone 16 ZAP and Parcel 170 PEP identified two zone-wide target areas and no parcel-specific target area within the parcel boundaries (ERM-West, 1995a and 1995b). The target areas identified included Zone 16 Target Area 1 (Landscaped Areas) and Zone 16 Target Area 2 (Filled Wetlands). Twelve zone-wide samples were collected from these target areas. The work plan for sewer investigations did not require sewer sampling on Parcel 170 (IT, 1994a). A summary of results and recommendations for each sampling area is presented below.

### Zone 16 Target Area 1 (Landscaped Areas)

Zone 16 Target Area 1 (Landscaped Areas) includes all landscaped or formerly unpaved areas within Zone 16 (Housing Zone) that may have been impacted by pesticide use. Two surface soil samples were collected and analyzed for CLP pesticides/PCBs.

Analytical results revealed detectable concentrations of 4,4'-DDT (40 and 95 µg/kg), alpha chlordane (4.4J and 12J µg/kg), and gamma chlordane (4.2J and 9.8 µg/kg) in two samples. 4,4'-DDD (5.4J µg/kg) and 4,4'-DDE (2.6J µg/kg) were detected in one sample. None of these concentrations exceed 1996 PRGs (Table 170-3).

The concentrations of the detected pesticides do not suggest improper use or application practices. Based on the low concentrations detected, further investigation is not recommended for Zone 16 Target Area 1.

### Zone 16 Target Area 2 (Filled Wetlands)

Zone 16 Target Area 2 (Filled Wetlands) includes all former wetlands within Zone 16 (Housing Zone). These areas may have been impacted by historical releases or disposal of organic compounds from a nearby oil refinery and two gas manufacturing plants. Two subsurface soil samples and eight soil gas samples were collected and analyzed for VOCs by the screening laboratory using EPA Method 8240.

One of eight soil gas samples collected had an o-xylene concentration of 3J mg/m$^3$, which exceeds the 1996 PRG (0.73 mg/m$^3$). No other VOC compounds were detected in soil gas samples. Acetone (83 µg/kg) was detected in one of two subsurface soil samples. The concentration of acetone is five orders of magnitude below the 1996 PRG (2.1x10$^6$ µg/kg). No other VOCs were detected in these samples.

The concentrations and frequency of detection of VOCs do not suggest widespread adverse environmental impact. Based on the low concentrations, small number of detected analytes, and infrequency of detections, further investigation is not recommended for Zone 16 Target Area 2.

### 5.1 Tier 1 Screening Analysis

A tier 1 screening analysis was conducted on EBS Phase 2A analytical data to evaluate potential impacts of detected constituents. Tier 1 screening was based on 1996 PRGs and conducted as directed in the Technical Memorandum (PRC, 1997). The tier 1 and tier 2 screening process is described in the EBS Comprehensive Guide (IT, 1999). Tier 1 screening for Parcel 170 included analytical data from soil samples collected from Zone 16 Target Areas 1 and 2 on Parcel 170 during the EBS Phase 2A investigation.

Tier 1 screening risk calculations for soil (Appendix D) indicate a potential Cancer Risk value of $1.41 \times 10^{-7}$ and a Hazard Index (HI) of $8.53 \times 10^{-3}$. These results do not exceed the acceptable criteria presented in the 1995 BRAC Cleanup Guidebook for Incremental Lifetime Cancer Risk of $1 \times 10^{-4}$ and HI of 1.0 (DOD, 1995). Based on data obtained during the EBS Phase 2A investigation, Parcel 170 does not pose an unacceptable level of human health risk.

### 5.2 Parcel Reclassification

The ECP category for Parcel 170 required reevaluation based on results of the EBS Phase 2A investigation and progress in parallel investigations related to the IRP, USTs, and other environmental concerns. The Zone 16 Report provides updated ECP category information in Appendix C. Parcels were reclassified in ECP categories based on updated tiered screening, potential migration assessment, reuse, and risk management information.

Parcel 170 is designated for residential reuse. Results of tiered screening for Parcel 170 indicate a Cancer Risk of $1.41 \times 10^{-7}$ and HI of $8.53 \times 10^{-3}$ for the residential reuse scenario (Zone 16 Report, Appendix C). No other reuse scenarios were examined. Contaminant migration from nearby IRP sites does not pose a risk to Parcel 170. Because tiered screening results are below 1995 BRAC Cleanup Guidebook criteria for the intended reuse and contaminant migration has not been identified as a potential risk, the Navy has determined that Parcel 170 is suitable for transfer (Navy, 2000).

The Navy, DTSC, and EPA concurred during parcel reclassification meetings held in February 2000 that Parcel 170 should be classified as ECP category 6 based on the presence of marsh crust beneath the parcel. Once the marsh crust institutional control is in place, this parcel will be transferable as ECP category 4.

## 6.0 References


California Department of Health Services (DHS). 2000. *Drinking Water Standards: Primary Maximum Contaminant Levels (MCLs) and Lead and Copper Action Levels.* February.

Canonie Environmental (Canonie). 1990. *Quality Assurance Project Plan, Quality Assurance/ Quality Control Plan, Remedial Investigation/Feasibility Study, Volumes 1 through 3, Naval Air Station Alameda, Alameda, California.* Alameda, California. January.

City of Alameda. 2000. *City of Alameda Ordinance No. 2824, Amending the Alameda Municipal Code by Amending Chapter XIII (Building and Housing) by Adding a New Section 13-56 (Excavation Into The Marsh Crust/Subtidal Zone at the Former Naval Air Station Alameda and Fleet Industrial Supply Center, Alameda Annex and Facility) to Article XVII (Pits, Wells and Excavations).* Alameda, California. February 17.

ERM-West. 1988. *Site Investigation at the Warehouse Area.* Walnut Creek, California. May.

ERM-West. 1994. *Workplan for Conducting Parcel Specific Environmental Baseline Surveys, Volumes I and II, Naval Air Station Alameda.* Walnut Creek, California. July.

ERM-West. 1995a. *Zone Analysis Plans.* Walnut Creek, California. March 20.

ERM-West. 1995b. *Parcel Evaluation Plans.* Walnut Creek, California. March 20.

ERM-West. 1999. Letter from Michael E. Quinllin to Steven Edde, BRAC Environmental Coordinator, Former Naval Air Station, Alameda Point, Alameda, California. Re: Soil Investigation at the Alameda Point East Housing Area, Alameda, California. December 6.

IT Corporation (IT). 1994. *Work Plan for Storm, Industrial, and Sanitary Sewer Sampling, Naval Air Station, Alameda, Alameda, California.* Martinez, California. November.

IT Corporation (IT). 1998. *Environmental Baseline Survey, Data Evaluation Summaries, Volumes I through XIV, Naval Air Station Alameda, Alameda, California.* Martinez, California. December.

IT Corporation (IT). 1999. *Comprehensive Guide to the Environmental Baseline Survey, Alameda Point, Alameda, California.* Martinez, California. March.

Lee and Prasker. 1979. *Geotechnical Investigation Defense Property Disposal Office.* Alameda, California.

PRC Environmental Management, Inc. and Montgomery Watson (PRC and Montgomery Watson). 1990. *Addendum to the Quality Assurance Project Plan for the Environmental Baseline Survey, Naval Air Station Alameda, Alameda, California.* San Francisco, California.