PRC Environmental Management, Inc. (PRC). 1995. *FISC Alameda, Alameda Annex, Draft Final RI Report.* San Francisco, California.

PRC Environmental Management, Inc. (PRC). 1996. *Final Human Health Risk-Based Petroleum Screening Levels, Technical Memorandum, Naval Air Station Alameda, Alameda, California.* Denver, Colorado. March.

PRC Environmental Management, Inc. (PRC). 1997. Naval Air Station Alameda: *Methodology for Human Health Risk-Based Tiered Screening Analysis Technical Memorandum.* Denver, Colorado. March 28.

TerraNext. 1997. Letter from Theresa Lopez to Teresa Bernhard and Camille Garibaldi, Navy, EFA-West, San Bruno, California. Re: Background Data Set (with 80LCL/95 calculations) for NAS Alameda. March 14.

Tetra Tech Environmental Management, Inc. (TtEMI). 1999. *Operable Unit 1 - Remedial Investigations Report, Final, Alameda Point, Alameda, California.* Rancho Cordova, California. March 23.

United States Department of the Navy (Navy). 2000. Letter from Warren J. Yip to Ms. Anna-Marie Cook, EPA, Region IX, San Francisco, California. Subject: Final Parcel Reclassification for Environmental Baseline Survey as of February 2000, at Alameda Point, Alameda, California. March 1.

United States Department of Defense (DOD). 1995. *Base Realignment and Closure (BRAC) Cleanup Plan Guidebook.*

United States Environmental Protection Agency (EPA). 1996. *Region 9 Preliminary Remediation Goals (PRGs) 1996.* Region IX, San Francisco, California. August 1.

United States Environmental Protection Agency (EPA). 1998. *Region 9 Preliminary Remediation Goals (PRGs) 1998.* Region IX, San Francisco, California. May.

United States Environmental Protection Agency (EPA). 1999. *Region 9 Preliminary Remediation Goals (PRGs) 1999.* Region IX, San Francisco, California. December.

# TABLES

Table 170-1
EBS Phase 2A Sample Collection Summary
Parcel 170

Alameda Point
Project No. 762325

| Sample # | Date | Type | Matrix | Purpose | Sample Depth (ft)* | Analytical Parameters | Lab Type** |
|---|---|---|---|---|---|---|---|
| 170-0001 | 16-Nov-94 | Surface Soil | Soil | Zone 16 TA-1 | 0.5 to 1.0 | CLP Pesticides/PCBs | F |
| 170-0002 | 16-Nov-94 | Surface Soil | Soil | Zone 16 TA-1 | 0.5 to 1.0 | CLP Pesticides/PCBs | F |
| 170-0003M | 19-May-95 | Soil Gas | Air | Zone 16 TA-2 | 2.5 to 2.5 | VOC (8240) | S |
| 170-0004M | 19-May-95 | Subsurface Soil | Soil | Zone 16 TA-2 | 3.0 to 3.5 | VOC (8240) | S |
| 170-0005M | 19-May-95 | Soil Gas | Air | Zone 16 TA-2 | 2.5 to 2.5 | VOC (8240) | S |
| 170-0006M | 19-May-95 | Soil Gas | Air | Zone 16 TA-2 | 2.5 to 2.5 | VOC (8240) | S |
| 170-0007M | 19-May-95 | Soil Gas | Air | Zone 16 TA-2 | 2.5 to 2.5 | VOC (8240) | S |
| 170-0008M | 19-May-95 | Subsurface Soil | Soil | Zone 16 TA-2 | 3.0 to 3.5 | VOC (8240) | S |
| 170-0009M | 19-May-95 | Soil Gas | Air | Zone 16 TA-2 | 2.5 to 2.5 | VOC (8240) | S |
| 170-0010M | 19-May-95 | Soil Gas | Air | Zone 16 TA-2 | 2.5 to 2.5 | VOC (8240) | S |
| 170-0011M | 19-May-95 | Soil Gas | Air | Zone 16 TA-2 | 3.0 to 3.0 | VOC (8240) | S |
| 170-0012M | 19-May-95 | Soil Gas | Air | Zone 16 TA-2 | 3.0 to 3.0 | VOC (8240) | S |
| 170-0013M | 19-May-95 | Soil Gas | Air | Field Duplicate (1) | 2.5 to 2.5 | VOC (8240) | S |

Notes:
* Sample depth indicates depth below subgrade
** Lab Type: M = Mobile, S = Screening, F = Fixed-base.
"M" at end of sample number indicates Mobile or Screening level laboratory sample (see Lab Type column).
(1) Field Duplicate of sample 170-0007M.

CLP - Contract Laboratory Program
ft - feet
PCB - polychlorinated biphenyl
TA - Target Area
VOC - volatile organic compounds

Table 170-2
Laboratory Detected Parameters
EBS Phase 2A, Alameda Point
Parcel 170

| Sample Number | Test Panel | Compound Name | Sample Type | Result Type | Result | Unit of Measure | Qlfr | Detect Limit |
|---|---|---|---|---|---|---|---|---|
| 170-0003M | 8240 VOLATILES | O-XYLENE | REG | TRG | 3 | MG/M3 | J | 5 |
| 170-0008M | 8240 VOLATILES | ACETONE | REG | TRG | 83 | UG/KG | | 31 |
| 170-0001 | CLP PEST/PCB | 4,4'-DDD | REG | TRG | 5.4 | UG/KG | PJ | 4.3 |
| | | 4,4'-DDE | | TRG | 2.6 | UG/KG | J | 4.3 |
| | | 4,4'-DDT | | TRG | 40 | UG/KG | | 4.3 |
| | | ALPHA-CHLORDANE | | TRG | 4.4 | UG/KG | PJ | 2.2 |
| | | GAMMA-CHLORDANE | | TRG | 4.2 | UG/KG | PJ | 2.2 |
| 170-0002 | CLP PEST/PCB | 4,4'-DDT | REG | TRG | 95 | UG/KG | | 19 |
| | | ALPHA-CHLORDANE | | TRG | 12 | UG/KG | PJ | 9.9 |
| | | GAMMA-CHLORDANE | | TRG | 9.8 | UG/KG | JP | 9.9 |

# Table 170-3
## Analyte Detection Synopsis
## EBS Phase 2A, Alameda Point
## Parcel 170

| Sample Number | Compound Name | CAS Number | Sample Matrix | Result | Unit of Measure | Detect Limit | Qlfr | Start Depth | End Depth | PRG | PRG Desc | PRG Units | Backgrnd Area | Backgrnd Conc | Backgrnd Units | RBSL | RBSL Desc | RBSL Units |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 170-0003M | O-XYLENE | 95-47-6 | AIR | 3 | MG/M3 | 5 | J | 2.5 | 2.5 | 730 | nc | µG/M3 | PINK | NA | NA | NA | NA | NA |
| 170-0001 | 4,4'-DDD | 72-54-8 | SOIL | 5.4 | UG/KG | 4.3 | PJ | 0.5 | 1 | 1.8514 | ca | MG/KG | PINK | NA | NA | NA | NA | NA |
| 170-0001 | 4,4'-DDE | 72-55-9 | | 2.6 | UG/KG | 4.3 | J | 0.5 | 1 | 1.3068 | ca | MG/KG | PINK | NA | NA | NA | NA | NA |
| 170-0001 | 4,4'-DDT | 50-29-3 | | 40 | UG/KG | 4.3 | | 0.5 | 1 | 1.3068 | ca | MG/KG | PINK | NA | NA | NA | NA | NA |
| 170-0002 | 4,4'-DDT | 50-29-3 | | 95 | UG/KG | 19 | | 0.5 | 1 | 1.3068 | ca | MG/KG | PINK | NA | NA | NA | NA | NA |
| 170-0008M | ACETONE | 67-64-1 | | 83 | UG/KG | 31 | | 3 | 3.5 | 2,089.24 | nc | MG/KG | PINK | NA | NA | NA | NA | NA |
| 170-0001 | ALPHA-CHLORDANE | 5103-71-9 | | 4.4 | UG/KG | 2.2 | PJ | 0.5 | 1 | NA | NA | NA | PINK | NA | NA | NA | NA | NA |
| 170-0002 | ALPHA-CHLORDANE | 5103-71-9 | | 12 | UG/KG | 9.9 | PJ | 0.5 | 1 | NA | NA | NA | PINK | NA | NA | NA | NA | NA |
| 170-0001 | GAMMA-CHLORDANE | 5103-74-2 | | 4.2 | UG/KG | 2.2 | PJ | 0.5 | 1 | NA | NA | NA | PINK | NA | NA | NA | NA | NA |
| 170-0002 | GAMMA-CHLORDANE | 5103-74-2 | | 9.8 | UG/KG | 9.9 | JP | 0.5 | 1 | NA | NA | NA | PINK | NA | NA | NA | NA | NA |

Backgrnd: *Background data set (with 80LCL/95 calculations) for NAS Alameda*, Pink Area (TerraNext, 1997).
PRG: *Region 9 Preliminary Remediation Goals (PRGs) 1996* (EPA, 1996).
RBSL: *Final Human Health Risk-Based Petroleum Screening Levels, Technical Memorandum* (PRC, 1996).

ca: Chemical concentration based on a carcinogenic risk of $1 \times 10^{-6}$.
nc: Chemical concentration based on a noncarcinogenic hazard index of 1.0.
Qlfr: Definitions for qualifiers are presented in Appendix C.

Bold Result: Results appearing in bold exceed the PRG.

# FIGURES



DRAWING NUMBER 762325-B91
DRAWN BY
SR
7-25-95
CHECKED BY
APPROVED BY
KEY PLAN
PARCEL 170
GENERAL LEGEND
PARCEL OUTLINE
SUBSURFACE SOIL SAMPLE & NO.
SURFACE SOIL SAMPLE & NO.
SOIL GAS SAMPLE & NO.
000-0000(M) CONFIRMATION & SCREENING SAMPLE TAKEN
TARGET AREA & NO.
FUEL LINES ABANDONED
FUEL LINES IN USE
SANITARY SEWER MANHOLE NO.
SANITARY SEWER LINE
INDUSTRIAL WASTE MANHOLE & NO.
INDUSTRIAL WASTE LINE
STORM DRAIN MANHOLE & NO.
CATCH BASIN
STORM SEWER LINE
C.I. - CAST IRON
RC - REINFORCED CONCRETE
1. ALL SANITARY SEWERS ARE VITRIFIED CLAY PIPE UNLESS NOTED OTHERWISE.
NOTE: PARCEL BOUNDARIES ARE APPROXIMATE.
170-0005M
170-0001
170-0009M
170-0004M
170-0012M
170-0006M
PARCEL 170
170-0011M
170-0002
170-0008M
170-0007M
170-0013M
170-0010M
CITY OF ALAMEDA S.S.
SCALE
0 250 500 FEET
FIGURE 170-1
EBS PHASE 2A
PARCEL 170
SAMPLE LOCATION MAP
PREPARED FOR
ALAMEDA POINT
ALAMEDA, CALIFORNIA
INTERNATIONAL TECHNOLOGY CORPORATION


36A

# APPENDIX A

## LABORATORY DATA REPORTS (FIXED-BASE LABORATORY)

# APPENDIX A
## Laboratory Data Report (Fixed-Base Laboratory)
## EBS Phase 2A, Alameda Point
## Parcel 170

| Sample Number | Location Code | Test Panel | Compound Name | Unit of Measure | Qlfr | Result | Res. Type | Validation Code | R1 | R2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 170-0001 | 170-Z16-001 | CLP PEST/PCB | 4,4'-DDD | UG/KG | PJ | 5.4 | TRG | AQ | 123 | |
| | | | 4,4'-DDE | UG/KG | J | 2.6 | TRG | A | | |
| | | | 4,4'-DDT | UG/KG | | 40 | TRG | A | | |
| | | | ALDRIN | UG/KG | U | 2.2 | TRG | A | | |
| | | | ALPHA-BHC | UG/KG | U | 2.2 | TRG | A | | |
| | | | ALPHA-CHLORDANE | UG/KG | PJ | 4.4 | TRG | AQ | 123 | |
| | | | AROCLOR-1016 | UG/KG | U | 43 | TRG | A | | |
| | | | AROCLOR-1221 | UG/KG | U | 87 | TRG | A | | |
| | | | AROCLOR-1232 | UG/KG | U | 43 | TRG | A | | |
| | | | AROCLOR-1242 | UG/KG | U | 43 | TRG | A | | |
| | | | AROCLOR-1248 | UG/KG | U | 43 | TRG | A | | |
| | | | AROCLOR-1254 | UG/KG | U | 43 | TRG | A | | |
| | | | AROCLOR-1260 | UG/KG | U | 43 | TRG | A | | |
| | | | BETA-BHC | UG/KG | U | 2.2 | TRG | A | | |
| | | | DELTA-BHC | UG/KG | U | 2.2 | TRG | A | | |
| | | | DIELDRIN | UG/KG | U | 4.3 | TRG | A | | |
| | | | ENDOSULFAN I | UG/KG | U | 2.2 | TRG | A | | |
| | | | ENDOSULFAN II | UG/KG | U | 4.3 | TRG | A | | |
| | | | ENDOSULFAN SULFATE | UG/KG | U | 4.3 | TRG | A | | |
| | | | ENDRIN | UG/KG | U | 4.3 | TRG | A | | |
| | | | ENDRIN ALDEHYDE | UG/KG | U | 4.3 | TRG | A | | |
| | | | ENDRIN KETONE | UG/KG | U | 4.3 | TRG | A | | |
| | | | GAMMA-BHC (LINDANE) | UG/KG | U | 2.2 | TRG | A | | |
| | | | GAMMA-CHLORDANE | UG/KG | PJ | 4.2 | TRG | AQ | 123 | |
| | | | HEPTACHLOR | UG/KG | U | 2.2 | TRG | A | | |
| | | | HEPTACHLOR EPOXIDE | UG/KG | U | 2.2 | TRG | A | | |
| | | | METHOXYCHLOR | UG/KG | U | 22 | TRG | A | | |
| | | | TOXAPHENE | UG/KG | U | 220 | TRG | A | | |
| 170-0002 | 170-Z16-002 | CLP PEST/PCB | 4,4'-DDD | UG/KG | U | 19 | TRG | A | | |
| | | | 4,4'-DDE | UG/KG | U | 19 | TRG | A | | |
| | | | 4,4'-DDT | UG/KG | | 95 | TRG | A | | |
| | | | ALDRIN | UG/KG | U | 9.9 | TRG | A | | |
| | | | ALPHA-BHC | UG/KG | U | 9.9 | TRG | A | | |
| | | | ALPHA-CHLORDANE | UG/KG | PJ | 12 | TRG | AQ | 123 | |
| | | | AROCLOR-1016 | UG/KG | U | 190 | TRG | A | | |
| | | | AROCLOR-1221 | UG/KG | U | 390 | TRG | A | | |
| | | | AROCLOR-1232 | UG/KG | U | 190 | TRG | A | | |
| | | | AROCLOR-1242 | UG/KG | U | 190 | TRG | A | | |
| | | | AROCLOR-1248 | UG/KG | U | 190 | TRG | A | | |
| | | | AROCLOR-1254 | UG/KG | U | 190 | TRG | A | | |
| | | | AROCLOR-1260 | UG/KG | U | 190 | TRG | A | | |
| | | | BETA-BHC | UG/KG | U | 9.9 | TRG | A | | |
| | | | DELTA-BHC | UG/KG | U | 9.9 | TRG | A | | |
| | | | DIELDRIN | UG/KG | U | 19 | TRG | A | | |
| | | | ENDOSULFAN I | UG/KG | U | 9.9 | TRG | A | | |
| | | | ENDOSULFAN II | UG/KG | U | 19 | TRG | A | | |
| | | | ENDOSULFAN SULFATE | UG/KG | U | 19 | TRG | A | | |
| | | | ENDRIN | UG/KG | U | 19 | TRG | A | | |
| | | | ENDRIN ALDEHYDE | UG/KG | U | 19 | TRG | A | | |
| | | | ENDRIN KETONE | UG/KG | U | 19 | TRG | A | | |
| | | | GAMMA-BHC (LINDANE) | UG/KG | U | 9.9 | TRG | A | | |
| | | | GAMMA-CHLORDANE | UG/KG | JP | 9.8 | TRG | A | | |
| | | | HEPTACHLOR | UG/KG | U | 9.9 | TRG | A | | |
| | | | HEPTACHLOR EPOXIDE | UG/KG | U | 9.9 | TRG | A | | |
| | | | METHOXYCHLOR | UG/KG | U | 99 | TRG | A | | |
| | | | TOXAPHENE | UG/KG | U | 990 | TRG | A | | |

# APPENDIX B

## LABORATORY DATA REPORTS (SCREENING LABORATORY)

APPENDIX B
Laboratory Data Report (Screening Laboratory)
EBS Phase 2A, Alameda Point
Parcel 170

| Sample Number | Location Code | Test Panel | Compound Name | Unit of Measure | Qlfr | Result | Res. Type | Valid Code | R1 | R2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 170-0003M | 170-Z16-003 | 8240 VOLATILES | FREON 113 | MG/M3 | U | 5 | TIC | UV | | |
| | | | 1,1,1-TRICHLOROETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,1,2,2-TETRACHLOROETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,1,2-TRICHLOROETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,1-DICHLOROETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,1-DICHLOROETHENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,2-DICHLOROETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,2-DICHLOROPROPANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 2-BUTANONE | MG/M3 | U | 10 | TRG | UV | | |
| | | | 2-HEXANONE | MG/M3 | U | 10 | TRG | UV | | |
| | | | 4-METHYL-2-PENTANONE | MG/M3 | U | 10 | TRG | UV | | |
| | | | ACETONE | MG/M3 | U | 20 | TRG | UV | | |
| | | | BENZENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | BROMODICHLOROMETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | BROMOFORM | MG/M3 | U | 5 | TRG | UV | | |
| | | | BROMOMETHANE | MG/M3 | U | 10 | TRG | UV | | |
| | | | CARBON DISULFIDE | MG/M3 | U | 5 | TRG | UV | | |
| | | | CARBON TETRACHLORIDE | MG/M3 | U | 5 | TRG | UV | | |
| | | | CHLOROBENZENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | CHLOROETHANE | MG/M3 | U | 10 | TRG | UV | | |
| | | | CHLOROFORM | MG/M3 | U | 5 | TRG | UV | | |
| | | | CHLOROMETHANE | MG/M3 | U | 10 | TRG | UV | | |
| | | | CIS-1,2-DICHLOROETHENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | CIS-1,3-DICHLOROPROPENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | DIBROMOCHLOROMETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | ETHYLBENZENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | HEXANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | M,P-XYLENES | MG/M3 | U | 5 | TRG | UV | | |
| | | | METHYLENE CHLORIDE | MG/M3 | U | 20 | TRG | UV | | |
| | | | O-XYLENE | MG/M3 | J | 3 | TRG | UV | | |
| | | | STYRENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TETRACHLOROETHENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TOLUENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TRANS-1,2-DICHLOROETHENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TRANS-1,3-DICHLOROPROPENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TRICHLOROETHENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TRICHLOROFLUOROMETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | VINYL ACETATE | MG/M3 | U | 50 | TRG | UV | | |
| | | | VINYL CHLORIDE | MG/M3 | U | 10 | TRG | UV | | |
| 170-0004M | 170-Z16-004 | 8240 VOLATILES | FREON 113 | UG/KG | U | 8 | TIC | UV | | |
| | | | 1,1,1-TRICHLOROETHANE | UG/KG | U | 8 | TRG | UV | | |
| | | | 1,1,2,2-TETRACHLOROETHANE | UG/KG | U | 8 | TRG | UV | | |
| | | | 1,1,2-TRICHLOROETHANE | UG/KG | U | 8 | TRG | UV | | |
| | | | 1,1-DICHLOROETHANE | UG/KG | U | 8 | TRG | UV | | |
| | | | 1,1-DICHLOROETHENE | UG/KG | U | 8 | TRG | UV | | |
| | | | 1,2-DICHLOROETHANE | UG/KG | U | 8 | TRG | UV | | |
| | | | 1,2-DICHLOROPROPANE | UG/KG | U | 8 | TRG | UV | | |
| | | | 2-BUTANONE | UG/KG | U | 16 | TRG | UV | | |
| | | | 2-HEXANONE | UG/KG | U | 16 | TRG | UV | | |
| | | | 4-METHYL-2-PENTANONE | UG/KG | U | 16 | TRG | UV | | |
| | | | ACETONE | UG/KG | U | 31 | TRG | UV | | |
| | | | BENZENE | UG/KG | U | 8 | TRG | UV | | |
| | | | BROMODICHLOROMETHANE | UG/KG | U | 8 | TRG | UV | | |
| | | | BROMOFORM | UG/KG | U | 8 | TRG | UV | | |
| | | | BROMOMETHANE | UG/KG | U | 16 | TRG | UV | | |
| | | | CARBON DISULFIDE | UG/KG | U | 8 | TRG | UV | | |
| | | | CARBON TETRACHLORIDE | UG/KG | U | 8 | TRG | UV | | |
| | | | CHLOROBENZENE | UG/KG | U | 8 | TRG | UV | | |