APPENDIX B
Laboratory Data Report (Screening Laboratory)
EBS Phase 2A, Alameda Point
Parcel 170

| Sample Number | Location Code | Test Panel | Compound Name | Unit of Measure | Qlfr | Result | Res. Type | Valid Code | R1 | R2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 170-0004M | 170-Z16-004 | 8240 VOLATILES | CHLOROETHANE | UG/KG | U | 16 | TRG | UV | | |
| | | | CHLOROFORM | UG/KG | U | 8 | TRG | UV | | |
| | | | CHLOROMETHANE | UG/KG | U | 16 | TRG | UV | | |
| | | | CIS-1,2-DICHLOROETHENE | UG/KG | U | 8 | TRG | UV | | |
| | | | CIS-1,3-DICHLOROPROPENE | UG/KG | U | 8 | TRG | UV | | |
| | | | DIBROMOCHLOROMETHANE | UG/KG | U | 8 | TRG | UV | | |
| | | | ETHYLBENZENE | UG/KG | U | 8 | TRG | UV | | |
| | | | HEXANE | UG/KG | U | 8 | TRG | UV | | |
| | | | M,P-XYLENES | UG/KG | U | 8 | TRG | UV | | |
| | | | METHYLENE CHLORIDE | UG/KG | U | 31 | TRG | UV | | |
| | | | O-XYLENE | UG/KG | U | 8 | TRG | UV | | |
| | | | STYRENE | UG/KG | U | 8 | TRG | UV | | |
| | | | TETRACHLOROETHENE | UG/KG | U | 8 | TRG | UV | | |
| | | | TOLUENE | UG/KG | U | 8 | TRG | UV | | |
| | | | TRANS-1,2-DICHLOROETHENE | UG/KG | U | 8 | TRG | UV | | |
| | | | TRANS-1,3-DICHLOROPROPENE | UG/KG | U | 8 | TRG | UV | | |
| | | | TRICHLOROETHENE | UG/KG | U | 8 | TRG | UV | | |
| | | | TRICHLOROFLUOROMETHANE | UG/KG | U | 8 | TRG | UV | | |
| | | | VINYL ACETATE | UG/KG | U | 78 | TRG | UV | | |
| | | | VINYL CHLORIDE | UG/KG | U | 16 | TRG | UV | | |
| 170-0005M | 170-Z16-005 | 8240 VOLATILES | FREON 113 | MG/M3 | U | 5 | TIC | UV | | |
| | | | 1,1,1-TRICHLOROETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,1,2,2-TETRACHLOROETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,1,2-TRICHLOROETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,1-DICHLOROETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,1-DICHLOROETHENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,2-DICHLOROETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,2-DICHLOROPROPANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 2-BUTANONE | MG/M3 | U | 10 | TRG | UV | | |
| | | | 2-HEXANONE | MG/M3 | U | 10 | TRG | UV | | |
| | | | 4-METHYL-2-PENTANONE | MG/M3 | U | 10 | TRG | UV | | |
| | | | ACETONE | MG/M3 | U | 20 | TRG | UV | | |
| | | | BENZENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | BROMODICHLOROMETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | BROMOFORM | MG/M3 | U | 5 | TRG | UV | | |
| | | | BROMOMETHANE | MG/M3 | U | 10 | TRG | UV | | |
| | | | CARBON DISULFIDE | MG/M3 | U | 5 | TRG | UV | | |
| | | | CARBON TETRACHLORIDE | MG/M3 | U | 5 | TRG | UV | | |
| | | | CHLOROBENZENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | CHLOROETHANE | MG/M3 | U | 10 | TRG | UV | | |
| | | | CHLOROFORM | MG/M3 | U | 5 | TRG | UV | | |
| | | | CHLOROMETHANE | MG/M3 | U | 10 | TRG | UV | | |
| | | | CIS-1,2-DICHLOROETHENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | CIS-1,3-DICHLOROPROPENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | DIBROMOCHLOROMETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | ETHYLBENZENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | HEXANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | M,P-XYLENES | MG/M3 | U | 5 | TRG | UV | | |
| | | | METHYLENE CHLORIDE | MG/M3 | U | 20 | TRG | UV | | |
| | | | O-XYLENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | STYRENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TETRACHLOROETHENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TOLUENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TRANS-1,2-DICHLOROETHENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TRANS-1,3-DICHLOROPROPENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TRICHLOROETHENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TRICHLOROFLUOROMETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | VINYL ACETATE | MG/M3 | U | 50 | TRG | UV | | |
| | | | VINYL CHLORIDE | MG/M3 | U | 10 | TRG | UV | | |

## APPENDIX B
Laboratory Data Report (Screening Laboratory)
EBS Phase 2A, Alameda Point
Parcel 170

| Sample Number | Location Code | Test Panel | Compound Name | Unit of Measure | Qlfr | Result | Res. Type | Valid Code | R1 | R2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 170-0006M | 170-Z16-006 | 8240 VOLATILES | FREON 113 | MG/M3 | U | 5 | TIC | UV | | |
| | | | 1,1,1-TRICHLOROETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,1,2,2-TETRACHLOROETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,1,2-TRICHLOROETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,1-DICHLOROETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,1-DICHLOROETHENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,2-DICHLOROETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,2-DICHLOROPROPANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 2-BUTANONE | MG/M3 | U | 10 | TRG | UV | | |
| | | | 2-HEXANONE | MG/M3 | U | 10 | TRG | UV | | |
| | | | 4-METHYL-2-PENTANONE | MG/M3 | U | 10 | TRG | UV | | |
| | | | ACETONE | MG/M3 | U | 20 | TRG | UV | | |
| | | | BENZENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | BROMODICHLOROMETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | BROMOFORM | MG/M3 | U | 5 | TRG | UV | | |
| | | | BROMOMETHANE | MG/M3 | U | 10 | TRG | UV | | |
| | | | CARBON DISULFIDE | MG/M3 | U | 5 | TRG | UV | | |
| | | | CARBON TETRACHLORIDE | MG/M3 | U | 5 | TRG | UV | | |
| | | | CHLOROBENZENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | CHLOROETHANE | MG/M3 | U | 10 | TRG | UV | | |
| | | | CHLOROFORM | MG/M3 | U | 5 | TRG | UV | | |
| | | | CHLOROMETHANE | MG/M3 | U | 10 | TRG | UV | | |
| | | | CIS-1,2-DICHLOROETHENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | CIS-1,3-DICHLOROPROPENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | DIBROMOCHLOROMETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | ETHYLBENZENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | HEXANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | M,P-XYLENES | MG/M3 | U | 5 | TRG | UV | | |
| | | | METHYLENE CHLORIDE | MG/M3 | U | 20 | TRG | UV | | |
| | | | O-XYLENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | STYRENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TETRACHLOROETHENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TOLUENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TRANS-1,2-DICHLOROETHENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TRANS-1,3-DICHLOROPROPENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TRICHLOROETHENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TRICHLOROFLUOROMETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | VINYL ACETATE | MG/M3 | U | 50 | TRG | UV | | |
| | | | VINYL CHLORIDE | MG/M3 | U | 10 | TRG | UV | | |
| 170-0007M | 170-Z16-007 | 8240 VOLATILES | FREON 113 | MG/M3 | U | 5 | TIC | UV | | |
| | | | 1,1,1-TRICHLOROETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,1,2,2-TETRACHLOROETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,1,2-TRICHLOROETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,1-DICHLOROETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,1-DICHLOROETHENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,2-DICHLOROETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,2-DICHLOROPROPANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 2-BUTANONE | MG/M3 | U | 10 | TRG | UV | | |
| | | | 2-HEXANONE | MG/M3 | U | 10 | TRG | UV | | |
| | | | 4-METHYL-2-PENTANONE | MG/M3 | U | 10 | TRG | UV | | |
| | | | ACETONE | MG/M3 | U | 20 | TRG | UV | | |
| | | | BENZENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | BROMODICHLOROMETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | BROMOFORM | MG/M3 | U | 5 | TRG | UV | | |
| | | | BROMOMETHANE | MG/M3 | U | 10 | TRG | UV | | |
| | | | CARBON DISULFIDE | MG/M3 | U | 5 | TRG | UV | | |
| | | | CARBON TETRACHLORIDE | MG/M3 | U | 5 | TRG | UV | | |
| | | | CHLOROBENZENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | CHLOROETHANE | MG/M3 | U | 10 | TRG | UV | | |
| | | | CHLOROFORM | MG/M3 | U | 5 | TRG | UV | | |
| | | | CHLOROMETHANE | MG/M3 | U | 10 | TRG | UV | | |

APPENDIX B
Laboratory Data Report (Screening Laboratory)
EBS Phase 2A, Alameda Point
Parcel 170

| Sample Number | Location Code | Test Panel | Compound Name | Unit of Measure | Qlfr | Result | Res. Type | Valid Code | R1 | R2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 170-0007M | 170-Z16-007 | 8240 VOLATILES | CIS-1,2-DICHLOROETHENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | CIS-1,3-DICHLOROPROPENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | DIBROMOCHLOROMETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | ETHYLBENZENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | HEXANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | M,P-XYLENES | MG/M3 | U | 5 | TRG | UV | | |
| | | | METHYLENE CHLORIDE | MG/M3 | U | 20 | TRG | UV | | |
| | | | O-XYLENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | STYRENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TETRACHLOROETHENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TOLUENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TRANS-1,2-DICHLOROETHENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TRANS-1,3-DICHLOROPROPENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TRICHLOROETHENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TRICHLOROFLUOROMETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | VINYL ACETATE | MG/M3 | U | 50 | TRG | UV | | |
| | | | VINYL CHLORIDE | MG/M3 | U | 10 | TRG | UV | | |
| 170-0008M | 170-Z16-008 | 8240 VOLATILES | FREON 113 | UG/KG | U | 8 | TIC | UV | | |
| | | | 1,1,1-TRICHLOROETHANE | UG/KG | U | 8 | TRG | UV | | |
| | | | 1,1,2,2-TETRACHLOROETHANE | UG/KG | U | 8 | TRG | UV | | |
| | | | 1,1,2-TRICHLOROETHANE | UG/KG | U | 8 | TRG | UV | | |
| | | | 1,1-DICHLOROETHANE | UG/KG | U | 8 | TRG | UV | | |
| | | | 1,1-DICHLOROETHENE | UG/KG | U | 8 | TRG | UV | | |
| | | | 1,2-DICHLOROETHANE | UG/KG | U | 8 | TRG | UV | | |
| | | | 1,2-DICHLOROPROPANE | UG/KG | U | 8 | TRG | UV | | |
| | | | 2-BUTANONE | UG/KG | U | 16 | TRG | UV | | |
| | | | 2-HEXANONE | UG/KG | U | 16 | TRG | UV | | |
| | | | 4-METHYL-2-PENTANONE | UG/KG | U | 16 | TRG | UV | | |
| | | | ACETONE | UG/KG | | 83 | TRG | UV | | |
| | | | BENZENE | UG/KG | U | 8 | TRG | UV | | |
| | | | BROMODICHLOROMETHANE | UG/KG | U | 8 | TRG | UV | | |
| | | | BROMOFORM | UG/KG | U | 8 | TRG | UV | | |
| | | | BROMOMETHANE | UG/KG | U | 16 | TRG | UV | | |
| | | | CARBON DISULFIDE | UG/KG | U | 8 | TRG | UV | | |
| | | | CARBON TETRACHLORIDE | UG/KG | U | 8 | TRG | UV | | |
| | | | CHLOROBENZENE | UG/KG | U | 8 | TRG | UV | | |
| | | | CHLOROETHANE | UG/KG | U | 16 | TRG | UV | | |
| | | | CHLOROFORM | UG/KG | U | 8 | TRG | UV | | |
| | | | CHLOROMETHANE | UG/KG | U | 16 | TRG | UV | | |
| | | | CIS-1,2-DICHLOROETHENE | UG/KG | U | 8 | TRG | UV | | |
| | | | CIS-1,3-DICHLOROPROPENE | UG/KG | U | 8 | TRG | UV | | |
| | | | DIBROMOCHLOROMETHANE | UG/KG | U | 8 | TRG | UV | | |
| | | | ETHYLBENZENE | UG/KG | U | 8 | TRG | UV | | |
| | | | HEXANE | UG/KG | U | 8 | TRG | UV | | |
| | | | M,P-XYLENES | UG/KG | U | 8 | TRG | UV | | |
| | | | METHYLENE CHLORIDE | UG/KG | U | 31 | TRG | UV | | |
| | | | O-XYLENE | UG/KG | U | 8 | TRG | UV | | |
| | | | STYRENE | UG/KG | U | 8 | TRG | UV | | |
| | | | TETRACHLOROETHENE | UG/KG | U | 8 | TRG | UV | | |
| | | | TOLUENE | UG/KG | U | 8 | TRG | UV | | |
| | | | TRANS-1,2-DICHLOROETHENE | UG/KG | U | 8 | TRG | UV | | |
| | | | TRANS-1,3-DICHLOROPROPENE | UG/KG | U | 8 | TRG | UV | | |
| | | | TRICHLOROETHENE | UG/KG | U | 8 | TRG | UV | | |
| | | | TRICHLOROFLUOROMETHANE | UG/KG | U | 8 | TRG | UV | | |
| | | | VINYL ACETATE | UG/KG | U | 78 | TRG | UV | | |
| | | | VINYL CHLORIDE | UG/KG | U | 16 | TRG | UV | | |
| 170-0009M | 170-Z16-009 | 8240 VOLATILES | FREON 113 | MG/M3 | U | 5 | TIC | UV | | |
| | | | 1,1,1-TRICHLOROETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,1,2,2-TETRACHLOROETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,1,2-TRICHLOROETHANE | MG/M3 | U | 5 | TRG | UV | | |

APPENDIX B
Laboratory Data Report (Screening Laboratory)
EBS Phase 2A, Alameda Point
Parcel 170

| Sample Number | Location Code | Test Panel | Compound Name | Unit of Measure | Qlfr | Result | Res. Type | Valid Code | R1 | R2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 170-0009M | 170-Z16-009 | 8240 VOLATILES | 1,1-DICHLOROETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,1-DICHLOROETHENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,2-DICHLOROETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,2-DICHLOROPROPANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 2-BUTANONE | MG/M3 | U | 10 | TRG | UV | | |
| | | | 2-HEXANONE | MG/M3 | U | 10 | TRG | UV | | |
| | | | 4-METHYL-2-PENTANONE | MG/M3 | U | 10 | TRG | UV | | |
| | | | ACETONE | MG/M3 | U | 20 | TRG | UV | | |
| | | | BENZENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | BROMODICHLOROMETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | BROMOFORM | MG/M3 | U | 5 | TRG | UV | | |
| | | | BROMOMETHANE | MG/M3 | U | 10 | TRG | UV | | |
| | | | CARBON DISULFIDE | MG/M3 | U | 5 | TRG | UV | | |
| | | | CARBON TETRACHLORIDE | MG/M3 | U | 5 | TRG | UV | | |
| | | | CHLOROBENZENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | CHLOROETHANE | MG/M3 | U | 10 | TRG | UV | | |
| | | | CHLOROFORM | MG/M3 | U | 5 | TRG | UV | | |
| | | | CHLOROMETHANE | MG/M3 | U | 10 | TRG | UV | | |
| | | | CIS-1,2-DICHLOROETHENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | CIS-1,3-DICHLOROPROPENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | DIBROMOCHLOROMETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | ETHYLBENZENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | HEXANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | M,P-XYLENES | MG/M3 | U | 5 | TRG | UV | | |
| | | | METHYLENE CHLORIDE | MG/M3 | U | 20 | TRG | UV | | |
| | | | O-XYLENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | STYRENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TETRACHLOROETHENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TOLUENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TRANS-1,2-DICHLOROETHENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TRANS-1,3-DICHLOROPROPENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TRICHLOROETHENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TRICHLOROFLUOROMETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | VINYL ACETATE | MG/M3 | U | 50 | TRG | UV | | |
| | | | VINYL CHLORIDE | MG/M3 | U | 10 | TRG | UV | | |
| 170-0010M | 170-Z16-010 | 8240 VOLATILES | FREON 113 | MG/M3 | U | 5 | TIC | UV | | |
| | | | 1,1,1-TRICHLOROETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,1,2,2-TETRACHLOROETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,1,2-TRICHLOROETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,1-DICHLOROETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,1-DICHLOROETHENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,2-DICHLOROETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,2-DICHLOROPROPANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 2-BUTANONE | MG/M3 | U | 10 | TRG | UV | | |
| | | | 2-HEXANONE | MG/M3 | U | 10 | TRG | UV | | |
| | | | 4-METHYL-2-PENTANONE | MG/M3 | U | 10 | TRG | UV | | |
| | | | ACETONE | MG/M3 | U | 20 | TRG | UV | | |
| | | | BENZENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | BROMODICHLOROMETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | BROMOFORM | MG/M3 | U | 5 | TRG | UV | | |
| | | | BROMOMETHANE | MG/M3 | U | 10 | TRG | UV | | |
| | | | CARBON DISULFIDE | MG/M3 | U | 5 | TRG | UV | | |
| | | | CARBON TETRACHLORIDE | MG/M3 | U | 5 | TRG | UV | | |
| | | | CHLOROBENZENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | CHLOROETHANE | MG/M3 | U | 10 | TRG | UV | | |
| | | | CHLOROFORM | MG/M3 | U | 5 | TRG | UV | | |
| | | | CHLOROMETHANE | MG/M3 | U | 10 | TRG | UV | | |
| | | | CIS-1,2-DICHLOROETHENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | CIS-1,3-DICHLOROPROPENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | DIBROMOCHLOROMETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | ETHYLBENZENE | MG/M3 | U | 5 | TRG | UV | | |

APPENDIX B
Laboratory Data Report (Screening Laboratory)
EBS Phase 2A, Alameda Point
Parcel 170

| Sample Number | Location Code | Test Panel | Compound Name | Unit of Measure | Qlfr | Result | Res. Type | Valid Code | R1 | R2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 170-0010M | 170-Z16-010 | 8240 VOLATILES | HEXANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | M,P-XYLENES | MG/M3 | U | 5 | TRG | UV | | |
| | | | METHYLENE CHLORIDE | MG/M3 | U | 20 | TRG | UV | | |
| | | | O-XYLENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | STYRENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TETRACHLOROETHENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TOLUENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TRANS-1,2-DICHLOROETHENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TRANS-1,3-DICHLOROPROPENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TRICHLOROETHENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TRICHLOROFLUOROMETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | VINYL ACETATE | MG/M3 | U | 50 | TRG | UV | | |
| | | | VINYL CHLORIDE | MG/M3 | U | 10 | TRG | UV | | |
| 170-0011M | 170-Z16-011 | 8240 VOLATILES | FREON 113 | MG/M3 | U | 5 | TIC | UV | | |
| | | | 1,1,1-TRICHLOROETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,1,2,2-TETRACHLOROETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,1,2-TRICHLOROETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,1-DICHLOROETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,1-DICHLOROETHENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,2-DICHLOROETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,2-DICHLOROPROPANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 2-BUTANONE | MG/M3 | U | 10 | TRG | UV | | |
| | | | 2-HEXANONE | MG/M3 | U | 10 | TRG | UV | | |
| | | | 4-METHYL-2-PENTANONE | MG/M3 | U | 10 | TRG | UV | | |
| | | | ACETONE | MG/M3 | U | 20 | TRG | UV | | |
| | | | BENZENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | BROMODICHLOROMETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | BROMOFORM | MG/M3 | U | 5 | TRG | UV | | |
| | | | BROMOMETHANE | MG/M3 | U | 10 | TRG | UV | | |
| | | | CARBON DISULFIDE | MG/M3 | U | 5 | TRG | UV | | |
| | | | CARBON TETRACHLORIDE | MG/M3 | U | 5 | TRG | UV | | |
| | | | CHLOROBENZENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | CHLOROETHANE | MG/M3 | U | 10 | TRG | UV | | |
| | | | CHLOROFORM | MG/M3 | U | 5 | TRG | UV | | |
| | | | CHLOROMETHANE | MG/M3 | U | 10 | TRG | UV | | |
| | | | CIS-1,2-DICHLOROETHENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | CIS-1,3-DICHLOROPROPENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | DIBROMOCHLOROMETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | ETHYLBENZENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | HEXANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | M,P-XYLENES | MG/M3 | U | 5 | TRG | UV | | |
| | | | METHYLENE CHLORIDE | MG/M3 | U | 20 | TRG | UV | | |
| | | | O-XYLENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | STYRENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TETRACHLOROETHENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TOLUENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TRANS-1,2-DICHLOROETHENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TRANS-1,3-DICHLOROPROPENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TRICHLOROETHENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TRICHLOROFLUOROMETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | VINYL ACETATE | MG/M3 | U | 50 | TRG | UV | | |
| | | | VINYL CHLORIDE | MG/M3 | U | 10 | TRG | UV | | |
| 170-0012M | 170-Z16-012 | 8240 VOLATILES | FREON 113 | MG/M3 | U | 5 | TIC | UV | | |
| | | | 1,1,1-TRICHLOROETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,1,2,2-TETRACHLOROETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,1,2-TRICHLOROETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,1-DICHLOROETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,1-DICHLOROETHENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,2-DICHLOROETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,2-DICHLOROPROPANE | MG/M3 | U | 5 | TRG | UV | | |

# APPENDIX B
## Laboratory Data Report (Screening Laboratory)
## EBS Phase 2A, Alameda Point
## Parcel 170

| Sample Number | Location Code | Test Panel | Compound Name | Unit of Measure | Qlfr | Result | Res. Type | Valid Code | R1 | R2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 170-0012M | 170-Z16-012 | 8240 VOLATILES | 2-BUTANONE | MG/M3 | U | 10 | TRG | UV | | |
| | | | 2-HEXANONE | MG/M3 | U | 10 | TRG | UV | | |
| | | | 4-METHYL-2-PENTANONE | MG/M3 | U | 10 | TRG | UV | | |
| | | | ACETONE | MG/M3 | U | 20 | TRG | UV | | |
| | | | BENZENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | BROMODICHLOROMETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | BROMOFORM | MG/M3 | U | 5 | TRG | UV | | |
| | | | BROMOMETHANE | MG/M3 | U | 10 | TRG | UV | | |
| | | | CARBON DISULFIDE | MG/M3 | U | 5 | TRG | UV | | |
| | | | CARBON TETRACHLORIDE | MG/M3 | U | 5 | TRG | UV | | |
| | | | CHLOROBENZENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | CHLOROETHANE | MG/M3 | U | 10 | TRG | UV | | |
| | | | CHLOROFORM | MG/M3 | U | 5 | TRG | UV | | |
| | | | CHLOROMETHANE | MG/M3 | U | 10 | TRG | UV | | |
| | | | CIS-1,2-DICHLOROETHENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | CIS-1,3-DICHLOROPROPENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | DIBROMOCHLOROMETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | ETHYLBENZENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | HEXANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | M,P-XYLENES | MG/M3 | U | 5 | TRG | UV | | |
| | | | METHYLENE CHLORIDE | MG/M3 | U | 20 | TRG | UV | | |
| | | | O-XYLENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | STYRENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TETRACHLOROETHENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TOLUENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TRANS-1,2-DICHLOROETHENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TRANS-1,3-DICHLOROPROPENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TRICHLOROETHENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TRICHLOROFLUOROMETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | VINYL ACETATE | MG/M3 | U | 50 | TRG | UV | | |
| | | | VINYL CHLORIDE | MG/M3 | U | 10 | TRG | UV | | |
| 170-0013M | 170-Z16-007 | 8240 VOLATILES | FREON 113 | MG/M3 | U | 5 | TIC | UV | | |
| | | | 1,1,1-TRICHLOROETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,1,2,2-TETRACHLOROETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,1,2-TRICHLOROETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,1-DICHLOROETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,1-DICHLOROETHENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,2-DICHLOROETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 1,2-DICHLOROPROPANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | 2-BUTANONE | MG/M3 | U | 10 | TRG | UV | | |
| | | | 2-HEXANONE | MG/M3 | U | 10 | TRG | UV | | |
| | | | 4-METHYL-2-PENTANONE | MG/M3 | U | 10 | TRG | UV | | |
| | | | ACETONE | MG/M3 | U | 20 | TRG | UV | | |
| | | | BENZENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | BROMODICHLOROMETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | BROMOFORM | MG/M3 | U | 5 | TRG | UV | | |
| | | | BROMOMETHANE | MG/M3 | U | 10 | TRG | UV | | |
| | | | CARBON DISULFIDE | MG/M3 | U | 5 | TRG | UV | | |
| | | | CARBON TETRACHLORIDE | MG/M3 | U | 5 | TRG | UV | | |
| | | | CHLOROBENZENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | CHLOROETHANE | MG/M3 | U | 10 | TRG | UV | | |
| | | | CHLOROFORM | MG/M3 | U | 5 | TRG | UV | | |
| | | | CHLOROMETHANE | MG/M3 | U | 10 | TRG | UV | | |
| | | | CIS-1,2-DICHLOROETHENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | CIS-1,3-DICHLOROPROPENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | DIBROMOCHLOROMETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | ETHYLBENZENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | HEXANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | M,P-XYLENES | MG/M3 | U | 5 | TRG | UV | | |
| | | | METHYLENE CHLORIDE | MG/M3 | U | 20 | TRG | UV | | |
| | | | O-XYLENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | STYRENE | MG/M3 | U | 5 | TRG | UV | | |

APPENDIX B
Laboratory Data Report (Screening Laboratory)
EBS Phase 2A, Alameda Point
Parcel 170

| Sample Number | Location Code | Test Panel | Compound Name | Unit of Measure | Qlfr | Result | Res. Type | Valid Code | R1 | R2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 170-0013M | 170-Z16-007 | 8240 VOLATILES | TETRACHLOROETHENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TOLUENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TRANS-1,2-DICHLOROETHENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TRANS-1,3-DICHLOROPROPENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TRICHLOROETHENE | MG/M3 | U | 5 | TRG | UV | | |
| | | | TRICHLOROFLUOROMETHANE | MG/M3 | U | 5 | TRG | UV | | |
| | | | VINYL ACETATE | MG/M3 | U | 50 | TRG | UV | | |
| | | | VINYL CHLORIDE | MG/M3 | U | 10 | TRG | UV | | |

# APPENDIX C

## DATA QUALIFIERS AND VALIDATION CODES

# APPENDIX C
## Data Qualifiers and Validation Codes
## EBS Phase 2A, Alameda Point

### Inorganic Data Qualifiers:

| | |
|---|---|
| U | Analyzed for but not detected (reported value is detection limit). |
| E | The reported value is estimated because of the presence of interference. |
| M | Duplicate injection precision not met. |
| N | Spiked sample recovery not within control limits. |
| S | The reported value was determined by the Method of Standard Additions (MSA). |
| W | Digestion spike for Furnace AA analysis is out of control limits (58-115%), while sample absorbance is less than 50% of spike absorbance. |
| B or J | Value is greater that Instrument Detection Limit (IDL) but less than Contract Required Detection Limit (CRDL) |
| * | Duplicate analysis not within control limits. |
| + | Correlation coefficient for the MAS is less than 0.995. |

### Inorganic Analyses Method Qualifiers:

| | |
|---|---|
| P | for ICP |
| A | for Flame AA |
| F | for Furnace AA |
| PM | for ICP when Microwave Digestion is used |
| AM | for Flame AA when Microwave Digestion is used |
| FM | for Furnace AA when Microwave Digestion is used |
| CV | for Manual Clod Vapor AA |
| AV | for Automated Cold Vapor AA |
| CA | for Midi-Distillation Spectrophotometric |
| AS | for Semi-Automated Spectrophotometric |
| C | for Manual Spectrophotometric |
| T | for Titrimetric |
| NR | If the analyte is not required to be analyzed |

# APPENDIX C
## Data Qualifiers and Validation Codes
## EBS Phase 2A, Alameda Point

**Organic Data Qualifiers:**

U	Analyzed for but not detected (reported value is detection limit).

J	Estimated value. The analyte was positively identified; the associated numerical value is the approximate concentration of the analyte in the sample.

N	Presumptive evidence of a compound. This flag is only used for tentatively identified compounds (TICs), where the identification is based on a mass spectral library search. It is applied to all TIC results. For generic characterization of a TIC, such as chlorinated hydrocarbon, the N flag is not used.

P	For a pesticide/aroclor target analyte when there is greater than 25 percent difference for detected concentrations between the two GC columns. The lower of the two values is reported and flagged with a P.

C	Applied to a pesticide result when the identification has been confirmed by GC/MS.

B	Analyte is found in the associated method blank as well as in the sample.

E	Compound concentration exceeds the upper confidence level of the calibration range of the instrument for that specific analysis.

D	Compound identified in an analysis of a secondary sample that has a higher dilution factor.

A	Indicates that a TIC is a suspected aldol-condensation product.

Y	Fuel pattern does not fall within 90% of fuel calibration range.

Z	Single pattern does not match calibration fuel pattern.

R	The result is unusable.

**Validation Qualifiers (Inorganic and Organic):**

The following validation qualifiers may be assigned to some of the data due to deficiencies in QC data:

U	The analyte was analyzed for, but was not detected above the approximate quantitation limit.

J	The analyte was positively identified; the associated numerical value is the approximate concentration of the analyte.

UJ	The analyte was not detected above the sample quantitation limit. However, the reported quantitation limit is approximate and may or may not represent the actual limit of quantitation necessary to accurately and precisely measure the analyte in the sample.

R	The sample results are rejected due to serious deficiencies in the ability to analyze the sample and meet quality criteria. The presence or absence of the analyte cannot be verified.

# APPENDIX C
## Data Qualifiers and Validation Codes
## EBS Phase 2A, Alameda Point

### Validation Codes (Inorganic and Organic):

| | |
|---|---|
| A | Accepted |
| R | Rejected |
| AQ | Add Qualifier |
| CR | Change Result |
| CQ | Change Qualifier |
| UV | Unvalidated Data |
| CB | Change Both Qualifier and Result |

### Validation Reason Codes

Numbers in the columns after the Validation Code represent reasons (identified in the legend) for the Validation Code. The meaning of specific validation codes are identified in the following legend.

| | |
|---|---|
| 001 | Exceeded holding time. |
| 002 | Blank was not analyzed after the run. |
| 003 | Blank contamination. |
| 004 | Tracer contamination. |
| 005 | Value > IDL were found in associated blank. |
| 006 | Positive/negative bias found in associated blank. |
| 007 | Negative bias in the initial/continuing calibration blank. |
| 008 | An associated trip blank was not analyzed. |
| 009 | An associated field blank was not analyzed. |
| 010 | Associated field replicates were not analyzed. |
| 011 | Insufficient aliquot. |
| 012 | Primary standard had exceeded the expiration date. |
| 013 | No raw data available. |
| 014 | Baseline drift in the sample run. |
| 015 | Spike recovery was outside control limits. |
| 016 | Recovery criteria were not met. |
| 017 | Verification criteria were not met. |
| 018 | Element interference. |
| 019 | Pre-digestion/post-digestion matrix spike recovery criteria not met. |
| 020 | ICP serial dilution recovery was not met. |
| 021 | Poor matrix spike recovery. |
| 022 | Low CRI standard recovery. |
| 023 | CRDL check sample recovery was outside control limits. |
| 024 | Values were above the standard calibration range. |
| 025 | Value < 5 times contamination in continuing calibration/method blank. |
| 026 | Percent recovery below criteria in matrix spike/interference blank. |

# APPENDIX C
## Data Qualifiers and Validation Codes
## EBS Phase 2A, Alameda Point

**Validation Reason Codes (continued)**

| | |
|---|---|
| 027 | Percent recovery below criteria in matrix spike/interference blank. |
| 028 | Lab control sample percent recovery below 50 percent. |
| 029 | EPA control windows exceeded. |
| 030 | Value < negative contamination in the continuing calibration blank. |
| 031 | Value < zero. |
| 032 | Calibration verification did not meet criteria. |
| 033 | CRDL check sample recovery/ICP serial dilution outside control limits. |
| 034 | Soluble value grossly exceeds the total value. |
| 035 | Duplicate precision analyses were outside control limits. |
| 036 | Two times the CRDL standard recovery was low for the element. |
| 037 | Poor duplicate precision. |
| 038 | No matrix spike analyses. |
| 039 | No duplicate analysis. |
| 040 | Value exceeded linear range of instrument and was not re-analyzed. |
| 041 | Matrix effects may exist. |
| 042 | Matrix spike recovery was zero percent. |
| 043 | Serial dilution %D was outside control limits. |
| 044 | Lab control samples fall outside 3-sigma. |
| 045 | One of two laboratory control samples is outside 3-sigma, but within 2-sigma. |
| 046 | Efficiency spectra shows drop. |
| 047 | One reagent blank exceeded the MDA. |
| 048 | Low or poor chemical recovery. |
| 049 | MDA exceeded the RDL. |
| 050 | LLD exceeded the RDL. |
| 051 | Spectrum contained unknown spike. |
| 052 | Precision of the repeat count of the QC standard was > 2-sigma. |
| 053 | tSIE of QC was not within 5% of tSIE used to determine efficiency. |
| 054 | Lab SOP was not followed for analysis. |
| 055 | Inadequate standard counting times. |
| 056 | Instrument was not normalized. |
| 057 | Sample exceeded the weight limit of the efficiency curve. |
| 058 | Excessive solids on planchet. |
| 059 | Both QC samples outside 2-sigma. |
| 060 | Self-absorption curve was exceeded. |
| 061 | Unknown spike volume. |
| 062 | Associated continuing calibration showed elevated %D for compound. |
| 063 | Associated initial calibration showed elevated %RSD for compound. |
| 064 | Retention time exceeded 30 sec. criteria for the internal standard. |
| 065 | Surrogate recovery was outside CLP limits. |
| 066 | Compounds/components coelute. |
| 067 | Correlation coefficient < 0.995. |
| 068 | Average relative response factor < 0.05. |
| 069 | Relative response factor < 0.05. |
| 070 | Retention time of DDT < than 12 minutes. |
| 071 | DDT breakdown > 20 percent. |
| 072 | Endrin breakdown > 20 percent. |
| 073 | Retention time of DBC > 2.0 percent for packed column. |
| 074 | Retention time of DBC > 0.3 percent for narrow-bore capillary column. |

# APPENDIX C
## Data Qualifiers and Validation Codes
## EBS Phase 2A, Alameda Point

**Validation Reason Codes (continued)**

075 Retention time of DBC > 1.5 percent for wide-bore capillary column.
076 Percent RSD exceeded 10%.
077 Pesticide standard calibration factor exceeded 15%, quant. column.
078 Pesticide standard calibration factor exceeded 15%, conf. column.
079 ICS recovery is outside CLP criteria.
099 See hardcopy for more details.
100 Peak pattern for diesel fuel does not match.
101 Peak pattern for gasoline does not match.
102 Data entry error (correction from raw data) or improper data flag.
103 Analyte not confirmed during second column analysis.
104 Analyte conc. < method quantitation, no second column confirmation.
105 Lab Control sample recovery was above the control limits.
106 Lab Control sample recovery was below the control limits.
107 No associated LCS sample.
108 No associated ICS sample.
109 Sample was not spiked with surrogate.
110 The area of the internal standard exceeded the criteria.
111 Second column confirmation not performed.
112 The reported value is from the dilution run.
113 Mass spectra do not match reference spectra.
114 Tentatively identified compound (TIC).
115 Percent recovery was outside the criteria for GPC calibration.
116 Value was 10 x the contamination in the calibration/method blank.
117 CCV percent > 25%.
118 MSA spike levels incorrect.
119 MDL < analyte concentration < CRQL (inorganics).
120 %D between columns > 20, lower value reported presumptively present.
121 Retention time is outside the window.
122 The result of the analyte was nondetect on confirmation.
123 The RPD exceeded the criteria between the initial and confirmation.
124 Headspace or bubbles in VOA vial.
125 Lab control sample recovery is outside the criteria.
126 Peak pattern for motor oil fuel does not match.
127 Field duplicate precision above 50 percent.
128 Reporting limit was raised due to matrix interference.
129 The area of the internal standard is below the criteria.
130 The recovery of ICS fall outside the criteria.
131 The result is false positive.
132 Negative recovery MS/MSD due to high conc in the upspike sample.
133 The results of this compound is reported from another run.
134 The unknown hydrocarbon was quantified based on Diesel/Gas Range.
135 Sample container does not meet specification.
136 Cooler temperature exceeded the criteria.
137 Peak pattern for JP4 does not match.
138 The ion abundance criteria are not met.
139 ICV not performed.
140 QC limits are not specified for this method.
141 RL is > project-specific limit/cleanup level.

# APPENDIX D

# HUMAN HEALTH RISK-BASED TIERED SCREENING ANALYSIS

# APPENDIX D
## TABLE D-2
## Tier 1 Screen Data Summary
## Zone 16 - Parcel 170

DESCRIPTIVE STATISTICS FOR MATRIX = SOIL

| CAS No. | PARAMETER | Quantitation Limit(s) | Number of Detections | Number of Samples | Distrib. Type | Mean (a) | Standard Deviation (a) | Variance (a) | Minimum Detected Concentr. | Maximum Detected Concentr. | Units | H/t Statistic (b) | EPA RAGS 95% UCL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 72-54-8 | 4,4'-DDD | 4.3-19.0 | 1 | 2 | N(2) | 7.45 | 2.8991 | 8.405 | 5.40 | 5.40 | ug/kg | 6.314 | [illegible] |
| 72-55-9 | 4,4'-DDE | 4.3-19.0 | 1 | 2 | N(2) | 6.05 | 4.879 | 23.805 | 2.60 | 2.60 | ug/kg | 6.314 | [illegible] |
| 50-29-3 | 4,4'-DDT | 4.3-19.0 | 2 | 2 | N(2) | 67.5 | 38.891 | 1512.5 | 40.0 | 95.0 | ug/kg | 6.314 | [illegible] |
| 67-64-1 | Acetone | 31.0 | 1 | 2 | N(2) | 49.25 | 47.73 | 2278.1 | 83.0 | 83.0 | ug/kg | 6.314 | [illegible] |
| 5103-71-9 | Alpha-chlordane | 2.2-9.9 | 2 | 2 | N(2) | 8.2 | 5.374 | 28.88 | 4.40 | 12.0 | ug/kg | 6.314 | [illegible] |
| 5103-4-2 | Gamma-chlordane | 2.2-9.9 | 2 | 2 | N(2) | 7 | 3.9598 | 15.68 | 4.20 | 9.80 | ug/kg | 6.314 | [illegible] |

NOTES:

LN : Lognormal distrubution of sample population as determined by the Wilks-Shapiro Method. UCL95 calculated for natural logarithm transformed data.
N(1) : Normal distribution of sample population as determined by the Wilks-Shapiro Method
N(2) : Too few detections to determine distribution. UCL95 calculated from arithmetic mean and standard deviation.
N(3) : Data are not normally or lognormally distributed. UCL 95 calculated from arithmetic mean and standard deviation.
(a) : In cases of lognormal distribution the values for Lower 95% confidence, Mean, Standard Deviation, and Variance represent the LN tranformed data.
(b) : H/t statistic: factors used in the calculation of UCL 95% as directed in Supplemental Guidance to RAGS (EPA, May 1992).
- Values for the H or t statistic are derived from Gilbert, Appendix A.
[illegible] : Indicates that the maximum value was used in subsequent risk calculations.

APPENDIX D
TABLE D-1
Tier 1 Screen Risk Calculation
Zone 16 - Parcel 170

| CAS No. | CONTAMINANT | RESIDENTIAL SOIL: DETECTION STATISTICS SOIL UCL 95 | RESIDENTIAL SOIL: DETECTION STATISTICS Units | RESIDENTIAL SOIL: Cancer Risk integrated = 1E-06 (mg/kg) | RESIDENTIAL SOIL: Chronic integrated HQ = 1 (mg/kg) | | RESIDENTIAL SOIL: RISK AND HAZARD CALCULATION Cancer Risk | RESIDENTIAL SOIL: RISK AND HAZARD CALCULATION Hazard Index | RESIDENTIAL WATER: DETECTION STATISTICS WATER UCL 95 | RESIDENTIAL WATER: DETECTION STATISTICS Units | RESIDENTIAL WATER: TAP WATER Cancer Risk = 1E-06 (ug/l) | RESIDENTIAL WATER: TAP WATER Chronic HQ = 1 (ug/l) | | RESIDENTIAL WATER: RISK AND HAZARD CALCULATION Risk Cancer | RESIDENTIAL WATER: RISK AND HAZARD CALCULATION Hazard Index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 72-54-8 | 4,4'-DDD | 5.40 | ug/kg | 1.9E+00 | na | ca | 2.92E-09 | 0.00E+00 | | | 2.8E-01 | na | ca | 0.00E+00 | 0.00E+00 |
| 72-55-9 | 4,4'-DDE | 2.60 | ug/kg | 1.3E+00 | na | ca | 1.99E-09 | 0.00E+00 | | | 2.0E-01 | na | ca | 0.00E+00 | 0.00E+00 |
| 50-29-3 | 4,4'-DDT | 95.0 | ug/kg | 1.3E+00 | 3.3E+01 | ca | 7.27E-08 | 2.92E-03 | | | 2.0E-01 | 1.8E+01 | ca | 0.00E+00 | 0.00E+00 |
| 67-64-1 | Acetone | 83.0 | ug/kg | na | 2.1E+03 | nc | 0.00E+00 | 3.97E-05 | | | na | 6.1E+02 | nc | 0.00E+00 | 0.00E+00 |
| 5103-71-9 | Alpha -Chlordane | 12.0 | ug/kg | 3.4E-01 | 3.9E+00 | ca | 3.51E-08 | 3.07E-03 | | | 5.2E-02 | 2.2E+00 | ca | 0.00E+00 | 0.00E+00 |
| 5103-74-2 | Gamma-Chlordane | 9.80 | ug/kg | 3.4E-01 | 3.9E+00 | ca | 2.87E-08 | 2.51E-03 | | | 5.2E-02 | 2.2E+00 | ca | 0.00E+00 | 0.00E+00 |
| | | | | | | | Cancer | Non-Cancer | | | | | | Cancer | Non-Cancer |
| | | CALCULATED RISK AND HAZARD INDEX | | | | | 1.41E-07 | 8.53E-03 | CALCULATED RISK AND HAZARD INDEX | | | | | 0.00E+00 | 0.00E+00 |

nc: Chemical concentration based on a noncarcinogenic hazard index of 1.0
ca: Chemical concentration based on a carcinogenic risk of 1E-06
sat: Chemical concentration based on saturated conditions in the soil.
na: Not applicable

Note APDX D-1 & D2
reprinted from
File dated 11-15-00
TD [signature]
7-20-04