# In the United States Court of Federal Claims

No. 05-1020 C
(Filed: July 24, 2006)

| | |
|---|---|
| *********************************** | |
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, | * * * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| *********************************** | |

**ORDER**

On July 21, 2006, defendant in the above-captioned case filed Defendant's Motion for Leave to File Corrected Brief. Defendant represents that its July 12, 2006 brief contained errors and that its corrections will not "significantly add to plaintiff's burden in responding." It is unnecessary for plaintiff to respond to the instant motion. In the interest of justice, the court **GRANTS** defendant's motion.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge