# In the United States Court of Federal Claims

No. 05-1020 C
(Filed: November 30, 2006)

***********************************
AMERICAN INTERNATIONAL *
SPECIALTY LINES INSURANCE *
COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

Before the court is Defendant's Corrected Motion to Dismiss or, in the Alternative, for Summary Judgment. If the court grants defendant's motion in toto, no issues will remain and the complaint will be dismissed. Plaintiff has elected not to pursue discovery at this stage of the proceedings. In confirmation of this fact, Plaintiff's Response to Defendant's Proposed Findings of Uncontroverted Fact alleges, inter alia, that plaintiff has not had "an opportunity to conduct discovery" and that such discovery is necessary to resolve certain facts in dispute. No later than **Friday, December 22, 2006,** plaintiff shall file a memorandum explaining why the court should not construe plaintiff's failure to seek discovery as a waiver or forfeit of its right to conduct discovery to address the issues defendant raises in its motion.

The parties are directed to confer about possible dates and times for oral argument on defendant's motion. By **no later than Friday, December 29, 2006**, the parties shall contact the undersigned's judicial assistant, Ms. Beryl Sanders, at (202) 357-6644, to schedule argument on defendant's motion.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge