# In the United States Court of Federal Claims

No. 05-1020 C
(Filed: December 21, 2006)

***********************************
AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, *

Plaintiff, *

v. *

THE UNITED STATES, *

Defendant. *
***********************************

**ORDER**

On December 21, 2006, plaintiff filed an unopposed motion for enlargement of time to file plaintiff's memorandum currently due on December 22, 2006. Plaintiff represents that it requires additional time to address the issues raised by the court's November 30, 2006 order. Plaintiff further represents that defendant's counsel does not oppose plaintiff's request for enlargement.

**For good cause shown, the court GRANTS plaintiff's unopposed motion for enlargement of time. Plaintiff shall file its memorandum no later than January 5, 2007.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge