# In the United States Court of Federal Claims

No. 05-1020 C
(Filed: January 3, 2007)

*************************************
AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, *
Plaintiff, *
v. *
THE UNITED STATES, *
Defendant. *
*************************************

**ORDER**

The court will hear argument on Defendant's Corrected Motion to Dismiss or, in the Alternative, for Summary Judgment on **Wednesday, February 21, 2007, at 10:00 a.m. (EST)**, at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge