# TAB 1

Peter A. Lynch (SBN 123603)
Mark A. Vasallo (SBN 228037)
COZEN O'CONNOR
501 West Broadway, Suite 1610
San Diego, California 92101
Telephone: 619.234.1700
Facsimile: 619.234.7831

Attorneys for Plaintiff,
AMERICAN INTERNATIONAL SPECIALTY LINES
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>UNITES STATES OF AMERICA and UNITED STATES DEPARTMENT OF THE NAVY,,<br><br>Defendants. | Case No.: 3:04-cv-01591 CRB<br><br>DECLARATION OF PETRA PLESS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO UNITED STATES' SUPPLEMENTAL MEMORANDUM SUPPORTING IT'S MOTION FOR JUDGMENT ON THE PLEADINGS UNDER FED. R. CIV. P. 12(C)<br><br>Judge : Honorable Charles R. Breyer<br>Courtroom : 8, 19th Floor |

I, Petra Pless, hereby declare as follows:

1. I am an environmental scientist/engineer. I hold a Doctorate Environmental Science and Engineering from the University of California (Los Angeles) and a Masters in Biology from the Technical University of Munich, Germany.

2. I have more than ten years experience in environmental engineering. I am a member of the American Chemical Society, the American Institute of Chemical Engineers and the Association of Environmental Professionals.

3. I was retained by the Plaintiff to investigate and assess chlordane contamination at the former Alameda Naval Air Station's East Housing Area ("EHA"). Specifically, I reviewed available materials about the Defendants' activities while they operated that area.

4. Concentrations of up to 180,000 microgram per kilogram ("µg/kg") of chlordane have been measured at EHA. (Winzler & Kelly 06/01[1] and Winzler & Kelly 11/03[2].) These concentrations are an order of magnitude higher than typically reported in the literature as chlordane residues in soil from off-base residential housing or campus buildings. (For example, Delaplane & La Fage 1990[3], Leidy et al. 1985[4], Bennett et al. 1974[5].) The pesticide was mostly confined to backfill sand and soil underneath the buildings and around their footings and did not appreciably permeate the bay mud around and between the footings. (Neither the age of the buildings nor the depth of the backfill sand layer correlated with chlordane concentrations measured at EHA.) (ERM 10/03[6].) Even based on the slowest reported degradation rate for chlordane, corresponding to a half-life of 20 years, measured chlordane concentrations were more than twice as high as would be expected from pre-construction treatment of the sand/soil consistent with manufacturer-recommended application for subterranean termite control. Therefore, chlordane concentrations as high as were reported appear to result from either a) excessive pre-construction application or b) post-construction application inconsistent with recommended practice.

5. The soil underneath buildings at EHA consists of about 1 to 12 inches (in a few cases up to 24 inches) of backfill sand underneath the crawlspace. (Winzler & Kelly 11/03.)

---

1 Winzler and Kelly Consulting Engineers, Sampling Report: Organochlorine Pesticides, East Housing Area, Alameda Naval Air Station, Alameda, California, June 30, 2001.

2 Winzler and Kelly Consulting Engineers, Organochlorine Pesticide Remediation Observation Report, Alameda Naval Air Station, East Housing Area, 300 Atlantic Avenue, Alameda, California. November 18, 2003.

3 Delaplane KS and LaFage JP, Variable chlordane residues in soil surrounding house foundations in Louisiana USA, Bulletin of Environmental Contamination and Toxicology, vol. 45, pp. 675-680, 1990.

4 Leidy RB, Wright CG, Dupree Jr HE, et al., Subterranean termite control: Chlordane residues in soil surrounding and air within houses, American Chemical Society Symposium Series, vol. 273, pp. 265-277, 1955.

5 Bennett GW, Bailee DL, Hall RC, Fahey JE, Butts EL, and Osman JV, Persistence and distribution of chlordane and dieldrin applied as termiticides, Bulletin of Environmental Contamination and Toxicology, vol 11, no. 1, pp. 64-69, 1974.

6 Environmental Resources Management, Organochlorine Pesticide Removal Completion Report, Alameda Naval Air Station, East Housing Area, 300 Atlantic Avenue, Alameda, California, November 15, 2003.

Backfill sand is a uniform material that promotes uniform losses of chlordane through volatilization, the primary route of chlordane loss for soils that are protected from water deposition and erosion. (Puri et al. 1990[7].) The considerable difference in measured chlordane soil concentrations under and around buildings of the same age and foundation type suggests that improper post-construction application occurred.

6. For those buildings where very high concentrations of chlordane were measured, chlordane concentrations followed a distinct spatial pattern. The highest concentrations were measured at the center of the crawlspaces, followed by those measured adjacent to the vent in the perimeter footings of the crawlspaces. Considerably lower concentrations were found 2 feet from the foundation in the crawlspaces and on the exterior of the buildings. This pattern supports that chlordane was sprayed through the access panels into the crawlspaces and through the vents. (Winzler & Kelly 06/01 and Winzler & Kelly 11/03.) This application is contrary to the recommended post-construction application for chlordane pesticides in crawlspaces, which requires trenching along the inside and outside of the foundation.[8] The vertical distribution of chlordane around the perimeter of the buildings did not suggest application by trenching. (Winzler & Kelly 06/01 and Winzler & Kelly 11/03.) Spraying into crawlspaces is not a recommended application on any of the reviewed chlordane pesticide labels.

7. Finally, there is considerable evidence of excessive application of pesticides, applications inconsistent with manufacturer recommendations, and improper handling of hazardous materials elsewhere on Alameda Naval Air Station or other Navy and Air Force bases. For example, at Building 114, a storage shed for fertilizers and pesticides in use from the early 1940s until 1974, high concentrations of a variety of pesticides, including DDT, alpha-chlordane, dieldrin, endrin, endosulfan, and heptachlor, were measured in soil , indicating improper handling

---

7 Puri RK, Orazio CE, Kapila S, et al., Studies on the transport and fate of chlordane in the environment. In: Kurtz DA, ed. Long range transport of pesticides, Lewis Publishers, Chelsea, MI, pp. 271-280, 1990.

8 Various chlordane pesticide labels.

of pesticides (TetraTech 02/04[9].) At Building 195, a storage shed for fertilizers and pesticides in another residential area of Alameda Naval Air Station, the pesticide dieldrin was measured in soil at 25-times the U.S. EPA guideline for residential soil (Preliminary Remediation Goal). (Navy 10/01[10].) And finally, literature indicates that pest control technicians frequently retreated buildings with chlordane pesticides during annual inspections, which is inconsistent with manufacturer recommendations. (Bennett et al. 1974.)

8. Based on the foregoing, it is my opinion based on the available literature reviewed, subject to additional needed discovery from the Defendants, that chlordane was likely improperly used, spilled, stored, released or disposed of at the EHA property.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: January 20, 2005

By:______________________________
PETRA PLESS, D.Env.
Environmental Scientist/Engineer

SDIEGO1\256797\3 128791.000

9 TetraTech, Remedial Investigation Report, Sites 6, 7, 8, and 16, Alameda Point, Alameda, California, Draft, February 13, 2004.

10 Department of the Navy, Southwest Division, Naval Facilities Engineering Command, Alameda Point, Alameda, California, Action Memorandum/Removal Action Work Plan, Time-Critical Removal Action for Pesticide Storage Shed and Dieldrin-Contaminated Soil at Building 195, p. 2-1, October 4, 2001.