# TAB 3

TRI-SERVICE — AFPCB - Misc 1764 6

AFPCB 11 November 1971

MEMORANDUM FOR: Deputy Assistant Secretary of Defense (Environmental Quality)
Office of Assistant Secretary of Defense (H&E)
ATTN: Colonel H. E. Bell

SUBJECT: Recommended Statement on Use and Disposition of Pesticides

1. References:

a. DoD Directive 5154.12 dated August 21, 1968, subject: The Armed Forces Pest Control Board.

b. Letter from Principal Deputy, Office of Assistant Secretary of Defense (H&E) to Commander in Chief, Pacific, subject: Disposal of Hazardous Chemicals and Pesticides, dated 9 August 1971.

2. In accordance with reference a., the Armed Forces Pest Control Board (AFPCB) has developed inclosure to provide initial guidance on the use and disposition of pesticides as outlined in reference b.

3. In developing the statement, the AFPCB has reviewed a preliminary draft of the proposed policy in a meeting with the Defense Supply Agency and departmental logistics personnel on 30 September 1971. To provide the most current legal status for the pesticides listed, the statement has been carefully reviewed by representatives of the Pesticides Regulations Division and the counsel for the Office of Pesticides, Environmental Protection Agency. While informal concurrence in the Department of

AFPCB 11 November 1971
SUBJECT: Recommended Statement on Use and Disposition of Pesticides

Defense statement was indicated regarding the pesticides as listed, legal proceedings now underway do not permit the quoting of the content of inclosure as an Environmental Protection Agency position at this time.

4. As the policy recommended will be subject to changes which should be transmitted to user agencies without delay, it is suggested that consideration be given to distribution of the statement by message with distribution similar to reference (a) of inclosure.

5. The draft statement has been prepared in close coordination with the Environmental Protection Agency representatives to accurately reflect status and terminology of pesticides of mutual understanding. It is suggested that any additions or changes be coordinated with the AFPCB before release.

Incl
as

BRUCE F. ELDRIDGE
Lt Colonel, MSC
Chairman
Armed Forces Pest Control Board

USAGE AND DISPOSITION OF PESTICIDES

1. References:

a. DSA, 131445z July, subject: Disposition of Hazardous Chemicals and Pesticides.

b. Letter, DSAH-SMP, 13 November 1970, subject: Sale of Pesticides.

2. This message supersedes references 1.a and 1.b; lifts the ban on sale of most surplus pesticides; gives background terminology relative to federal cancellation action on pesticides; outlines restrictions on the use and sale of pesticides under cancellation action; and gives guidance for special handling of pesticides prior to sale as excess stocks.

3. The proper use of pesticides by DoD pest control personnel qualified in accordance with DoD Instruction 4150.7, 27 July 1970, is authorized and remains unchanged. All sales of products containing pesticides surplus to DoD requirements must comply with the guidance provided in this message.

4. BACKGROUND TERMINOLOGY: The following information is provided to eliminate confusion resulting from press releases and layman interpretations of pesticide cancellation proceedings:

a. The Environmental Protection Agency (EPA) is responsible for pesticide registrations.

b. The Administrator - the administrator means the Administrator of EPA.

c. Registration. All pesticides used or transported in interstate commerce must be registered with EPA including each product by a given manufacturer. This registration determines whether it meets a variety of statutory requirements concerning safety and efficacy. These include: (1) the directions for use which are necessary and adequate for the protection of the public. (2) a warning or caution statement which is adequate to prevent injury to man, vertebrate animals, vegetation and useful invertebrate animals. (3) a statement that when pesticides are used as directed or in accordance with commonly recognized practices they must not be injurious to man, vertebrate animals or vegetation (except weeds). If a pesticide or a specific registered use of a

pesticide (i.e., application for control of aquatic stages of a pest) fails to meet the above criteria, the Administrator may cancel or suspend the pesticide registration.

d. Cancellation. The issuance of a notice of cancellation is appropriate whenever it is decided that the registrant has failed to meet the statutory requirements concerning the safety and effectiveness of a pesticide. If a given manufacturer fails to challenge this cancellation within thirty days, the cancellation is permanent. If the cancellation is challenged, the administration process of review is initiated. During this time, the registrant (manufacturer) must prove to the Administrator that his product meets the registration requirements. The Administrator will judge this new information not only on a scientific assessment of hazard, but also on an evaluation of the benefits of the pesticide against its risks. The registrant may continue to produce, distribute, and sell the product for all challenged uses covered by the existing registration, pending any administrative review which follows the notice of cancellation. Final cancellation will be issued when it is determined that a pesticide product no longer complies with the regulatory statute.

e. Suspension. The Administrator may suspend the registration of a pesticide immediately if he determines that such action is necessary to prevent an imminent hazard to the public. Further interstate shipment of a pesticide under suspension is prohibited during the process of administrative review.

f. Label. The term means all the written, printed, or graphic matter on, or attached to, the pesticide or any of its containers or wrappers.

5. PESTICIDES WHICH CAN BE SOLD IF SURPLUS: The following pesticides enumerated in references a and b may be sold subject to the use restrictions in paragraph 6 and conditions outlined in paragraph 8:

INSECTICIDES

| | |
|---|---|
| Aldrin | Heptachlor |
| Dieldrin | Lindane |
| Benzene hexachloride | DDT |
| Endrin | Chlordane |
| Mercurial compounds | Sodium arsenite (Herbicide) |

## RODENTICIDES

| | |
|---|---|
| Sodium momofluoracetate (Compound 1080) | Calcium cyanide |

## HERBICIDES

| | |
|---|---|
| Amitrole | Bromacil |
| Cacodylic acid | Dacthal |
| Dalapon | Dicamba |
| Diquat | Diuron |
| DSMA | Fenuron |
| Monuron | Picloram |
| Picloram - silvex salt | 2,4-d |
| Simazine | 2,4,5-T |

The herbicides listed above apply to nontactical materials. The disposal of tactical herbicides will be addressed separately at a later time.

6. PESTICIDES WHICH MAY BE USED OR SOLD FOR SPECIAL PURPOSES: The pesticides listed below have undergone or are in the process of administrative review or notice of intent to cancel, and therefore cannot be used or released for sale except for the specific uses listed:

a. Aldrin and dieldrin. Use only as a soil treatment for termite control.

b. DDT. Use only for the following purposes:

(1) Application to interior surfaces of dwelling in overseas areas for malaria control.

(2) Use as tracking patches for mouse control in locations where abundant food and water exist.

(3) For bat control in roosting areas.

(4) For control of stored product insects in warehouse by application to walls and floors only.

(5) For protection of wool and other animal fiber materials.

(6) Use of micronized DDT in aircraft as directed by quarantine agencies.

(7) Use of DDT, pyrethrum aerosol for treatment of aircraft as directed by quarantine agencies.

(8) For emergency control of black flies during military operations in overseas areas only.

c. Mercurial compounds. Do not use on edible food products (for man or animals).

d. Amitrole. Use only for noncropland use.

e. 2,4,5-T. Use only for right-of-way brush control and similar uses. Avoid water contact, do not use in lakes, ponds, or on the interior of ditch banks. Do not use liquid formulations around homes, recreation areas, and similar sites. These approved uses do not apply to tactical herbicides (orange).

f. Sodium arsenite. Use only under pavement.

g. Chlordane. Under review by EPA, but not under cancellation at this time. Use as a soil treatment for termites and for limited turf insect control.

7. HIGHLY TOXIC COMPOUNDS: The following compounds are not under cancellation action, but require special action due to their extreme toxicity to mammals:

a. Sodium monofluoracetate (Compound 1080).

b. Calcium cyanide

Release of these materials for sale must be coordinated with the appropriate command surgeon.

8. GUIDANCE ON SPECIAL HANDLING OF PESTICIDES: All pesticides listed in paragraph 5 which are determined to be in excess to DoD requirements may be released for disposal by sale provided the conditions of paragraph 6 are met on use restrictions. Release for disposal by sale will be guided by the above information as long as:

a. Prior to release of pesticides for disposal by sale, every effort is made to recondition and return these materials to the supply system to meet DoD requirements. The best way to dispose of pesticides is to use them for their approved purpose.

b. The registered labels are current and are modified to reflect the restrictions of paragraph 6 when applicable.

c. The purchase or release complies with existing local, state and federal laws, directives and policies on the uses of these pesticides.

d. No leaking, deteriorated or improperly labeled materials are released or sold until reconditioned. Such materials will be repacked and/or relabeled maintaining the purity of the material (no mixtures, parts of containers, or other extraneous materials). The old containers emptied as a result of repackaging will not be sold as salvage. They must be resealed and safely stored pending the publishing of federal guidelines on container disposal.

e. The chemical content of all released pesticides meets the specifications of the current ingredients statement, or are relabeled to reflect current pesticide contents.

f. The release by sale for disposal by any procedure other than the above is not authorized.