# TAB 4

# TECHNICAL INFORMATION BULLETIN

**JAN-FEB 1988**

DEFENSE PEST MANAGEMENT INFORMATION ANALYSIS CENTER
ARMED FORCES PEST MANAGEMENT BOARD
FOREST GLEN SECTION, WRAMC
WASHINGTON, DC 20307-5001

BULK RATE
POSTAGE AND FEES PAID
DEPARTMENT OF THE ARMY
PERMIT NO. G-5

## TECHNICAL INFORMATION BULLETIN RECIPIENTS

The Defense Pest Management Information Analysis Center publishes this Bulletin as a means of providing current information which should be of interest to the DoD pest management community. Comments, questions, and "guest" items are welcomed and may be sent to Chief, DPMIAC, Forest Glen Section, WRAMC, Washington, DC 20307-5001, or call AUTOVON 291-5365, (202) 427-5365. Reference to a commercial product or source in this Bulletin does not constitute DoD or AFPMB endorsement, unless specifically stated as a recommendation for DoD personnel.

The Secretary of Defense has determined that the publication of this periodical is necessary in the transaction of the public business required by law of the Department of Defense.

## TABLE OF CONTENTS

Page

SECTION I ANNOUNCEMENTS....................1-3

Mr. Carl J. Schafer, Jr. Retires
The Retirement of Dody Carroll
Chlordane Policy Memorandum
Endangered Species and Pesticides
Lyme Disease Presentation
A Request For Cockroaches
Missing Pages From The AFPMB Directory
Intent to Cancel Pentachlorophenol Non-Wood Uses
DDVP: Initiation Of Special Review
In Memoriam Of Dr. A. B. Weathersby

SECTION II TECHNICAL REVIEWS

A. CERTIFICATION COURSES....................4-6
Army-Sponsored Courses
Navy-Sponsored Courses
Air Force-Sponsored Courses

B. PESTICIDES AND EQUIPMENT....................7-10
Roach Pot
P.E.S.T.TM
Training and Certification Plan
Damminix
Dursban TC
Emergency Exemption: Fluvalinate
Reregistration: Phosalon
Reregistration: Sumithrin
New Iowa Pesticide Fee Rules Proposed
Tributyltin
Judge Rejects EPA Ban On Diazinon
Armed Forces Pest Control Equipment Catalog

TABLE OF CONTENTS

C. HAZARDOUS WASTES & TOXIC SUBSTANCES........................11-12
- Tracking Hazardous Materials
- Army Accountability System
- Hazardous Waste Reduction Report
- Incinerating 2,4,5-T, Silvex
- Supreme Court Acts On Agent Orange Case
- Waste Management Inc. Withdraws Ocean Incineration Permit Application

D. NATURAL RESOURCES........................................13-14
- A New Microbe Is Found Infecting Japanese Beetles In Connecticut
- Pueblo Pyracantha
- Managing Vegetation with Chemicals
- Future Turfs
- Scale-eating Beetles
- Tallgrass Prairies Park Proposed

E. MEDICAL ENTOMOLOGY.......................................15-19
- Update: Aedes albopictus Infestation - United States
- Medical Entomology Updates

F. MEDICAL ZOOLOGY..........................................20-22
- Progress In The Treatment And Control of Schistosomiasis

G. TIB BYTES................................................23
- AGRICOLA
- CRIS
- Hazardous Waste Collection Database
- U.S. Fish And Wildlife Service Automated Data Bases

H. TIB BITS.................................................24
- Killing Rodents Trapped On Glueboards
- Bee Regulated Zone
- Africanized Bee Tranquilizer
- Bugs Bite The Dust On Bitter Pill
- Imported Biocontrol

SECTION III. FEDERAL REGISTER...............................25-27

SECTION IV. PUBLICATIONS OF INTEREST........................28

SECTION V. SELECTED MEETINGS................................29-30

ADDENDUM MISSING PAGES FROM AFPMB DIRECTORY (A-07 to A-10)

TECHNICAL INFORMATION BULLETIN

JANUARY - FEBRUARY 1988

## ANNOUNCEMENTS

MR. CARL J. SCHAFER, JR. RETIRES - On 15 January 1988, Mr. Carl J. Schafer, Jr. retired from public service. While serving as the Deputy Assistant Secretary of Defense for Environment, he was extremely supportive of the Armed Forces Pest Management Board and the DoD Pest Management Program. We will miss him. Until a new leader for ODASD(E) comes aboard, CAPT Mike Carricato of that office will be acting. ---- AFPMB 88

THE RETIREMENT OF DODY CARROLL - After dedicating 13 years at DPMIAC and 28 years of federal service, Mrs. Doradean "Dody" Carroll retired on 29 February 1988. The AFPMB and DPMIAC have benefited immensely from Dody's contributions as a lead entomology records clerk and as a computer assistant. Dody has been responsible for supervising literature input into the computer system, as well as managing the distribution of SDIs and other forms of information to natural resource and pest management professionals throughout the Department of Defense. We at the AFPMB and DPMIAC express our gratitude to Dody for her years of devoted service and wish her the best. We know she'll stay as active and enthusiastic in retirement as she has been at DPMIAC. Dody, we will miss you. ---- DPMIAC 88

CHLORDANE POLICY MEMORANDUM - A policy memo on the use and disposal of chlordane was signed by CAPT Mike Carricato, Acting Deputy Assistant Secretary of Defense for Environment, on 4 February 1988. According to the memo, DoD use of chlordane for termite control will end on 15 April 1988. Installations should continue to use existing stocks of chlordane until the deadline, with preference given to any locally purchased products in order to minimize turn-in and disposal problems. Excess chlordane will be stored pending disposal or a revised EPA registration decision. No DoD inventory of chlordane stocks at installation level is required. Disposal, if required, will be coordinated with the servicing Defense Reutilization and Marketing Offices. This policy also applies to heptachlor, and use of other chlorinated cyclodienes (aldrin and dieldrin) which has already ceased. Only chlordane has a current NSN. A recent federal court order makes the above chlordane policy apply also to non-Velsicol products (this has been DoD policy since Fall 1987).

At the November 1987 AFPMB meeting, the Real Property Committee provided the following related guidance for DoD and Service Criteria and Guide Specifications for soil treatment with termiticides. Delete any specific reference to chlordane or other cyclodiene termiticides and substitute:

"All construction projects requiring soil treatment for control of subterranean termites will be treated in strict accordance with label directions using a currently registered termiticide approved by the cognizant MACOM (MAJCOM/FED) Pest Management Consultants".

An NSN (6840-01-270-9766) has been assigned to Dursban TC. Several other termiticides, primarily synthetic pyrethroids, are now registered by EPA. An AFPMB memorandum on this subject will be provided in the near future. ---- AFPMB 88

ENDANGERED SPECIES AND PESTICIDES - In a press release dated 7 January 1988, the Environmental Protection Agency (EPA) announced that it was deferring implementation of its pesticide program to protect endangered species until the 1989 growing season. This decision is in keeping with a recent congressional action which requires EPA to work with affected state and federal agencies. In a memorandum dated 4 February 1988, CAPT Carricato, Acting Deputy Assistant Secretary of Defense (Environment), outlined the Department of Defense's strong support for protection of endangered species on military lands. He suggested that even though EPA has delayed implementation of the program, the services should comply with the spirit and intent of the protection program. Command and Major Command Pest Management Professionals should be contacted for further guidance. ---- AFPMB 88

LYME DISEASE PRESENTATION - CPT George W. Korch (USAEHA, Aberdeen Proving Ground, MD) has prepared a presentation on Lyme disease complete with a cassette tape and a set of 39 slides. The presentation on the cassette is directed towards a general audience (15 min.) on one side, and towards health professionals (35 min.) on the flip side. Included in this package are scripts for the general and professional presentations, and a list of states in which permethrin (0.5% aqueous aerosol) is registered for use as a tick repellent for application to clothing. A limited number of briefing packets are available from CPT Korch. Call him at AV 584-3015/3792, Comm (301) 671-3015/3792. In the future, the briefing packet will be available through DPMIAC for presentations and/or duplication. Those receiving a set will be placed on a mailing list to receive future revisions and updates. The AFPMB has provided the packet to the certification training centers. USAEHA also performs pathogen identification on ticks they collect. If you are interested in information from their studies, please contact CPT Korch. He will also accept specimens from other DoD organizations for pathogen identification; however results may take time due to shortage of equipment. When submitting a tick specimen, be sure it is alive. To ensure specimens arrive alive, use a scintillation vial (if you cannot get one, use a plastic screw-cap vial) with a small piece (1"x1/2") of moistened paper towel inside ---- DPMIAC 88

A REQUEST FOR COCKROACHES - Dr. Richard Brenner, of the Insects Affecting Man And Animals (IAMA) Research Laboratory in Gainesville, FL, wants to plot the distribution of the Asian cockroach (*Blattella asahinai*) in the U.S. and worldwide. To do this, he is requesting that cockroach specimens be sent to him. What he is looking for are cockroaches that look exactly like the German cockroach, but behave differently (such as being attracted to light or readily flying and flying very well). He recommends grabbing a flashlight and going outdoors 30 minutes after sunset and looking around leaf litter and on vegetation. Look for what appear to be German cockroaches scrambling about the leaf litter or perching on the vegetation. Kill and collect these roaches, and send them to Dr. Brenner. He will take dried specimens, roaches killed by freezing, or even specimens that are squashed. Send them wrapped in tissue paper and placed in an envelope, or in empty plastic film canisters, etc. DO NOT SEND LIVE SPECIMENS. DO NOT send specimens killed by pesticides, and DO NOT kill or send the specimens in alcohol because these chemicals will affect the laboratory results. Also send information on where each specimen was collected (country, installation, state, county, city, under tree, etc.) and when it was collected (date, and time if possible). He requests specimens from both CONUS and overseas. By analyzing the cuticular hydrocarbons, Dr. Brenner will be able to identify the roach to species. Send specimens to:

Dr. Richard Brenner
IAMA Research Laboratory
USDA, ARS
P. O. Box 14565
Gainesville, FL 32604
(904) 374-5937

Dr. Brenner would really appreciate any assistance in this project. ---- DPMIAC 88

MISSING PAGES FROM THE AFPMB DIRECTORY - Attached to this TIB are two sheets containing pages A-07 to A-10, which belong in the the December 1987 AFPMB Directory. These pages were omitted from some copies of the Directory by the printer. ---- DPMIAC 88

INTENT TO CANCEL PENTACHLOROPHENOL NON-WOOD USES - EPA announced in the Federal Register (Vol. 53, No. 36, 24 February 1988, pp 5524-5535) its intent to cancel the registrations of pesticide products containing pentachlorophenol, including, but not limited to, its salts and esters, for non-wood uses which were listed in the Federal Register of 21 January 1987 (52 FR 2282). ---- DPMIAC 88

DDVP: INITIATION OF SPECIAL REVIEW - EPA announced in the Federal Register (Vol. 53, No. 36, 24 February 1988, pp 5542-5549) its initiation of a Special Review of dichlorovos (DDVP). DDVP has been classified as a carcinogen based on oncogenic effects in mice and rats. DDVP also causes adverse liver effects in dogs and has been shown to be a potent cholinesterase inhibitor in rats and dogs. EPA has determined that DDVP exposure from the registered uses may pose adverse oncogenic risk and may have inadequate safety margins for cholinesterase inhibition and liver effects to exposed individuals. The AFPMB Directorate will request DGSC to relabel existing stocks of DDVP products after EPA approves new labels. With the exception of household sprays (0.5% A. I. or less), resin strips and pet uses, all DDVP products will be restricted-use pesticides and will be subject to a 48-hour reentry interval. This reentry time interval can be reduced, depending on ventilation and protective equipment worn by exposed individuals. Further information will be provided in future TIB articles. ---- DPMIAC 88

IN MEMORIAM OF DR. A. B. WEATHERSBY - Dr. Weathersby was born 19 May 1913. He attended Louisiana State University where he received his BS (1938), MS (1940), and PHD (1954) degrees. He served in the United States Navy as a medical entomologist from 1943 to 1962 and retired as a commander. He taught at the University of Georgia from 1962 until his retirement in 1983. During that time, he was a productive and innovative researcher publishing 46 refereed manuscripts, as well as writing numerous other articles. He received several outstanding teaching awards while at the university. Dr Weathersby also received ESA's Distinguished Achievement Award for Teaching, and the Southeastern Society of Parasitology's Meritorious Service Award. Dr. Weathersby died 25 January 1988. He was the quintessential southern gentleman and will be missed by those who knew him. ---- DPMIAC 88

## A. CERTIFICATION COURSES

### Course Schedules for DoD Pest Control Applicators

1. ARMY-SPONSORED COURSES

For information on the following courses, contact:
LTC Anthony B. Bosworth or SFC Art Vogt
Academy of Health Sciences, U.S. Army
Attn: HSHA-IPM (Medical Zoology Branch)
Fort Sam Houston, TX 78234-6100
(512) 221-6270/4278, AV 471-6270/4278
Classes are conducted at Fort Sam Houston, Texas

Pest Management Technology (Core Instruction for Initial Certification)
9-16 March 1988
27 April-4 May 1988
26 July-3 August 1988

Plant Pest and Vegetation Management (Initial Certification for Categories 3, 5 & 6)
16-22 March 1988
4-10 May 1988
3-9 August 1988

Arthropod and Vertebrate Pest Management (Initial Certification for Categories 7 & 8)
22-29 March 1988
10-17 May 1988
9-16 August 1988

Recertification Course
12-15 July 1988

2. NAVY-SPONSORED COURSES

a. For information on the following courses, contact:
Dr. A.F. Beck
DVECC
Naval Air Station
Jacksonville, FL 32212
(904) 772-2424, AV 942-2424
Classes are conducted at the Disease Vector Ecology and Control Center, Jacksonville Naval Air Station, Jacksonville, FL.

Pest Management Technology (Core Instruction for Initial Certification)
12-20 September 1988

Plant Pest and Vegetation Management (Initial Certification for Categories 3, 5 & 6)
20-27 September 1988

Arthropod and Vertebrate Pest Management (Initial Certification for Categories 7 & 8)
27 September-7 October 1988

Operational Entomology
4-15 April 1988
2-13 May 1988
1-11 August 1988

Recertification Course (Category 8)
18-22 April 1988

b. For information on the following courses, contact:
LTJG Tony Kiszewski, DVECC, Alameda
Naval Air Station, Building 130
Alameda, CA 94501-5039
(415) 869-3652, AV 686-3652

Classes are conducted at the Disease Vector Ecology and Control Center, Alameda Naval Air Station, Alameda, CA

Pest Management Technology (Core Instruction for Initial Certification)
12-23 September 1988

Plant Pest and Vegetation Management (Initial Certification for Categories 3, 5 & 6)
26-30 September 1988

Arthropod and Vertebrate Pest Management (Initial Certification for Categories 7 & 8)
3-7 October 1988

Operational Entomology Training
21 March-1 April 1988
9-20 May 1988

Recertification (Category 8 only)
12-15 July 1988
6-9 December 1988

3. AIR FORCE-SPONSORED COURSES

a. For information on the following course, contact:
Dr. Terry L. Biery
907 TAS/Aerial Spray
Rickenbacker ANGB, OH 43217-5008
(614) 492-4694, AV 950-4694

Course conducted at Columbus, OH

Aerial Applicators Certification and Recertification Course
17-21 October 1988

b. For information on the following courses, contact:
Mr. Ralph W. Jones
3770 Technical Training Group
TTGIC/43
Sheppard AFB, TX 76311
(817) 851-6559/2195, AV 736-6559/2195

Classes are conducted at Sheppard AFB, unless otherwise indicated

Pest Management Specialist Course (Core Instruction for initial certification plus certification in all categories. Course is designed for individuals who have no prior experience in pest control.)

3 May-16 June 1988
3 August-16 September 1988

Vegetation and Turf Course (Core instruction and certification in categories 3,5,& 6)

8 April-6 May 1988
20 June-18 July 1988
29 August-23 September 1988

Recertification Course

14-22 March 1988
16-24 May 1988
25 July-1 August 1988

c. For information on the following course, contact:
Col Steve Valder or Capt Jim Swaby
USAF School of Aerospace Medicine (AFSC)
Brooks AFB, TX 78235-5301
(512) 536-2058, AV 240-2058

Course conducted at Brooks AFB, TX

Operational Entomology Training Course (Course is open to Grades E-5 and above. DOD-Certified Pest Control Operators are encouraged to participate.)

7-18 March 1988
4-15 April 1988
2-13 May 1988

## B. PESTICIDES AND EQUIPMENT

ROACH POT - At the November 1987 meeting of AFPMB, the Equipment Committee reviewed the literature for the Brody Enterprises' cockroach glue trap called "Roach Pot". Consideration of the product was suggested by Mr. John Wildie, an Army Reservist and professional entomologist with the Directorate of Engineering and Housing at Fort Sam Houston. The Committee felt that these traps exhibit a very desirable feature of having perforations for ease of partitioning into three parts. There is a glue strip on the back for mounting in out of the way places. Although the two cockroach glue traps in the stock system, "Mr. Sticky" and the Zoecon "Detector", have served us well as monitoring devices, we bring this new trap to your attention also because of its relative cost (a savings of roughly 50%). You can obtain more information by contacting: Brody Enterprises, 9 Arlington Place, Fairlawn, NJ 07410. You many call toll free 1-800-GLU-TRAP or from New Jersey call 1-201-794-3616. Mr. Wildie can be reached at (512) 221-4930 or AV 471-4930. For those of you who decide to obtain "Roach Pot" by local purchase, please send us feedback concerning the relative efficacy of this trap as compared to the stocklisted items. We thank Mr. Wildie for his suggestion and encourage others who have information useful to our profession to contact us. ---- AFPMB 88

P.E.S.T.™ - About two years ago the P.E.S.T.™ Machine was demonstrated to the AFPMB's Equipment Committee. The device is a pressurized pneumatic duster, designed to disperse a steady stream of insecticide dust into cracks, crevices, and voids. The flow rate can be adjusted to deliver very low dosages, and the electro-statically charged particles adhere nicely to smooth, vertical surfaces. An electric 1/4 horsepower compressor feeds air to the 1/2 quart pressurized dust reservoir. The dust is agitated by a flutter tube which is propelled by air from the compressor. The machine weighs 35 lbs, is 21" high, 12" long, and 8 1/2" wide, and comes with 30' of hose to carry dust from the reservoir to the nozzle. This machine was designed primarily to deliver boric acid powder for cockroach control. The Equipment Committee recommended in March 1986 that durability testing be conducted by the U.S. Army Biomedical Research and Development Laboratory (USABRDL), Fort Detrick, MD, and that efficacy studies be conducted by the Navy's Disease Vector Ecology and Control Center (DVECC), Alameda, CA. USABRDL durability tests showed that the machine "performed adequately in all tests conducted which included reliability, temperature, humidity, vibration, and shock". DVECC Alameda provided the following summary of their efficacy study: "The P.E.S.T.™ Machine provides an excellent method to apply boric acid for German cockroach control. It provides a fine, steady stream of boric acid powder, is durably made, simple to use, and easy to maintain. However, the P.E.S.T.™ Machine is limited to dusts and is costly (Editor's Note: About $1500). This Center's data and experience show that the P.E.S.T.™ Machine effectively applies boric acid powder and could be a useful tool, especially for cockroach control in the shore establishment". If you would like to a have a copy of the combined report of the USABRDL durability study and the DVECC Alameda efficacy tests, contact: Executive Director, AFPMB, Forest Glen Section, WRAMC, Washington, DC 20307-5001, AV 291-5191. You may obtain manufacturer's literature and price information from: Parker Pest Control, Inc., 1349 Quail Lane, Ponca City, Oklahoma 74601, Phone: (405) 762-6614. If you purchase this machine, we would appreciate operational comments from you. If enough of these machines are used effectively throughout the DoD Pest Management Program, there may be justification for stock listing the item. ---- AFPMB 88

TRAINING AND CERTIFICATION PLAN - An onsite review of the DoD Training and Certification Plan was conducted by EPA in October 1987. In general, the plan was found to be in excellent shape with only a few shortcomings noted. The most notable finding was that certifications were being issued in three categories, Agricultural and Animal (1), Regulatory (9), and Fumigation, not covered by the plan. The first two of these categories predate the plan and, although no certification training has been conducted in these categories recently, certification in them has been perpetuated through recertification. PPMPs should no longer certify or recertify individuals in those categories not covered by the plan. Corrective action recommended and approved by the AFPMB was for PPMPs to reissue certification cards with these specific categories deleted. This may be done at the time of recertification in other categories. Furthermore, those individuals requiring certification in Categories 1 and/or 9 should obtain state certification, as is done for Category 4. Utilization of state certification for these two categories will be submitted as an amendment to DoD 4150.7-M. Fumigation will not be designated as a separate category of certification, but training and certification should remain a component of other categories, e.g., Ornamental and Turf (5), Public Health (8), etc. ---- AFPMB 88

DAMMINIX - The AFPMB recently approved DoD use of DAMMINIX on a local purchase basis with MACOM approval. This product contains 7.4% permethrin and is registered (EPA Reg No. 56783-1) for the control of Lyme disease-infected ticks, principally Ixodes dammini, that infest mice and nests of mice. The device capitalizes on the habit of the field mouse host of the Lyme disease tick to use cotton for nesting material in its burrows. Control of the Lyme disease tick is achieved by soaking cotton wads with measured amounts of permethrin and distributing the treated cotton enclosed in cardboard tubes in mouse infested areas. The mice carry the cotton to their burrows where the immature ticks are concentrated and effectively controlled by contact with the treated cotton. DAMMINIX is manufactured by Eco Health Inc. 33 Mount Vernon St., Boston, MA 02108. For additional information call (617) 742-2400. IMPORTANT NOTE: This product is only registered for use in NY, NJ, MA, CT, RI, PA, DE, MD, and WI. Approval for use in MN and VA is pending. ---- AFPMB 88

DURSBAN TC - Dow has indicated Dursban TC is not available in 5-gallon cans, so the unit of issue will be a box (containing four 1-gallon containers). The NSN for this product is 6840-01-270-9766 with an estimated cost of $260/box. ---- AFPMB 88

EMERGENCY EXEMPTION: FLUVALINATE - EPA has granted USDA an emergency exemption to use fluvalinate (synthetic pyrethroid) for controlling Varroa mites in apiaries in all 50 states. Two formulations are allowed: plastic strips or impregnated wooden strips. The Varroa mite, a serious external parasite of honey bees, has recently been found in the U.S. The mite was first discovered on 25 September 1987 in Wisconsin when the state apiarist inspected hives of a migratory beekeeper. By 1 November 1987, the mite was found to be widespread in Wisconsin and Florida, and was found in several apiaries in New York, Pennsylvania, Ohio, Michigan, Illinois, South Dakota, and Nebraska. Once established, the Varroa mite could reduce honey production by one-third and seriously affect crop pollination. ---- Mr. Ken Olds, Pesticide Hotline 27 Jan 88, and Inside APHIS 8(4) Dec 87

REREGISTRATION: PHOSALONE - EPA is not placing phosalone into special review at this time. Phosalone will be classified as a restricted use pesticide except for products packaged and labeled solely for use around the home. EPA will require that labels bear statements requiring the use of protective clothing for workers reentering treated fields. EPA is not requiring endangered species labeling at this time. Preliminary data indicates that phosalone is unlikely to leach through soil to contaminate groundwater. ---- EPA Nov 87

REREGISTRATION: SUMITHRIN - Sumithrin is not being placed in special review at this time. Endangered species labeling will not be required. EPA is not requiring the addition of a groundwater advisory statement to sumithrin labels. EPA is not requiring the use of protective clothing. ---- EPA Nov 87

NEW IOWA PESTICIDE FEE RULES PROPOSED - The Iowa Department of Agriculture proposed changes in state pesticide regulations that call for warning signs, beefed up certification requirements, and increased registration fees. The annual registration fee for each brand and grade of pesticide would increase from $20 to a range of $250 to $3,000, under one proposed change. The new fees are required by the state's groundwater law, passed by the legislature in June 1987. Another proposed change would require pesticide applicators to post warning signs on treated lawns, golf courses, parks, playgrounds, and athletic fields. Homeowners would not be required to post such signs because the department lacks statutory authority to make them do so. Cities and towns would not have to post such signs if the time of application and location are announced 24 hours in advance in the news media. Another revision would provide that people who fail three times in six months to pass tests required for pesticide applicator certification must wait six months before they can take the test again. ---- Chemical Regulation Reporter 11(43) Jan 88

TRIBUTYLTIN - The House has passed legislation, H.R. 2210, that would ban the use of antifouling paints containing tributyltin (TBT) and other similar chemicals on boats that are less than 65 feet in length. It would also prohibit the sale of marine paints that release TBT into the environment at a rapid rate, although existing stocks of the paints could be sold for one year. The paints are used to keep barnacles, algae, and other organisms from attaching themselves to boat bottoms. The chemical has been shown to kill fish and shellfish at almost infinitesimal doses, and recent studies have found that in many U.S. coastal areas TBT is present at concentrations that have been shown in the laboratory to be toxic to a variety of marine life. ---- Chemical And Engineering News 64(46) Nov 87

JUDGE REJECTS EPA BAN ON DIAZINON - An administrative law judge rejected EPA's ban on the use of diazinon on golf courses and sod farms in a recommended decision issued 25 January. The decision, if it becomes final, would place diazinon in restricted use status for golf courses and sod farms instead of canceling those uses. The decision was written by Chief Administrative Law Judge Gerald Harwood following a two-month hearing. An EPA spokesman said that the decision would be "devastating" to the agency because it would establish a precedent against canceling pesticides based solely on a threat to the environment, rather than human health. Diazinon is the first pesticide EPA has canceled based strictly on environmental concerns, citing numerous instances of birds killed by exposure to the chemical. ---- Chemical Regulation Reporter 11(43) Jan 88

ARMED FORCES PEST CONTROL EQUIPMENT CATALOG - The U.S. Army Biomedical Research And Development Laboratory (USABRDL) has produced an illustrated summary of pest control equipment available through the military supply system. Titled "Armed Forces Pest Control Equipment Catalog", it is available from the POC, SGT William M. Darby, AV 343-7237 or Comm (301) 663-7237 at USABRDL. Only a small number of copies were printed, but this limited, coveted first edition is already being edited, corrected, and further improved. If you are too late for the current version, you will be placed on a special waiting list for the next new and improved version. USABRDL also welcomes suggestions on what items could be eliminated. ---- DPMIAC 88

## C. HAZARDOUS WASTES & TOXIC SUBSTANCES

TRACKING HAZARDOUS MATERIALS - Army installations typically contain a large number of autonomous activities that produce, use, and dispose of many hazardous materials. USA-Construction Engineering Research Laboratory (USA-CERL) has developed a stand-alone identification system, TRACKER, that operates on Army installation mainframe computers. TRACKER compares national stock numbers in procurement records to those contained in a database of known hazardous materials. TRACKER can therefore flag incoming hazardous materials that might end up as hazardous wastes. TRACKER's report is useful in complying with reporting requirements. The report can also be used to recommend less hazardous substitutes and to draw up the installation Spill Prevention Containment and Control (SPCC) plan. USA-CERL has pilot-tested TRACKER at 22 TRADOC and FORSCOM installations, with the goal of installing and implementing it at all Army installations. The programs, data tape, and manuals necessary to run TRACKER are available from the ETIS Support Center, 909 W. Nevada, Urbana, IL 61801; telephone COMM 217/333-1369. The USA-CERL POC is Mr. Ron Webster, Environmental Division, USA-CERL, P.O. Box 4005, Champaign, IL 61820-1305; telephone COMM 217/352-6511 ext. 593, or toll-free 800/USA-CERL (outside Illinois), 880/252-7122 (within Illinois). ---- U.S. Army Environmental Quality Technology 5(2) Oct. 87

ARMY ACCOUNTABILITY SYSTEM - With the passage of the Superfund Amendments and Reauthorization Act of 1986 (Public Law 99-499), planning at state, regional, and local levels for the current inventory and location of hazardous wastes and materials has become extremely important. In FY88, USA-CERL will be developing an Army Accountability System that will track hazardous materials/hazardous waste at the installation level. DOD has various automated systems which promote the efficient purchasing of hazardous materials and hazardous wastes. These systems are even capable of "flagging" hazardous materials which have the potential of becoming hazardous wastes, so that installation personnel can watch these materials carefully. However, the chain of custody (or accountability) breaks down at the point of issue. There is sometimes a large discrepancy between the amount of hazardous material coming onto the installation and the amount of hazardous waste disposed of through either the local Defense Reutilization Marketing Office (DRMO) or a licensed hazardous waste transporter. The purpose of the Army Accountability System is to improve accountability for selected hazardous materials and hazardous wastes by creating a custody trail which can be used to track these substances from procurement to ultimate disposal. POC: Mr. Bernard Donahue, Environmental Division, USA-CERL, P.O. Box 4005, Champaign, IL 61820-1305, Telephone COMM 217/373-6733, or toll-free 800/USA-CERL (outside Illinois), 800/252-7122 (within Illinois). ---- U.S. Army Environmental Quality Technology 5(2) Oct 87

HAZARDOUS WASTE REDUCTION REPORT - A report, "A Role for the Federal Government in Hazardous Waste Reduction," authored by Cate Leger, is available from the Northeast-Midwest Institute. The report gives an overview of the hazardous waste problem and the role waste reduction can play, a discussion of industry practices, and a summary of the main federal laws regulating disposal and reduction. Additional chapters are included on current federal and state waste reduction policies as well as on proposed waste reduction legislation introduced in Congress this year. For information, call (202) 544-5200. ---- Pesticide And Toxic Chemical News 16(7) Dec 87

INCINERATING 2,4,5-T, SILVEX - Residues from burning stocks of the canceled pesticides 2,4,5-T and Silvex in the EPA's mobile incinerator would be excluded from coverage by the hazardous waste management system, under a 4 January EPA-proposed rule. As a result, the agency would not have to dump the incinerator ash in a landfill certified to accept hazardous waste. Waste from incinerating the two pesticides would be considered hazardous without the exemption. Under the proposal, EPA would exempt the ash and other residues from regulation as hazardous waste under the Resource Conservation and Recovery Act. EPA said incineration of the pesticides would remove the hazardous characteristics of the dioxin-contaminated chemicals. EPA plans to burn the chemicals to eliminate stocks acquired after it canceled registrations for both pesticides in February 1985 (8 CFR 1406). ---- Chemical Regulation Reporter 11(40) Jan 88

SUPREME COURT ACTS ON AGENT ORANGE CASE - The Supreme Court has let stand several lower court decisions on lawsuits regarding veterans and possible injuries caused by the use of agent orange as a defoliant during the Vietnam war. The court agreed with the federal court in Manhattan that veterans and their families cannot sue the federal government. It upheld the $180 million settlement reached in 1984 in a major class action case over agent orange, and the court dismissed claims against the companies that produced agent orange from a group of about 300 veterans that had "opted out" of that large settlement. Two cases have not been heard by the Supreme Court yet, including one attempt to overturn a ruling that found the government immune to prosecution for using agent orange and another involving laboratory workers suing Dow Chemical. There is no indication if the court will rule on these. One of the reasons for not overturning the previous decisions was apparently the lack of evidence that agent orange has caused illness. ---- Chemical And Engineering News 66(3) Jan 88

WASTE MANAGEMENT INC. WITHDRAWS OCEAN INCINERATION PERMIT APPLICATION - Waste Management, Inc. (WMI), has withdrawn its permit application for the ocean incineration of hazardous waste. The two major reasons for the withdrawal were the uncertainty of EPA ever getting around to issuing a permit and the agency's proposal last year to allow the burning of hazardous wastes as fuels in boilers and furnaces. The proposed rules, which include cement kilns and aggregate kilns, would allow people who own, acquire, or build such a facility to get interim status under RCRA and burn hazardous waste as fuel. ---- Pesticide And Toxic Chemical News 16(9) Jan 88

## D. NATURAL RESOURCES

A NEW MICROBE IS FOUND INFECTING JAPANESE BEETLES IN CONNECTICUT - Adult Japanese beetles, Popillia japonica, are brightly colored, easily recognized pests that feed on the leaves of trees, ornamentals and shrubs. Their larvae, also known as grubs, are less conspicuous; they live in soil, feeding on the roots of grasses and small trees. Several unhealthy grubs were found, in 1986 in Connecticut, to contain a previously unknown microscopic parasite in their Malpighian tubules, which like kidneys, remove nitrogenous wastes. This microsporidian parasite has been named Ovavesicula popilliae, and represents a new genus and species. The generic name Ovavesicula means "egg-shaped vesicle" and refers to the shape of the structure enclosing the spores.

Like other microsporidia, O. popilliae is an obligate single-celled parasite that can only reproduce in a living insect. However, it is unique in that it produces infectious spores in packets of 32. After being ingested by a grub, the spores extrude long, thread-like tubes and inject their contents into host cells. The parasite multiplies by asexual reproduction and then transforms into a thick-walled vesicle that contains the 32 infectious spores.

It is not yet known whether the new parasite is transmitted from adults to eggs and then grubs. Information concerning the spore of the parasite, which is the only stage that survives outside the beetle, has been developed. Spores pass through the hindgut of infected grubs and are excreted with the feces. Other grubs ingest these spores and become infected. When spores were fed to grubs in the autumn, they became infected.

The Malpighian tubules are relatively uniform in diameter in healthy grubs, but in diseased grubs these tubules become swollen and distended, and often contain many spores which make them appear white. Infected tubules also frequently contain black crystals, probably due to a reaction to the pathogen. It is speculated that although infections begin in the Malpighian tubules, they may spread to the fat storage cells of heavily infected grubs. Grubs that survive infection emerge as infected adults, but it is unknown whether infection can be passed to the next generation through the eggs. However, it has been observed that heavily infected females lay fewer eggs than healthy ones.

Apparently only Japanese beetles are susceptible to O. popilliae. No evidence of infection in grubs of the Asiatic garden beetle (Maladera castanea), oriental beetle, (Anomala orientalis), or several native species of grubs found in turf containing numerous infected Japanese beetles was found. In addition, O. popilliae did not develop in five third-stage oriental beetle grubs fed 1000 spores. Geographic distribution of the parasite and prevalence of infection were determined in the fall of 1986 by collecting and examining Japanese beetle grubs from 49 different sites in Connecticut. The prevalence of infected grubs ranged from less than 1% to 95% in a golf course in Norwalk. The highest infected Japanese beetle population was in Groton where 24% of the grubs were infected.

Although O. popilliae has only recently been discovered, it is probably not a new pathogen. Its distribution throughout the state suggests it has been here for some time. Also, since it apparently attacks only Japanese beetles, tests are currently being conducted to evaluate this microorganism for its potential as a commercial biological control agent for Japanese beetles. ---- Frontiers of Plant Science Fall 87

PUEBLO PYRACANTHA - Pueblo, the variety species of pyracantha introduced by the U.S. National Arboretum, resists both fire blight and scab. Fire blight usually kills young pyracantha shoots, and scab defoliates the plant and disfigures the fruit. Pueblo's broad-spreading growth habit (it grows twice as wide as it grows tall) makes it ideal for barrier mass plantings for parks, highways, commercial developments, and large estates. Pueblo sports cream-white flowers in May and profuse orange-red fruit from autumn to early winter. ---- USDA Research Review 87

MANAGING VEGETATION WITH CHEMICALS - This is the title of a symposium that is being co-sponsored by the Department of the Navy and the US Army Corps of Engineers Waterways Experiment Station on August 1, 1988 in San Antonio, TX. This symposium represents an excellent opportunity for training as well as for allowing participants the time for interaction with researchers and chemical representatives who are actively involved in this everchanging field of grounds and landscape management. The symposium will consist of four segments. The morning session will include invited papers on 1) environmental and regulatory issues, 2) tree and ornamental growth management, 3) utility turf growth management and 4) forestry and brush vegetation management. The following sessions will focus on the practical application of PGRs and an evening period will include a poster session and displays of application equipment, product literature on PGRs and herbicides. Attendees are encouraged to make plans to remain in San Antonio for the Annual Meeting of the Plant Growth Regulator Society of America, which is scheduled for 1-4 August 1988. Individuals interested in attending this informative symposium should contact Dr. Howard E. Westerdahl, US Army Waterways Experiment Station at (601) 634-3860. ---- DPMIAC

SCALE-EATING BEETLES - Euonymus trees and shrubs may soon be free of scale insects without chemical sprays. Euonymus scale that afflicts these small evergreen shrubs and trees are white (male) and brown (female) insects with tough backs that help protect them from chemical sprays. Two beetles imported from the Asian Parasite Lab in Seoul, Korea, species of Chilocorus and Cybocephalus, devoured a heavy infestation of scale on the U.S. National Arboretum's euonymus specimens, saving the trees from the axe. Previously covered with a nearly solid dusting of white scale, the plants are now scale free. Scientists are releasing the beetles in the area from Pennsylvania to Georgia and in Texas and Michigan. ---- USDA Research Review 87

TALLGRASS PRAIRIES PARK PROPOSED - Legislation has been introduced in the House and Senate to designate a Tallgrass Prairie National Preserve in Osage County, Oklahoma. Prairie is considered by many conservationists to be the only major ecological type not represented in the National Park System. Thus, the bills likely will get broad support. The bills, H.R. 3803 and S. 1967, were introduced by Congressman Mickey Edwards (OK) and Senator David Boren (OK), respectively, and were cosponsored by other members of the Oklahoma delegation. This indicates that there is support in Oklahoma for the preserve, which is critical to the measure's enactment. Bills to create a prairie park unit in Oklahoma have been introduced before, but opposition by citizens of that state prevented passage. Conservationists are optimistic that agreements have been reached so that this unit of the National Park System can become a reality. ---- Outdoor News Bulletin 42(2) 88

## E. MEDICAL ENTOMOLOGY

### Update: Aedes albopictus Infestation - United States

In August 1985, an infestation of Aedes albopictus, a mosquito known to transmit epidemic dengue in its native Asia, was discovered in Harris County, Texas. This mosquito transmits a number of pathogenic arboviruses, including members of the California serogroup indigenous to the United States.

Surveillance to determine the distribution of Ae. albopictus in the United States began in 1986. By October of that year, the mosquito had been found in one or more counties in 12 states. Since then, infestations have been discovered in five additional states (Table 1). To date, Ae. albopictus has been found principally in southern, eastern, and midwestern states, with the northernmost infestation being in downtown Chicago, Illinois.

Eight cities known to be infested with Ae. albopictus in Texas, Louisiana, Florida, Missouri, Tennessee, and Indiana were surveyed in detail during 1987 to determine how far the mosquito had spread from the original foci of introduction (suspected to be Houston and New Orleans) and the manner in which it was spreading. Preliminary data from seven of the eight cities suggest that Ae. albopictus is not yet well established in the more northerly cities surveyed. With the exception of Jacksonville, Florida, however, it was a prominent Aedes species in all of the southern cities surveyed. The Jacksonville infestation may be of short duration, or control efforts may have reduced its spread. Several state and local agencies have attempted to eliminate or reduce focal infestations, with mixed results.

Ae. albopictus and other container-breeding Aedes species commonly breed in water found in tires stored outdoors, and tires appear to be a major means of distribution of these mosquitoes. During 1986, larvae of Ae. albopictus and several other mosquito species were intercepted in shipments of used tires from Japan.

Personnel of the Alameda County Mosquito Abatement District collected Ae. albopictus from large equipment tires shipped from Hawaii to an Oakland, California, tire dealer. No additional Ae. albopictus mosquitoes have been recovered from the Oakland site. Several counties that were negative for Ae. albopictus in 1986 were positive in 1987 (Table 1), suggesting expansion of the species rather than discovery of preexisting foci. The additional infestations in the midwestern states increase the likelihood of involvement of Ae. albopictus in the La Crosse virus cycle. This mosquito species has been shown to be capable of surviving the winter in many of the La Crosse-endemic areas of the United States.

Despite its rapid northward extension, Ae. albopictus has so far failed to move into south Texas or south Florida. The mosquito's current southern limit is between 29 degrees and 30 degrees north latitude. The characteristic diapause (hibernation) of the Ae. albopictus populations in the continenetal U.S. makes them uniquely adaptable to the northern temperate environment and may also be limiting their southern spread.

The control or eradication of Ae. albopictus is complicated by several factors. Insecticide susceptibility tests conducted by the New Orleans Mosquito Board, Rutgers University, and CDC have shown that this mosquito has increased tolerance to malathion, temephos, and bendiocarb, among the limited number of insecticides evaluated to date. Although source reduction programs, which eliminate breeding in tires and other water-holding containers, are expensive and difficult to carry out, they provide the only long-lasting solution to the problem. The possibility of reintroduction of the mosquito in containers (such as tires) coming from outside the community would necessitate continual monitoring and treatment.

Since this mosquito is capable of vertically passing a number of viruses to its young during the egg stage, other arboviruses could be imported into the United States in the eggs or larvae of this species. In addition, the importation of populations from other areas could expand the genetic variability, providing, for example, genes for greater insecticide resistance or greater disease vector potential.

Because of the importance of preventing continued introduction of Ae. albopictus into this country, beginning 1 January 1988, under the provisions of Public Law 78-410, Public Health Service Act, Section 361, and 42 CFR 71.32(c), CDC will require that all used tire casings coming from Asia be certified as being dry, clean, and free of insects. ---- Morbidity and Mortality Weekly Report, 4 Dec. 1987, 36(47)

**TABLE 1. *Aedes albopictus*-infested counties reported to CDC by state/local agencies — United States, 1986-October 1, 1987**

| State | County | 1986* | 1987* |
|---|---|---|---|
| AL | Colbert | + | |
| | Covington | ? | + |
| | Cullman | + | + |
| | Jefferson | − | + |
| | Mobile | − | + |
| AR | Grant | + | |
| CA | Alameda | − | ± |
| DE | Kent | ? | + |
| FL | Duval | + | + |
| GA | Chatham | + | + |
| | Clarke | ? | + |
| | Fulton | + | |
| IL | Cook | − | + |
| | Jefferson | + | |
| | St. Clair | + | |
| IN | Dearborn | − | + |
| | Marion | + | + |
| | Vanderburgh | + | + |
| KY | Fayette | − | + |
| LA | Caddo | + | + |
| | Calcasieu | + | + |
| | East Baton Rouge | + | + |
| | Iberia | + | + |
| | Jefferson | + | + |
| | Lafayette | ? | + |
| | Orleans | + | + |
| | Ouachita | − | + |
| | Plaquemines | + | |
| | Rapides | ? | + |
| | St. Bernard | + | |
| | St. Charles | + | + |
| | St. Tammany | + | |
| | Tangipahoa | + | |
| | Vermilion | + | + |
| | Vernon | ? | + |
| MD | Baltimore (City) | ? | + |
| MS | Forrest | + | |
| | Harrison | + | + |
| | Hinds | + | + |
| | Warren | + | |
| MO | Clay | − | + |
| | Jackson | + | + |
| | St. Charles | + | + |
| | St. Louis | + | + |
| | Washington | + | |
| NC | New Hanover | ? | + |
| | Rockingham | ? | + |
| | Stokes | ? | + |
| | Mecklenburg | ? | + |
| OH | Darke | ± | ± |
| | Hancock | − | ± |
| | Jackson | − | + |
| TN | Shelby | + | + |
| TX | Anderson | + | + |
| | Angelina | ? | + |
| | Bell | ? | + |
| | Bexar | + | + |
| | Bowie | + | |
| | Brazoria | + | + |
| | Chambers | + | + |
| | Coryell | ? | + |
| | Dallas | + | + |
| | Ellis | + | + |
| | Fort Bend | + | + |
| | Galveston | + | + |
| | Harris | + | + |
| | Houston | ? | + |
| | Jefferson | + | + |
| | Liberty | + | + |
| | Montgomery | + | + |
| | Orange | ? | + |
| | Rusk | ? | + |
| | San Jacinto | + | + |
| | Tarrant | + | + |
| | Tyler | ? | + |
| | Walker | ? | + |
| | Webb | ± | − |

* "+" = positive; "−" = negative; "±" = positive, but population was eradicated or area became negative without treatment; "?" = unknown, not surveyed; (blank) = no data for this season.

## MEDICAL ENTOMOLOGY UPDATES

### I. AFRICA

General - According to the weekly Centers for Disease Control "Summary of Health Information for International Travel," the World Health Organization (WHO) considers the following countries to be "infected" with yellow fever: Burkina Faso (southeast), Gambia (Upper River Division), Ghana (Northern Region), Guinea (Siguiri Region), Mali (Southwestern Region), Mauritania (Southern Region), Nigeria (Benue, Cross River, Kaduna, Kwara, Lagos, Niger, Ogun, Ondo, and Oyo States), Sudan (south of 12 degrees north), and Zaire (north of 10 degrees south). The term "infected," as used by the WHO, does not necessarily mean that cases currently are being reported.

Ghana - Yellow fever has broken out in Ghana's Eastern Region, according to a mid-December radio broadcast. Details were sketchy, but at least 7 deaths reportedly occurred in 3 villages along Volta Lake, about 220 km northwest of Accra. Nine more presumed victims were hospitalized. Previously, only Ghana's Northern Region had been considered as "infected" with yellow fever, and active transmission had not been reported since late 1983.

Guinea - An outbreak of yellow fever has occurred in Guinea, with 5 cases (2 fatal) reported from the Siguiri Region as of late October. This region is adjacent to the area of Mali currently affected by yellow fever and may represent an extension of that outbreak. Although foci of jungle (sylvatic) yellow fever existed in colonial times, WHO data going back to 1965 contain no information on yellow fever cases from Guinea.

Ivory Coast - French researchers recently reported in vitro confirmation of 3 cases of chloroquine-resistant falciparum malaria acquired in the Ivory Coast. Resistance was suspected on clinical grounds in 4 other individuals. The disease has been spreading into west central Africa since at least 1985. Although chloroquine-resistant falciparum malaria had been detected earlier in neighboring Ghana, its presence in the Ivory Coast had only been suspected prior to this report.

Mali - Yellow fever incidence appears to have tapered off in late October. As of 16 November, a total of 304 cases (144 fatal) had been reported for the outbreak, an increase of 34 cases (9 fatal) since 20 October. Government officials claimed that over 93 percent of the residents of the capital city, Bamoko, (approximate population 819,000) had been immunized by mid-October. Earlier reports indicated that Bamoko could be at risk from the outbreak.

Mauritania - Rift Valley Fever (RVF) now appears responsible for the majority of cases reported earlier as "yellow fever." As of late November, 127 cases had been confirmed as RVF, versus 24 confirmed as yellow fever. These are the first reported cases of yellow fever since before 1965. More recent information indicates that the RVF outbreak has intensified along the Mauritania-Senegal border. Unofficial sources in Senegal claim that "several hundred" cases, at least 150 fatal, have occurred in the Senegal River valley, with a major focus near the town of Rosso. The affected area is in the extreme southern Trarza Region. According to WHO reports, outbreaks of RVF in humans previously have not been documented from West Africa. However, serological evidence indicates that the virus has been present in domestic livestock and animal husbandmen in Mauritania, and a recent research paper predicted that an outbreak of RVF could occur along the Senegal River.

Nigeria - A yellow fever outbreak may have occurred in Niger State in September. A telegram sent in late September gave a total of 250 cases (87 fatal), but provided no time frame. Niger State was not included in the WHO list of yellow fever "infected" areas published on 25 September, but did appear on the 23 October list. Yellow fever outbreaks have affected extensive areas of Nigeria this year.

Togo - According to a mid-November report, chloroquine-resistant (presumably falciparum) malaria (CRFM) has become a serious health threat to non-indigenous personnel. Apparently absent from Togo prior to 1987, CRFM strains first were detected in the plateau region of southwest-central Togo. The largest recent concentration of cases was from the vicinity of Pagala in north-central Togo, and isolated cases have been reported from throughout much of the country. Although CRFM previously had been reported from the neighboring countries of Benin and Ghana, the disease did not appear prevalent in those areas. Either CRFM has been present but undetected in Togo for some time, or CRFM is more prevalent in West Africa than past reporting has indicated.

## II. AMERICAS

General - The WHO considers the following countries to be "infected" with yellow fever as of 6 November 1987: Bolivia (Beni, Cochabamba, La Paz, and Santa Cruz Departments); Brazil (Amapa and Roriama Territories; Amazonas, Goias, Maranhao, Mato Grosso, Para, and Rondonia States); Colombia (Antioquia, Boyaca, Cesar, Cundinamarca, Guaviare, Norte de Santander, and Santander Departments; Arauca, Caqueta, Casanare, Cucuta, Meta, and Putamayo Intendencias); and Peru (Ayacucho, Cuzco, Huanuco, Junin, La Libertad, Loreto, Madre de Dios, Pasco, and San Martin Departments).

El Salvador - According to an unofficial report, dengue activity continued to increase, with up to 50 cases (at least 1 fatal) of dengue hemorrhagic fever (DHF) known as of mid-December. The source indicated that the DHF was "relatively mild," with some cases not meeting all WHO criteria for the syndrome. Strains of both dengue 1 and dengue 4 have been isolated. Although most isolates have been from the San Salvador area, dengue transmission appears to be virtually country-wide. Further studies on the outbreak reportedly are underway.

French Guiana - Malaria incidence has continued to be more than triple that experienced during 1986. Malaria incidence increased even more rapidly during July and August, reaching a total of 2,005 cases by 5 September, versus 575 cases for the comparable period of 1986.

Guatemala - Delayed reports indicate that the outbreak of dengue in Escuintla had radiated into adjacent rural and urban communities, and had affected over 1,000 people by early August. At least one death of a dengue victim was reported, but dengue was not proven to have been the actual cause of death.

Mexico - Unofficial reports indicated that cases of malaria and dengue were detected in Mazatlan on Mexico's west coast in late October. Vector control measures reportedly were undertaken promptly, but their efficacy may be questionable. According to the Mazatlan health center, 46 cases of dengue were recorded during one week in late November. A local doctor stated that dengue 1 was responsible for the outbreak, but the existence of confirmed isolates is uncertain. An unconfirmed report indicates that a focus of chloroquine-resistant falciparum malaria may exist in northern Chiapas State. Falciparum malaria appears unusually prevalent in this area, and "radical treatment" of some malaria cases allegedly has been ineffective. If confirmed, this would constitute the first proven occurrence of drug-resistant malaria in Mexico.

Trinidad and Tobago - As of 19 September, 45 cases of dengue (serotype unspecified) had been reported to CAREC, versus 9 cases during the comparable period of 1986.

## III. ASIA

Bangladesh - Based on slide positivity rates, the prevalence of malaria in the Chittagong Hill Tracts region has doubled to tripled over the past two years. The most recent data from district health departments indicate an overall prevalence rate for the region of over 30 percent, with rates in individual districts varying from 10 to 45 percent.

India - At least 15 fatalities from visceral leishmaniasis (kala azar) were reported from one district of Bihar State from May through July, indicating a continued high prevalence of the disease in Bihar.

Thailand - Over 150,000 cases of dengue and DHF may have occurred during the current epidemic. Unofficial reports also indicate that the death rate is higher than in previous outbreaks, and that dengue 3 predominates. Areas most affected by the epidemic include the central plains and the northeastern region bordering Cambodia and Laos.

Vietnam - As of 1 October, the WHO considered Viet Nam (Gia-Lai-Cong Tum, Lam Dong and Phu Khanh Provinces) to be infected with plague.

Singapore - According to an environment ministry spokesman, 22 cases of dengue and DHF were reported during the week beginning 4 November. The deaths of 2 children during the following week were believed due to complications from DHF. Dengue has been prevalent in much of southeast Asia this year, but none had been reported from Singapore since mid-1986.

## IV. EUROPE

Albania - According to an unofficial report, an outbreak of hemorrhagic fever with renal syndrome (HFRS) occurred earlier this year. No details as to the geographic location, morbidity, or mortality rates were available. HFRS, also known as Korean hemorrhagic fever and nephropathia epidemica, occurs throughout Eurasia. Some investigators now believe that a severe form of the disease is prevalent in the Balkan region.

## V. MIDEAST

Iran - An unconfirmed report indicates that approximately 3,000 Iranian troops have to be relieved of normal duties annually because of medically induced leishmaniasis. Leishmaniasis is endemic to Iran, and current policy reportedly includes giving all troops a "mild case" of leishmaniasis. No effective vaccine for leishmaniasis exists, so the deliberate infection with a mild form of the disease may be seen as a means of providing some degree of immune protection. However, about 1 percent of those individuals so inoculated apparently develop sigificant clinical illness.

Saudi Arabia - According to a recent health ministry report, a total of 12,617 cases of schistosomiasis were detected during the year (presumably the Islamic year 1407 A.H. that ended in mid-August 1987), versus 149 during the previous year. The lower figure most likely is an artifact of surveillance or reporting procedures, as regional WHO data indicate that 12,000 to 18,000 cases of schistosomiasis occur annually in Saudi Arabia.

---- Global Disease Surveillance Report (Nov-Dec 1987), Global Epidemiology Working Group, Fort Detrick, MD 21701

TIB 1/2/88

## F. MEDICAL ZOOLOGY

### Progress in the Treatment and Control of Schistosomiasis

Schistosomiasis is a debilitating tropical parasitic disease that affects 200-300 million people in 73 countries. The agent which causes schistosomiasis (also known as bilharziasis) is a trematode worm of the genus Schistosoma. The incidence of the disease is believed to be increasing in those countries where development in agriculture and industry depends on the construction of new dams and irrigation projects - places where the parasite's host snail can breed.

There are five species which are primarily parasites of man. The three most important ones are S. mansoni, S. haematobium and S. japonicum. Two additional schistosomes of man with a more localized distribution are S. intercalatum and S. mekongi. Although none of these species is native to North America, other schistosomes which are normally parasites in birds and rodents may cause a dermatitis known as swimmer's itch in people when the cercarial (larval) stages penetrate the skin but fail to complete their life cycle.

Because of its low mortality rate and low incidence in U.S. troops during previous military engagements, schistosomiasis is often considered to have little military significance. However the Chinese had to abort a planned invasion of Taiwan in 1950 when schistosomiasis swept through 30-50 thousand troops that were massed and training for the attack.

The species that infect man develop in a series of stages - eggs, miracidia, sporocysts, cercariae, schistosomula, and finally, the adults. Schistosome infections are inititated by cercariae released into water by parasite-infected snails. When the cercariae come in contact with a human being, they burrow into the skin, where they transform into schistosomula and begin a 6-week period of development and migration, culminating in the appearance of adult worms in the veins of the intestine or bladder.

An adult worm can live 20 or more years and produce hundreds of eggs daily, which may pass from the body in feces and urine and then into waterways. However, many eggs remain in the body, where they induce severe immunological reactions. This immune reaction to the worm's eggs is the cause of the disease's pathology. The result is chronic illness and disability. Eggs that are released into waterways hatch into free-swimming miracidia that invade host snails. Within the snail, a miracidium develops first into a sporocyst which in turn produces multiple sporocysts each capable of producing numerous cercariae.

There has been a great deal of publicity about recent rapid progress in identification of malaria antigens and initiation of clinical trials of prospective malaria vaccines. This has overshadowed much of the concurrent success in the development of vaccines for schistosomiasis.

Although there is some epidemiological evidence of a natural immune response in man, schistosomes are remarkably effective in evading the immune system. Schistosomes entering the host acquire a coat of molecules from the host which may help them from being recognized as foreign by the immune system. Even stripped of their coating of host antigens, adult worms are intrinsically resistant to immune damage.

Studies in animal models do however suggest that a vaccine is feasible. In mice, immunization with living cercariae attenuated by irradiation can induce resistance which results in reduction of worm burdens of up to 90% compared to control animals. This acquired resistance is species but not strain specific. Immunity appears to be directed largely against young schistosomula during the skin and lung stages of migration. Larvae become increasingly insusceptible as they mature into adult worms.

Surface antigens of the early larval form would probably be the target of humoral (antibody) protective mechanisms. However, the mechanism and site of immune action is not clearly understood. Experimental evidence indicates that resistance to schistosomiasis is mediated through both humoral and cellular mechanisms. Some believe a vaccine based on cell-mediated immunity offers certain theoretical advantages over a vaccine dependent on antibody.

Production of sufficient quantities of irradiated parasites for human vaccination is not practical. However, experimental studies using purified antigens have produced lower levels of protection of about 40%. Use of modern sophisticated biotechnological tools offers great promise in resolving this dilemma. Monoclonal antibodies are being used to characterize surface antigens. Antigens which protective antibodies recognize have already been cloned by genetic engineering to obtain sufficient quantities for experimental studies.




Life cycle of a parasitic schistosome of man. a, man infected with adult worm; b, ovum passed in feces or urine; c, free-swimming miracidium; d, metamorphosis in snail with formation of primary sporocyst, secondary sporocysts and cercariae; e, free-swimming cercaria; f, man infected by cercaria in water through skin.

Development of a defined antigen vaccine may be several years away, but the goal appears to be in sight. Most scientists working in the field are optimistic that a vaccine will ultimately be developed. Even if only partial protection can be achieved, a vaccine which reduces the worm burden by 60-70 % may be good enough to prevent or reduce the incidence of clinical disease, since schistosomes don't multiply in their hosts like malaria parasites do. A better understanding of the complexities of immune response to schistosomes will be required before strategies for vaccination and antigen presentation can be implemented.

Concurrently, significant advances have been made in the chemotherapy of schistosomiasis. Praziquantel is effective against all species of schistosomes, producing cure rates up to 95% with administration of a single dose. The reduction in egg counts in those who are not cured is usually 90-95% one year after treatment. The drug is well tolerated, producing only mild side effects in most cases.

Another approach to the prevention of schistosomiasis that will be especially useful to the military is the use of topical antipenetrants to prevent infective cercariae from burrowing into the skin. An effective lotion for this purpose is in advanced stages of development at the Army's Medical Material Development Activity. Niclosamide is both an anthelmintic used for the treatment of tapeworms and also a common molluscicide (Bayluscide) used to control the snail hosts of schistosomiasis.

When applied to the skin of primates 3 days prior to exposure, it can prevent the penetration of up to 99% of the cercariae of all species of Schistosoma tested. It binds to the skin and remains in the epidermis until it is sloughed off. A permit for an experimental new drug will be submitted to the FDA in the fall of 1988. Toxicological and preclinical testing in humans will begin shortly after FDA approval is granted. Miles Pharmaceutial Company will produce the formulated product after all testing has been completed.

Suggested reading:

AFPMB. January 1987. Technical Information Memorandum 23: A Concise Guide For The Detection, Prevention, And Control Of Schistosomiasis In The Uniformed Services.

James, S. L. 1987. A Review: Schistosoma spp.: Progress toward a defined vaccine. Exp. Parasit. 63; 247-252

Simpson, A. J. G. + D. Ciolo. 1987. Progress towards a defined vaccine for schistosomiasis. Parasit Today 3(1) 26-28

WHO. The control of schistosomiasis. 1985. Technical Report Series 728

## G. TIB BYTES

AGRICOLA - AGRICOLA, an acronym for AGRICultural OnLine Access, is an online computer database composed of over 2.6 million bibliographic citations to literature on all aspects of agriculture including plant and animal science, economics, food and nutrition, forestry, entomology, engineering, and rural sociology. The database contains records for literature citations of journal articles, monographs, bibliographies, theses, patents, software, audiovisual materials, and technical reports from 1970 to the present. The literature cited is primarily in English but over one-third of the database comprises citations in Western European, Slavic, Oriental, and African languages. AGRICOLA is produced by the National Agricultural Library (NAL). It is accessed directly from dial-up computer terminals through two commercial database vendors: DIALOG Information Services, Inc. (Files 10 and 110) or BRS Information Technologies (Files CAIN and CAIB). For additional information, call (301) 344-3875. ---- National Agricultural Library, 87

CRIS - The Current Research Information System (CRIS) is the U.S. Department of Agriculture's (USDA) computer-based documentation and reporting system for ongoing publicly supported agricultural and forestry research in the United States. The system contains close to 30,000 descriptions of research projects conducted by the USDA, the nation's land-grant institutions, state agricultural experiment stations, schools of forestry, and cooperating schools of veterinary medicine. CRIS is operated by the Cooperative State Research Service, USDA. Each project write-up gives a brief summary of work underway and is updated annually with progress reports that often contain citations to publications not yet cited in bibliographic databases. The CRIS database can be accessed directly from dial-up computer terminals through the commercially available DIALOG Information Services, Inc. (File 60). For additional information, call (301) 344-3850. ---- National Agricultural Library, 87

HAZARDOUS WASTE COLLECTION DATABASE - Updated quarterly, this database on diskette was developed to increase access to the entire EPA Hazardous Waste Collection Database. It contains EPA reports, books, Office of Solid Waste and Emergency Reponse (OSWER) policy and guidance directives, periodicals, relevant Federal Register Notices, and a listing of commercial databases with hazardous waste information that are available through the EPA library network. The information is available on five and one-fourth inch diskette compatible with the IBM-PC/AT microcomputer and in dBase III format. This database is available by subscription as PB87-945000/FAA at $325 per year. As a one-time order for a single issue request PB87-945001/FAA at $125. For assistance, Call NTIS at (703)487-4600 ---- News line No. 32 87

U.S. FISH AND WILDLIFE SERVICE AUTOMATED DATA BASES - A U.S. Fish and Wildlife Service publication, entitled "Inventory of U.S. Fish and Wildlife Service Automated Data Bases," has just been completed which documents active technical data bases developed and maintained by the Fish and Wildlife Service. A brief summary about each of the included data bases describes content, subject, availability, and a contact person. Copies of this publication may be obtained from Homer T. Kemp, Office of Information Transfer, U.S. Fish and Wildlife Service, 1025 Pennock Place, Fort Collins, CO 80524, (303) 498-8401. ---- MSFWIS Newsletter, SR 87-5, Fall 87

## H. TIB BITS

KILLING RODENTS TRAPPED ON GLUE BOARDS - Professor Dave Taplin, Advisor to AFPMB's Contingency Advisory Group, reports a novel but effective and humane method of killing rodents trapped on glue boards: Pour 1/4 cup of water into a plastic bag, add rodent and glue board, drop in 2 Alka-seltzer[R] tablets, and seal the bag. The dissolving tablet releases carbon dioxide, which renders the rodent unconscious in a few seconds, followed by death within a minute. (Adding baking soda to household vinegar is an alternative way of generating the carbon dioxide). Dave used this method recently during a field trip in Central America, when some members of his Field Epidemiology Survey Team (FEST) took exception to less humane methods he had been using. ---- AFPMB 88

BEE REGULATED ZONE - On 8 Sept 1987, the U.S. and Mexico signed an agreement to combat the spread of the Africanized bee. A plan of action calls for the construction of a tri-area bee regulated zone (BRZ) at the Isthmus of Tehuantepec. Designed to restrict the bees' movement, each zone has a specific function. In Zone 1, surveys and trapping are to be used to monitor the bees' spread. Increased trapping, mapping, surveying, and other methods are to be used in Zone 2 to prevent the bees from moving to Zone 3 where specialists will carefully recording the number of bees that pass through the BRZ. ---- Inside APHIS, 8(4) Dec 87

AFRICANIZED BEE TRANQUILIZER - Africanized bees now in South and Central America threaten people and animals with their obnoxious stinging behavior. They are headed toward the United States, but a natural tranquilizer discovered in the Agricultural Research Service labs may reduce the threat. A native American bee called the fire bee emits a chemical to subdue domestic honey bees so if they can steal their honey. Scientists hope the fire bee's tranquilizer, or something close to it, can be synthesized in the lab and used to calm the invaders if they come. They would also have to determine what amounts, if any, are safe for use near pets, livestock, and people. ---- USDA Quarterly Report, 1 Jul-30 Sep 87

BUGS BITE THE DUST ON BITTER PILL - Imagine a soft, gelatin capsule about the size of a vitamin pill, but filled with hundreds of microscopic, parasitic worms. The worms, a variety of nematode, are the "active ingredient" in a newly patented agricultural pest-control system. Although not yet commercially available, the "pill" has been shown in preliminary tests to be effective against such pests as fire ants, termites, and corn rootworm. It's been known for years that parasitic nematodes can be useful as biological controls. When consumed by an insect pest, the nematode releases a variety of bacteria that are deadly to the insect. But with 2 billion to 3 billion nematodes required per acre for control, distributing them is a problem. The new method puts them in a state of sleep inside easily distributed gelatin capsules. The innovative delivery system has great potential if the nematodes could be produced in great enough quantities. Biosis, a Palo Alto, CA. mass-producer of nematodes, is experimenting with growing them in a 7,500-liter fermentation container, with hopes of producing 100,000 nematodes per milliliter. ---- Science News 132(24) 12 Dec 87

IMPORTED BIOCONTROL - A caterpillar that eats the leaves of field bindweed (one of the worst problem weeds in the United States) has been imported to see if it will help control the plant. Scientists have released and are carefully monitoring the caterpillars in Texas and Oklahoma. Known as Tyta luctuosa, the insect is found in Eurasia and North Africa. Those used for the experiment in the two states were collected by the Agricultural Research Service lab in Rome, Italy. The caterpillar is the first insect ever approved for control of bindweed in the United States; other candidates had to be rejected because they also feed on sweetpotato, a bindweed relative. ---- USDA Quarterly Report, 1 Jul-30 Sep 87

FEDERAL REGISTER

Federal Register Items Of Interest To DoD Pest Management Personnel
Vol. 52: Nos. 230-251 (1 December 1987 to 31 December 1987)

| | |
|---|---|
| 1 - 45634-36 | Florida; Final Authorization Of State Hazardous Waste Management Program.<br>Agency: U. S. Environmental Protection Agency. |
| 1 - 45788-99 | Hazardous Waste; Codification Rule For The 1984 RCRA Amendments.<br>Agency: U. S. Environmental Protection Agency. |
| 2 - 45862 | Issuance Of Experimental Pesticide Use Permits; Mobay Chemical Corp., Et Al.<br>Agency: U. S. Environmental Protection Agency. |
| 2 - 45862-65 | State Registration Of Pesticides; Alabama, Et. Al.<br>Agency: U. S. Environmental Protection Agency. |
| 3 - 45976 | Endangered And Threatened Wildlife And Plants; Reopening Of Comment Period On The Proposed Endangered Status For The Independence Valley Speckled Dace And Clover Valley Speckled Dace.<br>Agency: Fish And Wildlife Service, Interior. |
| 3 - 45997-98 | Toxic Chemical Release Reporting; Community Right-To-Know; Denial Of Petition.<br>Agency: Environmental Protection Agency. |
| 4 - 46083-85 | Endangered And Threatened Wildlife And Plants; Removal Of Gambusia amistadensis, The Amistad Gambusia, From The List Of Endangered And Threatened Species.<br>Agency: Fish And Wildlife Service, Interior. |
| 4 - 46085-87 | Endangered And Threatened Wildlife And Plants; Determination Of Endangered Status For Crescentia portoricensis.<br>Agency: Fish And Wildlife Service, Interior. |
| 4 - 46106-08 | Endangered And Threatened Wildlife And Plants; Proposed Rule To Reclassify The Alabama Cavefish (Speoplatyrhinus poulsoni), From Threatened To Endangered.<br>Agency: Fish And Wildlife Service, Interior. |
| 4 - 46334-36 | Endangered And Threatened Wildlife And Plants; Proposal To Determine Iris lacustris (Dwaft Lake Iris) To Be A Threatened Species.<br>Agency: Fish And Wildlife Service, Interior. |
| 8 - 46466-67 | Alabama; Final Authorization Of State Hazardous Waste Management Program.<br>Agency: Environmental Protection Agency. |
| 8 - 46510-11 | Detection And Repair Of Cracks, Pits, Corrosion, Lining Flaws, Thermal Protection Flaws, And Other Defects Of Tank Car Tanks.<br>Agency: Research And Special Programs Administration (RSPA), (DOT). |

| | |
|---|---|
| 8 - 45611-14 | Shippers; Use Of Tank Car Tanks With Localized Thin Spots.<br>Agency: Research And Special Programs Administration (RSPA), (DOT). |
| 16 - 47752-53 | Pesticide Registration Standard; Availability For Comment.<br>Agency: Environmental Protection Agency. |
| 17 - 48072-73 | Extremely Hazardous Substances List.<br>Agency: Environmental Protection Agency. |
| 17 - 48073-74 | Extremely Hazardous Substances List.<br>Agency: Environmental Protection Agency. |
| 23 - 48552-54 | Endangered And Threatened Wildlife And Plants; Finding On Northern Spotted Owl Petition.<br>Agency: Fish And Wildlife Service, Interior. |
| 23 - 48573-74 | Pesticide Tolerance Petition; Abbott Laboratories.<br>Agency: Environmental Protection Agency. |
| 23 - 48574-75 | Emergency Exemptions.<br>Agency: Environmental Protection Agency. |
| 23 - 48638-48 | Underground Storage Tanks; Technical Requirements, Financial Responsibility Requirements, And State Program Approval.<br>Agency: Environmental Protection Agency. |
| 28 - 48920-33 | Federal Insecticide, Fungicide And Rodenticide Act (FIFRA); Good Laboratory Practice Standards.<br>Agency: Environmental Protection Agency. |
| 28 - 48933-46 | Toxic Substances Control Act (TSCA); Good Laboratory Practice Standards.<br>Agency: Environmental Protection Agency. |
| 29 - 49082-86 | Determination To Prohibit, Deny, Or Restrict The Specification Of An Area For Use As A Disposal Site; Santa Ysabel Creek, San Diego County, CA.<br>Agency: Environmental Protection Agency. |
| 30 - 49198-99 | Availability Of Position Documents Concerning Pesticide Test Protocols.<br>Agency: Environmental Protection Agency. |
| 30 - 49199-200 | Certain Companies; Applications To Register Pesticide Test Products.<br>Agency: Environmental Protection Agency. |
| 31 - 49480-503 | Alachlor; Notice Of Intent To Cancel Registrations; Conclusion Of Special Review.<br>Agency: Environmental Protection Agency. |

| | |
|---|---|
| 4 - 31-41 | Hazardous Waste Management System; Identification And Listing Of Hazardous Waste; Proposed Exclusion. Agency: Environmental Protection Agency. |
| 5 - 126-27 | Illinois; Immediate Final Decision On The Revision To The State Hazardous Waste Management Program. Agency: Environmental Protection Agency. |
| 5 - 127-28 | Florida; Final Authorization Of State Hazardous Waste Management Program; Correction. Agency: Environmental Protection Agency. |
| 5 - 128-29 | Indiana; Final Determination On A Revision To The State's Authorized Hazardous Waste Management Program. Agency: Environmental Protection Agency. |
| 6 - 244 | North Carolina; Order To Commence Proceedings To Determine Whether To Withdraw Hazardous Waste Program Approval; Correction. Agency: Environmental Protection Agency. |
| 8 - 519-29 | Identification And Listing Hazardous Waste; Amendments To Definition Of Solid Waste. Agency: Environmental Protection Agency. |
| 13 - 795-802 | Cyanazine; Intent To Cancel Registrations; Denial Of Applications For Registration; Conclusion Of Special Review. Agency: Environmental Protection Agency. |
| 14 - 949-51 | Intent To Remove Forty-Nine Incorrectly Reported Chemical Substances From The TSCA Inventory. Agency: Environmental Protection Agency. |
| 19 - 1358-59 | Tennessee; Schedule Of Compliance for Modification Of Hazardous Waste Program. Agency: Environmental Protection Agency. |
| 20 - 1494-95 | Worker Protection Standards For Agricultural Pesticides; Notification To The Secretary Of Agriculture. Agency: Environmental Protection Agency. |
| 25 - 1929-30 | Endangered And Threatened Wildlife And Plants; Notice Of Withdrawal Of The Proposed Rule To List Eriogonum humivagans (Spreading Wild-Buckwheat) As An Endangered Species. Agency: Fish And Wildlife Service, Interior. |
| 29 - 2641-42 | Receipt Of Application For An Experimental Use Permit; Genetically Engineered Microbial Pesticide. Agency: Environmental Protection Agency. |

PUBLICATIONS OF INTEREST

1. Ticks Of Medical Importance Occurring In The Western Hemisphere.
USAFSAM-TR-87-18, June 1986 - June 1987
By: J. Goddard, Captain, USAF, BSC

Copies Are Available Through Capt Goddard. AV 240-3471, Comm (512) 536-3471.

2. Assessment Of Fire Ant Infestation At Randolph AFB, Texas, And A Proposed Self-Help Control Program. USAFSAM - TR - 87-39, January 1988.
By: T. H. Lillie, Major, USAF, BSC
M. Hatfield, Master Sergeant, USAF
Copies Are Available Through Maj. Lillie. AV 240-3667, Comm (512)

3. Health Hazards From Pigeons, Starlings, And English Sparrows
By: W. Weber

Thomson Publications
P.O. Box 9335
Fresno, CA 93791 (209) 435-2163
Cost: $13.00 + $1.50 Handling

4. Fleas, Ticks, And Cockroaches - Disease Transmitters
By: W. Weber

Thomson Publications
P.O. Box 9335
Fresno, CA 93791 (209) 435-2163
Cost: $10.00 + $1.50 Handling

5. Complete Guide To Pest Control - With And Without Chemicals
By G. W. Ware, 1988

Thomson Publications
P. O. Box 9335
Fresno, CA 93791 (209) 435-2163
Cost: $20.50 + $1.50 Handling

6. Termites: A World Problem
By: N. E. Hickin

Book Sales
Harcourt Brace Jovanovich Publications
One East First Street
Duluth, MN 55802
Cost: $20.00 + $3.00 Postage/Handling (+ $1.00/Additional Copy)

7. The Pleasures Of Entomology
By: H. E. Evans, 1985

Smithsonian Institution Press
Customer Service
P. O. Box 4866, Hampden Station
Baltimore, MD 21211 (301) 338-6963
Cost: $14.95 + $1.75 Postage/Handling (+ $0.50/Additional Copy)

## SELECTED MEETINGS

* Due to the lack of space, this listing represents only a portion of the meetings in the DPMIAC database. All meetings will appear within a four month period.

### MAY

| | | |
|---|---|---|
| 11-13 May | Annual Meeting of the Association of Systematics Collections<br>Elaine Hoagland<br>Association of Systematics Collections<br>730 11th Street NW<br>Washington, DC 20001<br>(202) 347-2850 | Chicago, IL |

### JUNE

| | | |
|---|---|---|
| 25-30 June | National Environmental Health Association<br>Mel Monkelis<br>NEHA<br>720 S. Colorado Blvd.<br>Room 970, South Tower<br>Denver, CO 80222<br>(303) 756-9090 | Cleveland, OH |
| 28-30 June | Annual Meeting of the American Arachnological Society<br>D.B. Richman<br>Department of Entomology<br>New Mexico State University<br>Las Cruces, NM 88003 | Las Cruces, NM |
| 28-30 June | Pacific Branch of the ESA<br>Robert Van Steenwyk<br>Cooperative Extension<br>28 Giannini<br>University of California<br>Berkley, CA 94720<br>(415) 642-5565 | Oakland, CA |

### JULY

| | | |
|---|---|---|
| 10-13 July | Aquatic Plant Management Society<br>Richard Comes<br>P.O. Box 30<br>Prosser, WA 99350 | New Orleans, LA |
| 19-21 July | 128th Meeting, Armed Forces Pest Management Board<br>Executive Director<br>AFPMB<br>Forest Glen Section, WRAMC<br>Washington, DC 20307-5001<br>(202) 427-5191, AV: 291-5191 | Washington, DC |

AUGUST

| | | |
|---|---|---|
| 22-24 Aug | Canadian Pest Management Society<br>Dr. W.M. Hamman<br>Monsanto Canada, Inc.<br>270 McMaster Blvd.<br>Lethbridge, Alberta, Canada T1K 4R4 | Calgary, Alberta |

SEPTEMBER

| | | |
|---|---|---|
| 18-23 Sept | XIIth International Congress for Tropical Medicine and Malaria<br>Congress Secretariat<br>c/o OBA bv<br>Europaplein 12<br>1078 GZ AMSTERDAM The Netherlands | Amsterdam, The Netherlands |

OCTOBER

| | | |
|---|---|---|
| 2-5 Oct | Eastern Branch of the ESA<br>Richard Hoebeke<br>Department of Entomology<br>Cornell University<br>Ithaca, NY 14853<br>(607) 256-6530 | Syracuse, NY |
| 30 Oct-3 Nov | National Institute of Park and Grounds Management<br>National Institute of Park and Grounds Mgmnt.<br>P.O. Box 1936<br>Appleton, WI 54913<br>(414) 733-2301 | Orlando, FL |
| 30 Oct-4 Nov | Association of Military Surgeons<br>10605 Concord Street<br>Suite 306, P.O. Box 104<br>Kensington, MD 20895<br>(301) 933-2801 | San Antonio, TX |

NOVEMBER

| | | |
|---|---|---|
| 6-9 Nov | Southeastern Association of Fish and Wildlife Agencies<br>John Frampton<br>S.C. Wildlife and Marine Resources Dept.<br>P.O. Box 167, 1000 Assembly Street<br>Columbia, SC 29202<br>(803) 734-3886 | Hilton Head, SC |

DECEMBER

| | | |
|---|---|---|
| 4-8 Dec | Entomological Society of America<br>Manya B. Stoetzel<br>USDA-ARS, BARC-West<br>Building 004<br>Beltsville, MD 20705<br>(310) 344-3168 | Louisville, KY |