# TAB 5

Navy sh- DVCC, Alameda 7449 3

* * * * * * * * * * * * * * * * * * *

A GUIDE FOR THE ORGANIZATION OF

A PEST CONTROL PROGRAM AT A

MILITARY INSTALLATION

1 May 1967

* * * * * * * * * * * * * * * * * * *

UNITED STATES NAVY

DISEASE VECTOR CONTROL CENTER

U. S. NAVAL AIR STATION

ALAMEDA, CALIFORNIA

# A GUIDE FOR THE ORGANIZATION OF A PEST CONTROL PROGRAM AT A MILITARY INSTALLATION

1 May 1967


| | | Page |
|---|---|---|
| I. | Purpose | 1 |
| II. | Responsibilities | 1 |
| III. | Physical Characteristics of Area | 1 |
| | A. Geographical location of the military installation | |
| | B. Location, size and function of structures and non-structured areas within the installation | |
| IV. | Pest Control Problem Areas on the Installation | 2 |
| | A. Determining the problems | |
| | B. Cooperating agencies | |
| V. | What to do About Pest Control Problems | 2 |
| | A. Survey program | |
| | B. Control program | |
| VI. | Work Schedules | 5 |
| VII. | Records | 7 |
| | A. Operation | |
| | B. Maintenance | |
| | C. Inventory | |
| | D. Cost | |
| | E. Personnel | |
| VIII. | Reference Publications | 8 |
| | A. Federal | |
| | B. State | |
| | C. Texts | |
| | D. Periodicals | |

# A GUIDE FOR THE ORGANIZATION OF A PEST CONTROL PROGRAM AT A MILITARY INSTALLATION

I. PURPOSE: This publication is intended as a guide for putting a pest control program in operation. It suggests a step-wise procedure for using the more specific information which pest control personnel have gained through course work at DVCC Alameda and gives some references which may be useful in making their efforts more effective.

II. RESPONSIBILITIES: The responsibilities of all services are defined in DOD Instruction 4150.7, 1 October 1964, "Pest Control Operations at Military Installations" and for the Navy in SECNAV Instruction 5430.54, 27 December 1961, and for the Air Force in AFR 91-21, 21 September 1961.

III. PHYSICAL CHARACTERISTICS OF AREA:

A. Geographical location of the military installation.

A map of the area in which the installation is located is essential in order that pest control personnel may orient their program with regard to surrounding non-military lands. Thus off base housing or crop lands may influence survey and control methods. Aerial photographs may prove useful if available. The maps and/or photos would be available at the Public Works Office, or equivalent, from city, county or state offices, or from the U. S. Coast and Geodetic Survey.

The geographical location of a base may determine the weather conditions which prevail. Monthly wind velocities and directions, rainfall amounts and average temperatures will, in turn, influence work schedules and types of equipment used on the pest control program. Weather data may be obtained from the U. S. Weather Bureau or Fleet Weather Central.

B. Location, size and function of structures and non-structured areas within the installation.

A map of the installation, preferably large scale, on which are plotted all structures must be accessible to pest control personnel in order to speed their work assignments and allow thoroughness in their operation. Each structure should bear its base identification number and some indication of its function. The function of non-structured areas can be indicated also. These would include fence lines, railroad tracks, permanent water areas and the like.

Line drawings of types of buildings or other structures should be available. These should show the type of construction and the use to which they are being put. When these are drawn in accurate scale they simplify dosage calculations and make post-treatment checking easier. Such maps and drawings should be available at the Public Works Office or its equivalent.

## IV. PEST CONTROL PROBLEM AREAS ON THE INSTALLATION.

### A. Determining the problems.

Pest control personnel may expect certain predictable problems to occur periodically depending upon the geographical location of the installation and upon the usage of the land and structures within its boundaries. These problems, whether termites in housing structures, cockroaches in food-handling units, mosquitoes in troop areas, or rodents in storage areas will be familiar to someone on the installation. Therefore, pest control personnel must seek those who normally would receive complaints of pests or who are responsible for base inspection and upkeep. These would include:

1. Base Medical Officer's staff or Sanitation Officer's staff.
2. Base Public Works Officer's staff or Base Engineer's staff (Buildings & Grounds inspection personnel).
3. Managers of BOQs, Base Exchanges, Commissaries, etc.
4. Base Operations Officer's staff.
5. Base railroad maintenance foreman.
6. Other division heads.

### B. Cooperating Agencies.

Pest control personnel can expect assistance from several sources concerning questions of pest identification, choice of control method and coordination with local authorities outside the installation. It is important that good public relations be maintained with these resource people. A partial list of valuable contacts for the base pest control operator would include the following:

*1. State university extension services and county agents.
2. County farm advisors and agricultural commissioners.
3. Local fisheries and wildlife agencies.
4. Federal, state, county and city health departments.
5. Special Assistants for Applied Biology, Naval Facilities Engineering Command.
6. U. S. Navy Disease Vector Control Centers.
7. U. S. Navy Preventive Medicine Units.

* Especially valuable contacts for obtaining information on control of ornamental, lawn, garden and pest weeds in the local area.

## V. WHAT TO DO ABOUT THE PEST CONTROL PROBLEMS.

### A. Survey program.

In cooperation with the resource people listed above, pest control personnel should make a complete inspection-survey of the installation for economic pest species. Detailed notes on these should be prepared and up-dated whenever changes in land usage occur. Sample forms (1-3)

are examples of survey forms which can be used and should be kept on file for future reference. Sample form (4) is an example of the proper form to use when the identification of an unknown pest is required.

Some of each type of structure on the installation should be surveyed and a detailed standard operating procedure for continued surveillance should be developed. Most of these procedures have been demonstrated in courses given by the DVCC.

The survey for disease vectors is accomplished by representatives of the Medical Department. Close contact and good personal relations should be maintained with these individuals and the seniors to whom they report their findings, as their routine duties include inspection of food-handling and living spaces.

Under some circumstances surveys for pest infestations will be the sole responsibility of the pest control personnel. In this event it is important that the whole base be surveyed on a systematic and continuing basis. A list of structures and areas needing observation might be as follows:

1. Administration buildings
2. Shop buildings
3. Warehouses, commissaries, exchanges
4. Quarters

   a. Family
   b. Barracks
   c. BOQ

5. Food Service

   a. General mess, CPO mess, BOQ mess
   b. Clubs: Enlisted, CPO, Commissioned Officers
   c. Civilian cafeterias, snack bars, coffee messes

6. Fire houses, hospitals, dispensaries
7. Swimming pools, boathouses, bowling alleys, theaters, chapels
8. Golf courses, picnic grounds
9. Garbage and other waste disposal areas, outdoor latrines
10. Ornamentals, trees, shrubs, lawns, gardens, railroad tracks, ditch banks, roads, etc.

The pest control operator's survey efforts can be reduced materially if a regular complaint system is made available to all who may have pest control problems. This would include a telephone communications system where incoming calls are received promptly, courteously and carefully. There should be available continuously someone to take the call, note its nature and location and indicate the approximate time that the complaint may be remedied. A standard form should be used to record complaints.

Many of the complaints will be a result of cockroach infestations or other household pests. If feasible the operator's weekly schedule should allow a few hours daily to control insects causing complaints. This will minimize the time between complaint and control and greatly improve the relationship between the pest control operator and the complainants.

B. Control program.

The effectiveness of the control program will depend largely upon how well the operator has organized his equipment, pesticides and work spaces. As determined by local requirements, he should have on hand or have budgeted for the following items of equipment:

Dispersal

1. Cold fog machine
2. Buffalo Turbine
3. John Bean sprayer
4. Compressed air sprayers
5. Mity-mite, back-pack unit
6. Dusters, hand (bellows type) (rotary)
7. Cyanogas foot pump
8. Dynafog machine, portable
9. Fumigation kit
10. Termite control equipment
11. Rodent bait stations
12. Oil can with 18g. hypodermic needle
13. Paint brushes

Survey

1. Light traps (mosquitoes)
2. Rodent traps
3. Dippers
4. Nets
5. Alcohol vials
6. Killing jars
7. Microscope
8. Pyrethrum aerosol bombs
9. Flashlight
10. Forms, notebooks, labels
11. Rubber boots
12. Aspirators

Safety

1. Protective clothing, coveralls, caps, rubber gloves, safety shoes.
2. Protective devices - respirators, goggles
3. First aid kit
4. Drop cloths with top plainly written

Other

1. Scales
2. Measuring containers
3. Tools

Pesticides. Normally, only standard stock pesticides should be used as found in the Federal Supply Catalog. Other materials must be approved by entomological authorities given that function by DOD directives.

Chemical control manuals containing dosages and use precautions are available from the Disease Vector Control Centers. No matter how urgent the control situation, the pest control operator must exhibit good sense in use of pesticides, all of which are dangerous poisons.

Pesticides should be inventoried continuously and reordered well ahead of the intended time of use. Lead time in procurement of pesticides will vary according to location of the installation, military service involved and demand upon the pesticide supply by other agencies. In CONUS a lead time of 60 days is probably reasonable.

Work Spaces. Pest control personnel should have space allocated which is separated from other structures due to the presence of poisonous or otherwise objectionable materials which are a necessary part of their operation. All spaces must be fenced securely.

1. Offices. These should be provided with desks, filing cabinets, map and drawing storage. It is most important that a telephone be made available.

2. Storage. Pesticide storage inside should be isolated from the rest of the work spaces. It should be locked, fireproof, ventilated and provided with a heating system in locations where pesticide formulations may otherwise freeze. Large, ground-level entry ways should be provided. Equipment storage should be secure from weather damage. Outside pesticide storage is not recommended.

3. Repair. The repair shop should be large enough to accommodate the biggest equipment on inventory. Storage for tools and provision for a compressed air system will make these spaces more useful.

4. Formulation. This space should be adequately ventilated and provided with hot and cold washing facilities. Waste disposal outlets should not enter the regular sewer system. Adequate lighting and electrical outlets are absolute necessities.

5. Other. Space for clothing storage in lockers, showers, and toilet facilities should be provided. The presence of these facilities are most important in order to promote maximum safety and higher morale for personnel. A safety shower should be installed in the immediate proximity where concentrated pesticides are diluted to working formulation in case of an accident.

VI. WORK SCHEDULES. The pest control operation will be most efficient if a formal work pattern is set up. Certain routine inspection and control work must be done at specified intervals.

A. When government housing is furnished married personnel, an average of one complaint per unit is received every six months requiring control of household insects. In order to keep these complaints to a minimum and to accomplish a more thorough cleanout, each vacant house should be treated for household insects just prior to occupancy. In the control of household insects, an average of one hour is needed for the control of a vacated dwelling unit and 1½ hours for an occupied dwelling unit. This does not include the time required to travel to and from the job but does include the time required for formulating insecticide preparations used on the job.

B. Rat poison bait boxes should be kept in areas where indicated by rodent surveys. These bait boxes should be attended at least weekly. Rat-proofing, trapping, and rodent burrow fumigation should be employed when indicated and feasible.

C. Inspection for structural pests and fungi should be accomplished on each building during the slack season. These inspections and treatments should be part of the yearly schedule. Recommendations for correction of fungi infestations and wood replacements should be made subject of a memorandum to the appropriate office.

Treatment of single dwelling unit type structures for subterranean termites varies in the time needed for each job. Experience has shown that an average of about 19 manhours per 1000 square feet at a total cost of $59.00 is a reliable estimate of man-hours and cost for the treatment of various types of foundations. The total cost includes insecticides used, pro rata share of supervisors time and 20% for upkeep of vehicles and equipment.

D. Treatment and inspection of food service spaces such as galleys, mess halls, clubs, coffee messes, cafeterias, etc., should be scheduled bi-weekly. These areas can be divided into groups of two, each being treated and inspected biweekly.

E. Treatment of officer and enlisted barracks should be scheduled so each may be inspected and treated as needed, varying from monthly to quarterly.

F. Buildings used as stored products warehouses should be inspected and treated monthly when heated or when temperature is above 70°F. When temperature is between 50° and 70°F, these buildings should be inspected and treated every 60 days. These buildings should be divided into groups of four and included in weekly schedules.

G. Large stations with mosquito breeding sites should accomplish mosquito survey and control during the entire year. Permanent control should be employed when feasible. Ditch clearing, drainage improvement, location of permanent larviciding station, repair and maintenance of flood gates, etc., can be accomplished during the slack periods. The number of personnel needed for mosquito control will depend on the problems at each station.

H. Fly control is usually accomplished through complaints and from recommendations by the station sanitation officer.

I. Sample forms (5) through (9) are examples of suggested treatment schedules. Form (10) is a sample schedule for seasonal preventive maintenance. Actual scheduling will depend upon the location of the installation and its needs.

VII. RECORDS. The efficiency of a pest control operation depends upon careful recording of what has been done on easily understood standard forms.

A. Operation.

Records should be kept on all inspections and treatments. Each structure should have a separate card showing date of work, dosage and chemical used, equipment used, personnel involved, and follow-up when necessary. (See sample forms (11) and (12)

Forms for complaints should show time of receipt, remedial action taken, time required to complete, location and name of complainant.

B. Maintenance.

Each piece of equipment should be recorded on a card system showing date and state of acquisition, location and repairs and protective maintenance as it occurs.

C. Inventory.

All equipment and major expendable items (pesticides) should be listed on a card system showing date of purchase, date of arrival, manufacturer, cost, location. If pesticide inventories are kept current reordering will be made easier.

D. Cost.

Records of manhours expended per job, materials used, pro-rated equipment costs, and utility expenditures will make the operation more efficient and facilitate budget making.

E. Personnel.

Name, rating of position, wage or salary, and duties are items which will prove useful if kept current.

REFERENCE PUBLICATIONS

The following are reference publications which should be made available to personnel in the pest control shop:

A. Federal

1. NAVDOCKS MO-310, June 1965) Military Entomology Operational Handbook
   AFM 85-7, June 1965 )

   NAVDOCKS MO-311, May 1965 Marine Biology

2. Various Communicable Disease Center Training Guides, Insect Control Series

3. DODINST 4150.7, 23 July 1964, Pest Control Operations at Military Installations

4. SECNAVINST 5430.54, 27 Dec 1961, Pest Control Operations; responsibilities for, and functions of

5. BUDOCKS 6250.3A, 1 Oct 1964, Pest Control Operations at Military Installations

6. Air Force AFR 91-21, 21 Sep 1961, Pest Control

7. BUMEDINST 6250.5, 11 July 1956, Insect and Rodent Control

8. NAVMED P-5010, Manual of Naval Preventive Medicine, Chapters 9/10/11

9. Air Force AFR 161-1, 18 Sep 1961, Control of Vector Borne Diseases

10. U. S. Department of Agriculture Handbook 120, Insecticide Recommendations

11. U. S. Department of Agriculture Handbook 269, Herbicide Manual

B. State

1. State extension leaflets, circulars, bulletins

2. State Public Health bulletins, manuals

C. Texts

1. Mallis - Handbook of Pest Control, 4th edition, MacNair-Dorland Co.

2. Metcalf, Flint and Metcalf - Destructive & Useful Insects, 4th edition, McGraw-Hill Book Co.

D. Periodicals

* 1. Pest Control Magazine, Trade Magazines, Inc.
* 2. Mosquito News, American Mosquito Control Association, Inc.
* 3. Weeds, Trees and Turf Magazine, Trade Magazines, Inc.

* Should be required

Sample form (1)

TERMITE AND WOOD DECAY INSPECTION

12ND DPWO 6250/7 (9-61)

| INSTALLATION | BLDG NO. | BLDG. TYPE ☐ PERM. ☐ SEMI.PERM | DATE INSPECTOR |
|---|---|---|---|
| | | | |

## 1. CHECK CONDITIONS INVITING TERMITE AND FUNGI INFESTATIONS

| | | | |
|---|---|---|---|
| | FORM BOARDS LEFT IN CONCRETE | | POOR VENTILATION UNDER HOUSE |
| | WOOD IN CONTACT WITH SOIL | | WATER COLLECTIONS UNDER BUILDING |
| | WOOD SCRAP PILED UNDER BUILDING | | VINES AND SHRUBS AGAINST BUILDING |
| | WOOD MEMBERS SET IN CONCRETE FLOOR | | LEAKY PLUMBING IN BUILDING |
| | WOOD STEPS IN CONTACT WITH SOIL | | PIPES IN CONTACT WITH SOIL AND WOOD |
| | WOOD SIDING IN CONTACT WITH SOIL | | LOOSE PAPER IN CONTACT WITH SOIL |
| | TERMITE SHIELDS FAULTY OR DAMAGED | | |

KIND OF BEETLE

☐ POWDER POST ☐ DEATH WATCH ☐ FOREST ORIGIN

KIND OF TERMITE

☐ SUBTERRANEAN ☐ NONSUBTERRANEAN

KIND OF FUNGI

☐ WOOD DECAY ☐ WOOD STAINING

## 2. CHECK LOCATION OF INFESTATIONS

| | | | |
|---|---|---|---|
| | BASEBOARDS | | ROOF |
| | CROSS BEAMS | | SILLS |
| | DOOR FRAMES | | STEPS |
| | FLOOR ☐ SUBFLOORING | | STUDS |
| | FLOOR JOIST | | WINDOW FRAMES |
| | FOUNDATION TIMBERS | | OTHER (SPECIFY) |
| | FURNITURE | | |
| | PILLARS, PIERS | | |

DAMAGE

☐ STRUCTURAL WEAKENING ☐ SUPERFICIAL

ESTIMATED COST OF DAMAGE (REPAIR AND REPLACEMENT)

## 3. REPAIRS AND TREATMENT

SHOW BY CHECK MARK RECOMMENDED REPAIRS AND TREATMENT AND INDICATE BY DOUBLE CHECK WORK ACCOMPLISHED. ALSO INDICATE LOCATION OF REPAIRS ON BUILDING SKETCH.

| | | | | |
|---|---|---|---|---|
| | | REMOVAL OF WOOD FROM SOIL CONTACT | | POINTING UP POOR MORTAR |
| | | REMOVAL OF CONCRETE FORMS | | CAPPING CONCRETE FOUNDATION |
| | | REMOVAL OF WOOD TRASH, PAPER, ETC. | | REPAIRS OF TERMITE SHIELD |
| | | REMOVAL OF VINES AND SHRUBS | | REMOVAL OF PAPER (BUILDING PAPER OR INSUL.) |
| | | IMPROVE DRAINAGE UNDER BUILDING | | |
| | | IMPROVE VENTILATION UNDER BUILDING | | |
| | | LOWERING GRADE LEVEL | | |
| | | SEALING CRACKS IN CONCRETE | | |

| | |
|---|---|
| ☐ APPLICATION OF POISON DUST TO SHELTER TUBES | CHEMICAL USED |
| ☐ SOIL POISONING — TRENCH DEPTH | LINEAR FEET — CHEMICAL USED |
| ☐ DRILLING AND FLOODING TREATMENTS UNDER SLAB | CHEMICAL USED |
| ☐ SPRAYING OF WOOD SURFACES | CHEMICAL USED |
| ☐ APPLICATION OF JELLED MATERIAL | CHEMICAL USED |
| ☐ GALLEY INJECTION FOR DRY-WOOD TERMITE | CHEMICAL USED |
| ☐ REPLACEMENT OF DAMAGED WOOD WITH PRESERVATIVE TREATED WOOD | PRESSURE — DIP — BRUSH — SPRAY — JELL |

## 4. COST CONTROL

| LABOR | MATERIAL | TOTAL |
|---|---|---|
| | | |

## 5. REINSPECTION

USE A NEW FORM FOR INFESTATIONS DISCLOSED ON REINSPECTION

| DATE | TREATMENT EFFECTIVE AFTER | INSPECTOR |
|---|---|---|
| | | |

THIS FORM IS AVAILABLE FROM DPWO, 12ND

Sample form (1)

Sample form (2)

PHS 6.173 (CDC)
REV. 9.61

# FLY GRILL RECORD

| TOWN & STATE: | SECTION: | | BLOCK #: | | | DATE: | | | HOUR: | |
|---|---|---|---|---|---|---|---|---|---|---|
| GRILL READINGS | Tabulate the five highest counts | | | | | | | | | |
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| ATTRACTANTS | | | | | | | | | | TOTALS |
| HOUSE FLY *Musca domestica* | | | | | | | | | | |
| FLESH FLIES *Sarcophaga* spp. | | | | | | | | | | |
| LESSER HOUSE FLIES *Fannia* spp. | | | | | | | | | | |
| STABLE FLY *Stomoxys calcitrans* | | | | | | | | | | |
| FALSE STABLE FLIES *Muscina* spp. | | | | | | | | | | |
| BLUE BOTTLE FLIES *Calliphora* & *Cynomyopsis* spp. | | | | | | | | | | |
| DUMP FLIES *Ophyra* spp. | | | | | | | | | | |
| SECONDARY SCREW WORM FLY *Callitroga macellaria* | | | | | | | | | | |
| BLACK BLOW FLY *Phormia regina* | | | | | | | | | | |
| GREEN BOTTLE FLY *Phaenicia sericata* | | | | | | | | | | |
| BRONZE BOTTLE FLY *Phaenicia cuprina* | | | | | | | | | | |
| OTHERS | | | | | | | | | | |
| TOTALS | | | | | | | | | | |
| BLOCK AVERAGE: | | | | HIGH COUNT: | | | | INSPECTOR: | | |

HIGH COUNT: The highest count of the five high grill readings.

BLOCK AVERAGE: Total the five high grill readings and divide by five.

ATTRACTANTS:

A. Garbage (mixed)
B. Excrement
C. Fruits
D. Vegetables
E. Dish water
F. Dead animals
G. Seafood wastes
H. Feeds
I. Bones
J. Decaying vegetation
K. Other

Sample form (2)

Sample form (3)

MOSQUITO LIGHT TRAP RECORD

12ND GEN 212 (Rev. 12-63)

Period From To

From (Activity)

Trap No. | Trap location

Total nights trap operated | Identified by

| GENUS | SPECIES | SEX | NIGHTS TRAP OPERATED | | | | | | | WEEKLY TOTAL | * WEEKLY INDEX |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CULEX | Tarsalis | M | | | | | | | | | |
| | | F | | | | | | | | | |
| | Pipiens and Quinquefasciatus | M | | | | | | | | | |
| | | F | | | | | | | | | |
| | | M | | | | | | | | | |
| | | F | | | | | | | | | |
| AEDES | Dorsalis and Melanimon | M | | | | | | | | | |
| | | F | | | | | | | | | |
| | Nigromaculis | M | | | | | | | | | |
| | | F | | | | | | | | | |
| | | M | | | | | | | | | |
| | | F | | | | | | | | | |
| ANOPHELES | Freeborni | M | | | | | | | | | |
| | | F | | | | | | | | | |
| | | M | | | | | | | | | |
| | | F | | | | | | | | | |
| CULISETA | Inornata | M | | | | | | | | | |
| | | F | | | | | | | | | |
| | | M | | | | | | | | | |
| | | F | | | | | | | | | |
| OTHER | | M | | | | | | | | | |
| | | F | | | | | | | | | |
| | | M | | | | | | | | | |
| | | F | | | | | | | | | |
| | | M | | | | | | | | | |
| | | F | | | | | | | | | |
| UNCLASSIFIED | | M | | | | | | | | | |
| | | F | | | | | | | | | |
| TOTAL MALES | | | | | | | | | | | X X X |

Distribution of copies:
Original (white) - DVCC, NAS Alameda, Calif. 94501
Yellow - DPWO-12 Pink - Activity

* Weekly Index: Female mosquitoes per trap night (total for week divided by number of nights trap was operated).

Sample form (3)

Sample form (4)

PEST SPECIMENS (for identification)
12ND WESTDIV 6250/10 (12-66)

INSTRUCTIONS:

1. Place 15 to 20 undamaged, dead specimens (one species only) in plastic case. Give case of specimens a specimen number for reference.
2. Place case inside ordinary mailing envelope. Keep case secure in envelope by stapling. Staple so that case is kept away from end of envelope where postage stamp cancel machine could crush it.
3. If identification is urgent, mark PRIORITY on this sheet, or call by phone.
4. Send this completed form along with specimens in plastic case inside stapled envelope to SPECIAL ASSISTANT FOR APPLIED BIOLOGY (Code 10A), WESTERN DIVISION, NAVAL FACILITIES ENGINEERING COMMAND, SAN BRUNO CALIFORNIA 94066. Form will be returned to you with identification information hereon.

| Collector | Specimen No. | |
|---|---|---|
| Location Collected | Date Collected | Date Mailed |

Host or Suspected Host: (E.G., Dog Bone, Flour, Oak Tree, Etc.)

Other Information: (E.G., Frass Seen Near Hole in Wood, Seen Only on Hot Days, Etc.)

DO NOT WRITE BELOW LINE UNLESS MORE SPACE IS NEEDED

Name of Pest

Distribution

Habits, Etc. & Control:

Sample form (5)

Suggested Weekly Pest Control Schedule

| | | |
|---|---|---|
| Monday: | A.M. | Accomplish control for general complaints received. |
| | P.M. | Rodent control. Attend bait boxes and conduct rodent surveys. |
| Tuesday: | A.M. | Accomplish control for general complaints received. |
| | P.M. | Conduct scheduled control in food service spaces. See enclosure (6) |
| Wednesday: | A.M. | Conduct inspection and control for structural pests. See enclosure (7) |
| | P.M. | Continue control for structural pests. |
| Thursday: | A.M. | Accomplish control for general complaints received. |
| | P.M. | Accomplish control for general household insects in barracks. See enclosure (8) |
| Friday: | A.M. | Accomplish control for general complaints received. |
| | P.M. | Conduct inspections and control of stored products warehouses. See enclosure (9) |

Note: The days in the fifth week may be utilized to ensure completion of monthly and semiannual schedules.

---

Sample form (6)

Schedule for Treatment and Inspection for Food Service Spaces

| | |
|---|---|
| 1st Tuesday: | Galley, mess hall and adjacent rooms, enlisted club, Navy Exchange, coffee mess in Bldgs. 9, 12, 19. |
| 2nd Tuesday: | Officer's pantry, dining room and adjacent rooms. NCO Club, coffee mess in Bldgs. 3 and 21. |
| 3rd Tuesday: | Galley, mess hall and adjacent rooms, enlisted club, Navy Exchange, coffee mess in Bldgs. 9, 12, 19. |
| 4th Tuesday: | Officer's pantry, dining room and adjacent rooms, NCO Club, coffee mess in Bldgs. 3 and 21. |

Sample form (7)

Suggested Schedule for Structural Pest Inspection and Control
This schedule is for 12 month period. Figures represent building numbers and will vary with each activity

| Wednesdays | Jan | Feb | Mar | Oct | Nov | Dec |
|---|---|---|---|---|---|---|
| 1st | 110 | 50 | 63 | 72 | 312 | 275 |
| 2nd | 330 | 100 | 309 | 205 | 29 | 34 |
| 3rd | 230 | 75 | 10 | 23 | 160 | 125 |
| 4th | 440 | 115 | 153 | 400 | 375 | 88 |

Sample form (8)

Treatment and Inspection of Officers' and Enlisted Barracks
This schedule is for 12 month period. Letters represent barracks buildings which are inspected at three month intervals

| Thursday | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1st | A | E | I | A | E | I | A | E | I | A | E | I |
| 2nd | B | F | J | B | F | J | B | F | J | B | F | J |
| 3rd | C | G | K | C | G | K | C | G | K | C | G | K |
| 4th | D | H | L | D | H | L | D | H | L | D | H | L |

Sample form (9)

Treatment and Inspection of Stored Products Warehouse

| | | | |
|---|---|---|---|
| Friday | First | Building No. | 14 |
| | Second | Building No. | 15 |
| | Third | Building No. | 16 |
| | Fourth | Building No. | 17 |

Sample form (10)

SEASONAL SCHEDULE FOR PREVENTIVE MAINTENANCE - ENTOMOLOGY & WOOD PRESERVATION




Sample form (10)

Sample form (11)

PEST CONTROL RECORD
Proposed 12ND Gen (3-60)

| Type or Class | | | Bldg. No. or Area | |
|---|---|---|---|---|
| Type Infestation | Date | Treatment | Next Inspection | |
| | | | Due | Completed |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Proposed by DPWO, 12ND

Bldg. T-241 QUARTERS

| Date | Treatment | Due |
|---|---|---|
| 21 Jun 59 | Roaches | 4 Aug |
| 4 Aug 59 | " | early Nov |
| 10 Nov 59 | Roach insp. | Feb |
| " | Termite insp. | Next increment |
| 12 Nov 59 | Termite treatment | July |
| 10 Feb 60 | Roaches | May |
| 15 May 60 | Roach insp. | Sep |
| 6 Jul 60 | Termite insp. | Jul 61 |

Sample form (12)

PEST CONTROL DAILY RECORD
Proposed 12ND GEN (6-59)

Date:

| Type of Work | TOTAL MANHOURS | | | Units Treated (Bldgs,acres,etc.) | CHEMICALS Used (lbs, gal, oz.) |
|---|---|---|---|---|---|
| | Insp | Supv | Labor | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Proposed by DPWO, 12ND, San Bruno

| MALATHION | 55% | 30 days | /15/ |
|---|---|---|---|
| 3 Mar 61 | 50 | | |
| 30 Mar 61 | 43 | | |
| 4 Apr 61 | 38 | | |
| 15 Apr 61 | 29 | | |
| 30 Apr 61 | 18 | | |
| 7 May 61 | 14 * | | |
| 15 May 61 | 6 | | |
| 28 May 61 | 56 | | |