1976 Bureau of Census data shows that about 41.5 million of the Nation's 79.3 million housing units do not have basements and 40.1 million had warm air furnaces. Therefore, there may be millions of homes constructed on slab with air ducts in or under the slab. Also, while we could not determine the number of homes which have been treated with chlordane for termite control, a wood protection expert at the Department of Agriculture told us that he believes most of the Nation's homes would have been or could be treated for termite control because termites are active throughout the country.

In a May 1, 1980, letter to licensed termite control pesticide applicators, the Arkansas State Plant Board stated that until recently little thought has been given to termite control chemicals becoming involved in the air inside treated buildings, but that chlordane in treated housing is a problem. The letter noted that the biggest problem is with slab houses with ducts in the slab, but that high chlordane readings in the air and on the interior surfaces of plenum houses are also common. The letter recommended that the licensees give serious consideration to the possibilities of air-contamination before treating any building, especially buildings with plenum construction.

CONCLUSIONS

Assessing the health risk of a widely used pesticide is critical when a pesticide, such as chlordane, has been found to cause cancer in a laboratory animal and where there is reason to believe that many people may be exposed to it. Based on the National Cancer Intitute's finding that chlordane causes cancer in laboratory mice, EPA should perform an RPAR on the pesticide to determine whether the potential risk outweighs its benefits. As mentioned earlier, EPA regulations require that EPA perform an RPAR if a pesticide causes cancer in humans or experimental animals.

The need to perform an RPAR is further amplified because of Air Force incidents showing that persons living in homes built on slab with air ducts in or under the slab have been exposed to chlordane. Chlordane was found in the air of homes treated for termites as much as 14 years prior to sampling, which may mean that residents are being exposed to chlordane for long periods. Collectively, the Air Force studies and other data we obtained represent new information most of which was not available to EPA when it signed the 1978 agreement with chlordane's manufacturer and others canceling most nontermite uses of chlordane.

Aside from resolving questions on chlordane's continued use for home termite control, the question of the pesticide's possible harmful effects on persons living in homes already treated with chlordane still remains. Because the RPAR program does not address this question, EPA needs to work with the Departments of Housing and Urban Development and Health and Human Services--to determine the potential for adverse effects in homes already treated with chlordane and practical methods for reducing unreasonable risk to occupants.

RECOMMENDATIONS

We recommend that the Administrator, EPA, initiate a formal risk/benefit review of chlordane to determine whether the pesticides registered for subsurface termite uses should be limited or canceled. The Administrator also should work with the Departments of Housing and Urban Development and Health and Human Services to determine the potential for adverse effects in homes already treated with chlordane and practical methods for reducing unreasonable risk to occupants.

AGENCY COMMENTS

We discussed these matters with the Deputy Assistant Administrator of EPA's pesticide programs. He agreed that EPA needs to look at chlordane's risk and benefit.

- - - -

We conducted our review at EPA headquarters in Washington, D.C., where we interviewed numerous officials and examined pertinent legislation, regulations, and documents. We obtained information from officials of the Departments of Agriculture, Health and Human Services, Housing and Urban Development, and Defense and a pest control industry trade association. We also obtained and examined scientific reports and reviews from the above sources, as well as technical data.

As you know, section 236 of the Legislative Reorganization Act of 1970 requires the head of a Federal agency to submit a written statement on actions taken on our recommendations to the Senate Committee on Governmental Affairs and the House Committee on Government Operations not later than 60 days after the date of the report and to the House and Senate Committees on Appropriations with the agency's first request for appropriations made more than

60 days after the date of the report. We would appreciate being informed of any action you may take on matters discussed in this report.

We are sending copies of this report to the Secretaries of Agriculture, Housing and Urban Development, Health and Human Services, and the Air Force; the four committees mentioned above; the chairmen of environment- and agriculture-related committees; members of the Congress who have expressed an interest in pesticide regulation; and other interested parties.

Sincerely yours,

Elmer B. Staats

Comptroller General
of the United States

# CHLORDANE

## REVIEW OF THE LITERATURE

October 1974

WALTER W. MELVIN, JR.
Colonel, USAF, MC

# CONTENTS


| | Page |
|---|---|
| Introduction | 1 |
| General Information | 5 |
| Toxicology | 8 |
| Experimental | 9 |
| Human Experience | 22 |
| Experience in Industry and Human Habitations | 33 |
| Chlordane Contamination of Family Quarters and Personal Property | 40 |
| Environmental Residues | 81 |
| Conclusions | 89 |
| Literature Cited | 92 |
| Bibliography | 99 |

# INTRODUCTION

possible to calculate the total weight of chlordane used in each housing unit. These parameters are not so easily or clearly defined for the conditions which exist in the housing units at Wright-Patterson AFB. The date of application of chlordane into the sub-slab layers can perhaps be determined and the weight of chlordane injected could be estimated. Whether the injection was made into the compacted sub-soil or into the pea gravel layer appears open to question. Whether there is an unusually high true ground water table in the area or whether there is an artificially created "high ground water table" beneath the houses due to poor drainage is certainly not clear. This could be of significant importance. The contamination of the family quarters at Webb AFB was "acute" and the concentrations of chlordane found on floors, walls, ceilings, and elsewhere throughout the units -- carpets, drapes, clothing, kitchen utensils, etc. -- were several orders of magnitude greater than those found in the units at Wright-Patterson AFB where the condition might be described as "chronic and recurrent" with low levels of contamination existing in a few locations in a large number of quarters. Decontamination was clearly indicated and successfully conducted at Webb AFB. In the case of Wright-Patterson AFB this problem is not so easily defined and decontamination even if successful might be followed by recontamination if, in fact, the cause of contamination is a rising and falling "water table" beneath the houses, i.e., chlordane is carried by water into the heating-air conditioning ducts after a heavy rain or the thawing of snow. Having been translocated into the ducts, chlordane is then distributed throughout the flow of warm air from the furnace through the ducts.

One area of primary interest in the search of the literature was data on the effects of long term, low level exposures of man to chlordane. Was such data available for higher animals especially primates or was the data limited to rodent species especially the rat? It must be remembered that for practical purposes, infants, young children and women occupy these quarters for 24 hours a day and might occupy the same quarters for a three or four year tour of duty. Of paramount importance are data on very young infants, the "crawler" or "scooter", pregnant women or lactating women. The availability or absence of such data would be a fundamental consideration as to the occupancy of these quarters in the future. Comments will be made in the Conclusions in regard to the data available in this area of vital concern.

GENERAL

INFORMATION

Under the rules on appellation of the Council on Nomenclature of the International Union of Pure and Applied Chemistry and in United States usage, chlordane is 1,2,4,5,6,7,8,8-octochloro-2,3,3a,4,7,7a-hexahydro-4,7-methanoindene. The common name approved by the International Standards Organization and the British Standards Institute is 1,2,4,5,6,7,8,8-octochloro-3a,4,7,7a-tetrahydro-4,7-methyleneindane.

Synonyms are CD68 and Chlordan. Proprietary or trade names are "Octa Klor", "1068", "Velsicol 1068", "Dowklor", "Ortho-Klor", "Toxichlor" and others.

For its manufacture, hexachlorocyclopentadiene, made by the chlorination of pentanes (USP 2,509,160) or by the action of sodium hypochlorite on cyclopentadiene (USP 2,606,910) is condensed with cyclopentadiene to produce chlordene, $C_{10}H_6Cl_6$; chlordene is further chlorinated to chlordane, $C_{10}H_6Cl_8$. The trade name "Octachlor" is protected by B.P. 618,432. (Pesticide Manual) The compound contains about 68% chlorine. When purified it is a pale yellow liquid with a low vapor pressure of $1X10^{-5}$ mmHG at $25^0$C. The molecular weight is 408.75. The technical products is a viscous amber-colored liquid of $d^{25}$ 1.59 to 1.63, viscosity of 75 to 120 centistokes at $130^0$F. It is insoluble in water but is soluble in most organic solvents including petroleum solvents or fuels such as kerosene. It decomposes in the presence of alkali.

The commercial product consists of $\alpha$-$C_{10}H_6Cl_8$ (melting point of 106.5 to $108^0$C) and $\gamma$-$C_{10}H_6Cl_8$ (melting point of 104.5 to $106^0$C) and a large number of other chlorinated compounds some of which are insecticidally inert (Fairhall, 1969).

TOXICOLOGY

# TOXICOLOGY

## EXPERIMENTAL

Ingle (1965) stated that there have been two distinct periods in the history of chlordane:

"Period 1. Early Chlordane: 1945 through 1950

a. '1068 chlordane', produced by the Velsicol Chemical Corporation.

b. 'Octa-Klor chlordane', produced by a different manufacturer.

Period 2. Later Chlordane: 1951 to present

Chlordane produced exclusively by Velsicol Chemical Corporation."

"Early Chlordane"was more toxic to warm blooded animals than was "Later Chlordane." This was chiefly due to the presence of a toxic and irritating unreacted intermediate, hexachlorocyclopentadiene ("hex") which was reduced to a negligible quantity in Later Chlordane; ...."Octa-Klor" chlordane was more toxic than was Velsicol chlordane of either period."

Fouts (1970) states, as quoted from <u>Biological Abstracts</u>, "Chlorinated hydrocarbon insecticides such as chlordane and DDT are capable of affecting hepatic microsomal mixed-function oxidases (Drug-Metabolizing Enzymes) in a variety of animal species. The effects produced in most species studied are stimulations of these liver enzymes. The stimulation is probably caused by an increased synthesis of these microsomal systems (enzyme induction) similar to that produced by treatment of animals (or man) with any of a variety of barbiturates, e.g., phenobarbital. Not all such effects produced in animals are extrapolated to man. Preliminary evidence suggests that man will respond to insecticides like DDT in the same way as the rat. This response in man can occur at relatively low levels of insecticide exposure. Of great importance are current studies to determine whether these insecticides can significantly upset steroid hormone homeostasis in animals or man, e.g., by stimulating steroid metobolism by liver microsomes. Studies of drug,

chemical or steroid actions in animals and man exposed to insecticides are also of interest. Insecticides, by stimulating hepatic microsomal enzymes, can cause increased or decreased drug or chemical toxicity or actions. The effects of such enzyme stimulation depend on whether hepatic metabolism of the drug or chemical increases or decreases their actions."

Ortega, et. al. (1957) selected the chlorinated hydrocarbons, including chlordane, for study because they represented a group of economically useful poisons. They stated, "Although human fatalities have resulted from massive exposure, most interest has centered on the possible cumulative effects of repeated low dosages which the general population may potentially obtain from residues of foods or, in the case of lindane, from thermal vaporizers." The chlordane was administered with the rations at dose levels of 2.5 ppm and 25 ppm for a duration of up to nine months. No gross disease was observed on rats necropsied. At these low levels of exposure only the liver demonstrated cellular lesions which could be definitely related to exposure to chlorinated hydrocarbons. Alterations such as pigment storage and hyaline droplet accumulation were noted in the renal tubules but proved indistinguishable from changes seen in the controls. Minor fluctuations of the splenic lymphoid stroma were present.

Ortega, et. al. state, "The type of hepatic change observed with these compounds (chlordane, dieldrin, lindane, and toxaphene) was identical to that seen at low levels of DDT feeding. As exposure was increased in both dosage and duration, three stigmata of cellular disease were observed: (1) centralobular-cell hypertrophy, (2) peripheral migration of basophilic cytoplasmic granulations, and (3) the presence of distinctive cytoplasmic inclusion bodies. The latter were called lipospheres for convenience in order to distinguish them from nonspecific hyaline or refractile cytoplasmic inclusions,

which lacked the characteristic structure and staining reactions of lipospheres." Several other liver-cell lesions were seen though they were difficult to evaluate. Two types of parenchymal bleeding were noted. The first consisted only of unencapsulated masses of red blood cells apparently actively dissecting the cyloptasmic substance of the liver cells. It was seen in animals exposed to the lindane and toxaphene series only. In the second type, there was more passive nondisruptive appearance which consisted of small groups of red blood cells within a cytoplasmic hydropic vacuole which had a distinct capsule or border. The vacuoles stained fat negative and contained a finely granular material which took the same stain as the surrounding intrasinusoidal plasma. The picture was one of plasma inhibition by liver cells. It was observed in those animals exposed to the chlordane series. It tended to be most prominent in the male animals at higher dosage levels. The authors state, "We are in agreement that careful microscopic examination of the liver cell will reveal cytoplasmic alterations at levels where biochemical and clinical examinations have so far failed to reveal any change, and the over-all consistency of these studies would tend to refute the suggestion by Cameron (1951) that laboratory artefact is involved." The previously reported minimal dietary level (to produce histologic change) for chlordane was confirmed and was 2.5 ppm in the diet.

Stohlman, Thorp and Smith (1950) found degenerative changes in the intestinal submucosa and convoluted tubules of the kidneys as well as focal necrosis of the liver and edema and congestion of the lungs in chronic poisoning. Ingle (1952) reported the significant chronic toxic effects of chlordane in rats consist of retardation of growth rates, enlargement of the liver and kidneys, "liver injury" myocardial damage and splenic alterations.

Most investigators agree that, when used with care and as directed, chlordane would be considered a "safe" insecticide if, in fact, any chlorinated hydrocarbon insecticide can be considered to be "safe." These same investigators would also agree that until recently there have been only minimal - frequently inadequately controlled - studies of the effect of low concentration, long term exposure of animals and very minimal data on man. In 1974, Barnett and Dorough stated, "Although chlordane is one of the older and most commonly used chlorinated hydrocarbon insecticides, its metabolism in animals has received little attention until recently. This stems, in part, from the fact that technical chlordane is composed of a complex mixture of components including the cis- and trans- isomers of the insecticide. 'C'-labeled pure cis- and/or trans- chlordane has not been generally available." One metabolite whose significance appears to increase with each new investigation on the fate of chlordane is oxychlordane (1-exo,2,3,3a,4,7,7a hexchydro-4,7-methanoindene). This metabolite is formed from both cis- and trans- isomers in animals and there are clear indications that it is a persistent storage product. (Schwemmer, et. al. 1970; Polen, et. al. 1971; Street and Blau, 1972; Dorough and Hemken, 1973.)

In the study by Barnett and Dorough (1974) a highly purified (98.1+% of a 3:1 mixture of the cis- and trans- isomers) chlordane designated HCS-3260 by the Vesicol Chemical Corporation, the manufacturer, was used. In addition to the cis- and trans- isomers, other isomers or analogs were oxychlordane, dichlorochlordane and seven other compounds were not fully identified and were designated by letters A through G. The rat was the experimental animal. Excretion was predominately by way of the feces in both male and female rats. A total of 6% was voided in the urine of females and 2% in the urine of males.

Residues in the fat of rats fed 1, 5, and 25 ppm of HCS-3260 in the diet for 56 days was three times the level (in ppm) found in the food. In the liver, kidney, brain and muscle the levels were 1/8, 1/10, 1/25, and 1/50 that of the level present in the food. Oxychlordane was the major residue in the tissues. Its concentration ranged from 50% of the radiocarbon in the kidney to about 90% in the fat. Oxychlordane was the most persistent residue in the tissues after chlordane was removed from the diet.

A number of investigators including Cram, et. al. (1965), Fouts (1965), Burns (1966), Bernstein (1968), Dixon (1968), Fouts (1968) studied the effects on the hepatic metabolic pathways when chlordane was administered prior to or concurrent with administration of a drug. Fetal and newborn (weanling) animals were included in some studies. It was demonstrated that several hepatic microsomal, drug-metabolizing enzymes are present at very low levels or absent in the livers of the fetus and newborn animals. Phenobarbitone and chlordane, inducers of hepatic drug metabolizing enzymes when given to weanling or adult animals, are capable of causing increases in drug metabolism in the new born and in late fetal life. These enzyme inducers do no function in early or middle fetal life. These results were compared with those of drug metabolism by hepatomas. The multiple, rapidly growing hepatomas resemble the liver in early or middle fetal life both in the patterns of detectable microsomal drug metabolism and in the absence of response to enzyme inducers. In the squirrel monkey it was shown that the intraperitoneal injection of γ-chlordane (10 mg/kg) once daily for seven days resulted in a two to six fold increase in the activity of hepatic microsomal enzymes which metabolize 3,4-benzpyrene, p-nitrobenzoic acid, aminopyrene and several other drugs. Carbon monoxide binding power was increased. It was concluded that the effects of γ-chlordane treated squirrel monkeys and their hepatic microsomal enzyme systems are

qualitatively similar to those previously observed in phylogenetically lower species namely mice, rats, and rabbits. In one study it was shown that γ-chlordane treatment increased cytochrome P-450 and increased the rates of drug metabolism in vivo and in vitro, while decreasing the toxicity of each of the drugs studied. In young rats, prior treatment with chlordane resulted in an increased cyclophosphoamide toxicity. Cyclophosphoamide is converted to a cytostatic agent by enzymes present in the hepatic microsomal systems. Pretreatment of rats with chlordane stimulated the liver enzyme which metabolizes warfarin, thus markedly reducing the toxicity of the acute dose of warfarin. Phenobarbital and chlordane, administered in dosage schedules known to induce drug-detoxifying enzymes increased the concentration ratio of $^{125}$I-thyroxine between the liver and plasma in rats. Since no effects of plasma binding of thyroxine were observed, these drugs stimulate the hepatocellular factors responsible for the reversible accumulation of thyroxine in the liver.

Callahan (1970) investigated the percutaneous absorption of dry chlordane residues. Female Albino New Zealand rabbits, nine to ten months old were the test species. Results indicated that approximately 50% of the chlordane was transferred from the glass slide to the rabbit after 10 - 12 minutes of contact. Other investigators have also reported on this rapid dermal absorption of chlordane.

Boyd and Taylor (1969) writing in the Journal of Industrial Medicine and Surgery report on a comparative study to determine the acute oral toxicity of chlordane in weanling rats fed a normal or a low protein diet. Wistar strain weanling rats weighing 50 to 60 grams were divided into three groups. Group one consisted of 133 rats fed a low protein diet. Group two consisted of 122 rats kept on a normal protein diet. In Group three there were 141 rats

receiving a 25% protein ration as mixed animal and plant proteins.

The average lethal dosages were 137 mg/kg, 267 mg/kg, and 311 mg/kg for Groups one, two, and three respectively. Death occurred one to four days following chlordane dosing with the time interval to death decreasing as chlordane dosage increased. Autopsies which were performed within one hour after death reflected the same findings prevalent among the rats regardless of dietary group. There was wide spread damage to the gastrointestinal system, stress reaction in the adrenals, thymus and spleen, hepatitis, nephritis, congestion of the blood vessels, associated dehyderation and organ weight loss.

The rats that survived chlordane exposure experienced irritation of the central nervous system, muscle spasms, increased urination, loss of appetite and reduced body temperature. Organ weight loss was in evidence even one month after chlordane exposure.

Sazonova, et. al. (1959) reported that the $LD_{100}$ of a single dose of chlordane given in an oily solution was 50 mg/kg for cats, 700 mg/kg for rats and 1000 mg/kg for mice. The toxicity of chlordane applied to the skin of rabbits was essentially the same as in oral administration. "Chlordane is a nerve poison, affects the central nervous system, is cumulative and causes chronic poisoning. Prolonged feeding of animals with food containing chlordane in a dose of 1 - 5 mg/kg inhibited growth, induced changes in the liver and caused poisoning of offspring. Chlordane stimulated respiration and altered the blood morphology. Extensive affections of the respiratory organs were observed in animals following a daily spraying for 20 days with a aqueous suspension of chlordane (2 gm/$m^3$) or dusting with a 10% powder for 10 days."

Table I shows the distribution of α chlordane in exposed rabbits and rats. Table II lists some of the chronic effects of chlordane. (see pages 19 through 21.)

Deichmann and MacDonald (1971) wrote in Biological Abstracts regarding the toxicological effects of DDT, aldrin and dieldrin on residents of Dade County FL, and on rodents and dogs. The autopsy results of non-occupationally exposed humans revealed a mean concentration of DDT of 9.7 ppm in 42 cases of accidental death, 9.4 ppm in 31 cases where DDT had been used sparingly in home and garden applications, 19.4 ppm in 65 cases of moderate use and 27 ppm in 22 cases where little safety precautions were taken in the use of DDT.

Studies involving human volunteers who were fed DDT and dieldrin singly or in combination reflected different results between males and females. When DDT and dieldrin levels in the blood were lowered and body fat concentrations were increased, a decrease of body weight occurred in males. In females, this change was more marked but differed due to the fact that DDT levels in the blood increased rather than decreased.

Feeding of aldrin and dieldrin (20-50 ppm) and endrin (2-12 ppm) to Osborne Mendel rats caused neither tumors nor cancer. In the case where the rats were fed aldrin and dieldrin but not endrin occurrences of tumors were low. When combinations of aldrin (3-25 ppm), dieldrin (3-25 ppm), chlordane (50-100 ppm), or DDT (100-250 ppm) were fed to Swiss mice, "....viability and lactation indices were the most sensitive indicators of subtle adverse effects." When dogs were fed DDT and aldrin, either singularly or in combination, the development of the mammary glands, ability to conceive, and the survival rate of the newborn were adverse side effects. Higher concentrations of DDT and dieldrin in the blood and fat tissues of dogs occurred when these compounds

were fed in combination rather than singularly. It was concluded that absorbed DDT is influenced considerably by the presence of aldrin or dieldrin and vice versa. (Deichman and MacDonald, 1971)

TABLE I

The Distribution of α Chlordane in Exposed Rabbits and Rats

| Dose C-14 αChlordane | Rabbit[a] 20 mg orally 5 times per week for 10 weeks (100 mg/wk) | Rat[b] I.V. 27 ug |
|---|---|---|
| % C-14 excreted in urine | 47.2% (in 12 wks) | 1% (60 hrs) |
| % C-14 excreted in feces | 22.72 (in 12 wks) | 29% (60 hrs) |
| % C-14 stomach + duodenum less contents | 0.43 (13.62 ppm) | 0.6 (0.163 ppm) |
| % C-14 gut less contents | 0.27 (20.43 ppm) | 5.7 (0.245 ppm) |
| % C-14 abdominal fat | 2.59 (240.9 ppm) | 11.9 (0.489 ppm) |
| % C-14 subcutaneous fat | 1.53 (231.82 ppm) | 7.0 (0.167 ppm) |
| % C-14 kidneys | 0.05 (35.22 ppm) | 1.2 (0.159 ppm) |
| % C-14 liver | 0.52 (44.32 ppm) | 1.6 (0.038 ppm) |
| % C-14 heart | 0.09 (90.90 ppm) | <0.1 |
| % C-14 spleen | 0.03 (75.00 ppm) | <0.1 |
| % C-14 brain | 0.04 (25.0 ppm) | 0.1 (0.030 ppm) |
| % C-14 carcass | 11.25 (86.37 ppm) | 26.2 (0.124 ppm) |
| % C-14 blood | 0.34 (40.91 ppm) | <0.1 |

a. Animals were treated for 10 wks and sacrificed at 12 wks

b. Animals were treated once and sacrificed at 60 hours.

NOTE: Modified after Poonawalla, N.H., et.al. (1964) and Koch (1969)

TABLE II

Some Chronic Effects of Chlordane

| Dose | Duration | Species | Sex | Organ System | Effect | Reference |
|---|---|---|---|---|---|---|
| ~8 mg/kg | " | " | ♂ & ♀ | Liver Kidney | Enlargement | Ingle (1952) |
| ~8 mg/kg | " | " | " | Lung | Thromboses & fibroses | Ingle (1952) |
| ~8 mg/kg | " | " | " | Heart | Edema & necrosis of myofibrils | Ingle (1952) |
| ~8 mg/kg | " | " | " | Duodenum | Necrosis of mucosa & submucosa | Ingle (1952) |
| 1 ppm | In 1 treatment | Rabbit | - | Brain Cortex | Inhibition of Mg, Na, K-ATPase | Koch (1969) |
| 25 mg/kg | 10 days | Rat | ♂ | Liver | Increased polar metabolites of testosterone X 2.5 | Kupfer (1969) |
| " | " | " | " | " | Increased polar metabolites of Progresterone X 2.2 | Kupfer (1969) |
| " | " | " | " | " | Increased polar metabolites of Desoxycorticosterone X 1.8 | Kupfer (1969) |
| 0.1 ug/ml | 84 days | Human Cells | - | Derived from cervical carcinoma | Cytopathic effects & growth inhibition | Gabliks & Friedman (1969) |
| 10 ug/ml | >107 days | " | - | " | Large abnormal rounded cells | Gabliks & Friedman (1969) |

TABLE II (contd)

| Dose | Duration | Species | Sex | Organ System | Effect | Reference |
|---|---|---|---|---|---|---|
| 0.1 ug/ml | 77 days | Human Cells | - | Derived from cervical carcinoma | 10 fold increase into poliovirus susceptibility | Gabliks & Friedman (1969) |
| 5.0 ug/ml | 11 days | " | - | " | ~15% reduction in vaccinia virus replication | Gabliks & Friedman (1969) |
| 25 mg/kg | 3 days | " | - | Liver | Proliferation of smooth Endoplasmic reticulum | Fouts & Rogers (1964) |
| 25 mg/kg | 3 days | " | - | " | 31% increase in microsomal protein | Hart & Fouts ('65) |
| <5 ppm | 14 days | " | - | Brain | Shortens CNS depression by steriod hormones | Kuntzman, et.al. ('65); Conney, et.al. ('66) |
| <5 ppm | 14 days | " | - | Liver | Stimulates the metabolism of drugs (amino pyrine, warfarin, phenylbutazone, digitoxin, zorazolamine, chlorpromazine, hexabarbitol | Street (1969) |

NOTE: Modified -- references cited.