TABLE II

Distribution of Chlordane Residue on Walls and Ceilings

QUARTERS 57B*

| No. | Relative Location of Wiped Area | Chlordane Residue Prior** to Attempted Clean-up (micrograms per sq ft) |
|---|---|---|
| 1 | Living rm, rear wall (north wall), left corner | 562 |
| 2 | " on left window | 25,900 |
| 3 | " rear door | 7,400 |
| 4 | " on right window | 8,700 |
| 5 | " on right window | 1,500 |
| 6 | " rear wall, right corner | 2,200 |
| 7 | " East wall, left third | 4,200 |
| 8 | " " " right third | 449 |
| 9 | " Front wall (south wall) left third | 192 |
| 10 | " " " " " middle third | 211 |
| 11 | " " " " " right third | 480 |
| 12 | " West wall, left third | 499 |
| 13 | " " " right third | 653 |
| 14 | " ceiling, near north wall, left of left window | 686 |
| 15 | " " " above left window | 1,500 |
| 16 | " " " right of left window | 3,200 |
| 17 | " " " left of right window | 1,800 |
| 18 | " " " above right window | 562 |
| 19 | Hallway wall, left side of kitchen door | 499 |
| 20 | " right side of kitchen door | 125 |
| 21 | Bedroom adjacent to living room, east wall, left third | 182 |
| 22 | " " " " " " middle third | 125 |
| 23 | " " " " " " right third | 60*** |
| 24 | " " " " south wall, left third | 79*** |
| 25 | " " " " " " middle third | 146 |
| 26 | " " " " " " right third | 42 |
| 27 | " " " " room side of door | 81 |
| 28 | " " " " west wall, left third | 82 |
| 29 | " " " " " " middle third | 66 |
| 30 | " " " " " " right third | 41† |
| 31 | " " " " north wall, left third | 87† |
| 32 | " " " " " " left half of window | 1,200 |

*All wall wipe samples taken approximately 4½-5 feet above the floor; all ceiling samples taken approximately 1½-2 feet from wall.
**As measured 7 & 8 days after initial contamination.
***Wall areas adjacent to crib.
†Wall areas adjacent to child's bed.

TABLE II (cont'd)

| | | |
|---|---|---|
| 33 | Bedroom adjacent to living room, north wall, right half of window | 257 |
| 34 | " " " ceiling near west wall, left third | 643 |
| 35 | " " " " " middle third | 181 |
| 36 | " " " " " right third | 731†† |
| 37 | " " " ceiling above window | 288 |
| 38 | " " " " above center of room | 418 |
| 39 | " " " " above crib | 365 |
| 40 | Master BR, East wall, on mirror on left closet door | 1,700 |
| 41 | " " on right closet door | 89 |
| 42 | " hallway door | 648 |
| 43 | " southwall, left third | 207 |
| 44 | " " mirror above dresser | 245 |
| 45 | " " right third | 395 |
| 46 | " westwall, left third | 85 |
| 47 | " " middle third, above bed | 122 |
| 48 | " " right third | 223 |
| 49 | " northwall, left third | 451 |
| 50 | " " left half of window | 1,600 |
| 51 | " " right half of window | 80 |
| 52 | " ceiling above left half of window | 1,200 |
| 53 | " " " right half of window | 247 |
| 54 | " " " bed | 1,100 |
| 55 | " " " right side of dresser | 543 |
| 56 | " " " left side of dresser | 454 |
| 57 | " " middle third near east wall | 519 |
| 58 | Lounge, east wall and closet door | 208 |
| 59 | " south wall, left corner | 701 |
| 60 | " " left half of window | 545 |
| 61 | " " right half of window | 1,200 |
| 62 | " " right third | 547 |
| 63 | " middle third of west wall | 101 |
| 64 | " north wall, left third | 62 |
| 65 | " " middle third | 174 |
| 66 | " " right third | 135 |
| 67 | " ceiling above left half of window | 208 |
| 68 | " " " right half of window | 324 |
| 69 | " " near east wall, left third | 143 |
| 70 | " " northwest quarter | 195 |

††Ceiling above child's bed.

TABLE II (contd)

| | | |
|---|---|---|
| 71 | Bathroom wall above heater | 130 |
| 72 | " wall above tub | 241 |
| 73 | Kitchen, east wall, left third | 195 |
| 74 | " " middle third, on cabinet | 259 |
| 75 | " " right third, on door | 88 |
| 76 | " south wall above door | 233 |
| 77 | " " on window | 189 |
| 78 | " west wall, left third | 249 |
| 79 | " on water dispenser | 171 |
| 80 | " ceiling, southeast corner | 127 |
| 81 | " " southwest corner | 151 |
| 82 | " " center | 145 |
| 83 | " " above hallway door | 83 |

TABLE III

Distribution of Chlordane Residue on Walls and Ceilings

QUARTERS 53A*

| No. | Relative Location of Wiped Area | Chlordane Residue Prior to Attempted Clean-up (micrograms per sq ft) |
|---|---|---|
| 1 | Kitchen, west wall, on cabinet door | 320 |
| 2 | " on ceiling, near north wall | 196 |
| 3 | " north wall, right side of door frame | 284 |
| 4 | " north wall, on window | 220** |
| 5 | Bedroom adjoining living rm, south wall, left window | 2,000** |
| 6 | " " " " right window | 86** |
| 7 | " " " east wall, middle third | 67 |
| 8 | " " " west wall, middle third | 88 |
| 9 | " " " light mid-ceiling | 202 |
| 10 | Master Bedroom, east wall, middle third | 39 |
| 11 | " " west wall, middle third | 112 |
| 12 | " " north wall, left window | 153** |
| 13 | " " " right window | 153** |
| 14 | " " mid-ceiling, next to light | 70 |
| 15 | Playroom & child's room, south wall, left window | 1,400** |
| 16 | " " right window | 1,100** |
| 17 | " east wall, middle third | 60 |
| 18 | " west wall, middle third, on closet door | 441 |

*All wall wipe samples taken approximately 4½-5 feet above the floor; all ceiling samples taken approximately 1½-2 feet from wall.
**All windows in this house were washed twice by occupants with Windex® before samples were taken.

TABLE IV

Mean Chlordane Residues in Contaminated Quarters

| Room | Qtrs 57-B (Including Windows) µg/sq ft | Nr of Samples | Qtrs 57-B (Excluding Windows) µg/sq ft | Nr of Samples | Qtrs 53-A (Excluding Windows)* µg/sq ft | Nr of Samples |
|---|---|---|---|---|---|---|
| Living Room | 3371 | 18 | 1639.6 | 15 | - | 0 |
| Bedroom (Children's) | 267 | 19 | 212 | 17 | 119 | 3 |
| Bedroom (Master 57-B) (Children's 53-A) | 550 | 18 | 514 | 16 | 250 | 2 |
| Lounge 57-B Master Bedroom 53-A | 349.5 | 13 | 254 | 11 | 73.7 | 3 |
| Kitchen | 175 | 10 | 173 | 9 | 266 | 3 |

*All windows in Qtrs 53-A were washed with Windex® prior to sampling.

with dieldrin, a similar cyclodiene insecticide.

3. The implications of this rapid sublimation effect are obvious. As long as any chlordane is being emitted from the ducts it will accumulate on all exposed surfaces in the house. This is an additional reason why contaminated ducts have to be extremely well cleaned prior to rehabitation.

4. This pattern of residues is similar in the other rooms of Qtrs 57-B as illustrated in Figures 3 through 8. These data are tabulated in Table II. Less detailed sampling was made of Qtrs 53-A because the consistency of the residues in Qtrs 57-B (especially away from the heating registers) indicated a general estimate of residue levels could be made without such extensive sampling. These data are presented in Table III & Figure 1.

5. Table IV is a compilation of the mean residues per square foot found in the various rooms of Qtrs 57-B and 53-A. These data are not quantitative measurements but merely indices of contamination. All rooms were substantially contaminated. Chlordane contamination in Qtrs 57-B can be ranked by rooms: living >> master bedroom > lounge ≥ children's bedroom ≥ kitchen. The data indicate that Qtrs 53-A had similar levels of contamination with the exception of the master bedroom, which appears to have been less contaminated.

6. It is interesting to note that ranking the flow rates measured at the registers (Table I) in Qtrs 57-B yields a comparison in some ways similar to the contamination levels listed in Table IV. The living room received the most air and had the highest contamination. The kitchen and the children's bedroom had the lowest residues and the lowest flow rates. However, the lounge had a flow rate almost double that of the master bedroom (21 versus 12 cu ft/min) yet the master bedroom was substantially

more contaminated than the lounge. This inversion of contamination vs flow rate indicates a higher content of chlordane in the duct of the master bedroom than in the child's bedroom, the lounge or the kitchen. This duct may have had chlordane introduced directly into it, or the pesticide may have accumulated in it because of its pitch. Table VI lists the mean chlordane residues in the contaminated quarters.

D. Chlordane Residues on Personal Possessions

1. Table V lists the chlordane residues found on objects in various locations in Qtrs 57-B and 53-A. Figures 3 through 8 depict many of these items and their residues. These data confirm the distribution patterns already established on walls and ceilings. They establish that items of furniture were heavily contaminated. The dry wiping technique undoubtedly does not remove all of the chlordane residues; therefore, residues recovered by this technique are lower than actually present.

2. The rug sample consisted of six tufts of material (approximately 10 mg). This sample indicates the rug to be extremely contaminated as would be expected from its proximity to heating register #2 (Fig 2).

3. The wet wipe of the sofa recovered only a small percentage of the chlordane actually present because the solvent on the cotton swab was absorbed by the sofa fabric and stuffing, carrying the pesticide away from the swab.

4. The substantial residues within the closet, bureau and hutch, indicates a penetrating fumigant effect. This indicates extensive contamination of all articles in the house; a fact substantiated by samples taken 3, 5, and 6 Apr by Military Public Health personnel at Webb AFB. These samples and their residues are listed in Table VI.

TABLE V

Chlordane Residue on Miscellaneous Surfaces*

| Object | Qtrs | Location of Object During Exposure | Area, Quantity, etc. of Material Sampled | Chlordane Residue |
|---|---|---|---|---|
| TV Console | 57B | Liv Rm, east wall | 15 sq inch on top, dry wipe | 413 ug/ft$^2$ |
| Water Cooler | " | Kitchen, west wall | 15 sq inch, wet wipe | 171 " |
| End Table | " | Liv Rm | 15 sq inch, dry wipe | 91 " |
| End Table | " | Liv Rm | 15 sq inch, dry wipe | 83 " |
| Rug | " | Liv Rm floor; sample from NW corner | 6 fibers from rug area near window | 34 ug total |
| Sofa Back | " | Liv Rm, South Wall over register | 15 sq inch, wet wipe | 91 ug/ft$^2$ |
| Stuffed Toy | " | BR, child's crib | 5 doll hair fibers | 117 ug total |
| Shelf | " | Master BR closet | 15 sq inch, wet wipe | 174 ug/ft$^2$ |
| Shelf | " | " closet, front vedge | " | 122 " |
| Venetian Blind | " | Liv Rm, north wall | " | 249,600 " |
| Bureau Drawer | " | Master BR, in dresser | 15 sq inch, sample from right draw panel | 145 " |
| Dining Table | " | Liv Rm & Dining Area | 15 sq inch, dry wipe | 62 " |
| " | " | " | " | 52 " |
| " | " | " | " | 60 " |
| Drinking Glass | 53A | Liv Rm, in Hutch | Total inner&outer Surfaces | 218 ug |
| Pot (small) | " | Kitchen | Inner Surface | 78 ug** |
| Pot (large) | " | " | Inner Surface | 65 ug** |

*As measured 9 days after initial contamination; prior to any clean up attempts.
**These utensils had been washed twice by owner in a dishwasher before samples were taken.

FIG. 3
QUARTERS 57 B
LIVING ROOM



FIG. 4
QUARTERS 57B
BEDROOM (CHILD'S)




⊙ SAMPLE TAKEN BEFORE CLEANUP
⊚ FIBER FROM TOY IN CRIB 117
⌖ FIBER FROM COAT IN CLOSET 17
▨ HEATING DUCT

FIG. 5

QUARTERS 57B
MAST. BEDROOM




⊙ SAMPLE TAKEN BEFORE CLEANUP

FIG. 6
QUARTERS 57B
LOUNGE



FIG. 7
QUARTERS 57 B
BATHROOM




⊙ SAMPLE TAKEN BEFORE CLEANUP



FIG. 8
QUARTERS 57 B
KITCHEN




⊙ SAMPLE TAKEN BEFORE CLEANUP




| DUCTS | MEAS CONC (Mg/M³) |
|---|---|
| 1 | 1.14 |
| 2 | 0.80 |
| 3 | 0.92 |
| 4 | 1.10 |
| 5 | 0.90 |
| 6 | 1.02 |
| 7 | 0.80 |

Qtrs 57B

Fig. 9

TABLE VI

Chlordane Residues from Miscellaneous Protected Surfaces
3-6 April 1970

| | Object | Qtrs | Location During Exposure | Quantity & Type Sample | µg Chlordane | Previous Cleaning |
|---|---|---|---|---|---|---|
| 1 | Plate | 57-B | Kitchen Cupboard | Total wet wipe | 24.0 | dishwashing |
| 2 | Plastic Glass | " | " | " | 20.0 | " |
| 3 | Metal Spoon | " | " | " | 62.0 | " |
| 4 | Drinking Glass | 53-A | " | " | 5.4 | " |
| 5 | Spoon | " | Kitchen Drawer | " | 5.7 | " |
| 6 | Plate | " | " Cupboard | " | 5.7 | " |
| 7 | Cooking Ladle | " | " " | " | 30 | " |
| 8 | Small Pot | " | " " | " | 78 | " |
| 9 | Large Pot | " | " " | " | 65 | " |
| 10 | Box Spring Ticking | 57-B | Underside of bed/M Bedroom | 123.5 mg | 220 ug (1781 ppm) | none |
| 11 | Blue Sweater | " | Bureau/M Bedroom | 4.3 mg | 0.00 | none |
| 12 | Black Sweater | " | " | 69.3 mg | 1.6(23ppm) | none |
| 13 | Blue Knit | " | Closet/Child's room | 3.2 mg | 0.00 | dry cleaned |
| 14 | Box Spring Ticking | 53-A | Child's Bed | 69.3 mg | 3.7(53.3) | none |

E. Decontamination Procedures

1. Table VI also demonstrates that dishwashing provides inadequate cleaning and that dry cleaning appears a promising method of decontaminating clothing. Additional samples of dry cleaned clothes were analyzed at a later date.

2. Various methods of decontaminating painted walls and furniture and waxed furniture were tested with limited success. The data presented in Table IX indicate:

a. Chlordane residues can be easily removed from glass surfaces.

b. Chem-i-san Concentrate® (and probably other detergents) is an inefficient chlordane decontaminant for walls.

c. Methanol:water and vinegar:water solutions gave fair removal when scrub cloths were used. Spraying and brushing 20% methanol:water solution gave consistently poor results.

d. Increasing the methanol concentration to 40% increased performance.

e. Guardian Furniture Polish® gave very inconsistent results.

Chlordane is soluble in nonpolar solvents such as waxes. Therefore, cleaning agents which leave wax residues simply redistribute the chlordane in the wax. Better results would be expected using a wax solvent. Care must be taken to select a solvent which will not damage the underlying finish. Melvin (1974) reports that an isopropyl (20% - 40%) alcohol solution, because of a more favorable partition coefficient, is a more effective decontaminating solution than in a methyl alcohol-water solution.

## TABLE VII

### Results of Cleaning Miscellaneous Surfaces by Various Methods

| Item No. | Method of Cleaning | Qtrs | Surface Cleaned | Residue Level Before Cleaning ($ug/ft^2$) | Residue Level After Cleaning 1X | 2X | 3X | % Change ↓ - apparent decrease ↑ - apparent increase 1X | 2X | 3X |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Chem-i-San Concentrate & $H_2O$ FSN 7930-973-2196 8:1 $H_2O$:stock solution | 57-B | wall/living room | 562 | 347 | - | - | ↓38.0 | - | - |
| 2 | " | " | " | 652 | 1100 | - | - | ↑40.0 | - | - |
| 3 | " | " | Ceiling/ " | 686 | 1400 | - | - | ↑104 | - | - |
| 4 | " | " | " | 1500 | 1100 | - | - | ↓27 | - | - |
| 5 | " | " | " | 3200 | 2000 | - | - | ↓38 | - | - |
| 6 | " | " | Window/ " | 25900 | 96 | - | - | ↓99.6 | - | - |
| 7 | 20% Methanol & Water (cloth scrub) | " | Wall/living room | 652 | 312 | 22 | - | ↓52 | ↓96.6 | |
| 8 | " | " | " | 2200 | 1160 | - | - | ↓47.2 | | |
| 9 | " | " | " | 347 | - | - | 247 | ↓ - | - | ↓29 |
| 10 | " | " | Window/" | 8700 | 236 | - | - | ↓97.3 | - | - |
| 11 | " | " | Table/Kitchen(painted) | - | 960** | - | - | - | - | - |
| 12 | " | " | Chair/Kitchen(painted) | - | 295.7** | | - | - | - | - |

TABLE VII (contd)

| Item No. | Method of Cleaning | Qtrs | Surface Cleaned | Residue Level Before Cleaning ($ug/ft^2$) | Residue Level After Cleaning 1X | 2X | 3X | % Change ↓ - apparent decrease ↑ - apparent increase 1X | 2X | 3X |
|---|---|---|---|---|---|---|---|---|---|---|
| 13. | 20% Methanol & Water Sprayed & Brushed | 57-B | Wall Hallway | 189<br>518<br>140<br>$\bar{x}$ 282 | 908<br>778<br>415<br>$\bar{x}$ 700.3 | 311<br>218<br>213<br>247 | 223<br>215<br>192<br>210 | ↓148 | ↓12.4 | ↓25.5 |
| 14 | 40% Methanol:Water (cloth scrub) | " | Wall/Living Room | 499 | 427 | - | - | ↓14 | | |
| 15 | 50% Vinegar:Water (cloth scrub) | " | " | 1160 | 179 | - | - | ↓84.5 | - | - |
| 16 | " | " | Window/" | 7500 | 166 | - | - | ↓97.7 | - | - |
| 17 | Guardian Furniture Polish | " | TV Console /Liv Rm | 241 | 120 | 222 | - | ↓50.2 | ↓7.8 | - |
| 18 | " | " | Table Top/Dining Rm | 58 | 114 | 101 | - | ↓99.9 | ↑74 | - |
| 19 | " | " | TV Console/Liv Rm | 241* | 46 | - | - | ↓80.9** | | |
| 20 | " | " | End Table/Liv Rm | - | 32.6** | - | - | | | |
| 21 | " | " | Table/Dining Rm | 114* | 96.0 | - | - | 15.7 | | |
| 22 | " | " | Cedar Chest/Bedroom | - | 50.88** | - | - | - | - | - |
| 23 | " | 53-A | Table/Dining Rm | - | 263.04** | - | - | - | - | - |
| 24 | " | " | Chair/Dining Rm | - | 8.35** | - | - | - | - | - |

TABLE VII (contd)

| Item No. | Method of Cleaning | Qtrs | Surface Cleaned | Residue Level Before Cleaning ($ug/ft^2$) | Residue Level After Cleaning 1X | 2X | 3X | % Change (↓ - apparent decrease; ↑ - apparent increase) 1X | 2X | 3X |
|---|---|---|---|---|---|---|---|---|---|---|
| 25 | Guardian Furniture Polish | 53-A | Coffee Table/Liv Rm | - | 30.72** | - | - | - | - | - |
| 26 | " | " | End Table/Liv Rm | - | 13.4** | - | - | - | - | - |
| 27 | " | " | Dresser/Bedroom | - | 1.92** | - | - | - | - | - |
| 28 | " | " | China Hutch/Liv Rm | - | 36.4** | - | - | - | - | - |

*Control taken 8 days after exposure.
**Sample taken 21 days after exposure.

F. Dermal Absorption of Dry Chlordane

1. The absorption rate of chlordane from dry surfaces by dry skin was not known. Two female Albino New Zealand rabbits nine and ten months old were placed in two stock type restraining boxes, shaved with a #40 clipper, and finally denuded of hair with a surgical depilatory (Surgex®; 5% calcium thioglycolate cream). Hair was removed in a square shaped area from the scapula posterior to the crest of the ischium and ventrad approximately half way to the midline. The depilatory was carefully washed from the skin with cotton and tap water.

2. Technical Chlordane (Nutritional Biochemical Company, Cleveland OH) was diluted in hexane (nanograde) to 505 micrograms (µg)/ml and 1204 µg/ml standards. One hundred microliters (0.1 ml) of these solutions were separately applied to the free surface of two sets of 1 sq in (22 $mm^2$) cover slips previously attached to Band-Aid brand, Clear Air-Vent® tape. The solutions were applied in two 50 ul aliquots, the hexane was allowed to evaporate and the slides rotated to assure even pesticide application. Each rabbit received eleven slides containing 50.5 µg/sq inch left of the backbone, and eleven slides covered with 120.4 µg/sq inch to the right of the backbone. The slides were applied 2.5 hours after the depilatory was removed. Each slide was numbered and randomly removed at six time intervals, using a table of random numbers as illustrated in Table VIII (Fruend, 1961). Slides removed from the rabbits were separated from the tape and immediately immersed in hexane.

3. Chlordane was removed from the coverslips by an additional 10 ml wash with hexane in an ultrasonic cleaner. The washes were composited and analyzed in the Micro-Tek GLC using a QF-1 column as described by Thompson, et. al. (1969).

TABLE VIII

Chlordane Absorption Sampling Schedule
50.5 µg/sq in - 120.4 µg/sq in

| HRS AFTER APPLICATION | NO OF SLIDES REMOVED | NO OF SLIDES REMOVED |
|---|---|---|
| 1 | 4 | 4 |
| 2 | 4 | 4 |
| 3 | 4 | - |
| 7 | - | 4 |
| 8 | 4 | - |
| 16.5 | - | 4 |
| 17.5 | 4 | - |
| 23 | - | 2 |
| 24 | 2 | 4 |
| TOTAL SLIDES | 22 | 22 |

# TABLE IX

Chlordane Residues Recovered From Glass Coverslips in Contact With Rabbit Skin

| Time Hrs | 56.2 ug/in$^2$ | $\bar{X}$ | % Reduction | 120.4 ug/in$^2$ | $\bar{X}$ | % Reduction |
|---|---|---|---|---|---|---|
| 1 | 3.0<br>6.3<br>1.5<br>1.9 | 3.17 | 94.36 | 11.0<br>14.0<br>15.5<br>8.5 | 12.25 | 90.0 |
| 2 | 5.3<br>1.9<br>3.0<br>2.0 | 3.05 | 94.58 | 16.0<br>8.0<br>9.5<br>4.0 | 9.37 | 92.22 |
| 3 | 2.3<br>.6<br>.9<br>1.6 | 1.35 | 97.6 | | | |
| 8 | 0.6<br>0.4<br>1.8 | 0.933 | 98.3 | 2.5<br>1.7<br>3.0<br>3.1 | 2.57 | 97.8 |
| 16.5 | | | | 0.6<br>1.1<br>0.7<br>1.0 | 0.85 | 99.3 |
| 17.5 | .3<br>.2<br>.4<br>.2 | 0.27 | 99.5 | | | |
| 23 | | | | 2.0<br>1.0 | 1.5 | 98.76 |
| 24 | 0.1<br>0.0 | 0.05 | 99.92 | 1.3<br>.3<br>.4 | 0.66 | 99.46 |
| Control (air dried 10 minutes) | 50.0<br>48.2<br>51.0<br>53.0 | 50.5 | +0.59 | | | |

TABLE X

The Disappearance Function of 120.4 ug/in$^2$ Chlordane
From Glass Slides in Contact with Rabbit Skin

X = Time Y = Chlordane Residue

THE FUNCTION IS:
F(X)=-.01240661155*X**-2 +12.52619481*X**-1 +.816722671

DO YOU WANT TO SEE THIS FUNCTION EVALUATED AT THE DATA POINTS?
\YES

| X | Y | Y-CAL | DIFF |
|---|---|---|---|
| 1.000E-03 | 1.204E+02 | 1.204E+02 | -1.73E-05 |
| 1.000E-03 | 1.204E+02 | 1.204E+02 | -1.73E-05 |
| 1.000E-03 | 1.204E+02 | 1.204E+02 | -1.73E-05 |
| 1.000E-03 | 1.204E+02 | 1.204E+02 | -1.73E-05 |
| 1.000E+00 | 1.100E+01 | 1.333E+01 | 2.331E+00 |
| 1.000E+00 | 1.400E+01 | 1.333E+01 | -6.69E-01 |
| 1.000E+00 | 1.550E+01 | 1.333E+01 | -2.17E+00 |
| 1.000E+00 | 8.500E+00 | 1.333E+01 | 4.831E+00 |
| 2.000E+00 | 1.600E+01 | 7.077E+00 | -8.92E+00 |
| 2.000E+00 | 8.000E+00 | 7.077E+00 | -9.23E-01 |
| 2.000E+00 | 9.500E+00 | 7.077E+00 | -2.42E+00 |
| 2.000E+00 | 4.000E+00 | 7.077E+00 | 3.077E+00 |
| 8.000E+00 | 2.500E+00 | 2.382E+00 | -1.18E-01 |
| 8.000E+00 | 1.700E+00 | 2.382E+00 | 6.823E-01 |
| 8.000E+00 | 3.000E+00 | 2.382E+00 | -6.18E-01 |
| 8.000E+00 | 2.100E+00 | 2.382E+00 | 2.823E-01 |
| 1.650E+01 | 6.000E-01 | 1.576E+00 | 9.758E-01 |
| 1.650E+01 | 1.100E+00 | 1.576E+00 | 4.758E-01 |
| 1.650E+01 | 7.000E-01 | 1.576E+00 | 8.758E-01 |
| 1.650E+01 | 1.000E+00 | 1.576E+00 | 5.758E-01 |
| 2.300E+01 | 2.000E+00 | 1.361E+00 | -6.39E-01 |
| 2.300E+01 | 1.000E+00 | 1.361E+00 | 3.613E-01 |
| 2.400E+01 | 1.300E+00 | 1.339E+00 | 3.863E-02 |
| 2.400E+01 | 3.000E-01 | 1.339E+00 | 1.039E+00 |
| 2.400E+01 | 4.000E-01 | 1.339E+00 | 9.386E-01 |

STANDARD DEVIATION IS 2.3756897272516

DO YOU WANT TO PLOT THIS FUNCTION?