FIGURE 10

PERCENT REDUCTION OF CHLORDANE RESIDUES FROM GLASS SLIDES IN CONTACT WITH RABBIT SKIN



4. The chlordane residues recovered from the coverslips are presented in Table IX. Residues recovered from coverslips having no contact with rabbits indicated the recovery method was accurate (Table IX).

5. The results presented in Tables IX and X and Figure 10 indicate that half the chlordane transferred from the glass to the rabbit after 10 - 12 minutes of contact. The decontamination data presented in Table VI indicate that chlordane is more readily removed from the glass than from painted surfaces. The denuded rabbit skin maximized absorption because no hair was present to insulate the skin from the chlordane. This experiment, therefore, has a built-in safety factor because it was designed to maximize the absorption rate by using a glass surface in contact with denuded skin. This experiment is therefore designed not to establish an exact dermal absorption rate but to establish a rate that equals or exceeds the true rate. The reduction of chlordane residues on the slides as a function of time was analyzed by the Least Squares technique using the AFLC Rush Computer System and was found to be $F(\chi)= -0.0124\chi^{-2}+12.526\chi^{-1}+0.817$. This corresponds to a disappearance rate of approximately 1.5%/min. Within the ranges tested, this rate was independent of pesticide concentration.

G. <u>Maximum Permissible Household Residues of Chlordane</u>

1. In contaminated housing two methods of chlordane entry are likely: (1) respired chlordane entering through the lung, and (2) chlordane dermally absorbed from contaminated surfaces. As discussed previously chlordane is absorbed rapidly through cell walls and therefore undoubtedly through the lung and skin. The precise absorption rates are important here because, knowing the allowable daily intake, the knowledge of such rates would allow intelligent estimates of safe residues in household air and on surfaces.

Such absorption rates are unavailable. Absorption through the lung must be assumed to be very rapid because of the tremendous surface-air contact and the thin-epithelial lining of the alveoi walls.

2. The normal adult inspires approximately 9201 liters of air per day (Altman, 1966). Assuming 90% absorption per inspiration a 150 pound man will receive his ADI (Table III) from the air alone at a concentration of 4.112 μg/m³. The faulty construction of the slab conduits precluded their cleaning. The decision was made to seal the old ducts with concrete and install new heating systems, including new overhead ducts, in the quarters. This action eliminated chlordane vapors originating in the old ducts as a source of contamination.

3. Table IV indicates that wall residues averaged approximately 250 μg/sq ft in both quarters. At this level a 150 pound man would attain his adjusted ADI of 34.05 μg/day (Table XI) after 9.1 minutes of bare skin contact with one square foot of glass surface which continually maintained this residue (Table VIII and Fig 10). One square foot contact with a wall surface is a near physical impossibility; 18.2 minutes of ½ ft² contact would give the same ADI. This exercise is significant because it indicates that a five fold decrease in wall residues (a mean residue of 50 μg/ft² would not exceed the corrected ADI of a 150 pound man if he had 90 minutes of bare skin contact with one-half square foot of glass wall). As mentioned above contact with painted surfaces would greatly lessen absorption. Since people do not come in direct skin contact with ½ ft² wall surfaces for 90.8 minutes/day, 50 μg/ft² is certainly a safe level on house walls for adults.

4. This same exposure level of 50 μg/ft²/min would supply the (corrected) ADI of a 20 pound child with ½ ft² contact in about 12 minutes.

TABLE XI

Maximum Acceptable Non-Food Chlordane Intakes Assuming 0.5 ug/kg Daily Intake With the Diet[20]

| Wt. Lbs | Wt. Kg | Ug Chlordane/Day in Excess of Food |
|---|---|---|
| 5 | 2.27 | 1.135 |
| 10 | 4.54 | 2.27 |
| 20 | 9.08 | 4.54 |
| 40 | 18.16 | 9.08 |
| 80 | 36.32 | 18.16 |
| 100 | 45.4 | 22.70 |
| 120 | 54.48 | 27.24 |
| 140 | 63.56 | 31.78 |
| 150 | 68.10 | 34.05 |
| 200 | 90.80 | 45.40 |

The TLV of chlordane is 0.5 mg/m$^3$. This value is not applicable to household contamination because:

a. The TLV of chlordane refers only to respired exposures but a "Skin" notation indicates that dermal absorption does occur. The literature and data cited indicate that chlordane is dermally absorbed very rapidly, at least as quickly as through the alimentary tract.

b. The TLV values refer to industrial worker exposures, i.e., 8 hr/day, 5 day workweek, whereas 24 hr/day, 7 day workweek exposures must be assumed in the home. The TLV values also assume adult exposures whereas in the home, infant and fetal exposures may occur.

2. For all these reasons it is obvious that household levels must be much below the TLV of 0.5 mg/m$^3$. A value more appropriate for chronic household exposure is the ADI of the Joint Meeting of the FAO (Food and Agriculture Organization) Working Party and the WHO (World Health Organization) Expert Committee. The ADI is, "... the daily intake which, during an entire lifetime, appears to be without appreciable risk on the basis of all the known facts at the time." The ADI for chlordane is 0.001 mg/kg. It must be noted that this ADI includes the maximum intake for all sources of exposure. Chlordane is presently a registered pesticide to be used on many crops. These include root, leafy and stalk vegetables, cucurbits (cucumbers, etc.), sugar beets, berries, tomatoes and other garden crops (WHO Technical Report Series #391, 1968). Obviously, chlordane residues will be ingested daily with food. The actual amount ingested will be dependent on many unmeasurable variables. A review of the particular residues allowed by law on the various crops indicate that it is extremely unlikely that one-half of the ADI will be consumed through food intake.

3. Assuming zero chlordane air concentrations, 50 $\mu g/ft^2$ on walls and ceilings and 10 $\mu g/ft^2$ concentrations on floors are the maximum allowable residues for adult rehabitation. The presence of children in the family requires residue levels of 7.0 $\mu g/ft^2$ on walls and ceilings and undetectable floor residues. Detectable floor residues require corresponding reductions in wall residues (0.5 $\mu g/ft^2$ on floor, 3.4 $\mu g/ft^2$ on walls and ceilings).

4. The Department of HEW is currently considering recommending that the USDA restrict the use of chlordane (Fishbein, 1969). If such restrictions are enforced they would further reduce food residues and the safety of the above assumption. The above considerations indicate that 0.0005 mg/kg (0.5μg/kg) is the maximum acceptable chlordane intake in addition to that ingested with food. Table XI lists maximum acceptable chlordane intakes in addition to that likely to be ingested with food for individuals of various weights.

# ENVIRONMENTAL RESIDUES

Acceptable residues or maximum allowable levels in water and foods consumed by man are of interest. Insofar as water is concerned in "Water Quality Criteria for 1972" no recommended limits for man for chlordane were established by the Committee on Water Quality Criteria, Environmental Studies Board of the National Academy of Sciences, National Academy of Engineering acting at the request and under contract to the Environmental Protection Agency (1972). Parameters for chlorinated hydrocarbon insecticides were (1) long term levels with minimal or no effects, (2) calculated maximum safe levels for all sources of exposure, (3) intake from diet and (4) water (see page 83).

Note the following statement, "Only data from studies using rats were available for chlordane." Also as is a standard practice in toxicology, the minimal effects level for chlordane and certain other organochlorine pesticides were adjusted by a factor of 1 to 500 (1/500). This provides an added margin of safety since ".... no adequate human data are available for comparison." (emphasis added) See page 83 for the tabulation of the National Academy of Sciences data. Edwards (1970) states that a permissible level for chlordane in public water supplies is three nanograms per liter while complete absence of chlordane is the desirable criteria.

Acceptable chlordane residues for various foods are contained in 40 CFR 180.122. See page 84 for "Tolerances and Guidelines" as listed in Title 40, Code of Federal Regulations Part 180. See also page 85 for the actual values reported in parts per million which are acceptable for various vegetables, fruits, nuts, and animal fat for several species. These are administrative guidelines. Tolerances which are still pending for certain of the above listed foods are also included.

*TABLE II-3—Recommended Limits for Chlorinated Hydrocarbon Insecticides*

| Compound | Long-term levels with minimal or no effects | | | | | Calculated maximum safe levels from all sources of exposure | | | Intake from diet | | Water | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Species | ppm in diet | Reference | mg/kg body weight/day[a] | Reference | Safety Factor (X) | mg/kg/day | mg/man/day[b] | mg/man/day (8) | % of Safe level | % of Safe level | Recommended limit (mg/l)[c] |
| Aldrin | Rat | 0.5 | (1) | 0.083 | ... | 1/100 | 0.00083 | 0.0581 | | | | |
| | Dog | 1.0 | (1) | 0.02 | ... | 1/100 | 0.0002 | 0.014[d] | 0.0007 | 5.0 | 20 | 0.001 |
| | Man | | | 0.003 | (2), (3) | 1/10 | 0.0003 | 0.021 | | | | |
| Chlordane | Rat | 2.5 | (1) | 0.42 | ... | 1/500 | 0.00084 | 0.059[d] | | | | |
| | Dog | N.A. | ... | N.A. | ... | ... | ... | ... | T | T | 5 | 0.003[e] |
| | Man | N.A. | ... | N.A. | | ... | ... | ... | | | | |
| DDT | Rat | 5.0 | (1) | 0.83 | ... | 1/100 | 0.008 | 0.58[d] | | | | |
| | Dog | 400.0 | (1) | 8.0 | ... | 1/100 | 0.08 | 5.6 | 0.021 | 3.4 | 20 | 0.05 |
| | Man | ... | ... | 0.5 | (4) | 1/10 | 0.05 | 3.5 | | | | |
| Dieldrin | Rat | 0.5 | (1) | 0.083 | ... | 1/100 | 0.00083 | 0.0581 | | | | |
| | Dog | 1.0 | (1) | 0.02 | ... | 1/100 | 0.0002 | 0.014[d] | 0.0049 | 35.0 | 20 | 0.001 |
| | Man | ... | ... | 0.003 | (2), (3) | 1/10 | 0.0003 | 0.021 | | | | |
| Endrin | Rat | 5.0 | (5) | 0.83 | ... | 1/500 | 0.00166 | 0.1162 | | | | |
| | Dog | 3.0 | (6) | 0.06 | ... | 1/500 | 0.00012 | 0.0084[d] | 0.00035 | 4.1 | 20 | 0.0005 |
| | Man | N.A. | ... | N.A. | | | | | | | | |
| Heptachlor | Rat | 0.5 | (1) | 0.083 | ... | 1/500 | 0.000166 | 0.1162 | | | | |
| | Dog | 4.0 | (1) | 0.08 | ... | 1/500 | 0.00016 | 0.0112[d] | 0.00097 | 8.6 | 2 | 0.0001[f] |
| | Man | N.A. | ... | N.A. | | | | | | | | |
| Heptachlor Epoxide | Rat | 0.5 | (1) | 0.083 | ... | 1/500 | 0.000166 | 0.01162 | | | | |
| | Dog | 0.5 | (1) | 0.01 | ... | 1/500 | 0.00002 | 0.0014[d] | 0.0021 | 150.0 | 5 | 0.0001 |
| | Man | N.A. | ... | N.A. | | | | | | | | |
| Lindane | Rat | 50.0 | (1) | 8.3 | ... | 1/500 | 0.0166 | 1.162 | | | | |
| | Dog | 15.0 | (1) | 0.3 | ... | 1/500 | 0.0006 | 0.042[d] | 0.0035 | 8.3 | 20 | 0.005 |
| | Man | N.A. | ... | N.A. | | | | | | | | |
| Methoxychlor | Rat | 100.0 | (1) | 17.0 | ... | 1/100 | 0.17 | 11.9[d] | | | | |
| | Dog | 4000.0 | (1) | 80.0 | ... | 1/100 | 0.8 | 56.0 | T | T | 20 | 1.0 |
| | Man | ... | ... | 2.0 | (7) | 1/10 | 0.2 | 14.0 | | | | |
| [illegible]phene | Rat | 10.0 | (1) | 1.7 | ... | 1/500 | 0.0034 | 0.238[d] | | | | |
| | Dog | 400.0 | (1) | 8.0 | ... | 1/500 | 0.016 | 1.12 | T | T | 2 | 0.005[e] |
| | Man | N.A. | | N.A. | | | | | | | | |

LEGEND: [a] Assume weight of rat=0.3 kg and of dog=10 kg; assume average daily food consumption of rat=0.05 kg and of dog=0.2 kg.
[b] Assume average weight of human adult=70 kg.
[c] Assume average daily intake of water for man=2 liters.
[d] Chosen as basis on which to derive recommended limit.
[e] Adjusted for organoleptic effects.
[f] Adjusted for interconversion to H. epoxide.
N.A. No data available.
T Infrequent occurrence in trace quantities

REFERENCES: (1) Lehman (1965)
(2) Hunter & Robinson (1967)
(3) Hunter et al. (1969)
(4) Hayes et al. (in press)
(5) Treon et al. (1955)
(6) Cole (1956)
(7) Stein et al. (1965)
(8) Duggan and Corneliussen (1972)

basis of the extrapolated human intake that would be equivalent to that causing minimal toxic effects in mammals (rats and dogs). For comparison, the dietary levels are converted to mg/kg body weight/day. Aldrin, dieldrin, endrin, heptachlor epoxide, and lindane had lower minimal effect and no-effect levels in dogs than in rats; whereas for DDT, methoxychlor, and toxaphene the converse was observed. Heptachlor was equally toxic to both species. Only data from studies using rats were available for chlordane.

Such data from human and animal investigations have been used to derive exposure standards, as for drinking water, by adjusting for factors that influence toxicity such as inter- and intra-species variability, length of exposure, and extensiveness of the studies. To determine a safe exposure level for man, conventionally, a factor of 0.1 is applied to human data where no effects have been observed; whereas 0.01 is applied to animal data when adequate human data are available for corroboration. A factor of 1/500 is generally used on animal data when no adequate and comparable human data are available.

Thus the human data for aldrin, dieldrin, DDT, and methoxychlor are adjusted by 0.1, and the corresponding animal data for these agents are adjusted by 0.01. The minimal effect levels of chlordane, endrin, heptachlor, heptachlor epoxide, lindane, and toxaphene are adjusted by 1/500; since no adequate human data are available for comparison. These derived values are considered the maximum safe exposure levels from all sources. Because these values are expressed as mg/kg/day, they are readjusted for body weight to determine the total quantity to which persons may be safely exposed.

Analysis of the maximum safe levels (mg/man/day) in Table II-3 reveals that these levels are not exactly the same when one species is compared with another. The choice of level on which to base a level for water requires selection of the lowest value from animal experimentation, provided that the human data are within the same order of magnitude and substantiate that man is no more sensitive to a particular agent than is the rat or the dog.

To then calculate a limit for water it is necessary to

## TOLERANCES AND GUIDELINES

PESTICIDE RESIDUE TOLERANCES FOR RAW AGRICULTURAL PRODUCTS ARE LISTED IN TITLE 40, CODE OF FEDERAL REGULATIONS, PART 180. FORMAL TOLERANCES FOR PESTICIDE RESIDUES IN PROCESSED FOODS ARE LISTED IN TITLE 21, CODE OF FEDERAL REGULATIONS, PART 121. INTERIM TOLERANCES MAY BE FOUND IN THESE REGULATIONS. TEMPORARY TOLERANCES ARE NOTED IN THE FEDERAL REGISTER WITH THE EXPIRATION DATE OF THE PERMIT.

ADMINISTRATIVE GUIDELINES OR LEGAL ACTION LEVELS HAVE BEEN ESTABLISHED FOR SOME CHEMICALS AND PRODUCTS FOR WHICH FORMAL TOLERANCES HAVE NOT BEEN PROMULGATED. THESE GUIDELINES ARE NOT TOLERANCES. THE CRITERIA APPLY TO OBJECTIVE SAMPLES. LEGAL ACTION MAY BE TAKEN AT RESIDUE LEVELS LOWER THAN THE ADMINISTRATIVE GUIDELINE IF THERE IS EVIDENCE OF MISUSE OF PESTICIDES OR IF OTHER FACTORS APPEAR TO WARRANT ACTION.

CHLORDANE
40 CFR 180.122

| PPM | CROP | PPM | CROP | PPM | CROP |
|---|---|---|---|---|---|
| 0.3 | Apples | 0.3 | Dewberries | 0.3 | Potatoes |
| 0.3 | Apricots | 0.3 | Egg Plants | 0.1(1)(N) | Pumpkins |
| 0.1(1)(N) | Asparagus | 0.3 | Grapes | 0.3 | Quinces |
| 0.03(1)(N) | Bananas | 0.3 | Kale | 0.3 | Radishes (With or Without Tops) |
| 0.3 | Beans | 0.3 | Kohlrabi | | |
| 0.3 | Beets (With or Without Tops) | 0.3 | Lettuce | 0.3 | Radish Tops |
| | | 0.3 | Loganberries | 0.3 | Raspberries |
| 0.3 | Beet Greens | 0.3 | Melons | 0.3 | Rutabagas (With or Without Tops) |
| 0.3 | Blackberries | 0.1(1)(N) | Mustard Greens | | |
| 0.3 | Blueberries (Huckleberries) | 0.3 | Nectarines | 0.3 | Rutabaga Tops |
| 0.3 | Boysenberries | 0.3 | Okra | 0.1(1)(N) | Spinach |
| 0.3 | Broccoli | 0.3 | Onions | 0.3 | Squash |
| 0.3 | Brussels Sprouts | 0.3 | Papayas | 0.3 | Strawberries |
| 0.3 | Cabbage | 0.3 | Peaches | 0.3 | Summer Squash |
| 0.3 | Carrots | 0.2(1)(N) | Parsnips | 0.3 | Sweet Potatoes |
| 0.3 | Cauliflower | 0.3 | Peanuts | 0.1(1)(N) | Swiss Chard |
| 0.3 | Celery | 0.3 | Pears | 0.3 | Tomatoes |
| 0.3 | Cherries | 0.3 | Peas | 0.3 | Turnips (With or Without Tops) |
| 0.3 | Citrus Fruits | 0.3 | Peppers | | |
| 0.3 | Collards | 0.3 | Pineapples | 0.3 | Turnip Greens |
| 0.3 | Corn | 0.3 | Plums (Fresh Prunes) | 0.3 | Youngberries |
| 0.3 | Cucumbers | | | | |

Administrative Guidelines

| | | | | | |
|---|---|---|---|---|---|
| 0.3 | Cattle (Fat) | 0.3 | Poultry (Fat) | 0.3 | Swine (Fat) |
| 0.3 | Goats (Fat) | 0.3 | Sheep (Fat) | | |

Tolerances Pending

| | | | | | |
|---|---|---|---|---|---|
| 0.03 | Almonds | 0.1 | Cucumbers | 0.06 | Pecans |
| 0.1 | Asparagus | 0.1 | Egg Plants | 0.1 | Peppers |
| 0.1 | Avocados | 0.03 | Eggs | 0.06 | Persimmons |
| 0.03 | Bananas | 0.03 | Figs | 0.03 | Pomegranates |
| 0.06 | Barley | 0.03 | Filberts | 0.2 | Potatoes |
| 0.2 | Beets | 0.2 | Flaxseed | 0.2 | Pumpkins |
| 0.1 | Broccoli | 0.1 | Goats (Fat | 0.03 | Rice |
| 0.1 | Brussel Sprouts | 0.06 | Guavas | 0.06 | Rye |
| 0.1 | Cabbage | 0.03 | Hazelnuts | 0.1 | Sheep (Fat) |
| 0.1 | Cantaloup | 0.03 | Hickory Nuts | 0.06 | Snap Beans |
| 0.1 | Cattle (Fat) | 0.1 | Hogs (Fat) | 0.06 | Sorghum |
| 0.1 | Cauliflower | 0.03 | Hops | 0.06 | Soybeans |
| 0.1 | Celery | 0.1 | Horses (Fat) | 0.1 | Spinach |
| 0.03 | Chestnuts | 0.1 | Lettuce | 0.1 | Squash |
| 0.1 | Collards | 0.06 | Mangoes | 0.1 | Strawberries |
| 0.03 | Corn (Includes Field Corn, Popcorn, Sweet Corn) | 0.3 | Milk Fat | 0.2 | Sugar Beets |
| | | 0.1 | Mustard Greens | 0.1 | Swiss Chard |
| | | 0.06 | Oats | 0.1 | Tomatoes |
| 0.03 | Corn Fodder and Forage (Includes Field Corn, Popcorn, Sweet Corn) | 0.03 | Olives | 0.2 | Turnips |
| | | 0.1 | Papayas | 0.03 | Walnuts |
| | | 0.1 | Parsnips | 0.1 | Watermelons |
| 0.1 | Cottonseed | 0.06 | Passion Fruit | 0.06 | Wheat |

One area of particular interest concerns the residues of chlordane or its metabolic products which are found in the fluids and tissues of animals which have grazed on pastures or other areas previously treated with chlordane or animals which have consumed prepared grains which had been treated with chlordane. Of unusual interest, perhaps, is cows milk since large quantities of milk are consumed by infants and young children. Westlake, et. al. (1963) studied the milk of cows which had grazed on plots of

pasture treated with 0.25, 0.50 and 1.0 pounds per acre. Analysis of the milk samples revealed, in addition to chlordane, the presence of low concentrations of heptachlor epoxide (less than 0.1 ppm) that persisted to the end of the experiment, eight weeks after treatment. Chlordane was also detected in the milk of cows which had grazed on the 0.5 and 1.0 pound plots, but the levels of chlordane plus heptachlor epoxide were generally below 0.1 ppm. The concentrations in the butter fat were about 1.5 to 3.3 ppm. Insofar as milk was concerned the authors state that the combined chlordane and heptachlor epoxide content was so low that the practical significance of the residues may be questionable.

Boyd (1971) also studied the chlordane residue in soil and plants and the concentrations found in the milk of cows grazed on this land. A part of this paper is quoted as follows: "The location of chlordane residues in soil treated with this compound as well as the concentration of residues in the crown of chlordane-treated alfalfa plants were determined as part of a field study of a chlordane residue problem involving the contamination of dairy herds with insecticide in Gallatin Valley, Montana. The milk of cows that had eaten chlordane-treated alfalfa from fields treated with the above insecticide was found to contain what was described initially as heptachlor epoxide residues (the milk contaminant in fact contained about 10% heptachlor epoxide and about 90% oxychlordane)."

McCaskey and Liska (1967) studied the effect of milk processing methods on endosulfan, endosulfan sulfate, and chlordane residues in milk. In general, the data show a greater decrease of endosulfan and endosulfan sulfate than chlordane during the manufacture of milk powder and evaporated milk from raw milk containing insecticide. Samples of milk containing endosulfan and endosulfan sulfate or chlordane were manufactured into condensed,

. aporated milk. The greatest loss of insecticide occurred uuring the manufacture of drum-dried milk. Endosulfan and endosulfan sulfate found in drum-dried milk represented a 49.7 to 70.4% decrease, respectively, of the amounts found in raw milk. The average percent decrease of chlordane during the roller-drying process was 44.9%. Chlordane was more stable to milk processing treatments than endosulfan and endosulfan sulfate.

Vogt (1972) reviewed the literature and problems associated with the use of chlorinated hydrocarbon pesticides in the poultry industry. Considerable quantities of chlorinated hydrocarbon residues have been found in wild birds, and studies on domestic species closely related to wild birds revealed reproductive effects beyond a certain residue level. Acute poisoning of poultry by chlorinated hydrocarbon insecticides under practical husbandry conditions has not been reported. However, residues may be found in poultry products. Residues of methoxychlor, kelthane (Diodfol), lindane, technical BHC, dieldrin, endrin, chlordane, heptachlor, and telodrin in various tissues and eggs have been tabulated after feeding of active ingredients at various dietary levels for prolonged time periods. The current literature does not yet permit definite establishment of the maximum permissible chlorinated hydrocarbon levels in poultry rations. The application of chlorinated insecticides in poultry houses should be avoided to reduce the residue level.

From the French literature, Berner (1971) states that DDT, BHC, and its isomers, chlordane, aldrin, dieldrin and heptachlor are dangerous because of high stability and persistence, high liposolubility and slow rates of elimination from the organism. "Organochlorine pesticides interfere with hepatic ·lls and the central nervous system. A chlordane concentration of 2.5 mg/kg ıses hepatic and renal lesions. Residue determinations in food products in



tomatoes and re-

# CONCLUSIONS

After a rather extensive review of the literature, it has been found that the available information relative to illness in man as a result of chronic, low concentration exposure to chlordane is very limited.

Deichmann's (1972) conclusions, though made concerning DDT, are quite appropriate with respect to chlordane. He stated, "While upper limits of 'safe' blood and body fat concentrations of DDT, DDE and DDD have been established for certain *male* population groups, no such information has been documented for women and children, for infants and the aged, whether healthy or ill, even though this compound has been investigated and used extensively for nearly 30 years."

"There is general agreement in the U.S. that the quantities of DDT ingested via FDA-controlled foods present no hazard to the health of the population. Absorption in excess of these dosages should be avoided. No report of 'DDT-itis' has been documented. There is essentially no information on the DDT threshold levels in blood, body fat or in individual organs, nor the period of such exposure that will induce specific harmful effects in males and females who may be healthy or ill and ranging in age from *minus* six months (or earlier) to a century."

All of the statements made above apply equally as well to chlordane — another chlorinated hydrocarbon pesticide.

This review of the literature has revealed that the data are very inadequate in the following areas:

a. There have been very few, if any, epidemiological studies that can be applied to man especially when long term, low concentration exposure is the area of concern.

b. There are virtually no data in the primate species insofar as experimental studies on the effects of either acute or chronic exposure of the embryo, the fetus, the pregnant female or the lactating female.

c. Other than the Threshold Limit Values (TLVs®), there are no standards for other types of exposure except the Allowable Daily Intake (ADI) and residue standards for certain foods (vegetables, primarily) intended for human consumption.

d. Specifically there are no published standards or limits for airborne and/or contact exposure in human habitations.

# LITERATURE CITED

Aldrich, F.D. and J.H. Holmes. 1969. Acute chlordane intoxication in a child. *Arch. Environ. Health* 19: 129-132.

Altman, P.L. and D.S. Dittmer. 1966. *Environmental biology*. Fed. of Amer. Soc. Exp. Biol., Bethesda, Md.

American Conference of Governmental Industrial Hygienists. 1974. TLVs Threshold limit values for chemical substances and physical agents in the workroom environment with intended changes for 1974. ACGIH, Cincinnati, Ohio.

Anonymous. 1974. EPA setting carcinogenicity principles in aldrin/dieldrin suspension brief. *Pesticide Chemical News* 2:27-30.

Barnes, B. 1967. Poisoning by the insecticide chlordane. *Med. J. Aust.* 1: 972-973.

Barnett, J.R. and H.W. Dorough. 1974. Metabolism of chlordane in rats. *J. Agr. Food Chem.* 22: 612-619.

Bell, Alan and A.T. Jones. 1958. Fumigation with dichloroethyl ether and chlordane: Hysterical sequelae. *Med. J. Aust.* 2:258-263.

Berner, C. 1971. A problem of major concern: Pesticide residues. *Praxis* 60: 227-229.

Bernstein, Gerald *et al.* 1968. Hepatic accumulation of $I^{125}$-thyroxine in the rat; Augmentation by phenobarbital and chlordane. *Endocrinology* 82: 406-409.

Boyd, E.M. and F.I. Taylor. 1969. The acute oral toxicity of chlordane in albino rats fed for 28 days from weaning on a protein-deficient diet. *Ind. Med. Surg.* 38: 434-441.

Boyd, J.C. 1971. Field study of a chlordane residue problem: Soil and plant relationships. *Bull. Environ. Contam. Toxicol.* 6: 177-182.

Burns, J.J. 1966. Interaction of environmental agents and drugs. *Physiol., Environ., Man, Symp. Physiol. Character. Health Hazards Man's Environ.* Academic Press, New York, N.Y., p. 28-35.

Callahan, R.A. 1970. Chlordane contamination of government quarters and personal property. EHL(K)-TR-70-7, March 1970. USAF Env. Health Lab, Kelly AFB Texas.

Cameron, G.R. and K.K. Cheng. 1951. Failure of oral DDT to induce toxic changes in rats. *Brit. Med. J.* 2: 819-821.

Clarke, E.G.C. 1969. *Isolation and identification of drugs.* The Pharmaceutical Press, London, p. 247-248.

Conney, A.H. *et al.* 1966. Decreased central depressant effect of progesterone and other steroids in rats pretreated with drugs and insecticides. *J. Pharmacol. Exp. Ther.* 154: 310-318.

Cram, Richard L. *et al.* 1965. Stimulation by chlordane of hepatic drug metabolism in the squirrel monkey. *J. Lab Clin. Med.* 68: 908-911.

Curley, A. and L.K. Garretson. 1969. Acute chlordane poisoning. *Arch. Environ. Health* 18: 211-215.

Dadey, J.L. and A.G. Kammer. 1953. Chlordane intoxication: A report of a case. *J. Amer. Med. Ass.* 153: 723-725.

Davidow, B. 1950. A spectrometric method for the quantitative estimation of technical chlordane. *J. Ass. Offic. Agr. Chem.* 33: 886-894.

Deichmann, W.B. 1972. Toxicology of DDT and related chlorinated hydrocarbon pesticides. *J. Occup. Med.* 14: 285-292.

Deichmann, W.B. and W.E. McDonald. 1971. Organochlorine pesticides and human health. *Food Cosmet. Toxicol.* 9: 91-103.

DeLong, D.M. and P. Ludwig. 1954. Hazards involved when animals are exposed to organic insecticidal residues. *J. Econ. Entomol.* 47: 1056-1057.

Dikova, R. and L. Krustev. 1972. Effect of organochlorine pesticides on the liver. *Suvrem. Med.* 23: 35-38.

Dixon, R.L. 1968. Effect of chlordane pretreatment on the metabolism and lethality of cyclophosamide. *J. Pharm. Sci.* 57: 1351-1354.

Dorough, H.W. and R.W. Hemken. 1973. Chlordane residues in milk and fat of cows fed HCS 3260 (high purity chlordane) in the diet. *Bull. Environ. Contam. Toxicol.* 10: 208-216.

Dreisbach, R.H. 1971. *Handbook of poisoning: Diagnosis and treatment.* 7th ed. Lange Med. Publications, Los Altos, Calif., p. 99-100.

Edwards, C.A. 1970. CRC *persistent pesticides in the environment.* CRC Press, Cleveland, Ohio, p. 23.

Fairhall, L.T. 1969. *Industrial toxicology.* 2nd ed. Hafner Publishing Co., New York, N.Y., p. 187.

Fishbein, G.W. 1969. *Environmental Health Letter* 8: 24.

Fishbein, W.I., J.V. White and H.J. Isaacs. 1964. Survey of workers exposed to chlordane. *Ind. Med. Surg.* 33: 726-727.

Fouts, J.R. 1965. The metabolism of drugs by the fetus. *Symp. Embryopathic Activ. Drugs*, University College, London, p. 43-55.

Fouts, J.R. 1970. Some effects of insecticides on hepatic microsomal enzymes in various animal species. *Rev. Can. Biol.* 29: 377-389.

Fouts, J.R. and L.A. Rogers. 1964. Morphological changes in the liver accompanying stimulation of microsomal drug metabolizing enzyme activity by phenobarbital, chlordane, benzopyrene or methylchloroanthrene. *J. Pharmacol. Exp. Ther.* 147: 112.

Freund, J.E. 1961. *Modern elementary statistics.* Prentice-Hall, Inc., Englewood Cliffs, N.J.

Gabliks, J. and L. Friedman. 1969. Effects of insecticides on mammalian cells and virus infections. *In* "Biological effects of pesticides in mammalian systems" (H.F. Kraybill, ed.), *Ann. N.Y. Acad. Sci.* 160: 254-271.

Hansen, A.R. and J.R. Fouts. 1968. Influence of 3,4-benzopyrene or γ-chlordane on the rate of metabolism on acute toxicity of aminopyrine, hexobarbital and zoxazolamine in the mouse. *Toxicol. Appl. Pharmacol.* 13: 212-219.

Hart, L.G. and J.R. Fouts. 1965. Studies of the possible mechanisms by which chlordane stimulates hepatic-microsomal drug metabolism in the rat. *Biochem. Pharmacol.* 14: 263-272.

Hayes, W. J., Jr. 1963. *Clinical handbook on economic poisons.* PHS-476. U.S. Dept. of HEW, Atlanta, Ga.

Hoogendam, I., J.P.J. Versteeg and M. DeVlieger. 1965. Nine years' toxicity control in insecticide plants. *Arch. Environ. Health* 10: 441-448.

Ingle, L. 1952. Chronic oral toxicity of chlordane for rats. *Arch. Ind. Hyg. Occup. Med.* 6: 357.

Ingle, L. 1965. A *monograph on chlordane; Toxicological and Pharmacological properties.* Univ. of Ill., Urbana, Ill.

Kadis, V.W. *et al.* 1970. Insecticide levels in human tissues of Alberta residents. *Can. J. Pub. Health* 61: 413-416.

Kearns, C.W. *et al.* 1945. A new chlorinated hydrocarbon insecticide. *J. Econ. Entomol.* 38: 661-670.

Koch, R.B. 1969. Chlorinated hydrocarbon insecticides: Inhibition of rabbit brain ATPase activities. *J. Neurochem.* 16: 269-271.

Kuntzman, R.C. *et al.* 1965. Effects of drugs and insecticides on the anesthetic action of steroid hormones. *Endocrinology* 77: 952-954.

Kupfer, D. 1969. Influence of hydrocarbons and organo-phosphate insecticides on metabolism of steroids. *In* "Biological effects of pesticides in mammalian systems" (H.F. Kraybill, ed.), *Ann. N.Y. Acad. Sci.* 160: 244-253.

McCaskey, T.A. and B.J. Liska. 1967. Effect of milk processing methods on endosulfan, endosulfan sulfate and chlordane residues in milk. *J. Dairy Sci.* 50: 1991-1993.

Malina, M.A., J.M. Kearny and P.B. Polen. 1959. Determination of chlordane in air of habitations treated for insect control. *J. Agr. Food Chem.* 7: 30-33.

Martin, H., ed. 1971. *Pesticide manual.* 3rd ed. British Crop Protection Council.

Melvin, W. W., Jr. 1974. Personal communication (telephone) with P.B. Polen, Velsicol Chemical Corp., 26 Aug 1974.

Nickerson, W.J. and R.D. Radeleff. 1951a. Effects of inhalation of chlordane vapors upon pigeons. *Vet. Med.* 46: 184.

Nickerson, W.J. and R.D. Radeleff. 1951b. Effects of inhalation of chlordane vapors upon young chickens. *Vet. Med.* 46: 314, 326.

Ortega, P., W.J. Hayes, Jr., and W.F. Durham. 1957. Pathologic changes in the liver of rats after feeding low levels of various insecticides. *Amer. Med. Ass. Arch. Pathol.* 64: 614-622.

Polen, P.B., M. Hester, and J. Benziger. 1971. Characterization of oxychlordane, animal metabolite of chlordane. *Bull. Environ. Contam. Toxicol.* 5: 521-528.

Pons, B. 1972. Decree of Oct. 2, 1972, on the use of poisonous substances. Probibition of use of chlorinated cyclodienes in agriculture. *Phytoma* 24: 243.

Poonawalla, N.H. and F. Korte. 1964. Metabolism of insecticides, VIII. Excretion, distribution and metabolism of α-chlordane-$^{14}$C by rats. *Life Sci.* 3: 1497-1500.

Princi, F. and G.H. Spurbeck. 1951. A study of workers exposed to the insecticides chlordan, aldrin, dieldrin. *Ind. Hyg. Occup. Med.* 3: 64-71.

Rachmilewitz, M. 1970. Disorders of the blood in changing environmental conditions. *Haematol. Bluttransfus* 9: 138-148.

Report of the 1967 Joint Meeting of the FAO Working Party and the WHO Expert Committee. 1968. *Pesticide residues.* WHO Technical Rept. 391., World Health Organization, Geneva, Switzerland.

Riemschneider, R. 1950. [Evolution of "1068", of M410, or chlordane.] *Chim. Ind.* 64: 695-698.

Sax, N.I. 1969. *Dangerous properties of industrial materials.* Van Nostrand Reinhold Co., New York, N.Y., p. 550.

Sazonova, N.A. 1959. Toksichnost khlordana dyla teplokrovnykh zhivotnykh. [The toxicity of chlordane in warm blooded animals.] *Tr Tsentr Nauchn-Issled Dezinfektsionnogo Inst.* 11: 252-258.

Schwemmer, B., W.P. Cochran and P.B. Polen. 1970. Oxychlordane, animal metabolite of chlordane: Isolation and synthesis. *Science* 169: 1087.

Selby, G. and A.T. Jones. 1960. Chlordane poisoning following prolonged use for ant control at a private home. *Med. J. Aust.* 1: 417-419.

Stohlman, E.F., W.T.S. Thorp and M.I. Smith. 1950. Toxic action of chlordane. *Arch. Ind. Hyg. Occup. Med.* 1: 13

Street, J.C. 1969. Organochlorine insecticides and the stimulation of liver microsome enzymes. *In* "Biological effects of pesticides in mammalian systems" (H.F. Kraybill, ed.), *Ann. N.Y. Acad. Sci.* 160: 274-290.

Street, J.C. and S.E. Blau. 1972. Oxychlordane: Accumulation in rat adipose tissue on feeding chlordane isomers or technical chlordane. *J. Agr. Food Chem.* 20: 395-397.

Thompson, J.F. *et al.* 1969. Evaluation of eight gas chromatographic columns for chlorinated pesticides. *J. Ass. Offic. Anal. Chem.* 52: 1263-1277.

Truhaut, R. 1971. Current status of the problem of the permissible or tolerable limits of potentially toxic chemical substances in the occupational environment. *Arch. Mal. Prof. Med. Trav. Secur. Soc.* 32: 353-370.

U.S. Department of Agriculture, Forest Service, Forest and Insect Research. *Recommendations for protecting wood in new construction from attack by subterranean termites.* Forest Insect Lab., Beltsville, Md.

Vogt, H. 1972. Effects of chlorinated hydrocarbons (other than DDT and DDD) in poultry feed. *Arch. Gefluegelk.* 36: 147-158.

Westlake, W.E. *et al.* 1963. Chemical residues in the milk of cows grazed on chlordane-treated pasture. *J. Agr. Food Chem.* 11: 244-246.

National Academy of Sciences-National Academy of Engineering. 1973. *Water quality criteria for 1972.* EPA-R3-73-033. Report of the Committee on Water Quality Criteria. Government Printing Office, Washington, D.C.

# BIBLIOGRAPHY

(Literature Available But Not Necessarily Cited)

NOTE

The following bibliography was originally compiled by:

Publications and Information Section
Technical Services Division
Office of Pesticides Programs
Environmental Protection Agency
4770 Buford Highway
Chamblee, Georgia 30341

1972

# CHEMISTRY OF CHLORDANE