Allessandrini, M.E.
[Detection and determination of octachlor... and DDT on surfaces sprayed with these two products, either separately or mixed together.]
Rendiconti Istituto Superiore di Sanita 12(4-5-6): 338-347, 1949.
[ABST.: Excerpta Med. IV, 3(7): 780, July 1950.]

Allessandrini, M. E., and V. Amormino
[Characteristics; detection and determination of octachlor (Chlordan)]
Rendiconti Istituto Superiore di Sanita 12(4-5-6):348-357, 1949.
[ABST.: Excerpta Med. IV, 3(7): 780, July 1950.

Ard, J. S.
Detection of Chlordan (Octachloro-4,7-methano-tetrahydroindane) in insecticide oil sprays.
Anal. Chem. 20(9): 858, September 1948

Benson, W.R. et al.
Chlordane photoalteration products: Their preparation and identification.
J. Agr. Fd Chem. 19(5):857, Sept.-Oct. 1971.

Bevenue, A. and Yeo, C. Y.
Gas Chromatographic Characteristics of Chlordane. I. Effect of aqueous environment on the heptachlor component.
Bull. Environ. Contam. Toxicol., 4(2), 68-76, 1969.
[ABST.: HAPAB 2:234, (Abst. #69-0813), 1969]

Bevenue, A. and Yeo, C. Y.
Gas Chromatographic Characteristics of Chlordane. II. Observed compositional changes of the pesticide in aqueous and non-aqueous environments.
J. Chromatog., 42(1), 45-52, 1969.
[ABST.: HAPAB 2:414, (Abst. #69-1484), 1969]

Bussart, J. Everett, and Schor, A.
Chlordane
Soap Sanit. Chem. 24(8): 126-8, 1948.

Camoni, I.
Refinements in the method of chlordane determination in the technical product and its commercial formulations, proposed for adoption by the branch of CEMAP.
Rome Inst. Super. Di Sanita. Rend. 27 (1/2):160-167, 1964

Chau, A. S. Y.
Chromous Chloride Reductions. III. Identification of products obtained from prolonged contact of chlordene and heptachlor with chromous chloride solution.
Bull. Environ. Contam. Toxicol. 5(5): 429-34, 1970.
[ABST.: HAPAB 4(3):171, (Abst. #71-0625), March 1971.]

Davidow, B.
A Spectrometric Method for the Quantitative Estimation of Technical Chlordane.
J.A.O.A.C. 33: 886-94, 1950.

Harris, Thomas H.
Report of Chlordane and Toxaphene.
J.A.O.A.C. 34(3): 672-674. August 15, 1951.

Hartzell, A. et al.
Comparison of Chemical and Bioassay Methods for the Determination of Traces of Chlordane and Heptachlor in Food Crops.
Contrib. Boyce Thompson Inst. 17(7): 583-596, Apr.-June 1954.

Malina, Marshall A.
Collaborative Study of Chlordane by Spectrophotometric Method.
J.A.O.A.C. 48(3): 573-575, June 1965.

Malina, M. A., Kearny, J. M. and Bolen, P. B.
Determination of Chlordan in Air of Habitations Treated for Insect Control.
J. Agr. Food Chemistry 7(1): 30-33, January 1959.

March, Ralph B.
The Resolution and Chemical and Biological Characterization of some Constituents of Technical Chlordane.
J. Econ. Entomol. 45(3): 452-456. June 1952.

Meyer, Charles F.
Collaborative Study of Chlordane and Heptachlor
J.A.O.A.C. 45:513-517, September 1962.

Ordas, E. P. et al.
Spectrophotometric Determination of Heptachlor and Technical Chlordane on Food and Forage.
J. Agr. Food Ch[illegible]istry, 4(5):444-451.

Polen, P.B., Hester, M., Benziger, J.
Characterization of Oxychlordane, Animal Metabolite of Chlordane.
Bull. Environ. Contam. Toxicol. 5(6): 521-8, 1970.
[ABST.: HAPAB 4(5):300, (Abst. #71-1085), May 1971.

Riemschneider, R.
[Evolution of "1068", or M410, or Chlordane.]
Chim. et Industr. 64(6): 695-698. 1950.

Romano, Enrico
Chlordan Determination.
Ann. Sper. Agrar. 4:295-306. 1950.
[ABST.: C. A. 44(17): 8041e. September 10, 1950.

Romano, E.
Dehalogenation of chlorinated organic insecticides by reduction in an acid medium.
Ann. Staz. Chim. Agrar. Sper. Roma, Ser. 3, No. 38, 12 pp., 1950.
[VER.: Chem Abstracts 45:8187a 1951.]

Romano, Enrico
Analysis of Chlordan.
Ann. staz. chim. agrar. sper. Roma, Ser. 3, no. 26, 12pp. 1950.
C. A. 45(18): 8187i. September 25, 1951.

Romano, Enrico
Evaporation of DDT and Chlordan in Air.
Ann. staz, chim. agrar. sper. Roma, Ser. 3. no. 43, 4 pp., 1950.
C. A. 45(18): 8188b. September 25, 1951.

Saha, J. G., Lee, Y. W.
Isolation and Identification of the Components of a Commercial Chlordane Formulation.
Bull. Environ. Contam. Toxicol. 4(5): 285-96, 1969.
[ABST.: HAPAB 3:254, (Abst. #70-0825), 1969.]

Saha, J. G.
Comparison of Several Methods of Extracting Chlordane Residues from Soil.
J. Assoc. Offic. Anal. Chemists 54(1): 170-4, 1971.
[ABST.: HAPAB 4(4): 239, (Abst.#71-0861), April 1971.]

Schwemmer, B., Cochrane, W. P., Polen, P. B.
Oxychlordane, Animal Metabolite of Chlordane: Isolation and Synthesis.
Science 169(3950): 1087, 1970.
[ABST.: HAPAB 4(2):103, (Abst. #71-0380), February 1971.]

Thompson, D. W.
Volatility of Technical Chlordane: An Alternative Approach for Quantitative Measurement of Residues.
J. Assoc. Offic. Anal. Chemists 53(5): 1015-7, 1970.
[ABST.: HAPAB 3:600, (Abst. #70-2307) 1970.]

# PHARMACOLOGY AND TOXICOLOGY OF CHLORDANE

Abrams, Herbert K.
Public health aspects of agricultural chemicals,
Calif. Hlth 6(13):97-102, 1949.

Aldrich, F.D. and Holmes, J.H.
Acute chlordane intoxication in a child.
Arch. Environ. Hlth. 19(1); 129-32, 1969
[ABST.: HAPAB 2:450, (Abst. 69-1584), 1969]

Alvarez, Walter C. and Hyman, Samuel
Absence of toxic manifestations in workers exposed to chlordane.
Arch. Indus. Hyg. Occup. Med. 8(5): 480-483, Nov. 1953.

A.M.A. Council on Drugs
Registry on blood dyscrasias.
JAMA 179(11):888-890, Mar. 17, 1962.

A.M.A. Council on Pharmacy and Chemistry
The present status of chlordane.
JAMA 158(15):1364-67, 1955.

Ambrose, Anthony M., et al.
Toxicological and pharmacological studies on chlordane.
Arch. Indus. Hyg. Occup. Med. 7(3):197-210, Mar. 1953.

Ambrose, Anthony M., et al.
Pharmacological observations on chlordane.
Fed. Proc. 12:293, abst. 298, 1953.

Anonymous.
Chlordane poisoning.
New Eng. J. Med. 250(2):86-87, Jan. 14, 1954.

Anonymous.
Chlordane...
JAMA 157(5):485-486, Jan. 29, 1955.

Arena, J.M.
Report from the Duke University
Poison Control Center.
N. C. Med. J., 21:470-471, Oct. 1960.
[ABST.: WHO Info. Circ. No. 8, p. 8]

Arnold, R.M.
Deaths of calves following dipping in chlordane.
J. Am. Vet. Med. Assoc. 115(873):462-463, Dec. 1949.

Barnes, R.
Poisoning by the insecticide chlordane.
Med. J. Aust. 1:972-3, 1967.

Batte. E.G. and Turk, R.D.
Toxicity of some synthetic insecticides to dogs.
J. Econ. Ent. 41:102-103, 1948.

Bell, A. and Jones, A.T.
Fumigating with dichlorethyl ether and chlordane: Hysterical sequelae.
Med. J. Aust. 2:258-63, Aug. 23, 1958.
[ABST.: A.M.A. Arch. Indust. Hlth. 20(4):343, Oct. 1959]

Ben-Dyke, R., Sanderson, D.M. and Noakes, D.N.
Acute toxicity data for pesticides.
Wld Rev. Pest. Control 9(3):119-127, 1970.

Benson, W.R. et al.
Chlordane photoalteration products: Their preparation and identification.
J. Agr. Fd Chem. 19(5):857, Sept.-Oct. 1971.

Bot, J.
Action of DDT, hexachlorocychlohexane, chlordane, and toxaphene.
Doc. Med. Geog. Trop. 4(1):57-70, Mar. 1952.

Bowman, M.C. et al.
Chlorinated insecticides: Fate in aqueous suspensions containing mosquito larvae.
Science 146:1480, 1964.

Boyd, E.M.; Taylor, F.I.
The acute oral toxicity of chlordane in albino rats fed for 28 days from weaning on a protein-deficient diet.
Ind. Med. Surg. 38(12):434-41, 1969.
[ABST.: HAPAB 3:473, (Abst. #70-1725), 1970]

Brooks, G.T.
The metabolism of diene-organochlorine (cyclodiene) insecticides.
Residue Rev. 27:81-138, 1969.

Brubaker, P.E. Flamm, W.G., and Bernheim, N.J.
Effect of gamma-chlordane on synchronized lymphoma cells and inhibition of cell division.
Nature 226(5245):548-9, 1970.
[Abst.: HAPAB 3:481, (Abst. #70-1761), 1970]

Burns, J. J. et al.
Application of Drug Metabolism to Drug Toxicity Studies.
Ann. NY Acad. Sci. 123:273-286, 1965.

Bushland, R.C., Wells, R.W. and Radeleff, R.D.
Effect on livestock of sprays and dips containing new chlorinated insecticides.
J. Econ. Entomol. 41:642-645, 1948.

Canada Department of National Health and Welfare.
Chlordane poisoning. Information release to poison control centers: Release No. 2, Nov. 1962.
[ABST.: WHO Info. Circ. 11, p. 10, 1963.]

Casterline, J.L., Jr. and Williams, C.H.
The effect of pesticide administration on serum and tissue esterases of rats fet diets of varying casein, calcium and magnesium content.
Toxicol. Appl. Pharmacol. 15(3):532-9, 1969.
[ABST.: HAPAB 3:356, (Abst. #70-1199), 1970]

Casterline, J.L., Jr., and Williams, C.H.
The effect of 28-day pesticide feeding on serum and tissue enzyme activities of rats fed diets of varying casein content.
Toxicol. Appl. Pharmacol. 18(3):607-18, 1971
[ABST.: HAPAB 3(8):472, (Abst. #71-1762), Aug. 1971]

Catalano, Giuseppe
Occupational dermatoses in workers employed in the irroration of chlorated insecticides; pathogenesis with particular regard to the action of the solvent and... (Dermatosi professioale in operaio addeto ad irrorazione di insetticidi chlorurati; patogenesi con particolare reguardo all'azione del solvente e norme profilattiche.)
Folia. Med. (Nap.) 38(10):1109-1136, 1955.

Chapman, S.K., Leibman, K.C.
The effects of chlordane, DDT and 3-methylcholanthrene upon the metabolism and toxicity of diethyl-4-nitrophenyl phosphorothionate (parathion).
Toxicol. Appl. Pharmacol. 18(4):977-87, 1971.
[ABST.: HAPAB 4(9):531, (Abstr. #71-2009), Sept. 1971]

Choudhury, B.
Pathological effects of chlordane and toxaphene ingested in toxic amounts.
Indian Vet. J. 2:279-91, 1953.

Choudhury, B., and V. Robinson
Clinical and pathologic effects produced in goats by the ingestion of toxic amounts of chlordan and toxaphene.
Am. J. Vet. Res. 11:50-56, 1950.

Chu, Y.C. and Cutkomp, L.K.
The *in vitro* and *in vivo* inhibition of ATPases in American cockroaches by chlordane.
J. Econ. Entomol. 64(2):559-61, 1971.
[ABST.: HAPAB 4(7):398, (Abst. #71-1464), July 1971]

Conley, B.E.
Morbidity and mortality from economic poisons in the United States.
A.M.A. Arch. Ind. Hlth 18:126-133, Aug. 1958

Cope, O.B.
Toxicities and tolerances of new insecticides in relation to wildlife and fish.
Calif. Mosquito Control Assoc. Proc. and Papers, pp. 26-29, 1948.

Cram, R.L. and Fouts, J.R.
The influence of DDT and γ-chlordane on the metabolism of hexobarbital and zoxazoalamine in two mouse strains.
Biochem. Pharmacol. 16:1001-6, 1967.

Cram, R. L. *et al.*
Stimulation by chlordane of hepatic drug metabolism in the squirrel monkey.
J. Lab. Clin. Med. 66:906-911, 1965.

Curley, A. and Garrettson, L.K.
Acute chlordane poisoning; clinical and chemical studies.
Arch. Environ. Hlth 18(2):211-15, 1969.
[ABST.: HAPAB 2(4):105, (Abst. #69-0357), April 1969]

Dadey, John L. and A.G. Kammer
Chlordane intoxication: a report of a case.
JAMA 153(8):723-725, Oct. 24, 1953.

Davidow, B. et al.
A metabolite of chlordane in tissues of animals.
Fed. Proc. 10:291, 1951.

DePalma, A.E.; Kwalick, D.S.; and Zukerberg, N.
Pesticide poisoning in children.
J. Am. Med. Assoc. 211(12):1979-81, 1970.
[ABST.: HAPAB 3:330, (Abst. #70-1080), 1970]

Derbes, Vincent J., et al.
Fatal chlordane poisoning.
JAMA 158(15):1367-1369, Aug. 13, 1955.

DeLong, Dwight M., and Paul Ludwig.
Hazards involved when animals are exposed to organic insecticidal residues.
J. Econ. Entomol. 47(6):1056-1057, Dec. 1954.

Dinman, B.D.
Acute combined toxicity due to DDVP and chlordane.
Arch. Environ. Hlth 9:765-69, 1964.
[ABST. WHO/Vector Control Info. Circ. No. 19:13, (Abst. #31), 1965]

Dixon, R.L.
Effect of chlordan pretreatment on the metabolism and lethality of cyclophosphamide.
J. Pharm. Sci. 57(8):1351-3, 1968.
[ABST.: HAPAB 1(4):24, (Abst. #68-0424), 1968]

Earle, N.W.
The fate of cyclodiene insecticides administered to susceptible and resistant houseflies.
J. Agr. Fd Chem. 11:281, 1963.

Juchau, M. R. and Fouts, J. R.
Effects of 3,4-benzpyrene, phenobarbital, and chlordane on the nucleic acid and protein content of subfractions of rat liver homogenates.
Biochem. Pharmacol. 15:1453-64, 1966.
[ABST.: PH Eng. Abst. XLVII(2), (Abst. No. 470), 1967]

Koch, R. B.
Chlorinated hydrocarbon insecticides: Inhibition of rabbit brain ATPase activities.
J. Neurochem. 16(2):269-71, 1969.
[ABST.: HAPAB 2:403, (Abst. #69-1439), 1969].

Korte, F.
Metabolism of 14C-labelled insecticides in microorganisms, insects and mammals.
Botyu-Kagaku 32(2):46-59, 1967.

Korte, F.
Metabolism of chlorinated insecticides.
IN: "Radioisotopes in the Detection of Pesticide Residues", pp. 38-48, IAEA, 1966.

Kosova, L. V.
Hygienic evaluation of new insecticide chlordan.
Vrachebnoe Delo 1957:515-18
CA 51: 15057b
[ABST.: WHO Info. Circ. No. 10, p. 5]

Kosova, L. V.
Data on the toxicology of the new insecticide, chlorindan, and on its hygienic standardization.
Hyg., toxicol. and clinical treatment of new insectofungicides.
Proc. of 1st all-union conf. hyg. toxicol. of insectofungicides, 1957, Kiev, M., Medgiz. 1959, pp. 246-252.
WHO/Vector Control 8:8, 1962.

Kuntzman, R. et al.
Similarities between Oxidative Drug-Metabolizing Enzymes and Steroid Hydroxylases in Liver Microsomes.
J. Pharmacol. Exp. Therap. 146:280-285, 1964.

Laake, E. W.
Chlorinated hydrocarbon insecticides for the control of the horn fly on beef cattle in Kansas and Missouri.
J. Econ. Entomol. 42:143-144, 1949.

Lage, C. L. et al.
Effect of chlordane and DDT pretreatment on the metabolism of $H^3$-digoxin by monkey heart and liver tissue in vitro.
Arch. Int. Pharmacodyn. 169(2):255-61, 1967.

Langlois, B. E., Sides, K. G.
Effect of heptachlor, chlordane and related compounds on the growth of Staphylococcus aureus.
J. Dairy Sci. 54(5):754, 1971.
[ABST.: HAPAB 4(9):517, (Abst. #71-1950), Sept. 1971]

Lawrence, J.H. et al.
Note on identification of a chlordane metabolite found in milk and cheese.
J. Assoc. Offic. Anal. Chemists 53(2):261-2, 1970.
[ABST.: HAPAB 3:430, (Abst. #70-1512), 1970]

Lechner, M.C. and Pousada, C.R.
A possible role of liver microsomal alkaline ribonuclease in the stimulation of oxidative drug metabolism by phenobarbital, chlordane, and chlorophenothane (DDT).
Biochem. Pharmacol. 20:3021-8, 1971.

Lehman, A.J.
The toxicology of the newer agricultural chemicals.
Assoc. Food Drug Off. U. S., Quart. Bull. 12(3):82-89, 1948.

Lehman, A. J.
The major toxic actions of insecticides.
Bull. N.Y. Acad. Med. 25(6):382-387, 1949.

Lehman, A.J.
Chemicals in foods. A report to the Association of Food and Drug Officials on Current Developments. Part II. Pesticides. Assoc. Food Drug. Off. U.S. Quart. Bull. 15(4):122-133, 1951; Part II. Pesticides. Section II. Dermal Toxicity. ibid. 16(1):3-9, 1952; Section III. Subacute and Chronic Toxicity. ibid. 16(2):47-53, 1952; Section IV. Biochemistry. ibid. 16(3):85-91, 1952; Section V. Pathology. ibid. 16(4):126-32, 1952.

Lehman, A. J.
Summaries of Pesticide Toxicity.
Association of Food and Drug Officials of the United States, Topeka, Kansas, 1965, pp. 10-11.

Lemmon, G. Bruce, Jr., and Pierce, W. F.
Intoxiciation due to chlordan: report of a case.
JAMA 149(14):1314-1316, Aug. 2, 1952.

Lensky, Paul, and Evans, H. L.
Human poisoning by chlordane: report of a case.
JAMA 149(15):1394-1395, Aug. 9, 1952.

Levin, W.; Welch, R.M.; Conney, A.H.
Inhibitory effects of phenobarbital or chlordane pretreatment on the androgen-induced increase in seminal vesicle weight in the rat.
Steroids 13(2):155-61, 1969.
[ABST.: HAPAB 3:156, (Abst. #70-0510), 1970]

Levin, W.; Kuntzman, R.
Biphasic decrease of radioactive hemoprotein from liver microsomal carbon monoxide-binding particles. Effect of phenobarbital and chlordane.
Mol. Pharmacol. 5(5):499-506, 1969.
[ABST.: HAPAB 3:414, (Abst. #70-1454), 1970]

Juchau, M. R. and Fouts, J. R.
Effects of 3,4-benzpyrene, phenobarbital, and chlordane on the nucleic acid and protein content of subfractions of rat liver homogenates.
Biochem. Pharmacol. 15:1453-64, 1966.
[ABST.: PH Eng. Abst. XLVII(2), (Abst. No. 470), 1967]

Koch, R. B.
Chlorinated hydrocarbon insecticides: Inhibition of rabbit brain ATPase activities.
J. Neurochem. 16(2):269-71, 1969.
[ABST.: HAPAB 2:403, (Abst. #69-1439), 1969].

Korte, F.
Metabolism of 14C-labelled insecticides in microorganisms, insects and mammals.
Botyu-Kagaku 32(2):46-59, 1967.

Korte, F.
Metabolism of chlorinated insecticides.
IN: "Radioisotopes in the Detection of Pesticide Residues", pp. 38-48, IAEA, 1966.

Kosova, L. V.
Hygienic evaluation of new insecticide chlordan.
Vrachebnoe Delo 1957:515-18
CA 51: 15057b
[ABST.: WHO Info. Circ. No. 10, p. 5]

Kosova, L. V.
Data on the toxicology of the new insecticide, chlorindan, and on its hygienic standardization.
Hyg., toxicol. and clinical treatment of new insectofungicides.
Proc. of 1st all-union conf. hyg. toxicol. of insectofungicides, 1957, Kiev, M., Medgiz. 1959, pp. 246-252.
WHO/Vector Control 8:8, 1962.

Kuntzman, R. et al.
Similarities between Oxidative Drug-Metabolizing Enzymes and Steroid Hydroxylases in Liver Microsomes.
J. Pharmacol. Exp. Therap. 146:280-285, 1964.

Laake, E. W.
Chlorinated hydrocarbon insecticides for the control of the horn fly on beef cattle in Kansas and Missouri.
J. Econ. Entomol. 42:143-144, 1949.

Lage, C. L. et al.
Effect of chlordane and DDT pretreatment on the metabolism of $H^3$-digoxin by monkey heart and liver tissue in vitro.
Arch. Int. Pharmacodyn. 169(2):255-61, 1967.

Langlois, B. E., Sides, K. G.
Effect of heptachlor, chlordane and related compounds on the growth of Staphylococcus aureus.
J. Dairy Sci. 54(5):754, 1971.
[ABST.: HAPAB 4(9):517, (Abst. #71-1950), Sept. 1971]

Lhoste, J.
Chlordan and analogous compounds.
Rev. Hort. 122:48-51, 1950.

Linduska, J. P. and Surker, E. W.
Effects of DDT and other Insecticides on fish and wildlife.
Summary of Investigations during 1947, U. S. Dept. Interior,
FWS Circ. No. 15, pp. 1-19, 1948.

Ludwig, G.
Isolation and identification of metabolites of some chlorinated insecticides, and their detection by analytical methods.
IN: "Radioisotopes in the Detection of Pesticide Residues", pp.49-58,
IAEA, 1966.

Marsh, Hadleigh, et al.
Toxicity to Cattle of Toxaphene and Chlordane Grasshopper Baits.
Montana State College Agricultural Experiment Station Bulletin 477,
October 1951.

Moore, Earl N., and R. D. Carter
Toxicity of Chlordan to Turkey Poults.
Poultry Sci. 33:654-655. 1954.
C. A. 48(18): 10989b. September 25, 1954.

Mullen, John O. et al.
Studies of Interactions of 3,4-benzpyrene, 3-methyltestosterone as Stimulators of Hepatic Microsomal Enzyme Systems in the Rat.
Biochem. Pharmacol. 15:137-444, 1966.

Nelson, B. D., Williams, C.
Action of Cyclodiene Pesticides on Oxidative Metabolism in the Yeast Saccharomyces cerevisiae.
J. Agr. Food Chem. 19(2):339-41, 1971.
[ABST.: HAPAB 4(6):340, (Abst. #71-1249), June 1971.]

Nickerson, W. J., and R. D. Radeleff
Effects of Inhalation of Chlordane Vapors upon Pigeons.
Vet. Med. 45(5): 184. May 1951.

Nickerson, W. J., and R. D. Radeleff
Effects of Inhalation of Chlordane Vapors upon Young Chicks.
Vet. Med. 45(8): 314. August 1951.

Ortega, P., Hayes, W. J., Jr., and Durham, W. F.
Pathologic Changes in the Liver of Rats after Feeding Low Levels of Various Insecticides.
A.M.A. Arch. Pathol. 64(6): 614-622, 1957.

Ortolan, J. A.
Chlordan Intoxication.
Amer. Prof. Pharm. 23:619, 1957.

Polen, P.B.
Terminal residues of chlordane.
Appendix IV, Proc. I.U.P.A.C. Commission on Terminal Pesticide Residues, Vienna, Aug. 1967.

Polen, P. B., Hester, M., Benziger, J.
Characterization of Oxychlordane, Animal Metabolite of Chlordane.
Bull. Environ. Contam. Toxicol. 5(6): 521-8, 1970.
[ABST.: HAPAB 4(5):300, (Abst. #71-1085), May 1971.]

Poonawalla, N. H. et al.
Metabolism of Insecticides. 8. (1): Excretion, distribution and metabolism of alpha-chlordan-14C by rats.
Life Sci. 3:1497-1500, 1964.

Poonawalla, N. H., Korte. F.
Metabolism of trans-chlordane-14-C and Isolation and Identification of its Metabolites from the Urine of Rabbits.
J. Agr. Food Chem. 19(3): 467-70, 1971.
[ABST.: HAPAB 4(8):462, (Abst. #71-1715) August 1971.]

Post. G.
Two new Insecticides; the present knowledge of the effect of toxaphene and chlordane on game birds of Wyoming.
Wyoming Wild Life, 13(4):8-13, 37-38, 1949.

√Princi, Frank and George H. Spurbeck
Study of Workers Exposed to the Insecticides Chlordan, Aldrin, Dieldrin.
Arch. Indus. Hyg. Occup. Med. 3(1): 64-72, January 1951.

Radeleff, R. D.
Chlordane Poisoning: Symptomatology and pathology;
Vet. Med. 43(8): 342-347. August 1948.

Radeleff, R. D., and R. C. Bushland.
Acute Toxicity of Chlorinated Insecticides Applied to Livestock.
J. Econ. Entomol. 43(3): 358-364. June 1950.

Radeleff, R. D., Woodward, G. T., Nickerson, W. J., and Bushland, R. C.
The Acute Toxicity of Chlorinated Hydrocarbon and Organic Phosphorous Insecticides to Livestock.
U.S.D.A. Technical Bull. 1122, 1955.

Rosenberg, M. M. and Adler, H. E.
Comparative Toxicity of DDT and Chlordan to Young Chicks.
Amer. J. Vet. Research 11(38):142-144. January 1950.

Rosenberg, M. M., and T. Tanaka
Toxicity of Chlordan to Growing Chickens.
Amer. J. Vet. Research 11(39): 233-235. 1950.

Rosenberg, M. M. et al.
Toxicity of Chlordan to Laying Pullets.
Amer. J. Vet. Research 11(39): 236-239. 1950.

Tarzwell, C. M.
Effects on Fishes of the Routine Manual and Airplane Application of DDT and other Mosquito Larvicides.
Public Health Rep. 65:231-255, 1950.

Tucker, R. K. and Crabtree, D. G.
Handbook of Toxicity of Pesticides to Wildlife.
USDI, Bureau of Sport Fisheries and Wildlife, Denver Wildlife Research Center, Resource Pub. No. 84, pp. 34-35, 1970.

Turk, R. D. and Batte, B. S.
Chlordan in Control of External Parasites of Dogs and Cats.
N. Am. Vet. 29(6):359. June 1948.

Turner, H. F., and W. G. Eden
Toxicity of Chlordane to Chickens.
J. Econ. Entomol. 45(1): 130. February 1952.

U. S. Food and Drug Administration, Div. of Pharm.
Chlordan Subacute Toxicity to Dogs by Oral Administration (Capsule)
U. S. War Dept. Office of the Surgeon General
Quarterly progress report No. 9:5. September 1948.

U. S. Food and Drug Administration, Div. of Pharm.
Chlordan Subacute Toxicity to Monkeys by Oral Administration (Capsule).
U. S. War Dept. Office of the Surgeon General
Quarterly progress report No. 9: 6. September 1948.

U. S. Food and Drug Administration Div. of Pharm.
Chlordane: pathological changes produced in rats by feeding of 250 and 500 ppm chlordan in diet for 38 weeks and comparison with 500 ppm DDT.
U. S. War Dept. Office of the Surgeon General.
Quarterly progress report No. 9: 9-11, September 1948.

U.S.B.E.P.Q., Kerrville, Texas
Effects of Insecticides on Young Pigs.
Fourth Quarterly Report for 1948: 41.

Welch, H.
Tests of the Toxicity to Sheep and Cattle of Certain of the Newer Insecticides.
J. Econ. Entomol. 41:36-39. 1948.

Welch, R.M. et al.
Effect of halogenated hydrocarbon insecticides on the metabolism and uterotropic action of estrogens in rats and mice.
Toxicol. Appl. Pharmacol. 19(2):234-46, 1971.
[Abst.: HAPAB 4(10):587, (Abst. #71-2221), Oct. 1971]

Williams, C. H., Casterline, Jr., J. L.
Effects on Toxicity and on Enzyme Activity of the Interactions between Aldrin, Chlordane, Piperonyl Butoxide and Banol in Rats.
Proc. Soc. Exptl. Biol. Med. 135(1):46-50, 1970.
[ABST.: HAPAB 4(7):405, (Abst. #71-1491), July 1971.]

Witherup, S.
Progress Report of Toxicological Study of Chlordane in Aerosols.
Soap Sanit. Chem. C.S.M.A. Proc.: 69-70. 1950.

Witherup, S. et al.
The Response of Experimental Animals to Air Bearing Freon-propelled Aerosols of either Methylene Chloride or Dimethyl phthalate with and without Gamma Chlordane.
Kettering Laboratory report, pp. 1-14. February 8, 1954.

Woodard, G. et al.
Metabolism of Chlorinated Hydrocarbon Insecticides.
Ind. Eng. Chem. 40:711-712, 1948.

Yamamoto, R.S. et al.
Controlling Factors in Urethan Carcinogenesis in Mice: Effect of Enzyme Inducers and Metabolic Inhibitors.
Cancer Res. 31:483-6, 1971.

# METABOLISM OF CHLORDANE

Benson, W.R. et al.
Chlordane photoalteration products: Their preparation and identification.
J. Agr. Fd Chem. 19(5):857-62, 1971.

Bowman, M.C. et al.
Chlorinated insecticides: Fate in aqueous suspensions containing mosquito larvae.
Science 146:1480, 1964.

Brooks, G.T.
The metabolism of diene-organochlorine (cyclodiene) insecticides.
Residue Rev. 27:81-138, 1969.

Davidow, B. et al.
A metabolite of chlordane in tissues of animals.
J. Pharmacol. Exper. Therap. 10:291, 1951.

Earle, N.W.
The fate of cyclodiene insecticides administered to susceptible and resistant houseflies.
J. Agr. Fd Chem. 11:281, 1963.

Hoffman, R.A. and Lindquist, A.W.
Absorption and metabolism of DDT, toxaphene and chlordane by resistant houseflies as determined by bioassay.
J. Econ. Entomol. 45:232, 1952.

Korte, F.
Metabolism of chlorinated insecticides.
In: Radioisotopes in the Detection of Pesticide Residues", International Atomic Energy Agency, Vienna, 1966, pp. 38-48.

Korte, F.
Metabolism of 14C-labelled insecticides in microorganisms, insects and mammals.
Botyu-Kagaku 32(2):46-59, 1967.

Lawrence, J.H. et al.
Note on identification of a chlordane metabolite found in milk and cheese.
J. Assoc. Off. Anal. Chem. 53:261-2, 1970.

Ludwig, G.
Isolation and identification of metabolites of some chlorinated insecticides, and their detection by analytical methods.
In: "Radioisotopes in the Detection of Pesticide Residues", International Atomic Energy Agency, Vienna, 1966, pp. 49-58.

Polen, P.B.
Terminal residues of chlordane.
Appendix IV, Proc. I.U.P.A.C. Commission on Terminal Pesticide Residues, Vienna, Aug. 1967.

Polen, P.B. et al.
Characterization of oxychlordane, animal metabolite of chlordane.
Bull. Environ. Contam. Toxicol. 5(6):521-8, 1971.

Poonawalla, N.H. and Korte, F.
Metabolism of insecticides. VIII (1): Excretion, distribution, and metabolism of α-chlordan-14C by rats.
Life Sci. 3:1497-1500, 1964.

Poonawalla, N.H. and Korte, F.
Metabolism of TRANS-chlordane-14C and isolation and identification of its metabolites from the urine of rabbits.
J. Agr. Fd Chem. 19(3):467-70, 1971.

Schwemmer, B. et al.
Oxychlordane, animal metabolite of chlordane: Isolation and synthesis.
Science 169:1087, 1970.

Stohlman, E.F. and Smith, M.I.,
Toxicological action and metabolic fate of chlordan.
Adv. Chem. Ser. No. 1:228-31, 1950.

Street, J.C. and Blau, S.E.
Chlordane metabolism by rat liver In Vitro.
Presented 162nd ACS Meeting, Washington, D.C., Sept. 13-17, 1971.

Street, J.C. and Blau, S.E.
Oxychlordane: Accumulation in rat adipose tissue on feeding chlordane isomers or technical chlordane.
J. Agr. Fd Chem. 20(2):395-7, 1972.

# RESIDUES OF CHLORDANE

Ahrens, J. F. and Kring, J. B.
Reduction of Residues of Heptachlor and Chlordane in Carrots with Soil Applications of Activated Carbon.
J. Econ. Entomol. 61(6):1540-3, 1968
[ABST.: HAPAB 2(3): 72, (Abst. #69-0247), March 1969.]

Bevenue, A. Yeo, C. Y.
Effects of the cooking process on the removal of chlordane residues from wheat flour and rice.
Bull. Environ. Contam. Toxicol. 4(6): 370-4, 1969.
[ABST.: HAPAB 3;318, (Abst #70-1025), 1970.]

Boyd, J. C.
Field study of a chlordane residue problem in milk.
Bull. Environ. Contam. Toxicol. 5(4):292-9, 1970
[ABST.: HAPAB 4(1):7, (Abst. #71-0025), January 1971.]

Boyd, J. C.
Field study of a chlordane residue problem: Soil and plant relationships.
Bull. Environ. Contam. Toxicol. 6(2): 177-82, 1971.
[ABST.: HAPAB 4(8):433, (Abst. #71-1596), August 1971.]

Brown, J.D.
Pesticide Residue Levels Among Fresh Fruits and Vegetables in Georgia.
Univ. of Ga., College of Agr. Exper. Stations Res. Report No. 42, March 1969, 10 pp.
[ABST.: HAPAB 2:246, (Abst. #69-0850), 1969]

Carter, R. H. et al.
The chlorinated hydrocarbon content of milk from cattle sprayed for control of horn flies.
J. Econ. Entomol. 42:116-118, 1949.

Carter, F. L., Stringer, C. A., Beal, R. H.
Penetration and persistence of soil insecticides used for termite control.
Pest Control 38(10):18-20, 22, 24, 62, 1970.
[ABST.: HAPAB 4(7):373, (Abst. #71-1372), July 1971.]

Claborn, H. V., et al.
Meat contamination from pesticides.
Agric. Chem. 8(8): 37-39, 119. August 1953.

Dahm, Paul A.
Effects of weathering and commercial dehydration upon residues of aldrin, chlordane, and toxaphene applied to alfalfa.
J. Econ. Entomol. 45(5):763-766. October 1952.

Chisholm, R. D., Koblitsky, L., and Westlake, W. E.
The Estimation of Aldrin and Chlordane Residues in Soils Treated for Termite Control.
U. S. Dept. of Agri., Agri. Research Ser., ARS-33-73, June 1962.

Chisholm, R. D., et al.
The estimation of aldrin and chlordane residues in soils treated for termite control.
Pest Control 30(8):48, 50, 52-57, 66, 1962

Ely, R. E. et al.
The DDT, toxaphene, and chlordane content of milk as affected by feeding alfalfa sprayed with these insecticides. December, 1949.
(USDA-ARA-BDIM-Inf-85)

Fleming, Walter E., and Warren W. Maines
Persistence of chlordane in soils of the area infested by the Japanese Beetle.
J. Econ. Entomol. 47(1):165-169. February 1954.

Fleming, Walter E., et al.
Biological assay of residues of DDT and chlordane in soil using macrocentrus ancylivorus as a test insect.
J. Econ. Entomol. 44(3): 310-315. June 1951.

Gates, F. H.
Hazards of chlordane residues on forage.
Colo. Bur. Plant Ins. Control. Rept. S-1-49. 1949.

Gilpin, Gladys L., et al.
Flavor of peanut butter as affected by aldrin, chlordan, dieldrin, heptachlor, and toxaphene used as insecticides in growing peanuts.
J. Agr. Food Chem. 2(15): 778-780. July 21, 1954.

Greenwood, Mary L. and Tice, Jean Marie
Palatability tests of potatoes grown in soil treated with the insecticides benzene hexachloride, chlordan, and chlorinated camphene.
J. Agr. Res. 78: 477-482. 1949.

Hartzell, A., et al.
Comparison of chemical and bioassay methods for the determination of traces of chlordane and heptachlor in food crops.
Contrib. Boyce Thompson Inst. 17(7): 383-396. Apr.-June 1954.

Hough, W. S.
Chlordan compared with parathion on plums.
J. Econ. Entomol. 41: 983. 1948.
C.A. 43: 3139h. 1949.

Kawar, N. S., et al.
Insecticide residues in the milk of dairy cows treated for control of ectoparasites.
J. Dairy Sci. 51(7): 1023-5, 1968.
[ABST.: HAPAB 1(4): 5, (Abst. #68-0356), 1968.]

Kirkpatrick, Mary E., et al.
Flavor of sebago potatoes grown in soil treated with chlordan, heptachlor, dieldrin, aldrin, or endrin.
J. Agr. Food Chem. 3(5): 409-412. May 1955.

Lawrence, J. H., Barron, R. P. Chen, J.-Y. T., Lombardo, P., Benson, W. R.
Note on identification of a chlordane metabolite found in milk and cheese.
J. Assoc. Offic. Anal. Chemists 53(2): 261-2, 1970.
[ABST.: HAPAB 3:429-430, (Abst. #70-1512), 1970.]

Muns, Robert P., Stone, M. W., and Foley, Francis.
Residues in vegetable crops following soil applications of insecticides.
J. Econ. Entomol. 53(5):832-834. October 1960.

Ordas, Eugene P., et al.
Spectrophotometric determination of heptachlor and technical chlordan on food and forage crops.
J. Agr. Food Chem. 4(5): 444-451. May 1956.

Radeleff, R. D., et al.
Insecticide residues in fat of cattle sprayed with toxaphene, chlordane, and benzene hexachloride.
U.S.B.E.P.Q., Kerrville, Texas, Special Report K-25. August 1949.

Romano, Enrico
Content of DDT, chlordan and hexachlorocyclohexane in olive oil from trees treated with insecticides.
Ann. Staz. chim-agrar. sper. Roma, Ser. 3, no. 36, 6pp. 1950.
C.A. 45(18): 8188b. September 25, 1951.

Saha, J. G.
Comparison of several methods for extracting chlordane residues from soil.
J. Assoc. Offic. Anal. Chemists 54(1): 170-4. 1971.
[ABST.: HAPAB 4(4):239 (Abst. #71-0861), April 1971.]

Saha, J.G. and Sumner, A.K.
Organochlorine Insecticide Residues in Soil From Vegetable Farms in Saskatchewan.
Pest. Monitor. J. 5(1):28-31, 1971.

Shorey, H. H., et al.
The residual effect of insecticides applied to meadow and pasture sod for control of the European Chafer.
J. Econ. Entomol. 51(6): 765-767. December 1958.

Stansbury, Roy E., and Paul A. Dahm
Effect of alfalfa dehydration upon residues of aldrin, chlordane, parathion, and toxaphene.
J. Econ. Entomol. 44(1): 45-51. February 1951.

Stewart, D. K. R., Fox, C. J. S.
Persistence of organochlorine insecticides and their metabolites in Nova Scotian soils.
J. Econ. Entomol. 64(2): 367-71. 1971.
[ABST.: HAPAB 4(7): 372, (Abst. #71-1366), July 1971.]

Thruston, Alfred D., Jr.
Preliminary Studies on Weathering of Chlordane Residues.
J.A.O.A.C. 48(5): 952-954. October 1965.

U. S. Department of Agriculture
Symposium--The nature and fate of chemicals applied to soils, plants, and animals.
ARS 20-9, September 1960

U.S.B.E.P.Q., Kerrville, Texas
Test on absorption and storage of chlordane.
Third quarterly report for 1949: 33.

Westlake, W. E., et al.
Chemical residues in the milk of cows grazed on chlordan-treated pasture.
J. Agr. Food Chem. 11(3): 244-46, 1963.

Winnett, G. and Reed, J. P.
Aldrin, dieldrin, endrin and chlordane persistence--a 3-year study.
Pest. Monit. J. 2(3): 133-6, 1968.
[ABST.: HAPAB 2(2): 39 (Abst. #69-0129), 1969.]

Wright, C. G., Jackson, M.D.
Propoxur, chlordane and diazinon on porcelain china saucers after kitchen cabinet spraying.
J. Econ. Entomol. 64(2): 457-9. 1971.
[ABST.: HAPAB 4(7): 372, (Abst. #71-1367), July 1971.]

Yeo, C. Y., Bevenue, A.
Uptake of chlordane vapors by foodstuffs of low moisture content.
J. Assoc. Offic. Anal. Chemists 52(6): 1206-13. 1969.
[ABST.: HAPAB 3:318, (Abst. #70-1027), 1970.]

Yeo, C. Y., Bevenue, A.
The adsorption of chlordane by wheat flour from chlordane-treated shelf paper.
J. Stored Prod. Res. 5(4): 325-36. 1969.
[ABST.: HAPAB 4(2): 62, (Abst. #71-0234), February 1971.]