# SUMMARY AND COMPARISON OF TWO-HOUR BASELINE CHLORDANE AIR SAMPLING RESULTS FROM AIR FORCE MILITARY FAMILY HOUSING (AF MFH)

13 May 1975

Prepared For

HEADQUARTERS UNITED STATES AIR FORCE/SGPA

WASHINGTON, D. C. 20314

Prepared By

OFFICE OF THE SURGEON

HEADQUARTERS AIR FORCE LOGISTICS COMMAND

WRIGHT-PATTERSON AIR FORCE BASE, OHIO 45433

# LIST OF ABBREVIATIONS

| Abbreviation/ Symbol | DEFINITION |
|---|---|
| ACC | Airborne Chlordane Concentration |
| ACCAT | Airborne Chlordane Concentration Above Trace |
| AF | Air Force |
| AFB | Air Force Base |
| AFLC | Air Force Logistics Command |
| AFM | Air Force Manual |
| CAG | Chlordane Action Group |
| CONUS | Continental United States |
| CY | Calendar Year |
| DE | Directorate of Engineering |
| DOD | Department of Defense |
| EHL | Environmental Health Laboratory |
| F | Fahrenheit |
| FY | Fiscal Year |
| MFH | Military Family Housing |
| NA | Not Applicable |
| PRE | Programs, Resources, Engineering |
| RCS | Report Control Symbol |
| SG | Surgeon |
| USAF | United States Air Force |
| WP | Wright-Patterson AFB |

## LIST OF ABBREVIATIONS (cont'd)

| Abbreviation/ Symbol | DEFINITION |
|---|---|
| δ | standard deviation of sample population |
| $\bar{x}$ | mean value of sample population |
| µg | microgram |
| $\mu g/M^3$ | microgram per cubic meter of air |
| $ug/ft^2$ | microgram per square foot of surface area |
| $<$ | less than |
| $>$ | greater than |
| = | equal to |

## TABLE OF CONTENTS


| Paragraph | Title | Page |
|---|---|---|
| 1 | Introduction and Background | 1 |
| 2 | References and Scope of Work | 3 |
| 3 | Location and Description of Houses and Chlordane Treatment | 5 |
| 4 | Sampling Procedures, Personnel, and Results | 6 |
| 5 | Discussion of Results for AF MFH Units by Groups of Sources | 9 |
| 6 | Summary of Results, Discussion Between Groups, and Conclusions | 17 |
| 7 | Recommendations | 21 |
| Attachment 1 | Detailed Results By AF Bases of Sampling for Airborne Chlordane Concentrations in AF MFH | |
| Attachment 2 | Detailed Statistics and Distribution of Airborne Chlordane Concentrations by Source(s) of AF MFH Units from Sampled AF Bases | |


## LIST OF TABLES


| Number | Title | Page |
|---|---|---|
| 1 | Summary of Data on AF MFH Units from Which Two-Hour Baseline Chlordane Air Samples Were Collected | 7 |
| 2 | Summary of Two-Hour Baseline Chlordane Air Sampling Results from Air Force Military Family Housing | 10 |
| 3 | Range of Statistical Values for Sources of Data Within Groups of Air Force Military Family Housing Units | 12 |
| Attachment 1 | | |
| 1-1a | Recap by Area of Houses With Baseline Air Samples Taken | 1-1 |
| 1-1b | Two-Hour Air Samples Collected 20 Nov 74 - 1 Apr 75 from Page Manor, Wright-Patterson AFB Military Family Housing | 1-17 |

LIST OF TABLES (cont'd)


| Attachment 1 | Title | Page |
|---|---|---|
| 1-2 | Two-Hour Living Room Air Samples Collected 25-26 March 1975 from Andrews AFB Military Family Housing | 1-18 |
| 1-3 | Two-Hour Living Room Air Samples Collected 26-27 March 1975 from Langley AFB Military Family Housing | 1-19 |
| 1-4 | Two-Hour Living Room Air Samples Collected 28 March 1975 from Pease AFB Military Family Housing | 1-20 |
| 1-5 | Two-Hour Living Room Air Samples Collected 31 March-2 April 1975 from Offutt AFB Military Family Housing | 1-21 |
| 1-6 | Two-Hour Living Room Air Samples Collected 3 April 1975 from Mt Home AFB Military Family Housing | 1-23 |
| 1-7 | Two-Hour Living Room Air Samples Collected 21 - 23 April 1975 from Hill AFB Military Family Housing | 1-24 |
| Attachment 2 | | |
| 2-1 | Chlordane Concentrations in Air of Pretreated Single Story AF MFH | 2-1 |
| 2-2 | Chlordane Concentrations in Air of Pretreated Two-Story AF MFH | 2-4 |
| 2-3 | Chlordane Concentrations in Air of Pressure Injected AF MFH | 2-8 |


LIST OF FIGURES


| Number | Title | Page |
|---|---|---|
| 1 | Three Typical Heating Duct Details for Houses In Which Two-Hour Baseline Airborne Chlordane Samples Were Taken | 8 |
| 2 | Mean Value of Airborne Chlordane Concentrations in AF MFH Units by Source(s) Within Each Comparable Group | 18 |
| 3 | Relationships of Airborne Chlordane Concentration Values to Percent of Samples Greater Than Trace in A Sample Population | 20 |

LIST OF FIGURES (cont'd)


| Attachment 2 | Title | Page |
|---|---|---|
| 2-1a | Distribution of Chlordane Concentrations Above Trace in Pretreated Single Story AF MFH — for Each Source | 2-2 |
| 2-1b | Distribution of Chlordane Concentrations Above Trace in Pretreated Single Story AF MFH — for Combined Source(s) | 2-3 |
| 2-2a | Distribution of Chlordane Concentrations Above Trace in Pretreated Two-Story AF MFH — for Each Source | 2-6 |
| 2-2b | Distribution of Chlordane Concentrations Above Trace in Pretreated Two-Story AF MFH — for Combined Source(s) | 2-7 |
| 2-3a | Distribution of Chlordane Concentrations Above Trace in Pressure Injected Two-Story AF MFH — for Each Source | 2-9 |
| 2-3b | Distribution of Chlordane Concentrations Above Trace in Pressure Injected Two-Story AF MFH — for Combined Source(s) | 2-10 |

SUMMARY AND COMPARISON OF TWO-HOUR BASELINE CHLORDANE AIR SAMPLING RESULTS FROM AIR FORCE MILITARY FAMILY HOUSING (AF MFH)

1. Introduction and Background.

a. Chlordane is widely used in civil construction practice as a preventive soil/house foundation treatment against subterranean termite infestation and damage. Chlordane is applied for this use in the Air Force per Department of Defense Guide Specification for Military Family Housing, "Soil Treatment for Termite Control," DOD Spec 4270.21, 1 July 1966, and AFM 91-16, "Military Entomology Handbook," Dec 1971 (formerly AFM 85-7, Jun 1965). Typically a chlordane solution is applied to the compacted subsoil or to the pea gravel granular fill layer of the foundation prior to pouring the concrete slab.

b. During construction of [redacted]ts known as Woodland Hills at W-P AFB, Ohio [redacted] water emulsion chlordane solution on top the granular fill per an option in DOD Spec 4270.21. The chlordane solution was prepared by diluting three gallons of a 46 percent active ingredient chlordane emulsifiable concentrate with 97 gallons of tap water. This solution is defined as a 1½ percent by weight active ingredient chlordane solution. Approximately 500 gallons of this solution was applied to a typical 1800 square foot slab foundation which typically has a foundation perimeter of about 180 feet. This equated to an overall application rate of approximately 0.035 pounds of active ingredient chlordane per square foot of slab area.

c. After chlordane application, the granular fill was covered by polyvinyl moisture barrier before the slab was poured. [redacted] the ground level rooms. These sub-slab ducts were often below exterior grade elevation, [redacted], and were constructed of six and eight inch diameter [redacted]

d. Construction of the first increment of these housing units began during the [redacted] initial occupancy occurring during September-October 1972. The first indication of the presence of chlordane in these houses was observed in [redacted] when an "organic odor" was noticed within a house on Dupont Way. Investigation of normal sources for such odors (sewer system, gas leaks, and leaking motor oils) proved negative as causes for the odors. A review of the housing construction and chlordane application of almost a year earlier indicated [redacted], was being volatilized by [redacted] and was being distributed into the house to cause the odors. Subsequent swipe sampling of four contiguous

houses on Dupont Way showed chlordane levels [redacted] on the floors; however, these chlordane levels were considered to pose no risk to habitation and the houses were, therefore, occupied.

e. Until mid-July 1974 there were no known complaints of unexplainable odors except at a single Woodland Hills house on 9 April 1973 and again on 27 March 1974. Surface swipes and air samples were collected on both dates for chlordane analyses and results indicated an apparent increase in the chlordane levels in this house. Consequently, swipe samples were collected during May 1974 from eleven randomly selected Woodland Hills houses to assess the extent of chlordane levels in the houses. Surface chlordane levels [redacted] found. By 24 Sep 1974 complaints of unexplainable odors were received from occupants of four other houses and surface chlordane [redacted] were found in them. An additional fifteen "non-complaint" houses were randomly selected and sampled. While all "complaint" houses had surface chlordane levels ranging from 30.0 to 39.0 µg/ft$^2$, only two of the twenty-six "non-complaint" houses had such levels and the other 24 "non-complaint" houses had surface levels lower than 5.1 µg/ft$^2$.

f. In September 1974, AFLC/SG conducted a comprehensive review of all previous data concerning chlordane levels in the 300 military family housing (MFH) units known as Woodland Hills at Wright-Patterson AFB, Ohio. This review was coordinated with AFLC Headquarters, USAF Medical Center Wright-Patterson, and 2750 Air Base Wing representatives from Medical Service, Civil Engineering, Judge Advocate, Office of Information, and Base Commander's Office. Due to the complexity of the problem and the considered potential that these chlordane levels in MFHs may present a long-term chronic health hazard, these representatives formed a Chlordane Action Group (CAG) chaired by AFLC/SG to centralize, direct, and review local activities and appropriately implement local and HQ USAF recommended protocols which were being developed to determine the existing chlordane levels and evaluate methods of controlling/reducing these levels. Activities of the CAG have been multifaceted and it is beyond the scope of this report to present them all; however, the following brief summary of certain CAG activities is pertinent to the background of this report:

(1) Initial environmental sampling from late September 1974 through early December 1974 was centered around collecting and analyzing floors and wall swipe samples for chlordane in Woodland Hills housing. These data were considered to be more expedient than air sampling to determine the extent of chlordane infiltration into the houses. Approximately 280 of the 300 houses in Woodland Hills, 62 of the newly occupied "500 Area" houses contiguous to Woodland Hills, and four of the new and yet unoccupied "500 Area" houses in Area A of Wright-Patterson were swipe sampled. Additionally, tile samples from the floors; slab and underslab core borings; humidifier water samples; and limited air samples from the face

of the duct registers, in certain rooms, and ambient outdoor air were also collected. Results of these samples confirmed that:

[redacted] the sub-slab [redacted] and that the mode of entry into the houses was via the sub-slab heating/air conditioning ducts.

[redacted] Chlordane levels were consistently widespread through both Woodland [redacted]s and new 500 area houses at Wright-Patterson AFB.

[redacted] Airborne chlordane samples should be taken to totally evaluate the [redacted]vironmental levels, support needs for evaluating any engineering fixes to stop the entry of chlordane into the houses, and better assess the exposure levels to the occupants.

(2) From mid-November 1974 through mid-April 1975 environmental sampling in Wright-Patterson MFHs was primarily concerned with taking air samples from Wright-Patterson's Woodland Hills 300 houses, New 500 Area houses, Page Manor houses, and four Woodland Hills test houses which had received various forms of heating system modifications and cleaning/tile removal actions. After evaluating these data, the CAG in conjunction with AFLC staff and USAF/SG/PRE concluded that these data needed to be compared to airborne chlordane levels in other comparably constructed and termite treated Air Force MFH. The purpose and objective of this report is to summarize and compare all of these airborne chlordane levels and recommend actions needed to resolve the situation.

2. References and Scope of Work.

a. AFLC/DE/SG 102100Z March 1975 message to CSAF/SG/PRE.

b. AFLC/SG 101700Z March 1975 message to USAFEHL, Kelly/CC and W-P Med Cen/SGA (Info copy provided CSAF/SGPA).

c. CSAF/SG 131325Z March 1975 message to AFLC/SG.

d. CSAF/SG 141650Z March 1975 message to TAC/CC (Info copy provided AFLC/SG).

e. CSAF/SG 141651Z March 1975 message to CINCSAC/CC (Info copy provided AFLC/SG).

f. CSAF/SG 141652Z March 1975 message to HQ COMD/CC (Info copy provided AFLC/SG).

g. CSAF/SG 181517Z March 1975 message to AFLC/SG/DE.

h. AFLC/SGB 211910Z March 1975 message to USAFEHL, McClellan/CC (Info copy provided CSAF/SGPA).

i. CSAF/SGPA 161704Z April 1975 message to AFLC/SG.

j. AFLC/SGB 211610Z April 1975 message to W-P Med Cen/SGB, Hill Hospital/SGB, and USAFEHL, McClellan/CC (Info copy provided CSAF/SGPA).

k. Reference "2a" requested HQ USAF coordination and approval for AFLC to collect and analyze air samples for chlordane from Air Force Military Family Housing units which were similarly constructed and have had chlordane treatment like the units existing at Wright-Patterson AFB. HQ USAF concurred with this request and references "2b" through "2h" implemented the collection of samples from other bases and USAFEHL, McClellan's analyses of them.

l. In reference "2i," HQ USAF/SGPA requested that AFLC/SG arrange for collection and analyses of baseline air samples for chlordane from 20-30 Air Force MFHs which had never been treated with chlordane during construction or subsequently by Civil Engineering. These data were needed to establish a "control group" of household airborne chlordane concentrations that may exist solely as a result of an occupant's pest control activities indoors and/or outdoors or any Civil Engineering pest control activities outdoors. Reference "2h" implemented this program for obtaining the "control group" air sampling.

m. HQ USAF/PREN canvassed all CONUS Air Force MFH and determined that 1347 units among five bases met the following criteria for comparability to the various 842 units at Wright-Patterson:

(1) Slab-on-grade construction with heating and air conditioning ducts under the slab, and

(2) Treated for termite control with chlordane:

(a) Under slab during construction, or

(b) Had had chlordane pressure injected under the slab during the last five to six years.

n. AFLC/DEMM determined that 24 units at Hill AFB were the only such units within AFLC that met the requirements for the "control group" sampling. Construction of these units did not have to be comparable to those at Wright-Patterson AFB.

3. Location and Description of Houses and Chlordane Treatment:

a. HQ USAF/PREN's survey details were limited and determined only the approximate number of houses at each base which met the criteria for comparison to W-P housing and the approximate fiscal or calendar year the houses were constructed. Additional details for comparison were needed and requested by AFLC/SGB and HQ USAF/SGPA. Therefore, each base identified by HQ USAF/PREN and Hill AFB also verified from available base records and submitted the following additional data to AFLC/SGB:

(1) Number of available houses that were single and two-story.

(2) Type of chlordane treatment per DOD Spec 4270.21, 1 July 1966, or AFM 91-16 (formerly AFM 85-7) depending upon date of construction and/or treatment.

(3) Name of agency that applied the chlordane treatment(s).

(4) Location of chlordane applied to the houses and coded as follows in this report:

(a) [redacted]"

(b) [redacted] location could not be verified by available records — [redacted] If verified by records as:

1. [redacted]

2 [redacted]

(c) Sub-slab injection — treatment type "2."

(5) As-built construction plans of the heating duct details.

(6) Summary of all Civil Engineering and occupant pest control activities either by self or contractor and products applied in houses.

b. Based upon receipt and evaluation of the above data, MFH units that were distinguishable from others by date of construction, number of stories in the unit, type of chlordane treatment, and base were considered as separate "sources." Sources that had a common type of chlordane treatment and numbers of stories in the units were "grouped." To facilitate identifying and discussing the sources of sample data, the following abbreviations were used throughout this report:

Base/Calendar or fiscal year of construction/Type of chlordane treatment.

The term "type of chlordane treatment" was specially marked as follows for [redacted] was:

[redacted]

(2) [redacted]

(3) [redacted]

c. All of these pertinent data for the houses identified by HQ USAF/PREN are listed in Table 1 by base in descending percent of the total number of such houses. Similar data are also included in Table 1 for the control group of houses at Hill AFB selected for sampling by AFLC/SGB. Figures 1a, 1b, and 1c present the three typical heating duct details found among the sources of houses and lists those houses having a particular heating duct.

4. Sampling Procedures, Personnel, and Results:

a. Procedures. "Two-hour baseline" chlordane air samples were collected by drawing air through [redacted] at a rate [redacted] (± 0.1) [redacted]. All chromosorb sampling tubes were prepared [redacted] a standard procedure developed by that Laboratory. The sampling tube inlet air port was always located six to twelve inches above the ground floor in either the living/family room, off-kitchen dining area or kitchen. This sampling tube location was considered to provide a "worst case" chlordane concentration since earlier extensive [redacted] samples had shown that chlordane levels on floor surfaces were typically ten times greater than on any wall or ceiling locations above the floor. An additional reason for selecting this sampling location was that it was within the breathing zone of infants and small children. The selection of the room for sampling was dependent upon the length of the pump's power cord and the availability of a grounded electrical outlet. All two-hour baseline chlordane air samples were collected while the house thermostat was set at 72°F. [redacted] part, [redacted] thus, insuring that a house's heating system had [redacted] during a period prior to and during the sample collection.

b. Personnel. USAF Medical Center/Bioenvironmental Engineering Services collected all "two-hour baseline" chlordane air samples from within Wright-Patterson MFH. Sgt David Mueller of that office and Capt Shelton Birch of USAFEHL Kelly collected all subject air samples from Andrews, Langley, Pease, Offutt, and Mt. Home AFBs. Using identical instructions and sampling procedures provided in reference "2j," Lt. George New, MSgt Robert Moore and TSgt Earl Valentine, USAF Hospital, Hill/SGB, collected the control group samples from Hill AFB. All subject

TABLE 1: SUMMARY OF DATA ON AF MFH UNITS FROM WHICH TWO-HOUR BASELINE CHLORDANE AIR SAMPLES WERE COLLECTED

| Air Force Base | Date of Construction | Type of Chlordane Treatment+ | Available Houses** 1 Story/ | 2 Story | Total Houses Available | Percent of Total Houses |
|---|---|---|---|---|---|---|
| COMPARABLY CONSTRUCTED AND CHLORDANE TREATED TO WRIGHT-PATTERSON AF MFH* | | | | | | |
| Wright-Patterson | | | | | 842 | 38.5 |
| Page Manor | CY 52 | (2) | 0 | 42 | | |
| Woodland Hills 300 | FY 72 | (1a) | 40 | 260 | | |
| New Quarters 500 | FY 75 | (1a) | 84 | 292 | | |
| | | (1b) | 16 | 108 | | |
| Offutt | | | | | 587 | 26.8 |
| | FY 63 | (1b) | 40 | 247 | | |
| | FY 72 | (1b) | 180 | 120 | | |
| Andrews | | | | | 400 | 18.3 |
| | FY 66 | (1) | 0 | 250 | | |
| | FY 68 | (1) | 6 | 144 | | |
| Langley | | | | | 300 | 13.7 |
| | CY 66 | (1b) | 24 | 176 | | |
| | CY 70 | (1b) | 0 | 100 | | |
| Pease | | | | | 37 | 1.7 |
| | FY 58 | (2) | 0 | 37 | | |
| Mt. Home | | | | | 23 | 1.0 |
| | Late 50s | (2) | 0 | 12 | | |
| | FY 60 | (2) | 11 | 0 | | |
| TOTAL | | | 401 | 1,788 | 2,189 | 100.0 |
| CONTROL GROUP OF HOUSES WHICH HAVE NEVER RECEIVED ANY CHLORDANE TREATMENT | | | | | | |
| Hill | | | | | 24 | NA |
| | CY 62/63 | (0) | 24 | 0 | | |

*Total CONUS housing identified by HQ USAF/PREN as being slab-on-grade construction with heating/air conditioning ducts under slab and either treated with chlordane under slab during construction or had chlordane pressure injected under slab during last 5-6 years. Exception to this identification is the control group houses at Hill AFB which have never received any chlordane treatment and were selected by AFLC/SGB for sampling.

+Chlordane Treatment Code: (0) Never received any type of chlordane treatment. (1) Sub-slab treated with chlordane prior to pouring slab at time of construction per DOD Spec 4270.21, 1 Jul 66, or AFM 91-16. (1)(a) same as (1) but denoting that chlordane was applied onto the gravel fill. (1)(b) same as (1) but denoting that chlordane was applied on top of the compacted sub-soil before placing the gravel fill. (2) Treated by injecting chlordane under pressure through holes drilled through floor slabs. Treatment done at various times after occupancy due to termite problems. Solid underlined treatments denote heating ducts completely [redacted] Dotted underlined treatments denote heating ducts partially encased in concrete beneath the slab. No underlined treatments denote ducts beneath slabs are not encased in concrete.

**Available houses were defined as those meeting USAF/PREN specification and for which available base records verified the specification. W-P Page Manor available houses were defined as those which had been treated, unoccupied at time of sampling, and not yet under contractor modification.

| Figure | | Sources of Houses with This Detail |
|---|---|---|
| 1a | Heat Duct With No Encasement Beneath Slab | |




WP/Page Manor/CY 52/2
WP/WH 300/FY 72/1a
WP/ New 500/FY 75/1a and 1b
Andrews/FY 66/1
Andrews/FY 68/1
(1242 AF MFH Units)

1b Heat Duct Partially Encased Beneath Slab




Pease/FY 58/ 2
( 37 AF MFH Units)

1c Heat Duct Completely Encased Beneath Slab




Offutt/FY 63/ 1b
Offutt/FY 72/ 1b
Langley/CY 66/ 1b
Langley/ CY 70/ 1b
Mt Home/ Late '50's/ 2
Mt. Home/FY 60/ 2
( 910 AF MFH Units)

Figure 1: Three Typical Heating Duct Details for Houses In Which Two Hour Baseline Airborne Chlordane Samples Were Taken

air samples from all seven bases were analyzed by USAFEHL McClellan per established techniques previously reported in our monthly RCS: HAF-SGP (M)7404 reports 15 January through 18 April 1975.

c. Results:

(1) Above an absolute chlordane mass [redacted], analytical sensitivity was to the nearest five-hundredths of a microgram. However, due to analytical variance and reproducibility, the amount (mass) of chlordane was reported to the nearest 0.1 micrograms above 0.2 micrograms. For a sample causing an instrument response below 0.2 micrograms, the mass of chlordane was reported as [redacted] or <0.2 micrograms. Samples which caused no instrument response were reported as [redacted] *<0.2 micrograms. The concentration of chlordane in the sampled air volume was calculated to the nearest tenth of a microgram per cubic meter and reported with a less than sign if the chlordane mass in the sample was "trace" and with an asterisk preceding a less than sign if the chlordane mass in the sample was "non-detectable." Depending upon the exact sample air volume, [redacted]

(2) Results of all subject samples collected and analyzed as of 28 April 1975 are summarized in Table 2. Table 2 also lists some brief calculations of the summarized data and groups the data by type of unit and chlordane treatment received. Detailed results for each base (Wright-Patterson, Andrews, Langley, Pease, Offutt, Mt. Home and Hill AFB are listed, respectively, in Tables 1-1 through 1-7 of Attachment 1. The data in Table 1-1a are only the two-hour baseline sample results and, therefore, [redacted] HAF-SGP(M)7404 report. This RCS report listed all Wright-Patterson baseline air sample data independent of sampling time (sample volume).

5. Discussion of Results for AF MFH Units by Groups of Sources (Houses That Received the Same Type of Chlordane Treatment and Had the Same Number of Stories).

a. From a subjective evaluation and comparison of the data in Tables 1 and 2 and Attachment 1, it appeared that in most cases the percent of airborne chlordane concentrations above trace (ACCAT) and their range (distribution) of values may be related:

(1) Directly to the:

(a) Number of stories in a MFH unit

Table 2

SUMMARY OF TWO-HOUR BASELINE CHLORDANE AIR SAMPLING RESULTS FROM AIR FORCE MILITARY FAMILY HOUSING*
(Listed in ascending percent of ground floor samples greater than trace within single and two-story housing having received comparable chlordane treatment.)
As of 28 Apr 1975

| Source of Data from Each Base | | | | Available Houses** | | | Ground Floor Air Samples | | | Chlordane Concentration For Values>Trace (µg/M³) | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AF Base | Date(s) of Sampling | Date of Construction | Type of Chlordane+ Treatment | 1-Story/ | 2-Story | Houses Sampled | Total Number | Number≤Trace/ % of Total | Number>Trace/ % of Total | Max | Min |
| Offutt | 31 Mar-2Apr 75 | FY 72 | (1)(b) | 180 | | 0 | - | - | - | - | - |
| Offutt | " | FY 63 | (1)(b) | 40 | | 0 | - | - | - | - | - |
| Andrews | 25-26 Mar 75 | FY 68 | (1) | 6 | | 0 | - | - | - | - | - |
| Langley | 26-27 Mar 75 | CY 66 | (1)(b) | 24 | | 1 | 1 | 1/100% | 0/0% | - | - |
| W-P New Quarters 500 | Dec 74 - 1 Apr 75 | FY 75 | (1)(b) | 16 | | 16 | 16 | 2/13% | 14/87% | 4.6 | 0.8 |
| W-P New Quarters 500 | Dec 74 - 1 Apr 75 | FY 75 | (1)(a) | 84 | | 30 | 31 | 3/10% | 28/90% | 8.8 | 0.5 |
| W-P Woodland Hills 300 | Mid Nov 74 - 1 Apr 75 | FY 72 | (1)(a) | 40 | | 25 | 27 | 0/0% | 27/100% | 10.9 | 2.1 |
| Offutt | 31 Mar - 2 Apr 75 | FY 72 | (1)(b) | | 120 | 30 | 30 | 30/100% | 0/0% | - | - |
| Langley | 26-27 Mar75 | CY 66 | (1)(b) | | 176 | 18 | 18 | 18/100% | 0/0% | - | - |
| Offutt | 31 Mar-2Apr75 | FY 63 | (1)(b) | | 247 | 26 | 26 | 25/96% | 1/4% | 1.1 | 1.1 |
| Andrews | 25-26 Mar 75 | FY 66 | (1) | | 250 | 17 | 17 | 11/65% | 6/35% | 0.9 | 0.5 |
| W-P New Quarters 500 | Dec 74- 11 Apr 75 | FY 75 | (1)(b) | | 108 | 104 | 109 | 63/58% | 46/42% | 3.1 | 0.4 |
| Andrews | 25-26 Mar 75 | FY 68 | (1) | | 144 | 20 | 20 | 10/50% | 10/50% | 2.4 | 0.5 |
| Langley | 26-27 Mar 75 | CY 70 | (1)(b) | | 100 | 11 | 11 | 5/45% | 6/55% | 3.4 | 0.6 |
| W-P New Quarters 500 | Dec 74 - 1 Apr 75 | FY 75 | (1)(a) | | 292 | 165 | 167 | 51/30% | 116/70% | 10.0 | 0.4 |
| W-P Woodland Hills 300 | Mid Nov 74 - 1 Apr 75 | FY 72 | (1)(a) | | 260 | 196 | 205 | 17/8% | 188/92% | 34.0 | 0.4 |

Table 2: cont'd

| AF Base | Date(s) of Sampling | Date of Construction | Chlordane Treatment+ | Available Houses** 1-Story | Available Houses** 2-Story | Houses Sampled | Ground Floor Air Samples: Total Number | Ground Floor Air Samples: Number≤Trace/ % of Total | Ground Floor Air Samples: Number>Trace/ % of Total | Chlordane Concentration For Values>Trace ($ug/M^3$) Max | Chlordane Concentration For Values>Trace ($ug/M^3$) Min |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mt. Home | 3 Apr 75 | FY 60 | (2) | 11 | | 4 | 4 | 4/100% | 0/0% | - | - |
| W-P Page Manor | 26 Nov 74 - 10 Apr 75 | CY 52 | (2) | | 42 | 30 | 32 | 20/62% | 12/38% | 1.3 | 0.5 |
| Mt. Home | 3 Apr 75 | Late 50s | (2) | | 12 | 9 | 9 | 5/56% | 4/44% | 4.1 | 0.8 |
| Pease | 28 Mar 75 | FY 58 | (2) | | 37 | 29 | 29 | 4/14% | 25/86% | 2.9 | 0.5 |
| Hill | 21-23 Apr 75 | CY 62/63 | (0) | 24 | | 22 | 22 | 22/100% | 0/100% | - | - |

*Total CONUS housing identified by HQ USAF/PREN as being slab-on-grade construction with heating/air conditioning ducts under slab and either treated with chlordane under slab during construction or had chlordane pressure injected under slab during last 5-6 years. Exception to this identification is the control group houses at Hill AFB which have never received any chlordane treatment and were selected by AFLC/SGB for "control group" air sampling.

+Chlordane Treatment Code: (0) Never received any type of chlordane treatment. (1) Sub-slab treated with chlordane prior to pouring slab at time of construction per DOD Spec 4270.21, 1 Jul 66, or AFM 91-16. (1)(a) same as (1) but denoting that chlordane was applied onto the gravel fill. (1)(b) same as (1) but denoting that chlordane was applied on top of the compacted sub-soil before placing the gravel fill. (2) Treated by injecting chlordane under pressure through holes drilled through floor slabs. Treatment done at various times after occupancy due to termite problems. Solid underlined treatments denote heating ducts encased in concrete beneath the slab. Dotted underlined treatments denote heating ducts partially encased in concrete beneath the slab. No underlined treatments denote ducts beneath slabs are not encased in concrete.

**Available houses were defined as those meeting USAF/PREN specification and for which available base records verified the specification. W-P Page Manor available houses were defined as those which had been treated, unoccupied at time of sampling, and not yet under contractor modification.

(b) Type of chlordane treatment applied by the Air Force for termite control, and

(c) Details of heating duct encasement beneath the slab.

(2) Independently of the:

(a) Base sampled,

(b) Date of any Air Force applied chlordane treatment for termite control, and

(c) Any limited spot treatment of pesticides, including chlordane, by the occupants or Civil Engineering inside or outside the houses.

b. To objectively evaluate these observations, statistical values and probability distributions were calculated for each separate source of data in Table 2 which had at least six samples above trace. Except for Wright-Patterson/Page Manor 2-story/CY52/2 data, probability distributions between 30 and 90 percentile were found to have good fits to a log normal distribution. Statistical values were, therefore, calculated for log base ten values of each airborne chlordane concentration and the antilog of each statistic was taken to convert the statistic back to its original unit of measurement. Each source of statistical values was grouped by number of stories in the MFH and type of chlordane treatment. The small range of these statistical values (Table 3) indicated that each source's data was from comparable distributions and that each source could be compared to others within that group. Detailed results of each source's statistics and plots of distributions of values within each group are presented in Tables 2-1 through 2-3 and Figures 2-1 through 2-3b, respectively, in Attachment 2.

TABLE 3: Range of Statistical Values for Sources of Data Within Groups of Air Force Military Family Housing Units (AF MFH)

| Groups of Data Dependent On | | Range of | | |
|---|---|---|---|---|
| Number of Stories | Type of Chlordane Treatment* | Percentiles of Goodness of Log-Normal Fit | Standard Deviation ($\mu g/M^3$)** | Standard Error of Mean ($\mu g/M^3$)** |
| Single | 1a or 1b | 30-90 | 1.6-2.1 | 1.1-1.2 |
| Two | 1,1a,1b or 1b | 30-90 | 1.3-2.1 | 1.1-1.3 |
| Two (Pease) | 2 | 20-90 | 1.6 | 1.1 |
| Two (W-P | 2 | None | 1.6 | 1.1 |

*See Definition in Table 1 or Table 2

**Rounded off to nearest tenth

[redacted]. As presented in Table 1-7 and [redacted] were collected at twenty-two of these houses at Hill AFB. [redacted] All existing occupants reported they had never used any pesticides which contained chlordane or heptachlor; therefore, comparability of airborne chlordane analyses between these and treated test houses was considered to be independent of comparability of details of construction or heating ducts between the houses. [redacted]d less than trace airborne chlordane concentrations, including the seven houses whose exterior yards had been chlordane treated for ant control by Civil Engineering from 1969 through 1972. Additionally, two ambient air samples, each collected in a chlordane treated yard, contained no detectable levels of chlordane. These data indicated that any exterior chlordane treatments or any previous occupant interior spot treatments with chlordane did not produce any interior airborne chlordane concentrations above detectable levels. Considering these data, one would deduce that such treatments made no contributions to airborne chlordane concentrations above trace (ACCATS') in other houses specifically sub-slab treated with chlordane for termite control.

[redacted] Air sampling from such AF MFH units was [redacted] except for a single sample which was less than trace concentration and collected from a Langley AFB/CY 66/1b unit. Data were, thus, insufficient to compare directly to WP's MFH in this group. Table 2-1 and Figures 2-1a and 2-1b present the statistical values and graphical plots for the 87 to 96 percent ACCAT's of WP MFH samples. While WP/New 500/FY75/1a mean ACCAT, [redacted] higher than WP/New 500/FY 75/1b mean ACCAT; these [redacted] different when compared at a 90 percent confidence level. This indicated that chlordane applied sub-slab on compacted soil or on the gravel fill around unencased heat ducts had not produced any significantly different airborne chlordane concentrations (ACC) within these houses which were otherwise constructed in the same manner and during the same time period. These single story WP/New 500/FY 75/1a and 1b ACCAT's were, therefore, combined and compared to single story WP/WH 300/FY 72/1a ACCAT's. At a 90 percent confidence, this comparison showed that airborne chlordane concentrations between these houses were significantly different. Reasons for this observed difference are unknown but the difference indicated that:

(1) Date of construction and chlordane treatment did not cause lower levels to be observed in older houses.

(2) Chlordane application rates may have been higher in WP/WH 300/FY 72/1a houses.

(3) Unknown minor differences in installation of optionally selected heat duct materials and geological features may have contributed to causing the different ACCAT's.

[redacted] This group contained the largest [redacted] the largest number (1697) of comparably constructed/chlordane treated houses within CONUS. The following discussion is divided into two parts in order to distinguish between those sources of houses which had distinctly different percentages of ACCAT samples:

(1) Offutt AFB houses and the Langley/CY 66/1b houses within this sub-group had equal to or less than four percent ACCAT samples. The number of houses (18 to 30) sampled from each of these sources was adequate to determine, with 90% statistical confidence, the airborne chlordane concentrations within these houses. When these data and housing details were compared to other houses in this group, the following deductions and a defensible reason for the small number of ACCAT samples were indicated:

(a) Date of construction and chlordane treatment did not cause lower levels to be observed in older houses. (Offutt/FY 72/1b had less than trace levels comparable to Offutt/FY 63/1b and Langley/CY 66/1b. In fact, the only ACCAT sample (1.1 $\mu g/M^3$) was from the oldest source, Offutt/FY 63/1b).

(b) Chlordane application rates may have been lower in this sub-group of houses than in other sources within this group.

[redacted] Any other minor differences in construction techniques must not have been a significant contributor in causing different ACCAT's since single and two-story Offutt/FY 72/1b and WP/New 500/FY 75 1a and 1b houses were constructed by the same contractor following otherwise almost identical specifications.

(d) Unknown minor differences in geological features may have contributed to the almost non-existent airborne chlordane concentrations in these houses. However, this was considered an unlikely contributor since both the Langley/CY 66/1b and WP/WH 300/FY 72/1a houses are located in areas of similarly poor drainage.

(2) Statistical values and distributions of ACCAT's from all other sources in this group are presented in Table 2-2 and Figures 2-2a and 2-2b, respectively. An evaluation of the statistical values in Table 2-2 showed that, at the 90% confidence level, ACCAT's from the following sources could be combined: Andrews/FY 68/1, WP/New 500/FY 75/1b, Langley/CY 70/1b and Andrews/FY 66/1. Data combined from these sources were significantly different from each of the other two significantly different WP sources. within this group; i.e., WP/New 500/FY 75/1a and WP/WH 300/FY 72/1a. Comparisons of these data and housing details among this group revealed the following deductions and reasons for the differences:

(a) Date of construction and chlordane treatment did not cause lower levels to be observed in older houses. Some houses constructed from 1966 through 1975 had statistically the same airborne chlordane concentrations. The highest observed levels were in the WP/WH 300/FY 72/la source which was three years older than the next highest source.

(b) Chlordane application rates may have been higher in the WP/WH 300/FY 72/la houses than in other houses in this sub-group.

[redacted]angley/CY 70/lb houses were the [redacted] of encased duct in this sub-group; however, this group of encased Langley ducts was not considered representative of any other such chlordane pretreated, encased ducts for the following reasons:

1. These were the only such encased ducts found to have had a history of water intrusion into them. Wet ducts in these Langley/CY 70/lb houses have historically been a significant problem in far greater proportion than an infrequent wet duct in the geographically adjacent Langley/CY 66/lb group. Langley AFB Civil Engineering (construction) reported that both Langley housing sources were constructed under the same specifications, adjacently located on the same geological terrain, and their ducts differed only in whatever the contractor optionally selected for duct material and any minor differences in details of duct installation. Thus, whatever the exact reason, the frequent wetness of Langley/CY 70/lb ducts made them unique since wetness of encased ducts has only occasionally been observed at any of the other sampled bases.

2. The Langley/CY 70/lb source of houses was the only one of five sampled sources which contained such ducts and had more than 4% ACCAT samples.

(d) Unknown minor differences in geological features may have contributed to the highest ACCAT's being found in WP/WH 300/FY 72/la houses since this housing area has a history of subterranean drainage problems and wet slabs have been consistently observed in approximately 8% of these houses. However, if one considered Langley/CY 70/lb duct encasement to be of such poor integrity as to allow chlordane entry into the ducts, then Langley/CY 70/lb slab wetness should have caused ACCAT's comparable to those found in wet slab WP/WH 300/FY 72/la houses. These source's ACCAT's were significantly different and, thus, based on these limited data, any relationship of slab wetness to expected ACCAT's could not be deduced directly or substantiated.

[redacted]Available records revealed that none of the [redacted] 102 AF AFH units within this group ever received any chlordane

pretreatment. Except for Pease AFB/FY 58/2 and, to a limited extent W-P/ Page Manor/CY 52/2, the number of ACCAT's were not large enough to provide a valid statistical comparison to each other. The number and range of ACCAT's were large enough only at Pease AFB to define the type of distribution and the Pease/FY 58/2 distribution was found to be log normal. Considering the results within the other groups, there was no reason to believe the ACCAT's from WP/Page Manor/CY 52/2 and Mt Home/FY 60 and Late 50's/2 pressure injected group had other than log normal distributions.

(1) Single Story Houses. Only eleven of these houses were single story and all were located at Mt Home AFB. Four of these were air sampled and all were below detectable chlordane concentrations.

(2) Two-Story Houses. All the houses at Pease and WP and twelve of the Mt Home houses in this group were two-story. Statistical evaluation plots of distributions of ACCAT's could be done only for Pease and Wright-Patterson results in this group - see Table 2-3 and Figures 2-3a and 2-3b. Although WP data were not definitively determined to have a log normal distribution, they were assumed to be. Resultant statistical comparisons between these Pease and Wright-Patterson data indicated that their distributions were not significantly different at the 90% confidence level and could be combined as shown in Figure 2-3b. The curve in Figure 2-3b indicated that the combined distribution of WP and Pease ACCAT's may not have been log normal but have been bimodal with about 35% of the values below 1.0 $\mu g/M^3$, 20% above 1.5 $\mu g/M^3$, and the remaining 45% of the values averaging about 1.3 ($\pm$ 0.1) $\mu g/M^3$.

(3) Comparisons of the data from these WP, Pease, and Mt Home houses (Tables 1-1b, 1-4, and 1-6) revealed that no consistent relationships existed between observed airborne chlordane concentrations and:

(a) Date of pressure injection,

(b) Volume or concentration of chlordane solution injected,

(c) Base on which the houses were treated,

(d) Number of stories in the treated house, or

(e) Type of sub-slab duct encasement.

All but the last two relationships above were consistent with those deduced from the data on pretreated houses. The two differences were probably due to the more localized and peripheral treatment characteristics of pressure injection which may or may not have deposited chlordane near or in sub-slab ducts. Thus, with the uncertainty of injected chlordane's proximity to a sub-slab duct, any airborne chlordane concentration may be observed and be independent of duct encasement. The four ACCAT's at Mt Home indicated that

the 15-20-year old vermiculite concrete duct encasement may not have the structural integrity to preclude chlordane intrusion into these ducts.

6. Summary of Results, Discussion Between Groups, and Conclusions:

a. Known usages of chlordane in yards of non-chlordane treated ("control group") AF MFH units did not cause any interior airborne chlordane concentrations (ACC's) above detectable levels. Possible interior use of chlordane by previous occupants in these control group houses and known interior chlordane spot treatments in two Mt Home and one Offutt house since February 1975 produced no interior ACC's above detectable levels when sampled in early April 1975. These data thus indicated that any chlordane spot treatments on exposed interior or exterior surfaces probably made no significant contributions to any airborne chlordane concentrations above trace (ACCAT's) found in chlordane pretreated or sub-slab injected houses.

b. Statistical comparisons of each source of ACC's within the three groups of chlordane treated AF MFHs revealed those sources which could be combined with 90% confidence, those that were from similar population groups, and those which were distinct from others. These groupings with associated data are graphically presented in Figure 2. Based upon the statistics within each group and the percent of ACCAT samples within the source(s) of each group, the airborne chlordane concentrations within each group were, at 90% confidence, considered distinct from those in other groups.

c. Airborne chlordane concentrations (including "trace" results) from pretreated two-story MFH Langley/CY 66/lb and both Offutt/lb sources averaged approximately $\leq$0.6 μg/M$^3$ and were the lowest values observed for comparable houses within the pretreated two-story group. Comparison of housing details indicated that complete encasement of the sub-slab ducts [redacted]. Therefore, if more than one pretreated single story MFH unit (Langley/CY 66/lb) had been sampled from these sources, the average ACC's from these single story units would most probably have been within the same range of values as for the two-story units from these sources. Although Mt Home's duct encasement in vermiculite concrete may be of poorer structural integrity, the encasement barrier and limited sampling indicated that ACC's at Mt Home most probably would have averaged $\leq$0.6 μg/M$^3$. Thus, from the sampled and "most probably" data groupings in Figure 2, ACC's were consistently lowest in houses having completed encased sub-slab ducts except for Langley/CY 70/lb houses. This source of Langley houses was, however, considered atypical of encased ducts since they were the only such ducts in the sampled houses which consistently had water infiltration into them.

d. Considering the source from a given base, pretreated single story houses having unencased sub-slab ducts had ACCAT's which averaged 2.1 to




Figure 2: Mean Value of Airborne Chlordane Concentrations in AF MFH Units by Source(s) Within Each Comparable Group

4.5 $\mu g/M^3$ and were about twice as high as the average ACCAT observed in their respective pretreated two-story houses. This difference most likely resulted from the fact that pretreated single story houses have about twice the ground floor slab area and thus about twice the length of heating ducts beneath the slab than do two-story units. Based upon this rationale, the pretreated single story Andrews/FY 68/1 houses most probably had ACC's $\leq$ 2.0 $\mu g/M^3$, i.e., equal to or less than twice the average ACCAT value (1.0 $\mu g/M^3$) of sampled two-story Andrews/FY 68/1 houses.

e. Except for two-story WP/Page Manor/CY 52/2 and WP/New 500/FY 75/1b houses, the ACCATs in all WP MFH units were significantly higher than those from comparable sources at other bases. Based upon the mean values, WP chlordane concentrations were 4 to 7.5 times higher than other comparable pretreated single story units, and 1.7 to 2.6 times higher than other comparable pretreated two-story units. Pressure injected WP/Page Manor houses had a mean chlordane concentration which was 75% of, but not statistically different from, comparable Pease AFB houses.

f. As presented in Figure 3, an excellent direct correlation existed between the percent of airborne chlordane concentrations above trace (ACCAT's) and the average ACCAT and the 90% probability ACCAT values from a sampled source. Thus the higher the ACCAT's found in a sampled source, one would expect more prevelant airborne chlordane concentrations and a higher mean ACCAT from that source.

g. The cause(s) for all observed differences in ACC's among comparably constructed and chlordane treated houses could not be ascertained from all available records on the houses. However, deductions based on comparisons of sampling data and the house records indicated how the following items related to probably cause the differences:

(1) Length of time since construction, pretreatment, or pressure injection was not consistently related to observed ACC's.

(2) For houses having unencased sub-slab ducts:

(a) Increased ratio of ground floor area to interior volume of house caused higher ACC's; i.e., single story versus two-story AF MFH units.

(b) Houses pretreated with chlordane on compacted soil beneath the gravel fill apparently caused some houses to have 50% lower, but not always significantly different, ACCAT's from houses which had been pretreated with chlordane on the gravel fill.

(3) Complete encasement of sub-slab ducts undoubtedly precluded chlordane entry into the ducts and produced the lowest observed ACC's




Figure 3: Relationships of Airborne Chlordane Concentration Values To Percent of Samples Greater Than Trace in A Sample Population

( ≦ 4% ACCAT's) in pretreated two-story houses. However, due to ACCAT findings in Langley/CY 70/1b houses, the following particular details of encasement must be thoroughly defined to preclude chlordane entry into the ducts:

(a) Type and strength of encasing concrete,

(b) Type of duct material,

(c) Joining/installation of duct material.

(4) Duct encasement in the Offutt/FY 63 and FY 72 houses showed the best success rate in preventing chlordane intrusion into the ducts.

(5) While wet slabs may have contributed to chlordane infiltration into unencased sub-slab ducts, the data were too limited to determine any direct relationship. Observed ACCAT's in "dry" slab houses showed that chlordane infiltration into the house was not dependent on slab wetness.

(6) Unknown differences in the applied active ingredients of chlordane per unit slab area may have contributed to causing the different observed ACC's.

(7) Due to uncertain proximity of injected chlordane to encased or unencased sub-slab ducts, ACC's in pressure injected houses were variable and independent of all relationships deduced for pretreated houses.

7. Recommendations: That HQ USAF/SG/PRE in conjunction with others:

a. Determine safe airborne chlordane concentrations for human habitation of these Air Force MFH units.

b. Advise as to whether or not these units should be reducted to seal off the source of chlordane entry into the houses, and if so, which units.

c. Establish definitive modifications to future Air Force housing designs to prevent sub-slab applied pesticides from entering the houses via airborne modes.

Detailed Results By AF Bases of Sampling for Airborne

Chlordane Concentrations in AF MFH

MEMO FOR RECORD 13 May 1975

Supplemental Information to "Detailed Results of Sampling for Airborne Chlordane Concentrations by AF Bases "

Attached data represents the results of two hour baseline air samples from inside military family housing (MFH) units at Wright-patterson, Andrews, Langley, Pease, Offutt, and Mt. Home AFB's. The data were collected from mid- November 1974 through 21 April 1975. Housing units that were distinguishable from others by date of construction, number of stories in the house, type of chlordane treatment, and base were considered as separate sources. Each of these sources that had a common type of chlordane treatment and numbers of stories were grouped.

The following various codes were used to identify the sources and, for Wright-patterson AFB samples, the locations of the samples collected from within the houses:

Base/ calendar or fiscal year of construction/ Type of chlordane treatment by code (1), (1a), (1b), or (2) as defined below:

(1) Sub-slab treated with chlordane prior to pouring slab at time of construction per DoD Specification 4270.21, 1 July 1966, or AFM 85-7 or 91-16 dependent on date of construction. If base could not verify from records that the chlordane was applied to the sub-soil or the gravel fill, then that source was coded (1) for chlordane treatment.

(1a) Same as (1) but denoting that base records verified that chlordane was applied onto the gravel fill.

(1b) Same as (1) but denoting that base records verified that chlordane was applied onto the compacted sub-soil beneath the gravel fill.

(2) Treated by injecting chlordane under pressure through holes drill through floor slabs. Treatment done at various times after occupancy due to termite problems. (NOTE: all houses that had received this type of treatment had never been pre-treated at time of construction. All such sub-slab injections were performed by Base Entomology Shops.)

Sample location codes for Wright-Patterson samples listed in Table 1-a:

| First Letter | Definition of Location |
|---|---|
| D | Downstairs in two story or bilevel house. |
| S | Single story house. |
| U | Upstairs in two story or bilevel house. |
| **Second Letter** | |
| A | Ambient air sample in room. |
| D | Duct or face of register air sample in room |

Wright-Patterson AFB two hour baseline air samples are presented in Table 1-a. This table is divided into sections by Wright-Patterson base housing areas. Data in each area show how many houses have been two-hour baseline air sampled, how many of certain location types of these samples have been collected in the houses, and results of each location type of two hour baseline air sample. Note that sample results are presented in numerically ascending order from left to right across the page.

Analytical detection limit was 0.2 micrograms of chlordane per sample. Calibration standards were run at least twice daily using EPA standard chlordane as well as technical grade chlordane. Results were quantitated on five to seven primary chlordane peaks and reported as "total chlordane" Floor waxes have not presented any analytical interferences since they elute 10 to 20 minutes after the last chlordane peak. Additionally, typical patterns of known polychlorinated byphenyls (PCB) have not been observed during analyses of these samples. Tracings have not indicated any PCB's and the computer ignores all peaks that arise from PCB's Aroclor 1242 and 1248.

Air sample results have been recorded as less than the quotient of 0.2 micrograms divided by the cubic meters of air samples; i.e., <X.X for "trace" and * <X.X for "non-detectable". All values have been rounded off to the nearest tenth. Note that in Table 1-1a, the "<" and "*<" symbols, respectively denoting "trace" and "non-detectable" chlordane concentrations have been omitted since each such result is grouped under a heading for "trace" and "non-detectable" concentrations.

Charles W. Bullock

CHARLES W. BULLOCK, Capt, USAF, BSC
Staff Bioenvironmental Engineer
Office of the Surgeon

TABLE 1-1a

RECAP BY AREA OF HOUSES WITH BASE LINE AIR SAMPLES TAKEN +

AS OF 21 APR 75

PREPARED FOR THE COMMAND SURGEON (AFLC)

BY THE MEDICAL COMPUTER SYSTEMS GROUP
U.S.A.F. MEDICAL CENTER, WRIGHT-PATTERSON (AFLC)

+ Excludes all baseline air samples that were not equal to or greater than 120 (± 10) minutes sampling time at 3.2 (±0.1) liters per minute.

TABLE 1-1a: cont'd

RECAP BY AREA OF HOUSES WITH BASE LINE AIR SAMPLES TAKEN

AREA - WOODLAND HILLS

222 HOUSES HAD AIR SAMPLES TAKEN
207 HOUSES HAD AT LEAST ONE SAMPLE GREATER THAN TRACE
15 HOUSES HAD ALL AIR SAMPLES TRACE OR NON-DETECTABLE

25 HOUSES HAD 'SA' SAMPLES
25 HOUSES HAD AT LEAST ONE 'SA' SAMPLE > TRACE
25 HOUSES HAD ALL 'SA' SAMPLES > TRACE

27 'SA' SAMPLES WERE > TRACE

| | | | | | |
|---|---|---|---|---|---|
| 2.00 | 2.10 | 2.70 | 2.90 | 3.10 | 3.20 |
| 3.20 | 3.40 | 3.40 | 3.50 | 3.60 | 3.60 |
| 3.60 | 4.00 | 4.30 | 4.40 | 4.60 | 5.40 |
| 5.50 | 5.90 | 6.90 | 7.30 | 7.80 | 7.90 |
| 8.70 | 10.30 | 10.90 | | | |

0 'SA' SAMPLES WERE TRACE

0 'SA' SAMPLES WERE NON-DETECTABLE

0 HOUSES HAD 'SD' SAMPLES
0 HOUSES HAD AT LEAST ONE 'SD' SAMPLE > TRACE
0 HOUSES HAD ALL 'SD' SAMPLES > TRACE

0 'SD' SAMPLES WERE > TRACE

0 'SD' SAMPLES WERE TRACE

0 'SD' SAMPLES WERE NON-DETECTABLE

196 HOUSES HAD 'DA' SAMPLES
181 HOUSES HAD AT LEAST ONE 'DA' SAMPLE > TRACE
179 HOUSES HAD ALL 'DA' SAMPLES > TRACE

188 'DA' SAMPLES WERE > TRACE

TABLE 1-1a: cont'd

9.50

0 'DD' SAMPLES WERE TRACE

0 'DD' SAMPLES WERE NON-DETECTABLE

0 HOUSES HAD 'UA' SAMPLES
0 HOUSES HAD AT LEAST ONE 'UA' SAMPLE > TRACE
0 HOUSES HAD ALL 'UA' SAMPLES > TRACE

0 'UA' SAMPLES WERE > TRACE

0 'UA' SAMPLES WERE TRACE

0 'UA' SAMPLES WERE NON-DETECTABLE

0 HOUSES HAD 'UD' SAMPLES
0 HOUSES HAD AT LEAST ONE 'UD' SAMPLE > TRACE
0 HOUSES HAD ALL 'UD' SAMPLES > TRACE

0 'UD' SAMPLES WERE > TRACE

0 'UD' SAMPLES WERE TRACE

0 'UD' SAMPLES WERE NON-DETECTABLE

TABLE 1-1a: cont'd

9.50

Ø 'DD' SAMPLES WERE TRACE

Ø 'DD' SAMPLES WERE NON-DETECTABLE

Ø HOUSES HAD 'UA' SAMPLES
Ø HOUSES HAD AT LEAST ONE 'UA' SAMPLE > TRACE
Ø HOUSES HAD ALL 'UA' SAMPLES > TRACE

Ø 'UA' SAMPLES WERE > TRACE

Ø 'UA' SAMPLES WERE TRACE

Ø 'UA' SAMPLES WERE NON-DETECTABLE

Ø HOUSES HAD 'UD' SAMPLES
Ø HOUSES HAD AT LEAST ONE 'UD' SAMPLE > TRACE
Ø HOUSES HAD ALL 'UD' SAMPLES > TRACE

Ø 'UD' SAMPLES WERE > TRACE

Ø 'UD' SAMPLES WERE TRACE

Ø 'UD' SAMPLES WERE NON-DETECTABLE

TABLE 1-1a: cont'd

| | | | | | |
|---|---|---|---|---|---|
| 0.40 | 0.40 | 0.50 | 0.50 | 0.50 | 0.60 |
| 0.60 | 0.70 | 0.70 | 0.80 | 0.80 | 0.80 |
| 0.80 | 0.80 | 0.80 | 0.90 | 0.90 | 0.90 |
| 0.90 | 0.90 | 0.90 | 0.90 | 0.90 | 1.00 |
| 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.10 |
| 1.10 | 1.10 | 1.10 | 1.10 | 1.10 | 1.10 |
| 1.20 | 1.20 | 1.20 | 1.20 | 1.20 | 1.20 |
| 1.30 | 1.30 | 1.30 | 1.30 | 1.30 | 1.30 |
| 1.30 | 1.30 | 1.40 | 1.40 | 1.40 | 1.40 |
| 1.40 | 1.50 | 1.50 | 1.50 | 1.50 | 1.60 |
| 1.60 | 1.60 | 1.60 | 1.60 | 1.60 | 1.60 |
| 1.70 | 1.70 | 1.70 | 1.70 | 1.70 | 1.70 |
| 1.70 | 1.70 | 1.70 | 1.80 | 1.80 | 1.80 |
| 1.80 | 1.80 | 1.80 | 1.80 | 1.80 | 1.80 |
| 1.80 | 1.80 | 1.90 | 1.90 | 1.90 | 1.90 |
| 1.90 | 1.90 | 2.00 | 2.00 | 2.00 | 2.00 |
| 2.00 | 2.00 | 2.10 | 2.10 | 2.10 | 2.10 |
| 2.10 | 2.20 | 2.20 | 2.20 | 2.30 | 2.30 |
| 2.30 | 2.30 | 2.30 | 2.30 | 2.30 | 2.30 |
| 2.30 | 2.40 | 2.40 | 2.40 | 2.40 | 2.40 |
| 2.50 | 2.50 | 2.50 | 2.50 | 2.50 | 2.50 |
| 2.50 | 2.50 | 2.60 | 2.60 | 2.60 | 2.60 |
| 2.70 | 2.70 | 2.70 | 2.80 | 2.80 | 2.80 |
| 2.90 | 2.90 | 2.90 | 2.90 | 3.00 | 3.00 |
| 3.00 | 3.10 | 3.10 | 3.20 | 3.20 | 3.30 |
| 3.30 | 3.40 | 3.40 | 3.40 | 3.50 | 3.60 |
| 3.60 | 3.70 | 3.80 | 3.90 | 3.90 | 4.00 |
| 4.20 | 4.40 | 4.40 | 4.40 | 4.40 | 4.60 |
| 5.10 | 5.10 | 5.50 | 5.50 | 5.80 | 6.00 |
| 6.10 | 6.20 | 6.50 | 6.90 | 6.90 | 7.40 |
| 7.50 | 8.10 | 9.30 | 17.40 | 19.40 | 22.10 |
| 26.10 | 30.00 | 34.00 | | | |

5 'DA' SAMPLES WERE TRACE

| | | | | | |
|---|---|---|---|---|---|
| 00.50 | 00.50 | 00.60 | 00.60 | 00.60 | |

11 'DA' SAMPLES WERE NON-DETECTABLE

| | | | | | |
|---|---|---|---|---|---|
| 00.40 | 00.40 | 00.50 | 00.50 | 00.50 | 00.50 |
| 00.50 | 00.50 | 00.50 | 00.60 | 00.70 | |

4 HOUSES HAD 'DD' SAMPLES
4 HOUSES HAD AT LEAST ONE 'DD' SAMPLE > TRACE
4 HOUSES HAD ALL 'DD' SAMPLES > TRACE

7 'DD' SAMPLES WERE > TRACE

| | | | | | |
|---|---|---|---|---|---|
| 3.40 | 4.40 | 4.70 | 6.40 | 8.50 | 8.50 |

TABLE 1-1a: cont'd

RECAP BY AREA OF HOUSES WITH BASE LINE AIR SAMPLES TAKEN
TREATMENT TYPE 1a
(Pretreated sub-slab on gravel fill)

AREA - NEW QUARTERS

195 HOUSES HAD AIR SAMPLES TAKEN
146 HOUSES HAD AT LEAST ONE SAMPLE GREATER THAN TRACE
49 HOUSES HAD ALL AIR SAMPLES TRACE OR NON-DETECTABLE

30 HOUSES HAD 'SA' SAMPLES
27 HOUSES HAD AT LEAST ONE 'SA' SAMPLE > TRACE
28 HOUSES HAD ALL 'SA' SAMPLES > TRACE

28 'SA' SAMPLES WERE > TRACE

| | | | | | |
|---|---|---|---|---|---|
| 00.50 | 0.50 | 0.80 | 0.80 | 0.80 | 1.00 |
| 1.00 | 1.60 | 2.00 | 2.10 | 2.20 | 2.30 |
| 2.60 | 2.70 | 2.80 | 3.40 | 3.40 | 3.50 |
| 3.60 | 3.80 | 3.80 | 4.50 | 4.70 | 5.10 |
| 5.20 | 6.00 | 6.30 | 8.80 | | |

1 'SA' SAMPLES WERE TRACE
30.50

2 'SA' SAMPLES WERE NON-DETECTABLE
30.50 00.60

0 HOUSES HAD 'SD' SAMPLES
0 HOUSES HAD AT LEAST ONE 'SD' SAMPLE > TRACE
0 HOUSES HAD ALL 'SD' SAMPLES > TRACE

0 'SD' SAMPLES WERE > TRACE

0 'SD' SAMPLES WERE TRACE

0 'SD' SAMPLES WERE NON-DETECTABLE

165 HOUSES HAD 'DA' SAMPLES
118 HOUSES HAD AT LEAST ONE 'DA' SAMPLE > TRACE
116 HOUSES HAD ALL 'DA' SAMPLES > TRACE

TABLE 1-1a: cont'd

116 'DA' SAMPLES WERE > TRACE

| | | | | | |
|---|---|---|---|---|---|
| 0.40 | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 |
| 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 |
| 0.60 | 0.60 | 0.60 | 0.60 | 0.70 | 0.70 |
| 0.70 | 0.80 | 0.80 | 0.80 | 0.80 | 0.80 |
| 0.80 | 0.90 | 0.90 | 0.90 | 0.90 | 0.90 |
| 0.90 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.10 |
| 1.10 | 1.10 | 1.10 | 1.10 | 1.10 | 1.10 |
| 1.20 | 1.20 | 1.20 | 1.20 | 1.30 | 1.30 |
| 1.30 | 1.30 | 1.30 | 1.30 | 1.30 | 1.40 |
| 1.40 | 1.40 | 1.50 | 1.50 | 1.50 | 1.50 |
| 1.50 | 1.50 | 1.50 | 1.50 | 1.60 | 1.60 |
| 1.60 | 1.60 | 1.60 | 1.60 | 1.70 | 1.70 |
| 1.80 | 1.80 | 1.80 | 1.90 | 1.90 | 2.00 |
| 2.10 | 2.20 | 2.20 | 2.20 | 2.20 | 2.20 |
| 2.20 | 2.20 | 2.30 | 2.40 | 2.50 | 2.50 |
| 2.50 | 2.50 | 2.50 | 2.60 | 2.60 | 2.70 |
| 2.80 | 2.90 | 3.10 | 3.10 | 3.20 | 3.30 |
| 3.60 | 3.80 | 3.80 | 4.40 | 4.40 | 4.60 |
| 4.70 | 5.00 | 5.20 | 8.20 | 10.00 | |

15 'DA' SAMPLES WERE TRACE

| | | | | | |
|---|---|---|---|---|---|
| 00.40 | 00.50 | 00.50 | 00.50 | 00.50 | 00.50 |
| 00.50 | 00.50 | 00.50 | 00.50 | 00.50 | 00.50 |
| 00.50 | 00.60 | 00.60 | | | |

36 'DA' SAMPLES WERE NON-DETECTABLE

| | | | | | |
|---|---|---|---|---|---|
| 00.10 | 00.10 | 00.40 | 00.40 | 00.40 | 00.40 |
| 00.40 | 00.40 | 00.40 | 00.40 | 00.40 | 00.40 |
| 00.50 | 00.50 | 00.50 | 00.50 | 00.50 | 00.50 |
| 00.50 | 00.50 | 00.50 | 00.50 | 00.50 | 00.50 |
| 00.50 | 00.50 | 00.50 | 00.50 | 00.50 | 00.50 |
| 00.60 | 00.60 | 00.60 | 00.60 | 00.60 | 00.60 |

0 HOUSES HAD 'DD' SAMPLES
0 HOUSES HAD AT LEAST ONE 'DD' SAMPLE > TRACE
0 HOUSES HAD ALL 'DD' SAMPLES > TRACE

0 'DD' SAMPLES WERE > TRACE

0 'DD' SAMPLES WERE TRACE

0 'DD' SAMPLES WERE NON-DETECTABLE

0 HOUSES HAD 'UA' SAMPLES

TABLE 1-1a: cont'd

Ø HOUSES HAD AT LEAST ONE 'UA' SAMPLE > TRACE
Ø HOUSES HAD ALL 'UA' SAMPLES > TRACE

Ø 'UA' SAMPLES WERE > TRACE

Ø 'UA' SAMPLES WERE TRACE

Ø 'UA' SAMPLES WERE NON-DETECTABLE

Ø HOUSES HAD 'UD' SAMPLES
Ø HOUSES HAD AT LEAST ONE 'UD' SAMPLE > TRACE
Ø HOUSES HAD ALL 'UD' SAMPLES > TRACE

Ø 'UD' SAMPLES WERE > TRACE

Ø 'UD' SAMPLES WERE TRACE

Ø 'UD' SAMPLES WERE NON-DETECTABLE

TABLE 1-1a: cont'd

RECAP BY AREA OF HOUSES WITH BASE LINE AIR SAMPLES TAKEN
TREATMENT TYPE 1b

(Pretreated sub-slab on compacted soil beneath gravel fill)

AREA - NEW QUARTERS

120 HOUSES HAD AIR SAMPLES TAKEN
59 HOUSES HAD AT LEAST ONE SAMPLE GREATER THAN TRACE
61 HOUSES HAD ALL AIR SAMPLES TRACE OR NON-DETECTABLE

16 HOUSES HAD 'SA' SAMPLES
14 HOUSES HAD AT LEAST ONE 'SA' SAMPLE > TRACE
14 HOUSES HAD ALL 'SA' SAMPLES > TRACE

14 'SA' SAMPLES WERE > TRACE

| | | | | | |
|---|---|---|---|---|---|
| Ø.8Ø | Ø.8Ø | 1.ØØ | 1.ØØ | 1.3Ø | 2.2Ø |
| 2.3Ø | 2.6Ø | 2.6Ø | 3.3Ø | 4.2Ø | 4.2Ø |
| 4.4Ø | 4.6Ø | | | | |

2 'SA' SAMPLES WERE TRACE

| | |
|---|---|
| ØØ.5Ø | ØØ.5Ø |

Ø 'SA' SAMPLES WERE NON-DETECTABLE

Ø HOUSES HAD 'SD' SAMPLES
Ø HOUSES HAD AT LEAST ONE 'SD' SAMPLE > TRACE
Ø HOUSES HAD ALL 'SD' SAMPLES > TRACE

Ø 'SD' SAMPLES WERE > TRACE

Ø 'SD' SAMPLES WERE TRACE

Ø 'SD' SAMPLES WERE NON-DETECTABLE

104 HOUSES HAD 'DA' SAMPLES
45 HOUSES HAD AT LEAST ONE 'DA' SAMPLE > TRACE
43 HOUSES HAD ALL 'DA' SAMPLES > TRACE

46 'DA' SAMPLES WERE > TRACE

| | | | | | |
|---|---|---|---|---|---|
| Ø.4Ø | Ø.4Ø | Ø.4Ø | Ø.5Ø | Ø.5Ø | Ø.5Ø |

TABLE 1-1a: cont'd

| | | | | | |
|---|---|---|---|---|---|
| 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 |
| 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 |
| 0.50 | 0.50 | 0.60 | 0.60 | 0.70 | 0.80 |
| 0.80 | 0.80 | 0.80 | 0.80 | 0.80 | 0.80 |
| 0.80 | 0.80 | 0.80 | 0.80 | 1.00 | 1.00 |
| 1.10 | 1.30 | 1.30 | 1.60 | 1.60 | 1.80 |
| 1.80 | 1.80 | 3.00 | 3.10 | | |

61 'DA' SAMPLES WERE TRACE

| | | | | | |
|---|---|---|---|---|---|
| 00.50 | 00.50 | 00.50 | 00.50 | 00.50 | 00.50 |
| 00.50 | 00.50 | 00.50 | 00.50 | 00.50 | 00.50 |
| 00.50 | 00.50 | 00.50 | 00.50 | 00.50 | 00.50 |
| 00.50 | 00.50 | 00.50 | 00.50 | 00.50 | 00.50 |
| 00.50 | 00.50 | 00.50 | 00.50 | 00.50 | 00.50 |
| 00.50 | 00.50 | 00.50 | 00.50 | 00.50 | 00.50 |
| 00.50 | 00.50 | 00.50 | 00.50 | 00.50 | 00.50 |
| 00.50 | 00.50 | 00.50 | 00.50 | 00.50 | 00.50 |
| 00.50 | 00.50 | 00.50 | 00.50 | 00.50 | 00.50 |
| 00.50 | 00.50 | 00.50 | 00.60 | 00.60 | 00.60 |
| 00.60 | | | | | |

2 'DA' SAMPLES WERE NON-DETECTABLE

| | |
|---|---|
| 00.50 | 00.50 |

0 HOUSES HAD 'DD' SAMPLES
0 HOUSES HAD AT LEAST ONE 'DD' SAMPLE > TRACE
0 HOUSES HAD ALL 'DD' SAMPLES > TRACE

0 'DD' SAMPLES WERE > TRACE

0 'DD' SAMPLES WERE TRACE

0 'DD' SAMPLES WERE NON-DETECTABLE

0 HOUSES HAD 'UA' SAMPLES
0 HOUSES HAD AT LEAST ONE 'UA' SAMPLE > TRACE
0 HOUSES HAD ALL 'UA' SAMPLES > TRACE

0 'UA' SAMPLES WERE > TRACE

0 'UA' SAMPLES WERE TRACE

0 'UA' SAMPLES WERE NON-DETECTABLE

0 HOUSES HAD 'UD' SAMPLES

TABLE 1-1a: cont'd

Ø HOUSES HAD AT LEAST ONE 'UD' SAMPLE > TRACE
Ø HOUSES HAD ALL 'UD' SAMPLES > TRACE

Ø 'UD' SAMPLES WERE > TRACE

Ø 'UD' SAMPLES WERE TRACE

Ø 'UD' SAMPLES WERE NON-DETECTABLE

TABLE 1-1a: cont'd

RECAP BY AREA OF HOUSES WITH BASE LINE AIR SAMPLES TAKEN

AREA - PAGE MANOR
-----------------

32 HOUSES HAD AIR SAMPLES TAKEN
12 HOUSES HAD AT LEAST ONE SAMPLE GREATER THAN TRACE
18 HOUSES HAD ALL AIR SAMPLES TRACE OR NON-DETECTABLE

0 HOUSES HAD 'SA' SAMPLES
0 HOUSES HAD AT LEAST ONE 'SA' SAMPLE > TRACE
0 HOUSES HAD ALL 'SA' SAMPLES > TRACE

0 'SA' SAMPLES WERE > TRACE

0 'SA' SAMPLES WERE TRACE

0 'SA' SAMPLES WERE NON-DETECTABLE

0 HOUSES HAD 'SD' SAMPLES
0 HOUSES HAD AT LEAST ONE 'SD' SAMPLE > TRACE
0 HOUSES HAD ALL 'SD' SAMPLES > TRACE

0 'SD' SAMPLES WERE > TRACE

0 'SD' SAMPLES WERE TRACE

0 'SD' SAMPLES WERE NON-DETECTABLE

31 HOUSES HAD 'DA' SAMPLES
12 HOUSES HAD AT LEAST ONE 'DA' SAMPLE > TRACE
10 HOUSES HAD ALL 'DA' SAMPLES > TRACE

12 'DA' SAMPLES WERE > TRACE

0.50 0.50 0.50 0.50 0.80 1.00 1.10 1.30
1.30 1.30 1.30 1.30

14 'DA' SAMPLES WERE TRACE

00.50 00.50 00.50 00.50 00.50 00.50

TABLE 1-1a: cont'd

| | | | | | |
|---|---|---|---|---|---|
| 00.50 | 00.50 | 00.50 | 00.50 | 00.60 | 00.60 |

'DA' SAMPLES WERE NON-DETECTABLE

| | | | | | |
|---|---|---|---|---|---|
| 00.50 | 00.50 | 00.50 | 00.50 | 00.50 | 00.60 |

0 HOUSES HAD 'DD' SAMPLES
0 HOUSES HAD AT LEAST ONE 'DD' SAMPLE > TRACE
0 HOUSES HAD ALL 'DD' SAMPLES > TRACE

0 'DD' SAMPLES WERE > TRACE

0 'DD' SAMPLES WERE TRACE

0 'DD' SAMPLES WERE NON-DETECTABLE

0 HOUSES HAD 'UA' SAMPLES
0 HOUSES HAD AT LEAST ONE 'UA' SAMPLE > TRACE
0 HOUSES HAD ALL 'UA' SAMPLES > TRACE

0 'UA' SAMPLES WERE > TRACE

0 'UA' SAMPLES WERE TRACE

0 'UA' SAMPLES WERE NON-DETECTABLE

0 HOUSES HAD 'UD' SAMPLES
0 HOUSES HAD AT LEAST ONE 'UD' SAMPLE > TRACE
0 HOUSES HAD ALL 'UD' SAMPLES > TRACE

0 'UD' SAMPLES WERE > TRACE

0 'UD' SAMPLES WERE TRACE

0 'UD' SAMPLES WERE NON-DETECTABLE

TABLE 1-1a: cont'd

RECAP BY AREA OF HOUSES WITH BASE LINE AIR SAMPLES TAKEN

AREA - BRICKS

Ø HOUSES HAD AIR SAMPLES TAKEN
Ø HOUSES HAD AT LEAST ONE SAMPLE GREATER THAN TRACE
Ø HOUSES HAD ALL AIR SAMPLES TRACE OR NON-DETECTABLE

Ø HOUSES HAD 'SA' SAMPLES
Ø HOUSES HAD AT LEAST ONE 'SA' SAMPLE > TRACE
Ø HOUSES HAD ALL 'SA' SAMPLES > TRACE

Ø 'SA' SAMPLES WERE > TRACE

Ø 'SA' SAMPLES WERE TRACE

Ø 'SA' SAMPLES WERE NON-DETECTABLE

Ø HOUSES HAD 'SD' SAMPLES
Ø HOUSES HAD AT LEAST ONE 'SD' SAMPLE > TRACE
Ø HOUSES HAD ALL 'SD' SAMPLES > TRACE

Ø 'SD' SAMPLES WERE > TRACE

Ø 'SD' SAMPLES WERE TRACE

Ø 'SD' SAMPLES WERE NON-DETECTABLE

Ø HOUSES HAD 'DA' SAMPLES
Ø HOUSES HAD AT LEAST ONE 'DA' SAMPLE > TRACE
Ø HOUSES HAD ALL 'DA' SAMPLES > TRACE

Ø 'DA' SAMPLES WERE > TRACE

Ø 'DA' SAMPLES WERE TRACE

Ø 'DA' SAMPLES WERE NON-DETECTABLE

Ø HOUSES HAD 'DD' SAMPLES

TABLE 1-1a: cont'd

Ø HOUSES HAD AT LEAST ONE 'DD' SAMPLE > TRACE
Ø HOUSES HAD ALL 'DD' SAMPLES > TRACE

Ø 'DD' SAMPLES WERE > TRACE

Ø 'DD' SAMPLES WERE TRACE

Ø 'DD' SAMPLES WERE NON-DETECTABLE

Ø HOUSES HAD 'UA' SAMPLES
Ø HOUSES HAD AT LEAST ONE 'UA' SAMPLE > TRACE
Ø HOUSES HAD ALL 'UA' SAMPLES > TRACE

Ø 'UA' SAMPLES WERE > TRACE

Ø 'UA' SAMPLES WERE TRACE

Ø 'UA' SAMPLES WERE NON-DETECTABLE

Ø HOUSES HAD 'UD' SAMPLES
Ø HOUSES HAD AT LEAST ONE 'UD' SAMPLE > TRACE
Ø HOUSES HAD ALL 'UD' SAMPLES > TRACE

Ø 'UD' SAMPLES WERE > TRACE

Ø 'UD' SAMPLES WERE TRACE

Ø 'UD' SAMPLES WERE NON-DETECTABLE

TABLE 1-1a: cont'd

RECAP BY AREA OF HOUSES WITH BASE LINE AIR SAMPLES TAKEN

AREA - OTHER
------------

1 HOUSES HAD AIR SAMPLES TAKEN
0 HOUSES HAD AT LEAST ONE SAMPLE GREATER THAN TRACE
1 HOUSES HAD ALL AIR SAMPLES TRACE OR NON-DETECTABLE

0 HOUSES HAD 'SA' SAMPLES
0 HOUSES HAD AT LEAST ONE 'SA' SAMPLE > TRACE
0 HOUSES HAD ALL 'SA' SAMPLES > TRACE

0 'SA' SAMPLES WERE > TRACE

0 'SA' SAMPLES WERE TRACE

0 'SA' SAMPLES WERE NON-DETECTABLE

0 HOUSES HAD 'SD' SAMPLES
0 HOUSES HAD AT LEAST ONE 'SD' SAMPLE > TRACE
0 HOUSES HAD ALL 'SD' SAMPLES > TRACE

0 'SD' SAMPLES WERE > TRACE

0 'SD' SAMPLES WERE TRACE

0 'SD' SAMPLES WERE NON-DETECTABLE

1 HOUSES HAD 'DA' SAMPLES
0 HOUSES HAD AT LEAST ONE 'DA' SAMPLE > TRACE
0 HOUSES HAD ALL 'DA' SAMPLES > TRACE

0 'DA' SAMPLES WERE > TRACE

0 'DA' SAMPLES WERE TRACE

1 'DA' SAMPLES WERE NON-DETECTABLE
00.40

TABLE 1-1a: cont'd

0 HOUSES HAD 'DD' SAMPLES
0 HOUSES HAD AT LEAST ONE 'DD' SAMPLE > TRACE
0 HOUSES HAD ALL 'DD' SAMPLES > TRACE

0 'DD' SAMPLES WERE > TRACE

0 'DD' SAMPLES WERE TRACE

0 'DD' SAMPLES WERE NON-DETECTABLE

1 HOUSES HAD 'UA' SAMPLES
0 HOUSES HAD AT LEAST ONE 'UA' SAMPLE > TRACE
0 HOUSES HAD ALL 'UA' SAMPLES > TRACE

0 'UA' SAMPLES WERE > TRACE

0 'UA' SAMPLES WERE TRACE

1 'UA' SAMPLES WERE NON-DETECTABLE
00.50

0 HOUSES HAD 'UD' SAMPLES
0 HOUSES HAD AT LEAST ONE 'UD' SAMPLE > TRACE
0 HOUSES HAD ALL 'UD' SAMPLES > TRACE

0 'UD' SAMPLES WERE > TRACE

0 'UD' SAMPLES WERE TRACE

0 'UD' SAMPLES WERE NON-DETECTABLE