CONFIDENTIAL

# VELSICOL CHEMICAL CORPORATION

## LABORATORY REPORT

SUBJECT: Applicator and Inhabitant Exposure to Chlordane During and After Termiticide Applications in California

UNITERM NO:

PROJECT NO: 480018

REPORT NO: 3

AUTHOR: W. P. Cahill

SECTION: Environmental Studies

DATE TYPED: October 8, 1979

PERIOD COVERED: -

WORK DONE BY: W. P. Cahill, M. K. Stumphy and Raltech™ Scientific Services, Inc.

SUPERVISOR: Y. H. Atallah

DEPARTMENT HEAD: D. Y. Takade

REFERENCES:

COPIES TO:
Y. H. Atallah
L. L. Gingerich
A. M. Khasawinah
M. O. Messerschmidt
G. S. Nagle
L. G. Nickell
D. Y. Takade
D. M. Whitacre
W. P. Cahill
Vault (2)

OBJECT: To determine the exposure of PCO's and inhabitants to chlordane and deodorized kerosene during and after treatment of homes for termite control.

SUMMARY: See next page.

SIGNATURE: Wm. P. Cahill

91.00-430

Summary

A study was conducted to determine the inhalation and dermal exposure of applicators and inhabitants to chlordane and deodorized kerosene from typical termiticide treatments of crawl-space and slab houses. Applicators were monitored during preparation and application of the termiticide. The potential applicator dermal exposure was similar for the crawl-space and slab treatments although large variations among applications were detected (796 to 0.89 ug chlordane per 100 $cm^2$ denim patch). Potential applicator inhalation exposure was approximately 30 times greater for crawl-space than slab treatments.

Potential inhabitant inhalation and surface samples were collected before, during and after treatment. Samples were also collected 22 days after treatment of the crawl-space houses. Air residues of chlordane in crawl-space treated homes ranged from about 0.001 to 0.049 $mg/m^3$ in the living quarters and from 0.0014 to 0.015 $mg/m^3$ in the crawl-spaces. Surface residue in living quarters ranged from 0.010 to 0.094 $mg/m^2$. The chlordane air and surface residue remained fairly uniform through 22 days post-treatment. Deodorized kerosene was not detected in the living quarters. Levels in the crawl-space ranged from 1.68 to 6.95 $mg/m^3$ and were lowest for the 48 hr post-treatment samples. Chlordane (potential inhabitant inhalation exposure) was detected in 5 of 18 air samples (slab treatment) at low levels ( 0.00083 to 0.0023 $mg/m_3$). However, chlordane surface and deodorized kerosene air residues were not detected.

## METHODS AND MATERIALS

I. Termiticide Applications

(See Appendix I for protocol containing description of the termiticide and general application procedures; See Appendix II for a description of specific application techniques used by PCO's).

II. Sampling

A. PCO Exposure Samples

1. Inhalation samples

a. Deodorized kerosene

The sampling method used was that described in the U.S. Dept. of Health, Education and Welfare (NIOSH) Publication No. 77-192, "Criteria for a Recommended Standard...Occupational Exposure to Refined Petroleum Solvents" (Appendix III).

An activated charcoal tube, lot no. 107, SKC, Inc. was attached near the tip of the collar beneath each applicators' chin and connected by Tygon® tubing to a battery powered air pump (MSA model G or S) such that sampled air first passed through the charcoal tube. The flowrate was adjusted to 1.0 L/min (See Appendix III, p 217) immediately prior to application and confirmed after sampling. Flow rates were determined using an air mass flow calibrator (Kurz Instruments, Inc. Carmel Valley, CA). After sampling charcoal tubes were sealed with plastic caps and placed in labeled vials.

b. Chlordane

i. Crawl-space treatment

A spillproof midget impinger without a sintered glass frit (Daco Products, Inc. Montclair, N.J.) containing 10 mL of ethylene glycol was attached to the applicators lapel and connected to a battery powered air pump as described above. Upon completion of the treatment the ethylene glycol was transferred, using two 5 mL rinses, to a labeled 8 oz glass bottle. The bottle was closed with a poly-seal cap.

ii. Slab treatment

A midget impinger with a sintered glass frit containing 15 to 20 mL of ethylene glycol (Ace Glass Inc., Vineland, NJ) was secured beneath the chin of the applicator with nylon fiber reinforced tape (3M Inc.) and connected to the pump as described previously. Samples were collected as described for the spillproof impinger. Each rinse was allowed to penetrate the frit and drain before transfer.

2. Dermal Samples

Denim patches (10 x 10 cm) were attached to the outer surface of the applicators' coveralls just above each knee and elbow, the inner surface of the coveralls at the elbow but not overlapping the outer patch and to the inner surface of the work pants (pants worn under coveralls) at the knees. A denim patch (5.1 x 35 cm) was also attached to the upper collar surface of the coveralls. After the application the patches were removed and placed in separate, labeled vials. Prior to the experiment several randomly selected denim patches were selected and placed in sealed vials to act as "blanks".

Hand washes were obtained after each treatment by directing a stream of 2:1 acetone/water (about 250 mL) over the hands of the applicator. Each washing was collected through a funnel into a 16 ounce bottle equipped with a poly-seal cap. The hands were rubbed together during washing.

B. Inhabitant Potential Exposure Samples

Air (deodorized kerosene and chlordane) and surface residue samples (chlordane) were collected in the kitchen at each of the 6 homesites and in the master bedroom at 5 of the 6 homesites. The living room was sampled instead of the master bedroom at the 8982 homesite since the former was closer to the treatment location. At the 3706 homesite, samples were also collected from the living room and hallway to duplicate the California Department of Food and Agriculture sampling. Air samples (deodorized kerosene and chlordane) were collected in each of the 3 treated crawl-spaces. However crawl-space surface residue samples were not collected. The sampling periods for the inhabitant potential (as opposed to actual) exposure were as follows:

- a 2-hour period preceeding application (control).
- a 2-hour period within 4 hours after completion of the application.
- a 2-hour period on the day following treatment.
- a 2-hour period on the second day following treatment.
- a 2-hour period on the twenty second day following treatment (crawl-space homesites only).

1. Inhalation samples

The equipment, and flowrates for the homesite sampling (inhabitant exposure) were the same as those described for the applicator inhalation exposure. The sampling devices were placed on the refrigerator in the kitchen, dresser tops in the master bedroom and on the dirt floor of the crawl-space near the entry way. In all cases the door to the crawl-space entry was closed during sampling. The sampling equipment was placed on table tops in the living room and hallways.

2. Surface samples

Denim patches (10 x 10 cm) were placed adjacent to the air sampling devices. However crawl-space surface residue samples were not collected.

III. Analysis

Analyses were conducted by Raltech ™ Scientific Services, Inc. (P.O. Box 7545, Madison, Wisconsin 53707) for Velsicol Chemical Corporation. See Appendix I and IV for methods of analysis. The limits of detection for chlordane and deodorized kerosene per sample were 0.10 and 50 ug respectively.

RESULTS

The analytical results (total chlordane or deodorized kerosene residue per sample) for the PCO applicator exposure samples are presented in Table 1. The ratio of the potential dermal applicator exposure and the actual exposure (residues on outer patches to residues on inner patches at the knees and elbows was about 30 and 3 respectively. These data show that the potential applicator exposure was greatly reduced by an additional layer of clothing since the outer and inner knee patches were separated by the coveralls and work pants while those at the elbow were separated only by the coverall sleeve. Although new rubber gloves extending halfway to the elbow were worn during mixing and treatment, inadvertent hand contamination was reported.

The analytical results (total quantity of chlordane or kerosene per sample) for the inhabitant exposure samples are listed in appendices V and VI. Inhabitant exposures ($mg/m^2$ and $mg/m^3$) are presented in Tables 2 and 3. In general, the air sample values were approximately 12 to 300 fold less than the OSHA recommended permissable exposure limit of 0.5 $mg/m^3$ for chlordane. In many instances chlordane was not detected. The potential applicator dermal exposure was similar for the crawl-space and slab treatments although large variations among applications were detected (796 to 0.89 ug chlordane per 100 $cm^2$ denim patch). Potential applicator inhalation exposure was approximately 30 times greater for crawl-space than slab treatments.

Potential inhabitant inhalation and surface samples were collected before, during and after treatment. Samples were also collected 22 days after treatment of the crawl-space houses. Air residues of chlordane in crawl-space treated homes ranged from about 0.001 to 0.049 $mg/m^3$ in the living quarters and from 0.0014 to 0.015 $mg/m^3$ in the crawl-spaces. Surface residue in living quarters ranged from 0.010 to 0.094 $mg/m^2$. The chlordane air and surface residue remained fairly uniform through 22 days post-treatment. Deodorized kerosene was not detected in the living quarters. Levels in the crawl-space ranged from 1.68 to 6.95 $mg/m^3$ and were lowest for the 48 hr post-treatment samples. Chlordane (potential inhabitant inhalation exposure) was detected in 5 of 18 air samples (slab treatment) at low levels ( 0.00083 to 0.0023 $mg/m^3$). However, chlordane surface and deodorized kerosene air residues were not detected.

Table 1 Analysis of PCO Applicator Exposure Samples Collected During Typical Termiticide Treatments in the Los Angeles Area.

| | (ug chlordane per sample) | | | | | |
|---|---|---|---|---|---|---|
| House No | 3706 | 3826 | 3901 | 8961 | 8981 | 8982 |
| House Type | crawl | crawl | crawl | slab | slab | slab |
| knee, r.o.1/ | 96.2 | 54.7 | 17.5 | 356.0 | 1.5 | 23.9 |
| knee, r.i.2/ | 2.3 | 7.3 | 0.97 | 3.5 | 0.53 | 0.84 |
| knee, l.o.1/ | 796.0 | 222 | 7.5 | 404.0 | 49.5 | 34.2 |
| knee, l.i.2/ | 2.2 | 6.2 | 0.89 | 1.5 | 0.79 | 0.82 |
| elbow, r.o.3/ | 10.7 | 17.5 | 11.1 | 12.1 | 10.1 | 11.9 |
| elbow, r.i.4/ | 2.5 | 4.3 | 1.6 | 12.5 | 3.4 | 7.3 |
| elbow, l.o.3/ | 6.0 | 10.5 | 32.4 | 9.5 | 5.7 | 19.0 |
| elbow, l.i.4/ | 2.0 | 5.4 | 0.73 | 12.7 | 4.2 | 7.7 |
| collar patch | 10.4 | 41.5 | 4.2 | 2.7 | 2.0 | 2.4 |
| hand wash | 579 | 92.0 | 22.7 | 103.0 | 30.8 | 59.6 |
| EG impinger | 7.3 (0.061)6/ | 14.2 (0.118) | 4.0 (0.033) | 0.16 (0.0013) | ——— 5/ | ——— |
| | ug kerosene per sample | | | | | |
| charcoal tube | ——— | 1.86 (1.55) | 820 (6.83) | <50 (<0.42) | <50 (<0.42) | <50 (<0.42) |

1/ denim patch attached to right knee outside (r.o.) or left knee outside (l.o.) of coverall.

2/ denim patch, attached to right knee inside (r.i.) or left knee inside (l.i.) of workpants beneath coverall.

3/ denim patch attached to right elbow outside (r.o.) or left elbow outside (l.o.) of coverall.

4/ denim patch attached to the right elbow inside (r.i.) or left elbow inside (l.i.) of coverall.

5/ sample lost during analysis

6/ values in parenthesis in $mg/m^3$ (average air concentration for 2 hour sampling period).

Table 2 Analysis of Ai mples Representing Potential Inhabitant Inhalati Exposure to Ch ordane (impinger trap) and Kerosene (charcoal trap) From Typical Crawl-Space Termiticide Treatments.

| House No. | Room | Sample | Pretreat mg/m³ | Treat mg/m³ | Immed Post mg/m³ | 24h Post mg/m³ | 48h Post mg/m³ | 22d Post mg/m³ |
|---|---|---|---|---|---|---|---|---|
| 3706 | kitchen | impinger | N.D.[1] | —— | —— | 0.0013 | —— | 0.0010 |
| 3706 | bedroom | impinger | N.D. | —— | —— | 0.0016 | —— | 0.0015 |
| 3706 | hallway | impinger | —— | N.D. | N.D. | —— | 0.0012 | —— |
| 3706 | liv. rm. | impinger | —— | N.D. | N.D. | —— | 0.0009 | —— |
| 3706 | c. space | impinger | 0.0014 | —— | 0.104 | 0.105 | 0.084 | 0.064 |
| 3706 | kitchen | charcoal | N.D.[2] | —— | N.D. | N.D. | N.D. | —— |
| 3706 | bedroom | charcoal | N.D. | —— | N.D. | N.D. | N.D. | —— |
| 3706 | c. space | charcoal | N.D. | —— | 6.95 | 4.76 | 2.18 | —— |
| 3826 | kitchen | impinger | N.D. | —— | 0.0027 | 0.0020 | 0.0028 | 0.0049 |
| 3826 | bedroom | impinger | N.D. | —— | SLDA [3] | 0.0013 | 0.0013 | SLDA |
| 3826 | c. space | impinger | 0.0061 | —— | 0.035 | 0.043 | 0.051 | 0.019 |
| 3826 | kitchen | charcoal | N.D. | —— | N.D. | N.D. | N.D. | —— |
| 3826 | bedroom | charcoal | N.D. | —— | N.D. | N.D. | N.D. | —— |
| 3826 | c. space | charcoal | N.D. | —— | 2.85 | 4.61 | 1.68 | —— |
| 3901 | kitchen | impinger | N.D. | —— | 0.0016 | 0.0014 | 0.0035 | 0.0028 |
| 3901 | bedroom | impinger | N.D. | —— | 0.0010 | 0.0018 | 0.0043 | 0.0031 |
| 3901 | c. space | impinger | N.D. | —— | 0.075 | 0.075 | 0.068 | 0.041 |
| 3901 | kitchen | charcoal | N.D. | —— | N.D. | N.D. | N.D. | —— |
| 3901 | bedroom | charcoal | N.D. | —— | N.D. | N.D. | N.D. | —— |
| 3901 | c. space | charcoal | N.D. | —— | 3.33 | 4.72 | 2.27 | —— |

[1] Limit of detection for chlordane 0.00083 mg/m³

[2] Limit of detection for kerosene 0.42 mg/m³

[3] Sample Lost During Analysis

Table 3 Analysis of Surface Samples (Denim patches) Representing Potential Inhabitant Dermal Exposure to Chlordane From Typical Crawl-Space Termiticide Treatments.

| House No. | Room | Sample | Pretreat | Treat | Immed Post | 24h Post | 48h Post | 22d Post |
|---|---|---|---|---|---|---|---|---|
| | | | mg/m² | mg/m² | mg/m² | mg/m² | mg/m² | mg/m² |
| 3706 | kitchen | d.p. | 0.010 | ——— [2/] | ——— | 0.013 | ——— | 0.016 |
| 3706 | bedroom | d.p. | N.D.[1/] | ——— | ——— | 0.014 | ——— | 0.041 |
| 3706 | hallway | d.p. | ——— | N.D. | 0.010 | ——— | 0.021 | ——— |
| 3706 | liv. rm. | d.p. | ——— | 0.021 | N.D. | ——— | 0.016 | ——— |
| 3826 | kitchen | d.p. | 0.032 | ——— | 0.054 | 0.046 | 0.036 | 0.094 |
| 3826 | bedroom | d.p. | 0.021 | ——— | 0.016 | 0.019 | 0.028 | 0.016 |
| 3901 | kitchen | d.p. | N.D. | ——— | 0.030 | 0.044 | 0.045 | 0.057 |
| 3901 | bedroom | d.p. | N.D. | ——— | 0.014 | 0.018 | 0.020 | 0.035 |

[1/] Limit of detection 0.010 mg/m²

[2/] Indicates sample was not collected

Table 4 Analysis of Air Samples Representing Potential Inhabitant Exposure to Chlordane (impinger trap) and Kerosene (charcoal trap) from Typical Slab Termiticide Treatments.

| House No. | Room | Sample | Pretreat mg/m³ | Treat | Immed Post mg/m³ | 24h Post mg/m³ |
|---|---|---|---|---|---|---|
| 8961 | kitchen | impinger | N.D.[1] | ———— [3] | N.D. | N.D. |
| 8961 | bedroom | impinger | N.D. | ———— | 0.0019 | N.D. |
| 8961 | kitchen | charcoal | N.D.[2] | ———— | N.D. | N.D. |
| 8961 | bedroom | charcoal | N.D. | ———— | N.D. | N.D. |
| 8981 | kitchen | impinger | N.D. | ———— | 0.0023 | N.D. |
| 8981 | bedroom | impinger | N.D. | 0.00083 | N.D. | N.D. |
| 8981 | kitchen | charcoal | N.D. | ———— | N.D. | N.D. |
| 8981 | bedroom | charcoal | N.D. | ———— | N.D. | N.D. |
| 8981 | liv. rm. | charcoal | ———— | ———— | N.D. | ———— |
| 8982 | kitchen | impinger | N.D. | ———— | N.D. | 0.0017 |
| 8982 | liv. rm. | impinger | N.D. | ———— | ———— | 0.0010 |
| 8982 | kitchen | charcoal | N.D. | ———— | ———— | N.D. |
| 8982 | liv. rm. | charcoal | N.D. | ———— | ———— | N.D. |

1/ Limit of detection for ethylene glycol impinger sample (chlordane air sample) = 0.00083 mg/m³

2/ Limit of detection for charcoal trap (deodorized kerosene air sample) = 0.42 mg/m³

3/ Indicates no sample collected

Table 5 Analysis of Surface Samples (Denim Patches, d.p.) Representing Potential Inhabitant Dermal Exposure to Chlordane From Typical Slab Termiticide Treatments

| House No. | Room | Sample | Pretreat mg/m² | Treat mg/m² | Immed Post mg/m² | 24h Post mg/m² |
|---|---|---|---|---|---|---|
| 8961 | kitchen | d.p. | N.D.[1] | ——— [2] | N.D. | N.D. |
| 8961 | bedroom | d.p. | N.D. | ——— | N.D. | N.D. |
| 8981 | kitchen | d.p. | N.D. | ——— | N.D. | N.D. |
| 8981 | bedroom | d.p. | N.D. | N.D. | 0.014 | N.D. |
| 8982 | kitchen | d.p. | N.D. | ——— | N.D. | N.D. |
| 8982 | liv. rm. | d.p. | N.D. | ——— | N.D. | N.D. |

1/ Limit of detection 0.010 mg/m²

2/ No sample collected

APPENDIX I



## Protocol

Pest Control Operator (PCO) and Inhabitants Exposure to Chlordane in Homes Treated for Termite Control.

## OBJECTIVE

To determine the exposure of PCO and inhabitants to chlordane and deodorized kerosene during and after treatment of homes for termite control.

## INTRODUCTION

Termites annually cause extensive damage to homes in the U.S. However, the introduction of prophylactic treatment of homes with persistent insecticides such as chlordane has minimized but not eliminated monetary loss caused by these pests. In fact, chlordane is the major insecticide used for soil treatment to control subterranean termites in homes.

While data on the exposure of applicators and inhabitants are limited, two studies have attempted to estimate the levels of chlordane and heptachlor in habitation areas. Malina et. al. have determined the chlordane levels in air habitations treated for insect control (1). In addition, data are available on heptachlor residues in air and on surfaces in homes and business establishments treated for termite control (2). Both studies yielded interesting results but neither study provided adequate information concerning PCO and inhabitant exposure.

Because of concerns about the human health effects of chlordane, OSHA has established an occupational permissible exposure limit of 0.5 $mg/m^3$ (skin, ref. 4) to chlordane. NIOSH has recommended an occupational exposure limit of 100 $mg/m^3$ for kerosene.

This test is intended to determine the exposure levels of Pest Control Operators (PCO) and inhabitants to chlordane and deodorized kerosene during and after soil treatment with chlordane to control termites in homes.

## EXPERIMENTAL

I. Chlordane

Gold Crest®, C-100, emulsifiable concentrate, E.P.A. Reg. No. 876-63-AA, E.P.A. Est. No. 876-TN-1. Chlordane will be used in compliance with label directions. Volumes and percentages of active ingredient will be at or below the specified rate which ever will control the target pest (termites).

II. Homes

A. Crawl-space construction with all duct work passing through the crawl-space (3 homes).

B. Concrete slab construction (3 homes).

III. Location

Torrance and Westminster (Los Angeles area), California.

IV. Application

A. Personal Protection

1. Applicators shall wear respirators, approved by NIOSH/MSHA for protection against pesticides while mixing, loading, or applying finished spray mix in confined spaces, such as crawl spaces and basements. Eye protection shall be provided.

2. Clean outer clothing shall be worn daily. Clothing shall cover the body, arms to the wrist, and legs to the ankles.

3. Neoprene gloves shall be worn when mixing, loading or applying chlordane pesticides.

4. Adequate supply of water, soap, and towels shall be provided at the work site, and the locale where the working day is finished.

5. Applicators shall be instructed as to safety requirements to be observed in the handling of chlordane.

B. Application Equipment

1. Pump pressures and nozzle type shall be of such combination and design so as to prevent formation of droplet size of the finished spray mix that would cause significant drift or run-off from the intended specific application site.

2. Concentrate chlordane material shall be carried on the service vehicle in properly labeled containers of a size required to prepare a full tank of finished spray mix for the application equipment. Concentrated material shall not be transferred, other than into the application tank, from one container to another at the treatment location site.

C. Application Procedure

The soil of the inside and outside perimeters of the crawl-space and around the piers will be treated. The soil beneath the concrete slab construction will be treated. For more details see appendix I.

V. Sampling

Samples will be collected to determine inhalation and dermal exposure of the Pest Control Operator (PCO) to chlordane and deodorized kerosene. In addition, air samples and surface residue samples will be collected in the home to determine the potential exposure of the inhabitants.

A. PCO Exposure Samples

Samples collected from the applicator shall be representative of a complete treatment cycle (i.e., from the time of arrival at the treatment site to departure from the site at completion of the job).

1. Inhalation exposure samples

a. Deodorized kerosene

The method of collection shall be that described in the U.S. Department of Health, Education and Welfare (NIOSH) Publication No. 77-192, "Criteria for a Recommended Standard... Occupational Exposure to Refined Petroleum Solvents". The method requires drawing a known volume of air through a charcoal tube, attached in the workers breathing zone, to trap the organic pollutant (Appendix II).

b. Chlordane

This method involves drawing a known volume of air through a midget impinger containing 15-20 ml of ethylene glycol.

i. Before use, each sampling pump shall be calibrated using an integrating volume meter or other suitable means.

ii. Pour 15-20 ml of the ethylene glycol into the midget impinger. A graduated cylinder may be used to measure the volume.

iii. Connect the impinger to the pump with a short piece of flexible tubing. The air being sampled must not pass through any tubing or other equipment before entering the impinger.

iv. Attach the impinger to the collar or lapel of the worker and turn the pump on to begin collection. Measure the flow rate, time and/or volume accurately. Record the temperature, humidity and the wind speed and direction (if wind is a factor affecting potential exposures). The sample shall be collected at a flow rate of 1.0 liters per minute.

[illegible] should be observed frequently [illegible]es, one hour and hourly thereafter and sampling should be terminated at any evidence of equipment problems.

vi. Terminate sampling at appropriate time and note sample flow rate and collection time.

vii. After sampling, remove the impinger stem, rinse the stem with two 5 to 10 ml portions of ethylene glycol, adding the rinse to the sample impinger. The samples should be either kept in the impinger bottle or quantitively transferred to an 8 oz poly-seal cap bottle.

viii. Seal and label each sample. Refrigerate sample if analysis will be delayed.

ix. A "blank" impinger should be handled in the same manner as the impingers containing samples except that no air is sampled through this impinger.

x. A bulk liquid sample (approximately 20 ml) of the termiticide being applied at the time of sampling should be submitted to the laboratory. This sample should not be transported in the same container as the air samples.

2. Dermal exposure

a. Unprotected skin surfaces

An estimate of the chlordane dermal exposure (the exposure occurring to body surfaces such as the face, neck and a portion of the chest which are normally unprotected by clothing) shall be made using a prewashed denim collar (a strip of denim placed around the neck so that the ends meet) attached, via safety pins, in such a manner as his own shirt collar does not obstruct the sampling device. At the end of the termiticide application, the device shall be removed, folded and placed in a labeled container. A blank shall also be supplied to the laboratory.

b. Protected skin areas

To evaluate the effectiveness of the protective equipment (gloves and coveralls or uniforms) in providing an adequate barrier, patch tests and hand washes shall be performed. Denim patches (10 x10 cm) shall be attached to the inside and outside of the applicators clothing in the knee and elbow areas. These areas would present the greatest potential for exposure when movement is restricted as might occur in a crawl space. At termination of the sampling period, the patches shall be carefully removed and each patch folded and placed in sealed, labeled 8 oz bottles with poly-sealed caps. A blank patch shall also be supplied to the laboratory.

VI. ANALYTICAL PROCEDURE:

A. Chlordane

Extraction and Cleanup

1. Air Samples

Transfer the ethylene glycol from the sample bottle to a 50 ml glass stoppered graduated cylinder. Rinse the bottle twice with 5 ml portions of fresh ethylene glycol and add to the graduate cylinder Adjust the volume to 50 ml, stopper and shake.

Add 300 ml of distilled water, 20 ml of a saturated aqueous sodium chloride solution, a 20 ml aliquot of the ethylene glycol trapping solution and 100 ml of n-pentane to a 500 ml separatory funnel and shake vigorously for 1 minute. Allow phases to separate and discard the aqueous layer. Pass the pentane layer through a bed of anhydrous sodium sulfate (5-10g) and collect in a 125 ml Kuderna-Danish concentrator. Add 2 ml of n-hexane, a boiling stone and concentrate the extract to 2 ml on a 50°C water bath. Add 0.5 ml of a 1:1 (concentrated sulfuric acid:fuming sulfuric acid) solution to the concentrated extract and agitate vigorously for 1 minute and allow the phases to separate.

Transfer the n-hexane extract using a Pasteur pipette to a 50 ml volumetric flask and dilute with hexane. Quantitate the chlordane residue in the extract by GC/EC. Previous recovery studies using this method yielded about 90% recovery.

2. Denim Patches

Denim patches prewashed with hexane will be used for monitoring the dermal exposure and surface residues.

Add 100 ml of hexane to the 8 oz bottle (poly-seal caps) containing the denim patch. Shake sample on a platform shaker for 30 min. Inject an aliquot of the extract directly into the GC-EC to determine the proper dilution or concentration prior to analysis. In case cleanup is needed, the hexane extract will be acid washed as previously described.

## Identification and Quantification

1. Gas Chromatograph: Hewlett Packard 5710A with $^{63}Ni$ electron capture detector.

   Column: 3% SE-30 on Gas Chrom Q, 80/100 mesh, 1.8 m x 4 mm i.d. glass column.

   Carrier: argon + methane (95 + 5) at 40 ml/min.

   Temperatures: oven, 175°C.
   injector, 250°C.
   detector, 300°C.

   Attenuation: x8

2. Gas Chromatograph: TRACOR MT-220 with $^{63}Ni$ electron capture detector.

   Column: 3% SE-30 on Gas Chrom Q 80/100 mesh, 1.2 m x 4 mm i.d. glass column.

   Carrier Gas: nitrogen at 20 ml/min.

   Temperatures: oven, 155°C.
   injector, 250°C.
   detector, 285°C.

   Attenuation: x2

## G. C. Conditions

3. Standard Curve

   The standard curve will be constructed by plotting the sum of the peak heights of the 6 components characteristic of technical chlordane (compound C. heptachlor, compound E, gamma and alpha chlordane and nonachlor) versus the nanograms of technical chlordane injected into the gas chromatograph (References 4 and 5). The total amount of technical chlordane in the impinger is determined from the expression.

$$Q = \frac{A \times V_E \times Vs}{ul \times Va}$$

where

- Q = amount of technical chlordane in the sample (in micrograms).
- A = amount of technical chlordane in the injected aliquot in nanograms.
- $\mu l$ = volume of extract injected into GC in microliters.
- $V_E$ = volume of ethylene glycol from impinger + rinses (50 ml).
- Vs = volume of solution from which GC aliquot taken in milliliters (50 ml).
- Va = volume of ethylene glycol taken for cleanup (20 ml).

The total amount of chlordane in the denim patch was determined from the expression.

$$Q = \frac{A \times Vt}{\mu l}$$

when

Q, A and $\mu l$ are as above
Vt = total volume of hexane extract in milliliters (100 ml) or final volume of extract requires dilution or concentration.

B. Kerosene

Analysis will be conducted as described in the U.S., HEW, NIOSH publication No. 77-192 "Criteria for a Recommended Standard... Occupational Exposure to Refined Petroleum Solvents". The recommended method essentially involves the desorption of the kerosene from the charcoal using carbon disulfide followed by GC/FID analysis of the extract (Appendix III).

## References


1. Malina, M.A., J.M. Kearny and P.B. Polen. 1959. J. Agric. Food Chem. 7:30-33.

2. Stumphy, M.K. and Y.H. Atallah. 1975. Velsicol Chemical Corporation, Report No. 190, Project No. 406000.

3. U. S. Department of Health, Education, and Welfare (NIOSH). 1978. Occupational Exposure During the Manufacture and Formulation of Pesticides, XI, Appendix III, p. 378.

4. Atallah Y.H., D. M. Whitacre and B. L. Hoo 1979. Bull. Environ. Contam. Toxicol. 22:570-74.

5. McMahon, D.M. and L.D. Sawyer (Editors). 1977. Pesticide Analytical Manual (PAM). Vol. I. FDA, HEW.


YHA/yc
September 25, 1979

# APPENDIX II

## Application Equipment and Methods

The termiticide applications were made by low pressure spray, rodding and sub-slab injection techniques. For low pressure sprays, the nozzle pressure was 40 psi. For rodding and sub-slab injection, the pump pressure was 60 psi.

### Crawl Space

A surface application was made to the soil area within 18 inches, horizontally, from the interior foundation wall, piers and pipes. The low pressure spray nozzle was a "shower head" type with 43 orafices each 1 mm in diameter. A Spraying System "36" valve and a 2½ foot aluminum extension were used.

### Exterior Foundation

A rodding application was made to the perimeter of the exterior foundation. A B & G Extenda Rod® attachment was used.

### Slab Construction

Applications were made by sub-slab injection to all probable termite entry points, including cracks, pipes, and voids. A B & G Sub-Slab Injector attachment was used. All treatment holes were sealed with concrete.

APPENDIX III

criteria for a recommended standard....

# OCCUPATIONAL EXPOSURE TO REFINED PETROLEUM SOLVENTS

U.S. DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE
Public Health Service
Center for Disease Control
National Institute for Occupational Safety and Health

JULY 1977

For sale by the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402

# XI. APPENDIX III

## METHOD FOR SAMPLING REFINED PETROLEUM SOLVENTS IN AIR

In order to evaluate conformance with the recommended environmental limits, air concentrations of rubber solvent, varnish makers' and painters' naphtha, mineral spirits, Stoddard solvents, and kerosene must be measured within the individual worker's breathing zone. Sampling procedures must conform with the following criteria.

### Atmospheric Sampling

Collect breathing zone or personal samples representative of the individual employee's exposure. At the time of sample collection, record a description of sampling location and conditions, equipment used, time and rate of sampling, and any other pertinent information. Collect enough samples to permit calculation of a TWA exposure for every operation or location in which there is exposure to any refined petroleum solvents.

(a) Equipment

The sampling train consists of a charcoal tube and a vacuum pump.

(1) Charcoal tubes: Glass tubes, with both ends flame-sealed, 7-cm long with a 6-mm OD and a 4-mm ID, containing two sections of 20/40 mesh activated charcoal separated by a 2-mm portion of urethane foam. The primary section contains 100 mg of charcoal, the backup section, 50 mg. A 3-mm portion of urethane foam is placed between the outlet end of the tube and the backup section. A plug of glass wool is placed in front of the primary section. Tubes with the above specifications are commercially

available. It should be noted that when conditions of very high humidity exist, evident by the visible condensation within the tube, the collection efficiency of the sampling tube will be seriously reduced..

(2) Pump: A battery-operated pump, complete with clip for attachment to the employee's belt, capable of operating at 200 ml/minute or less.

(b) Calibration

The accurate calibration of a sampling pump is essential for the correct interpretation of the volume sampled. The frequency of calibration is dependent on the use, care, and handling to which the pump is subjected. Pumps should also be recalibrated if they have been misused or if they have just been repaired or received from a manufacturer. If the pump receives hard usage, more frequent calibration may be necessary. Maintenance and calibration should be performed on a regular schedule and records of these should be kept.

Ordinarily, pumps should be calibrated in the laboratory both before they are used in the field and after they have been used to collect a large number of field samples. The accuracy of calibration is dependent on the type of instrument used as a reference. The choice of calibration instrument will depend largely on where the calibration is to be performed. For laboratory testing, a soapbubble meter is recommended, although other standard calibrating instruments can be used. The actual setups will be similar for all instruments.

Instructions for calibration with the soapbubble meter follow. If another calibration device is selected, equivalent procedures should be used. The calibration setup for personal sampling pumps with a charcoal

tube is shown in Figure XIV-1. Since the flowrate given by a pump is dependent on the pressure drop across the sampling device, in this case a charcoal tube, the pump must be calibrated while operating with a representative charcoal tube in line.

(1) Check the voltage of the pump battery with a voltmeter to ensure adequate voltage for calibration. Charge the battery if necessary.

(2) Break the tips of a charcoal tube to produce openings of at least 2 mm in diameter.

(3) Assemble the sampling train as shown in Figure XIV-1.

(4) Turn on the pump and moisten the inside of the soapbubble meter by immersing the buret in the soap solution. Draw bubbles up the inside until they are able to travel the entire buret length without bursting.

(5) Adjust the pump flowmeter to provide the desired flowrate.

(6) Check the mercury manometer to ensure that the pressure drop across the sampling train does not exceed 1 inch of mercury at 1 liter/minute or less.

(7) Start a soapbubble up the buret and measure with a stopwatch the time it takes the bubble to move from one calibration mark to another.

(8) Repeat the procedure in (7) above at least three times, average the results, and calculate the flowrate by dividing the volume between the preselected marks by the time required for the soapbubble to traverse the distance. If, for the pump being calibrated, the volume of

air sampled is calculated as the product of the number of strokes times a stroke factor (given in units of volume/stroke), the stroke factor is the quotient of the volume between the two preselected marks divided by the number of strokes.

(9) Data for the calibration include the volume measured, elapsed time or number of strokes of the pump, pressure drop, air temperature, atmospheric pressure, serial number of the pump, date, and name of the person performing the calibration.

(c) Sampling Procedure

(1) Break both ends of the charcoal tube to provide openings of at least 2 mm, which is half the ID of the tube. A smaller opening causes a limiting orifice effect which reduces the flow through the tube. The smaller section of charcoal in the tube is used as a backup section and therefore is placed nearest the sampling pump. Use tubing to connect the back of the tube to the pump, but tubing must never be put in front of the charcoal tube. The tube is supported in a vertical position within the employee's breathing zone.

(2) Sample a maximum of 10 liters of air at a flowrate not in excess of 200 ml/minute. A sampling rate of 20 ml/minute would collect a volume of 9.6 liters in an 8-hour period. For the determination of ceiling concentrations the sampling time is 15 minutes at a sampling rate of 200 ml/minute. In addition to the personal and ceiling samples, a bulk air sample may also be collected. This air sample should be taken by drawing air through a charcoal tube at 200 ml/minute for 4-6 hours.

(3) Measure and record the temperature and pressure of the atmosphere being sampled.

(4) Treat at least one charcoal tube in the same manner as the sample tubes (break, seal, and ship), except do not draw air through it. This tube serves as a blank.

(5) Immediately after samples are collected, cap the charcoal tubes with plastic caps. Do not use rubber caps. To minimize breakage during transport, pack capped tubes tightly in a shipping container.

Shipping Samples

Prior to shipping, the charcoal tubes should be packed tightly and padded to minimize breakage during shipping. A sample of the bulk material (approximately 20 ml), of the same batch of material which was being used in the plant at the time of the sampling, should be submitted to the laboratory in a glass container with a polymer-lined cap. This sample should not be transported in the same container as the charcoal tubes.

APPENDIX IV

# criteria for a recommended standard....

# OCCUPATIONAL EXPOSURE TO REFINED PETROLEUM SOLVENTS

U.S. DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE
Public Health Service
Center for Disease Control
National Institute for Occupational Safety and Health
JULY 1977

For sale by the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402