# XII. APPENDIX IV

## ANALYTICAL METHOD FOR REFINED PETROLEUM SOLVENTS

The following analytical method is adapted from those described by White et al [160] and from Method Nos. s382 and s380 of the Physical and Chemical Analysis Branch of NIOSH [103,104]. This analytical method will yield adequate results for refined petroleum solvents with boiling ranges from 120-200 C, eg, varnish makers' and painters' naphtha, mineral spirits, and Stoddard solvents. By collecting two samples of rubber solvent and desorbing one with carbon disulfide and the other with toluene, this method should provide adequate results for rubber solvent. To obtain the best results for kerosene, the gas-chromatographic conditions should be changed from isothermal to a temperature programmed mode of operation. The gas-chromatographic conditions and columns stated in this Appendix have not been tested for all refined petroleum solvents and some modifications may be required for adequate results.

### Principle of the Method

Refined petroleum solvent vapor trapped on an activated charcoal from a known volume of air is desorbed with carbon disulfide, except petroleum ether or other solvents with boiling points below 60 C, which should be desorbed with toluene. An aliquot of the desorbed sample is injected into a gas chromatograph. The area of the resulting peak is determined and compared with those obtained from injection of standards.

Range and Sensitivity

This method was developed to analyze Stoddard solvents over the range of 1,417-5,940 mg/cu m at an atmospheric temperature and pressure of 24 C and 749 mmHg [103]. For a 3-liter sample, the useful range of this method was 295-8,850 mg/cu m at a detector sensitivity that gives nearly full deflection on the strip chart recorder for a 26.6-mg sample. By increasing the air sample size, it should be possible to detect airborne solvent concentrations below 195 mg/cu m provided the desorption efficiency is adequate. Desorption efficiency must be determined over the range used.

The upper limit of the range of the method is dependent on the absorptive capacity of the charcoal tube. This capacity varies with the concentrations of the Stoddard or other refined petroleum solvents and other substances in the air. The first section of the charcoal tube held 26.3 mg of Stoddard solvent when a test atmosphere containing 6,026 mg/cu m of Stoddard solvent in air was sampled at 0.19 liter/minute for 23 minutes; at that time, the concentration of Stoddard solvent in the effluent was less than 5% of that in the influent.

Interferences

Any compound which has about the same retention time as Stoddard, or other refined petroleum solvents, under the gas-chromatographic conditions for this method, given below, will interfere with the analysis. This type of interference can be overcome by changing the operating conditions of the instrument, usually the column, the column temperature, or both. When the humidity is so great that condensation occurs in the sampling tube, organic vapors will not be trapped efficiently.

## Precision and Accuracy

The coefficient of variation for the total analytical and sampling method for Stoddard solvents in the range of 1,417-5,940 mg/cu m was 0.052, which represents a standard deviation of 153.4 mg/cu m at the OSHA standard level. The average values obtained using the overall sampling and analytical methods were 4.7% lower than the "true" value at the OSHA standard level. The coefficient of variation for the total analytical and sampling method for petroleum distillates (varnish makers' and painters' naphtha) in the range of 937-3,930 mg/cu m was 0.052, which represents a standard deviation of 104 mg/cu m at the OSHA standard level. The data were based on validation experiments using the internal standard method. Precision and accuracy data are not available for rubber solvent and kerosene. The data for mineral spirits are assumed to be similar as that for Stoddard solvents.

## Advantages and Disadvantages

(a) The sampling device is small, portable, and does not contain liquids. Interferences are minimal and most of those that do occur can be eliminated by altering chromatographic conditions. The tubes are analyzed by an instrumental method, which by changing the gas-chromatographic conditions or columns, is capable of qualitating and quantitating complex mixtures such as refined petroleum solvents.

(b) The amount of sample that can be taken is limited by the number of milligrams that the tube will hold before loading. The possibility of sample loss exists when the sample value obtained for the backup section of the charcoal tube exceeds 25% of that found on the front

section. Furthermore, the precision of the method is limited by reproducibility of the pressure drop across the tubes. This drop will affect the flowrate and cause the volume to be imprecise because the pump is usually calibrated for only one tube.

Apparatus

(a) Gas chromatograph equipped with a flame ionization detector.

(b) The following is a list of gas-chromatographic columns that can be used in the analysis of all refined petroleum solvents with the exception of petroleum ether. Columns (3) and (4) may be used where it is desirable to separate aromatics from aliphatics.

(1) Stainless steel column (6 feet x 1/8 inch) packed with 1.5% OV-101 on 100/120 mesh Chromosorb W (recommended for mineral spirits, Stoddard solvents, and kerosene).

(2) Stainless steel column packed with 10% OV-101 on 100/120 mesh Supelcoport (recommended for rubber solvent and varnish makers' and painters' naphtha).

(3) Stainless steel column (8 feet x 1/8 inch) packed with 10% TCEP on 100/120 mesh Chromosorb PAW.

(4) Stainless steel column (8 feet x 1/8 inch) packed with 7% tetracyanoethylated pentacrythrilol (Penta) on 100/120 mesh Chromosorb PAW.

(5) Stainless steel column (20 feet x 1/8 inch) packed with 10% FFAP on 80/100 Chromosorb W AW DMCS.

(6) Stainless steel column (10 feet x 1/8 inch) packed with 10% SP-2100 on 100/120 Supelcoport.

(c) A mechanical or electronic integrator or a recorder for determining peak area.

(d) Small (2-ml) glass test tubes or equivalent with glass- or polymer-lined stoppers.

(e) A 10-μl syringe and other conveniently sized syringes for preparation of the standards.

(f) Delivery pipets, 1.0-ml type graduated in 0.1-ml increments.

(g) Volumetric flasks, about 10-ml.

<u>Reagents</u>

(a) Carbon disulfide or toluene chromatographic quality.

(b) The refined petroleum solvent bulk sample.

(c) Undecane, or other suitable internal standard.

(d) Hydrogen, purified.

(e) Helium, purified.

(f) Compressed air, filtered.

<u>Analysis of Samples</u>

All glassware used for the laboratory analysis should be washed in detergent and rinsed with tap and distilled water.

(a) Preparation: Score each charcoal tube, including the blank from field samples, with a file and break open in front of the first section of charcoal. Remove and discard the glass wool. Transfer the charcoal in the first (larger) section to a small stoppered test tube. Remove and discard the foam separating sections and transfer the second

section of charcoal to another test tube. Analyze the two charcoal sections separately.

(b) Desorption: Prior to analysis, pipet 1.0 ml of carbon disulfide into each test tube to desorb the Stoddard or other refined petroleum solvents from the charcoal. Desorption is complete in 30 minutes if the sample is stirred occasionally. For some solvent solutions with a boiling range below 160 C, it may be necessary to take two samples. One should be desorbed with carbon disulfide to analyze for the high-boiling components and the other sample desorbed with toluene to analyze for the low-boiling components.

If an automatic sample injector is used, the sample vials should be capped as soon as the carbon disulfide is added to minimize volatilization. For the internal standard method, desorb using 1.0 ml of carbon disulfide containing a known amount of the chosen internal standard.

EXTREME CAUTION MUST BE EXERCISED AT ALL TIMES WHEN USING CARBON DISULFIDE BECAUSE OF ITS HIGH TOXICITY AND FIRE AND EXPLOSION HAZARDS. IT CAN BE IGNITED BY HOT STEAM PIPES. ALL WORK WITH CARBON DISULFIDE MUST BE PERFORMED UNDER AN EXHAUST HOOD.

(c) Typical gas-chromatographic operating conditions are:

(1) 30 ml/minute (60 psig) helium flowrate.

(2) 35 ml/minute (25 psig) hydrogen flowrate.

(3) 400 ml/minute (60 psig) air flowrate.

(4) 225 C injector temperature.

(5) 250 C manifold temperature (detector).

(6) 75 C column temperature (recommended for mineral spirits, Stoddard solvents and kerosene).

(7) 85 C column temperature (recommended for rubber solvent and varnish makers' and painters' naphtha).

The gas-chromatographic conditions have been chosen such that the solvent-related peaks elute as a cluster of unresolved peaks. Observe distinctive patterns in searching for interferences and adjust the gas-chromatographic conditions accordingly. These conditions were specifically chosen for Stoddard or other refined petroleum solvents. Some alteration in these conditions may be necessary for other refined petroleum solvents.

One method that would reduce the number of peaks needed to quantitate a refined petroleum solvent air sample is the use of head-space samples. Using the supplied liquid bulk sample, head-space volatiles are prepared and sampled with a charcoal tube. This tube is then desorbed with carbon disulfide and analyzed using a gas chromatograph. A portion of the bulk sample is then diluted with carbon disulfide and analyzed in the same manner as the head-space sample. Comparing the two chromatograms should show three or four peaks that have the same relative area for both samples. These three or four peaks can then be used to quantitate the solvent. This method is particularly useful for multiple exposure samples. The bulk air sample referred to in Appendix III could be used instead of the head-space sample of this purpose.

(d) Injection: The first step in the analysis is the injection of the sample into the gas chromatograph. Employ the solvent flush injection technique. This eliminates difficulties arising from blowback or distillation within the syringe needle, thus increasing the accuracy and

reproducibility of the injected sample volume. First, flush the 10.0-μl syringe with carbon disulfide several times to wet the barrel and plunger, then draw 3.0-μl of carbon disulfide into the syringe. Next, remove the needle from the carbon disulfide and pull the plunger back about 0.2-μl to separate the solvent flush from the sample with an air pocket to be used as a marker. Immerse the needle in the sample and withdraw a 1- to 2-μl portion, taking into consideration the volume of the needle since the sample in the needle will be completely injected. After the needle is removed from the sample and prior to injection in the gas chromatograph, pull the plunger back a short distance to minimize sample evaporation from the tip. Make duplicate injections of each sample and of the standard. No more than a 3% difference between the peak areas of the similar samples should be accepted as a valid result.

(e) Measurement of area: The areas of the sample peaks are measured by electronic integration or some other suitable method of area measurement. Preliminary sample results are read from a standard curve prepared as outlined below.

Determination of Desorption Efficiency

The desorption efficiency of a particular compound can vary from one laboratory to another and also from one batch of charcoal to another. Thus, it is necessary to determine at least once the percentage of Stoddard or other refined petroleum solvents that is removed in the desorption process. Repeat this procedure for each new batch of charcoal in use.

Place the same amount of activated charcoal as in the first section of the sampling tube (100 mg) into a 2.5-inch, 4-mm ID glass tube, flame-

sealed at one end. This charcoal must be from the same batch as that used in sampling and can be obtained from unused charcoal tubes. Cap the open end with Parafilm or equivalent. Inject a known amount of solvent directly into the activated charcoal with a microliter syringe and cap the tube with more Parafilm or equivalent.

Prepare six tubes at each of three concentrations (0.5x, 1x, and 2x of the standard) by adding an amount of analyte equivalent to that present in a 10-liter sample at the selected level. Allow the tubes to stand overnight to assure complete adsorption of the solvent onto the charcoal. These six tubes are referred to as the samples. Treat a parallel blank tube in the same manner, except add no solvent to it. Desorb and analyze the sample and blank tubes in exactly the same manner as the sampling tube described for unknown air samples.

Prepare two or three standards by injecting the same volume of the solvent or into 1.0 ml of carbon disulfide with the same syringe used in the preparation of the sample. These are analyzed with the samples.

If the internal standard method is used, prepare a calibration standard by using 1.0 ml of carbon disulfide containing a known amount of the internal standard.

The desorption efficiency equals the difference between the average peak area of the samples and that of the blank divided by the average peak area of the standards, or:

$$\text{desorption efficiency} = \frac{\text{average weight recovered (mg)}}{\text{weight added (mg)}}$$

## Calibration and Standards

The bulk samples of the analyte should be used for the calibration. It is convenient to express the concentration of standards in terms of mg/ml of carbon disulfide because samples are desorbed in 1 ml of carbon disulfide. Use the density of the solvent tested to convert milligrams into microliters for easy measurement with a microliter syringe. Prepare a series of standards varying in concentration over the range of interest and then analyze under the same gas-chromatographic conditions and during the same time period as the unknown samples. Prepare standard curves by plotting concentration in mg/ml versus peak area.

For the internal standard method, use carbon disulfide containing a predetermined amount of internal standard. The analyte concentration in mg/ml is plotted versus the area ratio of the solvent peaks to that of the internal standard.

## Calculations

Read the weight in milligrams corresponding to the total peak area from the standard curve. No volume corrections are needed because the standard curve is based on mg/ml of carbon disulfide and the volume of sample injected is identical to the volume of the standards injected.

Make corrections for the blank from the field sampling for each sample by subtracting the amounts of Stoddard or other refined petroleum solvents found on the front and back sections of the blank from the amounts found in the respective sections of the sample:

corrected amount = amount on sample - amount on blank

Add the corrected amounts present in the front and in the backup sections of the same sample tube to determine the total amount of Stoddard or other refined petroleum solvents in the sample. Divide this total amount by the desorption efficiency to obtain the adjusted total amount of Stoddard or other refined petroleum solvents in the sample:

$$\text{adjusted total amount} = \frac{\text{total amount}}{\text{desorption efficiency}}$$

The concentration of Stoddard or other refined petroleum solvents in the air sampled, expressed in mg/cu m, is given by the quotient of the adjusted amount, in mg, divided by the volume of air sampled, in cu m:

$$\text{concentration (mg/cu m)} = \frac{\text{adjusted amount (mg)}}{\text{volume of air sampled (cu m)}}$$

Another method of expressing concentration is ppm:

$$\text{concentration (ppm)} = \text{concentration (mg/cu m)} \times \frac{24.45}{MW} \times \frac{760}{P} \times \frac{(T + 273)}{298}$$

where:

24.45 = molar volume (liter/mole) at 25 C (78 F) and 760 mmHg

760 = standard pressure

P = pressure (mmHg) of air sampled

T = temperature (degrees C) of air sampled

MW = molecular weight of Stoddard solvent (or other refined petroleum solvents (g/mole)

298 = standard temperature (degrees K)

Appendix V Results of the Analysis of Inhabitant Exposure Samples From Typical Slab Termite Treatments in the Los Angeles Area (ug/sample).

| House No. | Room | Sample | Pretreat | Treat | Immed Post | 24h Post |
|---|---|---|---|---|---|---|
| 8961 | kit | d.p.[1] | <0.10 | | <0.10 | <0.10 |
| | bdrm | d.p. | <0.10 | | <0.10 | <0.10 |
| | kit | e.g.[2] | <0.10 | | <0.10 | <0.10 |
| | bdrm | e.g. | <0.10 | | <0.23 | <0.10 |
| | kit | char[3] | <50 | | <50 | <50 |
| | bdrm | char | <50 | | <50 | <50 |
| 8981 | kit | d.p. | <0.10 | | <0.10 | <0.10 |
| | bdrm | d.p. | <0.10 | <0.10 | 0.14 | <0.10 |
| | kit | e.g. | <0.10 | | 0.27 | <0.10 |
| | bdrm | e.g. | <0.10 | <0.10 | <0.10 | <0.10 |
| | kit | char | <50 | | <50 | <50 |
| | bdrm | char | <50 | | <50 | <50 |
| | liv.rm. | char | —— [4] | | <50 | —— |
| 8982 | kit | d.p. | <0.10 | | <0.10 | <0.10 |
| | liv.rm. | d.p. | <0.10 | | <0.10 | <0.10 |
| | kit | e.g. | <0.10 | | <0.10 | <0.20 |
| | liv.rm. | e.g. | <0.10 | | —— | 0.12 |
| | kit | char | <50 | | —— | <50 |
| | liv.rm. | char | <50 | | —— | <50 |

[1] denim patches - chlordane surface residue

[2] ethylene glycol impinger - chlordane air sample

[3] charcoal trap - deodorized kerosene air sample

[4] indicates no sample collected

Appendix VI Results of the Analysis of Inhabitant Exposure Samples From Typical Crawl Space Termite Treatment in the Los Angeles Area (µg/sample).

| House No | Room | Sample | Pretreat | Treat | Immed Post | 24h Post | 48h Post | 22d Post |
|---|---|---|---|---|---|---|---|---|
| 3706 | kit | d.p.[1] | 0.10 | ——[2] | —— | 0.13 | —— | 0.16 |
| | bdrm | d.p. | 0.10 | —— | —— | 0.14 | —— | 0.41 |
| | hall | d.p. | —— | 0.10 | 0.10 | —— | 0.21 | —— |
| | liv. rm. | d.p. | —— | 0.10 | 0.10 | —— | 0.16 | —— |
| | kit | e.g.[3] | 0.10 | —— | —— | 0.15 | —— | 0.12 |
| | bdrm | e.g. | 0.10 | —— | —— | 0.19 | —— | 0.18 |
| | hall | e.g. | —— | 0.10 | 0.10 | —— | 0.14 | —— |
| | liv. rm. | e.g. | —— | 0.10 | 0.10 | —— | 0.11 | —— |
| | c. space | e.g. | 0.17 | —— | 12.5 | 12.6 | 10.1 | 7.7 |
| | kit | char[4] | 50 | —— | 50 | 50 | 50 | —— |
| | bdrm | char | 50 | —— | 50 | 50 | 50 | —— |
| | c. space | char | 50 | —— | 835 | 572 | 262 | —— |
| 3826 | kit | d.p. | 0.32 | —— | 0.54 | 0.46 | 0.36 | 0.94 |
| | bdrm | d.p. | 0.21 | —— | 0.16 | 0.19 | 0.28 | 0.16 |
| | kit | e.g. | 0.10 | —— | 0.32 | 0.24 | 0.34 | 0.59 |
| | bdrm | e.g. | 0.10 | —— | SLDA[5] | 0.15 | 0.15 | SLDA |
| | c. space | e.g. | 0.73 | —— | 4.2 | 5.1 | 6.1 | 2.3 |
| | kit | char | 50 | —— | 50 | 50 | 50 | —— |
| | bdrm | char | 50 | —— | 50 | 50 | 50 | —— |
| | c. space | char | 50 | —— | 342 | 553 | 202 | —— |
| 3901 | kit | d.p. | 0.10 | —— | 0.30 | 0.44 | 0.45 | 0.57 |
| | bdrm | d.p. | 0.10 | —— | 0.14 | 0.18 | 0.20 | 0.35 |
| | kit | e.g. | 0.10 | —— | 0.19 | 0.17 | 0.42 | 0.33 |
| | bdrm | e.g. | 0.10 | —— | 0.12 | 0.21 | 0.51 | 0.37 |
| | c. space | e.g. | 0.10 | —— | 9.0 | 9.0 | 8.2 | 4.9 |
| | kit | char | 50 | —— | 50 | 50 | 50 | —— |
| | bdrm | char | 50 | —— | 50 | 50 | 50 | —— |
| | c. space | char | 50 | —— | 399 | 566 | 272 | —— |

[1] denim patch, chlordane surface residues

[2] indicates no sample collected

[3] ethylene glycol impinger, chlordane air sample

[4] charcoal trap, deodorized kerosene air sample

[5] sample lost during analysis

# WORKER HEALTH AND SAFETY UNIT

Division of Pest Management, Environmental Protection
and Worker Safety
California Department of Food and Agriculture
1220 N Street, Sacramento, California 95814






Field Study

Report Number HS- 683

# A STUDY IN SOUTHERN CALIFORNIA IN JULY 1979 OF THE POTENTIAL DERMAL AND INHALATION EXPOSURE OF APPLICATORS AND OTHER PERSONS WHO MIGHT LATER ENTER OR OCCUPY AREAS TREATED WITH CHLORDANE USED AGAINST SUBTERRANEAN TERMITES UNDER HOUSES

Keith T. Maddy, Staff Toxicologist
Lori Johnston, Area Supervisor
Bill Cusick, Field Supervisor
Frank Schneider, Inspector
Terry Jackson, Agricultural Chemist
Catherine Cooper, Agricultural Chemist
A. Scott Frederickson, Agricultural Chemist

Worker Health and Safety Unit
Division of Pest Management,
Environmental Protection, and Worker Safety
California Department of Food and Agriculture
1220 N Street, Sacramento, California 95814

## SUMMARY

In July 1979, a chlordane application study was conducted in Southern California to monitor the applicator's exposure during application, and to monitor air inside the homes during and following the chlordane application to determine if persons entering treated areas or the residents would be exposed to unsafe levels of chlordane. Six homes were treated, three with crawl spaces, and three with slab foundations. Exposure was measured by monitoring the concentration of chlordane in the applicator's breathing zone and by attaching cloth patches to the applicator's coveralls. Air was monitored inside the houses during and after application. Soil samples obtained after the applications were analyzed to determine the potential skin exposure of persons contacting the treated soil. The majority of the air samples were negative or contained less than 1 ppb (.018 $mg/m^3$). A few samples contained more chlordane--the highest was .070 $mg/m^3$; these were found above the treated soil outside, at the edge of the foundation, and in the crawl space from the time of application through 7 days later. Levels detected on the cloth patches were usually less than 1 microgram per square centimeter ($ug/cm^2$). Higher levels ranging from 1 to 2$ug/cm^2$ were detected when the applicator had accidently sprayed himself or when he had apparently crawled through a treated area. The levels of chlordane in the gauze material (second layer of the cloth patches) which collected the residue expected to reach skin averaged well below 1 $ug/cm^2$; there was one patch with a level as high as 1.9 $ug/cm^2$ in the gauze. Chlordane residues in treated topsoil 24 hours after application ranged from 6 to 122 ppm. Based upon the application methods employed and the results obtained from the study, a set of regulations was developed to minimize exposures from the use of all chlorinated termiticides.

HS-683 (November 4, 1979)

## INTRODUCTION

Chlordane (1,2,4,5,6,7,8,8-octachloro-2,3,3a,4,7,7a-hexahydro-4,7-methanoindane) was one of the first chlorinated hydrocarbon pesticides developed. This chemical is very stable in nature and is very effective against subterranean termites. In recent years, most of the uses of chlordane as a pesticide have been phased out because of its residual properties and the presumed risk of cancer causation in man.

Studies have shown that chlordane can cause tumors in laboratory animals; human cancer cases, as a result of chlordane exposure, have not been identified. However, it is considered a potential risk which should be guarded against. A number of chlorinated hydrocarbons, including chlordane, heptachlor, lindane, and aldrin are animal carcinogens. All of these pesticides are effective for controlling subterranean termites. Safer alternate pesticides for control of subterranean termites with suitable persistence are not yet available. Since termiticides are needed, it is considered necessary to use chlordane and other chlorinated termiticides, but in the safest manner possible.

In California, in the past, some chlordane applications have been made by spraying chlordane under high pressure in the crawl spaces under houses. This caused the material to be deposited on furnaces, cooling and heating ducts, and hot water pipes. The material would subsequently enter the home at the time of application, or--more often--later, when heating systems were turned on. By field testing different application techniques, it was found that the dispersal of fine spray into heating ducts, furnaces, etc., could be eliminated by applying chlordane under low pressure with nozzles producing large droplets. It was thought that restrictions imposed by regulations which specify areas that could be sprayed within crawl spaces would further reduce the likelihood of chlordane entering the home.

## MATERIALS AND METHODS

Los Angeles and Orange Counties were selected for the treatment sites because of the frequency of applications and generally warm weather. Temperatures averaged 85° during the day with lows at night of 65°. The humidity ranged from 20 to 40 percent.

Applications were made using "Gold Crest C-100" chlordane, EPA registration number 876-63-AA, in a 1% solution. The application equipment consisted of a 100-gallon mix tank with an agitator to maintain a uniform mixture. Six houses were treated; 3 were constructed of monolithic slab, and 3 had concrete cross foundations and girders.

The application rates for the houses treated were: House 8981 exterior, 30 gallons; house 8982 exterior, 30 gallons; house 8961 exterior, 45 gallons; house 3826 sub-area, 100 gallons, and exterior, 25 gallons; house 3901 sub-area, 65 gallons, and exterior, 25 gallons; house 3706 sub-area, 85 gallons, and exterior, 15 gallons.

Crawl Space

A surface application was made to the soil area within 18 inches horizontally from the interior foundation wall, piers, and pipes. A Spraying System "36" valve and a 2-1/2 ft. aluminum spray wand were used; the pump gauge pressure registered approximately 40 psi. The nozzle pressure was less, approximately at 25 psi.

Exterior Foundation

In all 6 homes, a rodding application was made to the perimeter of the exterior foundation. Chlordane was injected at a depth of 10 inches. For rodding and sub-slab injections, the pump pressure was 60 psi. A B&G Extenda Rod attachment was used.

Slab Construction

Applications were made by sub-slab injection to all probable termite entry points, including cracks, pipes, and voids. A B&G Sub-Slab Injector attachment was used. All treatment holes were backfilled with cement.

Samples were collected to determine the potential inhalation and dermal exposure to pest control applicators and inhabitants of the household during the application and subsequent to the application. Samples were also collected to determine the possible risk of exposure to persons who would have contact with the treated area subsequent to application.

Air samples were drawn using an MSA Model S air pump or a Dupont Model S 4,000 air pump through a spill-proof midget impinger containing 10 milliliters of ethylene glycol at the rate of 1,000 ml per minute.

Two air samples were drawn from each applicator's breathing zone during application by using a modified respirator to obtain inside and outside measurements of chlordane concentration in the air. Samples were representative of exposure occurring during a complete application. Monitoring began just prior to mixing, and continued until the application was completed.

Dermal exposure of the applicators was measured using prewashed patches. The patches consisted of 2 layers of material. The outer material was white duck cotton cloth representing the worker's coveralls, with 8 layers of cotton cheese cloth underneath to represent the possible exposure to the worker's skin. Below the cheese cloth was an aluminum foil backing. The patches were attached to the worker's coveralls below the elbows and below the knees, with the cotton cloth on the outside.

To measure potential inhalation exposure to inhabitants, air samplers were placed in the kitchen, bedroom, the crawl space, and above the soil treated at the edge of the slabs. Air samples were taken at the following intervals: 24-hour pre-sample, during application, and 24 hours, 48 hours, 7 days, and 56 days after application. All samples were taken for a period of approximately 2 hours.

The laboratory analyses were by standard methods employing gas chromatography. (See Appendix I.)

## RESULTS

The sample results are displayed in Tables I and II.

## DISCUSSION

The chlordane applications to the homes that had crawl spaces took approximately 2 hours. The applications to the houses with slab construction took approximately 1-1/2 hours. It is estimated that, depending on the amount of work necessary before treatment and the length of cleanup time, an applicator could perform from 1 to 3 chlordane applications per day using the methods employed.

The applications were made with minimal exposure to the applicator's skin, although there was an instance where it appears that the applicator accidently sprayed himself or crawled back over an area that had just been treated. Also, when rodding the perimeter of one house, one applicator hit a rock with the application rod below the surface, and the 1 percent chlordane solution squirted back onto the worker's knees.

Potential inhalation exposure during application was less than .018 $mg/m^3$ except during one of the applications where there was .110 $mg/m^3$ outside the respirator. In general, this type of application, as indicated in this study, seems to minimize the chlordane in air concentrations.

Chlordane residues ranging from 6 to 122 ppm were found in top soil in the treated areas at 24 hours after application.

## CONCLUSIONS

The use of chlordane should be restricted to licensed pest control operators with trained personnel. This restriction should minimize exposure of workers and the public if the application methods used in this study are carefully followed.

Based upon the application methods and techniques employed in this study, a set of proposed regulations were developed for the use of all chlorinated termiticides in California. The restrictions in these proposed regulations are as follows:

### Termiticide Restrictions

The use of the chlorinated hydrocarbons--chlordane, heptachlor, lindane, and aldrin--as termiticides shall be made only in accordance with the following restrictions:

(a) Training.

(1) The employer shall inform each employee who may be exposed to these materials of the known and suspected hazards of use, including:

(A) The fact that, although there are no adequate data to show that these compounds are carcinogenic in humans, because of their carcinogenicity in certain mouse strains and the extensive similarity of the carcinogenic action of chemicals in animals and in humans, these pesticides may be carcinogenic in humans; and

(B) The information contained in the Department's Pesticide Safety Information Series Number 23, "Chlordane, Heptachlor, Lindane, and Aldrin, as Used in Termite Control."

(2) This training shall be documented in each employee's training record.

(b) Protective clothing. The employer shall provide, and each employee working with these materials shall wear, clean outer clothing daily, such as long-sleeve coveralls or long-sleeve shirt and trousers. There shall be at least one set of outer clothing at the mixing and transfer site. The employer shall be responsible for cleaning or disposing of this clothing. The person or firm doing the laundry shall be informed by the employer if they receive pesticide-contaminated clothing.

(c) Safety equipment. Each employer shall provide and each employee mixing, transferring, or applying these materials shall wear, safety equipment including neoprene gloves, neoprene boots, and a respirator with appropriate cartridges approved by NIOSH for filtering out the pesticide being used. The employer shall be responsible for cleaning or disposing of all safety equipment after each day's use.

(d) Adequate water, soap, and towels are to be present at the work site to allow for thorough washing. Each employee actively engaged in mixing, transferring, or applying these pesticides shall wash his/her face, arms, and hands after any exposure and before eating, drinking, smoking, or finally leaving the worksite.

(e) Employers shall provide for a change area, and shall require employees who work with these pesticides to wash completely and put on a complete change of clothing at the end of the workday.

(f) Closed systems. Employers shall provide closed systems, as defined in Section 2476(b), for employees who mix or transfer liquid formulations of these materials. No employee shall transfer or mix these materials except through a closed system. This subsection shall take effect on January 1, 1981.

(g) Notification. An applicator who proposes to use these materials shall first inform the person in charge of the property to be treated:

(1) That there are no adequate data to show that these compounds are carcinogenic in humans, but because of their carcinogenicity in certain mouse strains and the extensive similarity of

the carcinogenic action of chemicals in animals and in humans, that these pesticides may be carcinogenic in humans, and exposure to the treated area should be considered as potentially hazardous to human health.

(2) Of the posting requirements of subsection (1) of this section..

(h) Before mixing or transferring these materials, signs shall be posted around the mix or transfer site which read: "DANGER--PESTICIDE APPLICATION IN PROGRESS." These signs shall be visible from any direction of probable approach and readable from a distance of 25 feet. These signs shall not be removed until the job is completed.

(i) Nozzle and pressure specifications. For surface and trenching applications, pump pressure shall not exceed 40 pounds per square inch. Nozzle orifices not less than 1/16 inch in diameter shall be used. For rodding treatments, pump pressure shall not exceed 75 pounds per square inch.

(j) Application restrictions. These materials shall not be applied to heating equipment, duct work, or to the surface of wood members of the structure. No applications shall be made to any portion of the structure, such as foundations, piers, or pipes, which is above grade level (that point where ground level is flush with the foundation). The soil adjacent to these portions may be spot treated. Infestations in the soil beneath floor furnaces, or active infestations in the general sub-area shall be treated by soil injection only. No application shall be made in plenum areas.

(k) Application methods. In addition to the requirements of subsections (i) and (j) of this section, the following techniques shall be used during the application process:

Soil shall be treated by trenching or rodding, where soil conditions permit, to a depth of 6 inches or to the top of the footing, whichever is less. When soil composition will not permit trenching or rodding, surface application may be made but shall not exceed an area 18 inches horizontally from foundations, piers, or pipes. Infestations beneath basement, garage floors, slabs, porches, or patios shall be treated by drilling and treating the soil at probable termite entry points. Soil adjacent to the exterior foundations shall be treated by trenching or rodding only. Applications to new construction may be made by flooding cavities or voids in pillars, tile, brick or concrete block walls, chimneys, or other points likely to be penetrated by subterranean termites before these voids are covered. Soil surface to be covered by concrete slabs may be treated by surface application.

(l) Immediately after the application, the applicator shall post a durable water-resistant sign immediately adjacent to the main entrance of the crawl space.

(1) This sign shall not be less than 5 inches by 7 inches in length and width, and shall contain the following wording in water-resistant printing:

"WARNING. (PELIGRO, NO ENTRE) THIS AREA HAS BEEN TREATED WITH (specify chemical) ON (specify month, date, and year). THIS MATERIAL HAS BEEN DETERMINED TO CAUSE CANCER IN LABORATORY ANIMALS AND, BECAUSE OF THIS, EXPOSURE TO THIS AREA SHOULD BE CONSIDERED AS POTENTIALLY HAZARDOUS TO HUMAN HEALTH. ANY PERSON ENTERING THIS AREA WITHIN SEVEN (7) DAYS AFTER APPLICATION SHOULD WEAR A RESPIRATOR APPROVED BY NIOSH FOR PROTECTION AGAINST THE MATERIAL, AS WELL AS NEOPRENE BOOTS AND GLOVES. AFTER SEVEN (7) DAYS, PROTECTIVE CLOTHING AND EQUIPMENT IS NOT AN ESSENTIAL; HOWEVER, PERSONS ENTERING THIS AREA ARE ADVISED TO BATHE THOROUGHLY AS SOON AFTER LEAVING THE TREATMENT AREA AS IS PRACTICAL AND TO CHANGE CLOTHING AND LAUNDER THEM PRIOR TO REUSE. THIS SIGN SHALL REMAIN POSTED FOR ONE YEAR AFTER APPLICATION."

(2) The name, address, and telephone number of the licensee shall also be included on the sign.

## ACKNOWLEDGEMENTS

Robert Reeves, California Department of Health Services, served as a consultant for this study. Sue Edmiston, Rose Christiansen, Jodi Clary, and Cliff Smith, Inspectors in the Worker Health and Safety Unit, assisted in sample collection. The Velsicol Chemical Company carried on a similar study at the same time at the same site; their results were similar and are being reported separately.

TABLE I

A STUDY OF THE RESIDUES OF CHLORDANE FOUND IN THE AIR AND ON CLOTH PATCHES ON WORKERS' CLOTHING ASSOCIATED WITH THE TREATMENT OF 3 SLAB-TYPE HOUSES AND 3 CRAWL-SPACE TYPE HOUSES FOR SUBTERRANEAN TERMITES IN ORANGE AND LOS ANGELES COUNTIES IN CALIFORNIA IN JULY 1979

| | LOCATION | | | | | |
|---|---|---|---|---|---|---|
| Sample Source | Slabs | | | Crawl Space | | |
| | HOUSE NUMBERS | | | HOUSE NUMBERS | | |
| | 8981 | 8982 | 8961 | 3826 | 3901 | 3706 |
| **Preapplication Air Samples** | | | | | | |
| Outside Near Slab or in Crawl Space | N/D[a] | N/D | N/D | N/D | N/D | N/D |
| Kitchen | N/D | N/D[b] | N/D | N/D | N/D | N/D |
| Bedroom | N/D | - | N/D | N/D | N/D | N/D |
| **Air Samples - During Application (In mg/m$^3$)** | | | | | | |
| Air Outside Applicator's Respirator | N/D | - | N/D | .007 | .008 | .110 |
| Air Inside Applicator's Respirator | N/D | N/D | N/D | N/D | .011 | .027 |
| Air During Application - Kitchen | - | N/D | - | - | - | - |
| Air During Application - Bedroom | N/D | - | N/D | - | - | N/D (Hall) |
| Air During Application - Living Room | - | - | - | - | .001 | N/D |
| **Patches on Applicators - Dry Residue** | | | | | | |
| Right Leg - Surface Patch (ug/cm$^2$) | .019 | .005 | 1.600[c] | .200 | .120 | .019 |
| - Gauze below (ug/cm$^2$) | .044 | .009 | 1.500[e] | .150 | .110 | .100 |
| Right Arm - Surface Patch (ug/cm$^2$) | 1.000 | .024 | 1.700[e] | .210 | .640 | .061 |
| - Gauze below (ug/cm$^2$) | .011 | .022 | .360[c] | .150 | .240 | .065 |
| Left Leg - Surface Patch (ug/cm$^2$) | .640 | .120 | N/D | 2.900 | .040 | .330 |
| - Gauze below (ug/cm$^2$) | .390 | .082 | N/D | 1.900[d] | .047 | .320 |
| Left Arm - Surface Patch (ug/cm$^2$) | .008 | .081 | .009[c] | .210 | .034 | .072 |
| - Gauze below (ug/cm$^2$) | .012 | .082 | .010[c] | .230 | .034 | .053 |
| **Air Samples - At End of Application (In mg/m$^3$)** | | | | | | |
| Kitchen | N/D | N/D | N/D | N/D | N/D | - |
| Bedroom | N/D | - | N/D | N/D | N/D | N/D (Hall) |
| Outside Near Slab or in Crawl Space | N/D | N/D | N/D | .074 | .085 | .069 |
| Living Room | - | N/D | - | - | - | N/D |

TABLE I
(Continued)

| Sample Source | Slabs: 8981 | Slabs: 8982 | Slabs: 8961 | Crawl Space: 3826 | Crawl Space: 3901 | Crawl Space: 3706 |
|---|---|---|---|---|---|---|
| | LOCATION | | | | | |
| | Slabs | | | Crawl Space | | |
| | HOUSE NUMBERS | | | HOUSE NUMBERS | | |
| | 8981 | 8982 | 8961 | 3826 | 3901 | 3706 |
| **Air Samples-24 Hours After Application (In mg/m$^3$)** | | | | | | |
| Kitchen | N/D | N/D | N/D | N/D | N/D | – |
| Bedroom | N/D | – | N/D | N/D | N/D | N/D (Hall) |
| Outside Near Slab or in Crawl Space | N/D | N/D | N/D | .061 | .091 | .142 |
| Living Room | – | N/D | – | – | – | N/D |
| **Air Samples – 48 Hours Later (In mg/m$^3$)** | | | | | | |
| Kitchen | N/D | N/D | – | N/D | N/D | – |
| Bedroom | N/D | – | N/D | N/D | N/D | N/D (Hall) |
| Outside Near Slab or in Crawl Space | – | .001 | .001 | .057 | .070 | S/L[e] |
| Living Room | – | N/D | – | – | – | N/D |
| **Air Samples – 7 Days Later (In mg/m$^3$)** | | | | | | |
| Kitchen | N/D | .004 | .011 | .007 | .006 | – |
| Bedroom | N/D | – | – | .004 | .004 | – |
| Outside or Crawl Space | .011 | .006 | .005 | .073 | .008 | – |
| Living Room | – | N/D | .013 | – | – | – |
| **Air Samples – 30 Days Later (In mg/m$^3$)** | | | | | | |
| Kitchen | N/D | N/D | N/D | N/D | N/D | N/D |
| Crawl Space | – | – | – | .001 | – | .002 |

Foot notes: For Table One

a. ND - none detected
b. – no sample taken
c. 1% chlordane solution spilled on patch
d. crawled over area just treated
e. S/L - sample lost during shipment