D. The volume of air sampled as converted to standard conditions of 25°C and 760 mm Hg.

$$V_s = V \times \frac{P \times 298}{760 \times (T + 273)}$$

where

$V_s$ = volume of air at STP
$V$ = volume of air as measured
$P$ = barometric pressure in mm Hg
$T$ = Temperature of air in °C

NOTE: In cases where temperature and B.P. changed from start of sample to end, an average figure was used.

E. Calculate ppb vapor phase from above data.

$$\text{ppb volume} = \frac{\text{ng} \times 24.45}{V_s \times \text{M.W.}}$$

where

ng = corrected ng (C)
$V_s$ = corrected air volume (D)
M.W. = molecular weight

The total amount of chlordane in the denim patch was determined from the expression.

$$Q = \frac{A \times Vt}{ul}$$

when

Q, A and ul are as above
Vt = total volume of hexane extract in milliliters (100 ml) or final volume of extract requires dilution or concentration.

D. The volume of air sampled as converted to standard conditions of 25°C and 760 mm Hg.

$$V_s = V \times \frac{P \times 298}{760 \times (T + 273)}$$

where

$V_s$ = volume of air at STP
$V$ = volume of air as measured
$P$ = barometric pressure in mm Hg
$T$ = Temperature of air in °C

NOTE: In cases where temperature and B.P. changed from start of sample to end, an average figure was used.

E. Calculate ppb vapor phase from above data.

$$\text{ppb volume} = \frac{ng \times 24.45}{V_s \times M.W.}$$

where

ng = corrected ng (C)
$V_s$ = corrected air volume (D)
M.W. = molecular weight

The total amount of chlordane in the denim patch was determined from the expression.

$$Q = \frac{A \times Vt}{ul}$$

when

Q, A and ul are as above
Vt = total volume of hexane extract in milliliters (100 ml) or final volume of extract requires dilution or concentration.

# CHLORDANE IN MILITARY HOUSING

prepared for the

U.S. Air Force

by the

SUBCOMMITTEE ON CHLORDANE IN MILITARY HOUSING

of the

COMMITTEE ON TOXICOLOGY

Board on Toxicology and Environmental Health Hazards
Assembly of Life Sciences
National Research Council

National Academy of Sciences
Washington, D.C.

August 1979

# NOTICE

The project that is the subject of this report was approved by the Governing Board of the National Research Council, whose members are drawn from the Councils of the National Academy of Sciences, the National Academy of Engineering, and the Institute of Medicine. The members of the Committee responsible for the report were chosen for their special competences and with regard for appropriate balance.

This report has been reviewed by a group other than the authors according to procedures approved by a Report Review Committee consisting of members of the National Academy of Sciences, the National Academy of Engineering, and the Institute of Medicine.

3) It is recommended that chlordane exposure in contaminated housing be reduced by cleaning or sealing floors, walls, and other surfaces in the houses and by modifying heating systems to eliminate the possibility of continued or future exposure to chlordane from subslab treatment for termite control.

4) The Subcommittee examined Table 2 in the Wherry Housing Report from Scott AFB in Illinois (Appendix I) and pragmatically determined that in the interim airborne chlordane exposures in Air Force housing should not exceed 5 μg/m$^3$; this maximum concentration would permit occupancy of most housing units. That compares with a maximum permissible household residue of chlordane of 4.112 μg/m$^3$ recommended by the USAF Environmental Health Laboratory report on the Webb AFB incident in 1970; this latter concentration was determined from the maximum allowable daily intake (ADI) of 1.0 μg/kg, assuming that half the ADI is obtained from the food supply, that a normal adult inspires 9,201 L of air per day, that 90% of the inspired chlordane is absorbed, and that the average adult weighs 150 lb.

highest in Ca. study = 4.5 μg/m$^3$

1001 μg/5/d. ok

This contradicts statement that subcomm. cannot set safe limit. They wouldn't by definition set an "unsafe" limit. So the limit must be construed to be safe.

Chlordane Contamination in Wherry Housing
Scott AFB IL

In October 1978, residents of a base housing unit (5543B) at Scott AFB IL detected a strong, objectionable odor when they activated the central heating unit for the first time during the heating season. A short time later, civil engineering personnel working in a then unoccupied unit (5020E) also noticed an odor. It was noted that both units had recently been treated for termites by high pressure subslab injection of chlordane. Environmental Health Services personnel obtained air samples from both units and submitted them to USAF OEHL for chlordane analysis.

Analysis of the two samples showed high airborne concentrations of chlordane in quarters 5543B (490 μg/M$^3$) and in 5020E (70 μg/M$^3$). Sampling the same units a second time indicated 630 μg/M$^3$ in 5543B and 260 μg/M$^3$ in 5020E. Subsequent sampling of 11 houses treated in 1978 revealed concentrations from less than the [illegible] in several units to a high of 51 μg/M$^3$ in quarters 5232A.

At the request of AFMSC/SGPA, USAF OEHL conducted a survey during 14-19 Jan 79 to further define the concentrations of chlordane in the 1978 treated houses. Additionally, sampling was performed to statistically estimate background levels of chlordane for the Wherry housing complex at Scott AFB IL.

Materials and Methods

Houses chosen for sampling were divided into two groups - those treated for termites in 1978 and those treated prior to 1978. Eleven available houses that had been treated in 1978 were sampled while 43 randomly selected houses from the prior to 1978 treated group were sampled. Two houses that had no history of subslab chlordane treatment were sampled to serve as controls. Also the quarters directly above 5543B (5543D) and 5020E (5020G) were sampled to determine if chlordane was being introduced into those quarters.

The basic sampling train consisted of an electric Millipore vacuum pump with a sampling tube containing Chromosorb$^R$ 102 as the collecting medium. Chromosorb tubes consisted of 200 mg of Chromosorb 102 capped with anhydrous sodium sulfate in a 7" Pasteur pipette plugged with glass wool. The Chromosorb tubes were connected to the pump by a small piece of Tygon$^R$ tubing. Flow rates were measured using a precision rotometer after the pump was turned on and again immediately prior to completion of the sample. In instances when there was a drop in flow rate, the beginning and ending flow rates were averaged to give a mean flow. The range of flow rates in this survey was 2.7-4.5 liters per minute.

In the unoccupied units (5543B and 5020E), the pumps were located in the approximate center of the living room on the floor. In all other units, the pump was located on the floor within 2 ft of one of the living room or dining room heating vents depending on which was more feasible considering the occupants' furniture location. The sampling tube inlet

*See Attachment 1

was always located approximately 6" above the floor. Normal room temperature of about 70-75°F was maintained during the sampling period. Outside air temperatures ranged from -8°F to 41°F during the week sampling was accomplished.

All 1978 houses were sampled utilizing two consecutive 4 hr samples except 5543B which had a total of five samples taken, 5020E which had four and 5019B which had only a single 2 hr sample taken. Those houses treated prior to 1978 and the untreated controls were sampled with a single 2 hr sample. The time of day that the sample was taken was dependent on the availability of the occupant to provide entry authorization.

Sampling precision was measured in quarters 5543B and 5020E. In 5543B, two sets of matched samples and one high volume sample were taken. The sets of matched samples were run for four hours. The single high volume sample was run for approximately five hours. In 5020E, two sets of matched samples were taken with a duration of approximately 5 hr for one set and 4 hr for the second.

Results

Verification of sampling precision in the unoccupied quarters (5543B and 5020E) using different flow rates indicated the sampling technique was relatively precise (Table 1). The mean concentration determined by 5 samples in 5543B was 263.48 ± 34.88 µg/M$^3$ with a range of 208.59 to 292.02. In 5020E, the mean of four samples was 25.6 ± 6.87 with a range of 16.35 to 31.87. These results indicate that variability due to sampling technique and analysis was approximately 13-27%. Duplicate 4 hr samples in 1978 treated houses often showed temporal differences in concentration but those differences were not consistent.

Of all housing units sampled, 53 out of 60 had airborne chlordane concentrations above trace (detection limit was 0.02 µg/M$^3$) as shown in Table 2. The untreated controls had no detectable level of chlordane. The range of chlordane concentrations above trace was 0.42 µg/M$^3$ to 263.46 µg/M$^3$.

When housing units were categorized by year of treatment, statistical analysis using the Mann Whitney test indicated a significant difference (P=.05) between 1978 treated units and those treated prior to 1978. The four highest concentrations were found in the 1978 treated units with only two units having concentrations less than 1.0 µg/M$^3$. This contrasts with other single year groups where adequate samples were taken to make comparisons. For example the 1973 treated houses that were sampled had chlordane concentrations ranging from a high of 5.22 µg/M$^3$ to a low of 0.69 µg/M$^3$. In 1970 treated houses, the high concentration was 4.58 µg/M$^3$ and three houses had less than the quantitative detection limit (0.02 µg/M$^3$).

Table 1. Sampling precision as measured in unoccupied quarters 5543B and 5020E.

| Sample Number | Flow Rate (ℓ/min) | Time (min) | Concentration (µg/M³) |
|---|---|---|---|
| 1 (5543B) | 2.9 | 240 | 292.01 |
| 2 (5543B) | 2.6 | 240 | 208.59 |
| 3 (5543B) | 4.3 | 292 | 268.62 |
| 4 (5543B) | 2.8 | 222 | 293.96 |
| 5 (5543B) | 2.9 | 222 | 254.24 |
| 6 (5020E) | 4.0 | 300 | 29.60 |
| 7 (5020E) | 4.0 | 300 | 31.87 |
| 8 (5020E) | 4.0 | 260 | 16.35 |
| 9 (5020E) | 3.5 | 260 | 24.68 |

Table 2. Concentration of airborne chlordane in Wherry housing at Scott AFB IL arranged by year of treatment.

| Year | Quarters | Concentration (μg/M$^3$) | Year | Quarters | Concentration (μg/M$^3$) |
|---|---|---|---|---|---|
| 1978 | 5543B | 263.48 | 1972 | 5013B | 0.97 |
| | 5020E | 25.63 | 1971 | 5142A | 1.61 |
| | 5445A | 22.44 | | 5519A | 1.58 |
| | 5534F | 22.30 | | 5033E | 1.17 |
| | 5220B | 4.81 | | 5311B | 1.25 |
| | 5019B | 4.58 | | 5462A | 0.42 |
| | 5232A | 4.53 | 1970 | 5470A | 1.78 |
| | 5112B | 3.97 | | 5546A | 1.31 |
| | 5301B | 3.32 | | 5425A | 1.02 |
| | 5521B | 0.55 | | 5426B | 0.72 |
| | 5026A | 0.42 | | 5146B | 0.61 |
| 1977 | 5112E | 2.27 | | 5466B | T[e] |
| | 5114E | 1.45 | | 5113A | T |
| 1976 | 5126B | 4.02 | | 5109B | T |
| | 5211E | 0.99 | 1969 | 5414B | 7.41 |
| | 5317A | 0.95 | 1968 | 5474A | 3.08[b] |
| | 5116A | 0.56 | | 5473B | 1.90 |
| 1975 | 5033A | 3.37 | | 5436A | 0.94 |
| | 5110A | 0.86 | | 5125B | 0.55 |
| 1974 | 5517B | 1.25 | | 5544A | ND[f] |
| | 5136A | 0.76 | 1966 | 5476E | T |
| | 5226A | 0.49 | 1965 | 5216B | 1.16 |
| 1973 | 5322A | 5.22[a] | | 5033B | 0.72 |
| | 5117A | 3.69 | | 5009B | 0.62 |
| | 5456A | 2.99 | 1964 | 5247A | 4.14 |
| | 5239A | 1.73 | | 5476F | 0.67 |
| | 5026E | 1.69 | Untreated | 5009A | ND |
| | 5126E | 1.62 | | 5117B | T |
| | 5444B | 1.31 | Upstairs | 5543D | 3.58[c] |
| | 5553B | 0.69 | | 5020G | 0.57[d] |

[a] Unit family is now living in that had previously lived in 5543B.

[b] Unit family is now living in that had previously lived in 5020E.

[c] Unit above 5543B.

[d] Unit above 5020E.

[e] T = trace

[f] ND = none detected at a quantitative detection limit of 0.02 μg/M$^3$.

By using statistical tolerance limits, the maximum expected chlordane concentrations in the units treated prior to 1978 having concentrations above trace can be estimated with 95% confidence. For example 95% of all units treated prior to 1978 should have chlordane concentrations equal to or less than 5.68 μg/$M^3$ and 99% should have concentrations equal to or less than 6.91 μg/$M^3$.

[redacted] concentrations in other ground level units. For example, an untreated unit (5117B) had less than the quantitative detection limit while the adjacent unit (5117A) had 3.69 μg/$M^3$. On the other hand, [redacted] detectable levels of chlordane. Quarters 5020G had 0.57 μg/$M^3$ and 5543D had 3.58 μg/$M^3$ indicating that airborne chlordane in a ground unit can influence the concentration of chlordane in an upper unit.

Discussion

From these data, [redacted] to. The high incidence (4/11) of unusually high chlordane concentration in units treated during this year indicates that whatever the alteration in treatment technique was, it was done on a relatively routine basis. All chlordane applications in previous years resulted in fairly uniform airborne concentrations ranging from none detected to 7.41 μg/$M^3$.

The results of random sampling of the units treated prior to 1978 suggest a 1% probability of any chlordane concentrations in excess of 6.91 μg/$M^3$. However, the results of 1978 treated units indicate there is a high probability that the two 1978 treated quarters not sampled may exhibit high chlordane concentrations.

Recommendations

1. Quarters 5543B, 5020E, 5445A and 5534F should have the present heating ducts sealed, the quarters painted and the heat reducted through above ground ducts.

Rationale: The airborne concentrations of chlordane in these units are significantly higher than concentrations in all other units. The source of the chlordane is apparently the heating ducts. By sealing the present ducts and reducting through above ground ducts, the source of contamination will be isolated from the living area.

2. Quarters 5538B and 5551B should be sampled for airborne chlordane.

Rationale: Since 4/11 of the 1978 quarters sampled had unusually high concentrations of chlordane, there is a high probability that these two quarters will also have high chlordane concentrations.

3. No more routine sampling of units treated prior to 1978 should be accomplished.

Rationale: Statistical evaluation of the sample data indicates that 99% of the units should have airborne concentrations of chlordane at concentrations less than or equal to 6.91 μg/M$^3$.

4. The Civil Engineering Entomology Shop should closely evaluate their technique for high-pressure subslab injection of termiticides.

Rationale: The clustering of high chlordane concentrations in 1978 indicates something was consistently wrong with the procedure used to treat those units.

## Analytical Detection Limits

Analytical detection limits are not fixed but vary depending on many factors. Instrument sensitivity is one of the most critical determinants of a detection limit. Priority of the sample is another factor that is involved. If several compounds are eluted in the sample extraction process, interference may occur that decreases the sensitivity of the gas chromatograph. Other factors are related to the sampling scheme. Larger volumes of air enable the gas chromatograph to detect smaller quantities of chlordane per cubic meter due to a greater mass of chlordane adsorbed to the sampling medium.

As a result of the different methods of calculating a detection limit, i.e., mass basis vs concentration basis, several different detection limits are referred to.

## References


1. National Research Council, Pesticide Information Review and Evaluation Committee. 1977. An Evaluation of the Carcinogenicity of Chlordane and Heptachlor. Washington, D.C.: National Academy of Sciences.

2. National Cancer Institute. 1977. Bioassay of chlordane for possible carcinogenicity. CAS No. 57-74-9. Carcinogenesis Technical Report Series No. 8. NCI-CG-TR-8. DHEW Pub. No. (NIH) 77-808. Washington, D.C.

2. Gas Chromatograph: Varian 3700 with $^{63}Ni$ electron capture detector.

Column: 6 ft. x 2 mm ID glass column.
10% SP 2100 on 100/120 Supelcoport, or
4% OV101 on 100/120 GCQ.

Carrier Gas: Nitrogen at 30 ml/min.

Temperatures: oven, 200°
injector, 230°
detector, 250°

Attenuation: 16

3. Standard Curve

The standard curve will be constructed by plotting the sum of the peak heights of the 7 components characteristic of technical chlordane (Compound C, Heptachlor, Compound E, Compound F, Trans chlordane, Cis chlordane, Compound K) versus the nanograms of technical chlordane injected into the gas chromatograph (References 4 and 5). The total amount of technical chlordane in the impinger is determined from the expression.

$$Q = \frac{A \times V_E \times 1000 \text{ ul/ml}}{\text{ul}}$$

where

Q = amount of technical chlordane in the sample (in micrograms).
A = amount of technical chlordane in the injected aliquot in nanograms.
ul = volume of extract injected into GC in microliters.
$V_E$ = volume of ethylene glycol from impinger + rinses (50 ml).

The total number of nanograms present in the ethylene glycol sample was then put into a computer. The program took into account flow rate of pump, length of time pump ran, temperature of air at beginning and end of sampling, and barometric pressure. Results were printed out in parts per billion and mg/cubic meter. The program involved the following calculations.

A. Determine weight of chlordane present in ethylene glycol sample from gas chromatographic analysis in nanograms.

B. Correct this total weight of chlordane by subtracting any weight value from the blank ethylene glycol sample.

C. Corrected weight is divided by the recovery factor (corresponds to desorption coefficient for air tubes) to obtain the final corrected weight of chlordane present.

Table 5. — Observed*/Expected Deaths from Lung Cancer According to Age at Entry into Occupation and Age at Death.

| Age at Observation | Age at Entry into Occupation <45 | 45-49 | 60+ | Total |
|---|---|---|---|---|
| <50 | 12/5.4 | 0/0.8 | — | 12/ 6.2 |
| 50-64 | 0/2.6 | 5/8.4 | 1/0.4 | 6/11.5 |
| 65+ | 0/0.1 | 0/0.6 | 3/2.8 | 3/ 3.5 |
| Total | 12/8.1 | 5/9.8 | 4/3.2 | 21/21.2 |

*Observed numbers not adjusted for deaths of unknown cause

Table 6. — Observed*/Expected Deaths from Lung Cancer According to Duration of Employment and Years Since Employment Began.

| Duration of Employment | Years Since Employment Began 0-4 | 5-9 | 10+ | Total |
|---|---|---|---|---|
| 0-4 | 13/11.1 | 6/4.4 | 0/0.0 | 19/15.6 |
| 5+ | — | 2/2.3 | 0/3.3 | 2/ 5.6 |
| Total | 13/11.1 | 8/6.7 | 0/3.3 | 21/21.1 |

*Observed deaths not adjusted for deaths of unknown cause

clustered among workers who were first employed prior to age 45 and who died before age 50 (Table 5). In fact, in this sub-group the excess is formally significant ($p < 0.05$), if one disregards the facts that this was not an *a priori* hypothesis and that many comparisons have been made in the data. No explanation for this observation has been found yet.

Table 6 examines the question of "latency" — the interval between the time the individual's employment began and the years during which he was observed in the study. The table shows that relatively few of the study subjects so far were followed for 10 years or more after first employment. None of those with lung cancer fell into this category. If the excess of lung cancers had been of occupational origin, one would have expected to see most of the excess in this category.

## Discussion

Although there have been several clinical studies of workers occupationally exposed to pesticides, these generally have been based on small numbers and have involved clinical and laboratory examination at a single point in time.[4-12] Essentially no data could be found on the long-term mortality of occupationally exposed workers other than a study of workers employed in the manufacture of chlordane and heptachlor.[1]

There is no consistent pattern of excess mortality seen in either of these two studies. The overall SMRs were 72 in the manufacturing workers and 84 in the applicators — both figures expressing the reduced mortality generally found in occupational cohorts. SMRs for deaths from cancer were 82 and 83, respectively. In both groups there was a slight excess of deaths from lung cancer but in neither is it significant, and even if the two series are combined, there are 36 3 observed and 30.2 expected — a difference that is neither significant nor remarkable in the absence of data on cigarette smoking in the two cohorts. Moreover, the manufacturing workers were exposed predominantly to chlordane and heptachlor. Among the applicators, the excess lung cancer mortality occurred not among the group most likely to be exposed to chlordane and heptachlor — the termite control operators — but among the general pesticide applicators. Nevertheless, special attention should be paid to this cause of death in the future follow-up of these cohorts.

The excesses of cancer of the skin and of the bladder seen in the applicators were not reflected in the manufacturing workers. Similarly the unexpected excess of deaths from cerebrovascular disease seen in the manufacturing workers is not seen in the applicators, either in the group as a whole or in the termite control applicators.

The principal limitation of the present study, particularly as it relates to cancer experience, is that there were relatively few workers who had substantial work experience and who were followed for long periods after first employment. Thus, only about 15% of the person-years were contributed by workers who had more than five years of employment and who were observed more than 10 years after first employment. It is hoped that the establishment of the cohort at this point in time will permit more decisive analyses in the future.

The authors are indebted to Mr John D Conner, Jr., of Sellers, Conner and Cuneo, Washington, DC, for suggesting this study and for making arrangements with the companies for provision of data. Management and staff of Rollins, Inc., Terminex International, Inc., and Truly Nolen International were helpful in supervising data abstraction and in providing other information. The Social Security Administration arranged for the data processing in that agency

## References

1. Wang HH and MacMahon B: Mortality of workers employed in the manufacture of chlordane and heptachlor *J Occup Med* 21.745-748, 1979
2. Monson RR. Analysis of relative survival and proportional mortality *Comput Biomed Res* 7:325-332, 1974
3. Wang HH and Miettinen O. Evaluation of three asymptotic methods of interval estimation for the odds ratio In preparation
4. Princi F and Spurbeck GH. A study of workers exposed to the insecticides chlordane, aldrin, dieldrin *Arch Ind Hyg Occup Med* 3 64-72, 1951
5. Alvarez WC and Hyman S. Absence of toxic manifestations in workers exposed to chlordane *Arch Ind Hyg Occup Med* 8 480-483, 1953
6. Ortelee MF Study of men with prolonged intensive occupational exposure to DDT *Arch Ind Health* 18 433-440, 1958
7. Fishbein WI, White JV, and Isaacs HJ Survey of workers exposed to chlordane *Ind Med Surg* 33 726-727, 1964
8. Stein WJ and Hayes WJ Health survey of pest control operators *Ind Med Surg* 33 549-555, 1964
9. Laws ER, Curley A, and Biros FJ. Men with intensive occupational exposure to DDT *Arch Environ Health* 15 766-775, 1967
10. Sandifer SH, Keil JE, Finklea JF, and Gadsden RH Pesticide effects on occupationally exposed workers A summary of four years observation of industry and farm volunteers in South Carolina *Ind Med* 41 9-12, 1972
11. Warnick SL and Carter JE Some findings in a study of workers occupationally exposed to pesticides *Arch Environ Health* 25 265-270, 1972
12. Morton WE, Crawford ED, Maricle RA, et al Hypertension in Oregon pesticide-formulating workers *J Occup Med* 17 182-185, 1975

Table 3. — Observed and Expected Deaths from Selected Causes in Termite Control Operators and Other Applicators.

| Cause of Death | Termite Control Operators Observed* | Expected | SMR | Others Observed* | Expected | SMR |
|---|---|---|---|---|---|---|
| All causes | 138 | 150.1 | 92 | 173 | 220.9 | 78 |
| Malignant neoplasms | 21.6 | 25.9 | 83 | 32.6 | 39.3 | 83 |
| Cancer of digestive organs and peritoneum | 1.2 | 5.9 | 20 | 5.6 | 9.1 | 62 |
| Cancer of lung | 7.2 | 8.3 | 87 | 16.9 | 12.9 | 131 |
| Cancer of skin | 1.2 | 0.8 | 148 | 2.2 | 1.2 | 187 |
| Cancer of bladder | 1.2 | 0.5 | 245 | 2.2 | 0.8 | 296 |
| Ischemic heart disease | 37.2 | 41.2 | 90 | 61.8 | 63.2 | 98 |
| Cerebrovascular disease | 2.4 | 6.1 | 39 | 5.6 | 9.2 | 61 |
| External causes | 50.4 | 41.8 | 120 | 44.9 | 56.9 | 79 |

*Deaths with missing certificates distributed according to the distribution of actual observed numbers for each cause: TCOs - 23; others - 19

intensity of exposure was desired. Each company was supplied with a list of all the job titles found among the cohort members and a knowledgeable person or persons was asked to classify each title into one of three groups according to relative intensity of exposure. In an attempt to evaluate the effect of exposure to chlordane and heptachlor, separate analyses have been conducted for persons ever holding jobs as "termite control operators" (TCOs) Chlordane and heptachlor are particularly effective in the control of termites and, since 1975, their use has been legally restricted to the subterranean control of them and to a very few other applications. It is recognized that TCOs are also exposed to a variety of other pesticides and that general pest control operators may well have had exposure to chlordane and heptachlor, particularly prior to 1975. Nevertheless, it is almost certainly true that, as a group, TCOs have heavier exposure to chlordane and heptachlor than those in other job categories. The distribution of the study population as to TCO or non-TCO status and by estimated relative intensity of exposure is shown in Table 1. The 243 applicators who had held job titles under more than one level of intensity of exposure are classified according to the one held for the longest period of time.

**Results**

Observed and expected deaths by cause are shown in Table 2. The overall SMR has a point estimate of 84 and a 95% confidence interval of 75-94. Underascertainment of deaths, as well as the selective factors involved in the "healthy worker effect," no doubt contributes to the fact that the SMR is less than 100, although the value of 84 is not atypical for an occupational cohort. SMRs are over 100 for only three causes of death — cancer of the lung (115), cancer of the skin (173) and cancer of the bladder (277). The confidence intervals of two of these ratios (for lung and for skin) include 100 and so the excess is not formally significant ($p > 0.05$). For bladder cancer the excess is on the borderline of statistical significance. The very low SMRs for cancers of the digestive organs and for other diseases of the digestive and respiratory systems are notable. The extent to which occupational selection is responsible for these low ratios can only be conjectured, but it is probably considerable. There was one death from cancer of the common bile duct but none attributed to cancer of the liver.

Table 3 gives observed and expected deaths separately for the TCOs and for other applicators. The only significant differences between expected and observed values ($p < 0.05$) are those for cancer of digestive organs and for cerebrovascular disease, both in TCOs and both in the direction of lower observed values than expected. None of the differences between SMRs in TCOs and non-TCOs is significant but the slight excess of lung cancer is restricted to the non-TCO group.

Table 4 shows observed and expected deaths by estimated relative intensity of exposure. For lung cancer there is no evidence that risk increased with intensity of exposure as judged from job title; in fact, there is a slight, though not significant, trend in the opposite direction.

Further analysis of the lung cancer data showed only one curious feature. The lung cancer deaths were

Table 4. — Observed and Expected Deaths from Selected Causes According to Intensity of Exposure.

| Cause of Death | Minimal Observed* | Minimal Expected | Minimal SMR | Intermediate Observed* | Intermediate Expected | Intermediate SMR | Highest Observed* | Highest Expected | Highest SMR |
|---|---|---|---|---|---|---|---|---|---|
| All causes | 91 | 111.9 | 81 | 64 | 102.0 | 63 | 156 | 157.2 | 99 |
| Malignant neoplasms | 19.8 | 20.6 | 97 | 12.8 | 18.4 | 69 | 21.4 | 26.3 | 82 |
| Cancer of digestive organs & peritoneum | 2.3 | 4.9 | 48 | 3.2 | 4.2 | 76 | 1.2 | 5.9 | 20 |
| Cancer of lung | 9.3 | 6.8 | 138 | 7.5 | 6.2 | 120 | 7.1 | 8.2 | 87 |
| Cancer of skin | 1.2 | 0.6 | 198 | 1.1 | 0.6 | 187 | 1.2 | 0.9 | 138 |
| Cancer of bladder | 2.3 | 0.4 | 530 | 0 | 0.3 | 0 | 1.2 | 0.5 | 243 |
| Ischemic heart disease | 31.5 | 34.4 | 92 | 23.5 | 29.4 | 80 | 44.1 | 40.7 | 108 |
| Cerebrovascular disease | 1.2 | 5.3 | 22 | 2.1 | 3.8 | 56 | 4.8 | 6.2 | 77 |
| External causes | 23.3 | 24.6 | 95 | 22.4 | 26.3 | 85 | 48.8 | 47.9 | 102 |

*Deaths with missing certificates distributed according to the distribution of actual observed numbers for each cause: minimal exposure - 13. moderate - 4. heavy - 25

**Table 1. — Distribution of Study Population by General Level of Exposure to Pesticides and by Whether or Not Employed in Termite Control.**

| Exposure Level | Termite Control Yes | Termite Control No | Total |
|---|---|---|---|
| Minimal | 2713 (40.3) | 1426 (15.2) | 4139 (25.7) |
| Moderate | 664 (9.9) | 4320 (46.0) | 4984 (30.9) |
| Heavy | 3357 (49.9) | 3642 (38.8) | 6999 (43.4) |
| Total | 6734 (100.1) | 9392* (100.0) | 16126* (100.0) |

Figures in parentheses are percentages
*Includes four subjects with unknown level of general exposure

on what grounds each of the 27,957 excluded subjects was declared ineligible. However, a sample of 4,000 of these was examined and in this sample 11% had been excluded because they were female, 71% because they were employed for less than three months and 18% because of missing information.

Information on race was not available on personnel records and could not be used as an eligibility criterion. However, the majority of the workers were white. In the course of the study death certificates — which did specify race — were obtained for 269 of the subjects; 253 of these subjects were white, 15 were black and the race of one was unrecorded.

Individual follow-up was not attempted. Identifying information on the 16,126 eligible subjects was submitted to the Social Security Administration which provided, for those known to be dead, information on date of death and the state in which the death certificate might be found. In another set of records submitted together with those from this study, the SSA search identified 104 of 109 deaths which had been ascertained through individual follow-up.[1] Among the 16,126 subjects in this cohort, SSA identified 311 deaths, for 269 of which death certificates from the states or registration areas were obtained. There was no reason to believe that the 42 deaths for which death certificates could not be obtained are distributed by cause differently from those for which certificates were obtained. For some estimates, therefore, as the total number of "observed" deaths by cause, the actual number observed, plus the 42 deaths with missing certificates distributed by cause according to the distribution of causes noted in the death certificates obtained, were used.

Expected numbers of deaths by cause have been estimated by means of a computer program described by Monson.[2] The program applied national mortality rates of white males specific for five-year categories of age and for calendar year to the person-years accumulated during the period of observation. The beginning of this period was January 1, 1967, or January 1, 1968 (as described earlier). For employees entering after these beginning dates the beginning date was taken to be the end of the third month of employment. There were also two termination dates since records were submitted to SSA in two batches. For individuals whose record was submitted in the first batch the termination date was June 30, 1976. For the second group it was December 31, 1976. In the computations, persons who were known to have died did not contribute person-years after the year of death but, otherwise, subjects were assumed to be alive until the end of the follow-up period. Standardized mortality ratios (SMR) were estimated by dividing the numbers of observed deaths (with the 42 of unknown cause distributed as previously described) by the expected values and multiplying by 100. An extension of the Cornfield method[3] was used to compute 95% asymptotic confidence intervals of the SMRs.

The applicators had been exposed to a broad spectrum of pesticides including fumigants, botanicals, carbamates, chlorinated hydrocarbons and organophosphates. Particular interest was focused on applicators exposed to chlordane and heptachlor. In addition, some measure of

**Table 2. — Observed and Expected Deaths from Selected Causes.**

| Cause of Death | Observed A* | Observed B† | Expected | SMR‡ | C.I. of SMR§ |
|---|---|---|---|---|---|
| All causes | 311 | 311.0 | 370.9 | 84 | 75- 94 |
| Infective and parasitic diseases | 2 | 2.3 | 2.8 | 83 | 25-281 |
| Malignant neoplasms | 47 | 54.3 | 65.2 | 83 | 64-109 |
| Digestive organs and peritoneum | 6 | 6.9 | 15.1 | 46 | 22- 95 |
| Lung | 21 | 24.3 | 21.2 | 115 | 77-170 |
| Skin | 3 | 3.5 | 2.0 | 173 | 63-473 |
| Bladder | 3 | 3.5 | 1.3 | 277 | 101-761 |
| Lymphatic and hematopoietic | 5 | 5.8 | 8.8 | 66 | 30-146 |
| Other | 9 | 10.4 | 16.9 | 61 | 34-112 |
| Diseases of circulatory system | 111 | 128.3 | 139.9 | 92 | 77-109 |
| Ischemic heart disease | 86 | 99.4 | 104.4 | 95 | 78-116 |
| Cerebrovascular disease | 7 | 8.1 | 15.3 | 53 | 27-104 |
| Other | 18 | 20.8 | 20.2 | 103 | 67-158 |
| Diseases of respiratory system | 4 | 4.6 | 16.0 | 29 | 12- 70 |
| Diseases of digestive system | 10 | 11.6 | 20.9 | 55 | 31- 98 |
| External causes | 82 | 94.8 | 98.7 | 96 | 79-117 |
| All other causes | 55¶ | 15.0 | 27.4 | 55 | 33- 90 |

*Actual numbers for which causes of death known
†With 42 deaths with missing certificates distributed according to the distribution in Column A
‡SMR = Observed (B)/Expected x 100 (computed from values expressed to two decimal places)
§95% asymptotic confidence intervals[3]
¶Including 42 with missing death certificates

# Mortality of Pesticide Applicators

Helen H. Wang, M.D., and Brian MacMahon, M.D.

*Information has been obtained on a cohort of professional pesticide applicators which will be followed prospectively. The cohort consists of 16,126 males employed for three months or more between 1967 and 1976 by any of three nationwide pest control companies. Deaths which occurred between 1967 and 1976 were reported by the Social Security Administration as a result of a search of its records. Overall, 311 deaths were ascertained, giving a standardized mortality ratio (SMR) of 84. SMRs were over 100 for three causes of death — cancer of the lung (115), cancer of the skin (173) and cancer of the bladder (277). The confidence intervals of two of these ratios include 100, and the observed numbers therefore do not differ significantly from those expected. For bladder cancer the excess is on the border of statistical significance ($p < 0.05$). The excess of deaths from lung cancer was not seen for applicators classified as termite control operators, a group more likely to be exposed to chlordane and heptachlor. There were significantly low SMRs for cancer of the digestive organs (46) and for other diseases of the digestive (55) and respiratory (29) systems. Deaths from cerebrovascular disease were also less than expected, though not significantly so.*

Chemical control of insect pests essentially began in the middle of the nineteenth century with the introduction of arsenical pesticides. However, pesticide use was confined to fruit and high value crops, or to instances of severe infestation, until the development of the chlorinated hydrocarbons a little over 30 years ago. The high potency and residual action of these compounds reduced the cost of pest control and led to a rapid increase in the levels of chemical pesticides in the environment generally.

Acute health effects of heavy exposure to chemical pesticides are reasonably well known. They can be serious and sometimes fatal. Whether there are long-term health effects of chronic exposure of humans to levels that do not produce acute symptoms is still not known. In particular, there is concern, deriving from experimental work on laboratory animals, that chronic exposure may be associated with increased risk of malignancy. There has been little published epidemiologic work addressing this problem in humans.

The cancer experience of professional pesticide applicators would seem to be relevant. Although, from any presently available information, it is not possible to assess the doses to which professional applicators are, or in the past have been, exposed, it is unquestionable that as a group their exposures exceed many-fold those of the general population. It is reasonable, therefore, to look among this group for the first signs of a carcinogenic effect of pesticides in man.

This paper reports on the establishment of a cohort of professional pesticide applicators which will be followed prospectively. It also reports the results of such observations as can be made retrospectively on the same cohort.

## Materials and Methods

Employees of three nationwide pest control companies form the study cohort. The three companies have headquarters in Atlanta, Ga., Memphis, Tenn., and Tucson, Ariz., respectively, but their branch offices cover more than 40 states. At the time this study was begun, centralized personnel records had been maintained only for approximately 10 years in all three companies because of the record storage problems associated with rapid turnover and a large number of employees. In two companies January 1, 1967, was identified as the earliest date for which a roster of all personnel — those inactive as well as those still active in 1976 — could be assembled, and in the third, and largest, company this date was January 1, 1968. Personnel records of all persons in job categories potentially involving exposure to pesticides and employed on those dates or hired between those dates and June 30, 1976, were reviewed. From a total of 44,083 records, 16,126 subjects were identified who satisfied the criteria of (1) being male, (2) being employed for three months or more, and (3) having name, Social Security number, date of birth and dates of employment recorded. The assembly of the cohort involved a combination of computer and manual procedures and, without considerable clerical labor, it is not possible to say precisely

From the Department of Epidemiology, Harvard School of Public Health, 677 Huntington Ave., Boston, MA 02115

Supported by grants from the Velsicol Chemical Corporation and the National Cancer Institute, U.S. Public Health Service (5-P01-CA06373)

Dr Wang is presently at the Comprehensive Cancer Center, Duke University Medical Center, Durham, NC 27710

Reprinted from Journal of Occupational Medicine
November, 1979, Volume 21, No. 11
pp. 741-744
©JOM 1979

Table 8. — Observed/Expected Deaths from Selected Causes According to Duration of Follow-up.

| Cause of Death | Duration of Follow-up <10 | 10-19 | 20+ | Total |
|---|---|---|---|---|
| All causes | 21/44.4 | 45/58.4 | 47/54.7 | 113/157.5 |
| Malignant neoplasms | 3/ 6.6 | 14/11.0 | 7/11.6 | 24/ 29.2 |
| Ischemic heart disease | 4/10.8 | 16/21.3 | 17/21.8 | 37/ 53.8 |

deaths from cancer compared to the number expected, even among persons followed 20 and more years after first employment. There was only one death from liver cancer — the tumor associated with chlordane exposure in mice.[5]

The only tumor in excess in these data is cancer of the lung. For this tumor the excess is not statistically significant and does not follow any pattern of association with duration of exposure or latency that suggests an etiologic relationship between occupational exposure and lung cancer. The fact that there are no data on cigarette smoking in this study group is further reason for caution in interpreting the observations on lung cancer.

A surprising observation is the statistically significant excess of deaths from cerebrovascular disease. This appears not to have been observed or suspected previously and should be confirmed in other data or further follow-up of these workers before it is accepted as evidence of a consequence of exposure to chlordane or heptachlor. There is, however, some equivocal evidence of increased blood pressure among pesticide workers. Thus, no increase in blood pressure was reported in three surveys of workers specifically exposed to chlordane.[6,7,8] In one of these surveys two cases of hypertension were found among 24 workers but there was no control group and the finding was considered incidental.[7] Increased systolic and diastolic pressures have been reported among workers with mixed pesticide exposures[9,10] but lack of increase has also been reported.[11] Hypertension was reported in two studies of workers exposed to DDT, another chlorinated hydrocarbon, but in the absence of a comparison group in either study the findings are difficult to interpret.[12,13] Obviously, research in this area is in an unsatisfactory state. The relationship of pesticide exposure to blood pressure and to cerebrovascular disease deserves more investigation.

The authors are indebted to Sidney Shindell, M.D., of the Medical College of Wisconsin for supplementing the information on deaths in the study group. The Social Security Administration carried out the matching of individuals in the cohort with Social Security records.

## References

1. U.S. Department of Health, Education and Welfare: Eighth Revision International Classification of Diseases Adapted for Use in the United States. Public Health Service Publ. No. 1693. Superintendent of Documents, U.S. Government Printing Office, Washington, D.C., 1967.

2. Monson RR: Analysis of relative survival and proportional mortality. *Comput Biomed Res* 7:325-332, 1974.

3. Wang HH and Miettinen O: Evaluation of three asymptotic methods of interval-estimation for the odds ratio. In preparation.

4. Data provided by Velsicol Chemical Corporation.

5. Epstein SS: Carcinogenicity of heptachlor and chlordane. *Sci Total Environ* 6:103-154, 1976.

6. Princi F and Spurbeck GH: A study of workers exposed to the insecticides chlordane, aldrin, dieldrin. *Arch Ind Hyg Occup Med* 3:64-72, 1951.

7. Alvarez WC and Hyman S: Absence of toxic manifestations in workers exposed to chlordane. *Arch Ind Hyg Occup Med* 8:480-483, 1953.

8. Fishbein WI, White JV, and Isaacs HJ: Survey of workers exposed to chlordane. *Ind Med Surg* 33:726-727, 1964.

9. Sandifer SH, Keil JE, Finklea JF, and Gadsden RH: Pesticide effects on occupationally exposed workers: A summary of four years observation of industry and farm volunteers in South Carolina. *Ind Med* 41:9-12, 1972.

10. Warnick SL and Carter JE: Some findings in a study of workers occupationally exposed to pesticides. *Arch Environ Health* 25:265-270, 1972.

11. Morton WE, Crawford ED, Maricle RA, et al.: Hypertension in Oregon pesticide-formulating workers. *J Occup Med* 17:182-185, 1975.

12. Ortelee MF: Study of men with prolonged intensive occupational exposure to DDT. *Arch Ind Health* 18:433-440, 1958.

13. Laws ER, Curley A, and Biros FJ: Men with intensive occupational exposure to DDT. *Arch Environ Health* 15:766-775, 1967.

Table 4. — Observed/Expected Deaths from Lung Cancer According to Age at Observation and Age at Entry into Occupation.

| Age at Observation | Age at Entry into Occupation <35 | 35-49 | 50+ | Total |
|---|---|---|---|---|
| <50 | 5/1.2 | 1/0.5 | — | 6/1.7 |
| 50-64 | 2/1.4 | 1/2.8 | 0/0.4 | 3/4.7 |
| 65+ | — | 0/1.6 | 3/1.0 | 3/2.6 |
| Total | 7/2.6 | 2/4.9 | 3/1.4 | 12/9.0 |

and significantly so, since its confidence interval does not include 100. However, the value (72) is typical of that observed in an employed population. This deficit of observed deaths relative to expected seen in working populations is generally attributed to the selective factors associated with employment.

Observed deaths from cancer are also fewer than expected, but not significantly so. Only one type of cancer — cancer of the lung — shows more observed deaths than expected, but again the difference is not statistically significant. There was one death attributed to carcinoma of the liver. This occurred in a man who worked for the company for five years, beginning in 1944 when he was 68 years old, and who died in 1958, at the age of 81, of "carcinoma of the liver." The carcinoma was not specified as primary but was so coded by us. The expected number of deaths from cancer of the liver and biliary tract (ICD8 #155, 156) was 0.59. There was one death each from cancer of the bladder, the prostate and the central nervous system, and one with primary site unspecified.

While diseases of the circulatory system as a whole account for fewer deaths than expected, there is a substantial and statistically significant excess of deaths due to cerebrovascular disease. No other causes of death are in excess.

Table 3 gives similar data separately for the two plants. The features outlined above are present in both sets of data.

Table 4 shows observed and expected lung cancer deaths according to age at entry into occupation and age at observation. Almost the entire lung cancer excess occurs among workers who were aged less than 35 at entry into occupation and less than 50 at observation. In this particular category the difference between observed and expected is statistically significant ($p < 0.01$). Because of small numbers in the individual cells of this table it is not possible to tell whether the excess is a function of young age at entry, young age at observation, or both. Relationships to duration of follow-up ("latency") and duration of employment are explored in Table 5. Again numbers are small but there is no pattern suggesting a real relationship with either variable. For both variables the excess appears in the subgroup with intermediate durations. It is noteworthy that in the person-years with 20 or more years of latency there is a statistically significant *deficiency* of lung cancer deaths. The lack of any clear pattern in this table casts doubt on the meaningfulness of the relationship seen in Table 4.

Similar analyses of deaths from cerebrovascular disease are given in Tables 6 and 7. Within the variability inherent in the small numbers in these tables the excess appears to be distributed more or less evenly throughout and there is no clear relationship with any of the four variables. Although 3.2 deaths from cerebrovascular disease would have been expected among currently employed workers, there were none. Six deaths from this cause occurred within five years after termination; four occurred 5-9 years after termination; and seven, 10 or more years after termination. The expected values for the latter three periods were 1.7, 1.5 and 2.9.

The effects of worker selection are explored for deaths from two principal causes and from all causes in Table 8. All three categories show substantial deficits of observed deaths in the first 10 years of the follow-up period. For deaths from malignant disease, the effects of the selective factors which are presumed to be responsible for these deficits seem to have disappeared by 10 years after the beginning of the follow-up. For deaths from ischemic heart disease and for all deaths, the deficits persist throughout all three categories of duration of follow-up, though not so markedly as in the first ten years.

## Discussion

To the authors' knowledge this is the only published study of cause-specific mortality among workers occupationally exposed to chlordane or heptachlor and there are, therefore, no other data with which these can be compared directly.

The impetus to the study was a search for evidence of carcinogenicity of these compounds to man. None has been found, although the study population is too small and the period of follow-up too short to translate this into a statement that there is no excess risk of cancer associated with exposure in man. There was no excess of

Table 6. — Observed/Expected Deaths from Cerebrovascular Disease According to Age at Observation and Age at Entry into Occupation.

| Age at Observation | Age at Entry into Occupation <35 | 35-49 | 50+ | Total |
|---|---|---|---|---|
| <50 | 2/1.1 | 1/0.4 | — | 3/1.5 |
| 50-64 | 0/0.7 | 3/2.0 | 2/0.5 | 5/3.3 |
| 65+ | — | 3/1.8 | 6/2.7 | 9/4.5 |
| Total | 2/1.8 | 7/4.3 | 8/3.2 | 17/9.3 |

Table 5. — Observed/Expected Deaths from Lung Cancer According to Duration of Employment and Duration of Follow-up.

| Duration of Employment | Duration of Follow-up <10 | 10-19 | 20+ | Total |
|---|---|---|---|---|
| <10 | 3/1.5 | 2/1.3 | 0/1.4 | 5/4.3 |
| 10-19 | — | 6/2.1 | 0/0.8 | 6/2.9 |
| 20+ | — | — | 1/1.8 | 1/1.8 |
| Total | 3/1.5 | 8/3.4 | 1/4.0 | 12/9.0 |

Table 7. — Observed/Expected Deaths from Cerebrovascular Disease According to Duration of Employment and Duration of Follow-up.

| Duration of Employment | Duration of Follow-up <10 | 10-19 | 20+ | Total |
|---|---|---|---|---|
| <10 | 3/2.0 | 3/1.4 | 3/1.3 | 9/4.7 |
| 10-19 | — | 2/2.1 | 6/1.3 | 8/3.4 |
| 20+ | — | — | 0/1.3 | 0/1.3 |
| Total | 3/2.0 | 5/3.5 | 9/3.9 | 17/9.3 |

Table 1. — Distribution of Study Subjects by Duration of Follow-up and by Plant.

| Duration of Follow-up | Marshall | Memphis | Total No. | Total % |
|---|---|---|---|---|
| <10 | 129 | 352 | 481 | 34.3 |
| 10-19 | 99 | 324 | 422* | 30.1 |
| 20-29 | 193 | 159 | 351* | 25.0 |
| 30+ | 149 | — | 149 | 10.6 |
| Total | 570 | 835 | 1403 | 100.0 |

*Includes one subject who worked in both plants

the state in which the beneficiary filed a claim for benefits. A Social Security Administration search of its records identified 104 deaths in the study cohort through the end of 1975, for which death certificates were sought from the states and registration areas.

Contemporaneously, Dr. Sidney Shindell of the Medical College of Wisconsin had been conducting individual follow-up of terminated workers in these plants. He informed us of nine deaths in our cohort which had not been identified by SSA, four of which occurred in 1976 after the termination of the SSA search. These have been added to the known deaths and the closing dates of Dr. Shindell's follow-up — June 30, 1976, for Marshall employees and December 31, 1976, for Memphis employees — were used as the termination dates for computing person-years of observation. Dr. Shindell also provided copies of some death certificates which had not been obtained by the authors. There remain two deaths for which certificates could not be found.

The distribution of deaths by cause was based on death certificate causes coded by one of the authors (HHW) to the 8th Revision of the International Classification of Diseases Adapted.[1] Expected numbers of deaths by cause were estimated using a computer program developed by Monson.[2] The program applies national mortality rates specific for sex, race and age and calendar time in five-year groups to the comparable person-years accumulated during the period of observation. Since the publication of the reference cited, the program has been updated to use national mortality rates through 1975. The rates for white males were used for this analysis. For the computation of person-years, the beginning date was taken to be January 1, 1946, for Marshall and January 1, 1952, for Memphis if the employee was eligible on those dates, or at the end of three months employment if he was first employed later. Standardized mortality ratios (SMR) were estimated by dividing the observed deaths by the expected and multiplying by 100. An iterative method based on mid-p values[3] was used to compute 95% confidence intervals.

An attempt was made to examine the relationship between the intensity of exposure and mortality experience among these workers. However, a complete occupational history was not available for each individual. Moreover, serum pesticide levels of workers actively employed in the plants in 1975 and 1976[4] did not correlate with a classification of presumed exposure level based on job category. Therefore, analyses according to presumed level of exposure are not presented.

## Results

The distribution of the study group by plant and by duration of follow-up is given in Table 1. Table 2 gives observed and expected numbers of deaths by cause and estimates of the SMRs. The overall SMR is lower than 100

Table 2. — Observed and Expected Deaths from Selected Causes.

| Cause of Death | Observed | Expected | SMR* | C.I. of SMR† |
|---|---|---|---|---|
| All causes | 113 | 157.4 | 72 | 59 - 86 |
| Malignant neoplasms | 24 | 29.3 | 82 | 54 - 120 |
| Digestive organs and peritoneum | 7 | 8.2 | 86 | 38 - 170 |
| Lung | 12 | 9.0 | 134 | 73 - 228 |
| Lymphatic and hematopoietic | 1 | 3.3 | 30 | 2 - 151 |
| Other | 4 | 8.8 | 45 | 14 - 109 |
| Diseases of circulatory system | 63 | 75.8 | 83 | 64 - 106 |
| Ischemic heart disease | 37 | 53.9 | 69 | 49 - 94 |
| Cerebrovascular disease | 17 | 9.3 | 183 | 110 - 287 |
| Other | 9 | 12.6 | 71 | 35 - 131 |
| Diseases of respiratory system | 3 | 8.1 | 37 | 9 - 101 |
| Diseases of digestive system | 4 | 8.5 | 47 | 15 - 114 |
| External causes | 14 | 22.8 | 61 | 35 - 101 |
| All other causes | 5‡ | 13.1 | 38 | 14 - 85 |

*SMR = Observed/Expected x 100 (computed from values expressed to two decimal places)
†95% exact confidence intervals computed by iteration based on mid-p values[3]
‡Including two with missing death certificates

Table 3. — Observed and Expected Deaths from Selected Causes According to Plant.

| Cause of Death | Marshall Observed | Marshall Expected | Marshall SMR | Memphis Observed | Memphis Expected | Memphis SMR |
|---|---|---|---|---|---|---|
| All causes | 76 | 107.1 | 71 | 37 | 50.1 | 74 |
| Malignant neoplasms | 13 | 20.1 | 65 | 11 | 9.1 | 121 |
| Cancer of digestive organs and peritoneum | 5 | 5.9 | 85 | 2 | 2.3 | 88 |
| Cancer of lung | 7 | 6.1 | 115 | 5 | 2.9 | 174 |
| Ischemic heart disease | 26 | 38.1 | 68 | 11 | 15.6 | 70 |
| Cerebrovascular disease | 11 | 7.0 | 158 | 6 | 2.3 | 260 |
| External causes | 9 | 12.3 | 73 | 5 | 10.4 | 48 |

# Mortality of Workers Employed in the Manufacture of Chlordane and Heptachlor

**Helen H. Wang, M.D., and Brian MacMahon, M.D.**

*A retrospective mortality study has been carried out on workers employed in the manufacture of chlordane and heptachlor between 1946 and 1976. The study group was comprised of 1403 white males who worked for more than three months at either of the two plants in the United States now producing these compounds. Information on deaths among terminated employees was obtained from the Social Security Administration and supplemented by information collected by another investigator by individual follow-up. There were 113 deaths observed in the group, compared to 157 expected, giving a standardized mortality ratio (SMR) of 72. There was no overall excess of deaths from cancer, even among workers followed twenty or more years after entry into the occupation. There was one death from liver cancer. An excess of deaths from lung cancer (12 observed, 9.0 expected) was not statistically significant and was not distributed by duration of exposure or of latency in any pattern suggesting an etiologic role for chlordane-heptachlor exposure. Although diseases of the circulatory system as a whole showed fewer deaths than expected (SMR 83), there was a statistically significant excess of deaths from cerebrovascular disease (17 observed, 9.3 expected). This excess was not related to duration of exposure or latency and occurred exclusively after termination of employment.*

Chlordane and heptachlor are chlorinated hydrocarbons which were widely used as agricultural and domestic pesticides until 1975, when the Environmental Protection Agency suspended their use for all but subterranean termite control and certain other limited applications. A complete ban for agricultural use is now being phased in.

From the Department of Epidemiology, Harvard School of Public Health, 677 Huntington Ave., Boston, MA 02115

Supported by grants from the Velsicol Chemical Corporation and the National Cancer Institute, U.S. Public Health Service (5-P01-CA06373)

Dr. Wang is presently at the Comprehensive Cancer Center, Duke-University Medical Center, Durham, NC 27710

Central to the suspension proceedings and to the ban subsequently negotiated was concern that these compounds might be carcinogenic to man. The evidence is controversial and derives entirely from long-term feeding studies in laboratory animals. There are a few cross-sectional clinical studies of heavily exposed humans but essentially no data on long-term mortality associated with chronic or heavy exposure in man. A study of the mortality of workers engaged in the manufacture of these pesticides at the only two plants currently engaged in their production in the United States is reported here. While current levels of exposure are reasonably well characterized, the total exposure experienced by workers in these plants in the past cannot be reconstructed. However, it is very likely that a substantial proportion of workers has been exposed to levels well above those prevailing in the general population.

The study was undertaken at the invitation of the Velsicol Chemical Corporation which owns and operates the two plants.

## Materials and Methods

Velsicol Chemical Corporation began producing chlordane in its plant at Marshall, Illinois, in 1946 and heptachlor and endrin in the plant at Memphis, Tennessee, in 1952. Personnel records are available for all of the 951 employees at Marshall and the 1425 employees at Memphis who had ever worked in these plants before the spring of 1976, when this study was initiated. After exclusion of females, males who worked for three months or less, and persons with inadequate identifying information, there remained 1403 eligible subjects. No information on race was available but all the deaths identified in the course of the study were of whites. Among the 973 employees excluded, approximately 7% were excluded because they were female, 64% because they worked for three months or less and 29% because of missing information.

Identifying information was submitted to the Social Security Administration (SSA) which provided, for those workers known dead, information on date of death and

Reprinted from Journal of Occupational Medicine
November, 1979, Volume 21, No. 11
pp. 745-748

Summary and Conclusions

A study was conducted of a cohort of 783 current and former employees who worked three months or more at the Marshall, Illinois plant of the Velsicol Chemical Corporation from 1 January 1946 through 31 December 1979. Of the study cohort, 97.3% of the males and 98.8% of the females were located and data on morbidity and mortality obtained.

The data indicate that overall mortality was significantly lower in the male employees than that expected in the comparable segment of the U.S. population as a whole, probably as a result of the life style of the community in which the plant is located. Deaths from heart disease are not significantly different from the U.S. population and are consistent with overall mortality patterns. There were minor differences among specific classes of workers due to chance variations encountered when subclasses are analyzed containing small numbers of study subjects, but none of the variables is statistically significant, nor can they be related to any specific job classes or products handled. No variations related to length of employment were evidenced by the data obtained.

Morbidity data are likewise comparable to expectations in a work force of the age composition present in the Marshall facility and among those no longer employed and surviving at the time of the termination of the study.

There is, thus, no evidence of any long-term latent effect on health related in any way to employment at the Velsicol plant in Marshall, Illinois, for the thirty-four year period in which it has been engaged in the production of chlorinated hydrocarbon insecticides.

APPENDIX II OMITTED

# DATA FIELDS LAYOUT

| Name | | | Social Security Number | Sex & Race | Date of Birth | | | Job Category | Product/Process | Employment | | | | Interven'g | | | | Status Code | Date of Death | | Illness or Cause | | | Primary Cancer Site | Other Jobs in Plant | | | | | | | | | Project | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Date Hired | | Date Term. | | | | | | | | | | | | | First | | | Second | | | Third | | | | | |
| Last | First Initial | Middle Initial | | | Day | Mo | Year | | | Mo | Yr | Mo | Yr | First Activity | Duration (years) | Other Activity | Duration (years) | | Mo | Yr | Major | Other | Other | | Job | Product | Months | Job | Product | Months | Job | Product | Months | Firm | Facility | Sequence |

If a "9" is recorded in column 49, indicating "status undetermined", the entries in columns 46-48 will show the latest date of known status, or latest date known alive, rather than a second intervening activity.

# CODING SPECIFICATIONS

| COL. | ENTRY |
|---|---|
| 1-12 | Last Name |
| 13-14 | Initials |
| 15-23 | Social Security Number |
| 24 | Sex and Race<br>1 - White Male 3 - Black Male 5 - Latin Male 7 - Other Male<br>2 - White Female 4 - Black Female 6 - Latin Female 8 - Other Female |
| 25-32 | Date of Birth (day, month, year - dd, mm, yyyy) |
| 33 | Major Job Category<br>(Specify for plant) |
| 34 | Product Code<br>(Specify for plant) |
| 35-38 | Date Employed (month and year - mm, yy) |
| 39-42 | Date Terminated (month and year - mm, yy) |
| 43 | First Intervening Activity<br>0 - No period of intervening activity<br>1 - Professional, technical, managerial<br>2 - Clerical, sales<br>3 - Service, including housewife<br>4 - Farming, fishing, forestry, etc.<br>5 - Process (e.g., chemical industry)<br>6 - Machine trades, bench and structural work<br>7 - Other<br>8 - Inactive (retired and unemployed)<br>9 - Unknown |
| 44-45 | Duration of Intervening Activity (in years) |
| 46 | Second Intervening Activity (See 43)* |
| 47-48 | Duration of Second Intervening Activity (in years)* |
| 49 | Status of Individual at Time of Study<br>1 - Current employee 4 - Dead, with death certificate<br>2 - Contacted, direct 5 - Dead, no death certificate<br>3 - Contacted, indirect 9 - No information* |
| 50-53 | Date of Death (month and year - mm, yy) |

* If "9" in column 49 (status undetermined), the entries in cols. 46-48 record [illegible] date of known status (last date known alive) as follows:

46 Month ([illegible] thru 9 for Jan thru Sep; A, B, C, for Oct, Nov, Dec.)

47-48 Year [illegible]

| COL | ENTRY |
|---|---|
| 54-55 | Major Illness/Cause of Death<br>00 - No illness reported<br>20 - Suicide<br>01 - Cancer<br>02 - Cardiovascular disease<br>22 - Hypertension<br>03 Central nervous system/CVA<br>23 - Neuromuscular dis./M.S.<br>04 - Liver<br>05 - Pneumonia<br>25 - Thyroid<br>06 - Renal disorder<br>07 - Diabetes<br>27 - Allergy<br>08 - Dermatologic<br>28 - Hearing disorder<br>09 - Infectious disease<br>29 - Other<br>10 - Accident<br>30 - Homicide<br>11 - Benign tumors<br>12 - Peripheral vascular diseas[e]<br>32 - RHD<br>13 - Peripheral nervous disorder<br>33 - Parkinson's Disease<br>14 - Gastrointestinal disorder<br>15 - Emphysema, COPD<br>35 - Asthma<br>16 - Genitourinary disorder<br>17 - Arthritis<br>37 - Musculoskeletal disor[der]<br>18 - Cataracts, Glaucoma, Blindn[ess]<br>19 - Alcoholism<br>39 - Hematologic problem<br>99 - Unknown |
| 56-57 | Second Illness/Cause of Death (See 54-55) |
| 58-59 | Third Illness/Cause of Death (See 54-55) |
| 60-61 | Primary Cancer Site<br>00 - None (unknown primary)<br>01 - Lymphomas<br>21 - Sarcomata<br>02 - Leukemia<br>22 - Cartilage<br>03 - Central nervous system<br>04 - Liver<br>24 - Stomach/Esophagus<br>05 - Lung<br>25 - Mediastinum<br>06 - Kidney<br>26 - Prostate<br>07 - Pancreas<br>08 - Skin<br>28 - Oral<br>09 - Breast<br>29 - Ovaries<br>11 - Hodgkin's Disease<br>12 - Myeloma<br>32 - Bone<br>13 - Peripheral nervous system<br>14 - Gall bladder<br>34 - Colon/Rectum<br>15 - Nasopharynx<br>35 - Mesothelioma<br>16 - Bladder<br>36 - Testicle<br>46 - Penis<br>17 - Other endocrine<br>18 - Melanoma<br>19 - Cervix/Uterus<br>90 - Other |
| 62 | Second Job within Plant (See 33) |
| 63 | Product Code for Second Job (See 34) |
| 64-66 | Months Worked at Second Job |
| 67-71 | Third Job within Plant (See 62-66) |
| 72-76 | Fourth Job within Plant (See 62-66) |
| 77-80 | Project Identification Codes |