additions to the cohort. The form used for data collection is attached (Appendix I-2).

All information collected was coded and/or transcribed for computer input in accordance with revised and updated Coding Specifications (Appendix I-3), and entered for analysis as required in accordance with the Data Fields Layout (Appendix I-4).

The methods employed to contact former employees included the traditional approaches of searching company records, conferring with current employees and former employees still residing in the local communities, contacting relatives and personal references, inquiring of school alumni groups and professional associations, and following up with former neighbors and identified acquaintances. Until recently determinations of survivor status by the Social Security Administration were not feasible because of agency policy and time constraints. The SSA is, however, now able and willing to undertake a search within a reasonably short time (two to three months) of small groups (one hundred to two hundred individuals) to determine crude survival status. Through SSA assistance we were able to identify four decedents whose deaths we had not discovered by other tracing efforts, and to confirm as alive during the first three months of 1980 an additional fourteen individuals not otherwise ascertained to be alive as of the 31 December 1979 cut-off date.

Because of confidentiality requirements the information received from the Social Security Administration is so limited that it cannot be considered definitive. SSA is prohibited from divulging any geographical or specific current status information regarding surviving contributors or benefit recipients other than the fact that the account is active in the most recent quarter in such status, nor can SSA report anything more than the month, year and county of death regarding individuals for whom death claims have been processed.

Design of the Study

The overall goal of the study is to determine the health status of all persons who completed a minimum of three months' employment at Velsicol's plant in Marshall, Illinois at any time between 1 January 1946 and 31 December 1979. The employment experience of such employees prior to 1946 is included for individuals who terminated employment in 1946 or later. Using the period of three months' employment as necessary for inclusion in the study cohort, primarily to eliminate transients from consideration, it is believed that essentially all persons experiencing significant exposure to the general occupational environment involving Marshall production of synthetic chlorinated hydrocarbon insecticides have thus been included in the cohort.

After updating the cohort roster to include qualified employees hired after 30 June 1976, intensive effort was made to trace and contact all employees not determined to be dead at the time of the original study. Death certificates were obtained for individuals who died between 1 July 1976 and 31 December 1979 and [redacted]

In order to evaluate relative health effects of various occupational exposures among Marshall personnel, classifications of job types and product exposures, established at the time of the original study, were reviewed and refined. Based on information obtained during and subsequent to the original study, the categories of job/product exposure were clarified to reflect distinguishable characteristics in groups large enough to permit valid statistical analysis. The job/product classifications ultimately used are in accordance with the Project Specification attached (Appendix I-1).

A data sheet was created for each individual incorporating information as of 31 June 1976 for members of the original cohort and relevant information as of 31 December 1979 for subsequent

health concern which can usually be resolved only by long-term epidemiologic research of the type undertaken in this study. Since Velsicol's Marshall plant studies cover the entire time span of commercial production of synthetic chlorinated hydrocarbon insecticides in the United States, we have maximum possible confidence that any latent effects, if present, will have manifested themselves.

This report describes the methodology of investigation, the techniques of analysis, and the findings and conclusions of the resulting updated study of the mortality effects of employment at the Velsicol Marshall plant during the thirty-four year period of pesticide manufacture from 1946 through 1979.

in 1976, a study employing different follow-up techniques was performed by Drs. Wang and MacMahon of the Harvard School of Public Health. An account of their study was published in the Journal of Occupational Medicine, Volume 21, No. 11, November 1979 (pp.745-748) and reported substantially similar results.

A third independent study involving the Marshall plant has been conducted by the University of Illinois, School of Public Health under contract with the National Institute for Occupational Safety and Health (NIOSH). The NIOSH/University of Illinois contract was awarded in 1976 and Marshall is one of four plants included in the Mortality Study of Workers Employed at Organochlorine Pesticide Manufacturing Plants. This study is based on a longer minimum employment period (6 months) but covers a shorter overall time span including only those qualified individuals whose employment terminated on or before 31 December 1964. The follow-up cut-off date was 31 December 1976 and a report in general agreement with our findings and those of Drs. Wang and MacMahon was completed in draft form in April 1980.

Velsicol renewed its direct contact with Shindell and Associates in the latter half of 1979, wishing to update its own study of the Marshall plant to extend coverage to include persons completing the minimum three months' employment at any time prior to 1 January 1980, an additional three and one-half years beyond the initial Velsicol sponsored study. Negotiations were formalized in memoranda of understanding in September and October of 1979, and the follow-up work was begun in November 1979 and concluded in June 1980.

The primary focus of the study undertaken was to attempt to discern the long-term effects of exposure to allegedly hazardous materials. The acute effects of known or suspected toxic substances are generally established by pre-production testing. The long-term, unsuspected effects comprise the area of occupational

# REPORT OF EPIDEMIOLOGIC STUDY
# VELSICOL CHEMICAL CORPORATION
# MARSHALL, ILLINOIS
# JANUARY 1946 - DECEMBER 1979

## Introduction

The initial epidemiologic study by Shindell and Associates of health experience of employees of the Velsicol Chemical Corporation at its Marshall, Illinois plant was conducted during the period June through October 1976. Its purpose was to evaluate the overall health status of all former and current employees with three months or more employment at the Marshall plant between 1946 when manufacture of chlordane began and the study cut-off date of 30 June 1976.

Mortality data on Velsicol employees were compared to the overall mortality experience of like segments (by age and sex) of the U.S. population at large to determine whether Marshall plant exposure produced any discernible variations from expected mortality from all causes and from selected significant causes. Analysis of these mortality data revealed no significant differences between Velsicol employees and the overall U.S. population and supported the conclusion that employment at the Marshall plant has no effect upon the employees with respect to either the causes of death or the overall longevity of such employees.

The observed deaths among Marshall plant employees from all causes and from the specific causes of primary interest (i.e., heart disease and cancer) were uniformly and substantially fewer than calculated expected deaths among comparable segments of the overall U.S. population. These data were presented in testimony by Dr. Shindell on 9 June 1977 at a hearing before the Environmental Protection Agency.

Concomitant with the study performed by Shindell and Associates

Shindell AND ASSOCIATES
MILWAUKEE, WISCONSIN

# REPORT OF EPIDEMIOLOGIC STUDY

# OF THE EMPLOYEES OF

# VELSICOL CHEMICAL CORPORATION PLANT

MARSHALL, ILLINOIS

JANUARY 1946 - DECEMBER 1979

JULY 1980

P.O. BOX 26509-53226 (414) 257-8288

use and exposures of many more individuals will be necessary before such sensitivities can be accurately determined.

We do feel it reasonable to assume that under the present conditions of formulation and use, chlordan, aldrin and dieldrin will not produce measurable harmful effects among those persons who are continuously exposed to concentrations which are encountered under ordinary conditions of use. All ordinary precautions should be continued, however, to prevent excessive accidental exposures and skin absorption.

The conclusions and recommendations which are expressed in this report are based entirely on a study of persons whose exposures occurred during the manufacture and formulation of these insecticides. Further studies are necessary to determine the consequences of field use.

The hematological studies were done by Miss K. Philippine Dixon.

The roentgenograms were interpreted by Dr. Morris Levine.

Case 1:05-cv-01020-MMS Document 39-22 Filed 01/05/2007 Page 13 of 51

# AN ANALYSIS OF EXISTING TYPES OF SMALL-PLANT HEALTH SERVICES IN NORTHEASTERN UNITED STATES

R. B. O'CONNOR, M.D.
BOSTON

## STATEMENT OF THE PROBLEM

IT HAS LONG been known that small industries and their workers have qualitatively the same need for an industrial health program as do large industries and their workers. However, quantitatively the need is obviously much less, and the range of medical problems may be less. Thus the reason for the delay in the development of effective health programs in small plants has been the difficulty o developing such programs with less than full time medical personnel. In th smaller plants their medical needs and their available budgets may not justify fu time physicians and nurses.

If large plants spend up to $25 per year per employee for their industrial healt program, they must feel it is worth the expense. If an effective medical prograr can be developed for a small plant on the same per capita basis as in the large plan the investment should be equally justifiable. Such programs have been and ar being developed, and in many instances where figures are available, the returns o the investment have reached amazingly happy proportions. Indeed, the returr are such that one wonders why managements and workers continue blissfully to los money every day they continue without a real medical program.

The purpose of this paper is to describe some of the methods, presently in us of furnishing health services to small industry in Northeastern United States th: have proved to be effective and the pitfalls that limit program effectiveness th: must be avoided.

## FOUR ELEMENTS VITAL TO PROGRAM SUCCESS

Experience with this problem over a period of years has permitted crystallizatic of certain elements that can be considered vital if the small plant program is be really effective. In programs that have worked well, these elements have be present. In programs that have not worked well or have not reached maximu effectiveness, some or all of these elements have been missing.

## MEDICAL DEPARTMENT INTEREST IN INDUSTRIAL HEALTH

The first important requisite is an interest in industrial health on the part the medical personnel. This may seem obvious, and yet it has been one of the co monest reasons why many medical programs in small plants have failed to rea

Read before the Third Annual Gulf Coast Conference on Industrial Health, Houst Texas, Oct. 14, 1950.

Assistant Professor of Industrial Medicine, Harvard School of Public Health; Divi: Medical Director, Liberty Mutual Insurance Company.

RESULTS OF AIR SAMPLING

Table 3 shows the analytic results of the atmospheric sampling. All chlorinated hydrocarbons were calculated as aldrin (compound 118), and the atmospheric concentrations are reported in milligrams per cubic meter of air. The highest concentrations for all hydrocarbons were found in the control and development laboratories, and the lowest were found in the plant laboratory. The latter area was highest in concentration of aldrin, however, and provided exposures which were definitely significant.

COMMENT

Whenever a new substance is manufactured or used in other pursuits, the effect of the substance on the workers themselves is frequently considered to be serious until it is shown to be otherwise. This is naturally the case, since the toxicity of new compounds can never be predicted without adequate investigation. However, a substance can be considered relatively safe for ordinary use when the concentrations in which it is employed produce no harmful effects on those exposed to it. For this reason, the present study of 22 workers who had been exposed to the insecticides chlordan, aldrin and dieldrin was carried out.

Animal experimentation had suggested that if adverse effects were present, they would be manifested by loss of weight, anorexia, headache, nausea, nervous disorders and disturbances of vision and respiration. Under the conditions of this study, none of the organ systems of the human subjects seem to have been affected by concentrations of these substances encountered in the air of a manufacturing and formulation plant (more than 5 mg. per cubic meter) for periods of from one to three years.

Within certain limits, both length of exposure and atmospheric concentrations must have varied. It is evident, however, that if delayed symptoms were to have been expected, they should have become apparent during the period of this study.

It has been shown that during the process of manufacture of these materials (chlordan, aldrin and dieldrin) and under the atmospheric conditions which were observed and determined, there was no measurable effect on the respiratory system. It is logical to suppose that a certain amount of absorption of these compounds occurred in the body, not only by inhalation but also by skin absorption. There was no evidence, however, of any deleterious effects on the central nervous system, the liver, the kidneys or the hemopoietic system.

Allergic phenomena were not found in this study. Nevertheless, the fact that such manifestations may occur and that sensitivities to these compounds may develop must be seriously considered. More widespread

Subject 10 was found to have increased breath sounds and musical rales anteriorly and posteriorly over both lung fields. Close questioning revealed that he had had chronic asthma since early childhood and that he had experienced difficulty in breathing after being exposed to hexachlorocyclopentadiene, an intermediary substance in the manufacture of these insecticides. This substance had also produced itching and burning of the conjunctivas.

Routine urinalyses revealed no significant findings, and the urinary dilution and concentration tests gave normal results in every case. These findings suggest that no measurable renal damage was produced.

Table 2 is a compilation of the results of the routine blood examinations. No significant deviations from the normal figures for this

TABLE 3.—*Results of Analytic Study of Air Samples Obtained in Cases of Aldrin Exposure*

| | | | Atmospheric Concentrations, in Mg. per Cubic Meter | | |
|---|---|---|---|---|---|
| Subjects | Area of Work | Date of Collection | 1 All Chlorinated Hydrocarbons Calculated as Aldrin (from B * Samples) | 2 Aldrin (from A † Samples) | 3 All Other Organic Chlorides and Any Free Chloride (1-2) |
| 3, 4, 6, 7, 8, 9 | Operations (manufacturing and formulating) | 2/16/50 | 9.2 | 1.9 | 7.3 |
| 11, 12, 13, 18, 19, | Plant lab.‡ | 2/16/50 | 3.3 | 2.6 | 1.2 |
| 24, 25, 27, 30, 34 | Control lab. | 2/16/50 | 54.0 § | 1.4 | 52.6 |
| 1, 22, 28 | Sales service lab. | 2/17/50 | 5.7 | 1.1 | 4.6 |
| 10, 14, 29 | Development lab. | 2/17/50 | 10.0 § | 1.0 | 9.0 |
| 2, 5, 15, 16, 17, 20, 21, 23, 26, 31, 32, 33 | Various other buildings | 2/17/50 | No evidence of chlorinated hydrocarbons in the room air | | |

* B samples were obtained by the chlorinated hydrocarbon combustion collection technic.
† A samples were obtained by the absorption technic.
‡ The exposures of individuals in this laboratory are believed to have been considerably greater than indicated by the data ven, inasmuch as pilot plant quantities of aldrin and dieldrin had been processed, with minimum protection of the exposed orkers, for more than a year prior to the time of atmospheric sampling.
§ These high figures can probably be accounted for on the assumption that large amounts of hydrochloric acid and mmonium chloride were present in the atmosphere. Such findings are not uncommon in chemical laboratories.

altitude (5,280 feet) were seen. The blood smear of subject 19 (a Negro) did show the presence of a few target cells despite the fact that his total red cell count was normal. In an effort to determine whether or not these cells were significant, blood smears were done for the subject's father and mother. The mother's blood smear revealed numerous target cells, and her hemoglobin value and red cell count were low. Since this syndrome is considered characteristic of certain individuals of the Negro race, it was felt that there was no relationship between this finding and the occupational exposure.

Significant amounts of porphyrin were not found in the urine of any of the men. According to our method, none of the determined values was more than 5 micrograms per cent above our established curve for healthy persons. These findings are within normal limits.

## RESULTS OF PHYSICAL EXAMINATIONS

Medical histories and physical examinations yielded essentially normal findings. Visual acuity and visual fields were found to be within normal limits in every case. The funduscopic examinations of the eyes revealed no abnormalities.

TABLE 2.—*Results of Laboratory Blood Studies*

| | | | | | Based on Count of 200 Cells | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Polymorphonuclears | | | | | | |
| Subject | Hemoglobin, Gm. | Sedimentation Rate, Mm. in 60′ | Red Blood Cells per Cu. Mm., Millions | Leukocytes per Cu. Mm. | Total | Seg. | Band | Lymphocytes | Basophils | Eosinophils | Monocyt[es] |
| 1 | 17.4 | 2½ | 5.43 | 7,250 | 72 | 61 | 11 | 23 | 3 | 0 | 3 |
| 2 | 14.8 | 13 | 4.58 | 6,500 | 70 | 59 | 11 | 25 | 0 | 2 | 3 |
| 3 | 15.7 | 10 | 4.86 | 12,000 | 64 | 56 | 8 | 31 | 0 | 3 | 2 |
| 4 | 16.2 | 2 | 5.27 | 12,150 | 51 | 49 | 2 | 39 | 1 | 2 | 7 |
| 5 | 17.6 | 1 | 4.68 | 8,950 | 64 | 63 | 1 | 28 | 0 | 3 | 5 |
| 6 | 16.2 | 1½ | 5.03 | 5,900 | 44 | 35 | 9 | 44 | 0 | 4 | 7 |
| 7 | 16.2 | 1½ | 4.92 | 10,750 | 77 | 58 | 19 | 14 | 0 | 2 | 7 |
| 8 | 15.35 | 1½ | 5.47 | 8,150 | 55 | 51 | 4 | 29 | 1 | 4 | 11 |
| 9 | 15.75 | 10 | 5.03 | 7,450 | 64 | 56 | 8 | 26 | 1 | 0 | 9 |
| 10 | 17.6 | 1 | 5.00 | 5,750 | 59 | 58 | 1 | 37 | 0 | 3 | 1 |
| 11 | 15.4 | 3 | 4.60 | 5,400 | 44 | .. | .. | 44 | 0 | 2 | 9 |
| 12 | 15.5 | 3 | 4.60 | 10,500 | 69 | 66 | 3 | 27 | 0 | 2 | 2 |
| 13 | 16.2 | 3 | 4.41 | 5,100 | 49 | 44 | 5 | 43 | 0 | 1 | 7 |
| 14 | 18 | 6 | 4.97 | 4,600 | 68 | 65 | 3 | 24 | 1 | 1 | 6 |
| 15 | 15.5 | 10 | 4.90 | 12,700 | 68 | .. | 2 | 23 | 0 | 3 | 6 |
| 16 | 16.4 | 6 | 5.10 | 11,050 | 74 | 62 | 12 | 20 | 0 | 3 | 2 |
| 17 | 15.5 | 7 | 4.56 | 7,100 | 55 | 44 | 11 | 37 | 1 | 1 | 6 |
| 18 | 15.7 | .. | 4.57 | 4,500* | 53 | 51 | 2 | 43 | 0 | 1 | 3 |
| 19 | 16.2 | 4 | 5.52 | 7,100 | 55 | 51 | 4 | 37 | 0 | 3 | 5 |
| 20 | 15.1 | 7 | 4.63 | 8,650 | 48 | 45 | 3 | 46 | 2 | 0 | 4 |
| 21 | 14.6 | 4 | 4.11 | 8,150 | 72 | 66 | 6 | 25 | 0 | 2 | 2 |
| 22 | 16.7 | 7 | 4.77 | 14,900 | 77 | 69 | 8 | 17 | 0 | 1 | 5 |
| 23 | 16.4 | 1 | 5.43 | 7,100 | 59 | 56 | 3 | 33 | 1 | 3 | 4 |
| 24 | 18.7 | 3 | 4.84 | 7,150 | 54 | 48 | 6 | 35 | 1 | 7 | 3 |
| 25 | 17.9 | 2 | 5.79 | 5,900 | 60 | 58 | 2 | 34 | 0 | 1 | 5 |
| 26 | 16.9 | 8 | 5.15 | 8,450 | 70 | 60 | 10 | 20 | 2 | 0 | 8 |
| 27 | 16.2 | 6 | 4.71 | 5,350 | 65 | .. | .. | 27 | 1 | 1 | 6 |
| 28 | 16.2 | 10 | 5.26 | 10,750 | 58 | 48 | 10 | 37 | 0 | 4 | 1 |
| 29 | 16 | 6 | 4.45 | 7,700 | 82 | 65 | 17 | 15 | 0 | 1 | 1 |
| 30 | 14.4 | 9 | 4.69 | 5,400 | 67 | .. | .. | 33 | 0 | 1 | 3 |
| 31 | 17.2 | 1 | 5.32 | 4,400 | 63 | 59 | 4 | 27 | 1 | 1 | 8 |
| 32 | 16 | 3 | 4.77 | 7,800 | 64 | 62 | 2 | 27 | 1 | 4 | 4 |
| 33 | 12 | 21 | 4.98 | 5,350 | 71 | 51 | 20 | 21 | 0 | 0 | 8 |
| 34 | 16 | 12 | 4.8 | 6,550 | 46 | 42 | 4 | 41 | 0 | 1 | 11 |

Since the men examined had been exposed to the compounds in question primarily by inhalation, chest roentgenograms were taken of the entire group. In no case was there any evidence of abnormal shadows. In the case of 27 of the men for whom chest roentgenograms had been made a year prior to this study, no change in roentgenological appearance was noted. None of the men gave histories of increased cough, expectoration or throat irritation. There appeared to be no increased incidence of infections of the upper respiratory tract.

increase may be the result of damage to the excretory powers of the liver. Therefore, it was felt that if toxic effects on the liver were being caused by these compounds, such effects would probably first be reflected in increased porphyrin excretion.

## METHOD OF AIR SAMPLING

Air sampling was an essential part of the study because it was necessary to know not only that the men were actually working near and with the various materials, but it was also important that information be obtained concerning the actual amounts of the substances which they were likely to inhale during a working day. Two types of apparatus were employed to collect the air samples at the various test points. When both sampling devices were used in a single location, they were run simultaneously.

A Willson combustion apparatus was used to collect the samples ("B" samples) for total chlorinated hydrocarbons in the room air. The equipment utilizes a combustion furnace to break down the chlorinated hydrocarbons. From the combustion furnace, the sample passes through a bead absorption column containing chloride-free sodium carbonate plus chloride-free arsenic trioxide. A collection rate of 1.5 L. of air per minute was maintained with this apparatus.

The various individual materials in the air were collected by means of two glass absorbers in series ("A" samples). Collection rate for this apparatus was 0.1 cu. M. of air per minute.

The length of the sampling time with both pieces of equipment was from 30 to 45 minutes. The samples were drawn through the instruments by means of Willson suction pumps.

At all test locations, general room air samples were taken at the workers' normal breathing level. In the operations building, one set of tests was run on the first floor near the aldrin (compound 118) reaction tanks. The other set of tests was run on the third floor near the dieldrin (compound 497) reaction tanks. All samples that were taken in the various laboratories were collected at a central location within the laboratory in order to secure a representative test of the general room air. Sampling was done on days which were typical of ordinary operating conditions. In our opinion, these samples represented the average of possible high or low values of exposures.

Chemical analysis was carried out as follows:

The "A" samples were made up to 250 ml. with dioxane, and a 100 ml. aliquot was evaporated almost to dryness in an evaporating dish. The residue was washed into standard colorimetric tubes, and the procedure for aldrin as described by Danish and Lidov[8] was employed. Since there is no specific chemical method for chlordan or dieldrin, these substances were determined by calculation from the total chlorine determination. The "B" samples were made up to 100 ml. after acidification with nitric acid and were treated with silver nitrate. They were then compared by a turbidimetric method on a model 11 spectrophotometer at 650 mμ. The numbers of milligrams of chlorine which were thus determined were calculated as aldrin (compound 118) and represented all organic chlorides and any inorganic chlorides which might have been present.

---

8. Danish, A. A., and Lidov, R. E.: Colorimetric Method for Estimating Small Amounts of Aldrin (Compound 118), Analyt. Chem. **22**:702, 1950.

Case 1:05-cv-01020-MMS Document 39-22 Filed 01/05/2007 Page 25 of 51



measured doses of aldrin. Most of the toxicant was recovered from the liver, the kidney and fat tissue. Dieldrin exhibits an $LD_{50}$ to dogs within the range of 65 to 95 mg. per kilogram of body weight.[4]

## EXAMINATION OF WORKERS

This survey consisted of a study of 34 persons engaged in the manufacture of all these products. Of these 34, only 22 were directly exposed during the manufacturing process. Although exposure was mainly by inhalation, all three of the materials were known to come into contact with the skin. Rubber gloves had been furnished all the men, and they had been told to wash off with soap and water any material with which they might come into contact. These instructions were not enforced, and it is impossible to report how well precautions were maintained.

Table 1 shows the ages of the men, the duration of their employment and the area in which they worked. Since some of the men had not received preemployment physical examinations, careful inquiry concerning the state of their health at the time of their employment was deemed necessary at the initiation of this study. In December 1948 routine urinalyses and chest roentgenograms had been made for 27 of the men. There had been no positive findings in any of the men of this group. The histories of the other seven men did not suggest abnormalities.

The clinical and laboratory investigation included the following:

1. A complete history and physical examination, including a chest roentgenogram.
2. Urinary dilution and concentration tests by the Mosenthal modification.
3. Routine urinalysis.
4. Hemoglobin determination by the photoelectric method.
5. Determination of the sedimentation rate by the Wintrobe method.
6. Complete blood count.
7. Porphyrin determination by a modification of Watson's short method.[6]

A complete neurological examination was carefully carried out because it was felt reasonable to suppose that these compounds might prove similar in action to other aliphatic and aromatic halogenated hydrocarbons which are known to affect the central nervous system. A study of the optic nerves and disks was made. Visual acuity and visual fields were determined by standard methods. Cranial nerves were tested for any deviations from the normal, as were the neuromuscular functions of the remainder of the body.

Because of the possibility that these compounds might have a toxic effect on the liver, each person was questioned closely concerning gastrointestinal upsets, jaundice, dark urine, changes in color of the stools and pain or tenderness in the right upper quadrant of the abdomen. Urinary porphyrin determinations were done because it is known that in certain pathological conditions there is an increase in porphyrin excretion. The exact physiological responses which produce this increase in porphyrins is not entirely clear. Watson,[7] however, has suggested that the

---

6. de Langen, C. D., and ten Berg, J. A. G.: Porphyrin in the Urine as a First Symptom of Lead Poisoning, Acta med. Scandinav. 130:37, 1948.

7. Watson, C. J.: Concerning the Naturally Occurring Porphyrins: The Isolation of Coproporphyrin I from Urine in a Case of Cinchophen Cirrhosis, J. Clin. Investigation, 14:106, 1935.

nature; the chief pathological changes were damage of the liver and subserosal hemorrhages.

Similar experimental information concerning aldrin and dieldrin is extremely meager. The preliminary work[4] indicates that single doses of 95 to 105 mg. of aldrin per kilogram of body weight may represent

TABLE 1.—*Information Concerning Men Examined*

| Subject | Length of Work, Mo.* | Age, Yr.† | Area in Which Subject Worked |
|---|---|---|---|
| 1 | 30½ | 23 | Sales service lab. |
| 2 | 12 | 27 | Operation M-101 |
| 3 ‡ | 12 | 39 | Operations chlordan, 118, 497 |
| 4 ‡ | 33 | 36 | Operations chlordan, 118, 497 |
| 5 | 33½ | 23 | Operation M-101 |
| 6 ‡ | 33½ | 24 | Operations chlordan, 118, 497 |
| 7 ‡ | 32½ | 31 | Operations chlordan, 118, 497 |
| 8 ‡ | 33½ | 25 | Operations chlordan, 118, 497 |
| 9 ‡ | 32½ | 25 | Operations chlordan, 118, 497 |
| 10 | 36 | 34 | Development lab. |
| 11 | 12 | 29 | Control lab. and plant lab. |
| 12 | 36 | 42 | Control lab. and plant lab. |
| 13 | 14 | 26 | Control lab. and plant lab. |
| 14 | 37 | 37 | Development lab. |
| 15 | 36 | 49 | Plants area |
| 16 | 34 | 40 | Plants area |
| 17 | 36 | 38 | Plants area |
| 18 | 30 | 33 | Control lab. and plant lab. |
| 19 | 11 | 24 | Control lab. and plant lab. |
| 20 | 35 | 31 | Office |
| 21 | 22 | 25 | Office |
| 22 | 36 | 48 | Sales service lab. |
| 23 | 30½ | 32 | Bioassay lab. |
| 24 | 16 | 24 | Control lab. and plant lab. |
| 25 | 12 | 32 | Control lab. and plant lab. |
| 26 | 36 | 51 | Office |
| 27 | 30 | 29 | Control lab. and plant lab. |
| 28 | 36 | 35 | Sales service lab. |
| 29 | 36 | 38 | Development lab. |
| 30 | 25 | 28 | Control lab. and plant lab. |
| 31 | 11½ | 28 | Sample room |
| 32 | 15½ | 21 | Store room |
| 33 | 27 | 60 | Office spaces |
| 34 | 36 | 29 | Control lab. and plant lab. |

* The average number of months employed was 28.
† The average age of men employed was 32.6 years.
‡ These men are chief operators on rotating shift work, and their duties necessitate working in each of the units mentioned.

the $LD_{50}$ of the material to dogs. Kitselman and co-workers[5] have studied the effect of aldrin on steers, heifers, dairy cows and sheep. They have described degenerative changes in the liver and the kidneys which were uniformly observed in those animals that died from

4. Borgmann, A. R.: Unpublished data, 1950.

5. Kitselman, C. H.; Dahm, P. A., and Borgmann, A. R.: Toxicological Studies of Aldrin (Compound 118) on Large Animals. Am. J. Vet. Research, to be published.

Velsicol #132



BRARY
V 29 1978
CHEMICAL CORP.

*Aldrin*[1a] *($C_{12}H_8Cl_6$) (compound 118)*



Fig. 2.—Formula of aldrin.

Empirical formula: 1,2,3,4,10,10-hexachloro-1,4,4a,5,8,8a-hexahydro-1,4,5,8-dimethanonaphthalene.

*Dieldrin*[1b] *($C_{12}H_8OCl_6$) (compound 497)*



Fig. 3.—Formula of dieldrin.

Empirical formula: 1,2,3,4,10,10-hexachloro-6,7-epoxy-1,4,4a,5,6,7,8,8a-octahydro-1,4,5,8-dimethanonaphthalene.

The available information concerning the toxic effects of these substances is not extensive. Stohlman and co-workers[2] reported that repeated oral administration of chlordan produced in rabbits focal necrosis of the liver, degenerative changes in the proximal convoluted tubules of the kidney and pulmonary exudates in the alveoli and bronchioles of the lungs. Bushland and his associates[3] applied chlordan as 1.5 per cent sprays to cattle and hogs and as dips to sheep and goats. The material was also sponged onto horses. The treatments were applied eight times at four day intervals, and observations were continued for at least 30 days after the last treatment. Their findings showed that the principal signs of toxicity of chlordan poisoning were of neurological

1. (*a*) Announcement, Bureau of Entomology and Plant Quarantine, Dec. 12, 1949. (*b*) Announcement, Bureau of Entomology and Plant Quarantine, Dec. 12 and 13, 1949.

2. Stohlman, E. F.; Thorp, W. T. S., and Smith, M. I.: Studies in the Pharmacologic Action of Chlordane, Federation Proc. 8 (pt. 1):134, 1949.

3. Bushland, R. C.; Wells, R. W., and Radeleff, R. D.: Effect on Livestock of Sprays and Dips Containing New Chlorinated Insecticides, J. Econ. Entomol. 41:642, 1949.

Archives of Industrial hygiene & Occupational Medicine
3:64-72(1951)

# A STUDY OF WORKERS EXPOSED TO THE INSECTICIDES CHLORDAN, ALDRIN, DIELDRIN

FRANK PRINCI, M.D.
CINCINNATI
AND
GEORGE H. SPURBECK, M.D.*
PIERRE, S. D.

SINCE 1946 a number of new insecticides have been developed and introduced in the United States. Three of these substances, chlordan, aldrin and dieldrin, are chlorinated hydrocarbons, which may be expected to have similar physiological actions on warm-blooded animals. Since the insecticidal powers of these compounds have made their general use desirable, it is necessary that any effects which these materials may have on workers be carefully evaluated. It is particularly important to know whether these substances if absorbed over long periods of time might produce deleterious effects. Because of these considerations, a clinical and laboratory study was undertaken, of a number of workers who had been engaged from one to three years in the manufacture and formulation of these products. To our knowledge, no previous clinical studies of humans exposed to these compounds have been made, and all existing information has been of necessity based on animal experimentation.

The chemical structures and empirical formulas of the three insecticides with which this study was concerned are as follows:

*Chlordan ($C_{10}H_6Cl_8$)*



Fig. 1.—Formula of chlordan.

Empirical formula: 1,2,4,5,6,7,8,8-octachloro-2,3,3a,4,7,7a-hexahydro-4,7-methanoindene.

---

* Fellow in Industrial Medicine.

This work was done with the aid of a grant from Julius Hyman and Company, Denver.

From the Division of Industrial Medicine of the University of Colorado Medical Center.

The chemical studies did not reveal any evidence of injury to the liver, kidneys, and blood-forming organs. The hemoglobin readings, red blood cell counts, sedimentation rates, and results of the sulfobromophthalein sodium dye retention tests, thymol turbidity tests, and tests for total bilirubin and nonprotein nitrogen in the blood were all within normal limits. None of the urine specimens contained an excess of urobilinogen or detectable amounts of bile.

One man had 0.25% of sugar in the urine, and his fasting blood sugar was slightly elevated. This one case of mild diabetes was probably also only an accidental finding. Diabetes is such a common disease that one case could be found in any group of adults.

An occasional blood nonprotein nitrogen value slightly above the so-called normal, as was found in several of the men, had no significance in the presence of normal urine, hemoglobin, and blood pressure readings.

In the few cases in which the sulfobromophthalein sodium test showed a slight retention, we doubted that this had any significance, because in these cases the highly sensitive thymol turbidity test showed nothing abnormal. In all instances, the normal blood sedimentation rate indicated absence of smoldering infection or any serious disease. The hemoglobin readings were remarkably high, showing that there was no injury to the blood or blood-forming organs.

## SUMMARY

Twenty-four men, aged from 21 to 49 years, who were exposed to chlordane for periods of from two months to five years while working in a plant where it was made were given a complete examination, including several blood chemical and urine studies. One person with diabetes and two with essential hypertension were found. Their diseases were thought to be incidental. Seven men were found to have slight fibrotic changes in the apices of the lungs without any evidence of activity. We do not believe that these lung findings had anything to do with the chlordane. There was no evidence of any abnormality in the liver, kidneys, skin, and nervous and blood-forming organs.

The good health of 24 men who were daily exposed to chlordane during its manufacture indicates that when it is breathed or placed in contact with the skin it is innocuous. Because it is a dense, sticky substance, probably but little goes into the body through the lungs. These new results confirm those of Princi and Spurbeck.

*Printed and Published in the United States of America*

*Epidemiological, Clinical, and Laboratory Data on Twenty-Four Men Exposed to the Manufacture of Chlordane*

| Subject | Age, Yr. | Exposure, Mo. | History | Physical Examination | Chest X-Ray | Hemoglobin, Gm./100 Cc. | Sedimentation Rate (Wintrobe Corrected), Mm. in 1 Hr. | Sulfobromophthalein Sodium Dye Retention, % (Normal = 0-4) | Thymol Turbidity, Units (Maclagan) (Normal = 0-4) | Total Bilirubin, Mg. (Van den Bergh) Mg./100 Cc. (Normal = 0.2-1.0/100 Cc.) | Nonprotein Nitrogen, Mg. (Normal = 25-35/100 Cc.) | Urine |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 21 | 12 | Normal | Normal | Small opacities left 1st ant. infraclavicular space | 17.6 | 2 | 0.1 | 2.6 | 0.91 | 31 | Normal |
| 2 | 25 | 12 | Normal | Hypertension | Normal | 17.4 | 0 | 2.0 | 2.2 | 0.61 | 33 | Normal |
| 3 | 30 | 6 | Normal | Normal | Normal | 17.0 | 1 | 2.8 | 2.4 | 0.08 | 29 | Normal |
| 4 | 21 | 2 | Normal | Normal | Normal | 16.0 | 2 | 2.8 | 2.6 | 0.08 | 33 | Normal |
| 5 | 49 | 24 | Normal | Normal | Pleural thickening both apices | 16.1 | 3 | 2.8 | 2.0 | 0.40 | 34 | Normal |
| 6 | 48 | 48 | Normal | Normal | Normal | 16.1 | 2 | 0.5 | 3.4 | 0.40 | 34 | Normal |
| 7 | 35 | 8 | Normal | Hypertension | Normal | 16.6 | 2 | 4.1 | 2.9 | 0.33 | 29 | Normal |
| 8 | 42 | 36 | Normal | Normal | Cloudiness in right apex | 16.1 | 1 | 0.5 | 2.2 | 0.40 | 33 | Sugar 0.25% |
| 9 | 25 | 12 | Normal | Normal | Normal | 17.0 | 0 | 3.7 | 2.4 | 0.33 | 38 | Normal |
| 10 | 22 | 12 | Normal | Normal | Possible enlarged node rt. hilus | 17.0 | 0 | 2.8 | 3.7 | 0.13 | 31 | Normal |
| 11 | 28 | 60 | Normal | (Rt. scoliosis) Normal | Normal | 17.4 | 2 | 3.7 | 2.6 | 0.58 | 37 | Normal |
| 12 | 29 | 60 | Normal | Normal | Small opacities left apex | 17.0 | 1 | 1.1 | 2.9 | 0.68 | 30 | Normal |
| 13 | 34 | 24 | Normal | Normal | Cloudy left apex and in 2d left interspace | 16.6 | 1 | 2.8 | 2.4 | 0.40 | 29 | Normal |
| 14 | 22 | 8 | Normal | Normal | Normal | 15.6 | 6 | 0.5 | 2.4 | 0.48 | 31 | Normal |
| 15 | 34 | 60 | Normal | Normal | Normal | 16.0 | 3 | 4.5 | 2.9 | 0.48 | 34 | Normal |
| 16 | 29 | 36 | Normal | Normal | Normal | 16.1 | 2 | 1.6 | 2.0 | 0.20 | 36 | Normal |
| 17 | 46 | 60 | Normal | Normal | Normal | 16.1 | 1 | 5.4 | 2.4 | 0.08 | 29 | Normal |
| 18 | 30 | 36 | Normal | Normal | Normal | 16.6 | 1 | 0.5 | 2.0 | 0.40 | 33 | Normal |
| 19 | 29 | 36 | Normal | Normal | Normal | 17.0 | 0 | 4.5 | 2.2 | 0.53 | 33 | Normal |
| 20 | 37 | 48 | Normal | Normal | Bilateral apical and costophrenic pleurisy | 16.1 | 3 | 4.5 | 2.0 | 0.48 | 34 | Normal |
| 21 | 31 | 24 | Normal | Normal | Normal | 17.0 | 2 | 2.4 | 2.6 | 0.13 | 26 | Normal |
| 22 | 30 | 24 | Normal | Normal | Normal | 17.4 | 0 | 3.7 | 2.4 | 0.20 | 31 | Normal |
| 23 | 34 | 60 | Normal | Normal | Normal | 17.0 | 1 | 3.2 | 1.9 | 0.48 | 38 | Normal |
| 24 | 32 | 36 | Normal | Normal | Normal | 16.1 | 0 | 3.2 | 2.2 | 0.68 | 38 | Normal |

constant exposure was the one who filled the drums. Incidentally, this man had no complaint in regard to his health and had normal findings both on physical examination and laboratory studies.

The history included a detailed search for symptoms and signs of liver damage, such as jaundice, gastrointestinal upsets, right upper quadrant abdominal pain and tenderness, undiagnosed fever and fatigue, and changes in color of urine and stool. Similarly detailed search was made for symptoms of neuritis or injury to nerves.

We questioned each man as to whether or not he had reason to fear chlordane, whether he thought it had harmed him in any way, or whether he had heard other workers speak of being injured by it. We asked if it was customary for men in the plant to lose time from work because of illness thought to be due to chlordane.

We were greatly impressed by the fact that no one feared the chemical. No one thought that he or any one else had been harmed by it. Significant was the fact that in the plant, the time lost from illness was negligible. The only complaint any one made was about an occasional exposure to leaking chlorine gas.

The physical examination consisted of a detailed survey of the unclothed worker and a search for skin lesions and enlarged glands. The fundi were looked at; the blood pressure was taken; and examination was made of the heart, lungs, and abdomen. Enlargement of liver and spleen and ascites were looked for; edema was looked for, and neurological and rectal examinations were made.

## RESULTS

The clinical and laboratory results of the study are given in the Table.

The ages of the men varied from 21 to 49 years, with the majority of the workers in the 20 to 35 year age group.

None of the men had any symptoms of cirrhosis of the liver or hepatitis, nephritis, or injury to the lungs. Only one man had a mild indigestion, but that was of the typically nervous type seen every day in the offices of gastrointestinal specialists. We had no reason to believe that in the case of this one man the symptoms had anything to do with chlordane.

It should be noted that in the cases of the 24 men about the only portals of entry to the body for chlordane could be the lungs and the skin. Most men wore canvas gloves, which quickly became soiled and saturated with chlordane, and so there was a good chance for absorption through the skin. However, there were no complaints of skin irritation. The men usually washed their hands before eating.

On physical examination, we discovered two men with hypertension and one with slight scoliosis of the thoracic spine. The hypertension in both cases was mild, and all the other findings of blood and urine were normal. The examination of the retinas showed no disease. In our opinion, the finding of two cases of hypertension is of no significance, since in any group of 24 men, several of whom were over 40, one would expect to see at least two cases of the usual essential type of high blood pressure.

Chest x-ray studies revealed minimal shadows in the lungs of seven men who had no symptoms, such as fever or cough, to make one suspect active tuberculosis. Also, against any activity was the presence of a normal blood sedimentation rate. In six cases there was an old pleural thickening, and in one case a possibly enlarged hilar node.

*Reprinted from the A. M. A. Archives of Industrial Hygiene and Occupational Medicine*
*November 1953, Vol. 8, pp. 480-483*
*Copyright, 1953, by American Medical Association*

# ABSENCE OF TOXIC MANIFESTATIONS IN WORKERS EXPOSED TO CHLORDANE

WALTER C. ALVAREZ, M.D.
AND
SAMUEL HYMAN, M.D.
CHICAGO

IN RECENT years a number of investigations have been carried out to determine the chronic toxicity of insecticides, particularly since the development of the new insecticides which are chlorinated hydrocarbons. Such tests have indicated that chlordane (1,2,4,5,6,7,8,8-octachloro-2,3,3a,4,7,7a-hexahydro-4,7-methanoindene), when injected into animals in certain dosages, affects the liver, kidneys, lungs, intestines, and nerves in varying degrees. It appears particularly to affect the liver.

Princi and Spurbeck [1] reported the results of a clinical and laboratory study of 22 persons exposed for from one to three years to chlordane during the manufacturing process. The authors stated that the chemical did not produce detectable harmful effects among persons who were daily exposed to the concentrations which were encountered during manufacture of the substance. None of the organs of the persons exposed appeared to have been injured.

## MATERIAL AND METHODS

We here report a clinical and laboratory study of 24 men, who while manufacturing chlordane at a plant (not the one concerned in the study made by Princi and Spurbeck) were exposed to the material for periods of from two months to five years. Because studies on animals have shown that chlordane when injected can have a particular effect on the liver, in this study we included a careful investigation of liver function. The men studied were exposed to the drug through inhalation and contact with the skin.

It might be noted here that chlordane as manufactured is a dense, sticky material which has an odor but is not highly volatile.

The examinations performed on April 11 and 12, 1952, consisted of the following procedures: (1) taking of a history, (2) physical examination, (3) chest x-ray examination, (4) sulfobromophthalein sodium dye excretion test of liver function, (5) thymol turbidity test of liver function, (6) total bilirubin in the blood (van den Bergh test), (7) hemoglobin (photoelectric method), (8) sedimentation rate (Wintrobe, corrected method), and (9) urinalysis (including estimations of urobilinogen and bile in the fresh specimen).

While taking the history in each case, we were particularly careful to estimate the amount of exposure to chlordane. The man who had the heaviest and most

1. Princi, F., and Spurbeck, G. H.: A Study of Workers Exposed to the Insecticides Chlordan, Aldrin, Dieldrin, A. M. A. Archives Indust. Hyg. 3:64-72 (Jan.) 1951.

TABLE I

RESULTS OF PHYSICAL EXAMINATIONS IN WORKERS EXPOSED TO CHLORDANE

| | Age | Physical Examination | Urine | C.B.C. | Bromsulphalein 15 min. | Bromsulphalein 45 min. | Cephalin Flocculation 24 hr. | Cephalin Flocculation 48 hr. | EKG | Chest X-ray | Period of Employment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 57 | Slight chronic cardiac failure | N* | N | 25% | 0.2% | N | 1+** | Auricular fibrillation | N | 16 yrs. |
| 2. | 48 | Malaria, 1944 | N | N | 18% | 4% | N | N | N | N | 10 yrs. |
| 3. | 46 | Slight vision and bearing disturbance | N | N | 23% | 5.5% | N | N | N | N | 15 yrs. |
| 4. | 51 | Needs visual correction | N | N | 15% | 0 | N | 1+ | N | N | 15 yrs. |
| 5. | 58 | Has cataracts | N | N | 11% | 4% | N | 1+ | N | Sclerosis of aorta and emphysema | 14 yrs. |
| 6. | 33 | Jaundice, 1932 | N | N | 13% | 2% | N | N | N | N | 9 yrs. |
| 7. | 49 | Hepatitis, 1945 | N | N | 22.5% | 4% | N | N | N | N | 14 yrs. |
| 8. | 61 | Major amputation | N | N | 17% | 4.5% | N | 1+ | N | N | 16 yrs. |
| 9. | 41 | Needs visual examination | N | N | 6% | 1% | N | N | N | N | 15 yrs. |
| 10. | 33 | Negative | N | N | 18% | 2.5% | N | N | N | N | 13 yrs. |
| 11. | 34 | Negative | N | N | 11% | 4% | N | N | N | N | 11 yrs. |
| 12. | 50 | Takes digitalis, dicumerol | N | N | 27% | 4% | N | N | Auricular fibrillation | Cardiac enlargement, some aortic sclerosis | 2 yrs. |
| 13. | 39 | Negative | N | N | 24% | 2% | N | N | N | N | 9 yrs. |
| 14. | 61 | Negative | N | N | 15% | 0 | N | 1+ | N | N | 11 yrs. |
| 15. | 46 | Needs vision correction | N | N | 10% | 2.5% | N | N | N | N | 9 yrs. |

*N — Normal
**1+ — Within normal limits

intoxication. It is important to note that the liver function tests were normal in all instances, that there were no manifestations of any nervous system disturbances or gastrointestinal or kidney disorders. Since the liver would be expected to show the first evidence of damage due to Chlordane exposure, particularly chronic exposure, and the nervous system evidence of acute exposure, it may be fairly assumed that these workers, under constant exposure to Chlordane, even though in minimal amounts, evidenced no signs or symptoms of injury therefrom.

## Conclusions

1. Fifteen workers, under constant, though minimal, exposure to Chlordane over periods ranging from one to fifteen years showed no evidence of injury to any of the organic systems subject to study.

2. Since the exposure of these workers is greater than may be expected in the use of Chlordane in the quantity and manner recommended and since they showed no signs or symptoms of toxicity, it may be stated that there is little, if any, hazard from the use of Chlordane when properly employed.

## References

1. PRINCI, F., and SPURBECK, G. H.: A Study of Workers Exposed to the Insecticides Chlordane, Aldrin, Dieldrin. *Arch. Ind. Hyg. and Occup. Med.* 3:64, 1951.

2. ALVAREZ, W. C., and HYMAN, S.: Absence of Toxic Manifestations in Workers Exposed to Chlordane. *Arch. Ind. Hyg. and Occup. Med.* 8:480, 1953.

Reprinted from INDUSTRIAL MEDICINE AND SURGERY, 33:10, 726-727, October, 1964
(Copyright, 1964 Industrial Medicine Publishing Company)

# Survey of Workers Exposed to Chlordane

• WILLIAM I. FISHBEIN, M.D.
Chicago, Illinois
• J. V. WHITE, M.D.
Terre Haute, Indiana
• HARRY J. ISAACS, M.D.
Chicago, Illinois

Previous studies[1,2] of workers exposed to Chlordane during its manufacture have shown no hazard. The present study was carried out to determine whether or not an additional fifteen workers exposed to Chlordane during its manufacture had developed any symptoms of toxicity insofar as could be determined by a careful history, physical examination, and laboratory tests. These workers were employed for periods of time varying from one to 15 years. Ten were engaged in the actual manufacturing process and five in packaging. The exposure was probably greatest in those who packaged the product.

## Method of Study

Each worker was examined separately. After questioning concerning his history of physical complaints, a routine physical examination was carried out. The laboratory tests included urine examination, complete blood counts, bromsulphalein and cephalin flocculation liver function tests, x-ray of the chest and electrocardiogram.

## Results

The data are summarized in Table I.

## Air Sampling

Repeated air samplings analyzed for Chlordane concentrations by electron capture gas chromatography were carried out in areas where these workers were employed. The results were as follows:

| Sample Location | Chlordane found |
|---|---|
| 2 ft. above floor in Chlorinator bldg. | 0.0013 micrograms/liter of air |
| Same as above | 0.0012 micrograms/liter of air |
| 8 ft. above floor, 6 ft. N.W. of draw-off | 0.0017 micrograms/liter of air |
| Small table at draw-off | 0.0014 micrograms/liter of air |

## Discussion

While the concentrations of Chlordane in the atmosphere surrounding these workers were not great, it must be remembered that exposure was fairly constant from day to day. Since it has been demonstrated that there is storage of chlorinated hydrocarbons in body fat, it would be expected that some storage may have occurred in these workers. As evidenced by the studies of these workers, however, there were no signs or symptoms attributable in any way to Chlordane

## Personal Communications

Frommer, C. 1981. Director-Regulatory Affairs. Velsicol Chemical Corp.

Granovsky, T. 1981. Research Entomolgist, Assistant Professor, Dept. of Entomology. Texas A&M University, College Station, Texas.

Hromada, C. 1981. Senior Vice President, Licensee Operation and Technical Services. Terminix International, Inc.

Mercado, H. 1981. Product Manager - Lindane. Zoecon Corp.

Nelson, B. 1981. Operations Director. Western Termite and Pest Control Co. Western Industries, Inc.

Russell, R. 1981. Vice President - Government Relations. Orkin Pest Control.

Sameth, R. 1981. President. Western Termite and Pest Control Co. Western Industries, Inc.

Speer, L. 1981. Product Sales Manager. Industrial Products, Agricultural Products Dept. Dow Chemical Co. U.S.A.

Williams, L. 1981. Entomologist. USDA Forest Service. Southern Forest Exp. Station. Gulfport, Mississippi.

U.S. Enviromental Protection Agency (EPA) 1976. EPA Actions to Cancel and Suspend Uses of Chlordane and Heptachlor as Pesticides: Economic and Social Implications. Economic Analysis Branch, Criteria and Evaluation Div., Office of Pesticide Programs, U.S. EPA, Washington, D.C. EPA-540/4-76-004, 355 pages.

U.S. Environmental Protection Agency (EPA). 1979. National Household Pesticide Usage Study, 1976-1977. Office of Pesticide Programs. EPA - 540/9-80-002.

U.S. Environmental Protection Agency (EPA). 1981. Creosote, Inorganic Arsenicals and Pentachlorophenol (Wood Uses), Position Document No. 2/3. Office of Pesticide Programs, Washington, D.C. p.17.

Williams, L. and H. Johnston. 1973. Controlling Wood Destroying Beetles in Buildings and Furniture. Leaflet No. 558. USDA, U.S. Government Printing Office. 8 pages.

Wood, F. 1979. Controlling Termites. Bulletin 245. University of Maryland Coop. Ext. Serv.

Yendol and Pashke. 1965. Pathology of an Entomophthora Infection in the Eastern Subterranean Termite, Reticulitermes flavipes (Kollar). Journal of Invertabrate Pathology Vol.7, pp. 414-422.

Young, D. and J. Cochran. 1976. Control Termites with Chemicals. Public 531. Mississippi State Coop. Ext. Serv.

Ostaff, D. and D.E. Gray. 1975. Termite (isoptera) Suppression with Toxic Baits. Canadian Entomologist. Vol. 107, pp. 1321-1325.

Pennell, J. 1975. Termites. Public E.M. 3397(Rev.). Washington State Univ. Coop. Ext. Serv.

Rambo, G., Edit. 1980. Approved Reference Procedures for Subterranean Termite Control. National Pest Control Association. Vienna, Va. 157 pages.

Robinson, W. 1977. Termites in the Home. Publication 433. Virginia Polytechnic Institute and State University Ext. Division.

Scheibner, R. 1974. Termites and Their Control. Public Ent. - 6. University of Kentucky Coop. Ext. Serv.

Schmitt, J. 1979. The Prevention and Control of Termite Damage. Extension Bulletin 331C. Rutgers, The State University of New Jersey, Coop. Ext. Serv.

Smith, V., R. Beal and H. Johnston. 1972. Twenty-Seven Years of Termite Control Tests. Pest Control Vol. 40, No. 6, pp. 28, 42, 44.

Smythe, R., H. Coppell, S. Lipton and F. Strong. 1967. Chemical Studies of Attractants Associated with Reticulitermes flavipes and R. virginicus. Journal of Economic Entomology Vol. 60, pp. 228-232.

Smythe, R. and L. Williams, 1979. Estimated Losses Caused by Wood Products Insects During 1970 for Single-Family Dwellings in 11 Southern States. U.S. Dept. of Agr. Forest Service Research Paper SO-145. 10 pages.

Snyder, T. 1968. Second Supplement to the Annotated, Subject Heading Bibliography of Termites 1961-1965. Smithsonian Misc. Collections Vol. 152, No. 3, 188 pages. Smithsonian Institute Press. Washington, D.C.

Stockdale, H. and J. DeWitt. 1978. Termite Control. Iowa Commercial Pesticide Applicator Manual, Category 7B. Public. CS-20. Iowa State Univ. Coop. Ext. Serv. 16 pages.

Thompson, L. 1979. Termites. AG FACTS Entomology 307. Kansas State Univ. Coop. Ext. Serv.

U.S. Department of Agriculture (USDA). 1974. Insects Affecting Man and His Possessions. Research Needs in the Southern Region. Joint Task Force Rep. of the Southern Region Agr. Exp. Stations and U.S. Dept. of Agr., 34 pages.

Howard, R.W. and M.I. Haverty. 1978. Defaunation, Mortality and Soldier Differentation: Concentration Effects of Methoprene In A Termite. Sociobiology Vol. 3, pp. 73-77.

Interagency IPM Coordinating Committee. 1980. Report to the President. Council on Environmental Quality.

Johnson, H., V. Smith and R. Beal. 1971. Chemicals for Subterranean Termite Control: Results of Long-Term Tests. Journal of Economic Entomolgy Vol. 64, No. 3, pp. 745-748.

Johnston, H., V. Smith and R. Beal. 1972. Subterranean Termites, Their Prevention and Control in Buildings. USDA, Home and Garden Bulletin No. 64. Revised Jan. 1972. 30 pages. U.S. Government Printing Office. 1972 0-478-135.

Jones, F. 1977(a). Preventing Termite Damage at Time of Building Construction. File: Insects 3. University of Missouri Ext. Division.

Jones, F. 1977(b). Termite Control in Existing Structures. File: Insects 3. University of Missouri Ext. Division.

Liebherr, J. 1978. Wood Damaging Insects in the Home. Ext. Bulletin E-497. Michigan State Univ. Coop. Ext. Serv.

Little, V. 1957. General and Applied Entomology. Harper and Brothers, Publishers, N.Y., N.Y. pp. 147-152.

Lofgren, J. 1973. Are They Really Termites? Entomology No. 6. University of Minnesota Coop. Ext. Serv.

Lund, A.E., 1967. The Laboratory and Field Study of Subterranean Termites. Pest Control Vol. 9, No. 4, pp. 29-33.

Mauldin, J. K. and N. M. Rich. 1980. Effect of Chlortetracycline and Other Antibiotics on Protozoan Numbers in the Eastern Subterranean Termite. Journal of Economic Entomology Vol. 73, pp. 123-128.

Metcalf, C. and W. Flint. 1962. Destructive and Useful Insects, Their Habits and Control. 4th edit. McGraw-Hill Book Company, Inc. New York, pp. 898-903.

Moore, H. 1979. Wood-Inhabiting Insects in Houses: Their Identification, Biology, Prevention and Control. Prepared as part of a interagency agreement between U.S. Dept. of Agr. Forest Service and the Dept. of Housing and Urban Development.

Moreland, D. 1981. Subterranean Termites. Pest Control Technology Vol. 9, No. 3, March 1981.

Nutting, W. 1971. Termite Control for Homeowners. Intermountain Regional Publication 7. University of Arizona Agr. Exp. Station and Coop. Ext. Ser. 5 pages.