Construction Review. 1981. Building Materials Outlook for 1981. U.S. Dept. Commerce, Bureau of Indust. Econ. Vol. 27, No. 2. Feb. 1981. p. 49.

Davidson, R. and L. Peairs. 1966. Insect Pests of Farm, Garden, and Orchard, 6th edit. John Wiley and Sons, Inc. New York. pp. 579-583.

Davis, R. et al. 1977. Stored Products and Premise Treatments. Analysis of Specialized Pesticide Problems. Invertebrate Control Agents-Efficacy Test Methods Vol. V. pp. 21-23 and 40-43. American Institute of Biol. Sciences. Arlington, Va.

Ebeling, W. 1968. Termites: Identification, Biology, and Control of Termites Attacking Buildings. California Agr. Exp. Station Manual 38. Extension Division Univ. California. 74 pages.

Ebeling, W. 1978(a). Management of Structure-Infesting Insects. Perspectives In Urban Entomology. G. Frankie and C. Koehler, eds.

Ebeling, W. 1978(b). Urban Entomology. pp. 130-167. Division of Agr. Sciences. University of California-Berkeley.

Ebeling, W. and R. Pence. 1965. Termite Control. California Agr. Exper. Station Circular 469. Ext. Serv. University of California, 16 pp.

Esenther, G. R. and R. H. Beal. 1974. Attractant-Mirex Bait Suppressed Activity of Reticulitermes spp. Journal of Economic Entomology Vol. 71, pp. 85-88.

Esenther, G.R. and R. H. Beal. 1978. Insecticidal Baits on Field Plot Perimeters Suppress Reticulitermes. Journal of Economic Entomology Vol. 71, pp. 604-607.

Furniss, R. and V. Carolin. 1977. Western Forest Insects. USDA Miscel. Publication No. 1339, pp. 69-77. U.S. Government Printing Office. Washington, D.C.

Gessell, S. and C. Collison. 1978. Termite - What They are and How To Control Them. Circular 550. Pennsylvania State Univ. Ext. Serv.

Goulding, R. and R. Every. 1973. Dampwood Termite Control. Extension Circular 700. Oregon State University Ext. Serv.

Graham, S. and F. Knight. 1967. Principles of Forest Entomology. 4th edit. McGraw-Hill Book Co. New York. pp. 376-382.

# REFERENCES AND CITED LITERATURE


Amburgey, T.L. 1978. Prevent Wood Decay Fungi. Pest Control Vol. 46, pp. 32-40.

Amburgey, T.L. and R.V. Smythe. 1977. Factors Influencing Termite Feeding on Brown-Rotted Wood. Sociobiology Vol. 3, pp. 3-12.

Anonymous. 1975. 1976 Insect Control Guide Home, Yard and Garden. Circular 900, p. 7. University of Illinois at Champaign-Urbana Coop. Ext. Serv.

Anonymous. 1977. 1977 Household Structural Insect Control Recommendations. District of Columbia Coop. Ext. Serv. 2 pages.

Anonymous. 1979. Facts About Termites. NHE-57 University of Illinois at Champaign-Urbana Coop. Ext. Serv.

Anonymous. 1980. IPM For Termites: Toward an IPM Service for Subterranean Termites Offered by the Pest Control Industry. IPM Practioner. Vol. 2. Insert.

Barnes, G., B. Jones and J. Lancaster. 1977. Prevent Termite Damage. Leaflet 314. University of Arkansas Coop. Ext. Serv.

Beal, R. 1980(a). New Materials for Termite Control. Pest Control, Nov. 1980.

Beal, R. 1980(b). Termite Control Investigations with Broad Spectrun Insecticides. Down to Earth. Vol. 37, No. 1, pp. 16-21.

Beal, R. and V. Smith. 1972. Carbamate or Phosphate Insecticides for Subterranean Termite Control. Pest Control Vol. 40, No. 7. pp. 20, 22, 43.

Beard, R. L. 1972. Ants as Predators of Reticultermes flavipes. Environmental Entomology Vol. 2, pp. 397-399.

Beard, R. L. 1974. Termite Biology and Bait-Block Method of Control. Bulletin of the Connecticut Agricultural Exp. Station.

Bess, H., A. Ota and C. Kawanishi. 1966. Persistence of Soil Insecticides for Control of Subterranean Termites. J. Econ. Entomol. Vol. 59, pp. 911-915.

Bess, H. and J. Hylin. 1970. Persistence of Termiticides in Hawaiian Soils. J. Econ. Entomol. Vol. 63, pp. 633-638.

Carter, F. L. et al. Journal of Agricultural and Food Chemistry. Vol. 26, pp. 868-873.

# Summary of Pentachlorophenol Labeling for Subterranean Termite Control

Approximately 85 pentachlorophenol (PCP) labels were reviewed for claims of subterranean termite control, use directions and limitations. Basically, with few minor exceptions, PCP is marketed in two forms, either a 5.0% ready to use formulation or a 40.0% emulsifiable which is diluted 9 or 10:1 with a light fuel oil or kerosene. The 10:1 dilution of the 40% emulsifiable results in a 5.0% finished emulsion. Virtually all labels stipulate the use of the 5.0% concentration for soil application to control termites. The rate of application varies slightly from label to label. Usually the rate is one gallon of finished material per two lineal feet of trench if the trench is fifteen or less inches deep. If the trench is deeper than fifteen inches, the rate increases to one gallon of emulsion per one lineal foot of trench.

Pentachlorophenol labels limit the application to trenching. A few labels also indicate that spraying an entire crawl space area may also be necessary. Typical application directions are as follows: Dig a 6-8" wide trench in the soil around the entire building foundation to be treated to the depth of the foundation. For buildings with deep foundations, dig a trench at least 30" deep but in no case deeper than the top of the footing. The rate of application should be 5 gallons of 5.0% solution per 10 linear feet for trenches 15 or less inches deep and 10 gallons per 10 linear feet for trenches deeper than 15 inches. In replacing treated soil, respray at intervals to accomplish mixing. Do not spray on plants. Grass, trees and shrubs within 3 feet should be removed or carefully protected by tar paper.

## Summary of Lindane Labeling for Control of Subterranean Termites

Eight single active ingredient lindane labels have been reviewed for claims of controlling subterranean termites. Lindane is sold as a 1.0 lb and a 1.65 lb. active ingredient per gallon emulsifiable concentrate. Lindane is diluted to an 0.8% finished emulsion for use in subterranean termite control. Usually the diluent is water, however, one registration directs the use of "solvent" as a diluent and a second registration directs to "dilute with water or oil". The rates and methods of application are as follows:

Buildings with Basements

1 gal/10 sq. ft. applied pre-construction as an overall treatment under basement floorings, attached porches, entrance platforms, utility entrances, etc. If fill is washed gravel or other coarse material, increase dosage to 1½ gal/10 sq. ft.

2 gal/5 linear feet applied pre- or post-construction in a trench along the inside of foundation walls, piers, sewer pipes, conduits, etc.

1 gal/5 linear feet, pre- or post-construction, in a trench along outside of foundation if trench is less than 15" deep. Replace soil and add another gallon per 5 linear feet.

If the tops of footings are deeper than 15", apply 2 gal/5 linear feet, replace soil and treat with another 2 gal/5 linear feet. A 30" deep trench would be a maximum trench depth.

In lieu of digging a deep trench, dig a 12" trench then rod to the tops of footings.

1 gal/5 lineal feet, treat all voids in hollow masonry units. Apply so as to reach the footing.

Buildings with Crawl Spaces

Same as Buildings and Basements except no overall subfloor soil treatment. However, the soil under porches, entrances and similar situations are to be treated with 1 gal/10 sq. ft.

Buildings with Concrete Slab on Ground

Similar to Buildings with Basements.

# Summary of Heptachlor Labeling for Subterranean Termite Control

There are four heptachlor formulations marketed which may be used to control subterranean termites. It is formulated as a 2.0, 2.5, 3.0, and 4.0 lb. active per gallon emulsifiable. Nineteen labels were reviewed for use and application information. With few exceptions, heptachlor is to be applied as a 0.5% emulsion. The exceptions are 1.0% emulsions which are for professional use only. It may be used as a pre- or post-construction treatment and can be applied as a general soil treatment, injected subslab, in trench applications or rodded into the soil in cases of deep foundations, or applied to masonry voids. Typical rates of application are as follows:

Pre-construction Subslab Treatment

1 gal/10 sq. ft. overall treatment and 2 gal/5 linear feet applied in a trench in critical areas along inside and outside of foundation walls, around utility entrances, etc.

Crawl Spaces

2 gal/5 lineal feet in a trench along the outside of foundation walls, including entrance platforms and porches where the foundation is no more than 18" deep.

4 gal/5 lineal feet as above if foundation is deeper than 18". Do not exceed 30" in depth and do not trench deeper than the tops of footings.

1 gal/10 sq. ft. of soil surface as a pre-construction treatment where the attached porches, entrance platforms, etc. have slab covering on soil fill.

1 gal/5 lineal feet of wall to voids in hollow masonry units of the foundation.

Buildings with Basements

1 gal/10 sq. ft. as an overall pre-construction treatment under the basement flooring, attached porches, entrance platforms, utility entrances and similar situations where slab fill is at ground level.

2 gal/5 lineal feet in a trench along outside of foundation walls including entrance platforms, etc. If trenches exceed 18" in depth, apply 4 gal/5 lineal feet. Do not trench deeper than tops of footings.

1 gal/5 lineal feet of wall, treat all masonry voids.

Subslab injection is permissible for existing structures. Application is made at the rate of 4 gal/10 linear feet.

Building with Basement

Inside Foundation Wall and Other Critical Areas - Drill holes about a foot apart through concrete floors adjacent to the areas requiring treatment. The chemical emulsion should be injected into the soil at the rate of 4 gal/10 linear ft.

Outside Foundation Wall - Same as previous Building with Basement.

Masonry Void - Treat voids in hollow block foundations at the rate of 1 gal/5 linear ft. Do this by drilling or probing with a rod.

Attached Porches, Entrances, or Platforms on Slab - Apply 1 gal/10 sq. ft. of soil surface.

Masonry Voids - Apply 1 gal/5 linear ft. of wall. Apply the emulsion so as to reach the footing.

Building with Basements

Overall Subslab Treatment - Apply 1 gal/10 sq. ft. (1.5 gal/ 10 sq. ft. if fill material is gravel or other coarse material) under basement floor as well as under attached porches, entrance platforms, utility entrances, and similar situations where slab fill is at grade level.

Inside Foundation Wall and Other Critical Areas - Apply 2 gal/ linear ft. in a trench along inside of foundation walls, as well as around piers, sewer pipes and conduits. Dig the trench with a band no wider than 6" to the top of the footing.

Outside Foundation Wall - Dig a trench with a band no wider than 6" and no deeper than the top of the footing. If the trench is less than 15" in depth, apply 1 gal/5 linear ft. Replace the soil and apply another 1 gal/5 linear ft. to the back fill. Cover the back fill with a thin layer of soil. If trench is more than 15" in depth to the top of the footing, apply 2 gal/5 linear ft. to the back fill. Cover the back fill with a thin layer of soil. Alternatively, for deep foundations, dig a trench 15" deep and rod to footing with holes at 12" intervals. A trench 30" deep is a maximum depth required where the top of the footing is greater than 30" deep.

Masonry Voids - Apply 1 gal/5 linear ft. of wall. Apply the emulsion so as to reach the footing.

Existing Buildings

Slab-on Ground Construction

Subslab Treatment - Drill holes about 1 ft. apart through the concrete slab, adjacent to all cracks, and expansion joints and inject the chemical into the soil beneath the slab. Apply at the rate of 4 gal/linear ft. of foundation or expansion joint. Another method is to drill through the foundation walls from the outside and force the chemical just beneath the slab along the inside of the foundation and along all cracks and expansion joints.

Outside Foundation Wall - Dig a trench 1 ft. in depth but not below top of footing along the outside foundation wall. Apply the emulsion at the rate of 4 gal/10 linear ft. of trench.

Masonry Voids - Treat voids in hollow block foundations at 1 gal/5 linear ft. by drilling or rod holes.

# Summary of Dieldrin Labeling for Subterranean Termite Control

There is a single dieldrin formulation marketed which may be used to control subterranean termites. It is formulated as a 1.5 lb. active per gallon emulsifiable. Fifteen labels were reviewed for use and application information. With few exceptions, dieldrin is to be applied as a 0.3% emulsion. The exception is a single label (1348-200) which is labeled for a 1.0% water emulsion for professional use only.

Dieldrin may be used as a pre- or post-construction treatment and can be applied as a general soil treatment, injected subslab, in trench applications or rodded into the soil in cases of deep foundation, or applied to masonry voids. Typical rates of application are as follows:

Slab-on-Ground Construction (Prior to Construction)

<u>Overall Subslab</u> - Apply 1 gal/10 sq. ft. (1.5 gal/10 sq. ft. if fill material is gravel or other coarse material).

<u>Inside Foundation Wall and Other Critical Areas</u> - Apply 2 gal/5 linear feet applied in a trench in critical areas along interior foundation wall and around plumbing. Dig the trench no wider than 6" and no deeper than the top of the footing (but no deeper than 15").

<u>Outside Foundation Wall</u> - Apply 1 gal/5 linear ft. Replace the soil and apply another 1 gal/5 linear ft. to the back fill.

<u>Masonry Voids</u> - Apply 1 gal/5 linear ft. of wall. Apply the emulsion so as to reach the footing.

Crawl Space Construction

<u>Inside Foundation Wall and Other Critical Areas</u> - Apply 2 gal/5 linear ft. in a trench along inside of foundation walls, around piers, sewer pipes, or conduits. Dig the trench no wider than 6" to the footing.

<u>Outside Foundation Wall</u> - Apply 1 gal/5 linear ft. Replace the soil and apply another 1 gal/5 linear ft. to the back fill, if trench is less than 15" in depth to the top of the footing. If the trench is more than 15" in depth, apply 2 gal/5 linear ft. Replace the soil and apply another 2 gal/5 linear ft. to the back fill. Cover with a thin layer of soil. Alternately, for deep foundations, make 1" holes 15" deep at 8" intervals in the bottom of a 15" trench. Apply 2 gal/5 linear ft. Repeat the application of 1 gal/5 linear ft. to each 10" of the back fill. Cover treated area with a thin layer of soil. A trench 30" deep is a maximum depth required where the top of the footing is greater than 30" deep.

Summary of Chlorpyrifos Labeling for Controlling Subterranean Termites

The Dow Termiticide Concentrate (Reg. No. 464-464)8/ is a 44.4% emulsifiable concentrate. It is intended for use to control subterranean termites in the Reticulitermes and Coptotermes. The material is to be applied only by, or under the supervision of, pest control operators or other trained professional personnel. It is not to be applied as a general, overall soil treatment in crawl spaces. The product is also not to be applied, in any manner, to an area intended as a plenum air space.

All applications are to be done with the use of a 1.0% chlorpyrifos emulsion. One gallon of concentrate, which contains 4.0 pounds of active ingredient, is diluted with 49 gallons of water to achieve the 1.0% emulsion. Rates of application for the basic methods of treatment are as follows:

For horizontal chemical barrier

1 gal/10 sq. ft. of fill - if fill is washed gravel then use 1 1/2 gal/10 sq. ft. Material must reach soil substrate.

For hollow block foundations or masonry voids, use

2 gal/10 linear feet so it will reach the footing.

For crawl spaces, apply

4 gal/10 linear feet per foot of depth from grade to the bottom of the foundation.

Subslab injection

4 gal/10 linear feet.

---

8/ This is no longer an active product. Dursban TC (Reg. No. 464-562), a 42.0 percent emulsifiable concentrate is the product recently introduced into the termiticide market. Instructions for use are similar to those for the Dow Termiticide Concentrate.

EPA Index to Pesticide Chemicals

ALDRIN

Listing of Registered Pesticide Products by Formulation

95% technical chemical &095.0001
aldrin (045101) #
000201-00121

25% formulation intermediate &025.0002
aldrin (045101) #
002459-00201

2 lb/gal emulsifiable concentrate &102.0012
aldrin (045101) #
002459-00028

EPA Index to Pesticide Chemicals

ALDRIN

| Site and Pest | Dosages and Formulation(s) | Tolerance, Use, Limitations |
|---|---|---|

Terrestrial Structures (continued)

Subterranean termites (continued)

(3) Along the outside of foundation walls, dig a narrow trench with a band no wider than 6 inches and no deeper than the top of the footings. If the trench is less than 15 inches in depth to the top of the footings, apply 1 gallon per 5 linear feet to the back fill. Cover the back fill with a thin layer of soil. If the trench is more than 15 inches in depth to the top of the footings, apply 2 gallons per 5 linear feet. Replace the soil and apply another 2 gallons per 5 linear feet to the back fill. Cover the back fill with a thin layer of soil. A trench 30 inches deep is a maximum depth required alongside foundations where the top of the footings is greater than 30 inches deep. In lieu of trenching to a 30 inch depth, make the trench 12 to 15 inches deep and rod to footing, spacing the holes about 1 foot apart.

(4) Treat all voids in hollow masonry units of the foundation at the rate of 1 gallon per 5 linear feet of wall at or near the footing.

ALDRIN

| Site and Pest | Dosages and Formulation(s) | Tolerance, Use, Limitations |
|---|---|---|

Terrestrial Structures (continued)

Subterranean termites (continued)

walls, around sewer pipes or conduits. Trench as in part (3) below.

(3) Along the outside of foundation walls, dig a narrow trench with a band no wider than 6 inches and no deeper than the top of the footings, but no deeper than 15 inches, unless the footing is much deeper in some places on account of the slope of the land, then treat as under (A) (2).

(4) Treat all voids in hollow masonry units of the foundation at the rate of 1 gallon per 5 linear feet of wall at or near the footings.

(C) Buildings with Basements

(1) Apply 1 gallon per 10 square feet as an overall treatment under the basement flooring, as well as under attached porches, entrance platforms, utility entrances, and similar situations where slab fill is at the grade level. In case of washed gravel, cinders, or similar coarse material, increase the dosage by one-half. Where crawl spaces exit, treat as described in part (2) below.

(2) Apply 2 gallons per 5 linear feet to critical areas only under the basement floorings, as well as porches and entrances having crawl spaces, such as along the inside of foundation walls, around sewer pipes, piers or conduits. Trench according to directions in part (3) below.

Use pattern continued on the next page.

ALDRIN

| Site and Pest | Dosages and Formulation(s) | Tolerance, Use, Limitations |
|---|---|---|

Terrestrial Structures (continued)

Subterranean termites (continued)

a maximum depth required alongside those foundations where the top of the footings is greater than 30 inches deep. In lieu of trenching to a 30 inch depth, make the trench 12 to 15 inches deep and rod to footing, spacing the holes about 1 foot apart.

(3) Apply 1 gallon per 10 square feet of soil surface under attached porches, entrance platforms, utility entrances, and similar situations where slab or fill is at the grade level. Where crawl spaces exist, treat as described in part (1) above.

(4) Treat all voids in hollow masonry units of the foundation at the rate of 1 gallon per 5 linear feet of wall at or near the footing.

(B) Buildings with Concrete Slab on the Ground

(1) Apply 1 gallon per 10 square feet as an overall treatment under the slab as well as under attached porches, entrance platforms, utility entrances and similar situations where slab or fill is at grade level. In case of washed gravel, cinders, or similar coarse material, increase dosage by one-half. If soil is treated and the concrete slab is not poured shortly thereafter on the same day, a polyethylene sheeting or other waterproof material shall be placed over the treated soil.

(2) Apply 2 gallons per 5 linear feet to critical areas only under the slab, such as along the inside of foundation ;

Use pattern continued on the next page.

EPA Index to Pesticide Chemicals

FINAL 5AI

ALDRIN* c045101

TYPE PESTICIDE: Insecticide

FORMULATIONS: Tech (95%); FI (25%); EC (2 lb/gal)

GENERAL WARNINGS AND LIMITATIONS: None. +

| Site and Pest | Dosages and Formulation(s) | Tolerance, Use, Limitations | |
|---|---|---|---|
| STRUCTURES, WOOD PRODUCTS AND WOOD COMMODITIES | | | = |
| (Terrestrial Structures (structural pest control and wood protection)) | | | : |
| Terrestrial Structures | | | /6400000 |
| Subterranean termites | | | @IMGDAGA |
| | 1 gal 0.5% emulsion /5 linear ft or 2 gal 0.5% emulsion /5 linear ft (2 lb/gal EC) | Soil contact, non-fumigation treatment. (A) Buildings and Crawl Spaces<br>(1) Apply 2 gallons per 5 linear feet to critical areas under the house, such as along the inside of foundation walls, around piers, sewer pipes or conduits. Trench according to directions in part (2) below. | $6400085<br>&102.0012 |
| | 1 gal 0.5% emulsion /10 sq.ft or 1.5 gal 0.5% emulsion /10 sq.ft (2 lb/gal EC) | (2) Along the outside of foundation walls, dig a narrow trench with a band no wider than 6 inches, such trench to be dug no deeper than the top of the footings. If the trench is less than 15 inches in depth to the top of the footings, apply 1 gallon per 5 linear feet. Replace the soil and apply another 1 gallon per 5 linear feet to the back fill. Cover the back fill with a thin layer of soil. If the trench is more than 15 inches in depth to the top of the footings, apply 2 gallons per 5 linear feet. Replace the soil and apply another 2 gallons per 5 linear feet to the back fill. Cover the back fill with a thin layer of soil. A trench 30 inches deep is | &102.0012<br>; |

Use pattern continued on the next page.

*hexachlorohexahydro-endo, exo-dimethanonaphthalene 95% and related compounds 5%

EPA Index to Pesticide Chemicals

DRAFT

CHLORDANE, TECHNICAL

State Label Registrations

AZ Reg. No.
026494-06413

CA Reg. No.
000909-06415

FL Reg. No.
036992-04053

HI Reg. No.
003579-08610 013284-08919

LA Reg. No.
004841-08596

OH Reg. No.
038063-09677

PA Reg. No.
035072-10349

TX Reg. No.
012188-04968 035081-10586

DRAFT

CHLORDANE, TECHNICAL

Listing of Registered Pesticide Products by Formulation (continued)

&275.0012 75% emulsifiable concentrate
#
chlordane (058201) plus petroleum distillate (063503)
000485-00029 005605-00140*
*Jacket currently unavailable for review

&101.5015 1.5 lb/gal soluble concentrate/liquid
#
chlordane (058201) plus petroleum distillate (063503)
000655-00520 000876-00100

EPA Index to Pesticide Chemicals

DRAFT

CHLORDANE, TECHNICAL

Listing of Registered Pesticide Products by Formulation (continued)

50% emulsifiable concentrate (continued)

\# chlordane (058201) plus petroleum distillate (063503)
006720-00071

&262.5012 62.5% emulsifiable concentrate
\# chlordane (058201)
001772-00051

&272.0012 72% emulsifiable concentrate
\# chlordane (058201)
003743-00310

\# chlordane (058201) plus petroleum distillate (063503)
000654-00012 001767-00062 005887-00067

\# chlordane (058201), kerosene (063501) plus xylene range aromatic solvent (086803)
001191-00096

\# chlordane (058201) plus xylene range aromatic solvent (086803)
000016-00096 000016-00116

&273.0012 73% emulsifiable concentrate
\# chlordane (058201) plus petroleum distillate (063503)
000192-00043 000654-00019 006409-00013

&273.0512 73.05% emulsifiable concentrate
\# chlordane (058201) plus petroleum distillate (063503)
001348-00058

&273.5012 73.5% emulsifiable concentrate
\# chlordane (058201) plus petroleum distillate (063503)
000572-00065

&274.0012 74% emulsifiable concentrate
\# chlordane (058201) plus kerosene (063501)
000239-01232

\# chlordane (058201) plus petroleum distillate (063503)
000070-00119 007122-00034

\# chlordane (058201) plus xylene range aromatic solvent (086803)
003286-00008 009779-00042

&274.3512 74.35% emulsifiable concentrate
\# chlordane (058201) plus kerosene (063501)
000746-00076 000746-00119

DRAFT

EPA Index to Pesticide Chemicals

CHLORDANE, TECHNICAL

Listing of Registered Pesticide Products by Formulation (continued)

&210.0012 10% emulsifiable concentrate
\# chlordane (058201) plus kerosene (063501)
005778-00033

&225.0012 25% emulsifiable concentrate
\# chlordane (058201) plus petroleum distillate (063503)
000655-00619 005490-00004

&240.0012 40% emulsifiable concentrate
\# chlordane (058201)
000595-00129

&242.2912 42.29% emulsifiable concentrate
\# chlordane (058201) plus aromatic petroleum distillate (006601)
000746-00058 003772-00008

&242.3712 42.37% emulsifiable concentrate
\# chlordane (058201) plus aromatic petroleum distillate (006601)
000407-00269

&244.0012 44% emulsifiable concentrate
\# chlordane (058201) plus petroleum distillate (063503)
000239-00478 000690-00053

&245.0012 45% emulsifiable concentrate
\# chlordane (058201) plus kerosene (063501)
000728-00045

\# chlordane (058201) plus petroleum distillate (063503)
000475-00192 000485-00025 000551-00120 000654-00067
001339-00087

\# chlordane (058201) plus xylene range aromatic solvent (086803)
001191-00018

&246.0012 46% emulsifiable concentrate
\# chlordane (058201) plus petroleum distillate (063503)
001421-00023 036272-00003

&246.7012 46.7% emulsifiable concentrate
\# chlordane (058201) plus petroleum distillate (063503)
001353-00004

&248.0012 48% emulsifiable concentrate
\# chlordane (058201) plus kerosene (063501)
001767-00087

&250.0012 50% emulsifiable concentrate
chlordane (058201) plus aromatic petroleum derivative solvent (006501)
007401-00078

EPA Index to Pesticide Chemicals

DRAFT

CHLORDANE, TECHNICAL

Listing of Registered Pesticide Products by Formulation (continued)

4 lb/gal emulsifiable concentrate (continued)

# chlordane (058201) plus xylene range aromatic solvent (086803)
001598-00244 001990-00178 002269-00093 007273-00093
034704-00001

&108.6012 7.6 lb/gal emulsifiable concentrate
# chlordane (058201) plus petroleum distillate (063503)
003618-00007

&108.0012 8 lb/gal emulsifiable concentrate
# chlordane (058201)
000201-00316 000550-00107 000829-00214 000829-00247
000998-00060 005549-00041

# chlordane (058201) plus aromatic petroleum distillate (006601)
040940-00001

# chlordane (058201) plus kerosene (063501)
000004-00274 000004-00286 000299-00171 000299-00207
000539-00191 001386-00353 002217-00098 002217-00636
010107-00007

chlordane (058201) plus petroleum distillate (063503)
000004-00096 000148-00139 000192-00131 000192-00133
000226-00184 000239-00381 000537-00005 000551-00133
000655-00506 000779-00017 000802-00071 000869-00014
000876-00063 000876-00104 000876-00300 000904-00135
001066-00009 001339-00074 001598-00145 001842-00041
001927-00021 003342-00080 004887-00048 004931-00112
004981-00006 005481-00050 005605-00006 006720-00002
006720-00138 006720-00274 006754-00009 006830-00015
007234-00006 008612-00086 009404-00006 009591-00007
010975-00002 040831-00005 044317-00023

# chlordane (058201) plus xylene (086802)
001812-00236 002124-00742 005797-00088 09859-00063

# chlordane (058201) plus xylene range aromatic solvent (086803)
000279-00538 001812-00242 001812-00243 002269-00094
004185-00144 004185-00527 009779-00250

# chlordane (058201) plus isoparaffinic hydrocarbons (505200)
000904-00223

&108.3312 8.33 lb/gal emulsifiable concentrate
# chlordane (058201) plus petroleum distillate (063503)
001307-00056

EPA Index to Pesticide Chemicals

DRAFT

CHLORDANE, TECHNICAL

Listing of Registered Pesticide Products by Formulation (continued)

&020.0004 20% granular
# chlordane (058201)
001812-00228

# chlordane (058201) plus petroleum distillate (063503)
009649-00002

&025.0004 25% granular
# chlordane (058201)
000876-00307 003286-00006 009779-00188

&020.0005 20% pelleted/tableted
# chlordane (058201) plus petroleum distillate (063503)
009649-00002

&040.0006 40% wettable powder
# chlordane (058201)
000279-00383 000876-00290 001812-00230 005481-00128
009859-00052

&104.0012 4 lb/gal emulsifiable concentrate
# chlordane (058201)
000148-00027

# chlordane (058201) plus aromatic petroleum derivative solvent (006501)
007401-00292

# chlordane (058201) plus aromatic petroleum distillate (006601)
001381-00083

# chlordane (058201) plus heavy aromatic naphtha (006602)
001381-00051

# chlordane (058201), heavy aromatic naphtha (006602) plus petroleum distillate (063503)
000226-00177

# chlordane (058201) plus kerosene (063501)
000004-00275 000004-00287 001386-00026 001386-00324
002217-00034 005905-00102 010107-00008 011611-00004

# chlordane (058201) plus petroleum distillate (063503)
000192-00042 000192-00132 000654-00110 000655-00516
000779-00082 000876-00086 000876-00312 001066-00026
001348-00050 001842-00042 001941-00066 002626-00006
004828-00016 004887-00019 004887-00183 004981-00005
005801-00003 006720-00176 006720-00272 006720-00273
006754-00011 007122-00003 007234-00005 009591-00006
040831-00024

EPA Index to Pesticide Chemicals

DRAFT

CHLORDANE, TECHNICAL

Listing of Registered Pesticide Products by Formulation

&299.9901 100% technical chemical
# chlordane (058201)
000655-00024 000876-00273 000876-00276 000876-00277
000876-00280 000876-00281

&104.0002 4 lb/gal formulation intermediate
# chlordane (058201) plus petroleum distillate (063503)
000655-00026 000876-00305 000876-00306

&108.0002 8 lb/gal formulation intermediate
# chlordane (058201) plus petroleum distillate (063503)
000876-00303 000876-00304

&240.0002 40% formulation intermediate
# chlordane (058201)
000655-00046 000655-00047

&250.0002 50% formulation intermediate
# chlordane (058201)
000655-00017 000655-00092

&273.0002 73% formulation intermediate
# chlordane (058201) plus petroleum distillate (063503)
000655-00048

&005.0003 5% dust
# chlordane (058201)
000829-00244 001812-00227

&010.0003 10% dust
# chlordane (058201)
000070-00039 000299-00102 000829-00246 000869-00007
000876-00294 000876-00324 001812-00098 002393-00095
006720-00069 009859-00058

&005.0004 5% granular
# chlordane (058201)
011656-00066

&010.0004 10% granular
# chlordane (058201)
000016-00078 000148-00466 000769-00177 000829-00245
000876-00311 000876-00323 001812-00229 003342-00091
009779-00198 009779-00236 009859-00051 014775-00041
033955-00485

# chlordane (058201) plus petroleum distillate (063503)
004887-00157

EPA Index to Pesticide Chemicals

DRAFT

CHLORDANE, TECHNICAL

| Site and Pest | Dosages and Formulation(s) | Tolerance, Use, Limitations |
|---|---|---|

Terrestrial Structures (including construction sites) (continued)

Subterranean termites (continued)

soil with a layer of untreated soil.

c. Do not apply chlordane in any manner to an area intended as a plenum air space. After treatment, securely plug all holes drilled in construction elements.

RETREATMENT RESTRICTIONS
Retreatment for subterranean termites should only be made when:

1. There is evidence of active termite infestation subsequent to the initial treatment, or
2. There has been a disruption of the chemical barrier in the soil due to construction, excavations, landscaping, etc.

May be formulated with aromatic petroleum distillate; kerosene; kerosene and xylene range aromatic solvent; petroleum distillate; xylene range aromatic solvent; or isoparaffinic hydrocarbons.

EPA Index to Pesticide Chemicals

DRAFT

CHLORDANE, TECHNICAL

| Site and Pest | Dosages and Formulation(s) | Tolerance, Use, Limitations |
|---|---|---|

Terrestrial Structures (including construction sites) (continued)

Subterranean termites (continued)

2. Hollow block foundations or voids of masonry should be treated to make a continuous chemical barrier in voids. Apply at the rate of 2 gallons of 1 percent emulsion (1 gallon of 2 percent emulsion) per 10 linear feet.
3. For basements apply at the rate of 4 gallons of 1 percent emulsion (2 gallons of 2 percent emulsion) per 10 linear feet. Where footings are greater than 1 foot of depth from the grade to the bottom of the foundation, application may be made by trenching and/or rodding. Treat outside of foundation walls, and if necessary along inside of foundation walls, along cracks in basement floors, along interior load bearing walls, around sewer pipes, conduits, and piers.
4. In crawl spaces apply at the rate of 4 gallons of 1 percent emulsion (2 gallons of 2 percent emulsion) per 10 linear feet per foot of depth from grade to bottom of foundation. Application may be made by rodding, low pressure spray, and/or trenching. Treat both sides of foundation and around all piers and pipes.
   a. Rod holes should be spaced (about 1 foot) to provide a continuous chemical barrier.
   b. Trench need not be wider than 6 inches nor below the foundation. The emulsion should be mixed with the soil as it replaced in the trench. Cover the treated

Use pattern continued on the next page.

EPA Index to Pesticide Chemicals

DRAFT

CHLORDANE, TECHNICAL

| Site and Pest | Dosages and Formulation(s) | Tolerance, Use, Limitations |
|---|---|---|

Terrestrial Structures (including construction sites) (continued)

Subterranean termites (continued)

1. For slab-on-ground construction apply at the rate of 4 gallons of 1 percent emulsion (2 gallons of 2 percent emulsion) per 10 linear feet. Application may be made by sub-slab injection. Injectors should not extend beyond the tops of the footings. Treat along the outside of the foundation and where necessary on the inside of foundation walls. Treatment may also be required along 1 side of interior partitions and along all cracks and expansion joints.
   a. Drill holes in the slab to provide a continuous chemical barrier.
   b. Where necessary, drill through the foundation walls from the outside and force the emulsion just beneath the slab or along all the cracks and expansion joints and other critical areas.
   c. For shallow foundations, 1 foot or less, dig a narrow trench approximately 6 inches wide along the outside of the foundation walls. Do not dig below the bottom of the foundation. The emulsion should be applied to the trench and the soil at 4 gallons of 1 percent emulsion (2 gallons of 2 percent emulsion) per 10 linear feet as the soil is replaced in the trench. Cover the treated soil with a layer of untreated soil.
   d. For foundations deeper than 1 foot follow rates for basements.

Use pattern continued on the next page.