EPA Index to Pesticide Chemicals

DRAFT

CHLORDANE, TECHNICAL

| Site and Pest | Dosages and Formulation(s) | Tolerance, Use, Limitations |
|---|---|---|

Terrestrial Structures (including construction sites) (continued)

Subterranean termites (continued)

emulsion) per 10 linear feet per foot of depth from grade to bottom of foundations. Application may be made by rodding, low pressure spray, and/or trenching. Treat both sides of foundation and around all piers and pipes.

a. Rod holes should be spaced (about 1 foot) to provide a continuous chemical barrier.
b. Trench need not be wider than 6 inches nor below the foundation. The emulsion should be mixed with the soil as it is being replaced in the trench. Cover the treated soil with a layer of untreated soil.
c. Do not apply chlordane in any manner to an area intended as a plenum air space.

All holes drilled in construction elements for treatment should be securely plugged.

POSTCONSTRUCTION TREATMENTS

Use 1 percent emulsion for subterranean termites and 2 percent for *Coptotermes* species.

Postconstruction applications shall be made by injection, rodding, low pressure spray, and/or trenching.

Do not apply emulsion until location of heat or air conditioning ducts, vents, water and sewer lines, or electrical conduits are known and identified. Extreme caution must be taken to avoid contamination of these structural elements and airways. Do not apply chlordane in any manner to an area intended as a plenum air space.

Use pattern continued on the next page.

EPA Index to Pesticide Chemicals

DRAFT

CHLORDANE, TECHNICAL

| Site and Pest | Dosages and Formulation(s) | Tolerance, Use, Limitations |
|---|---|---|

Terrestrial Structures (including construction sites) (continued)

Subterranean termites (continued)

poured over soil the same day it has been treated, a waterproof cover, such as polyethylene sheeting, should be placed over the soil. This is not necessary if foundation walls have been installed around the treated soil.

2. To produce a vertical barrier, apply the emulsion at the rate of 4 gallons of 1 percent emulsion (2 gallons of 2 percent emulsion) per 10 linear feet per foot of depth.
   a. Rodding and/or trenching applications should not be made below the top of the footing.
   b. Trench need not be wider than 6 inches.
   c. Rod holes should extend from the base of the trench to the top of the footing, and should be spaced (about 1 foot) to provide a continuous barrier.
   d. Emulsion should be mixed with the soil as it is being replaced in the trench. Cover treated soil with a layer of untreated soil.
3. Hollow block foundations or voids of masonry should be treated to make a continuous chemical barrier in voids. Apply at the rate of 2 gallons of 1 percent emulsion (1 gallon of 2 percent emulsion) per 10 linear feet so it will reach the footing.
4. For crawl spaces apply at the rate of 4 gallons of 1 percent emulsion (2 gallons of 2 percent

Use pattern continued on the next page.

DRAFT

| Site and Pest | Dosages and Formulation(s) | Tolerance, Use, Limitations |
|---|---|---|

Terrestrial Structures (including construction sites) (continued)

Subterranean termites (continued)

current control practices for specific local conditions, consult resources in structural pest control.

PRECONSTRUCTION SUBTERRANEAN TERMITE TREATMENT
Effective preconstruction subterranean termite control requires the establishment of an unbroken vertical and/or horizontal chemical barrier between wood in the structure and the termite colonies in the soil. To meet F.H.A. termite proofing requirements, follow the latest edition of the Housing and Urban Development (H.U.D.) Minimum Property Standards. After grading is completed and prior to the pouring of the slab, slab supported/constructed porches, or entrance platforms, make the following treatments. Applications shall be made by a low pressure spray for horizontal barriers over areas intended for covering floors, porches, and other critical areas. Establish a vertical barrier in areas such as around the base of foundations, plumbing, back-filled soil against foundation walls, and other critical areas.

1. Where it is necessary to produce a horizontal barrier, apply the emulsion at the rate of 1 gallon of 1 percent emulsion (0.5 gallon of 2 percent emulsion) per 10 square feet to dirt fill. If fill is washed gravel or other coarse material, apply at 1.5 gallons of 1 percent emulsion (0.75 gallon of 2 percent emulsion) per 10 square feet. It is important that the emulsion reaches the soil substrate.
   a. If concrete slabs cannot be

Use pattern continued on the next page.

EPA Index to Pesticide Chemicals

DRAFT

CHLORDANE, TECHNICAL

| Site and Pest | Dosages and Formulation(s) | Tolerance, Use, Limitations |
|---|---|---|
| | | **Terrestrial Structures (including construction sites) (continued)** |
| | | Subterranean termites (continued) |
| F<br>&020.0005 | --<br>(20% P/T) | Soil contact nonfumigation treatment. Refer to label for specific information and directions on cartridge injection.<br>Formulated with petroleum distillate. |
| F | 0.5-2% emulsion | Soil contact nonfumigation treatment. |
| &040.0006<br>&104.0012<br>&108.0012<br>&108.3312<br>&244.0012<br>&245.0012<br>&246.7012<br>&272.0012<br>&273.0012<br>&274.0012<br>&274.3512<br>&275.0012<br>&105.0015 | (40% WP)<br>(4 lb/gal)<br>(8 lb/gal EC)<br>(8.33 lb/gal EC)<br>(44% EC)<br>(45% EC)<br>(46.7% EC)<br>(72% EC)<br>(73% EC)<br>(74% EC)<br>(74.35% EC)<br>(75% EC)<br>(1.5 lb/gal SC/L) | DIRECTIONS FOR PROFESSIONAL APPLICATION<br>Chemicals for soil teatment are used to establish a barrier which is repellant to termites. The chemical emulsion must be adequately dispersed in the soil to provide a barrier between the wood in the structure and the termite colonies in the soil.<br><br>It is necessary for the effective use of chlordane that the service technician be familiar with current control practices including trenching, rodding, subslab injection, and low pressure spray applications. These techniques must be correctly employed to prevent or control infestations by subterranean termite species of _Reticulitermes_, _Zootermopsis_, _Heterotermes_, and _Coptotermes_. Choice of appropriate procedures includes consideration of such variable factors as the design of the structure, water table, soil type, soil compaction, grade conditions, and domestic water supplies, location, and type. The biology and behavior of the involved termite species are important factors to be known as well as suspected location of the colony and severity of the infestation within the structure to be protected. For advice concerning |

Use pattern continued on the next page.

DRAFT

CHLORDANE, TECHNICAL

| Site and Pest | Dosages and Formulation(s) | Tolerance, Use, Limitations |
|---|---|---|

Terrestrial Structures (including construction sites) (continued)

Subterranean termites (continued)

entrance slabs, drill holes at 1 foot intervals, 6 inches from the foundation, and pour one-half gallon of solution into each hole. Refill holes. Slabs with heat ducts or radiating heat pipes should be treated by professional pest control operators.

The object is to establish a treated soil barrier which will prevent termite entry. Other critical areas may also require treatment, particularly if there are inaccessible areas, basements, or slabtype construction. It is suggested that you contact the Agricultural Cooperative Extension Service for advice or consult a Professional Pest Control Service.

Avoid contamination of public and private water supplies by following these precautions: Use antiback-flow siphonage equipment. Refer to federal (Federal Housing Administration), state, and local specifications for safe distances of treatment areas from wells. Soil in the vicinity of wells should not be treated if it is water saturated, or by injecting the solution under pressure. Soil should be removed to an area safe from well contamination, treated, and returned to the trench which has been lined with plastic sheeting.

May be formulated with aromatic petroleum derivative solvent; aromatic petroleum distillate; heavy aromatic naphtha; heavy aromatic naphtha and petroleum distillate; kerosene; petroleum distillate; xylene; or xylene range aromatic solvent.

EPA Index to Pesticide Chemicals

DRAFT

CHLORDANE, TECHNICAL

| | Site and Pest | Dosages and Formulation(s) | Tolerance, Use, Limitations |
|---|---|---|---|
| /6400000 | Terrestrial Structures (including construction sites) | | |
| | | | Treatment shall not be made when the soil or fill is excessively wet or immediately after heavy rains, to avoid surface flow of the toxicant from application site. Unless the treated areas are to be immediately covered, precautions shall be taken to prevent disturbance of the treatment by human or animal contact with the treated soil. |
| @IMGDAGA | Subterranean termites | | |
| $6400085 | | 0.5-1% emulsion | Soil contact nonfumigation treatment. |
| F | | | |
| &104.0012 | | (4 lb/gal EC) | DIRECTIONS FOR NON-PROFESSIONAL USE |
| &107.6012 | | (7.6 lb/gal EC) | Subterranean Termite Control in Existing Structures |
| &108.0012 | | (8 lb/gal EC) | Buildings with Basements or Crawl Spaces |
| &210.0012 | | (10% EC) | Around piers, pipes, chimney bases, |
| [illegible]5.0012 | | (25% EC) | and along foundations of poured con- |
| &240.0012 | | (40% EC) | crete dig a trench 6 inches wide |
| &242.2912 | | (42.29% EC) | and 4 inches deep. For brick and |
| &242.3712 | | (42.37% EC) | block foundations dig the trench |
| &244.0012 | | (44% EC) | about 12 inches deep. If footing |
| &245.0012 | | (45% EC) | is more than 12 inches deep, make |
| &246.0012 | | (46% EC) | holes with a crowbar, pipe, or rod |
| &248.0012 | | (48% EC) | about 1 foot apart that extend from |
| &250.0012 | | (50% EC) | the trench bottom to the footing. |
| &262.5012 | | (62.5% EC) | Make holes closer in hard-packed |
| &272.0012 | | (72% EC) | clay soils. Never dig below the |
| &273.0512 | | (73.05% EC) | top of the footing. Apply the solu- |
| &273.5012 | | (73.5% EC) | tion in the trench at a rate of 4 |
| &274.0012 | | (74% EC) | gallons of 1 percent emulsion (8 |
| &274.3512 | | (74.35% EC) | gallons of 0.5 percent emulsion) |
| &275.0012 | | (75% EC) | per 10 linear feet per foot of depth. Apply half of this to the back-fill. Likewise, treat along the inside of foundations of crawl space buildings. Cover treated soil with a thin layer of untreated soil, and take care to avoid contaminating water supplies. |
| | | | For raised porches, terraces, and |

Use pattern continued on the next page.

CHLORDANE, TECHNICAL

DRAFT

| Site and Pest | Dosages and Formulation(s) | Tolerance, Use, Limitations |
|---|---|---|

STRUCTURES, WOOD PRODUCTS AND WOOD COMMODITIES

(Terrestrial Structures (structural pest control and wood protection))

General Warnings and Limitations: Chlordane may be applied by nonprofessionals (homeowners) or professional pest control operators. The instructions listed below are based on a concentration of 1 percent emulsion. Concentrations other than 1 percent also apply to the instructions below; however, their dosages should be adjusted to conform to the directions intended for 1 percent emulsion. The recommended concentration should not exceed 1 percent emulsion for non-professional and 2 percent emulsion for professional use. Remove all nonessential wood and cellulose containing materials, including scrap wood and formboards, from around foundation walls, crawl spaces, and porches. Avoid contamination of public and private water supplies by following these precautions. Use anti-backflow equipment or procedures to prevent siphonage of pesticide back into water supplies. Do not treat structures that contain cisterns or wells. Do not treat soil that is water saturated or frozen. Consult state and local specifications for recommended distances of treatment areas from wells, and refer to Federal Housing Administration Specifications for further guidance.

EPA Index to Pesticide Chemicals

DRAFT

CHLORDANE, TECHNICAL

| Site and Pest | Dosages and Formulation(s) | Tolerance, Use, Limitations |
|---|---|---|
| **Uncultivated Agricultural Areas** (continued) | | |
| Imported fire ants (continued) | | |
| F<br>&040.0006<br>&104.0012<br>&108.0012 | 0.07-0.2 lb/ mound<br>(40% WP)<br>(4 lb/gal EC)<br>(8 lb/gal EC) | Distribution and use limited to AL, AR, FL, GA, LA, MS, NC, SC, and TX. Mound treatment. Thoroughly saturate each mound using up to 5 gallons of finished spray for larger mounds. Examine areas 14 to 21 days after treatment for surviving colonies and repeat as needed. May be formulated with aromatic petroleum derivative solvent; kerosene; petroleum distillate; xylene; or xylene range aromatic solvent. |

= FOREST, CHAPARRAL, NONAGRICULTURAL AND WASTELANDS

General Warnings and Limitations: Restricted use pattern. Use is restricted to land not presently used or not to be used for food or feed production or grazing for a period of 2 years following treatment.

| Site and Pest | Dosages and Formulation(s) | Tolerance, Use, Limitations |
|---|---|---|
| /6700000 **Uncultivated Non-Agricultural Areas** | | Use to be cancelled December 31, 1980. Broadcast or aerial applications are prohibited. Distribution and use limited to AL, AR, FL, GA, LA, MS, NC, SC, and TX. |
| @ISASBDA<br>$6700000<br>F<br>&104.0012<br>&108.0012<br>Imported fire ants | 0.16-0.21 lb/ mound<br>(4 lb/gal EC)<br>(8 lb/gal EC) | Distribution and use limited to AL, AR, FL, GA, LA, MS, NC, SC, and TX. Mound treatment. Thoroughly saturate each mound using up to 5 gallons of finished spray for larger mounds. Examine areas 14 to 21 days after treatment for surviving colonies and repeat as needed. Formulated with kerosene; or petroleum distillate. |

EPA Index to Pesticide Chemicals

DRAFT

CHLORDANE, TECHNICAL

| | Site and Pest | Dosages and Formulation(s) | Tolerance, Use, Limitations |
|---|---|---|---|
| | Grapes (continued) | | |
| | Cutworms (continued) | | |
| $0101415<br>&040.0006 | | 2.5-4 lb/A<br>(40% WP) | Use limited to CA. Dormant or delayed dormant application. Use in sufficient water to thoroughly cover area to be treated. To prevent damage where cutworm populations are known to exist, apply at base of vines and surrounding soil surface. Use the higher dosage on muck or highly organic soil. When cutworm damage is evident at time buds begin to swell, apply directly to trunk and arms of vine. |

AGRICULTURAL PREMISES AND EQUIPMENT

(Uncultivated and/or Uncropped Agricultural Areas (outdoor))

General Warnings and Limitations: Restricted use pattern. Use is restricted to land not presently used or not to be used for food or feed production or grazing for a period of 2 years following treatment.

| | Site and Pest | Dosages and Formulation(s) | Tolerance, Use, Limitations |
|---|---|---|---|
| /6600000 | Uncultivated Agricultural Areas | | Use to be cancelled December 31, 1980. Broadcast or aerial applications are prohibited. Distribution and use limited to AL, AR, FL, GA, LA, MS, NC, SC, and TX. |
| @ISASBDA<br>$6600000<br>F<br>&005.0003<br>&010.0003<br>&010.0004<br>&020.0004<br>&025.0004 | Imported fire ants | 0.07-0.15 lb/ mound<br>(5% D)<br>(10% D)<br>(10% G)<br>(20% G)<br>(25% G) | Distribution and use limited to AL, AR, FL, GA, LA, MS, NC, SC, and TX. Mound treatment. Apply directly to each mound or nest entrance and an area 3 feet around the mound. Examine areas 14 to 21 days after treatment for surviving colonies and repeat as needed. May be formulated with petroleum distillate. |

EPA Index to Pesticide Chemicals

DRAFT

CHLORDANE, TECHNICAL

GENERAL WARNINGS AND LIMITATIONS (continued)

Pineapples
Plums (Fresh Prunes)
Potatoes
Quinces
Radishes (with or without tops) or Radish Tops
Raspberries
Rutabagas (with or without tops) or Rutabaga Tops
Squash
Strawberries
Summer Squash
Sweet Potatoes
Tomatoes
Turnip (with or without tops) or Turnip Greens
Youngberries.

Bee Caution:
This product is toxic to bees exposed to direct treatment or residues on crops, and should not be applied when bees are actively visiting the area.

| | Site and Pest | Dosages and Formulation(s) | Tolerance, Use, Limitations |
|---|---|---|---|
| | AGRICULTURAL CROPS | | |
| | General Warnings and Limitations: Restricted use pattern. | | |
| /0101400 | Grapes | | 0.3 ppm<br>Use to be cancelled July 1, 1980. Use limited to CA. Use only according to the provisions of the appropriate state permit and prescription use programs. Use by ground equipment only. |
| @ITBCABA<br>$0101402<br>&005.0004 | Cutworms | 2.5-4 lb/A (5% G) | Use limited to CA. Soil application. To prevent damage where cutworm populations are known to exist, apply at base of vines and incorporate into soil immediately. |

Issued: 12-01-80 III-058201-2

SAI/MAI
c058201

EPA Index to Pesticide Chemicals

DRAFT

CHLORDANE, TECHNICAL*

TYPE PESTICIDE: Insecticide

FORMULATIONS: Tech (100%); FI (4 lb/gal, 8 lb/gal, 40%, 50%, 73%); D (5%, 10%); G (5%, 10%, 20%, 25%); P/T (20%); WP (40%); EC (4 lb/gal, 7.6 lb/gal, 8 lb/gal, 8.33 lb/gal, 10%, 25%, 40%, 42.29%, 42.37%, 44%, 45%, 46%, 46.7%, 48%, 50%, 62.5%, 72%, 73%, 73.05%, 73.5%, 74%, 74.35%, 75%); SC/L (1.5 lb/gal)

GENERAL WARNINGS AND LIMITATIONS:
Raw Agricultural Commodity Tolerances:
0.3 ppm for residues containing not more than 1 percent of the intermediate compound, hexachlorocyclopentadiene in or on each of the following raw agricultural commodities listed below. The occurrence of such residues may result from chlordane applied to croplands in previous years. Such use is no longer permitted, and in no case should chlordane be deliberately applied to growing crops or to soil where crops will be grown in the future.

Apples
Apricots
Beans
Beets (with or without tops) or Beet Greens alone
Blackberries
Blueberries (Huckleberries)
Boysenberries
Broccoli
Brussels Sprouts
Cabbage
Carrots
Cauliflower
Celery
Cherries
Citrus Fruits
Collards
Corn
Cucumbers
Dewberries
Eggplants
Kale
Kohlrabi
Lettuce
Loganberries
Melons
Nectarines
Okra
Onions
Papayas
Peaches
Peanuts
Pears
Peas
Peppers

*60% octachloro-4,7-methanotetrahydroindane and 40% related compounds.

Issued: 12-01-80 III-058201-1

# APPENDIX B:

## EPA INDEX ENTRIES FOR CHLORDANE AND ALDRIN AND LABEL SUMMARIES FOR THE REMAINING REGISTERED COMPOUNDS

renewal estimates for 1965-69 represents the total number of renewals for 1970. Total renewal costs were estimated by multiplying the total number of renewals by the average renewal cost, $30.60 (1976 dollars), obtained from Smythe and Williams.

Damage Costs

Smythe and Williams derived an estimate of $38.6 million for the cost of damage repair done by someone other than the pest control industry. Their estimate assumes 70 percent of remedial treatments required no repairs, 10 percent required repairs costing $196.00 per treatment (adjusted for inflation, 1976 dollars), and the remainder cost $500.00 for repair. Applying the same assumptions to the extrapolated treatment data, we obtained an estimated $107.6 million (1976 dollars) in costs of damage repair done by someone other than the pest control industry.

Inflating to 1980 Dollars

Adding the above estimated costs results in a national estimate for potential loss due to termites of $470.8 million per annum. This loss estimate can be inflated to 1980 dollars using the Bureau of the Census New One Family Houses Construction Index (Construction Review, 1981). Inflating by this index results in a national potential loss estimate in 1980 dollars of $753.4 million per annum.

PLATE XXV. Trend in numbers of treatments annually reported to regulatory offices in Alabama, Arkansas, Georgia, Louisiana, Oklahoma, and Tennessee during 1961-1976.




Source: Smythe and Williams, 1979.

quarantees for a set fee on a year by year basis. Smythe and Williams estimated renewal cost in 1970 on the basis of treatments performed in the preceding 5 years because regulatory officials estimated that most contracts were renewed for five consecutive years. Total treatments and treatment composition in each of the 11 states, were estimated for 1965-69 by the same procedures used for obtaining the 1970 estimate. Regulatory officials estimated that 37 percent of the pretreatments and 67 percent of the remedial treatments are renewed, so Smythe and Williams used these percentages to estimate the number of each type renewed. They then multiplied these estimates by the average cost per renewal obtained from Arkansas and Tennessee data, to determine the total renewal cost for 1970.

Smythe and Williams' renewal cost estimates include beetle treatments, therefore they could not be used directly. They had to be purged of their beetle component. Since we did not have the termite treatment information from 1965-69 necessary to determine the total number of renewals, for 1970, we developed 5-year renewal information based on our 1970 termite treatment estimates. We estimated the number of 1970 treatments that would be renewed in the future using the Smythe and Williams' assumption that 37 percent of pretreatments and 67 percent of remedial treatments are renewed. We then modified this estimation to represent renewal data for the five years preceding 1970. This was achieved using the trend presented in Plate XXV. The mean number of treatments for each year, 1965-69, was taken as a proportion of the mean for 1970. The number of 1970 treatments to be renewed was multiplied by each of these proportions to determine the renewal estimates for each of the preceding five years. Summing the

This procedure generated an annual percentage for each of the regions. The annual percentage determined for Region V was felt to be too low for the states of Illinois, Indiana and Ohio. Since these three states lie directly between Regions III and VII, the average of the treatment percentage of each of these two regions was substituted as a proxy for the annual percentage for the three states. The percentages generated for California and Hawaii (both in Region X) were similarly considered to be too low. Based on discussion with Lonnie Williams (Williams, pers. comm. 1981) it was determined that the percentage in California should be similar to the average for Region IV (2.93%), whereas for Hawaii, the annual percentage of houses treated should be similar to Georgia (3.65%). The total number of termite treatments were then estimated by applying these generated treatment percentages to the number of houses in each state, as reported by the 1970 Census of Population and Housing.

The type of treatments (remedial or pretreatment) were determined for each state using the Smythe and Williams assumption that 74 percent of total treatments should be considered remedial treatments and the remaining 26, percent pretreatments (Smythe and Williams, 1979). Treatment costs (1976 dollars) were calculated using the Smythe and Williams' estiamates of $246.00 per typical remedial treatment and $120.00 per typical pretreatment.

Renewal Costs

Most termite treatments include a one-year service and (future) damage repair guarantee. Subsequently the homeowners can renew the

PLATE XXIV.

Estimated percent of households treated by a commercial pesticide applicator or treated for termites for each EPA region.




Source: National Pesticide Household Usage Study 1976-1977 (EPA, 1979).

percentages of these eight states results in 2.93 percent of the houses being treated in Region IV annually.

The map (Plate XXIV) obtained from the EPA National Household Usage Study presents estimated total percent of households ever treated for termites in each EPA Region. It was assumed that the ratio of the annual percentage (2.93) to the total percentage (54.5) in Region IV was the same for all regions. In order to derive the annual percent of houses treated for the other regions, the total percent of houses treated in each region was indexed to the total percent of houses treated in Region IV; i.e. the total perentage of households treated for each region was taken as a proportion of the total percentage for Region IV. This proportion was then multiplied by the annual treatment percentage for Region IV. Formulated mathematically:

$$\frac{\text{Annual \% Region } i}{\text{Total \% Region } i} = \frac{\text{Annual \% Region IV}}{\text{Total \% Region IV}}$$

$$\text{Annual \% Region I} = \left(\frac{\text{Total \% Region } i}{\text{Total \% Region IV}}\right) \text{Annual \% Region IV}$$

$i$ = I, II, III, V through X

Given: Annual % Region IV

Total % Region IV

Total % Region i

Table XXIII

Number and Type of Termite Treatments in 1970 for 11 Southern States

| States a/ | EPA Region | Houses in 1970 | Percent of Houses Treated a/ | Total Termite Treatments | Termite Remedial Treatments b/ | Termite Pretreatments b/ |
|---|---|---|---|---|---|---|
| Alabama* | IV | 1,114,845 | 3.22 | 35,815 | 26,389 | 9,426 |
| Arkansas* | VI | 672,967 | 2.39 | 16,058 | 11,831 | 4,227 |
| Florida | IV | 2,490,838 | 2.73 | 68,000 | 50,101 | 17,899 |
| Georgia* | IV | 1,466,687 | 3.65 | 53,538 | 39,447 | 14,091 |
| Louisiana* | VI | 1,146,105 | 2.36 | 27,000 | 19,894 | 7,106 |
| Mississippi | IV | 697,271 | 2.73 | 19,035 | 14,025 | 5,010 |
| North Carolina | IV | 1,619,548 | 2.73 | 44,214 | 32,577 | 11,637 |
| Oklahoma* | VI | 937,815 | 1.10 | 10,297 | 7,587 | 2,710 |
| South Carolina | IV | 804,858 | 2.73 | 21,973 | 16,190 | 5,783 |
| Tennessee* | VI | 1,297,000 | 2.95 | 38,232 | 28,169 | 10,063 |
| Texas | VI | 3,809,086 | 2.73 | 103,988 | 76,618 | 27,370 |

a/ Sums of reported treatments in states asterisked were 2.73 percent. To estimate termite treatments in each of the remaing five states, this percentage was applied to the number of houses in 1970 in each state.

b/ Twenty-six percent of the treatments were considered pretreatments and seventy-four percent were remedial treatments.

Source: Smythe and Williams, 1979

Appendix A

# ESTIMATION OF NATIONAL COST OF TERMITE PROTECTION AND DAMAGE

## Treatment Costs

A national estimate of the potential costs of termite damage was constructed using the data for 11 southern states presented in a report by Richard Smythe and Lonnie Williams (Smythe and Williams, 1979). The first step in this estimation was to determine treatment costs for all states. Smythe and Williams estimated the number of termite treatments during 1970 and the cost of these treatments in 1976 dollars, for the 11 southern states. Data concerning the number of treatments for the 11 southern states are presented in Table XXIII. Column 4 of the table indicates the percent of houses treated in each state in 1970. These percentages were extrapolated by means of data from an EPA National Household Pesticide Usage Study 1976-77 (EPA, 1979) which indicated the total percentage of households ever treated in the remaining 39 states.

Since EPA Region IV had the most available information, it was used to estimate percentages of houses treated in the remaining nine regions. The percent of houses treated in Region IV was determined using Smythe and Williams' data. Seven of the 11 states in their report are located in this region. The only state in Region IV not included in the original 11 states is Kentucky. The percent of houses treated in Kentucky was assumed to be 2.73, the average percentage of houses treated determined by Smythe and Williams. Averaging the

# APPENDIX A:

## ESTIMATION OF NATIONAL COST OF TERMITE PROTECTION AND DAMAGE

D. Summary

The most likely cancellation scenario would seem to involve cancellation of all four cyclodiene termiticides since it is hard to imagine cancelling chlordane without also cancelling heptachlor, aldrin and dieldrin. The economic impact of such a cancellation action would be sizeable. Cancelling all the cyclodienes would result in an increase in the social costs associated with termite control and damage of $706.6 million to $1.0 billion per annum for the forseeable future. These estimates can be considered low since they exclude potential losses in multifamily dwellings, commercial establishments and public buildings, as well as the massive growth in residential housing during the 1970's. They also do not account for changes in chemical prices, contract renewal fees and costs of damage repair that could be expected to result from such a regulatory action.

Since it appears that most of the exposure problems are a result of a specific type of application to specific structures (i.e. structures with ducting in or under slabs), it would seem more appropriate to consider regulatory options short of cancellation that focus directly on this exposure problem. Some of these options might be: restricting the use of these chemicals so that they can only be applied by certified applicators, improving training of applicators so they are aware of the specific potential problem areas, modification of label information to indicate potential hazards of treating structures with slabs containing duct work, or even proscribing the injection of termiticides through such slabs.

will be less than the cost of retreatment. If this is the case, the total treatment expense borne by the homeowner would be less and consequently the total cost of cancelling the cyclodienes would be less. However, this decreased cost may in part, or totally, be offset by increased damage costs caused by unchecked termite infestations and consequent damage.

The scenario likely to result from a cancellation of the cyclodienes would probably result in a significant increase in use of both chlorpyrifos and lindane. This implies increases in social costs associated with termite control and damage lying within the range of $706.6 million to $1.0 billion, in the short run. The longer run scenario is likely to be different. Most certainly, the disappearance of the cyclodienes from the termite control arsenal would stimulate research and development of new methods for controlling subterranean termites. As was stated before, so long as the cheap and effective cyclodienes are available there is little economic incentive for such research and development to take place.

? Doubtful

termite treatment is estimated to rise to $913.5 million. Inflating this figure using the Bureau of the Census New one Family Houses Construction Cost Index (Construction Review, 1981) produces a national termite treatment cost estimate in 1980 dollars of almost $1.46 billion, a net increase of $706.6 million above the original $753.4 million estimate (Chapter I-Section C).

Lindane has been used in limited quantities for soil applications, but it is also less persistant than the cyclodienes. Referring again to Table XXII of Section A, we see that in order to get equivalent protection, the cost of using lindane ($16.40) is more than 3 times (3.28) greater than the cyclodienes ($5.00). Applying this relative cost differential to the original treatment cost estimate, $260.3 million, results in treatment costs of $853.8 million (1976 dollars) using lindane. Once again, we can only trace the change in treatment costs, thus we assume other costs remain unchanged. This gives us a national termite treatment cost estimate of $1.1 billion. Inflated to 1980 dollars using the same Construction Cost Index as before, raises the cost estimate to $1.76 billion. This is a net increase of more than $1.0 billion above the original $753.4 million estimate.

These termite treatment cost estimates associated with using chlorpyrifos and lindane, are based on the assumption that more frequent applications of these compounds are necessary to achieve protection equivalent to the cyclodienes. However, homeowners may not treat as frequently if they anticipate that expected cost of damage loss

v. Cancel All Cyclodiene Termiticides Only

Cancelling the cyclodiene termiticides will result in the loss of the primary tools of subterranean termite control. The only viable alternatives available are chlorpyrifos and lindane. Both of these chemicals are effective initially as controls, but do not persist nearly as long as the cyclodienes (see Section A of this chapter). Non-chemical (passive) controls, if properly used reduce the probability of infestation but are incapable of controlling one that exists. Other chemical or biological control techniques, to date, have not been sufficiently developed to be considered viable alternatives.

overseas? affect on Armed Force

Chlorpyrifos, being a new product, has yet to gain the confidence of the pest control industry. Currently, chlorpyrifos is 4 times as expensive as the cyclodienes and is only 1/2 as persistant (requiring retreatment twice as often to maintain its effectiveness). Thus, the cost of getting equivalent protection with chlorpyrifos is much higher than with the cyclodienes (see Table XXII, pg.99). The analysis presented earlier in Section A on Table XXII showed that chlorpyrifos was more than 2 1/2 times (2.68) more expensive to use, when one considers all of the costs involved in the necessary retreatment. Multiplying the estimated treatment cost of $260.3 million (1976 dollars) derived in Chapter I, Section C, by this relative cost differential results in a treatment cost of $697.6 million. Since we are only able to trace the treatment costs, the other costs (contract renewal and damage repair) included in the national potential loss estimate are assumed to remain unchanged. On this basis, if chlorpyrifos is substituted for cyclodienes the total cost of

iii. Cancel Lindane Only

Only limited quantities of lindane are currently used for subterranean termite control, and this is primarily in southern California. Any effects that result from its cancellation would be focused in this region. No significant economic impacts are expected with chlordane, heptachlor and aldrin available for subterranean termite control. These chemicals have been proven to be more persistant in there effectiveness (see Section A of this chapter). There is some indication that lindane is preferable to the cyclodienes for use in certain soils found in southern California, however, no hard evidence has been produced to support this contention.

iv. Cancel Pentachlorophenol Only

Pest control operators report no soil applications of pentachlorophenol for subterranean termite control. Pentachlorophenal use as a termiticide appears to be limited to treating specific termite control problems, e.g. where termites are immediately associated with decay or for direct application to infested wood structures. Cancelling penta for subterranean termite soil treatments would, therefore, result in no significant economic impact.