are less persistant than the cyclodienes. To assure equivalent long-term protection, chlorpyrifos and lindane would have to be reapplied more frequently (two and three times as often, respectively) than the cyclodienes (see Section A of this chapter).

ii. Cancel Only Aldrin and Dieldrin

Although it has been indicated that the use of aldrin for termite control has increased recently, it currently accounts for less than 15 percent of the termiticide market (subterranean termite control). Cancelling aldrin would eliminate a competitive alternative for chlordane and heptachlor. It appears that most applicators prefer chlordane and heptachlor to aldrin.[9/] However, without aldrin as a competitive price check, further price increases of chlordane and heptachlor can be anticipated (the price of chlordane increased 60 percent in 1980 and another 6 percent in April 1981). Chlorpyrifos and lindane are so much more expensive to use than chlordane and heptachlor (see Table XXII, pg. 99) that the price of chlordane and heptachlor would have to increase significantly before these two compounds could become competitive. Therefore, little increase in their use can be expected to result from the cancellation of aldrin.

Long term educational benefits lost

Cancellation of dieldrin would result in no significant impact. Dieldrin is no longer produced domestically and there is no recent evidence of its use. It's use as a termiticide was never very significant.

---

9/ However, there appears to be some preference for aldrin in Hawaii based on some evidence showing it to be more persistant than chlordane and heptachlor in alkali soils (see Section A of this chapter).

It is reasonable to expect that as long as the cyclodienes remain on the market and are relatively inexpensive, that the outlook for new chemicals will be bleak. There is simply no incentive to develop new chemicals as long as inexpensive, effective chemicals are already being marketed and in widespread use.

C. Economic Implications of Cancellation

i. Cancel Only Chlordane and Heptachlor

In the event of cancellation of chlordane and heptachlor use for subterranean termite treatment, applicators using chlordane and heptachlor will most likely switch to aldrin. As was discussed in Section A of this chapter, aldrin is comparably priced and of equivalent efficacy. The supply of aldrin may be limited in the short-run, since at present there is no domestic production. Shell Chemical Company U.S., has maintained its EPA registrations of aldrin but may require substantial lead time before it can begin large scale aldrin production. The current supplier of aldrin, Shell International, may not have the current capacity to supply the entire U.S. termiticide market.

Buy Answer?

Monopoly $ cost ma

Little or no change in the use patterns of the other registered termiticides should be expected in this scenario. Without the competition of chlordane and heptachlor, aldrin would be given a near monopoly position in the termiticide market. The cost of using aldrin would have to more than double before chlorpyrifos and lindane could become cost competitive with it (refer to Table XXII, pg. 99 ). In addition to being much more highly priced, chlorpyrifos and lindane are

and triple respectively. In addition, there would also be associated application costs with lindane and chlorpyrifos which would further expand the cost differential (see the last column of Table XXII).

iii. Comparison of Termiticides

As can be seen from the last two sections, the cyclodienes are by far the most cost effective chemicals for termite control. Lindane or chlorpyrifos would be used only where use of the cyclodienes were restricted either by the structure's owner or government regulation.

There appears to be some disagreement with the PCO industry as to which of the cyclodienes is best in terms of ease of handling and applicator health effects. Applicators using aldrin have reported problems with skin irritation. There may also be applicator concern about aldrin having a greater potentancy as a carcenogen than chlordane. On balance, the choice between cyclodienes seems to be one of personal preference rather than documented advantages or disadvantages (except for cost with respect to dieldrin).

B. <u>Outlook for New Chemicals</u>

A number of chemicals, not currently used as termiticides were discussed in Section A.-i. as regard to their effectiveness against termites. While some were effective, their persistance (length of protection) does not compare with those chemicals currently in use. Only Mobay Chemical Company has a compound (Oftanol) under development as a termiticide. However, insufficient testing has been done to date to allow evaluation of its viability as an alternative to the cyclodienes.

Table XXII. Comparative Cost of Termiticide Chemicals

(Based on bulk user prices paid by Orkin, Western and Terminix in 1981)

| Chemical | Formulator | Cost ($/gal.) | % Dilute Solution | Cost/gal. Dilute Ready to Use Solution | Approximate Chemical Cost for Protection Equivalant of 1/gal. Cyclodienes a/ ($) | Approximate Total of Protection Equivalent to 1/gal. Cyclodienes b/ ($) |
|---|---|---|---|---|---|---|
| Chlordane | 8 EC | 30.00 | 1.0 | 0.30 | 0.30 | 5.00 |
| Aldrin | 4 EC | 25.00 | 0.5 | 0.25 | 0.25 | 5.00 |
| Chlordane/Heptachlor | 4.2 Chlordane<br>2.1 Heptachlor | 28.00 | 0.5 Chlordane<br>0.25 Heptachlor | 0.27 | 0.27 | 5.00 |
| Chlorpyrifos | 4 EC | 100.00 | 1.0 | 2.00 | 4.00 | 13.40 |
| Lindane | 1 EC | 12.00 | 0.8 | o.77 | 2.31 | 16.40 |

a/ Assumes chlorpyrifos persists 1/2 as long as cyclo-dienes and lindane 1/3 as long.

b/ Assumes cyclodiene chemical cost to be 6% of total application costs.

In conclusion, it is evident that chlordane is presently the most effective termiticidal compound known. The other cyclodienes, heptachlor, aldrin, and dieldrin are comparable in effectivness.8/ Chlorpyrifos seems to be the most promising new compound.

ii. Comparative Costs

Table XXII presents the comparative costs of the termiticides in current use. These are bulk user prices. From the table, it can be seen that the cyclodienes are virtually identical in cost and significantly cheaper than either chlopyrifos or lindane. When one takes into account the reduced persistance of lindane and chlorpyrifos, cost differences between these chemicals and the cyclodienes widen still further. If one assumes that chlorpyrifos persist 1/2 as long as the cyclodienes and lindane 1/3 as long, the chemical costs for 100% protection over a 30 year period, double

8/ Bess and Hylin (1970), and Bess et.al. (1966) present data which indicate aldrin and dieldrin are slightly superior in controlling Coptotermes formosanus in different Hawiian soils of varied pH. However, the authors clearly indicate that chlordane is the most persistant cyclodiene. One should note that their bioassay technique is a laboratory technique and not recognized in the EPA Efficacy Test Methods (Volume V, pp. 21-23). The assay measures toxicity due to exposure to soils transported to the laboratory, it does not actually measure wood protection as is done in the USDA Gulfport studies.

Table XXI- Soil treatments that have been evaluated in standard stake tests established in 1946-52, in southern Mississippi but are no longer recognized as satisfactory treatments.

| Chemicals | Effective period |
|---|---|
| | Years |
| Copper naphthenate | 2 |
| Copper sulfamate | 4 |
| Copper sulphate (dry crystals) | 5 |
| Copper sulphate (water) | 1 |
| Chlorinated nitrotoluene | 3 |
| Lead arsenite (dry powder) | 6 |
| Lead arsenite (water suspension) | 3 |
| Hexachloroethane | 2 |
| Monochloronaphthalene (5% kerosene) | 2 |
| Monochloronaphthalene (10% kerosene) | 3 |
| Orthodichlorobenzene | 5 |
| Sodium dinitro-orthocresolate | 1 |
| Sodium meta arsenite (70% arsenic trioxide) [10% water] | 14 |
| Sodium meta arsenite (70% arsenic trioxide) [16% water] | 22 |
| Tetrachlorobenzene | |
| unrefined | 8 |
| refined | 6 |
| Trichlorobenzene (oil) | 8 |
| Trichlorobenzene (water) | 7 |
| Trichlorobenzene plus creosote | 7 |
| TX still residue (petroleum by-product) | 2 |
| Xanthone 95% pure dry | -1 |

Table XX - Soil treatments that have been evaluated in ground-board tests established in 1946-52, in southern Mississippi but are no longer recognized as satisfactory treatments.

| Chemicals | Effective period |
|---|---|
| | Years |
| Acetylene tetrachloride | 3 |
| Copper ammonium fluoride | 2 |
| Creosote (numerous formulations) | 2 |
| Creosote (kerosene) | 3 |
| Pentachlorophenol (oil) | 3 |
| Pentachlorophenol (heavy oil) | 4 |
| RH 195/acetylene tetrachloride | 3 |
| Sodium arsenite | 5 |
| Arsenite trioxide | 5 |
| Sodium fluosilicate | 3 |
| Kerosene check | 2 |
| Gasoline check | -1 |
| Methoxychlor | 4 |
| Toxaphene | 4 |

Smith, Beal and Johnston (1972) reported on tests of a wide range of compounds. Prior to undertaking stake or ground board tests, compounds were screened for termiticidal properties in the laboratory. Literally hundreds of compounds did not pass the initial screening. The following two tables are adapted from the 1972 paper by Smith et al. Tables XX and XXI summarize test results over a number of years and generally demonstrate a lack of long term effectiveness.

Evaluation of the chlorinated hydrocarbons showed chlordane remained 100% effective in preventing termite attack for 23 years, aldrin and dieldrin for 22 years and heptachlor for 19 years. The pesticides recorded in the two tables were registered for termite control at the time of the publication.

Dr. Raymond Beal (1980 a and b) reported on test data obtained after about 11 years of testing. Beal said "We chose insecticides for field testing after screening chemicals in laboratory tests. Only those chemicals with a low mammalian toxicity, low toxicity to other soil insects, relatively low water solubility, and a manufacturer willing to market the material...." Nine compounds were selected that met those criteria. These were: GS-12968, methidathion, diazinon, and dimetilan (Ciba-Geigy Corp.); chlorpyrifos and Zytron® (Dow Chemical Corp.); camphechlor (Heyden Newport Chemical Corp.); propoxur (Chemagro Chemical Corp.); and carbaryl (Union Carbide Corp.). As a result of this study, Beal concluded "dimethilan, diazinon, GS-12968, methidathion and Zytron® were ineffective as soil insecticides. Under a concrete slab, camphechlor, propoxur and chlorpyrifos remained 100% effective, for 11 years at the 2.0% rate of application. Of these, chlorpyrifos remains the most promising new compound to date."

A number of studies are exemplary in terms of the preceding paragraph. Johnson, Smith and Beal (1970) note the following: "Numerous insecticides have been under study for many years in soils in southern Mississippi for protection against subterranean termite attack. Of these, aldrin, chlordane, dieldrin, and heptachlor applied at various concentrations and rates are still effective after 17 to 21 years."7/ They also conducted soil residue studies. The results indicated that the insecticides "moved only a few inches during 17-21 years of exposure to the elements." In practice, as placed in and under buildings, the movement, without climatic weathering, is expected to be negligible.

In 1972, Beal and Smith published the results of a long term study which evaluated new compounds in terms of termite control. They studied Baygon®, Dimetilan®, Dursban®, Sevin®, Strobane®, Diazinon®, Zytron® and the numbered compounds GS-12968 and GS-13005. As a result they say; "Dursban® is the only insecticide that is still 100% effective after 4 years at both 1 and 2% concentrations in both tests ...." One of their conclusions is, "We know that some of these chemicals will give at least 4 years of protection against termites.....This is a much shorter time than the 23 years that chlordane has continued to control termites."

---

7/ These tests are still underway and indicate the chlordane remains an effective barrier for at least 32 years, whereas heptachlor, aldrin, and dieldrin continue to be effective after 28 years (Raymond Beal, Personal Communication).

Comparatively speaking, primary literature reporting on formal efficacy studies of termiticidal compounds is not copious. An automated (computer) search of the world-wide literature yielded only three studies and these were of marginal value. Nearly all of the truly historic and current studies have been, or are being, conducted at the USDA Southern Forest Experiment Station at Gulfport, Mississippi. The Station has unpublished data indicating 100% effectiveness for 30 years using chlordane and other cyclodienes (Dr. Lonnie Williams, personal communication). Many compounds have been screened for activity in controlling termites. Chlorpyrifos (Dursban®) has recently been registered for use as a soil treatment. Williams (personal communication) indicated data exists demonstrating about 13 years of 100% effective control using chlorpyrifos. Dr. Raymond Beal (personal communication), also of the Southern Forest Experiment Station, informed the Agency that lindane applied at 0.4% was effective for 11 years. By doubling the rate to 0.8%, effectiveness was only increased by two additional years. Dr. Beal also indicated that endosulfan was tested at 0.5% and provided about 10 years control[6/]. Increasing the rate of endosulfan to 2.0% made it "hold up for a few years longer." He also said that Mobay Chemical Company is currently the only company that has a sample termite label undergoing preparation for a new compound known as Oftanol.

---

6/ Endosulfan is not registered as a termiticide for subsurface application.

The Standard Stake Test is conducted by driving a pine, sapwood stake into soil that has been treated with an insecticide at rates parallel to practical applications. The test simulates treatment of soil in trenches around foundation walls, piers, pilings, plumbing lines, and other ground to building connections in either crawl space or basement type buildings. Tests of this type have been conducted continuously since 1944.

The Standard Ground Board Test is designed to simulate soil treatment prior to pouring concrete slabs. A known amount of pesticide is applied to a 17 sq. in. area of soil. A 1x6x6 inch pine board is laid in the center of the treated area. Tests of this nature have been in use since 1946.

The Modified Ground Board Test is used to more closely simulate actual conditions which would be found under a concrete slab foundation. In this test the soil receives a treatment similar to the Standard Ground Board Test. Then a trench is excavated around the perimeter of the treated area. A short section of plastic pipe is placed in the center of the treated area. Concrete is then poured over the trench and treated area, surrounding the pipe. After the concrete sets, a 2x3x4" block of pine sapwood is placed inside the pipe and the pipe is capped. These tests began in 1965.

In all cases, termites must penetrate the treated soil barrier to attack the wood. Checks or controls consist of identical but untreated replicas of the treated stakes or boards. To measure the effectiveness, the wood is periodically examined for termite attack. Wood rotted by microorganisms is replaced with new stakes or boards in either test or control situations.

## IV. THE IMPLICATIONS OF CANCELLING CERTAIN TERMITICIDES

This chapter compares the efficacy, cost and ease of handling of the seven termiticides being reviewed. It also discusses the prospects for the appearance of new termiticides. This information is used to project the economic consequences of removing various termiticides from the market. Where possible, the economic impact is measured; where it is not possible to measure, the anticipated market scenarios are described.

### A. A Comparison of Termiticide Cost-Effectiveness

#### i. Comparative Efficacy

Subterranean termite attacks can be controlled or prevented by impregnating the soil adjacent to a structure with a termite toxicant. A primary consideration when choosing a pesticide for a particular use, is its efficacy or effectiveness in protecting the site from the target pest. The effectiveness of termiticides is measured by the time over which the toxic barrier remains effective in resisting penetration by the termites. Currently, there are three field tests recognized as providing reliable information about termiticides under conditions which parallel use in practical applications. These tests are: 1) the Stake Test; 2) the Ground Board Test; and, 3) the Modified Ground Board Test. These test methods were developed and validated by the Southern Forest Experiment Station at Gulfport, Mississippi.

resistant properties. Carter et al. (1978), for example, isolated the principal compound in the common persimmon tree which causes it to be resistant to termite attack. Another means of rendering wood inedible is to treat it with a material which, while not causing mortality or having repellant properties, simply inhibits feeding. Mauldin and Rich (1980), in their investigation of antibiotics, found two which had this effect on R. flavipes, and suggested their further investigation as antifeedants.

At this juncture it is unclear as to how far from commercialization these experimental chemical control techniques are. If they were arrayed in a true continuum; methoprene treated bait-blocks would appear closest to commercial use. This chemical is currently registered for use as a control for a number of pests, including mosquitos, houseflies, cigarette bettles and tobacco moths. Use of the flouridated lipids are still in the early experimental stages and consequently likely to be at the other end of the continuum.

> the presoldiers and soldiers adequately. Third, mortality can result from incomplete ecdysis from between the larval [sic] and soldier caste.

Destruction of the symbiotic protozoa which live in the termite gut can also be achieved through the use of the antibiotic chlortetracycline, CTC, (Mauldin and Rich, 1980). CTC meets the criteria for success as a control agent in the bait-block method of control, as does methoprene, namely that termites will readily feed on impregnated wood blocks and that the product is slow-acting. Mauldin and Rich indicate that their research shows "that CTC has potential for use in this method and that lower concentrates (1% solution) are probably more effective than higher concentrates (3% solution). However, higher concentrations may be needed in field exposure because of the dilution of the CTC as it is passed from termite to termite in their normal feeding behavior."

New classes of toxicants may also be employed in the bait-block method to achieve control with the needed specificity. Dr. Glenn Prestwich of the State University of New York at Stony Brook (personal communications 1981) has been investigating fluoridated lipids for a candidate insecticide to be used in this method. These compounds are harmless until metabolized in the termite gut, whereupon they are converted to highly toxic materials. Complete safety to humans handling the block would thus be assured if these compounds were developed for use.

An alternative to causing mortality to termites is to deny them the food source which would cause economic damage, i.e., the building. It is known that certain woods are more resistant to termite attack than others. If resistant woods cannot always be used, it might be possible to render susceptible woods resistant by treatment with chemicals which confer

and anal feeding." A degree of specificity of the material is achieved by reason of its being delivered in bait form. This ensures that few, if any, nontarget organisms will come in contact with the pesticide. It also means that far less active ingredient is needed: in the various mirex tests cited above, quantities of mirex were measured in grams per unit area. Ostaff and Gray (1975) estimated the amount of mirex needed to achieve control at less than one-half gram per property. Additional specificity as a characteristic of the insecticide is probably appropriate as well, especially considering the accessibility of the blocks to humans when buried to a depth of only one inch.

Among the more innovative approaches to chemical control using bait-blocks are the use of the juvenile hormone analog methoprene and the antibiotic chlortetracycline (CTC) as control agents. Methoprene is an analog of a naturally occurring insect growth regulator. Applied as an insecticide, it disrupts the development of the insect and the disruption eventually results in mortality. Methoprene is currently registered for use against mosquitoes and certain flies. Howard and Harverty (1978) studied the effect of methoprene on R. flavipes, the eastern subterranean termite, and suggested at least three concentration-dependent modes of action that can cause mortality:

> First, larvae [sic] can starve because their symbiotic protozoans die. Second, production of a highly abnormal proportion of presoldiers and soldiers severely strains the capacity of the remaining larvae [sic] to feed them. In addition, because the remaining larvae [sic] are themselves partially or totally defaunated, they are unable to feed

The principal means of delivery of new chemicals being investigated involves the use of small wood blocks which have been partially decayed by the brown-rot fungus G. trabeum (see above), and then impregnated with the control agent. The method consists of burying the blocks approximately one inch below the surface at intervals of a few feet in a continuous line so as to encircle the object being protected (e.g., a house). Beard (1974) used a variation of this method whereby he first established sites as foraging sites by using partially decayed blocks without insecticide, and then substituting similarly decayed blocks impregnated with insecticide. In tests using mirex as the control agent, effective termite control was achieved where the protected objects were pine stakes (Esenther and Beal, 1974), baited (i.e., decayed) wood blocks (Esenther and Beal, 1978), wood stumps (Beard, 1974), and buildings (Beard, 1974; Ostaff and Gray, 1975). Amburgey and Smythe (1977) have developed standard methods for infecting wood blocks with G. trabeum, and have identified specific strains of the fungus which are most attractive to the eastern subterranean termite.

While mirex is no longer available as a control agent, its effectiveness in the bait-block method has encouraged research on other toxicants applied in this manner. Esenther and Beal (1978) suggest that buildings could be adequately protected with bait-blocks being replaced every 2-3 years. They go on to say that a slower-acting insecticide might make the block more effective in that there would be a greater initial uptake by the termites. Mauldin and Rich (1980) point out that in order for the method to be effective, "termites must readily feed on impregnated wood blocks. Also, the chemical should be slow acting so that worker termites pass the chemical on to other colony members during normal oral

the eastern subterranean termite Reticulitermes flavipes. These observations occurred in the field and under experimental laboratory conditions. He concludes that "manipulation of ant colonies might be used as an applied biological control measure against termites in some situations and where the ants themselves would not be undesirable" (Beard, 1972). The second organism cited by Beard (1974) is the fungus Entomophthora coronata, from a genus of fungi known for their pathogenicity to insects. Yendol and Pashke (1965) reported that E. coronata was highly pathogenic to R. flavipes, causing 97% mortality 84 hours after infection. If the bait-block method of control (discussed below) were to be used as a means of infecting termite colonies, it is conceivable that E. coronata might be used as an effective biological insecticide against the eastern subterranean termite. Whereas use of Lasius spp. and E. coronata in termite control hold some promise, commercial exploitation of techniques using these organisms is still very far down the pike.

iii. Chemical Control Methods

Stimulated by concern about the environmental safety and the continued availability of termiticides currently in use, research on alternatives has concentrated on innovative chemical controls. These includes new toxicants, growth regulators, antibiotics, repellants and antifeedants. The last two types of materials would be used as a wood treatment to prevent termite feeding. The other must be delivered to the termite colony in order to cause mortality.

found to emit certain chemical substances which serve to facilitate communications among members of the same species. These substances are known as pheromones, and several of them have been synthesized and used principally in traps to detect and monitor particular species in a highly targeted manner. Ebeling (1978) has briefly reviewed the literature on the research in termite pheromones. Most of the work relevant to termite control has been concerned with isolation and identification of the trail-following pheromone (Smythe et al. 1967). It has been found that the brown-rot fungus Gloeophyllum trabeum (previously called Lenzites trabea) emits an identical substance whose effect is to stimulate trail-following, or foraging, behavior. Beard (1974) has demonstrated that the pheromone's effects are localized in nature, but it appears that wood blocks impregnated with the substance or simply decayed partially by G. trabeum can be used as a device to detect the presence of termite colonies. Ostaff and Gray (1975) concluded that such "bait blocks" tend to overestimate the extent of infestation, so that they probably could not be used effectively as a quantitative monitoring device.

With regard to physical monitoring, the use of wood-moisture meters has been advocated as a supplement to visual inspection (Amburgey, 1978). The precise role which these meters might play in a comprehensive monitoring program may require further research (Anonymous, 1980).

ii. Nonchemical Control Methods

Beard (1974) surveyed the literature on natural enemies of termites and found only two items of serious interest. The first was his own (Beard, 1972) observations of ant (principally Lasius spp.) predation on

## C. Future Trends and Needs for Termite IPM

In agricultural IPM programs, the availability of advisory services, primarily in the form of independent pest management consultants, has been an important factor in the adoption of IPM practices by farmers. In order for an IPM approach to be fully implemented in the area of structural pest control, an upgrading of services offered by pest control companies is likely to be necessary (Anonymous, 1980). This upgrading will be an evolutionary process in response to an identifiable market, rather than a process that can be mandated by regulation. Pest management specialists should be able to market their services as consultants to designers and builders of new structures, reviewing plans and construction practices and advising on preventive measures so as to reduce the need for chemical application. Finally, the increasing interest among homeowners in self-help indicates a market for educational and training services for pest management specialists to offer short courses and other training packages to the general public.

## D. Technical Innovations for Termite IPM

### 1. Monitoring

The two principal issues involved with integrated termite control are (1) detection of termite infestation and estimating its extent, and (2) detection of physical conditions that favor termite invasion and survival. Many insect species have been found to emit certain chemical

> Building codes require that foundations contain vent openings that allow movement of air under the buildings. Vines and shrubs should not be allowed to cover ventilation openings. If drainage and ventilation do not reduce soil moisture sufficiently, it is helpful to cover exposed soil with heavy roofing paper. In slab construction a "vapor barrier," usually consisting of a sheet of some synthetic material impervious to water, may be placed on the ground previous to the pouring of the concrete. A gravel substrate is also helpful, providing a uniform structural base and breaking capillarity. In arid regions the advantage of low humidity is often nullified by excessive and careless irrigation of plants or lawns around the foundation. In localities of consistently high humidity, sufficient moisture may be present in various parts of the building to maintain colonies of subterranean termites that have no connection with the ground. Localized areas of excessive moisture in the superstructure may develop from leaf-filled gutters or water traps on flat roofs, leaky shower pans, plumbing leaks, or condensation from water pipes.
>
> Concrete porches, terraces, patios, or steps are often supported on an earth fill. Such earth fills frequently harbor subterranean termites, often because carpenters have disposed of wood debris in these areas. In California, most subterranean termite infestations in dwellings originate in earth-filled extensions of the foundation. The concrete cap of the porch, terrace, etc., may break away from the foundation, allowing termites to gain access to the wood of the foundation. Remedial measures involve breaking out a strip of the concrete cap adjacent to the foundation, excavating the earth fill down to the top of the footing of the foundation, refilling with chemically treated soil, and resealing the concrete cap to the foundation.

Amburgey (1978) cites many of the same general moisture-control tactics as the principal means of preventing wood decay fungi in structures. These include repair of plumbing leaks; caulking around sinks, tubs, etc.;

> ...installing drainage tile outside the foundation or water-proofing the outside foundation walls; installing a moisture barrier over the soil in the crawl space; altering the slope of a porch, patio or carport to drain away from the house; venting appliances such as clothes driers to the outside of the house; installing air vents or fans in attic spaces or foundation walls; or correcting faulty construction or designs that permit wood to become wetted by rain.

and, if so, whether spot rather than complete treatment of the structure may suffice. Information from monitoring the physical environment will indicate whether modification of the structure or environs is necessary to reduce the likelihood of infestation.

iii. Post Construction Modification

Once a structure is in place, the two strategies that can be employed to control or prevent termite infestations are chemical application and environmental modification. The former has been fully described elsewhere in this report [Chapter II]. Ebeling's (1971) summary is worth quoting at length again in regard to correction of environmental conditions:

> Prevention and control of subterranean termites continues after completion of construction. All cellulose-bearing debris (forms, stakes, lumber, etc.) upon which termites could develop should be removed from under and around a building. Termites commonly infest such material when it rests on damp soil. Soil moisture for subterranean termites is optimum when the soil is continuously damp but is not saturated too long. Poor drainage and inadequate ventilation are the principal factors contributing to excessively damp soil. Remedial measures may involve surface or subsurface drainage, adjustment of soil grade in relation to the substructure of the building, correction of faulty guttering and downspouts, repair of leaky faucets, and repair of stopped sewers and drains. Excessive and careless irrigation of the area around a building should be avoided. Sprinklers should not be allowed to wet the side of a building or its foundation.

In the same article, Ebeling also indicates that soil treatment with an insecticide is "highly effective." He considers pretreatment --soil treatment before and during construction -- to be "of particular importance when concrete slab-on-ground construction is employed, because treatment of the soil is difficult and expensive after the concrete has been poured." No distinction is made in this statement among sites of more or less susceptibility to termite invasion (e.g., wood vs. non-wood building sites).

Monitoring for termite management has two main aspects. The first is monitoring the physical environment for conditions that favor termite invasion and survival. These conditions include design features on existing structures that serve to hide termites from view, provide a food source to termites, and/or trap moisture. Physical monitoring also includes checking for maintenance problems such as leaks and foundation cracks. The second aspect of monitoring involves detection of the termites themselves or evidence of their presence. This includes sighting of shelter tubes on foundation surfaces, discarded wings (indicators of the presence of initiators of a new colony), and/or adult termites. It also includes detection of damage at its earliest stages. Of course, proper identification is essential to any effective monitoring program. For this reason, effective education of the homeowner, coupled with the availability of well-trained professional help, is an important element in implementing an IPM approach for termites (Anonymous, 1980).

Assessing infestation and damage levels are likely to require the services of a professional or, at minimum, a well-trained homeowner. The extent of infestation may determine if chemical treatment is necessary

masonry surfaces to gain access to substructure wood. Before the foundation concrete sets, spreader sticks and grade stakes must be removed from the construction sites, because buried wood scraps are an important food source source and thus encourage termite infestation.

Door frames or jambs must not extend into or through concrete floors. The level of the bottom of the basement window well should be at least 15 cm [6"] below the nearest wood. For wooden porches or steps, any support, such as piers, should be separated from the building by five centimeters to prevent hidden access for termites. Wooden steps should rest on a concrete base or apron extending at least 15 cm [6"] above grade.

Sills should be preservative-treated with a chemical that protects them for the life of the building, provided that cut ends are painted or soaked with a protective solution at the time of construction. Termites are then forced to build their tubes over the treated sills just as they are forced to build them over the concrete foundation. In addition, the sill itself is protected. This is a vital part of the substructure and is difficult to replace. Some may wish to use treated wood for other members of the substructure also.

Danger from termites is reduced further by providing proper clearance and ventilation between ground and wood members of the substructure. Minimum clearance between the ground and bottoms of joists in crawl spaces should be 46 cm [18"], and the minimum clearance between ground and beams or girders should be 30 cm [12"]. Minimum clearance between outside finish grade and the tops of slab-on-ground foundations or tops of foundation walls in houses with a basement, should be 20 cm [8"] with at least 15 cm [6"] exposed.

level of understanding among homeowners regarding ecological principles, termite biology, and preventive measures.

B. An IPM Program for Termites

The design component of a termite IPM program includes site preparation and construction of the foundation and substructure. Ebeling (1978) has summarized these measures as follows:

i. Site Preparation

Tree stumps, roots and wood or cellulose debris of any kind on or in the soil should be removed when the building site is graded, so as to remove potential sources of food or existing termite colonies. The ground should have sufficient slope to enable surface water to drain away from the building and thereby avoid the damp soil that favors termites. Ideally, provisions should be made for connecting eave gutters and downspouts to a storm sewer system. If the building is to have a basement, drainage tile around the outside is especially important.

ii. Construction of Foundation and Substructure

Much can be done at the time of construction to retard infestation, to facilitate inspection for termite activity and to minimize damage and cost of control and repair. Poured concrete foundations or masonry unit foundations capped with reinforced concrete serve to expose termite activity, for termites must build tubes over