## III. INTEGRATED PEST MANAGEMENT IN TERMITE CONTROL

### A. Overview

An integrated pest management approach for termite protection begins with the design of structures, and continues through site preparation and construction to maintenance, moisture control, environmental modification, inspection, and judicious chemical treatment. The most promising innovation in termite control appears to be the bait-block method of insecticide delivery, which can be used with conventional toxicants, insect growth regulators, antibiotics and other control agents. Use of resistant wood in construction or the treatment of wood with repellents or antifeedants is another alternative to be incorporated into future programs.

Integrated termite control has several characteristics which affect the choice of strategies to be employed in an IPM program. First, there is considerable opportunity to employ physical design, redesign, and modification as major elements in preventing termite infestation. This applies to the structure being protected as well as the surrounding environment. Second, because termite damage is slow to occur and accumulate, time is available to the decision maker to consider options carefully before taking action. Third, the high value of the structure being protected relative to almost any control option may allow greater flexibility in choosing among options. A constraint on the implementation of an IPM approach for termites lies in the generally low

Note that in both XVIII and XIX, the horizontal lines under requirement categories indicate that this information was not available, it does not necessarily imply that such regulations do not exist.

Provisions for supervision of non-certified individuals applying pesticides in all states conform almost entirely to EPA guidelines, in that the availability of the certified applicator must be directly related to the hazard of the situation.

Special requirements for certification of structural pesticide applicators, where they exist, are enforced by state structural pest control commissions. They tend to be more stringent than those imposed on PCO's by state agricultural departments. However, only about 18 states have specific certification regulations for structural-pesticide applicators. These regulations are presented in summary form in Table XIX.

The certification requirements for structural pesticide applicators are to a large extent similar to those covered in Table XVIII. The main difference is that where states have specific requirements for structural-pesticide application, they have established separate structural pesticide commissions to regulate the certification procedure for this industry.

One of the major differences between the state regulations relating to the general applicator and the structural applicator is that for the latter, allowable pesticides, specifically termiticides, are frequently specified in the regulations. In all cases, only state registered pesticides may be used. The other major difference is that specific contractual arrangements may be required by state law. These may include terms calling for identification of infecting organism, inspection before and after treatment, a warranty agreement and in some cases, specified minimum treatment requirements. Treatment requirements refer to the physical aspects of treatment or the what, where and how treatment should take place.

The headings for Table XVIII were selected because these topics appeared most often in individual state laws and afforded the best means of comparing state certification requirements. The certification classifications are designated as either "private" or "commercial" in almost every state. The permissable activities category is primarily a description of the type of activities allowed under the previously mentioned certification classification.

Almost every state charges some type of certification fee. These fees vary a good deal from state to state. The variation seems to, in part, depend on whether fees are required for licenses, registration, equipment inspection or examinations. As far as can be determined, every state requires commercial certified applicators to maintain or prove some type of financial responsibility. This may include either liability insurance, surety bonding or both.

Many states maintain reciprocal agreements with neighboring states which allow certified applicators from other states, with similar requirements, to apply pesticides within the borders of the states party to the agreement. These agreements generally specify some sort of registration requirement, but other certification requirements are foregone.

Pesticide use reporting records vary widely from one state to another. Some states require the submission of all pesticide-use records to the state agricultural commissioner, while others merely require the maintenance of application records by the certified applicator for a specified period of time.

Categories of certification vary somewhat from state to state, however, most follow the category listing in the EPA guidelines. The EPA rules and regulations list 10 major categories allowing states to determine applicable sub-categories.

E. RELEVANT STATE REGULATIONS

In order to promote safe, responsible pesticide use, the United States Environmental Protection Agency has issued rules and regulations governing state certification of pesticide applicators. These specifications for certification of pesticide applicators are provided for in Section 4 of the Federal Insecticide, Fungicide, Rodenticide Act (FIFRA), and are intended to set minimum standards for state certification programs. It should be noted that these rules and regulations reflect the best judgement of the Agency regarding the elements necessary for a well rounded, state administered certification program. If states submit a plan lacking an element or elements which the Agency feels should have been included, that state must satisfy the Agency that the missing element, or elements, are not necessary for an effective applicator certification program in that particular state. State certification plans must be approved by the Administrator of EPA. The EPA rules and regulations for certification of pesticide applicators appear in Appendix C.

Typically, the individual state agricultural departments are responsible for certification of pesticide applicators. The requirements for certification are embodied in state laws, which were enacted to comply with EPA rules and regulations. A summary of individual state requirements for certification of pesticide applicators is presented in Table XVIII.

Table XVII. Average Renewal Fees for Service Guarantees, 1980.

Renewal Pricing

| Total Treating Price | Service Guarantee Avg. Annual Fee |
|---|---|
| ($) | ($) |
| 200 | 36 |
| 250 | 39 |
| 300 | 42 |
| 350 | 44 |
| 400 | 46 |
| 450 | 49 |
| 500 | 51 |

Source: Orkin, Terminix, and Western, 1981.

PLATE XVI. Specimen Guarantee Requirements.

## SUBTERRANEAN TERMITE GUARANTY QUALIFICATIONS

A structure having any of the following conditions cannot qualify for ANY Terminix guarantee. THESE CONDITIONS MUST BE CORRECTED BEFORE ANY GUARANTEE IS ISSUED.

1. Inadequate clearance ☐
2. Excessive moisture ☐
3. Cellulose debris or stored materials ☐
4. Structural deficiencies ☐
5. Excessive existing termite damage ☐
6. Wood in contact with soil ☐
7. Inaccessible areas ☐

IF ANY OF THE FOLLOWING CONDITIONS EXIST, A STRUCTURE *CANNOT* QUALIFY FOR A DAMAGE PROTECTION GUARANTEE.

1. Substructure wood heavily damaged ☐
2. Finished basement below grade ☐
3. Finished basement without access ☐
4. Excessive moisture or fungus ☐
5. Slabs with radiant heat ☐
6. Other ____________ ☐

This job qualifies for the following:
PROTECTION ☐ SERVICE ☐ NONE ☐

Source: Terminix International, Inc. (Hromada, pers. comm., 1981)

PLATE XV.

## GUIDELINES FOR ESTIMATING TIME IN TERMITE CONTROL

| | |
|---|---|
| Soil Treatment - Outside . . . . . . . . . . . . . | 100 ft/hr |
| Soil Treatment Outside Rubble Walls . . . . . . . . | 75 ft/hr |
| Concrete or Asphalt . . . . . . . . . . . . . . . | 30 ft/hr |
| Short Rodding . . . . . . . . . . . . . . . . . . | 30 ft/hr |
| Long Rodding . . . . . . . . . . . . . . . . . . . | 20 ft/hr |

NOTE: We can longrod more than 20 ft/hr, but a factor is built in to compensate for jobs where obstructions force us to do vertical drilling.

| | |
|---|---|
| Crawl Space - Concrete . . . . . . . . . . . . . . | 30 ft/hr |
| Crawl Space - Soil . . . . . . . . . . . . . . . . | 75 ft/hr |
| Tile, Linoleum, etc. on Concrete . . . . . . . . . | 15 ft/hr |

NOTE: Except Radiant Heat

| | |
|---|---|
| Radiant Heat - Vertical Drilling . . . . . . . . . | 10 ft/hr |
| Carpet Glued to Concrete . . . . . . . . . . . . . | 15 ft/hr |
| Wood Over Concrete . . . . . . . . . . . . . . . . | 15 ft/hr |
| Checkerboarding Wood Floor - | |
| Perimeter should always be treated 18" O.C.* . | 15 ft/hr |
| Checkerboarding is in addition to perimeter | 100sqft/hr |
| Block Walls . . . . . . . . . . . . . . . . . . . | 30 ft/hr |
| Rubble Walls . . . . . . . . . . . . . . . . . . . | 15 ft/hr |

Source: Western Termite and Pest Control (Nelson, pers. comm., 1981).

PLATE XIV. Specimen Pricing Schedule.

| Lineal Feet | Conventional/Crawl Construction | | | Slab and Basement Construction | | | | | | | | | | Mono Slab | Attached Slab* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Sub-Slab Soil Treatment | | | | | | Foundation and Outside Soil Treatment | | | | | |
| | | | | Drill and Short Rod | | | Vertical Drill | | | | | | | | |
| | No Void | One Void | Two or More Voids | Hollow Block | Hollow Block and Brick Veneer | Concrete to 8" | Bare Concrete | Tile Floor Shoe Mold | Hardwood Floor/Carpet | Concrete Stone | Hollow Block | Hollow Block and Brick Veneer | | | |
| [illegible] | 32 | 35 | 55 | 21 | 56 | 31 | 21 | 30 | 45 | 13 | 13 | 14 | | 21 | 15 |
| 20 | 53 | 62 | 64 | 47 | 68 | 63 | 41 | 56 | 77 | 17 | 28 | 28 | | 44 | 32 |
| 30 | 68 | 77 | 81 | 74 | 84 | 94 | 57 | 81 | 107 | 19 | 39 | 39 | | 63 | 48 |
| 40 | 78 | 98 | 106 | 98 | 100 | 124 | 81 | 97 | 134 | 23 | 48 | 47 | | 85 | 61 |
| 50 | 95 | 118 | 128 | 114 | 123 | 157 | 98 | 118 | 165 | 26 | 57 | 58 | | 108 | 75 |
| 60 | 107 | 134 | 146 | 141 | 157 | 188 | 113 | 136 | 195 | 28 | 70 | 74 | | 127 | 81 |
| 70 | 125 | 158 | 161 | 161 | 183 | 215 | 133 | 157 | 228 | 29 | 81 | 84 | | 146 | 89 |
| 80 | 143 | 177 | 202 | 190 | 207 | 242 | 150 | 177 | 254 | 32 | 91 | 97 | | 164 | 98 |
| 90 | 156 | 195 | 224 | 213 | 229 | 276 | 172 | 200 | 283 | 34 | 100 | 110 | | 190 | 103 |
| 100 | 174 | 210 | 244 | 231 | 251 | 304 | 188 | 220 | 311 | 37 | 110 | 117 | | 210 | 112 |
| 110 | 186 | 229 | 266 | 252 | 262 | 322 | 207 | 242 | 348 | 41 | 119 | 128 | | 231 | 118 |
| 120 | 207 | 251 | 287 | 264 | 278 | 349 | 215 | 254 | 361 | 44 | 129 | 141 | | 253 | 125 |
| 130 | 216 | 268 | 301 | 278 | 295 | 370 | 229 | 264 | 376 | 48 | 134 | 149 | | 276 | 133 |
| 140 | 238 | 282 | 341 | 293 | 307 | 394 | 237 | 279 | 397 | 52 | 143 | 164 | | 293 | 143 |
| 150 | 246 | 301 | 348 | 306 | 319 | 414 | 251 | 290 | 413 | 53 | 147 | 177 | | 316 | 147 |
| 160 | 263 | 317 | 364 | 317 | 334 | 437 | 257 | 305 | 430 | 57 | 157 | 188 | | 325 | 156 |
| 170 | 279 | 333 | 382 | 334 | 349 | 455 | 266 | 322 | 455 | 58 | 171 | 196 | | 336 | 161 |
| 180 | 289 | 349 | 403 | 347 | 361 | 477 | 278 | 337 | 477 | 62 | 178 | 207 | | 348 | 167 |
| 190 | 306 | 363 | 418 | 360 | 372 | 497 | 287 | 349 | 488 | 63 | 189 | 216 | | 355 | 176 |
| 200 | 311 | 380 | 437 | 371 | 386 | 518 | 299 | 364 | 515 | 67 | 198 | 226 | | 367 | 178 |
| 210 | 333 | 399 | 457 | 385 | 397 | 542 | 307 | 376 | 532 | 68 | 208 | 237 | | 376 | 190 |
| 220 | 342 | 418 | 480 | 397 | 413 | 561 | 319 | 389 | 551 | 70 | 218 | 242 | | 386 | 195 |
| 230 | 363 | 433 | 499 | 413 | 425 | 581 | 325 | 400 | 567 | 74 | 226 | 251 | | 397 | 205 |
| 240 | 374 | 449 | 518 | 424 | 433 | 600 | 336 | 409 | 582 | 77 | 231 | 256 | | 407 | 210 |
| 250 | 392 | 466 | 542 | 433 | 450 | 621 | 348 | 422 | 597 | 78 | 240 | 264 | | 422 | 220 |
| 260 | 411 | 487 | 561 | 440 | 463 | 641 | 355 | 428 | 606 | 81 | 248 | 271 | | 430 | 226 |
| 270 | 424 | 503 | 582 | 454 | 477 | 667 | 361 | 440 | 626 | 83 | 254 | 278 | | 437 | 234 |
| 280 | 439 | 524 | 598 | 466 | 493 | 686 | 370 | 450 | 641 | 85 | 262 | 287 | | 448 | 240 |
| 290 | 452 | 537 | 617 | 473 | 501 | 705 | 376 | 464 | 656 | 87 | 268 | 293 | | 462 | 249 |
| 300 | 462 | 551 | 629 | 484 | 510 | 726 | 385 | 471 | 669 | 91 | 276 | 301 | | 468 | 254 |

## Charges

**Porch/Void**

H/B $ 4.85 ft.

#ft.______ $______

Stone/concrete $19.30 ft.

#ft.______ $______

Double Block or Brick $ 6.45 ft.

#ft.______ $______

**Cutting Plumbing Access**

| | |
|---|---|
| Sheetrock | $40.30 |
| Wood | $48.50 |
| Block | $56.40 |
| Ceramic Tile | $72.60 |

**Vapo-Check**

w/Termite work Minimum 17¢ sq. ft.

w/o Termite work Minimum 25¢ sq. ft.

Sq. Ft.______

Total Treating

$______

**Powder Post Beetles**

w/Termite work Minimum 25¢ sq. ft.

w/o Termite work Minimum 32¢ sq. ft.

Heavy Infestation Minimum 41¢ sq. ft.

Sq. Ft.______

Total Treating

$______

**Auto-Vents**

w/Termite work
New Openings $49 ea.
To Replace $39 ea.

w/o Termite work
New Openings $63 ea.
To Replace $53 ea.

#Vents______

Total $______

**Floor Supports**

w/Termite work Minimum $66 ea.

w/o Termite work Minimum $76 ea.

# Floor Supports ______

Total $______

## Renewal Pricing

| Total Treating Price | Termite | | Powder Post Beetles | |
|---|---|---|---|---|
| | PRO | SER | With Termite | Without Termite |
| $200 | 33 | 30 | 20 | 33 |
| 210 | 34 | 31 | 20 | 34 |
| 220 | 34 | 31 | 20 | 34 |
| 230 | 35 | 32 | 20 | 35 |
| 240 | 36 | 32 | 20 | 36 |
| 250 | 36 | 33 | 20 | 36 |
| 260 | 37 | 33 | 21 | 37 |
| 270 | 37 | 34 | 21 | 37 |
| 280 | 38 | 35 | 21 | 38 |
| 290 | 38 | 35 | 21 | 38 |
| 300 | 39 | 37 | 22 | 39 |
| 310 | 39 | 37 | 22 | 39 |
| 320 | 40 | 38 | 22 | 40 |
| 330 | 40 | 38 | 22 | 40 |
| 340 | 41 | 39 | 23 | 41 |
| 350 | 41 | 39 | 23 | 41 |
| 360 | 42 | 40 | 23 | 42 |
| 370 | 43 | 41 | 23 | 43 |
| 380 | 43 | 41 | 23 | 43 |
| 390 | 44 | 42 | 23 | 44 |
| 400 | 44 | 43 | 24 | 44 |
| 410 | 45 | 44 | 24 | 45 |
| 420 | 45 | 44 | 25 | 45 |
| 430 | 46 | 45 | 26 | 46 |
| 440 | 47 | 46 | 26 | 47 |
| 450 | 47 | 46 | 27 | 47 |
| 460 | 48 | 47 | 27 | 48 |
| 470 | 48 | 47 | 28 | 48 |
| 480 | 49 | 48 | 29 | 49 |
| 490 | 49 | 48 | 29 | 49 |
| 500 | 50 | 49 | 30 | 50 |
| Over 500 | 10% | 10% | 6% | 10% |

## Customer Investment

Termite
Treating Price $______
Porch/Void $______
Cutting Plumbing Access $______
**Total Termite Treating** $______

Vapo-Chek $______
Powder Post Beetle $______
Excessive Debris $______
Floor Supports $______
Auto-Vent $______
Tax or State Fee $______
**Total Investment** $______

Renewals
Termite $______
PPB $______
**Total Renewal** $______

*Attached Slab is a porch, carport, garage, and/or sidewalk.

Source: Terminix International, Inc. (Hromada, pers. comm., 1981).

Plate XIV. Wages, equipment, vehicles, chemicals, other direct costs, in addition to overhead and profit margins are factored into the dollar charge per lineal foot presented in the schedule. Some companies convert lineal feet into a time factor (Plate XV) before referring to the pricing schedule, the others have already accounted for this conversion in their schedule.

Almost all termite control contracts include a one-year service and (future) damage repair quarantee along with the treatment. Guarantees depend on the initial damage, the configuration of the structure, and the treatment procedures that the firm has employed. In order to qualify for guarantees, a structure must meet certain criteria e.g. no excessive moisture, inaccessible areas, structural deficiencies, etc. (Plate XVI). At the end of one year, the customers can continue the service guarantee or the service and damage repair guarantee for a set fee. The damage repair guarantee cannot be continued if the service guarantee is not. The set fee is related to initial charge for treatment. For example, if the initial total treating price is $250.00, the average annual renewal fee for the retreatment (service) guarantee is $39.00. Table XVII below, shows total treatment prices and corresponding average renewal fees for service quarantees. Similar data is not available for damage repair quarantees.

D. Pricing of Termite Control Services and Customer Expenditure

The consumer normally pays a single fee for post-construction treatment of a structure. The inspection, proposal for work, treatment of the structure and a one year guarantee are all covered by this fee. If a professional opinion and written report are required for a real estate transaction, a separate charge is assessed. Where a treatment is subsequently purchased for the real estate as a result of such a report, the cost of the report is usually substracted from the cost of treatment.

The fee charged for treatment is based primarily on the amount of time (labor) required to do the treatment.[5/] The amount of time required to perform a termite treatment is a function of both the mode of application (e.g. trenching requires less labor/time than rodding) and the area (lineal feet) to be treated. The mode of application, in turn, is determined by the type of structure (e.g. slab, crawl space, etc.). To simplify computation of the treatment charge, most termite control companies use a pricing schedule like the one presented in

5/ This is consistent with the fact that labor constitutes the largest cost to the firm (see Section C).

variable costs; however, it accounts for only 6 or 7 percent of total revenue. Thus, a pest control firms' profits are far more (more than twice) sensitive to increases in labor costs than they are to increases in chemical costs. This fact should be kept in mind when considering regulatory changes which affect the time required to treat a structure.

It should be noted, that the cost structure of the three firms are quite similar, in spite of the fact that they differ in several ways. For instance Western operates only in the Mid-Atlantic Region (Md, N.J., Wash., D.C., Va., Del., Pa.), whereas Orkin and Terminix operate nationwide. Termite pre-treatments represent a small percentage of total termite-control related revenue for all three firms. However, this precentage is far larger for Terminix, than for either Orkin or Western. Since the pre-treatment market is distinct from the remedial treatment market, involving an entirely different type of consumer and a different mix of services, one would expect these differences to be reflected in the cost structure of the three firms.

Table XIII. Variable or "Direct" Costs of Termite Control Industry Expressed as a Percentage of Total Termite Control Revenue.

| Item | % of Total Revenue a/ |
|---|---|
| Labor (wages) | 15-20 |
| Chemical | 6-7 |
| Equipment (pumping units, hoses) | 2-5 |
| Vehicles (includes maintenance) | 7-13 |
| Damage Claims | 1-3 |
| Other (miscellaneous expenses uniforms, insurance, taxes) | 10-20 |

a/ Based on chemical prices prior to the 60 percent increase in the price of chlordane in the fall of 1980.

Source: Orkin Pest Control, Terminix International Inc., and Western Termite and Pest Control.

## C. The Cost Structure of The Termite Control Industry

The costs incurred by a firm are conventionally discussed in terms of variable or direct costs, and fixed or overhead costs. The former category consists of those expenses which vary with the volume of business the firm does, whereas the latter category consists of expense items which are invariant with business volume. Chemical costs fall within the variable or direct cost category, and it is on this category of costs that we shall focus.

A breakdown of variable costs for the termite control industry is presented in Table XIII. This breakdown of costs is based on data provided by Orkin Pest Control, Terminix International, Inc., and Western Termite Control3/. These three firms represent a substantial share (25 - 30 percent) of the professional termite control market.

The largest component of variable costs is labor costs (i.e., applicator wages), this constitutes 15 - 20 percent of total termite related revenue.4/ The next largest component is vehicle related expenses (including maintenance), comprising 7-13 percent of termite revenue. The cost of chemicals is the third largest component of

---

3/ Parenthetically, all labor related expenses variable and fixed, amount to 50-60 percent of these firms' termite revenue.
4/ Based on chemical prices prior to the 60 percent increase in the price of chlordane in the fall of 1980.

There are currently two chlorpyrifos formulations registered with EPA for subsurface termite control. Dow Termiticide Concentrate, a 44.4 percent emulsifiable concentrate, but this is no longer being sold. Dursban TC, a 42.0 percent emulsifiable concentrate is the product recently introduced into the market. Two gallons of concentrate are mixed with 100 gallons of water to yield a 1.0 percent use strength emulsion.

snails). Several penta labels indicate that the products can be used for soil application to control termites. However, pest control operators report no use of penta for this type of application. Penta use, as a termiticide, is limited to specific termite control problems, e.g. where termites have been associated with decay, or for direct application to infested wood structures that can not conveniently be replaced (refer to Appendix B for label summaries).

vii. Chlorpyrifos

Chlorpyrifos is a product of Dow Chemical Company. It is marketed under two trade names: Dursban® and Lorsban®. As Dursban®, chlorpyrifos is used for control of fire ants, turf and ornamental plant insects, mosquitoes, cockroaches and other household insects, stored products insects, as well as termites and lice, hornflies and other pests on cattle. The product Lorsban® is used primarily in agriculture as a soil insecticide, seed treatment, and for dormant and folier applications.

Dow obtained a state local need registration (24-C) in late 1979 for chlorpyrifos to be used as a subsurface termite control. This registration was limited to California and no product was sold until mid-1980. By the end of 1980, only a few thousand pounds of chlorpyrifos (a.i.) were sold for this particular use (Speer, pers. comm. 1981). The Dow product was granted a conditional registration as a termiticide by EPA in August of 1980, but it has only recently appeared in the market. Consequently, no quantity data is available on its use as a termiticide with the exception of the few thousand pounds sold in California during the last half of 1980.

slightly, but not as much as was anticipated. Usage was estimated to be about 1.0 million pounds in 1975-76 and is believed to have remained constant for the last 5 years.

Very little lindane has been used for termite control, its major uses being seed treatment and the control of various wood inhabiting beetles. Based on a 1977 survey conducted by Hooker, it was estimated that 11,000-12,000 pounds of lindane were distributed for termite control in 1976. This usage level appears to have remained constant over the last 5 years. Very few pest control operators indentify lindane as a preferred termite control agent. Its use appears to be limited to a few independent pest control firms located in southern California. Most of the lindane used for termite control is believed to be applied as a surface spray rather than by injection or trenching.

vi. Pentachlorophenol

Pentachlorophenol producers in the United States have a capacity of about 80 million pounds per year. Current pentachlorophenol production is in the range of 40 to 50 million pounds per annum (EPA, 1981). In general about 80 percent of all pentachlorophenal produced is used for wood preservation. Most of the remainder is used in registered fungicide products applied to a wide variety of industrial products including leather, burlap, masonry, cordage, paint, pulp and paper mills, and cooling towers.

The registered wood preservative products containing penta have a wide range of uses because of their efficacy against a broad range of pests (bacteria, yeast, slime molds, algae, fungi, plants, insects,

Aldrin is and always has been sold for termite control only as a 4 pound per gallon emulsifiable concentrate. This is mixed 1 gallon to 95 gallons of water to form a 0.5 percent use strength emulsion.

iv. Dieldrin

Dieldrin is also a product of Shell Chemical Company. Although still registered with EPA, production of dieldrin in the U.S. was discontinued following the cancellation of most of its uses in 1974. Currently, dieldrin is not available in the U.S. and there is no known consumption of it.

Like aldrin, dieldrin was used in agriculture to control soil insects, especially those infesting corn. Only small quantities of dieldrin were used as a subsurface termiticide. Dieldrin usage was always much lower than aldrin, primarily because of its higher cost but comparable effectiveness (aldrin breaks-down into dieldrin in the soil).

v. Lindane

Lindane was previously produced by Hooker Chemical Corporation but all registrations and marketing activity were transferred to Zoecon Corporation more than a year ago. Hooker terminated the production of lindane after the initiation of RPAR proceedings and began purchasing lindane from foreign producers. After the transfer of lindane activities in 1980, Zoecon Corporation continued to import lindane from these same foreign manufacturers. There has been no domestic production of lindane since 1976 (Mercado, pers. comm. 1981). Usage since 1976 has decreased

The most common formulated products used for subterranean termite control are H-60 (2-1/2 lbs/gal) and Termide (2.1 lbs heptachlor/gal, 4.2 lbs. chlordane/gal). The heptachlor concentrate is typically diluted and applied as a 0.5 percent emulsion. The major formulator of these products is Stephenson Chemical Co.

iii. Aldrin

Aldrin is currently imported by Terminix International Inc., from Shell International Chemical Company both for its own use and resale to other structural pest control operators. It is no longer being produced in the U.S., having been discontinued by Shell Chemical Company in 1974 and by Amvac Chemical Corp. in 1978. Terminix imported aldrin in 1977 and 1978, but aldrin lost its price competiveness with the result that it was not imported into this country in 1979 and 1980. Now aldrin is once again being imported, primarily in response to significant chlordane price increases, and Terminix anticipates substantial sales through the rest of 1981. They expect aldrin will capture as much as 25 percent of the termiticide market by the end of 1981 (Hromada, pers. comm. 1981).

Prior to the cancellation of most uses in 1974, aldrin was widely used in agriculture. The major agricultural use of aldrin was for the control of insects on corn. This accounted for 97 percent of total agricultural usage in 1971. During this time period aldrin also competed closely with chlordane in the subsurface termiticide market. At present, there is virtually no use of aldrin in agriculture, but its use as a termite control seems to be increasing in response to chlordane price increases. These increases allow imported aldrin to be competitive in that market.

Table XII. Distribution of Heptachlor by EPA Region[a], 1980.

| Region | Quantity Distributed (lbs.) | Percent |
|---|---|---|
| I | 800 | .03 |
| II | 51,000 | 2.48 |
| III | 59,000 | 2.87 |
| IV | 1,131,000 | 54.96 |
| V | 33,000 | 1.60 |
| VI | 306,000 | 14,87 |
| VII | 126,000 | 6.12 |
| VIII | 185,000 | 900 |
| IX | 166,000 | 8.07 |
| X | - | - |
| Total | 2,057,800 | 100 |

Source: Data provided by the Velsicol Corporation, 1981 (Frommer, pers. comm. 1981).

a/ Refer to regional map in Appendix.

ii. Heptachlor

Heptachlor is also produced by the Velsicol Corporation. It has always been used in much smaller quantities and for fewer sites than chlordane. But unlike chlordane, a higher percentage (an estimated 75%) of heptachlor was used in agriculture, mainly for corn soil treatments. Agricultural usage of heptachlor was estimated to be between 1.5 and 2.0 million pounds in 1974, whereas just less than 0.5 million pounds were used for termite control.

Following the suspension of chlordane and heptachlor products in 1975, agricultural usage of heptachlor declined significantly from the stable level of usage experienced in previous years (about 1.0 to 1.5 million pounds annually). According to the settlement phase-out plan, most registered products containing heptachlor will be effectively cancelled, or their application for registration denied by July 1, 1983. Velsicol Corporation reported that the phase-out plan is being followed and that the only remaining uses are for seed treatment, pineapples (Hawaii) and subterranean termite control (Frommer, pers. comm. 1981).

Compared to 1974, when approximately 25 percent of heptachlor was used for termite control, nearly 90 percent (1 to 2 million pounds) was used for termite control in 1980. Table XII shows the distribution of heptachlor by EPA region. Again, this is initital distributon. Region IV receives more than half of the heptachlor distributed and Region VI receives approximatley 15 percent.

Table XI. Distribution of Chlordane by EPA Region[a], 1980.

| Region | Quantity Distributed (lbs.) | Percent |
|---|---|---|
| I | 114,000 | 1.19 |
| II | 948,000 | 9.91 |
| III | 566,000 | 5.92 |
| IV | 3,776,000 | 39.50 |
| V | 880,000 | 9.21 |
| VI | 1,285,000 | 13.11 |
| VII | 997,000 | 10.43 |
| VIII | 38,000 | .39 |
| IX | 906,000 | 9.48 |
| X | 82,000 | .86 |
| Total | 9,592,000 | 100 |

Source: Data provided by the Velsicol Corporation, 1981 (Frommer, pers. comm. 1981).
a/ Refer to regional map in Appendix.

By 1980, less than 10 million pounds of chlordane were being used in the U.S. Nearly all of the 10 million pounds were used for termite control, with only very small quantitites being used for dipping roots or tops of non-food plants. It was the most widely used insecticide for subterranean termite control. Table XI shows the distribution of chlordane by EPA regions. The amount distributed does not fully reflect end use, as this just portrays the first step in the distribution chain. It consists of shipments to distributors and sub-registrants. These shipments are then distributed (sometimes nationwide) by the sub-registrants and distributors. The largest quantity of chlordane distributed goes initially to Region IV1/ (approximately 40%), followed by Region VI2/ (approximately 13%). Almost all the states in these regions are located in the high termite infestation hazard area (see map on page 5).

The most common formulated products used for subterranean termite control include C-100 (8 lbs/gal.), C-50 (4 lbs/gal.), 8EC (8 lb/gal.) and Termide (4.2 lbs. chlordane/gal., 2.1 lbs. heptachlor/gal.). The chlordane concentrates are typically diluted with water to obtain a 1.0 percent per gallon emulsion before use. The chlordane-heptachlor mix is diluted with water to obtain a 0.5 percent chlordane/0.25 percent heptachlor emulsion. The major formulators of these products include Federal Chemical Co., Dexol Industries, Inc., Chevron Chemical and Black Leaf Products (EPA Microfiche, 1980).

---

1/ Kentucky, Tennessee, North Carolina, South Carolina, Georgia, Florida, Alabama, and Mississippi.

2/ Arkansas, Louisiana, Oklahoma, Texas and New Mexico.

B. Production and Usage of the Seven Registered Termiticides

1. Chlordane

Chlordane is produced by the Velsicol Corporation, a subsidiary of Northwest Industries, Inc. Prior to the cancellation action in 1974 against most of its use sites, an estimated 21 million pounds of chlordane were used in the United States. Approximately 30 percent, less than 7 million pounds, of this total were used for termite control. In agriculture uses, more than half of the chlordane was used on corn (EPA, 1976). Registered uses at that time included control of ants on citrus, fire ants on lands not used for food or feed production or grazing, cutworms on grapes, grasshoppers on flax, various insects on strawberries, fire ants and Japanese beetle larvae on nursery stock, and as a soil insecticide to protect corn primarily from rootworms, wireworms and cutworms.

Under the provisions of the settlement plans to phase out specified uses of chlordane and heptachlor, most registered products containing chlordane were to be effectively cancelled or their registration applications denied by December 31, 1980. The only uses of chlordane unaffected by this settlement were subsurface ground insertion for termite control and the dipping of roots or tops of non-food plants.

On balance, it seems reasonable to assert that approximately 15 percent of the chlordane marketed is purchased by homeowners. Some unknown portion of this is no doubt used on other pests. There is probably significant variation among homeowners in regard to the extent to which they follow recommended application procedures, with a corresponding variation in the resulting effectiveness of termite control and exposure hazard.

presented in Appendix B. Label summaries are also presented in this Appendix for chlorpyrifos, dieldrin, heptachlor, lindane, and pentachlorophenol. In the course of actual application, the labels should be strictly followed.

iii. Do It Yourself Chemical Treatment

There are numerous termiticide products (mainly chlordane) which can be purchased for use by the homeowners. The availability of these products to homeowners varies on a state by state basis according to the applicable state regulations.

EPA estimates that approximately 1.5 million pounds of chlordane are purchased annually by homeowners. Since chlordane historically has been a common household insecticide, the extent to which this volume is improperly used on pests other than termites is unknown. Little, if any, heptachlor or lindane is purchased for termite control by the homeowners. However, lindane can be purchased for other pest problems by homeowners. About 1.6 million pounds of pentachlorophenol (penta) are used around homes and farms primarily to preserve various wood structures and products exposed to natural elements. Little, if any, penta is used as a soil treatment for subterranean termites. No aldrin, dieldrin and chlorpyrifos are sold to homeowners for termite control.