The final consideration here is the treatment of masonry wall voids. Masonry walls of block, brick, stone, tile or other masonry materials have voids in the materials themselves or voids that are created in the mortar bonds from settling, shrinkage, etc. Cracks or voids in masonry walls provide termites with ready, hidden access to wooden building members. The principle reason for treating foundation voids is to place the chemical so it can seep through cracks or voids to the top of the footing. This prevents the termites from entering via the faults or voids. Basically, this treatment is administered by drilling holes into each void of blocks or about every 18" of bricks or into the top of a crack in a masonry wall, and then pumping insecticide into the drill hole so it can seep downward. Generally, it is adviseable to drill holes just above grade. After application of the pesticide, the drill holes and cracks are sealed with mortar.

The reader should bear in mind that the preceding discussion of methods of application is merely a summary. The NPCA manual contains great detail about the variations that may be encountered with the numerous existing construction techniques and the accompanying intricacies of treating each. The NPCA manual is an invaluable source, if more information is required. Application rates are summarized in another portion of this document. This too, should be considered as summary discussion. EPA Index entries for aldrin and chlordane are

the rod to the footing. Often the pumping is concurrent with driving the rod to aid in penetration. Less commonly now, solid rods are driven down to about the footing, removed, and the pesticide is applied to the resulting holes. The inside of foundation walls is sometimes treated by rodding. This is especially true if concrete floors cover the soil. Holes are drilled through the concrete floor at one foot intervals along the wall and at a distance of 8-12 inches from the wall. The grouting rod is then driven into the soil below the concrete floor.

Treatment around supporting piers, chimney bases, plumbing, electrical conduits etc., may be done either by trenching or rodding as described above. It is necessary that the amount of chemical be sufficient to reach down and laterally as far as may be necessary to preclude access by termites.

Treatment of fill under filled porches, terraces and slab entry platforms can be accomplished by tunneling or by drilling, then injecting or spraying the pesticide. For purposes of inspection and, or treatment, an opening is made in the side of a porch or terrace, then soil is excavated from along the outside wall of the foundation. This practice breaks any soil-wood contact, allows inspection for termite activity and also provides space for a trench type treatment if necessary. Alternatively, the slab may be drilled vertically or the sides may be drilled horizontally and the material pumped into the fill under the slab or inside the porch.

as to slope towards the foundation wall and the top of the footing. Where the tops of footings are too deep to be easily reached via trenching, a combination of trenching and grouting or rodding is used to apply the chemical to the tops of footings. After a trench is prepared, the chemical is poured, in specified amounts, along the bottom of the trench. A layer of fill is replaced, then there is another chemical application, a layer of fill, another application, etc. An applicator should follow specific label directions to obtain proper treatment. In certain special cases, such as near a well or cistern, the back fill may be treated elsewhere and returned to the trench. In lighter soils or along rock ledges, the trench may first be lined with a heavy polyethylene film to prevent the leaching of the pesticide away from the trench and foundation.

Treatment along the inside of foundation walls is basically similar to the trenching done for treatment outside the walls. The trenches need not be as extensive in terms of depth and width. In cases where the soil is covered with concrete etc., rodding or grouting may be necessary.

Grouting rods are designed to be pushed or driven into the ground along a foundation. The rod is placed about one foot from the wall and driven on an angle to the top of the footing. The rod is repeatedly driven into the soil at one foot intervals and pesticide pumped through

PLATE X

METHODS OF PESTICIDE TREATMENT




**Figure 1.** When treating a slab-on-ground type house or a basement type house, drill holes through the floor along the exterior wall, inside partitions, and around pipes and other openings, and inject a soil insecticide into the soil and fill beneath the slab. The soil along the exterior of the foundation should also be treated.




**Figure 2.** When holes are bored in slabs they must be far enough from the wall to miss the footing.

Taken from: Termite Control in
Existing Structures by F. Jones. 1977.
File: Insects 3
Univ. Missouri Extension Div.

PLATE IX




Insecticide pretreatment for slab on-ground-construction.




Insecticide treatment for crawl space construction.




Insecticide treatment for houses with a basement.

Taken from Controlling Termites, Bulletin 245 by F. Wood. 1979 Univ. MD., Coop. Ext. Serv.

c. Description of Application Techniques

This section on application techniques paraphrases the <u>1980 Approved Reference Procedures for Subterranean Termite Control</u> published by the National Pest Control Association headquartered in Vienna, Virginia (NPCA, 1980). Before proceding further, however, one should note that existing labeling of pertinent compounds used for termite control contains application instructions which are similar, but not always as extensive as that provided by the NPCA.

Chemicals for control or prevention of termite infestation can be utilized in three basic ways. One is for soil treatment, a second is for foundation treatment and a third is for wood treatment. Only the soil foundation treatments are being considered in this report. Basically, treatments are applied along the outside of foundations; along the inside of foundations; around the bases of supporting piers, chimney bases, plumbing and conduits; under filled porches, entrances and terraces; under floor structures resting on soil or gravel fill; and exposed soil areas under structures -- see Plates IX and X for examples.

One commonly used method of treating inside or outside a foundation is called trenching. Usually the trench need not be more than 8-12" wide and should penetrate the soil to the top of the footing. The trench should be dug so

building which has been treated is found to be infested within one year of treatment, retreatment is performed at no cost to the owner. Such guarantees are renewable yearly for an annual fee. These renewal agreements provide for an annual inspection and retreatment, if necessary.

In some cases, additional guarantees are offered. Depending on the type of structure and the type of treatment performed, the pest control firm may choose to provide a guarantee of no further structural damage for a one-year period. These damage guarantees are available only if a retreatment guarantee is in effect. These guarantees apply only to termite damage and commit the pest control firm to repair all termite produced structual damage. This sort of guarantee is also renewable on an annual basis.

Pest control firms provide two types of inspection services. The first type relates to inspection to determine whether or not treatment is required. If treatment is required, the cost of inspection is included in the treatment fee. If the inspection is for certification of pest-free status for a real estate sale or transfer, a separate fee is charged to the seller. Such inspections generally relate to the presence of all wood destroying organisms, or to all structural pests, not just to termites.

ii. Commercial Control Services Using Termiticides

This section briefly describes the services provided by commercial pest control firms engaged in termite control activities. These services almost always include chemical treatment of soil to eliminate or prevent termite infestation.

a. Pre-treatment vs Remedial Treatment

Chemical control can be considered from two different aspects. One is pre-construction treatment or prophylactic chemical treatment. The second is post-construction (remedial) treatment and is usually in response to an identified infestation problem. In either case, the methods of chemical application are essentially the same. Probably the most notable exception is in regard to pre-construction procedures, where there is total area treatment of soil to be covered by concrete floors or slabs. Total area treatment is not possible after floor/slabs are poured. As will be discussed later, they can be treated in a different, more labor intensive manner following construction.

b. Description of Contracts, Guarantees and Inspections

Contracts for remedial treatment generally include a retreatment guarantee for a period of one year. If a

Good design practices:

1. Foundations

   a. reinforce poured concrete to prevent cracks.

   b. cap hollow-block or brick.

   c. use pressure treated wooden piers or posts.

2. Maintain adequate clearance between wood and soil.

3. Install proper ventilation under buildings with crawl spaces.

Good construction practices also influence the probability of termite infestation. In particular, it is important to do the following:

1. Remove all wood (stumps, roots, etc.) from the building site prior to starting construction;
2. Insure good site drainage;
3. Do not incorporate wood scraps into earth fill;
4. Remove grade stakes from concrete pans; and
5. Remove all wood scraps from the crawl space.

Plate VIII (see Chapter I) presented twenty faults of house construction and maintenance that may lead to termite infestation.

## II. THE CONTROL OF SUBTERRANEAN TERMITES IN NEW AND EXISTING STRUCTURES

### A. Techniques of Termite Control

Broadly speaking, there are two methods for preventing or controlling termite infestation. The first method is often termed mechanical alteration. Mechanical alteration entails such things as construction sanitation of wood scraps, etc.; manipulation of micro habitats by practices such as increased crawl space ventilation to reduce ambient moisture levels; in a similar vein, grading to obtain proper drainage and water disposal; and use of construction techniques that do not allow wood-soil contacts.

The second method is chemical control. Of itself, chemical control can further be considered from two different aspects. One is pre-construction treatment or prophylactic chemical treatment. The second, obviously, is post-construction treatment and is usually in response to an identified infestation problem.

#### i. Passive Control-Design and Construction Techniques

Passive control measures cannot prevent termite attack but they can lessen the probability of an infestation occurring. Passive control measures can be divided into good design practices and good construction practices. Both types of control measures are discussed in detail in Moore's Wood-Inhabiting Insects in Houses: Their Identification, Biology, Prevention and Control (Moore, 1979). The following section will merely highlight the major points of the discussion in that monograph.

registration (late 1979) from about June 1980 to December 1980. Currently, the chlorpyrifos termiticide is about four times as expensive as the chlorinated hydrocarbons, but it does provide an option to PCO's and their customers.

From 1975 to 1976, Amvac Chemical Corporation was able to synthesize aldrin for Terminix from available intermediates, but these materials eventually ran out and Amvac terminated this activity. Currently, Terminix relies on Shell International for its supply of technical aldrin. Terminix imported aldrin in 1977 and 1978, but found it uneconomical to import it in 1979 and 1980. Aldrin has been imported again this year, and it is anticipated that it will have been used for 25 percent of the subsurface termiticide applications by the end of the year.

Of the other chemicals registered for use on subterranean termites, with the exception of heptachlor little evidence of usage could be found. Heptachlor is typically used in combination with chlordane (particularly by Orkin Pest Control) and has limited use as a single active ingredient termiticide. Dieldrin was never used to any significant extent in the past, primarily because of its high cost, and since Shell discontinued domestic production, no current use whatever has been recorded. The major uses of lindane are as a seed treatment and for control of various species of wood inhabitating beetles, but a limited quantity is applied for termite control by a few isolated independent PCO's (primarily in California). Although registered to be used in the soil for controlling subterranean termites, pentachlorophenol (penta) is rarely applied in this manner. Penta is used as a termiticide only for special applications, such as wood impregnation when termites are associated with decay. A concentrated formulation of chlorpyrifos for subterranean termite control has been developed by Dow Chemical Company. Although registered with EPA in late 1980, the product has just recently been introduced for the 1981 market season. There was some use of chlorpyrifos for subterranean termites in California under a 24-C

establishments and public buildings. Given the available data, $753.4 million per annum appears to be the best available estimate of the magnitude of the subterranean termite problem in the U.S.

Individual states are becoming more concerned with the potential impact of termite damage and are doing more research on the subject. The Department of Entomology at Texas A&M University is currently investigating geographic distribution, species composition, frequency of infestation and economic impact of termites in Texas. A publication of this study is anticipated to be available sometime in the Fall of 1981 (Granovsky, pers. comm. 1981).

## D. Relative Importance of the Seven Registered Chemicals

For more than 25 years, foundations and soil beneath houses have been treated with cyclodiene insecticides to eliminate existing subterranean termite colonies and to prevent future infestation by this pest. Currently chlordane is the most widely used insecticide for subterranean termites, followed by heptachlor. Prior to 1974, chlordane competed closely with aldrin for the major share of the market (Hromada, pers. comm. 1981). Chlordane generally accounted for approximately 55 per cent of the market while aldrin accounted for about 40 percent. The remaining portion was primarily taken up by heptachlor. Following EPA's cancellation of most of the uses of aldrin and dieldrin, Shell Chemical Company discontinued the manufacture and sale of both compounds. One of Shell's major customers, Terminix, a major structural pest control applicator, purchased the remaining supply of technical aldrin and continued to formulate aldrin insecticide products for about a year.

records containing this type of information. Given this problem, a value for loss due to potential nationwide termite damage had to be constructed by extrapolating the Smythe and Williams estimates using national survey data on pesticide usage. This data came from the EPA National Household Pesticide Usage Study 1976-77 (EPA, 1979, p. 41) which indicated frequency of termite treatments by EPA region throughout the U.S. The extrapolation (see Appendix A) resulted in an estimated 1.2 million treatments of single family dwellings for subterranean termites being performed in 1970, at a total cost of $260.3 million (1976 dollars). Including an estimated $102.9 million (see Appendix A) for contract renewal or damage insurance, raises the total national potential loss estimate from termites in 1970 to $363.2 million. This estimate can be further increased by adding an estimated $107.6 million (see Appendix A) for expense of damage repair done by someone other than the pest control industry, bringing the total potential loss to $470.8 million.

This loss estimate is in 1976 dollars; it can be inflated to 1980 dollars using the Bureau of the Census New One Family Houses Construction Cost Index (Construction Review, 1981, p. 49). Inflating by this index produces a national potential loss estimate in 1980 dollars of $753.4 million per annum. The potential loss estimate presented here would be increased significantly by adding losses in multifamily dwellings, commercial establishments, public building and the major growth in housing stock between 1970 and 1980. These national estimates probably have an upward bias since they were developed by extrapolating information for 11 southern high infestation states. This is no doubt more than totally offset by the downward bias resulting from the exclusion of potential losses in multifamily dwellings, commercial

One measure of the cost the subterranean termite imposes on the economy is the cost of termite control and damage prevention. The amount people are willing to spend to prevent possible termite damage represents a lower bound estimate of their expectation of termite caused losses. In a 1979 USDA report, Richard Smythe and Lonnie Williams used the state records of a few states to estimate numbers of wood product insect treatments during 1970 and their cost in 1976 dollars (Smythe and Williams, 1979). These estimates were for single family dwellings in 11 southern states located either in the high-hazard (very heavy, Plates I and II) area or bordering on it. Only a few of the 11 states had files containing sufficient information to allow their effective use.

The estimates derived by Smythe and Williams indicate that nearly 440,000 treatments for subterranean termites were performed in 1970. Of the total, 323,000 were remedial treatments and 115,000 were preventive or pretreatment. In 1970, an estimated $130.2 million (1976 dollars) was spent by owners of single dwelling homes to prevent and control subterranean termite damage. The costs incorporated into this estimate include: $79.4 million for remedial treatments, $13.8 million for pretreatments and $37.0 million for contract renewal or damage insurance. The cost estimate could be further increased by an estimated $38.6 million for expenses of damage repair done by someone other than the pest control industry (Smythe and Williams, 1979, p. 9).

What Smythe and Williams have estimated is a lower bound for the value of termite associated losses in 11 states located in the high-hazard region. In order to construct national estimates one would really have to have similar data on treatment incidence and costs for the remaining states. Unfortunately, very few states maintain extensive

TWENTY POINTS OF FAULTY HOME CONSTRUCTION AND MAINTENANCE THAT MAY LEAD TO INFESTATION BY SUBTERRANEAN TERMITES.




1. CRACKS IN FOUNDATION PERMIT HIDDEN POINTS OF ENTRY FROM SOIL TO SILL.
2. POSTS THROUGH CONCRETE IN CONTACT WITH SUBSTRUCTURAL SOIL. WATCH DOOR FRAMES AND INTERMEDIATE SUPPORTING POSTS.
3. WOOD FRAMING MEMBERS IN CONTACT WITH EARTHFILL UNDER CONCRETE SLAB.
4. FORM BOARDS LEFT IN PLACE CONTRIBUTE TO TERMITE FOOD SUPPLY.
5. LEAKING PIPES AND DRIPPING FAUCETS SUSTAIN SOIL MOISTURE. EXCESS IRRIGATION HAS SAME EFFECT.
6. SHRUBBERY BLOCKING AIR FLOW THROUGH VENTS.
7. DEBRIS SUPPORTS TERMITE COLONY UNTIL LARGE POPULATION ATTACKS SUPERSTRUCTURE.
8. HEATING UNIT ACCELERATES TERMITE DEVELOPMENT BY MAINTAINING WARMTH OF COLONY ON A YEAR-ROUND BASIS.
9. FOUNDATION WALL TOO LOW PERMITS WOOD TO CONTACT SOIL. ADDING TOP SOIL OFTEN BUILDS EXTERIOR GRADE UP TO SILL LEVEL.
10. FOOTING TOO LOW OR SOIL THROWN AGAINST IT CAUSES WOOD-SOIL CONTACT. THERE SHOULD BE 8 INCHES OF CLEAN CONCRETE BETWEEN SOIL AND PIER BLOCK.
11. STUCCO CARRIED DOWN OVER CONCRETE FOUNDATION PERMITS HIDDEN ENTRANCE BETWEEN STUCCO AND FOUNDATION IF BOND FAILS.
12. INSUFFICIENT CLEARANCE FOR INSPECTION ALSO PERMITS EASY CONSTRUCTION OF TERMITE SHELTER TUBES FROM SOIL TO WOOD.
13. WOOD FRAMING OF CRAWL HOLE FORMING WOOD-SOIL CONTACT.
14. MUD SILL AND/OR POSTS IN CONTACT WITH SOIL.
15. WOOD SIDING AND SKIRTING FORM SOIL CONTACT. SHOULD BE A MINIMUM OF 3 INCHES CLEARANCE BETWEEN SKIRTING AND SOIL.
16. PORCH STEPS IN CONTACT WITH SOIL. ALSO WATCH FOR LADDERS AND OTHER WOODEN APPURTENANCES.
17. DOWNSPOUTS SHOULD CARRY WATER AWAY FROM BUILDING.
18. IMPROPER MAINTENANCE OF SOIL PILED AGAINST PIER FOOTING. ALSO MAKES CAREFUL INSPECTION IMPOSSIBLE.
19. WOOD GIRDER ENTERING RECESS AND FOUNDATION WALL. SHOULD HAVE 1 INCH FREE AIR SPACE ON BOTH SIDES AND END AND BE PROTECTED WITH A MOISTURE IMPERVIOUS SEAL.
20. VENTS PLACED BETWEEN JOISTS TUNNEL AIR THROUGH SPACE WITHOUT PROVIDING GOOD SUBSTRUCTURAL AERATION. VENTS PLACED IN FOUNDATION WALL GIVE BETTER AIR CIRCULATION.

Taken from: Urban Entomology by W. Ebeling. 1978. Div. Agricult. Sci., Univ. Calif., Berkeley.

PLATE VII




| SLAB-FLOOR CONSTRUCTION OF FRAME HOUSES | Scale: ¾ in. = 1 ft. | NPCA 10 |
|---|---|---|

PLATE VI


STUD
SHEATHING
A.
SIDING
RADIANT-HEAT PIPES
IN CONCRETE SLAB
INSULATION
STRIP
GRADE
CRUSHED-STONE CHAT
CONCRETE-BLOCK FOUNDATION
FOOTING
PARTITION-WALL STUD
C.
FILL
SHEATHING
B.
STUD
BRICK
VENEER
GRADE STAKE
RADIANT-HEAT PIPES
IN CONCRETE SLAB
INSULATION STRIP
GRADE
CINDER-BLOCK
FOUNDATION
STONE OR
CINDER FILL

PLATE V




| BRICK FOUNDATION AND BRICK BASEMENT FLOOR | Scale: 1 in. = 1 ft. | NPCA 8 |
|---|---|---|

PLATE IV




| CONCRETE-BLOCK FOUNDATION WITH CELLAR WINDOW | Scale: 1 in. = 1 ft. | NPCA 6 |
|---|---|---|

PLATE III




| | | |
|---|---|---|
| DIRT-FILLED CONCRETE PORCH ON FRAME HOUSE | Scale: ¾ in. = 1 ft. | NPCA 2 |

show examples of termites ingress (plates III - VII are adopted from NPCA, see Rambo in literature cited).

Termites feed on cellulosic portions of a number of plant materials. In natural habitats this can be considered beneficial insofar as the termites aid in the degradation of dead or dying plant materials to their original elemental state. On the other hand, when termites feed on wooden, man-made structures, they become quite noisome, and must be controlled. Like most wood destroying insects, subterranean termites primarily attack processed wood in use (Moore, 1979). The damage caused by wood destroying insects is responsible for major economic losses throughout the United States. In addition to the termites, there are various species of wood inhabiting beetles, bees, ants and wasps in the U.S. that damage wood in use; although the significance of the damage they cause is well below that produced by subterranean termites. Damage caused by subterranean termites accounts for an estimated 95 percent of all the termite damage in the U.S. (Moreland, 1981).

## C. Economic Consequences

Despite the need for economic data on the magnitude of the subterranean termite problem nationally, no national data has been compiled and published on the costs society has incurred as a result of this pest. A number of estimates of the annual national cost, ostensibly including both the loss due to termite damage and the cost of control, appear in the literature. These estimates range from $100 million (Lund, 1967) to $3.5 billion (USDA, 1974). However, Ebeling's estimate of $500 million (Ebeling, 1968) is the most frequently quoted figure.

RELATIVE HAZARD OF TERMITE INFESTATION IN THE UNITED STATES AS INDICATED BY THE DENSITY OF STIPPLING.



Taken from: Subterranean Termites, Their Prevention and Control in Buildings by H. Johnston et al. 1972. Home and Garden Bulletin No. 64. USDA U.S. Gov't. Printing Off.

Plate I

RELATIVE FREQUENCY OF INFESTATION BY SUBTERANEAN TERMITES*




* Adapted from Approved Reference Procedures for Subterranean Termite Control. National Pest Control Association, Vienna, Va. 1980.

AD-401.2