The U.S. Department of Agriculture has estimated that throughout the U.S., 46 million dwelling units are subject to termite attacks annually (Johnston, Smith and Beal, 1972). Various portions of the continental United States are more subject than others to infestations of subterranean termites. Plates I and II provide graphic illustration of the termite problem. Obviously, structures in the southeastern states and the southern 2/3 of California are the most subject to termite attack. Termites range between the 50°F annual mean isotherm north and south of the equator. In Wisconsin, the approximate northern limits are coincident with the annual minimum isotherm of - 22°F. However, termites may be spread inside previously infested lumber and building materials above this isotherm. Colonies can then maintain themselves in soils under modern, centrally heated structures.

Generally, subterranean termites must maintain contact with the soil. They are susceptible to dessication and need the protection of the soil primarily for its moisture content. As noted earlier, exceptions occur with species of Coptotermes and Zootermopsis which can maintain colonies in constantly dampened wood. Subterranean termites can become a problem any time they encounter moist, warm soil containing sufficient food in the form of wood or other material containing cellulose. These conditions can often be found where construction sanitation was not considered or where construction methods allow wood to soil contact. Lumber scraps left in foundation back fill, form boards, grade stakes, and stumps or roots left in the soil are all conducive to the establishment of termite colonies. Cracks and voids in poured floors, footings, concrete or cinder block foundations and other masonry provide easy access to the wooden members of buildings. Plates III through VIII

"Royal Pair" begin a small excavation in the soil adjacent to wood or even in a crevice of some wood. After mating occurs, the Queen begins egg-laying. Relatively few eggs are laid the first year. About 1 and 1/2 months pass before the eggs hatch. The primary pair care for the eggs and the early growth stages of the nymphs, as well as maintaining the colony. Gradually, the nymphs increase in number and the castes are formed. The workers assume responsibility for the care, maintenance, and feeding of the colony. Workers are the damage producing caste, destroying wood in the process of their tunneling for food. In most centrally heated buildings, feeding occurs year round. In unheated buildings located in the cooler extremes of the termites' range, feeding may be minimal or cease entirely during the winter. In such instances the termites remain in the nest deep in the soil. The soldiers are responsible for protecting the colony from parasites or predators. Ants are the primary predators. Soldiers possess larger head capsules and much enlarged powerful mandibles that enable them to provide protection to the colony. Finally, as the supplementary reproductives develop, the growth of the colony accelerates. If a colony was started by a single pair of primary reproductives, 3 to 4 years may pass before the first winged reproductives are seen.

Communication and caste regulation are accomplished by an intricate system of ectohormones or pheromones. Termites engage in a large amount of fraternal feeding, or trophallaxis, and almost incessant grooming. In doing so, they transfer the chemicals that maintain the social cohesiveness of a colony. The pheromones are believed to inhibit or allow development of members of one sex or the other, and regulate the numbers of each caste. A wide range of variation exists among the castes of various species around the world.

cyclodienes (chlordane, heptachlor, aldrin and dieldrin) as a group. While reading this report, one should bear in mind that some sections summarize a great volume of published material, whereas other sections, for want of published material, are based on discussions with "knowledgeable" parties. This report is not intended to be monographic, but a summary of the best collective wisdom on the subject.

B. Subterranean Termites: The Nature of the Beast

Subterranean termites belong to a number of species in three genera. Generally, the genera Reticulitermes and Coptotermes are considered the subterranean termites of economic importance but the dampwood termites of the genus Zootermopsis may also be included. The most common pests are species of Reticulitermes. The Coptotermes are subterranean termites but are able to sustain colonies without soil contact where wood is kept continuously moist.

Biologically, termites are social insects like ants, some bees and wasps. A colony or nest is made up of several castes, each being responsible for specific functions within the colony. A complete colony consists of a primary pair of reproductives, and three castes known as workers, soldiers and secondary or supplementary reproductives. The primary reproductives are the darkly pigmented, ant-like winged individuals that are the most commonly observed. In North America, they are usually seen in the late winter or spring when swarming occurs for purposes of establishing new colonies.

After the swarming flight, their wings break off near the base. Males and females pair off and seek suitable nesting habitats. The

# I. INTRODUCTION

## A. Purpose and Scope

In response to the General Accounting Office's (GAO) request that EPA review its decision not to cancel the use of chlordane for termite control, the Deputy Assistant Administrator for Pesticide Programs has initiated a comparative risk/benefit assessment of the termiticides used for subterranean termite control. The Benefit and Field Studies Division has been asked to provide the benefit component of that analysis.

This document presents an overview of biological and economic aspects for subterranean termite control. Its scope is limited to control of subterranean, as opposed to other groups of termites, and to seven compounds currently registered for this use. These compounds are chlordane, heptachlor, aldrin, dieldrin, pentachlorophenol, lindane, and chlorpyrifos.

The remainder of this chapter will provide some entomological information about subterranean termites, briefly discuss the costs of termite damage, and the relative economic importance of the seven compounds under discussion. The second chapter discusses passive as well as chemical control techniques, quantitative usage, the pricing of commercial termite control services, the cost structure of this segment of the pest-control industry, and a synopsis of relevant state regulations. The third chapter summarizes Integrated Pest Management techniques available for termite control. The final chapter compares the seven termiticides in terms of their cost effectiveness, discusses the outlook for new chemical alternatives and then discusses the economic implications of individual cancellation of each termiticide and of cancelling all the

# Comparative Benefit Analysis of the Seven Chemicals Registered for Use On Subterranean Termites

**DRAFT**

M. Dover
M. Dow
D. Eckerman
R. Esworthy
M. Glaze
P. Kuch

Benefits and Field Studies Division
Office of Pesticide Programs
U.S. Environmental Protection Agency
Washington, D.C. 20460

June 1981

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
WASHINGTON, D.C. 20460

OFFICE OF
PESTICIDES AND TOXIC SUBSTANCES

July 2, 1981

Mr. Charles H. Frommer
Director - Regulatory Affairs
Velsicol Chemical Corp.
341 East Ohio Street
Chicago, Illinois 60611

Dear Mr. Frommer:

Enclosed is a copy of the first draft of our benefit analysis of termiticides. Hopefully, it accurately conveys all of the information you provided, and for which we are very appreciatitive. Please review it for accuracy and completeness. We still have to incorporate some new data we received form NPCA, and therefore, can use any additional data you might think germane.

If you disagree with the numbers we have presented or conclusions we have drawn, please supply documentation for your position. Given the time available, we think we have given an accurate portrayal of the benefit senario, nonetheless we are still open to suggestions.

Since this is a draft and is subject to change, please treat it as confidential.

Once again thank you for your assistence.

Sincerely,

Peter J. Kuch, Ph.D.
Supervisory Economist,
Economic Analysis Branch

Table [illegible] General Certification Requirements

| EPA Region | State | Certification Classifications | Permissible Activities | Fees | Financial Responsibility | Reporting and Records Requirements | Reciprocal Interstate Certification Agreement | Categories of Certification | Examination Requirements | Training Requirements | Supervisory Provisions | Renewal of Certification | Specific Requirements |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Connecticut | Private | Application of RUP* on own property, adjoining property, or employer property without compensation. | Yes, no dollar amount given. | No requirement | Dealers report sales of RUP annually | Yes | Commercial certification is category specific, however, no categories listed. | General exam | None | PCO must supervise in accordance with nature of operation, when non-certified employees are involved, i.e., physical presence, verifiable written instruction. | Annual fee | Private certification is a general classification. Commercial PCO's must receive certification under each category they intend to operate. Individual permits required for each aerial application |
| | | Commercial | Application of any pesticide for hire. One individual per firm or branch of firm required to be certified. | Yes, no dollar amount given. | Liability insurance required | | Yes | | General plus specific category exam | None | | Annual fee | |
| 1 | Maine | Private | Application of RUP on own property. | None | No requirement | Report use of RUP every two years. | Yes | Agriculture, forestry, ornamental and turfgrass, seed treatment, aquatic, right-of-way, industrial, institutional, structural, health related, regulatory, demonstration, research | Specific category exam | State approved training course optional | Based on EPA guidelines | Contingent on filing of usage information biennially. | Private and commercial certification are category specific. Dealers must record and report annual sales of restricted use pesticides. |
| | | Commercial | Based on EPA guidelines | License $10 | Liability insurance required | Report use of restricted use pesticide annually | Yes | | General plus specific category exam | State approved training course mandatory | Based on EPA guidelines | $10 fee, contingent on filing of usage information annually | |

*Restricted use pesticide

Table XIII General Qualification Requirements

| EPA Region | State | Certification Classifications | Permissible Activities | Fees | Financial Responsibility | Reporting and Records Requirements | Reciprocal Interstate Certification Agreement | Categories of Certification | Examination Requirements | Training Requirements | Supervisory Provisions | Renewal of Certification | Specific Requirements |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Massachusetts | Private | Based on EPA guidelines | License $10 Exam $8 | No requirement | — | Yes | Based on EPA category listing | General plus specific category exam | State approved training courses mandatory | Based on EPA guidelines | $10 annual fee | |
| | | Commercial | Based on EPA guidelines | Application $8 License $30 Exam $8 | Liability insurance and bonding required | Records of all applications maintained for 5 years. | Yes | | General plus specific category exam | State approved training courses mandatory | None, all applicators must be examined and licensed | $30 annual fee | Every individual applying pesticide as a representation of a firm must pass the general exam and be licensed. |
| 1 | New Hampshire | Private | Application of any pesticide on own property, rented property, or property of an employer for the purpose of producing any agricultural commodity. Compensation disallowed. | — | — | — | — | — | — | — | — | — | No requirements for exemptions are listed |
| | | Commercial | Based on EPA guidelines | — | Liability insurance required | Aerial applications reported within 7 days, all other records kept 2 years | Yes | Not specified | General plus specific category exam | 3 years experience with certified applicator or 4-year degree in agriculture or biologically related field. | Based on EPA guidelines | Reexamination every 2 years | Extensive license requirements for aquatic sites |

Table [illegible] General Certification Requirements

| EPA Region | State | Certification Classifications | Permissible Activities | Fees | Financial Responsibility | Reporting and Record Requirements | Reciprocal Interstate Certification Agreement | Categories of Certification | Examination Requirements | Training Requirements | Supervisory Provisions | Renewal of Certification | Specific Requirements |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | Rhode Island | Commercial | ---- | License $10 | Liability insurance required | Annual report of RUP application | ---- | ---- | Yes, no specific information | ---- | ---- | $10 fee contingent on filing of annual usage information | Private landholders receive a permit to apply restricted use pesticides and must report use annually to renew permit |
| I | Vermont | Private | Based on EPA guidelines | Fees $5-25 depending on number of categories | No requirement | Keep records of RUP application for 3 years | Yes | | General plus specific category exam | None | Direct supervision of non-certified applicator required. | Contingent on annual reporting of RUP usage. Renewed every 5 years. | Separate licenses are available for restricted use and non-restricted use pesticide application. |
| | | Commercial | Based on EPA guidelines | Same as private certification | Liability insurance and bond required | Records of all pesticide applications for 5 years | Yes | Based on EPA category listing | General plus specific category exam | None | Direct supervision of non-certified applicator required. | $5-25 annually depending on number of categories. Annual submission of application records. | |

Table [illegible] General Certification Requirements

| EPA Region | State | Certification Classifications | Permissible Activities | Fees | Financial Responsibility | Reporting and Record Requirements | Reciprocal Acceptance Certification Agreement | Categories of Certification | Examination Requirements | Training Requirements | Supervisory Provisions | Renewal of Certification | Specific Requirements |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| II | New Jersey | Private | Application of RUP on own or rented property | Registration $15; Exam $5 | No requirement | Record of all pesticide applications for 3 years | Yes | Based on EPA category listing | General plus specific category exam | —— | —— | Every 5 years. $15 registration fee every 5 years. Retake exam. | |
| | | Commercial | Based on EPA guidelines | Registration $30; Exam $5 | —— | Records of all pesticide applications for 3 years | Yes | | General plus specific category exam | —— | Based on EPA guidelines | Every 5 years. $30 registration fee annually. Retake exam. | |
| [illegible] | New York | Private | Application of restricted use pesticide to own or rented property for the purpose of producing any agricultural commodity. Compensation disallowed. | License $15 | | Record of RUP application for 3 years | —— | Field and forage, fruit, vegetable, greenhouse and florist, nursery, ornamentals and turf, livestock and poultry | General plus specific category exam | State approved training courses mandatory | Direct supervision of non-certified employee applicators required. | $15 annual fee plus refresher training course at discretion of the state | |
| | | Commercial | Based on EPA guidelines | License $36; Exam $5 | Liability insurance or bonding required | Record of all application for 3 years | —— | Based on EPA category listings | General plus specific category exam | State approved training courses optional | Based on EPA guidelines | $15 annual fee plus refresher training course at discretion of the state | |

Table ___ General Certification Requirements

| EPA Region | State | Certification Classifications | Permissible Activities | Fees | Financial Responsibility | Reporting and Record Requirements | Reciprocal Interstate Certification Agreement | Categories of Certification | Examination Requirements | Training Requirements | Supervisory Provisions | Renewal of Certification | Specific Requirements |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| III | Delaware | Private | Based on EPA guidelines | — | No requirement | — | Yes | Based on EPA category listing | General plus specific category exam | State approved training course optional. | Based on EPA guidelines | — | |
| | | Commercial | Based on EPA guidelines | Yes, no dollar amount given | Liability insurance required | — | Yes | | General plus specific category exam | — | | — | |
| III | District of Columbia | Commercial | Based on EPA guidelines | Yes, no dollar amount | Liability insurance and bonding required | Record of all pesticide applications for 2 years | — | — | — | — | Based on EPA guidelines | Annual fee plus submission of application records | |
| III | Maryland | Commercial | Based on EPA guidelines | (License $30) | Liability insurance required | Record of all applications for 3 years | — | Bird, fumigation, lawn and ornamental, termite, weed control, general. | General plus specific category exam | 2 years experience with certified applicator. Evidence of good character. | — | $30 annual fee | Conditional licenses may be issued. |

Table [illegible] General Certification Requirements

| EPA Region | State | Certification Classifications | Permissible Activities | Fees | Financial Responsibility | Reporting and Record Requirements | Reciprocal Interstate Certification Agreement | Categories of Certification | Examination Requirements | Training Requirements | Supervisory Provisions | Renewal of Certification | Specific Requirements |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| III | Pennsylvania | Commercial | Based on EPA guidelines | License $10 | Liability insurance required | — | — | Based on EPA category listing | Specific category exam | — | — | $10 annual fee | Equipment inspection required. |
| III | Virginia | Commercial | Based on EPA guidelines | License $25 | Liability insurance required | Record of all applications for 3 years | — | Agriculture, horticulture, household, structural, rodent, bird, tree, bush or weed | Specific category exam | — | — | $25 annual fee | Must be 21 years of age. |
| III | West Virginia | Commercial | Contract application of any pesticide. One individual of firm or branch of firm required to be certified. | License $100 | Liability insurance required | Record of all pesticide applications for 3 years. | — | Agriculture, ornamentals, and non-cropland | General plus specific category exam | — | — | $100 annual fee | Periodic spray inspection of equipment |
| IV | Alabama | Commercial | Based on EPA guidelines | License $50 Equipment inspection [illegible] $50 Exam $10 | Liability insurance required | — | — | — | General exam plus specific demonstration | — | Based on EPA guidelines | $50 annual fee $50 annual equipment inspection | |

Table [illegible] General Certification Requirements

| EPA Region | State | Certification Classifications | Permissible Activities | Fees | Financial Responsibility | Reporting and Record Requirements | Reciprocal Interstate Certification Agreement | Categories of Certification | Examination Requirements | Training Requirements | Supervisory Provisions | Renewal of Certification | Specific Requirements |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IV | Georgia | Commercial | Application of any pesticide to the lands of another. | License $50 Equipment Inspection $5-$15 | Liability insurance required | Record of all pesticide applications for 5 years. | Yes | Several but unspecified | General plus specific exam | ---- | Based on EPA guidelines | $50 annual fee $5-15 annual equipment inspection | Subject to unannounced inspections |
| IV | Florida | Commercial | Based on EPA guidelines | License $25 Exam $25 | Liability insurance required | ---- | ---- | Household, lawn and ornamental, termite, fumigation | Specific category exam | 3 years experience with a certified applicator or 4-year degree in entomology or horticulture | Direct supervision of non-certified applicator by certified applicator required. | $25 annual fee | |
| IV | Kentucky | Private | Application of RUP to own property in agricultural sites only. | License $25 | No requirement | Record of RUP application for 3 years | ---- | Based on EPA category listing | General plus specific category exam | Training program based on EPA requirements (optional) | Based on EPA guidelines | $25 annual fee | Certification and procedure available for illiterate individuals |
| | | Commercial | Based on EPA guidelines | License $25 | Liability insurance required | Record of all application for 3 years | ---- | | General plus specific category exam. Exam for aerial certification is additional. | ---- | Based on EPA guidelines | $25 annual fee Must attend at least 2 state approved training courses every 5 years. | |

Table XII General Certification Requirements

| EPA Region | State | Certification Classifications | Permissible Activities | Fees | Financial Responsibility | Reporting and Record Requirements | Reciprocal Interstate Certification Agreement | Categories of Certification | Examination Requirements | Training Requirements | Supervisory Provisions | Renewal of Certification | Specific Requirements |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IV | North Carolina | Private | Based on EPA guidelines | None | No requirements | ---- | ---- | ---- | Not specified | Not specified | Based on EPA guidelines | Reapplication, no fees | |
| | | Commercial | Based on EPA guidelines | License $50 Equipment Inspection $5-10 | Liability insurance required | ---- | ---- | ---- | Not specified | 2 years experience with certified applicator or 4-year degree in related subject | Based on EPA guidelines | $50 annual fee $5-10 annual inspection fee | |
| IV | Mississippi | No Data | | | | | | | | | | | |
| IV | South Carolina | Private | Application of RUP on own or adjoining property without compensation. | License $1 | Liability insurance required | Record of RUP application for 2 years | ---- | Based on EPA category listing | No requirement | State approved training course mandatory | Direct supervision of non-certified applicator by certified applicator required. | $1 annual fee | Minimum age 15 years |
| | | Commercial | Based on EPA guidelines | License $25 | Liability insurance required | Record of all applications for 2 years | ---- | | General plus specific category exam | ---- | Based on EPA guidelines | $25 annual fee | Minimum age 18 years |

Table VII General Certification Requirements

| EPA Region | State | Certification Classifications | Permissible Activities | Fees | Financial Responsibility | Reporting and Record Requirements | Reciprocal Interstate Certification Agreement | Categories of Certification | Examination Requirements | Training Requirements | Supervisory Provisions | Renewal of Certification | Specific Requirements |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IV | Tennessee | Commercial | ---- | Variable | Liability insurance required | Record of all pesticide applications for 2 years | ---- | Wood destroying organisms, horticulture, general household, general non-household, weed control agricultural, weed control non-agricultural, fumigation agricultural, fumigation, non-agricultural, bird, lawn and turf. | General plus specific category exam | Previous certification or 2 years experience with certified applicator or 4-year degree in related field. | Based on EPA guidelines | Variable annual fee, contingent on monthly reporting of all pesticide applications | Firms are owners assets with annual business license. |
| V | Illinois | Private | Based on EPA guidelines | ---- | No requirement | Record of RUP application for 3 years | ---- | Based on EPA category listing | General plus specific category exam | State approved training course optional | Based on EPA guidelines | ---- | |
| | | Commercial | Based on EPA guidelines | ---- | Liability insurance required | Record of all pesticide applications for 3 years | ---- | | General plus specific category exam | | Based on EPA guidelines | ---- | Reexamination every 5 years |

Table [illegible] General Certification Requirements

| EPA Region | State | Certification Classification | Permissible Activities | Fees | Financial Responsibility | Reporting and Records Requirements | Reciprocal Interstate Certification Agreement | Categories of Certification | Examination Requirements | Training Requirements | Supervisory Provisions | Renewal of Certification | Specific Requirements |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| V | Indiana | Private | Based on EPA guidelines | Application [illegible]; License $[illegible] | — | Record of RUP application for [illegible] years | Yes | Based on EPA Category listings | General plus specific category exam | — | Based on EPA guidelines | $[illegible] annual fee | |
| | | | | | | | Yes | Based on EPA category listing | General plus specific category exam | State approved training mandatory | Based on EPA guidelines | $[illegible] annual fee | |
| | | Commercial | Based on EPA guidelines | Application [illegible]; License $[illegible] | Liability insurance or bonding required | Record of all pesticide applications for 2 years | | | | | | | |
| V | Michigan | Commercial | Based on EPA guidelines | License $[illegible] | Liability insurance required | — | Yes | Aerial, aquatic, brush control, mosquito, fumigation, structural, vertebrate pest, animal pest, field crop, fruit crop, lawn, garden and ornamental, forest and shade tree | General plus specific exam | — | Based on EPA guidelines | $[illegible] annual fee | |

[illegible] General Certification Requirements

| EPA Region | State | Certification Classifications | Permissible Activities | Fees | Financial Responsibility | Reporting and Records Requirements | Reciprocal Interstate Certification Agreement | Categories of Certification | Examination Requirements | Training Requirements | Supervisory Provisions | Renewal of Certification | Specific Requirements |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VI | Arkansas | Commercial | Application of any pesticide for compensation | License $10 Exam $[illegible] Equip. (Temp. $15 | Liability insurance required | Record of all pesticide applications for 2 years | — | Agriculture, Industrial, Institutional, Structural and Health Related, Ornamentals and Turf | Specific category exam | — | Based on EPA guidelines | $[illegible] annual fee | |
| VI | Louisiana | No Data | | | | | | | | | | | |
| VI | New Mexico | Commercial | Application of any pesticide for hire | License $20 Exam $5 Equip. (Temp. $10-20 | Business operators require liability insurance | — | — | Based on EPA category listings | Specific category exam | 2 years experience with certified applicator or 1 year experience and 20 college credits in biology or agriculture. | Every individual actively applying pesticides requires examination and licensing. | $20 annual fee plus reexamination | |

Table IV. General Certification Requirements

| EPA Region | State | Certification Classifications | Permissible Activities | Fees | Financial Responsibility | Reporting and Records Requirements | Reciprocal Interstate Certification Agreement | Categories of Certification | Examination Requirements | Training Requirements | Supervisory Provisions | Renewal of Certification | Specific Requirements |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| V | Minnesota | Commercial | Based on EPA guidelines | — | Liability insurance required | Records of all pesticide applications for 1 years | Yes | — | Specific category exam | State approved training course mandatory | — | — | |
| V | Ohio | Commercial | Based on EPA guidelines | License $10 Exam $25 | Liability insurance required | Records of all pesticide applications for 3 years | Yes | Based on EPA category listing | Specific category exam | — | Based on EPA guidelines | — | State Department of Agriculture has right of entry and inspection on all commercial applications. |
| V | Wisconsin | Commercial | Based on EPA guidelines | License $10 Registration $25 | — | Records of all pesticide applications for 3 years | — | Based on EPA category listing | General plus specific category exam | — | Based on EPA guidelines | $25 annual fee | |

Table 7 General Certification Requirements

| EPA Region | State | Certification Classifications | Permissible Activities | Fees | Financial Responsibility | Reporting and Records Requirements | Reciprocal Interstate Certification Agreement | Categories of Certification | Examination Requirements | Training Requirements | Supervisory Provisions | Renewal of Certification | Specific Requirements |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VI | Oklahoma | No data | | | | | | | | | | | |
| VI | Texas | Private | Based on EPA guidelines | None | None | | Yes | — | — | — | — | — | Not required to be certified. |
| | | Commercial | Individual owning a business involved in application of RUP to property of another. | License $75 Exam $10 | Liability insurance or bonding required | Record of RUP for 2 years | Yes | Based on EPA category listing | General plus specific category exam | — | — | $75 annual fee | |
| VII | Iowa | Commercial | Based on EPA guidelines | — | — | — | ---- | Based on EPA category listing | Specific category exam | — | Based on EPA guidelines | Renewal fee every 3 years, must take 1 state approved training course | |

Table VIII General Certification Requirements

| EPA Region | State | Certification Classifications | Permissible Activities | Fees | Financial Responsibility | Reporting and Record Requirements | Reciprocal Interstate Certification Agreement | Categories of Certification | Examination Requirements | Training Requirements | Supervisory Provisions | Renewal of Certification | Specific Requirements |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VII | Kansas | Commercial | Based on EPA guidelines | License $100<br>Exam $1000 | Liability insurance required | Record of all applications for 3 years | — | — | Specific category exam | — | — | $100 annual fee | Contractual agreement required for all pesticide applications for hire. |
| VII | Missouri | Private | Based on EPA guidelines | None | No requirement | — | Yes | — | — | — | — | — | |
| | | Commercial | Based on EPA guidelines | License $25 | Liability insurance required | — | Yes | — | — | — | — | $25 annual fee | |
| VII | Nebraska | No data | | | | | | | | | | | |

Table [illegible] General Certification Requirements

| EPA Region | State | Certification Classifications | Permissible Activities | Fees | Financial Responsibility | Reporting and Record Requirements | Reciprocal Interstate Certification Agreement | Categories of Certification | Examination Requirements | Training Requirements | Supervisory Provisions | Renewal of Certification | Specific Requirements |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VIII | Colorado | Commercial | ---- | License $75 Fees up to $90 | Liability insurance required | ---- | ---- | ---- | General written exam and specific oral exam | 2 years experience with certified applicator | ---- | $25 annual fee | Colorado is subject to all EPA requirements |
| VIII | Montana | No Data | | | | | | | | | | | |
| VIII | North Dakota | Commercial | Based on EPA guidelines | License $30 Less than $6 | ---- | Record of all applications for 3 years | Yes | Based on EPA category listing | Specific category exam | ---- | ---- | $30 annual fee. Must be recertified or take state approved training course every 3 years | Minimum age 18 years |

Table [illegible] General Certification Requirements

| EPA Region | State | Certification Classifications | Permissible Activities | Fee | Financial Responsibility | Reporting and Record Requirements | Reciprocal Interstate Certification Agreement | Categories of Certification | Examination Requirements | Training Requirements | Supervisory Provisions | Renewal of Certification | Specific Requirements |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VIII | South Dakota | Private | Based on EPA guidelines | None | No requirement | Record of all RUP applications for 3 years | ---- | Based on EPA category listing | No requirement | State approved training course required | Based on EPA guidelines | Submit annual summary of RUP application | |
| | | Commercial | Based on EPA guidelines | ---- | ---- | Record of all pesticide applications for 3 years | ---- | | General plus specific category exam | ---- | Based on EPA guidelines | Must be recertified or take state approved training course every 2 years. Submit annual summary of all pesticide applications | |
| VIII | Utah | Private | ---- | None | No requirement | Record of all RUP application for 2 years | Yes | Based on EPA category listing | General plus specific category exam | State approved training course required. | ---- | Every 5 years, no specific requirements. | |
| | | Commercial | Based on EPA guidelines | License $15 | Liability insurance required | Record of all pesticide applications for 2 years | Yes | | General plus specific category exam | ---- | Based on EPA guidelines | $15 annual fee, may be reexamined any time within 5-year period. | |

Table General Certification Requirements

| EPA Region | State | Certification Classifications | Permissible Activities | Fees | Financial Responsibility | Reporting and Record Requirements | Reciprocal Interstate Certification Agreement | Categories of Certification | Examination Requirements | Training Requirements | Supervisory Provisions | Renewal of Certification | Specific Requirements |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VIII | Wyoming | Private | Based on EPA guidelines | —— | No requirement | —— | —— | —— | General exam | Present evidence of training | —— | —— | |
| | | Commercial | Based on EPA guidelines | License $100 | Liability insurance plus bonding required | —— | —— | —— | General exam | Present evidence of training | —— | $100 annual fee | |
| IX | Arizona | Commercial | | License $25 Equipment registration $35 | Liability insurance required | Records of all pesticide applications for 2 years | —— | —— | General exam | —— | —— | $25 annual fee, contingent on monthly reporting of all applications. | Each application requires $10 permit fee from both applicator and customer. |
| IX | California | Commercial | Based on EPA guidelines | License $50 Aerial license $15 additional | Liability insurance required | Records of all pesticide applications for 2 years | —— | Weed control, plant growth regulators and defoliants, field and truck crops, orchards and vineyards, ornamentals and turf, invertebrate animals, residential and institutional, stored agricultural products, harvested products, seed treatment, vertebrate pests, health-related pests, biological control. | Specific category exam | —— | —— | $50 biennial fee, $35 additional fee for aerial applicators | Each pesticide application must be reported within 7 days. |

Table V[illegible] General Certification Requirements

| EPA Region | State | Certification Classifications | Permissible Activities | Fees | Financial Responsibility | Reporting and Record Requirements | Reciprocal, Interstate Certification Agreement | Categories of Certification | Examination Requirements | Training Requirements | Supervisory Provisions | Renewal of Certification | Specific Requirements |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | Hawaii | Commercial | Based on EPA guidelines | License $25 | Liability insurance required | Record of all pesticide applications for 2 years | ---- | Based on EPA category listing | Specific category exam | ---- | ---- | $25 annual fee plus recommendation of evidence of additional training. | |
| [illegible] | Nevada | Private | Based on EPA guidelines | Exam $[illegible] | No requirement | Record of RUP application for 2 years | ---- | Based on EPA category listing | General oral or written exam. May require demonstration. | ---- | ---- | ---- | |
| | | Commercial | Based on EPA guidelines | Exam $[illegible] | Liability insurance required | Record of all pesticide applications for 3 years | ---- | | | ---- | ---- | Reexamination within 5-year period | |
| [illegible] | Alaska | No regulations | | | | | | | | | | | |

Table XVII General Certification Requirements

| EPA Region | State | Certification Classifications | Permissible Activities | Fees | Financial Responsibility | Reporting and Record Requirements | Reciprocal Interstate Certification Agreement | Categories of Certification | Examination Requirements | Training Requirements | Supervisory Provisions | Renewal of Certification | Specific Requirements |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | Idaho | Commercial | ---- | License $10 | Liability insurance required | At discretion of Agricultural Commissioner | Yes | ---- | General exam | ---- | None, all applicators must be licensed | $10 annual fee | |
| 10 | Oregon | Commercial | ---- | License fee not to exceed $40. Exam $15 | Liability insurance required | Record of all pesticide applications for 3 years | ---- | Based on EPA category listing | General plus specific category exam | Proof of experience or training | Based on EPA guidelines | Annual license fee not to exceed $40 | Trainee certificates required of noncertified applicators working under certified individual. Minimum age 18 years. |
| 10 | Washington | Private | Based on EPA guidelines | License [illegible] Exam $5 | No requirement | Record of RUP applications for 3 years | Yes | Based on EPA category listing | General plus specific category exam | No requirement | Based on EPA guidelines | None, license is valid unless revoked by State Dept. of Agriculture | |
| | | Commercial | Based on EPA guidelines | License [illegible] Exam [illegible] | Liability insurance required | Record of all pesticide applications for 3 years | Yes | Based on EPA category listing | General plus specific category exam | Requirement not specified | Based on EPA guidelines | Annual license fee | |

Table III Structural Certification Requirements

| EPA Region | State | Fees | Financial Responsibility | Record Requirements | Categories of Certification | Training Requirements | Examination Requirement | Pesticide Restrictions | Supervisory Provisions | Contractual Obligations | Renewal of Certification | Specific Requirements |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IV | Florida | License $[illegible] Exam $25 | Liability insurance or bonding required | ---- | Household, lawn and ornamental, termite, fumigation | 3 years experience with certified applicator or 4 year degree in entomology or horticulture | Specific category exam | ---- | Direct supervision of non-certified applicator by certified individual required. | Inspection of site before and after termite treatments; results submitted to State Commissioner. | Annual $[illegible] fee | |
| IV | Georgia | Certificate $25 License $25 Exam $10 | Liability insurance or bonding required | Copy of every treatment contract submitted to Commissioner | Household pest, wood destroying organisms, fumigation | 2 years experience with certified applicator, previous certification or proof of training | Specific category exam | Aldrin, benzene hexachloride, chlordane, DDT, dieldrin, heptachlor | Certified applicator must be present at treatment site | 1. Effective date of treatment 2. Identify infesting organism 3. Type of wood infested 4. Total maximum [illegible] 5. Inspection dates 6. Condition of [illegible] | Annual $25 fee | |
| IV | Kentucky | Registration $50 Exam $[illegible] | Bonding required | Record of all pesticide application contracts for 3 years | Not specified | 2 years experience with certified applicator, or 4-year entomology degree. | Specific category exam | ---- | Certified applicator must be present at treatment site | — | Annual $[illegible] fee and report of all pesticide applications. | Minimum age 18 years, U.S. citizenship |

Table XIX Structural Certification Requirements

| EPA Region | State | Fees | Financial Responsibility | Record Requirements | Categories of Certification | Training Requirements | Examination Requirement | Permissible Termiticides | Supervisory Provisions | Contractual Obligations | Renewal of Certification | Specific Requirements |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IV | Mississippi | ---- | Bonding required | ---- | ---- | 3 years experience with certified applicator or 4-year degree | Specific category exam | ---- | ---- | ---- | ---- | |
| IV | North Carolina | License $100 Exam $10 | Liability insurance or bonding required | Record of all pesticide applications contracts for 2 years | Household pest, wood destroying organisms, fumigation | 2 years experience with certified applicator or 2 year state approved specialized training | Specific category exam | ---- | Certified applicator must be present at treatment site. | 1. Report all structural damage. 2. Inspect treatment site one year after termiticide application. | (Annual) $100 fee | Reciprocal certification agreement between neighboring states |
| IV | Tennessee | Variable | Liability insurance required | Record of all pesticide applications submitted monthly to State Commissioner | Household pest, wood destroying organisms, fumigation | Same as above | General plus specific category exam | Aldrin, benzene hexachloride, chlordane, dieldrin, heptachlor, [illegible] | Certified applicator must be present at treatment site. | 1-year warranty following completion of treatment | Annual fee | All treatments must be under contract agreements. Certification fees are [illegible] with annual [illegible] [illegible] |

Table III Structural Certification Requirements

| EPA Region | State | Fees | Financial Responsibility | Record Requirements | Categories of Certification | Training Requirements | Examination Requirement | Permissible Termiticides | Supervisory Provisions | Contractual Obligations | Renewal of Certification | Specific Requirements |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| V | Illinois | —— | Liability insurance or bonding required | Record of all pesticide applications for 3 years | —— | State approved training courses optional | Specific category exam | —— | Based on EPA guidelines | —— | —— | Regular inspection of treatment sites by State officials |
| VI | Arkansas | —— | Liability insurance required | Record of all pesticide applications submitted monthly to State Commissioner. | Termite, household and rodent, general fumigation, food manufacturing, food storage. | —— | Specific category exam | Aldrin, Chlordane, Dieldrin, Heptachlor, PCP (for powder post beetle only). | Certified applicator must be present at treatment site. | Separate minimum treatment requirements for old and new structures. | —— | Mandatory State inspection of first time treatment sites. |
| VI | Louisiana | —— | Liability insurance required | Record of all pesticide applications submitted monthly to State Commissioner | —— | 6 years experience with certified applicator. | Specific category exam | Aldrin, Benzene Hexachloride, Dieldrin, [illegible], Heptachlor | Based on EPA guidelines | 1. Guarantee following completion of treatment. 2. Minimum treatment requirements. | —— | |

Table XIX Structural Certification Requirements

| EPA Region | State | Fees | Financial Responsibility | Record Requirements | Categories of Certification | Training Requirements | Examination Requirement | Permissible Termiticides | Supervisory Provisions | Contractual Obligations | Renewal of Certification | Specific Requirements |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VI | Texas | License Business $[illegible] Applicator $[illegible] Exam $[illegible] | Liability insurance required | Record of all pesticide application for 2 years | ---- | ---- | Specific category exam | ---- | Based on EPA guidelines | 1. Identify infesting organism 2. Inspection following completion of treatment | ---- | |
| IX | Arizona | License $150 Exam $[illegible] | Liability insurance required | Record of all pesticide applications for 2 years | General, wood destroying insects and organisms, weed control, fumigation. | ---- | Specific category exam | ---- | Based on EPA guidelines | ---- | $[illegible] annual fee | Public listing of certified applicators |
| IX | California | License $50 Exam $25 | Liability insurance required | Record of all pesticide applications for 2 years submitted annually to State Commissioner. | General Pest, Termite Fumigation. | 4 years experience with certified applicator | Specific category exam | ---- | ---- | Minimum treatment requirements | $[illegible] annual fee | Public listing of certified applicators |

Table XIX Structural Certification Requirements

| EPA Region | State | Fees | Financial Responsibility | Record Requirements | Categories of Certification | Training Requirements | Examination Requirement | Permissible Termiticides | Supervisory Provisions | Contractual Obligations | Renewal of Certification | Specific Requirements |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | Hawaii | License $[illegible] | Liability insurance required | Record of all pesticide applications for 2 years | General pest, termite fumigation | 4 years experience with certified applicator. | Specific category exam | — | — | 1. Identify infesting organism 2. Guarantee agreement 3. Inspection before and after treatment | $[illegible] annual fee | |