# TAB 9

132331

Workshop on Termiticides in Building Protection
September 22-23, 1982

# CURRENT SPECIFICATIONS, GUIDELINES, AND STANDARDS RELATED TO THE CONTROL OF WOOD DESTROYING ORGANISMS

by

Robert Bielarski, Ph.D.
Naval Facilities Engineering Command

Let's see how rapidly we can get off the schedule now. As far as guides, specs, and so forth are concerned at the Naval Facilities Engineering Command, we have only one guide/spec, and that pertains to soil treatment for subterranean termite control and I should point out that the guide/spec pertains only to pretreatment. We do not have a specification for post-construction treatment, only for pretreatment. We do not have any specifications or guidelines for treatment against other wood destroying organisms such as beetles and so forth.

We do write specifications from time to time for, say, fumigation for dry wood termite control and so forth. That's usually done on a local basis. And at those times we will usually use either label directions for the specifications or else specifications that hopefully somebody like NPCA has drawn up.

Our soil treatment specifications for pretreatment, I'll go through it rather briefly. The new number on it is NFGS which stands for Naval Facilities Guide Specification, the number on it is 02250. This guide/spec will supercede our old technical specification TS-02250.

Roughly, what it deals with is that a pest control operator or termite control operator will deliver to a project site his termiticide in an unopened container and he will do his mixing on site. One of the things that we do call for is that mixing will be done at a predetermined site, the site to be determined by the construction officer, and we require a backflow preventer to be placed on the filling apparatus and also that filling be done with supervision throughout the filling operation.

If any of you people have been involved with termite control work, if you ever want to see some interesting situations, just observe a termite tank being filled and frequently you will see white material running down the street. This is why we request that it be supervised at all times, because we don't want to have somebody drilling while he is filling. So we want it to be supervised.

As far as the products are concerned, the pesticides shall be registered with the Environmental Protection Agency or be State registered with EPA approval for use as specified herein. The pesticide shall be water-based emulsions containing by weight one of the following concentrations: With chlordane at a one percent or chlordane at a two percent solution where Coptotermes are prevalent, and that would primarily be in the Pacific area, possibly -- I don't know if we have any in the Gulf states that we might use this for. So very few areas in the continental United States, primarily in the Pacific, and that would be in Hawaii.

We allow aldrin at 0.5 percent, heptachlor at 0.5 percent, a chlordane/heptachlor at 0.75 percent, or chlorpyrifos at 1.0 percent. And we further specify that a diluent shall not include any other pesticide residue or rinsates. I don't know now, but it used to be a common practice that for any leftover materials at the end of the day a good place to get rid of them would have been in the termite tank, and then it would be used in conjunction with the next day's operations.

We have a few provisions now for reporting work that is done, and this is because we have a self-imposed reporting system within the Navy called a DD Form 1532, which requires the nature of the job done, the amount of pesticide that was used, and the amount of labor that was involved with the work.

We have a requirement for licensing of the firm. The firm that does the termite control work must be licensed with the State and with the agency that is responsible for enforcement of FIFRA.

Likewise, we state that a pesticide application shall be made by a certified pesticide applicator or under the supervision of a certified applicator who is present on the installation at the time of application. And the certification of the applicator must be applicable to the work and consistent with State categories.

Our general requirements for treatment area are as follows: Treat the soil with termite-treating solution to provide an unbroken horizontal or vertical chemical barrier between wood in the proposed structure and possible termite colonies in the ground after grading is completed and prior to pouring the concrete slabs. At the time of soil treatment, the soil should be preferably in a friable condition with a sufficiently low moisture content to allow uniform distribution of the treating solution throughout the soil. Do not apply pesticides during or immediately following heavy rains or whenever climatic conditions are such that runoff will occur to create an environmental hazard. We want the area that is treated covered with a polyethylene or waterproof sheeting if concrete is not

poured on the same day as the soil is treated. Then adequate precautions are to be taken to prevent disturbance of the soil after the pesticide has been applied.

We have three different types of sites that the pesticide solution can be applied to. One is to a slab on grade type of construction. Here we require a horizontal pesticide barrier to be established over all areas intended for covering by floors, porches, attached entryways, garages, carports, and terraces. Apply treatment solution with a low pressure coarse spray at the rate of one gallon per ten square feet of earth fill. Here is one area again that I think we need a little help. Very seldom do you ever see anybody that is actually applying one gallon per 10 square feet. Most of the time they don't have a metering device. So something should be done in this particular area.

We want to establish a vertical pesticide barrier under the slab in critical areas such as the inside of foundation walls, both sides of interior partition walls, around plumbing and utility conduits. And we want the treatment to be applied by rodding or trenching the fill at the rate of four gallons per ten linear feet, which is the recommended rate on the label for these materials.

The second type of pretreatment that we have deals with crawl space construction and here we would like a vertical pesticide barrier inside the foundation wall, both sides of interior partition walls, around piers and plumbing or utility conduits. And we want the solution applied by rodding or trenching at the rate of four gallons per 10 linear feet again. This should be in a one-foot deep application.

The third type of construction we deal with would be a foundation wall, and here we would like a vertical barrier along the outside of the foundation wall, we would like an application in voids, and if we are dealing with cinderblocks, we would like the cinderblock treated. If we are dealing with a brick veneer type of construction, we would like the veneer or the void of the veneer treated. The voids we would like treated as the label calls for at two gallons per 10 linear feet. Around the foundation, we would call for four gallons per 10 linear feet as required by the label.

The last thing we ask for is a warranty and we ask that a warranty be supplied to be in effect for a period of five years to warrant against subsequent infestation and termite damage.

And that is the extent of our guide/ specifications. I think Dick Carr would probably have a few more because we usually recommend that NPCA good practice statements and specs be used.

* * * *

**SESSION CHAIRMAN BORGER:** Do you have any questions?

**MR. DILLON:** Do you correlate the crawl space ventilation requirements with your treatment in the crawl space area?

**DR. BIELARSKI:** No, sir, not for termite treatment.

**MR. DILLON:** And you really don't know what is rising above the ground into the interior spaces would be, right?

**DR. BIELARSKI:** No, sir, we haven't taken any air measurements, no.

**MR. DILLON:** I think it might be a nice idea to correlate to do that.

**DR. BIELARSKI:** It probably would, but I think, going out on a limb, I think where we may have had problems in the past is where crawl spaces had the entire crawl space treated before the latest requirement of treating only --

**MR. DILLON:** Around penetration.

**DR. BIELARSKI:** -- and where the soil had to be treated by rodding or trenching, rather than the so-called California wash where you just went in and sprayed. That's what they refer to it as in California. When you sell a house, you get a California wash, and that's where I think some of the problems are.

**SESSION CHAIRMAN BORGER:** Thanks very much. I have a feeling that some of my introductions are superfluous because I think most of you seem to know one another already, and probably the main benefit of the introduction is to let me know who the speakers are.

This certainly applies, I believe, to our next speaker, Dr. Richard Carr. Dick is the Director of Research at the National Pest Control Association. He has a Masters degree and Ph.D. from the University of Arizona. He specialized in termite behavior and physiology. He has six year experience as a Service technician doing termite control, and he owned and operated his own pest control firm in Arizona. Dick.