# TAB 10

AUG 2 3 2004

THOMAS L. SANSONETTI
Assistant Attorney General

MARK A. RIGAU (SBN 223610)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
301 Howard Street, Suite 1050
San Francisco, California 94105
Telephone No: (415) 744-6487
Facsimile No: (415) 744-6476

MICHAEL B. HEISTER (D.C. BN 484060)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
601 D Street, N.W., Suite 8542
Washington, D.C. 20004
Telephone: (202) 514-1950
Facsimile: (202) 514-8865

KEVIN V. RYAN (SBN 118321)
United States Attorney

CHARLES M. O'CONNOR (SBN 56320)
Assistant United States Attorney
Northern District of California
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7180
Facsimile: (415) 436-7234

Attorneys for the United States

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, and UNITED STATES DEPARTMENT OF THE NAVY,<br><br>Defendants. | Case No. 3:04-cv-01591 CRB<br><br>**DEFENDANT UNITED STATES OF AMERICA'S FED. R. CIV. P. 26(a)(1) INITIAL DISCLOSURE** |

//

Defendants United States of America and United States Department of the Navy ("United States"), pursuant to Fed. R. Civ. P. 26(a)(1) and Court Order [Docket No. 3], hereby submits these initial disclosures. Pursuant to Fed. R. Civ. P. 26 (a)(1), the United States objects to making these disclosures as it believes that they are not appropriate until after the jurisdictional and subject matter issues surrounding the claims are resolved. Notwithstanding and subject to its objection the United States makes the following disclosures. These disclosures are based only on information, facts, and documents currently available and known to Government counsel. Pursuant to Fed. R. Civ. P. 26(e), the United States may supplement or otherwise make changes to this disclosures if it appears that omissions or errors have been made or that further and more accurate information, facts, and/or documents are identified.

**I. Fed. R. Civ. P. 26(a)(1)(A) – Individuals That Likely Have Discoverable Information That The United States May Use To Support Its Claims or Defenses.**

Pursuant to Fed. R. Civ. P. 26 (a)(1), the United States objects to making these disclosures as it believes that they are not appropriate until after the jurisdictional and subject matter issues surrounding the claims are resolved. Notwithstanding and subject to its objection the United States makes the following disclosures. Pursuant to Fed. R. Civ. P. 26(a)(1)(A), the following individuals likely have discoverable information that the United States may use to support its claims or defenses in this litigation. Unless otherwise noted, all persons identified herein have been involved in or have knowledge related to: the application of chlordane and heptachlor as pesticides relating to the East Housing Area parcel of the former Naval Air Station Alameda ("NAS Alameda"); information related to the transfer of real property formerly within NAS Alameda; and/or environmental investigations or cleanups relating to pesticide application at the East Housing Area.

**A. United States Department of Navy Employees:**

1. Lieutenant Commander Michael J. Medina
2. Timothy E. Calaway
3. Shahraam Ronald Plaseied
4. Ann Klimek

5. William R. Carsillo
6. Gregory A. Lorton
7. Andrew E. Dick
8. Diane C. Silva
9. Lieutenant Commander Michael D. Zyzack, PhD (general knowledge of pesticide use by Navy).
10. John Corpus

**B. Former Navy Employees**

1. Reese Christopherson
2. Cleaston Paulk
3. Viola Samuel
4. Clarence Williams
5. Harry H. Zimmerman
6. Jerry Hemstock
7. Michael E. McClelland
8. Camille Garibaldi
9. Warren Jeung Yip

Pursuant to 32 C.F.R. Part 725, contact with any Navy military or civilian employees, former Navy military or civilian employees, and/or current Navy contractors must be made through counsel, c/o Mary Raivel, Esq., Senior Trial Attorney, Office of the General Counsel, Navy Litigation Office, 720 Kennon St., S.E., Washington Navy Yard, DC 20374.

**C. City of Alameda Employees and Contractors**

1. James M. Flint, City of Alameda
2. Carol Corade, City of Alameda
3. Kay Miller, City of Alameda
4. Dave Berger, City of Alameda
5. Douglas Cole, City of Alameda
6. Deborah Potter, City of Alameda

7. Barry Steinberg, City of Alameda
8. Terry Highsmith, City of Alameda
9. David Brandt, City of Alameda
10. Doug Yount, City of Alameda
11. Jeffrey T. Bond, City of Alameda
12. Elizabeth Johnson, City of Alameda
13. Dina Tasini, City of Alameda
14. George R. Schlossberg, attorney for City of Alameda, Kutak Rock law firm
15. Barry Steinberg, attorney for City of Alameda, Kutak Rock law firm
16. Ellen J. Garber, attorney for City of Alameda, Shute, Mihale, and Weinberger law firm
17. Thomas Trapp, attorney for City of Alameda, Barg Coffin Lewis & Trapp law firm
18. Michael E. Quillin, contractor with City of Alameda, Environmental Resources Management (ERM) West
19. Michael A. Blanchard, contractor with City of Alameda, ERM
20. Peter Russell, contractor with City of Alameda, Northgate Environmental, Inc.

**D. <u>Other Persons</u>**

1. Phil Owen
   Catellus Development Corporation
   1999 Harrison Street, Suite 2150
   Oakland, CA 94612
   (510) 267-0646

2. Bill Kennedy
   Catellus Development Corporation

3. Jim Van Sickle
   Catellus Development Corporation

4. Sandy Stevens
   Catellus Development Corporation

5. Anna-Marie Cook
United States Environmental Protection Agency
75 Hawthorne Street
San Francisco, CA 94105

6. James Ricks
United States Environmental Protection Agency

7. Sophia Serda
United States Environmental Protection Agency

8. Daniel Murphy
California Department of Toxic Substances Control ("DTSC")

9. Mary-Rose Cassa [former DTSC employee]

10. Tom Lanphar, DTSC

11. Henry Wong, DTSC

12. Jim Polisini, DTSC

13. David Rist, DTSC

14. Dianna Peebler, DTSC

15. Dan Schafer, Shaw Environmental
Shaw Environmental, Inc.
1326 North Market Blvd.
Sacramento, CA 95834
(916) 565-4328

16. Chris Fennessy, Aerojet General Corporation
Aerojet General Corporation
Aerojet Rd. & Highway 50
Bldg. 2001
Rancho Cordova, CA 95670
(916) 355-3341

17. Tim Ault, Shaw Environmental
Shaw Environmental, Inc.
4005 Port Chicago Highway
Concord, CA 94520
(925) 288-2011

18. Kathy Chaloupka, formerly of IT Corporation
558 Melrose Ave.
San Francisco, CA 94127
(415) 587-8774

19. Michael E. Quillin, Environmental Resources Management (ERM) West
ERM West
1777 Botello Drive
Suite 260
Walnut Creek, CA 94596

(925) 946-0455

20. Donna Blackburn, formerly of ERM West

21. Susanne von Rosenberg, GAIA Consulting
GAIA Consulting, Inc.
2101 Webster St., 12th Floor
Oakland, CA 94612
(510) 663-4177

22. Rich Parodi
FERMA Corporation
1265 Montecito Ave., Ste 200
Mountain View, CA 94043

23. Darren A. Mack
Treadwell & Rollo, Inc.
501 14th Street, Third Floor
Oakland, CA 94612
(510) 874-4500

24. Andrew R. Blaisdell
Treadwell & Rollo, Inc.

25. T.M. Rubeo
Treadwell & Rollo, Inc.

26. Charles R. Bove
Winzler & Kelly Consulting Engineers
417 Montgomery Street, Suite 600
San Francisco, CA 94104
(415) 283-4970
1670 Alvarado Street, Unit 4
San Leandro, CA 94577
(510) 667-6440

**II. Fed. R. Civ. P. 26(a)(1)(B) – Category, Location, And Approximate Quantity of Documents, Materials and Tangible Things, In The United States Possession, Custody Or Control, That It May Use To Support Its Claims or Defenses.**

Pursuant to Fed. R. Civ. P. 26 (a)(1), the United States objects to making these disclosures as it believes that they are not appropriate until after the jurisdictional and subject matter issues surrounding the claims are resolved. Notwithstanding and subject to its objection the United States makes the following disclosures. Pursuant to Fed. R. Civ. P. 26(a)(1)(B), the United States has identified the following categories of documents, materials and tangible things in its possession, custody, or control that it may use to support its claims or defenses:

A. The application of chlordane and heptachlor as pesticides relating to the

East Housing Area parcel of the former Naval Air Station Alameda ("NAS Alameda");

B. Information related to the transfer of real property formerly within NAS Alameda; and/or

C. Environmental investigations or response actions relating to pesticide application at the East Housing Area.

The Navy has located approximately 412 cubic feet of documents (one cubic foot of documents is approximately equivalent to one records box of documents) and 336 size "E" construction drawings that may fall within the three categories identified above. These documents and materials are located at the following locations in the custody of the following individuals: (1) San Bruno Federal Records Center (approximately 176 cubic feet of records), Gary C. Cramer, Director, Records Center Operations, National Archives and Records Administration, 1000 Commodore Drive, San Bruno, CA 94066-2350; (2) Naval Facilities Engineering Command, Southwest (BRAC) - San Diego (approximately 127 cubic feet of records), S. Ronald Plaseied, Base Closure Manager, BRAC Operations Office, Naval Facilities Engineering Command, Southwest; (3) Naval Facilities Engineering Command, Southwest - San Diego (approximately 10 cubic feet of records), Diane C. Silva, Records Manager, Naval Facilities Engineering Command, Southwest; (4) Naval Facilities Engineering Command, Southwest - former NAS Treasure Island (approximately 1 cubic foot of regular-sized documents and 136 size "E" construction drawings stored in Building 1), Patricia A. McFadden, BRAC Field Team Leader, BRAC Caretaker Services Office, Navy NFECSW Detachment; and (5) Naval Facilities Engineering Command, Southwest - former NAS Alameda (approximately 100 cubic feet of regular-sized documents and 200 size "E" construction drawings), Patricia A. McFadden, BRAC Field Team Leader, BRAC Caretaker Services Office, Navy NFECSW Detachment.

**III. Fed. R. Civ. P. 26(a)(1)(C) – Computation of any Category of Damages.**

The United States is not claiming any damages in this litigation.

**IV. Fed. R. Civ. P. 26(a)(1)(D) – Insurance Agreements.**

Through its pleading, Plaintiff has alleged that there is/are insurance agreement(s) carried by the City of Alameda and/or the Alameda Reuse and Redevelopment Agency that may be used to satisfy part or all of a judgment or to indemnify or reimburse the City for payments made to satisfy any judgment related to the damages raised in the complaint. However, the United States has not been provided copies of any such insurance agreements. The United States believes that the City of Alameda and the Alameda Reuse and Redevelopment Agency are indispensable parties to this action.

KEVIN V. RYAN (SBN 118321)
United States Attorney

CHARLES O'CONNOR (SBN 56320)
Assistant United States Attorney
Environment & Natural Resources Unit
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone No: (415) 436-7180

THOMAS L. SANSONETTI
Assistant Attorney General

Dated: 8/18/04

Mark A. R[signature]
MARK A. RIGAU (SBN 223610)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
301 Howard Street, Suite 1050
San Francisco, California 94105
Telephone No: (415) 744-6487
E-mail: mark.rigau@usdoj.gov

MICHAEL B. HEISTER (D.C. BN 484060)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
601 D Street, N.W., Suite 8542
Washington, D.C. 20004
Telephone: (202) 514-1950
Facsimile: (202) 514-8865

OF COUNSEL:
Mary Raivel, Esq.
Senior Trial Attorney
Office of the General Counsel
Navy Litigation Office
720 Kennon St., S.E.

Washington Navy Yard, DC 20374
Telephone No: 202-685-7027

Attorneys for the United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2004, I caused the foregoing *Defendant United States of America's Fed. R. Civ. P. 26(a)(1) Initial Disclosure* to be served on the following individual by regular mail and facsimile as follows:

PETER A. LYNCH, ESQ.
COZEN O'CONNOR
501 West Broadway, Suite 1610
San Diego, CA 92101

Facsimile: (619) 234-7831

Bernice J. Yee