# In the United States Court of Federal Claims

No. 05-1020C
(Filed: February 12, 2007)

| | |
|---|---|
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**ORDER**

On February 8, 2007, defendant in the above-captioned case filed Defendant's Motion for Reconsideration of February 6, 2007 Order and for Oral Argument on Defendant's Motion to Dismiss. Plaintiff shall respond to defendant's motion **no later than Wednesday, February 21, 2007**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge