IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, | ) | |
| Plaintiff, | ) | No. 05-1020C (Judge Sweeney) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6 and 6.1 of the Court's Rules ("RCFC"), defendant, the United States, respectfully requests the Court to enlarge the deadline for the "joint proposed schedule for further proceedings in this case," which the Court's order dated February 6, 2007 directed the parties to file on or before today's date, until 14 days after the Court (i) resolves the Government's pending motion for reconsideration of the February 6 order or (ii) decides the merits of the Government's motion to dismiss the complaint, whichever is later. This is our first such request. We contacted T. Michael Giuffré, counsel for plaintiff, American International Specialty Lines Insurance Company, but were unable to learn plaintiff's position regarding this motion.

The parties will be in a better position to propose a schedule that will be useful to the Court once we receive further guidance concerning the status of the Government's dispositive motion. Mr. Giuffré indicated that plaintiff intends to file a joint preliminary status report ("JPSR") today, in the format prescribed by RCFC Appendix A ¶ 4. We declined to participate in drafting a JPSR, however, because that document is not due at this time, under either the Court's Rules or the February 6 order.

CONCLUSION

Accordingly, we respectfully request the Court to enlarge the deadline for the joint proposed schedule until 14 days after the Court resolves the Government's pending motion for reconsideration of the February 6 order or decides the merits of the Government's motion to dismiss the complaint, whichever is later.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/Jeanne E. Davidson
by Donald E. Kinner
JEANNE E. DAVIDSON
Acting Director

OF COUNSEL:

MARY RAIVEL
Senior Trial Attorney
Navy Litigation Office
Washington, D.C.

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 616-0476
Fax: (202) 305-7644

Attorneys for Defendant

February 28, 2007

CERTIFICATE OF FILING

I certify that on February 28, 2007, the attached motion was filed via the Court's electronic system. I understand that service is complete upon filing and parties and others may access this filing through the Court's system.

s/Kyle Chadwick