**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 05-1020C<br>Judge Margaret M. Sweeney |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff American International Specialty Lines Insurance Company ("Plaintiff" or "AISLIC"), by and through its undersigned attorneys, files this notice of supplemental authority to bring to the attention of the Court a decision that is highly significant to this litigation and Defendant's pending *Motion for Reconsideration of February 6, 2007 Order and for Oral Argument on Defendant's Motion to Dismiss.*

On February 22, 2007, the day after AISLIC filed its opposition to Defendant's motion for reconsideration, this Court ruled on a factually similar case involving a claim for indemnification under Section 330 of the National Defense Authorization Act. *See* Opinion, *Richmond Am. Homes of Colorado, Inc. v. United States*, Case No. 05-280C (Fed. Cl. Feb. 22, 2007), attached hereto as Exhibit 1. Judge Lawrence Baskir concluded that the plaintiffs established entitlement to indemnification under Section 330, denied the Government's motion to dismiss and motion for summary judgment, and granted the plaintiffs' motion for summary judgment on this claim. Opinion at 33-34. This ruling is particularly important because, as Judge Baskir notes, "[t]his is a case of first impression pertaining to the Government's liability for environmental remediation costs associated with the transfer of military property under base closure laws." Opinion at 1. Accordingly, AISLIC files this *Notice of*

*Supplemental Authority* for the Court's consideration in ruling on Defendant's motion for reconsideration.

Respectfully submitted,

s/T. Michael Guiffré
T. Michael Guiffré
J. Gordon Arbuckle
Daniel R. Addison
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315

Attorneys for Plaintiff American International Specialty Lines Insurance Company

March 12, 2007

**CERTIFICATE OF FILING**

I certify that on March 12, 2007, the foregoing Notice of Supplemental Authority was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/T. Michael Guiffré
T. Michael Guiffré