**IN THE UNITED STATES
COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, | ) | |
| Plaintiff, | ) | No. 05-1020C<br>Judge Margaret M. Sweeney |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION FOR ENLARGEMENT OF TIME**

Plaintiff American International Specialty Lines Insurance Company ("Plaintiff" or "AISLIC"), by and through its undersigned attorneys, respectfully opposes Defendant's Motion for Enlargement of Time, for all of the reasons previously set forth in Plaintiff's Proposed Schedule for Further Proceedings in this Case (Dkt. 47), as well as Plaintiff's Opposition to Defendant's Motion for Reconsideration (Dkt. 45).

This litigation should not be stayed simply because Defendant's motion for reconsideration of the Court's February 6, 2007 Order is pending. The Court issued a clear directive to the parties to "file a joint proposed schedule for further proceedings in this case **no later than Wednesday, February 28, 2007**." Dkt. 42 at 7 (emphasis in original). Defendant acknowledges in its motion that it declined to participate in establishing a joint proposed schedule, and Defendant waited until the last moment to file its motion, effectively securing its desired delay without order of the Court.[1] At a minimum, Defendant should have worked with Plaintiff to establish a schedule to be implemented after the Court rules on the motion for reconsideration.

[1] Due to Defendant's refusal to participate in establishing a joint schedule and its motion for enlargement of time, Plaintiff has not yet implemented its proposed schedule.

Defendant's dilatory conduct is undermining the efficient administration of justice. The Government has failed to show good cause for reconsideration, and its renewed attempt to stay discovery should be denied. *See, e.g., Reliance Ins. Co. v. United States*, 18 Cl. Ct. 359, 360 (1989) ("suspension of discovery is not always appropriate when a dispositive motion is pending"); *Twin City Fire Ins. Co. v. Employers Ins. Of Wausau*, 124 F.R.D. 652, 653 (D.Nev. 1989)("a pending Motion to Dismiss is not ordinarily a situation that in and of itself would warrant a stay of discovery").

For the foregoing reasons, Plaintiff urges this Court to deny Defendant's Motion for Enlargement of Time.

Respectfully submitted,

s/T. Michael Guiffré
T. Michael Guiffré
J. Gordon Arbuckle
Daniel R. Addison
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315

Attorneys for Plaintiff American International
Specialty Lines Insurance Company

March 19, 2007

**CERTIFICATE OF FILING**

I certify that on March 19, 2007, the foregoing Plaintiff's Opposition to Defendant's Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/T. Michael Guiffré
T. Michael Guiffré