# In the United States Court of Federal Claims

No. 05-1020C
(Filed: April 9, 2007)

| | |
|---|---|
| *********************************** | |
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |
| *********************************** | |

**ORDER**

On February 8, 2007, defendant filed Defendant's Motion for Reconsideration of February 6, 2007 Order and for Oral Argument on Defendant's Motion to Dismiss. On February 28, 2007, defendant filed Defendant's Motion for Enlargement of Time, seeking to extend the deadline for filing the joint proposed schedule for future proceedings requested by the court. Now that the parties have briefed the motions, the court will convene a status conference to discuss them.

By **no later than Friday, April 27, 2007**, the parties shall confer and contact the court with suggested dates and times for the status conference. The parties may contact the undersigned's judicial assistant, Ms. Beryl Sanders, at (202) 357-6644, to schedule the status conference.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge