# In the United States Court of Federal Claims

No. 05-1020C
(Filed: April 26, 2007)

```
***********************************
AMERICAN INTERNATIONAL            *
SPECIALTY LINES INSURANCE         *
COMPANY,                          *
                                  *
                  Plaintiff,      *
                                  *
 v.                               *
                                  *
THE UNITED STATES,                *
                                  *
                  Defendant.      *
***********************************
```

## ORDER

A telephone status conference is scheduled in the above-captioned case for **Tuesday, May 1, 2007, at 11:00 a.m**. The court will telephone counsel to initiate the status conference.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge