# Final Environmental Impact Statement

For the Disposal and Reuse of
Naval Air Station Alameda and the
Fleet and Industrial Supply Center, Alameda Annex and Facility
Alameda, California

Volume I



October 1999

ENGINEERING FIELD ACTIVITY, WEST
NAVAL FACILITIES ENGINEERING COMMAND

*Oil/Water Separators*

OWSs are designed to separate oil, fuel, and grease from water by gravity because these substances are lighter than water. OWSs, in addition to waste oil rafts and a bilge and oily wastewater treatment system, were used at NAS Alameda to separate petroleum, oil, and lubricants from wastewater. These OWSs are described in the NAS Alameda draft BCP (US Navy 1998), Table 3-7. There are no OWSs at FISC Alameda.

All OWSs at NAS Alameda were cleaned and a few were filled to prevent use. The waste oil rafts at Seaplane Lagoon, referred to as "donuts," were removed in 1995 and replaced by the bilge and oily wastewater treatment system at Pier 2. The donuts were decontaminated, and the sludge and rinsewater were treated and landfilled off the site. The cleaned donuts were turned over to DRMO for sale as scrap metal. The Navy closed the bilge oily wastewater treatment system and the ARRA or Lessee obtained a new permit. After closure, there will be no use of existing oil/water separators and all OWSs will be cleaned and left in place or removed.

### 3.13.8 Pesticides

The registration and use of pesticides are regulated under the Federal Insecticide, Fungicide and Rodenticide Act of 1972, as amended, 7 U.S.C.A. §§ 136-136y (West 1980 & Supp. 1998). Pesticide management activities are subject to Federal regulations contained in 40 C.F.R. Parts 162, 166, 170, and 171 (1998)and California regulations are contained in Cal. Code Regs. tit. 3, §§ 6000-6920 (1998).

Pesticides used on-site in the past included chlordane, lindane, and dichlorodiphenyltrichloroethane (DDT), which now are banned. Waste materials containing pesticides also have been deposited in the West Beach Landfill. This site is under investigation as IRP Site 2. The NAS Alameda pest control chemical storage area was located at Building 114 from approximately the early 1940s until 1974. The area is under investigation as IRP Site 8.

Minimal use of pesticides by the Navy is expected at NAS Alameda/FISC Alameda during the caretaker period.

### 3.13.9 Lead

Lead is a toxic substance that can cause acute and chronic health effects in humans. Small children are particularly susceptible to the effects of lead poisoning, which can lead to irreversible brain damage. Lead was a major ingredient in the paint used throughout the country and at NAS




# 10. DISTRIBUTION LIST

| Organization | Branch | Title | First Name | Last Name |
|---|---|---|---|---|
| Port of Oakland | Environmental Planning Department | Ms. | Gail | Staba |
| City and County of San Francisco | San Francisco Planning Department | Ms. | Hillary | Gitelman |
| San Francisco Redevelopment Agency | | Mr. | Byron | Rhett |
| San Francisco Redevelopment Agency | Treasure Island Citizens Committee | Ms. | Laurie | Glass |
| Port of San Francisco | Executive Director | | Douglas | Wong |
| City of Alameda | | City Attorney | Carol | Korade |
| City of Alameda | Office of the City Manager | City Manager | James | Flint |
| City of Alameda | | Deputy City Manager | Dave | Berger |
| City of Alameda | Alameda Housing Authority | Executive Director | Michael | Pucci |
| City of Alameda | Alameda Planning Board | Mr. | Gary | Bard |
| City of Alameda | Alameda Planning Board | Mr. | John | Piziali |
| City of Alameda | Alameda Planning Board | Mr. | Paul | Fussum |
| City of Alameda | Alameda Planning Board | | Lee | Harris |
| City of Alameda | Alameda Planning Board | Ms. | Beverly | Johnson |
| City of Alameda | Alameda Planning Board | Mr. | Ron | Rossi |
| City of Alameda | Alameda Planning Board | Mr. | John | Teetsov |
| City of Alameda | Alameda Recreation & Parks Department | Director | Sherry | McCarthy |
| City of Alameda | Bureau of Electricity | General Manager | Tom | Evans |
| City of Alameda | Bureau of Electricity | Engineering Manager | Harish K. | Dave |
| City of Alameda | Community Development | Director | Dona | Hoard |
| City of Alameda | Community Development | Mr. | Bruce | Knopf |
| City of Alameda | Engineering Division | Ms. | Cheri | Sheets |
| City of Alameda | Engineering Division | City Engineer | Jim | Sanderson |
| City of Alameda | Finance Department | Director | Zenda | James |
| City of Alameda | Fire Department | Chief | Tim | McNeill |
| City of Alameda | Historical Advisory Board | | Judity | Altschuler |
| City of Alameda | Planning Department | Ms. | Cynthia | Eliason |
| City of Alameda | Police Department | Police Chief | Burnham | Matthews |
| City of Alameda | Public Works Department | Director | Matt | Naclerio |
| **Alameda Reuse and Redevelopment Authority (ARRA)/ Base Reuse Advisory Group (BRAG)** | | | | |
| Alameda Reuse and Redevelopment Authority | Base Conversion Office | Ms. | Elizabeth | Johnson |
| Alameda Reuse and Redevelopment Authority | Base Conversion Office | Facilities Manager | Ed | Levine |

Note
Parcel 170 printed
from Electronic Archive
J D Auld
7-20-04

# PARCEL EVALUATION DATA SUMMARY
# PHASE 2A SAMPLING
# ZONE 16: THE HOUSING ZONE
# PARCEL 170: FAMILY HOUSING
# ALAMEDA POINT
# ALAMEDA, CALIFORNIA

## CONTRACT NO. N62474-93-D-2151
## DELIVERY ORDER NO. 0034

Submitted to:

Southwest Division
Naval Facilities Engineering Command
1230 Pacific Highway
San Diego, California 92132-5190

Submitted by:
IT Corporation
4005 Port Chicago Highway
Concord, California 94520

Final

April 2000

# Table of Contents

List of Tables ........ ii

List of Figures ........ ii

List of Appendices ........ ii

List of Acronyms and Abbreviations ........ iii

1.0 Introduction ........ 1
1.1 Objective ........ 2
1.2 Site Summary Data ........ 2
1.3 Sampling Chronology ........ 3
1.4 Summary of Sample Types ........ 3
1.5 Field Variations from Sampling Plans ........ 4
1.6 Summary of Existing IRP Data ........ 4
1.7 RCRA Sites ........ 5
1.8 Underground Storage Tanks/Fuel Lines ........ 5
1.9 Compliance Issues ........ 5

2.0 Parcel Evaluation Findings ........ 6
2.1 Parcel Evaluation Plan Sampling ........ 7
2.2 Zone Samples ........ 7
2.3 Sewer Corridor Sampling ........ 8

3.0 Data Quality/Data Validation ........ 8

4.0 Adjacent Parcels ........ 8

5.0 Conclusions ........ 8
5.1 Tier 1 Screening Analysis ........ 10
5.2 Parcel Reclassification ........ 10

6.0 References ........ 11

## List of Tables


| Table | Title |
|---|---|
| 170-1 | EBS Phase 2A Sample Collection Summary |
| 170-2 | Laboratory Detected Parameters, EBS Phase 2A |
| 170-3 | Analyte Detection Synopsis, EBS Phase 2A |


## List of Figures


| Figure | Title |
|---|---|
| 170-1 | Sample Location Map, EBS Phase 2A |


## List of Appendices


| Appendix | Title |
|---|---|
| A | Laboratory Data Reports (Fixed-Base Laboratory) |
| B | Laboratory Data Reports (Screening Laboratory) |
| C | Data Qualifiers and Validation Codes |
| D | Human Health Risk-Based Tiered Screening Analysis |

## List of Acronyms and Abbreviations

| | |
|---|---|
| Alameda Point | Former NAS Alameda |
| BRAC | Base Realignment and Closure |
| CLP | Contract Laboratory Procedure |
| DTSC | California EPA Department of Toxic Substances Control |
| EBS | Environmental Baseline Survey |
| EBS Comprehensive Guide | Comprehensive Guide to the EBS |
| ECP | Environmental Condition of Category |
| EPA | United States Environmental Protection Agency |
| FISCO Annex | Fleet Industrial Supply Center, Oakland Alameda Annex |
| HI | Hazard Index |
| IRP | Installation Restoration Program |
| IT | IT Corporation |
| ITEMS | IT Corporation Environmental Database Management System |
| MCL | maximum contaminant level |
| µg/kg | micrograms per kilogram |
| mg/kg | milligrams per kilogram |
| $mg/m^3$ | milligrams per cubic meter |
| NAS | Naval Air Station |
| OU | Operable Unit |
| PAH | polycyclic aromatic hydrocarbon |
| Phase 2A Parcel Report | Parcel Evaluation Data Summary Phase 2A Sampling Report |
| Phase 2B Parcel Report | Parcel Evaluation Data Summary Phase 2B Sampling Report |
| PCB | polychlorinated biphenyl |
| PEP | Parcel Evaluation Plan |
| PRC | PRC Environmental Management, Inc. |
| PRG | Preliminary Remediation Goal |
| QAPjP | Quality Assurance Project Plan |
| RBSL | Risk-Based Screening Level |
| RCRA | Resource Conservation and Recovery Act |
| RI | remedial investigation |
| FISCO Annex Scrapyard IRP Site | FISCO Alameda Annex Scrapyard IRP Site |
| SVOC | semivolatile organic compound |
| TPH | total petroleum hydrocarbons |
| TtEMI | Tetra Tech Environmental Management, Inc. |
| US | United States |
| UST | underground storage tank |
| VOC | volatile organic compound |
| ZAP | Zone Analysis Plan |
| Zone 16 Report | Zone 16 Evaluation Data Summary Report |

## 1.0 Introduction

Naval Air Station (NAS) Alameda (Alameda Point) has been designated for Base Realignment and Closure (BRAC). To facilitate the BRAC process, the Navy has initiated the Environmental Baseline Survey (EBS) to assess potential environmental concerns associated with real estate parcels affected by BRAC. Each parcel affected by BRAC is given an Environmental Condition of Property (ECP) category describing its suitability for transfer. The assessment of the environmental condition of a parcel requires the reevaluation of its ECP category. To reevaluate the ECP category EBS and non-EBS data must be reviewed to determine suitability for transfer. ECP categories are defined in the *Comprehensive Guide to the Environmental Baseline Survey* (EBS Comprehensive Guide) (IT, 1999).

The EBS process includes a series of basewide investigations to assess environmental impacts of base operations. The EBS Phase 1 investigation, conducted by ERM-West, included site visits, employee interviews, and historical research. Recommendations for additional investigations (EBS Phase 2A) were prepared by ERM-West and were presented in the Zone Analysis Plans (ZAPs) and Parcel Evaluation Plans (PEPs) (ERM-West, 1995a and 1995b). This Parcel Evaluation Data Summary Phase 2A Sampling Report (Phase 2A Parcel Report) presents the results of the EBS Phase 2A investigations at Parcel 170, which have been conducted in accordance with those plans.

The investigative tasks associated with the parcel-specific EBS sampling efforts have been conducted in accordance with the general intent of the Shell Work Plan and the PEPs (ERM-West, 1994 and 1995b). The Zone 16 ZAP and Parcel 170 PEP identified two zone-wide target areas and no parcel-specific target areas for assessment in Parcel 170 (ERM-West, 1995a and 1995b). Twelve zone-wide samples were collected from this parcel.

An EBS basewide sewer investigation, addressing the industrial, storm, and sanitary sewers was conducted in conjunction with the EBS Phase 2A investigation. The basewide sewer investigation was conducted in accordance with the *Work Plan for Storm, Industrial, and Sanitary Sewer Sampling, Naval Air Station, Alameda* (IT, 1994a). Sewer corridor samples were not collected from this parcel.

The EBS analytical data were used to conduct a tiered screening in to evaluate impacts on human health from chemicals found on the parcel. Results of tiered screening are included in this Phase 2A Parcel Report. Non-EBS data were integrated qualitatively with EBS data to determine ECP category reclassification. Installation Restoration Program (IRP) data were used