1991 United States Senate Bill No. 3114 102nd Congress -- 1991-92 First Regular Session (SUMMARY - STATE NET)

UNITED STATES BILL TRACKING - STATE NET

AUTHOR: Nunn

TOPIC: POLITICS AND GOVERNMENT

SUBTOPIC: DEFENSE AND FOREIGN AFFAIRS

LAST AMEND: 09/18/92

SUMMARY: Authorizes appropriations for fiscal year 1993 for military activities of the Department of Defense, for military construction, and for defense activities of the Department of Energy; prescribes personnel strengths for such fiscal year for the Armed Forces.

STATUS:
07/31/92 INTRODUCED. To SENATE Committee on ARMED SERVICES. From SENATE Committee on ARMED SERVICES.
08/07/92 Amended on SENATE floor.
09/17/92 Amended on SENATE floor.
09/18/92 Amended on SENATE floor. Passed SENATE. *****To HOUSE.

TOPIC LIST:

| | |
|---|---|
| 7 | ENERGY |
| 7.3 | ENERGY ISSUES- GENERAL |
| 7.3.1 | Energy Agencies |
| 15 | POLITICS AND GOVERNMENT |
| 15.2 | DEFENSE AND FOREIGN AFFAIRS |
| 15.2.1 | Armed Forces |
| 15.4 | GOVERNMENT FINANCE- STATE AND FEDERAL |
| 15.4.1 | Federal Finance |

1991 US S.B. 3114 (SN)

END OF DOCUMENT

Copyright © 2007 State Net. All rights reserved.