# SEC. 317. INDEMNIFICATION OF TRANSFEREES OF CLOSING DEFENSE PROPERTY.

1. (a) IN GENERAL- (1) Except as provided in subsection (b), the Secretary of Defense shall hold harmless, defend, and indemnify in full the persons and entities described in paragraph (2) from and against all suits, claims, demands or actions, liabilities, judgments, and costs and other fees arising out of, or in any manner predicated upon, the release or threatened release of any hazardous substance or pollutant or contaminant as a result of Department of Defense activities at any military installation (or portion thereof) that is closed pursuant to a base closure law.

(2) The persons and entities described in this paragraph are the following:

(A) Any State (including any officer, agent, or employee of the State) that acquires ownership or control of any facility at a military installation (or any portion thereof) described in paragraph (1).

(B) Any political subdivision of a State (including any officer, agent, or employee of the State) that acquires such ownership or control.

(C) Any other person or entity that acquires such ownership or control.

(D) Any successor, assignee, transferee, lender, or lessee of a person or entity described in subparagraphs (A) through (C).

(b) EXCEPTION- (1) The Secretary of Defense shall not hold harmless, defend, or indemnify any person or entity described in subsection (a)(2) from any suit, claim, demand or action, liability, judgment, or cost or other fee arising out of a release or threatened release described in subsection (a)(1) to the extent that such person or entity (or any officer, agent, or employee of the entity) caused or contributed to such release or threatened release.

(2) No indemnification may be afforded under this provision unless the person or entity making a claim for indemnification--

(A) notifies the Department of Defense in writing within two years after such claim accrues or begins action within six months after the date of mailing, by certified or registered mail, of notice of final denial of the claim by the Department of Defense;

(B) immediately furnishes to the Department of Defense copies of all pertinent papers the entity receives;

(C) furnishes evidence or proof of any claim, loss, or damage covered by this section in the manner and form the Department of Defense requires;

(D) complies with the directions of the Department of Defense and executes any authorizations in connection with the settlement or defense of the claim or action; and

(E) cooperates fully and completely with the Department of Defense, and provides to the Department of Defense, upon request, all manner of assistance, including access to the records and personnel of the entity, in defense or settlement of the claim or action.

(c) DEFINITIONS- In this section:

(1) The terms `facility', `hazardous substance', `release', and `pollutant or

contaminant' have the meanings given such terms under paragraphs (9), (14), (22), and (33) of section 101 of the Comprehensive Environmental Response, Compensation, and Liability Act of 1980, respectively (42 U.S.C. 9601 (9), (14), (22), and (33)).

(2) The term `military installation' has the meaning given such term under section 2687(e)(1) of title 10, United States Code.

(3) The term `base closure law' means the following:

(A) The Defense Base Closure and Realignment Act of 1990 (10 U.S.C. 2687 note).

(B) Title II of the Defense Authorization Amendments and Base Closure and Realignment Act (10 U.S.C. 2687 note).

(C) Section 2687 of title 10, United States Code.

(D) Any provision of law authorizing the closure or realignment of a military installation enacted on or after the date of the enactment of this Act.

## SEC. 318. PROHIBITION ON USE OF ENVIRONMENTAL RESTORATION FUNDS FOR PAYMENT OF FINES AND PENALTIES.

None of the funds appropriated for fiscal year 1993 pursuant to the authorization of appropriations in section 301(16) may be used for the payment of fines or penalties unless the act or omission for which a fine or penalty is imposed arises out of activities funded by that appropriation.