# In the United States Court of Federal Claims

No. 05-1020C
(Filed: March 14, 2008)

| | |
|---|---|
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**ORDER**

On February 6, 2008, defendant in the above-captioned case filed Defendant's Motion to Publish,[1] seeking the publication of the court's January 31, 2008 Opinion and Order. Defendant's motion is **DENIED**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge

[1] Defendant purported to file its motion pursuant to RCFC 59. However, because the RCFC do not address the publication of a previously unpublished decision, a motion seeking publication does not properly fall within the ambit of RCFC 59.