# In the United States Court of Federal Claims

No. 05-1020C
(Filed: April 4, 2008)

| | |
|---|---|
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**ORDER**

On April 2, 2008, plaintiff in the above-captioned case filed an unopposed motion for enlargement of time, seeking an additional twenty-one days in which to file the Joint Preliminary Status Report. Plaintiff's motion is **GRANTED**. Accordingly, the parties shall file their Joint Preliminary Status Report **no later than Thursday, April 24, 2008**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge