# In the United States Court of Federal Claims

No. 05-1020C
(Filed: April 29, 2008)

************************************
AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
************************************

## ORDER

On April 24, 2008, the parties in the above-captioned case filed their Joint Preliminary Status Report ("JPSR"),[1] which contained plaintiff's suggested schedule for further proceedings.[2] Because of the extensive proceedings that have already occurred in this case, the court deems a preliminary scheduling conference unnecessary. Instead, the court adopts plaintiff's suggested schedule, as follows:

- Plaintiff shall serve its expert disclosures and reports **no later than Friday, November 7, 2008**.

---

[1] The signatures on the JPSR spans two pages. The first page contains plaintiff's signature block and the date "April 24, 2008." The second page contains defendant's signature block and the date "April, 2009." Defendant should take care in the future to ensure that the signature date is accurate. See RCFC 5.4(e).

[2] The suggested schedule is identified as "Plaintiff's Proposed Discovery Plan" and there is no indication in the JPSR that defendant acquiesced to the proposed schedule. However, there is also no indication that defendant opposes the proposed schedule, as the JPSR does not contain an alternate proposal put forth by defendant. Given that defendant's position on other issues is represented in the JPSR, that defendant signed the JPSR, and that defendant filed the JPSR using the court's ECF system (despite what the "Certificate of Filing" indicates), the court will assume that defendant had no objection to plaintiff's proposed schedule.

- Defendant shall serve any rebuttal expert disclosures and reports **no later than Monday, December 8, 2008**.

- All fact and expert discovery shall close **no later than Friday, January 16, 2009**.

- The parties shall file any dispositive motions **no later than Friday, February 27, 2009**.

If neither party files a dispositive motion, the parties shall instead file a joint status report, **no later than Friday, March 13, 2009**, suggesting further proceedings.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge